**DOE NUMBER:** 559

**MARKETPLACE:** Amazon

**MERCHANT NAME:** sasaxifengmanyuanzai

**SELLER ID:** AOFBD9DTXV1CV



Amazon.com: OJSUHE Horse Bru ×

2022-04-20

amazon.com/dp/B09WRJSW6C?keywords=StripHair&m=AOFBD9DTXV1CV&th=1

YouTube Grammarly Gmail My Drive - Google...

amazon Deliver to Boca Raton 33433 | Pet Supplies | StripHair | Hello, vivek Account & Lists | Returns & Orders | 0 Cart

All | Amazon Basics | Prime Video | Personal Shopper | Buy Again | Prime | Best Sellers | Customer Service | Today's Deals | Browsing History | Kindle Books | New Releases | Gift Cards | Books | Coupons | Music | Outer Range - Watch Now

Pet Supplies | Pet Profiles | Dogs | Cats | Fish & Aquatics | Small Animals | Birds | Reptiles | Horses | Deals & Coupons | Pet Care Tips | Subscribe & Save | Veterinary Diets

Teskey's Leather Reins with Adjustable Buckles 15 $45.00

Sponsored

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Roll over image to zoom in

# OJSUHE Horse Brush Shedding Grooming Brush - Shedding Grooming Massage Brush, Multi-Functional Horses Hair Removal Grooming Brush (Color : Black)

Brand: OJSUHE

$21.99 ($21.99 / Count)

Get a $50 Amazon Gift Card instantly upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: Black

- 【HORSE HAIR BRUSH】A bristle brush specially designed to remove horsehair, effectively helping you remove horsehair, dirt and residual mud. Horse brush is a multifunctional pet tool that can help you depilate, groom, shampoo, massage your pet
- 【SAFE FACE RETOUCHING】The custom-formulated popular fillets, wedge ends and small exfoliating diamonds work and stay safe on all areas of the face when grooming and shampooing. Use a razor to remove rinsed dirt. Perfect Horse Cleaning Supplies
- 【FLEXIBLE AND PORTABLE】The horse brush and comb can be bent to help your pet hair removal to the greatest extent; size: 22*5*2.8cm; ergonomic design, light weight and easy to hold

$21.99 ($21.99 / Count)

FREE delivery May 11 - June 2. Details

Deliver to Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from sasaxifengmanyuanzai
Sold by sasaxifengmanyuanzai

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Share

Have one to sell?

Sell on Amazon

Exhibit 1
Doe #559
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 560

**MARKETPLACE:** Amazon

**MERCHANT NAME:** High Quality parts

**SELLER ID:** AOKQVOSSG4BP9



Amazon.com: 6 in 1 Horse Brush

2022-09-01

https://www.amazon.com/dp/B0BC8XQVNK?keywords=Striphair&m=AOKQVOSSG4BP9&psc=1

amazon Deliver to Dom Boca Raton 33433 | Tools & Home Improvement | Striphair | Hello, Dom Account & Lists | Returns & Orders | 0 Cart

All | Back to School | Off to College | Amazon Basics | Buy Again | Home Improvement | Customer Service | Pet Supplies | Beauty & Personal Care | Shopper Toolkit | Coupons | The Lord of the Rings: The Rings of Power 06 46 30

Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home | Shop by Room | Launchpad

Bodhi Dog New Grooming Pet Shampoo Brush | Soothing Massage Rubber Bristles Curry Comb for Dogs & Cats Washing | Professional Quality 24,987 $9.99 prime

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Sponsored

Roll over image to zoom in

# 6 in 1 Horse Brush Horse Hair Removal Massage Tool Sweat Cleaning Pet Grooming Cleaning Tools

Brand: Generic

$9.98

Get a $60 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

- 6 in 1 Horse Brush Horse Hair Removal Massage Tool Sweat Cleaning Pet Grooming Cleaning Tools

› See more product details

Report incorrect product information.

Seibertron® Pet Grooming Gloves with Six Sizes

Seibertron Patented P.G.M.G-1 Pet Hair... $4.99 prime

Sponsored

$9.98

$6.99 delivery **September 28 - October 20.** Details

Deliver to Dom - Boca Raton 33433

In stock.

Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

| | |
|---|---|
| Ships from | High Quality parts |
| Sold by | High Quality parts |

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Have one to sell?

Sell on Amazon

## 4 stars and above

Page 1 of 2

Sponsored

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&sell...

Exhibit 1
Doe #560
Trademark(s) StripHair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-18, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 561

**MARKETPLACE:** Amazon

**MERCHANT NAME:** 声海科技

**SELLER ID:** AOLJH6BB5LF2I



Amazon.com: 6-in-1 Shedding ... 2022-05-26

https://www.amazon.com/dp/B09Y9B811X?keywords=Striphair&m=AOLJH6BB5LF2I&psc=1

amazon Deliver to Dom Boca Raton 33433 | Beauty & Personal Care | Striphair | Hello, Dom Account & Lists | Returns & Orders | 0 Cart

All | Customer Service | Buy Again | Amazon Basics | Home Improvement | Pet Supplies | Beauty & Personal Care | Health & Household | Coupons | Handmade | Shopper Toolkit | Amazon Home | Find a Gift | Amazon Business | Discover Pride Out Loud

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

Bodhi Dog New Grooming Pet Shampoo Brush | Soothing Massage Rubber Bristles Curry Comb for Dogs & Cats Washing ... 352 $9.99 prime

Sponsored

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Roll over image to zoom in

# 6-in-1 Shedding Grooming Massage Brush,Horse Hair Brush Original Pet Grooming Brush,Unique Design Multi-Functional Horses Hair Removal Beauty Massage Brush (Pink)

Brand: Qfauto

1 rating

$14.99 ($14.99 / Count)

& FREE Returns

Get $75 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: Pink

$14.99 ($14.99 / Count) | $14.99 ($14.99 / Count) | $14.99 ($14.99 / Count)

| | |
|---|---|
| Color | Pink |
| Hair Type | All |
| Brand | Qfauto |

## About this item

- 6-in-1 horse shedding brush for hair removal and muscle care.
- Horse massage tool works quickly and efficiently on grooming shedding without bendable.
- Custom-formulated pop rounded corners, keeps safe for use everywhere.
- Size is 210*60*25mm. Package with a box is a perfect gift for for equestrian enthusiasts.
- Multifunctional design is suitable for all pet to shed hair,clean dirt,and provide information and treatment assistance.

Bodhi Dog Grooming Shampoo Brush + Baby Powder Cologne 4oz Bundle
$17.99 prime

$14.99 ($14.99 / Count)

& FREE Returns

FREE delivery **Tuesday, June 21** if you spend $25 on items shipped by Amazon

Or fastest delivery **Overnight 7 AM - 11 AM.** Order within 5 hrs 12 mins

Deliver to Dom - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon
Sold by [illegible]

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add your 30-day FREE trial of Prime and get fast, FREE delivery

Add a gift receipt for easy returns

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&sell...

Exhibit 1
Doe #561
Design Patent Used



Amazon.com: 6-in-1 Shedding G × 2022-05-26

https://www.amazon.com/dp/B09Y9CRP54?keywords=Striphair&m=AOLJH6BB5LF2I&psc=1

amazon Deliver to Dom Boca Raton 33433 | Beauty & Personal Care | Striphair | Hello, Dom Account & Lists | Returns & Orders | 0 Cart

All | Customer Service | Buy Again | Amazon Basics | Home Improvement | Pet Supplies | Beauty & Personal Care | Health & Household | Coupons | Handmade | Shopper Toolkit | Amazon Home | Find a Gift | Amazon Business | Discover Pride Out Loud

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

Bodhi Dog Grooming Shampoo Brush + Baby Powder Cologne 4oz Bundle $17.99 prime

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Sponsored

Roll over image to zoom in

# 6-in-1 Shedding Grooming Massage Brush,Horse Hair Brush Original Pet Grooming Brush,Unique Design Multi-Functional Horses Hair Removal Beauty Massage Brush (Black)

Brand: Qfauto

☆☆☆☆☆ 1 rating

$14.99 ($14.99 / Count)

& FREE Returns

Join Prime to save $3.00 on this item

Get $75 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: Black

$14.99 ($14.99 / Count) | $14.99 ($14.99 / Count) | $14.99 ($14.99 / Count)

| | |
|---|---|
| Color | Black |
| Hair Type | All |
| Brand | Qfauto |

**About this item**

- 6-in-1 horse shedding brush for hair removal and muscle care.
- Horse massage tool works quickly and efficiently on grooming shedding without bendable.
- Custom-formulated pop rounded corners, keeps safe for use everywhere.
- Size is 210*60*25mm. Package with a box is a perfect gift for for equestrian enthusiasts.
- Multifunctional design is suitable for all pet to shed hair,clean dirt,and provide information and treatment assistance.

Bodhi Dog Lavender + Lemongrass + Oatmeal & Apple Waterless Shampoo 8oz + Grooming Shampoo Brush Bundle

$14.99 ($14.99 / Count)

& FREE Returns

FREE delivery **Tuesday, June 21** if you spend $25 on items shipped by Amazon

Or fastest delivery **Overnight 7 AM - 11 AM**. Order within 5 hrs 22 mins

Deliver to Dom - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon
Sold by 高海科技

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add your 30-day FREE trial of Prime and get fast, FREE delivery

☐ Add a gift receipt for easy returns

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&s...

Exhibit 1
Doe #561
Copyright(s) SH-1, SH-18: Listing Image, Physical Product Image
Design Patent Used



2022-05-26

Amazon.com: 6-in-1 Shedding

https://www.amazon.com/dp/B09Y9DH891?keywords=Striphair&m=AOLJH6BB5LF2I&psc=1

amazon | Deliver to Dom Boca Raton 33433 | Beauty & Personal Care | Striphair | Hello, Dom Account & Lists | Returns & Orders | 0 Cart

All | Customer Service | Buy Again | Amazon Basics | Home Improvement | Pet Supplies | Beauty & Personal Care | Health & Household | Coupons | Handmade | Shopper Toolkit | Amazon Home | Find a Gift | Amazon Business | Discover Pride Out Loud

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

Bodhi Dog New Grooming Pet Shampoo Brush | Soothing Massage Rubber Bristles Curry Comb for Dogs & Cats Washi... 20,415 $9.99 prime

Sponsored

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Roll over image to zoom in

# 6-in-1 Shedding Grooming Massage Brush,Horse Hair Brush Original Pet Grooming Brush,Unique Design Multi-Functional Horses Hair Removal Beauty Massage Brush (Blue)

Brand: Qfauto

1 rating

$14.99 ($14.99 / Count)

& FREE Returns

Get $75 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Blue**

$14.99 ($14.99 / Count) | $14.99 ($14.99 / Count) | $14.99 ($14.99 / Count)

| | |
|---|---|
| **Color** | Blue |
| **Hair Type** | All |
| **Brand** | Qfauto |

**About this item**

- 6-in-1 horse shedding brush for hair removal and muscle care.
- Horse massage tool works quickly and efficiently on grooming shedding without bendable.
- Custom-formulated pop rounded corners, keeps safe for use everywhere.
- Size is 210*60*25mm. Package with a box is a perfect gift for for equestrian enthusiasts.
- Multifunctional design is suitable for all pet to shed hair,clean dirt,and provide information and treatment assistance.

Bodhi Dog New Grooming Pet Shampoo Brush | Soothing Massage Rubber Bristles Curry Comb for Dogs & Cats Washing | Professional Quality 136

$14.99 ($14.99 / Count)

& FREE Returns

FREE delivery **Tuesday, June 21** if you spend $25 on items shipped by Amazon

Or fastest delivery **Overnight 7 AM - 11 AM**. Order within 5 hrs 11 mins

Deliver to Dom - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon

Sold by [illegible]

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add your 30-day FREE trial of Prime and get fast, FREE delivery

Add a gift receipt for easy returns

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&s...

Exhibit 1
Doe #561
Design Patent Used

**DOE NUMBER:** 562

**MARKETPLACE:** Amazon

**MERCHANT NAME:** Seagullfly

**SELLER ID:** APRFN3GOQAH7H



2022-05-03

Amazon.com: 6-in-1 Shedding G ×

amazon.com/dp/B09WVB2QDT?keywords=StripHair&qid=APRFN3GOQAH7H&psc=1

amazon Deliver to Vivek Boca Raton 33433 | Beauty & Personal Care | StripHair | Hello, vivek Account & Lists | Returns & Orders | 0 Cart

All | Buy Again | Coupons | Health & Household | Pharmacy | Shopper Toolkit | Find a Gift | Handmade | Pet Supplies | Home Improvement | Gift Cards | Beauty & Personal Care | Livestreams | Same-Day delivery on gifts

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

Bodhi Dog Bitter 2 in 1 No Chew 8oz & Hot Spot Spray + Grooming Shampoo Brush Bundle $21.99 prime

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Sponsored

Roll over image to zoom in

# 6-in-1 Shedding Grooming Massage Brush, Professional Horse Brush Original Pet Deshedding Grooming Brush, Multi-Functional Horses Hair Removal Beauty Undercoat Brush (Black)

Brand: Daczkios

$18.99 ($18.99 / Count)

Get $20 off instantly: Pay $0.00 ~~$18.99~~ upon approval for the Amazon Prime Store Card. No annual fee.

Color: **Black**

$18.99 ($18.99 / Count) | $18.99 ($18.99 / Count) | $18.99 ($18.99 / Count)

| | |
|---|---|
| **Color** | Black |
| **Material** | Rubber |
| **Hair Type** | All |
| **Brand** | Daczkios |
| **Handle Material** | Rubber |

**About this item**

- 【Soft and Gentle Deshedding Brush】Specially design hard brushes for removing the horse hair, it stimulates the horse's blood circulation quickly and prevent the shedding hair/ dirt/ mud remains but it is not bendable.
- 【Retouching the Face Safely】Custom-formulated pop rounded corners, wedge-shaped ends and small exfoliating diamonds make effects and keep safety for all parts of face while grooming and

$18.99 ($18.99 / Count)

FREE delivery May 24 - June 15. Details

Deliver to Vivek - Boca Raton 33433

In stock.
Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Seagullfly
Sold by Seagullfly

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Share

Have one to sell?

Sell on Amazon

Exhibit 1
Doe #562
Copyright(s) SH-2, SH-25, SH-9: Listing Image, Physical Product Image
Design Patent Used



2022-05-03

Amazon.com: 6-in-1 Shedding G ×

amazon.com/dp/B09WVCLPTM?keywords=StripHair&m=APRFN3GOQAH7H&th=1

amazon | Deliver to Vivek Boca Raton 33433 | Beauty & Personal Care | StripHair | Hello, vivek Account & Lists | Returns & Orders | 0 Cart

All | Buy Again | Coupons | Health & Household | Pharmacy | Shopper Toolkit | Find a Gift | Handmade | Pet Supplies | Home Improvement | Gift Cards | Beauty & Personal Care | Thursday Night Football is only on Prime Video

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

[Upgrade Version] Pet Grooming Glove - Gentle Deshedding Brush Glove - Efficient Pet Hair Remover Mitt -... 58,420 $16.99 prime

Sponsored

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Click image to open expanded view

# 6-in-1 Shedding Grooming Massage Brush, Professional Horse Brush Original Pet Deshedding Grooming Brush, Multi-Functional Horses Hair Removal Beauty Undercoat Brush (Blue)

Brand: Daczkios

$18.99 ($18.99 / Count)

Get a $20 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Color: **Blue**

| | |
|---|---|
| **Color** | Blue |
| **Material** | Rubber |
| **Hair Type** | All |
| **Brand** | Daczkios |
| **Handle Material** | Rubber |

**About this item**

- 【Soft and Gentle Deshedding Brush】Specially design hard brushes for removing the horse hair, it

$18.99 ($18.99 / Count)

FREE delivery **May 26 - June 17**. Details

Deliver to Vivek - Boca Raton 33433

In stock.
Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Seagullfly
Sold by Seagullfly

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Share

Have one to sell?

Sell on Amazon

Exhibit 1
Doe #562
Copyright(s) SH-2, SH-25, SH-9: Listing Image
Design Patent Used



Amazon.com: 6-in-1 Shedding G... ×

2022-05-03

amazon.com/dp/B09WVCW548?keywords=StripHair&m=APRFN3GOQAH7H&th=1

amazon | Deliver to Vivek Boca Raton 33433 | Beauty & Personal Care | StripHair | Hello, vivek Account & Lists | Returns & Orders | 0 Cart

All | Buy Again | Coupons | Health & Household | Pharmacy | Shopper Toolkit | Find a Gift | Handmade | Pet Supplies | Home Improvement | Gift Cards | Beauty & Personal Care | Thursday Night Football is only on Prime Video

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

Bodhi Dog Grooming Shampoo Brush + Peppermint Dental Water Additive Bundle $23.99 prime

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Sponsored

Roll over image to zoom in

# 6-in-1 Shedding Grooming Massage Brush, Professional Horse Brush Original Pet Deshedding Grooming Brush, Multi-Functional Horses Hair Removal Beauty Undercoat Brush (Red)

Brand: Daczkios

$18.99 ($18.99 / Count)

Get $20 off instantly: Pay $0.00 ~~$18.99~~ upon approval for the Amazon Prime Store Card. No annual fee.

Color: Red

| | |
|---|---|
| **Color** | Red |
| **Material** | Rubber |
| **Hair Type** | All |
| **Brand** | Daczkios |
| **Handle Material** | Rubber |

**About this item**

$18.99 ($18.99 / Count)

FREE delivery **May 26 - June 17.** Details

Deliver to Vivek - Boca Raton 33433

In stock.

Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Seagullfly
Sold by Seagullfly

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Share

Have one to sell?

Sell on Amazon

Exhibit 1
Doe #562
Copyright(s) SH-2, SH-25, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 563

**MARKETPLACE:** Amazon

**MERCHANT NAME:** CDHOME

**SELLER ID:** AQBR4CMSTJJH4



Amazon.com: GUOJOZO Sheddi ×

2022-03-28

amazon.com/dp/B09TSXV6KJ?keywords=StripHair&m=AQBR4CMSTJJH4&th=1

amazon prime | Deliver to John Boca Raton 33433 | Beauty & Personal Care | StripHair | Hello, Jessica Account & Lists | Returns & Orders | 0 Cart

All | Prime | Buy Again | Customer Service | Amazon Outlet | Amazon Basics | Toys & Games | Livestreams | Pharmacy | Amazon Business | Registry | Coupons | Whole Foods | Shopper Toolkit | Handmade | Support small, shop women-owned

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

CYNAMED Pet Grooming Tool - Undercoat Rake for Cats &... $19.99 prime

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Sponsored

# GUOJOZO Shedding Grooming Massage Tool for Horses Multi-Functional Horse Hair Grooming Brush for Pet Unique Design Horses Hair Removal Beauty Cleaning Comb (Blue)

Brand: GUOJOZO

$17.99 ($17.99 / Count)

Thank you for being a Prime member. Get a $100 Gift Card: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card. No annual fee.

Color: Blue

$17.99 ($17.99 / Count) | $17.99 ($17.99 / Count) | $17.99 ($17.99 / Count)

| | |
|---|---|
| Color | Blue |
| Material | Plastic |
| Brand | GUOJOZO |
| Item Weight | 0.53 Pounds |
| Handle Material | Plastic |

About this item

$17.99 ($17.99 / Count)

FREE delivery April 15 - 25. Details

Deliver to John - Boca Raton 33433

Usually ships within 1 to 3 weeks.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from CDHOME
Sold by CDHOME

Return policy: Eligible for Return, Refund or Replacement.

Add to List

Share

OLIVIA GARDEN
Tools of professionals

Exhibit 1
Doe #563
Copyright(s) SH-12, SH-2, SH-21, SH-22, SH-23: Listing Image, Physical Product Image
Design Patent Used



2022-03-28

Amazon.com: GUOJOZO Sheddir

amazon.com/dp/B09TSY57G7?keywords=StripHair&m=AQBR4CMSTJJH4&psc=1

amazon prime | Deliver to John Boca Raton 33433 | Beauty & Personal Care | StripHair | Hello, Jessica Account & Lists | Returns & Orders | 0 Cart

All | Prime | Buy Again | Customer Service | Amazon Outlet | Amazon Basics | Toys & Games | Livestreams | Pharmacy | Amazon Business | Registry | Coupons | Whole Foods | Shopper Toolkit | Handmade | Smart Home | Pet Supplies | Shop office supplies

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

cynamed CYNAMED Pet Grooming Tool - Undercoat Rake for Cats &... $19.99 prime
Sponsored

## Customers who viewed this item also viewed

SleekEZ Deshedding Grooming Tool for Dogs, Cats & Horses - Patented Undercoat Brush for Short & Long Hair - Painlessly Remove 95% of Loose Hair, Fur & Dirt
31,498
$21.95

StripHair Gentle Groomer - Original for Horses Dogs 6-in-1 Shedding Grooming Massage
1,733
$29.95 ($29.95/Count)

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

## GUOJOZO Shedding Grooming Massage Tool for Horses Multi-Functional Horse Hair Grooming Brush for Pet Unique Design Horses Hair Removal Beauty Cleaning Comb (Red)

Brand: GUOJOZO

$17.99 ($17.99 / Count)

Thank you for being a Prime member. Get a $100 Gift Card: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card. No annual fee.

Color: Red

$17.99 ($17.99 / Count) | $17.99 ($17.99 / Count) | $17.99 ($17.99 / Count)

| | |
|---|---|
| Color | Red |
| Material | Plastic |
| Brand | GUOJOZO |

$17.99 ($17.99 / Count)

FREE delivery April 15 - 25. Details

Deliver to John - Boca Raton 33433

Usually ships within 1 to 3 weeks.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from CDHOME
Sold by CDHOME

Return policy: Eligible for Return, Refund or Replacement.

Add to List

Share

Exhibit 1
Doe #563
Copyright(s) SH-12, SH-2, SH-21, SH-22, SH-23: Listing Image
Design Patent Used



Amazon.com: GUOJOZO Sheddir ×

amazon.com/dp/B09TSYB7D6?keywords=StripHair&m=AOBR4CMSTJJH4&psc=1

2022-03-28

amazon prime | Deliver to John Boca Raton 33433 | Beauty & Personal Care | StripHair | Hello, Jessica Account & Lists | Returns & Orders | 0 Cart

All | Prime | Buy Again | Customer Service | Amazon Outlet | Amazon Basics | Toys & Games | Livestreams | Pharmacy | Amazon Business | Registry | Coupons | Whole Foods | Shopper Toolkit | Handmade | Support small, shop women-owned

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

cynamed CYNAMED Pet Grooming Tool - Undercoat Rake for Cats &... $19.99 prime Sponsored

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

# GUOJOZO Shedding Grooming Massage Tool for Horses Multi-Functional Horse Hair Grooming Brush for Pet Unique Design Horses Hair Removal Beauty Cleaning Comb (Black)

Brand: GUOJOZO

$17.99 ($17.99 / Count)

Thank you for being a Prime member. Get a $100 Gift Card: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card. No annual fee.

Color: Black

$17.99 ($17.99 / Count) | $17.99 ($17.99 / Count) | $17.99 ($17.99 / Count)

| | |
|---|---|
| Color | Black |
| Material | Plastic |
| Brand | GUOJOZO |
| Item Weight | 0.53 Pounds |
| Handle Material | Plastic |

About this item

$17.99 ($17.99 / Count)

FREE delivery April 15 - 25. Details

Deliver to John - Boca Raton 33433

Usually ships within 1 to 3 weeks.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from CDHOME
Sold by CDHOME

Return policy: Eligible for Return, Refund or Replacement.

Add to List

Share

OG OLIVIAGARDEN® Tools of professionals

Exhibit 1
Doe #563
Copyright(s) SH-12, SH-2, SH-21, SH-22, SH-23: Listing Image
Design Patent Used

**DOE NUMBER:** 564

**MARKETPLACE:** Amazon

**MERCHANT NAME:** J2Jstore

**SELLER ID:** AQEHO1VFRLLC4



2022-05-03

Amazon.com: J2Jstore 6-in-1 She

amazon.com/dp/B09XQMQQKD?keywords=StripHair&m=AQEHO1VFRLLC4&th=1

amazon Deliver to Vivek Boca Raton 33433 | Pet Supplies | StripHair | Hello, vivek Account & Lists | Returns & Orders | 0 Cart

All Buy Again Coupons Health & Household Pharmacy Shopper Toolkit Find a Gift Handmade Pet Supplies Home Improvement Gift Cards Beauty & Personal Care Thursday Night Football is only on Prime Video

Pet Supplies Pet Profiles Dogs Cats Fish & Aquatics Small Animals Birds Reptiles Horses Deals & Coupons Pet Care Tips Subscribe & Save Veterinary Diets

Bodhi Dog Grooming Shampoo Brush + Soothing Gentle Puppy Shampoo 17oz Bundle 26 $19.99 prime

Sponsored

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

# J2Jstore 6-in-1 Shedding Grooming Massage Brush, Horse Brush Original Pet Grooming Brush, Professional Horses Hair Removal Beauty Massage Brush for Horse (Black) (Red)

Brand: J2Jstore

$15.59 ($15.59 / Count)

Get $20 off instantly: Pay $0.00 ~~$15.59~~ upon approval for the Amazon Prime Store Card. No annual fee.

Color: **Red**

| | |
|---|---|
| **Color** | Red |
| **Material** | Silicone |
| **Hair Type** | Dry |
| **Brand** | J2Jstore |

$15.59 ($15.59 / Count)

FREE delivery **May 26 - June 16.** Details

Deliver to Vivek - Boca Raton 33433

In stock.
Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from J2Jstore
Sold by J2Jstore

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

New (2) from $15.59 & **FREE Shipping**

Exhibit 1
Doe #564
Copyright(s) SH-2: Listing Image
Design Patent Used



Amazon.com: J2Jstore 6-in-1 She ×

2022-05-03

amazon.com/dp/B09XQQ1HCC?keywords=StripHair&m=AQEHO1VFRLLC4&th=1

amazon Deliver to Vivek Boca Raton 33433 | Pet Supplies | StripHair | Hello, vivek Account & Lists | Returns & Orders | 0 Cart

All | Buy Again | Coupons | Health & Household | Pharmacy | Shopper Toolkit | Find a Gift | Handmade | Pet Supplies | Home Improvement | Gift Cards | Beauty & Personal Care | Livestreams | Same-Day delivery on gifts

Pet Supplies | Pet Profiles | Dogs | Cats | Fish & Aquatics | Small Animals | Birds | Reptiles | Horses | Deals & Coupons | Pet Care Tips | Subscribe & Save | Veterinary Diets

amazon pharmacy The pharmacy that really delivers Learn more

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

# J2Jstore 6-in-1 Shedding Grooming Massage Brush, Horse Brush Original Pet Grooming Brush, Professional Horses Hair Removal Beauty Massage Brush for Horse (Black) (Black)

Brand: J2Jstore

$15.59

Get a $20 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Color: **Black**

$15.59 | $15.59

- 6-in-1 Shedding Grooming Massage Brush--?6 in 1Horse supplies grooming,hair removal, polishing, shampooing and hair removal for your horse, You can groom on your pet's face, legs,or anywhere else to shed hair,clean dirt,and provide information and treatment assistance.
- Portable--: The size of the horsehair brush is21*6*2.5 cm , which is economically designed, very easy to operate with one hand, and also very easy to carry when you go out. Just put it in your pocket.
- Good atain removal--?Removes embedded dirt and also the edges of the massage brush quickly scrape dirt off the horse to stay him clean and dry! the tiny scrub surface may be accustomed clean elaborated areas to the face and legs.
- Perfect Gift--: Horsehair brushes can be used before or after

$15.59

FREE delivery May 24 - June 15. Details

Deliver to Vivek - Boca Raton 33433

In stock.
Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from J2Jstore
Sold by J2Jstore

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Share

Have one to sell?

Sell on Amazon

Exhibit 1
Doe #564
Copyright(s) SH-2: Listing Image
Design Patent Used



2022-05-03

Amazon.com: J2Jstore Shedding

amazon.com/dp/B09Y1ZFSC5?keywords=StripHair&m=AQEHO1VFRLLC4&psc=1

amazon Deliver to Vivek Boca Raton 33433 | Pet Supplies | StripHair | Hello, vivek Account & Lists | Returns & Orders | 0 Cart

All | Buy Again | Coupons | Health & Household | Pharmacy | Shopper Toolkit | Find a Gift | Handmade | Pet Supplies | Home Improvement | Gift Cards | Beauty & Personal Care | Livestreams | All-new Fire 7 Kids tablet

Pet Supplies | Pet Profiles | Dogs | Cats | Fish & Aquatics | Small Animals | Birds | Reptiles | Horses | Deals & Coupons | Pet Care Tips | Subscribe & Save | Veterinary Diets

Maxpower Planet Pet Grooming Brush - Double Sided Shedding and Dematting... 10% off coupon 20,189 $14.97 prime

Sponsored

Pet Supplies › Dogs › Grooming › Brushes

Roll over image to zoom in

# J2Jstore Shedding Grooming Massage Brush 6-in-1 Horse Dog Shedding Hair Grooming Brush Supplies Multi-Functional Pet Hair Removal Beauty Brush Tool

Brand: J2Jstore

$15.99 ($15.99 / Count)

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

- Multi-purpose Tool:Grooming brush can Shed - Groom - Shine - Shampoo - Scrape and muscle care.
- Soft Material: made of the comfort with flexible rubber,Burr-free, no sharp ends, rounded edges, fast and safe hair removal.
- Easy to carry?It can be rinsed with water after use, which is simple, convenient and quick.
- Perfect Tool?Size is 222*52*25mm. The perfect tool for equestrian enthusiasts.
- If you have any question, you can feel free to contact us.we will give you a perfect answer.

Report incorrect product information.

Chris Christensen Big G Dog Slicker Brush,

$15.99 ($15.99 / Count)

FREE delivery June 9 - 29. Details

Deliver to Vivek - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from J2Jstore

Sold by J2Jstore

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Have one to sell?

Sell on Amazon

Exhibit 1
Doe #564
Copyright(s) SH-1, SH-4, SH-6: Listing Image
Design Patent Used

**DOE NUMBER:** 565

**MARKETPLACE:** Amazon

**MERCHANT NAME:** Gaxisolo

**SELLER ID:** AQNBIHYTPNNQY



Amazon.com: Gaxi Multi-Functio

2022-05-03

amazon.com/dp/B09H2B3HL3?keywords=StripHair&m=AQNBIHYTPNNQY&psc=1

amazon Deliver to Jane Boca Raton 33433 | Home & Kitchen | StripHair | Hello, Anthony Account & Lists | Returns & Orders | 0 Cart

All | Amazon Basics | Pet Supplies | Coupons | Beauty & Personal Care | Shopper Toolkit | Health & Household | Find a Gift | Home Improvement | Amazon Launchpad | Pharmacy | #FoundItOnAmazon | New Releases | Computers | Handmade | Livestreams | Amazon Business | Fashion | Black is remarkable

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

T3 Twirl Trio Interchangeable Custom Blend Ceramic Three... 312 $284.75

Consider these alternative items

Sponsored

Original Pet Grooming Brush, 5 in 1 Shedding Grooming Massage for Horses, Gentle Removal Deshedding Hair Dirt Mud Tool — 7 — $7.99 ($7.99/Count)

Xinsany Horse Hair Brush,Unique Design Multi-Functional Original for Horses 6 in 1 Hair Removal Beauty Massage Horse Hair Brush — $10.99

Unique Design Multi-Functional Original for Horses 6 in 1 Hair Removal Beauty Massage Horse Hair Brush — $15.99

Beauty & Personal Care › Hair Care › Styling Tools & Appliances › Hair Brushes

Last purchased Feb 15, 2022.
View order

Set reminder

## Gaxi Multi-Functional Unique Design Original for Horses 6 in 1 Hair Removal Beauty Massage Horse Hair Brush

Brand: Gaxi

$18.24

Get $50 off instantly: Pay $0.00 ~~$18.24~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| Material | Silicone |
| Hair Type | Dry |
| Brand | Gaxi |
| Item Weight | 0.3 Kilograms |

**About this item**

- 1. A multifunctional, flexible and comfortable multifunctional beauty tool without blades.
- 2. After shampooing, use a wet shave to remove the rinse water, which is comfortable; face and legs are safe.
- 3. Curry dry mud, use large and small diamond features to loosen the hair and foam shampoo.
- 4. Stimulate blood circulation, benefit the skin, fur and muscles, and distribute natural oils at the same time.

Report incorrect product information.

Similar item to consider

$18.24

FREE delivery March 17 - April 7. Details

Deliver to Jane - Boca Raton 33433

In stock.
Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Gaxisolo
Sold by Gaxisolo

Return policy: Eligible for Return, Refund or Replacement.

Add to List

Share

Have one to sell?

Sell on Amazon

Exhibit 1
Doe #565
Copyright(s) SH-1, SH-4, SH-6: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 566

**MARKETPLACE:** Amazon

**MERCHANT NAME:** DandelionGood

**SELLER ID:** AQNKKWOYOXTXQ



Amazon.com: 6 in 1 Shedding G× | 2022-03-18

amazon.com/dp/B09YLXNP4T?keywords=StripHair&m=AQNKKWOYOXTXQ&psc=1

amazon | Deliver to Vivek Boca Raton 33433 | Beauty & Personal Care | StripHair | Hello, vivek Account & Lists | Returns & Orders | 0 Cart

All | Buy Again | Coupons | Health & Household | Pharmacy | Shopper Toolkit | Find a Gift | Handmade | Pet Supplies | Home Improvement | Gift Cards | Beauty & Personal Care | Livestreams | Gear up for spring outdoors

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

Bodhi Dog New Grooming Pet Shampoo Brush | Soothing Massage Rubber Bristles Curry Comb for Dogs & Cats Washing ... 391 $11.99 prime

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Sponsored

Click image to open expanded view

# 6 in 1 Shedding Grooming Massage Brush for Pet Horse Dog Cat, Multi-Functional Horse Hair Brush Dog Hair Removing Brush, Deshedding & Cleaning Brush

Brand: Dandelion

$13.99 ($13.99 / Count)

Get a $60 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Color: Black

$13.99 ($13.99 / Count) | $13.99 ($13.99 / Count) | $13.99 ($13.99 / Count)

| | |
|---|---|
| **Color** | Black |
| **Material** | Tpr |
| **Hair Type** | All |
| **Brand** | Dandelion |

**About this item**

- Safe and Easy for Grooming.Made of bendable TPR material, this pet hair brush is easy to remove shedding hair , dirt and mud residue on your pet's body, easpecially for horse and dog. While using this shedding brush on your pet, it will also stimulate your pet's blood circulation, making your pet more healthy.
- Unique 6 function in 1 Design. This Shedding grooming pet hair brush is specially design to grooming, bathing, shampooing,massaging, polishing and removing hair for your horse, dog and cats.
- All-around Retouching Safely. The pet hair brush with 11 air holes can groom your horse, dog and cat from face to legs. It's gentle enough on the face and durable enough on the body, will not hurt your pet

$13.99 ($13.99 / Count)

FREE delivery May 24 - June 1. Details

Or fastest delivery May 20 - 25. Details

Deliver to Vivek - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from DandelionGood

Sold by DandelionGood

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Have one to sell?

Sell on Amazon

Exhibit 1
Doe #566
Copyright(s) SH-3: Listing Image
Design Patent Used



2022-03-18

Amazon.com: 6 in 1 Shedding Gr

amazon.com/dp/B09YLZ5K9K?keywords=StripHair&m=AQNKKWOYOXTXQ&psc=1

amazon Deliver to Vivek Boca Raton 33433 | Beauty & Personal Care | StripHair | Hello, vivek Account & Lists | Returns & Orders | 0 Cart

All | Buy Again | Coupons | Health & Household | Pharmacy | Shopper Toolkit | Find a Gift | Handmade | Pet Supplies | Home Improvement | Gift Cards | Beauty & Personal Care | Livestreams | Watch UEFA with Paramount+

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

Bodhi Dog New Grooming Pet Shampoo Brush | Soothing Massage Rubber Bristles Curry Comb for Dogs & Cats Washing ... 391 $11.99 prime

Sponsored

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Click image to open expanded view

# 6 in 1 Shedding Grooming Massage Brush for Pet Horse Dog Cat, Multi-Functional Horse Hair Brush Dog Hair Removing Brush, Deshedding & Cleaning Brush

Brand: Dandelion

$13.99 ($13.99 / Count)

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

Color: **Blue**

$13.99 ($13.99 / Count) | $13.99 ($13.99 / Count) | $13.99 ($13.99 / Count)

- Safe and Easy for Grooming.Made of bendable TPR material, this pet hair brush is easy to remove shedding hair , dirt and mud residue on your pet's body, easpecially for horse and dog. While using this shedding brush on your pet, it will also stimulate your pet's blood circulation, making your pet more healthy.
- Unique 6 function in 1 Design. This Shedding grooming pet hair brush is specially design to grooming, bathing, shampooing,massaging, polishing and removing hair for your horse, dog and cats.
- All-around Retouching Safely. The pet hair brush with 11 air holes can groom your horse, dog and cat from face to legs. It's gentle enough on the face and durable enough on the body, will not hurt your pet.
- Light and Portable. It's abput 7.8 ouces. The size is 8.6*2*1.2 inches. You can put it in your bag or put on your pocket.
- Suitable for horse. dog and cats . This grooming hair brush is perfect to use after horseback riding, horse shedding, grooming, wahsing and massage. Dog cleaning and remove shedding hair. Cat hair shedding removal and cleaning.

$13.99 ($13.99 / Count)

FREE delivery **May 24 - June 1.** Details

Or fastest delivery **May 20 - 25.** Details

Deliver to Vivek - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from DandelionGood
Sold by DandelionGood

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Have one to sell?

Sell on Amazon

Exhibit 1
Doe #566
Copyright(s) SH-3: Listing Image, Physical Product Image
Design Patent Used



Amazon.com: 6 in 1 Shedding Gr 2022-03-18

amazon.com/dp/B09YLZTQRN?keywords=StripHair&m=AQNKKWOYOXTXQ&psc=1

amazon Deliver to Vivek Boca Raton 33433 | Beauty & Personal Care | StripHair | Hello, vivek Account & Lists | Returns & Orders | 0 Cart

All | Buy Again | Coupons | Health & Household | Pharmacy | Shopper Toolkit | Find a Gift | Handmade | Pet Supplies | Home Improvement | Gift Cards | Beauty & Personal Care | Livestreams | Gear up for spring outdoors

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

Bodhi Dog New Grooming Pet Shampoo Brush | Soothing Massage Rubber Bristles Curry Comb for Dogs & Cats Washing ... 287 $11.99 prime

Sponsored

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Click image to open expanded view

# 6 in 1 Shedding Grooming Massage Brush for Pet Horse Dog Cat, Multi-Functional Horse Hair Brush Dog Hair Removing Brush, Deshedding & Cleaning Brush

Brand: Dandelion

$13.99 ($13.99 / Count)

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

Color: **Black**

$13.99 ($13.99 / Count) | $13.99 ($13.99 / Count) | $13.99 ($13.99 / Count)

| | |
|---|---|
| **Color** | Black |
| **Material** | Tpr |
| **Hair Type** | All |
| **Brand** | Dandelion |

## About this item

- Safe and Easy for Grooming.Made of bendable TPR material, this pet hair brush is easy to remove shedding hair , dirt and mud residue on your pet's body, easpecially for horse and dog. While using this shedding brush on your pet, it will also stimulate your pet's blood circulation, making your pet more healthy.
- Unique 6 function in 1 Design. This Shedding grooming pet hair brush is specially design to grooming, bathing, shampooing,massaging, polishing and removing hair for your horse, dog and cats.
- All-around Retouching Safely. The pet hair brush with 11 air holes can groom your horse, dog and cat from face to legs. It's gentle enough on the face and durable enough on the body, will not hurt your

$13.99 ($13.99 / Count)

FREE delivery **May 24 - June 1.** Details

Or fastest delivery **May 20 - 25.** Details

Deliver to Vivek - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from DandelionGood
Sold by DandelionGood

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Have one to sell?

Sell on Amazon

Exhibit 1
Doe #566
Copyright(s) SH-3: Listing Image
Design Patent Used



Amazon.com: 6 in 1 Shedding G: × +

2022-03-18

amazon.com/dp/B09YM174SL?keywords=StripHair&m=AQNKKWOYOXTXQ&psc=1

amazon Deliver to Vivek Boca Raton 33433 | Beauty & Personal Care | StripHair | Hello, vivek Account & Lists | Returns & Orders | 0 Cart

All | Buy Again | Coupons | Health & Household | Pharmacy | Shopper Toolkit | Find a Gift | Handmade | Pet Supplies | Home Improvement | Gift Cards | Beauty & Personal Care | Livestreams | Watch UEFA with Paramount+

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

Bodhi Dog New Grooming Pet Shampoo Brush | Soothing Massage Rubber Bristles Curry Comb for Dogs & Cats Washi... 100 $13.99 prime

Sponsored

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Click image to open expanded view

# 6 in 1 Shedding Grooming Massage Brush for Pet Horse Dog Cat, Multi-Functional Horse Hair Brush Dog Hair Removing Brush, Deshedding & Cleaning Brush

Brand: Dandelion

$13.99 ($13.99 / Count)

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

Color: **Red**

$13.99 ($13.99 / Count) | $13.99 ($13.99 / Count) | $13.99 ($13.99 / Count)

| | |
|---|---|
| **Color** | Red |
| **Material** | Tpr |
| **Hair Type** | All |
| **Brand** | Dandelion |

## About this item

- Safe and Easy for Grooming.Made of bendable TPR material, this pet hair brush is easy to remove shedding hair , dirt and mud residue on your pet's body, easpecially for horse and dog. While using this shedding brush on your pet, it will also stimulate your pet's blood circulation, making your pet more healthy.
- Unique 6 function in 1 Design. This Shedding grooming pet hair brush is specially design to grooming, bathing, shampooing,massaging, polishing and removing hair for your horse, dog and cats.
- All-around Retouching Safely. The pet hair brush with 11 air holes can groom your horse, dog and cat from face to legs. It's gentle enough on the face and durable enough on the body, will not hurt your

$13.99 ($13.99 / Count)

FREE delivery **May 24 - June 1**. Details

Or fastest delivery **May 20 - 25**. Details

Deliver to Vivek - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from DandelionGood
Sold by DandelionGood

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Have one to sell?

Sell on Amazon

Exhibit 1
Doe #566
Copyright(s) SH-3: Listing Image
Design Patent Used



Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes



Roll over image to zoom in

## 6 in 1 Shedding Grooming Massage Brush for Pet Horse Dog Cat, Multi-Functional Horse Hair Brush Dog Hair Removing Brush, Deshedding & Cleaning Brush

Brand: Dandelion

$13⁹⁹ ($13.99 / Count)

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

**Color: Red**

| $13.99 ($13.99 / Count) | $13.99 ($13.99 / Count) | $13.99 ($13.99 / Count) |
| --- | --- | --- |

| Color | Red |
| --- | --- |
| Material | Tpr |
| Hair Type | All |
| Brand | Dandelion |

### About this item

- Safe and Easy for Grooming. Made of bendable TPR material, this pet hair brush is easy to remove shedding hair, dirt and mud residue on your pet's body, easpecially for horse and dog. While using this shedding brush on your pet, it will also stimulate your pet's blood circulation, making your pet more healthy.
- Unique 6 function in 1 Design. This Shedding grooming pet hair brush is specially design to grooming, bathing, shampooing, massaging, polishing and removing hair for your horse, dog and cats.
- All-around Retouching Safely. The pet hair brush with 11 air holes can groom your horse, dog and cat from face to legs. It's gentle enough on the face and durable enough on the body, will not hurt your

$13⁹⁹ ($13.99 / Count)

FREE delivery **May 24 - June 1**. Details

Or fastest delivery **May 20 - 25**. Details

Deliver to Vivek - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from   DandelionGood
Sold by      DandelionGood

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Have one to sell?

Sell on Amazon

Exhibit 1
Doe #566
Copyright(s) SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 567

**MARKETPLACE:** Amazon

**MERCHANT NAME:**

zhengzhoushierqiqumanmiaoriyongbaihuoshanghang

**SELLER ID:** ARGF3W8NW2HGB



2022-04-01

Amazon.com: 6-in-1 Shedding G

amazon.com/dp/B09WCNTL24?keywords=StripHair&m=ARGF3W8NW2HGB&psc=1

amazon prime | Deliver to John Boca Raton 33433 | Sports & Outdoors | StripHair | Hello, Jessica Account & Lists | Returns & Orders | 0 Cart

All | Prime | Buy Again | Customer Service | Amazon Outlet | Amazon Basics | Toys & Games | Livestreams | Pharmacy | Amazon Business | Registry | Coupons | Whole Foods | Shopper Toolkit | Handmade | Smart Home | Pet Supplies

Sports & Outdoors | Exercise & Fitness | Outdoor Recreation | Sports Fan Shop | Team Sports | Hunting | Fishing | The Ride Shop | Leisure Sports & Game Room | Sports Deals | Outdoor Deals

amazon pharmacy The pharmacy that really delivers Learn more ›

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Roll over image to zoom in

## 6-in-1 Shedding Grooming Massage Brush,Multi-Functional Horses Hair Removal Beauty Massage Brush,Horse Hair Brush Original Pet Grooming Brush

Brand: BFGTM

$12.79

Thank you for being a Prime member. Get a $100 Gift Card: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card. No annual fee.

Color: **Black**

$12.79 | $12.79 | $12.79

- Flexible and Portable:Shedding grooming massage brush Size: 220*50*24mm. Our versatile horsehair brush are small and compact for easy portability. The ergonomic hand-held handle is very easy to clean for horses.
- Horse Brush for Grooming:Specially design hard brushes for removing the horse hair,Remove naturally shed hair,remove dust and mud,remove dead skin and hair,massage tools,suitable for most horses.
- Retouching the Face Safely:Custom-formulated pop rounded corners, wedge-shaped ends and small exfoliating diamonds make effects and keep safety for all parts of face while grooming and shampooing.
- Multifunctional Design:Horse supplies grooming,hair removal, polishing, shampooing and hair removal for your horse, You can groom your horse on your pet's face, legs,or anywhere else to shed hair,clean dirt,and provide information and treatment assistance.
- Perfect Gift:Horse brush for shedding is very suitable for use after riding a horse,because it is gentle enough for the face and durable enough for the body,and it is also a perfect gift for equestrian enthusiasts.

Report incorrect product information.

$12.79

$3.99 delivery April 22 - May 12. Details

Deliver to John - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from zhengzhoushierqiqum...
Sold by zhengzhoushierqiqum...

Details

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Share

Exhibit 1
Doe #567
Copyright(s) SH-18, SH-2: Listing Image
Design Patent Used



Amazon.com: 6-in-1 Shedding G ×

2022-04-01

amazon.com/dp/B09WD322QK?keywords=StripHair&m=ARGF3W8NW2HGB&psc=1

amazon prime | Deliver to John Boca Raton 33433 | Sports & Outdoors | StripHair | Hello, Jessica Account & Lists | Returns & Orders | 0 Cart

All | Prime | Buy Again | Customer Service | Amazon Outlet | Amazon Basics | Toys & Games | Livestreams | Pharmacy | Amazon Business | Registry | Coupons | Whole Foods | Shopper Toolkit | Handmade | Smart Home | Pet Supplies

Sports & Outdoors | Exercise & Fitness | Outdoor Recreation | Sports Fan Shop | Team Sports | Hunting | Fishing | The Ride Shop | Leisure Sports & Game Room | Sports Deals | Outdoor Deals

Defurry Cordless Pet Vacuum Cleaner with Grooming Brush for Dogs and Cats, Professional Shedding... $7 off coupon 47 $132.99 prime
Sponsored

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Roll over image to zoom in

# 6-in-1 Shedding Grooming Massage Brush,Multi-Functional Horses Hair Removal Beauty Massage Brush,Horse Hair Brush Original Pet Grooming Brush

Brand: BFGTM

$12.79

Thank you for being a Prime member. Get a $100 Gift Card: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card. No annual fee.

Color: **Pink**

$12.79 | $12.79 | $12.79

- Flexible and Portable:Shedding grooming massage brush Size: 220*50*24mm. Our versatile horsehair brush are small and compact for easy portability. The ergonomic hand-held handle is very easy to clean for horses.
- Horse Brush for Grooming:Specially design hard brushes for removing the horse hair,Remove naturally shed hair,remove dust and mud,remove dead skin and hair,massage tools,suitable for most horses.
- Retouching the Face Safely:Custom-formulated pop rounded corners, wedge-shaped ends and small exfoliating diamonds make effects and keep safety for all parts of face while grooming and shampooning.
- Multifunctional Design:Horse supplies grooming,hair removal, polishing, shampooing and hair removal for your horse, You can groom your horse on your pet's face, legs,or anywhere else to shed hair,clean dirt,and provide information and treatment assistance.
- Perfect Gift:Horse brush for shedding is very suitable for use after riding a horse,because it is gentle enough for the face and durable enough for the body,and it is also a perfect gift for equestrian enthusiasts.

Report incorrect product information.

$12.79

$3.99 delivery **April 22 - May 12**. Details

Deliver to John - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from zhengzhoushierqiqum...
Sold by zhengzhoushierqiqum...

Details

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Share

Exhibit 1
Doe #567
Copyright(s) SH-2: Listing Image, Physical Product Image
Design Patent Used



Amazon.com: 6-in-1 Shedding G × 2022-04-01

amazon.com/dp/B09WD4M114?keywords=StripHair&m=ARGF3W8NW2HGB&psc=1

amazon prime | Deliver to John Boca Raton 33433 | Sports & Outdoors | StripHair | Hello, Jessica Account & Lists | Returns & Orders | 0 Cart

All | Prime | Buy Again | Customer Service | Amazon Outlet | Amazon Basics | Toys & Games | Livestreams | Pharmacy | Amazon Business | Registry | Coupons | Whole Foods | Shopper Toolkit | Handmade | Smart Home | Pet Supplies

Sports & Outdoors | Exercise & Fitness | Outdoor Recreation | Sports Fan Shop | Team Sports | Hunting | Fishing | The Ride Shop | Leisure Sports & Game Room | Sports Deals | Outdoor Deals

amazon pharmacy The pharmacy that really delivers Learn more

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Roll over image to zoom in

# 6-in-1 Shedding Grooming Massage Brush,Multi-Functional Horses Hair Removal Beauty Massage Brush,Horse Hair Brush Original Pet Grooming Brush

Brand: BFGTM

$12.79

Thank you for being a Prime member. Get a $100 Gift Card: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card. No annual fee.

Color: **Blue**

$12.79 | $12.79 | $12.79

- Flexible and Portable:Shedding grooming massage brush Size: 220*50*24mm. Our versatile horsehair brush are small and compact for easy portability. The ergonomic hand-held handle is very easy to clean for horses.
- Horse Brush for Grooming:Specially design hard brushes for removing the horse hair,Remove naturally shed hair,remove dust and mud,remove dead skin and hair,massage tools,suitable for most horses.
- Retouching the Face Safely:Custom-formulated pop rounded corners, wedge-shaped ends and small exfoliating diamonds make effects and keep safety for all parts of face while grooming and shampooing.
- Multifunctional Design:Horse supplies grooming,hair removal, polishing, shampooing and hair removal for your horse, You can groom your horse on your pet's face, legs,or anywhere else to shed hair,clean dirt,and provide information and treatment assistance.
- Perfect Gift:Horse brush for shedding is very suitable for use after riding a horse,because it is gentle enough for the face and durable enough for the body,and it is also a perfect gift for equestrian enthusiasts.

Report incorrect product information.

$12.79

$3.99 delivery April 22 - May 12. Details

Deliver to John - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from zhengzhoushierqiqum...
Sold by zhengzhoushierqiqum...

Details

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Share

Exhibit 1
Doe #567
Copyright(s) SH-2: Listing Image
Design Patent Used

**DOE NUMBER:** 568

**MARKETPLACE:** Amazon

**MERCHANT NAME:** Xinsany

**SELLER ID:** AS4IVR28RE0ZH



2022-02-23

Amazon.com: Xinsany Horse Hai

amazon.com/dp/B09Q8K7K83?keywords=StripHair&m=AS4IVR28REOZH&psc=1

amazon Deliver to Jane Boca Raton 33433 | Home & Kitchen | StripHair | Hello, Anthony Account & Lists | Returns & Orders | 0 Cart

All | Amazon Basics | Pet Supplies | Coupons | Beauty & Personal Care | Shopper Toolkit | Health & Household | Find a Gift | Home Improvement | Amazon Launchpad | Pharmacy | #FoundItOnAmazon | New Releases | Computers | Black is remarkable

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

NuFACE MINI Starter Kit 2,065 $209.00 prime

Sponsored

Last purchased Feb 15, 2022.
View order

Set reminder

Roll over image to zoom in

# Xinsany Horse Hair Brush,Unique Design Multi-Functional Original for Horses 6 in 1 Hair Removal Beauty Massage Horse Hair Brush

Brand: Xinsany

$10.99

| | |
|---|---|
| **Color** | Black |
| **Material** | Silicone |
| **Hair Type** | Dry |
| **Brand** | Xinsany |

**About this item**

- ✿A multifunctional, flexible and comfortable multifunctional beauty tool without blades.
- ✿After shampooing, use a wet shave to remove the rinse water, which is comfortable; face and legs are safe.
- ✿Curry dry mud, use large and small diamond features to loosen the hair and foam shampoo.
- ✿Stimulate blood circulation, benefit the skin, fur and muscles, and distribute natural oils at the same time.

Report incorrect product information.

$10.99

$3.99 delivery **March 17 - April 7**. Details

Deliver to Jane - Boca Raton 33433

In stock.

Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Xinsany
Sold by Xinsany

Return policy: Eligible for Return, Refund or Replacement.

Add to List

Share

Have one to sell?

Sell on Amazon

Exhibit 1
Doe #568
Copyright(s) SH-1, SH-18, SH-2, SH-4, SH-6: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 569

**MARKETPLACE:** Amazon

**MERCHANT NAME:** fannybuy

**SELLER ID:** ATFN247SKCORT



Horse Hair Brush Multifunctional Horse Massage Comb with Non-Slip Grip Durable and Portable Pet Groomer Horse Supplies for Shedding Grooming and Removing Hair

Brand: HOTBEST

$12.69

- ⚠ [Multifunctional] This Horse Massage Comb can help your pets with multiple functions such as hair removal, grooming, polishing, shampooing, hair removal and massage to make your horse more beautiful.
- ⚠ [Non-Slip Grip] Our multifunctional horse massage comb is designed with an ergonomic, non-slip, comfortable grip for easy control and use, making grooming easier
- ⚠ [Pet Tools] This pet grooming brush removes undercoat, loose hair, knots, shedding and trapped dirt, suitable for all breeds and types of hair, it is great for horses with long hair and insensitive skin Good choice.
- ⚠ [Durable Material] Our horsehair brush is made of high quality PP material, which is durable and can be used for a long time, and the round bead shape keeps your pet's skin from being scratched.
- ⚠ [Package Specifications] The package contains 1x horsehair brush, the color is black, the size of the brush: 22.5x6cm / 8.86x2.4inch

› See more product details

▢ Report incorrect product information.



Animal Supplies Wrap-It-Up Economical Cohesive Flexible Horse Care Bandage Roll Yellow 4 inch
$10.99



$12.69

FREE delivery June 9 - 30. Details

Or fastest delivery May 24 - 27. Details

⊙ Deliver to Vivek - Boca Raton 33433

In Stock.

Qty 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   fannybuy
Sold by      fannybuy

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt ⌄

Add to List

Have one to sell?

Sell on Amazon

Exhibit 1
Doe #569
Trademark(s) Gentle groomer: Listing Image,  Physical Product

**DOE NUMBER:** 570

**MARKETPLACE:** Amazon

**MERCHANT NAME:** soyaia

**SELLER ID:** ATHOHH6A0BSTW



Beauty & Personal Care › Hair Care › Styling Tools & Appliances › Hair Brushes

Sponsored ⓘ





* NEW DESIGN    DURABLE MATERIAL    MADE IN CHINA

Roll over image to zoom in

## SAXTZDS Beauty Tools 6 in 1 Multifunctional Horse Hair Brush Beauty Massage Brush

Brand: SAXTZDS

$8⁹⁹

Get $75 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Black**

- 6 in 1 multipurpose horse brush for combing.
- Promote blood circulation and help improve physical fitness.
- Effectively and safely exfoliates and exfoliates.
- Effectively prevent odor and accelerate the flow of shampoo.
- Made of TPR rubber to prevent deformation and improve cleaning ability.

⚐ Report incorrect product information.



Shark HD112BRN Hair Blow Dryer HyperAIR Fast-Drying with IQ 2-in-1 Concentrator and Styling

★★★★★ 1,685
$229.95 ✓prime

$8⁹⁹

$16.98 delivery **September 23 - October 17**. Details

⦿ Deliver to Dom - Boca Raton 33453

In Stock.

Qty: 1 ⌄

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    soyala
Sold by       soyala

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt ⌄

Add to List

Have one to sell?

Sell on Amazon

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&s...

Exhibit 1
Doe #570
Trademark(s) The Gentle Groomer: Listing Image

**DOE NUMBER:** 571

**MARKETPLACE:** Amazon

**MERCHANT NAME:** RMTECHUS

**SELLER ID:** AUM9E7FGM1M42



Amazon.com: 6 in 1 Horse Hair R

2022-03-24

amazon.com/dp/B09W2HPNQY?keywords=StripHair&m=AUM9E7FGM1M42&psc=1

amazon prime | Deliver to John Boca Raton 33433 | Beauty & Personal Care | StripHair | Hello, Jessica Account & Lists | Returns & Orders | Cart

All | Prime | Buy Again | Customer Service | Amazon Outlet | Amazon Basics | Toys & Games | Livestreams | Pharmacy | Amazon Business | Registry | Coupons | Whole Foods | Shopper Toolkit | Handmade | Pet Supplies | Shop office supplies

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

Bodhi Dog New Grooming Pet Shampoo Brush | Soothing... 49 $13.99 prime

Sponsored

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

# 6 in 1 Horse Hair Removal Grooming Massage Brush, Unique Design Multifunctional Horse Hair Brush Pet Grooming Brush Tool, Silicone Elastic Non-damaging Skin Massage Brush for Horse Lovers (Blue)

Brand: WQQ

$15.99 ($15.99 / Count)

Thank you for being a Prime member. Get a $100 Gift Card: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card. No annual fee.

Color: **Blue**

$15.99 ($15.99 / Count) | $15.99 ($15.99 / Count) | $15.99 ($15.99 / Count)

| | |
|---|---|
| **Color** | Blue |
| **Brand** | WQQ |
| **Handle Material** | Silicone |

**About this item**

- 【Comfortable Combing】Specially design hard brushes for

$15.99 ($15.99 / Count)

FREE delivery **April 6 - 12.** Details

Deliver to John - Boca Raton 33433

In stock.

Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from RMTECHUS
Sold by RMTECHUS

Return policy: Eligible for Return, Refund or Replacement

Add to List

Share

Exhibit 1
Doe #571
Copyright(s) SH-23, SH-6, SH-9: Listing Image
Design Patent Used



2022-03-24

Amazon.com: 6 in 1 Horse Hair R

amazon.com/dp/B09W2K4RLK?keywords=StripHair&m=AUM9E7FGM1M42&psc=1

amazon prime | Deliver to John Boca Raton 33433 | Beauty & Personal Care | StripHair | Hello, Jessica Account & Lists | Returns & Orders | 0 Cart

All | Prime | Buy Again | Customer Service | Amazon Outlet | Amazon Basics | Toys & Games | Livestreams | Pharmacy | Amazon Business | Registry | Coupons | Whole Foods | Shopper Toolkit | Handmade | Pet Supplies | Shop office supplies

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

Supveco | Supveco iPad Mini Case for ipad Mini 6 8.3" 2021 Case with... 266 19.99 prime

Sponsored

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

# 6 in 1 Horse Hair Removal Grooming Massage Brush, Unique Design Multifunctional Horse Hair Brush Pet Grooming Brush Tool, Silicone Elastic Non-damaging Skin Massage Brush for Horse Lovers (Black)

Brand: WQQ

$15.99 ($15.99 / Count)

Thank you for being a Prime member. Get a $100 Gift Card: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card. No annual fee.

Color: Black

$15.99 ($15.99 / Count) | $15.99 ($15.99 / Count) | $15.99 ($15.99 / Count)

| | |
|---|---|
| Color | Black |
| Brand | WQQ |
| Handle Material | Silicone |

**About this item**

- 【Comfortable Combing】Specially design hard brushes for

$15.99 ($15.99 / Count)

FREE delivery April 6 - 12. Details

Deliver to John - Boca Raton 33433

In stock.

Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from RMTECHUS

Sold by RMTECHUS

Return policy: Eligible for Return, Refund or Replacement.

Add to List

Share

Waiting for cache...

Exhibit 1

Doe #571

Copyright(s) SH-23, SH-6, SH-9: Listing Image

Design Patent Used



Amazon.com: 6 in 1 Horse Hair R ×

2022-03-24

amazon.com/dp/B09W2L36LD?keywords=StripHair&m=AUM9E7FGM1M42&psc=1

amazon prime | Deliver to John Boca Raton 33433 | Beauty & Personal Care | StripHair | Hello, Jessica Account & Lists | Returns & Orders | 0 Cart

All | Prime | Buy Again | Customer Service | Amazon Outlet | Amazon Basics | Toys & Games | Livestreams | Pharmacy | Amazon Business | Registry | Coupons | Whole Foods | Shopper Toolkit | Handmade | Pet Supplies | Shop office supplies

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

Bodhi Dog New Grooming Pet Shampoo Brush | Soothing... 1,443 13.99 prime

Sponsored

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

# 6 in 1 Horse Hair Removal Grooming Massage Brush, Unique Design Multifunctional Horse Hair Brush Pet Grooming Brush Tool, Silicone Elastic Non-damaging Skin Massage Brush for Horse Lovers (Red)

Brand: WQQ

$15.99 ($15.99 / Count)

Thank you for being a Prime member. Get a $100 Gift Card: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card. No annual fee.

Color: Red

$15.99 ($15.99 / Count) | $15.99 ($15.99 / Count) | $15.99 ($15.99 / Count)

| | |
|---|---|
| Color | Red |
| Brand | WQQ |
| Handle Material | Silicone |

**About this item**

- 【Comfortable Combing】 Specially design hard brushes for

$15.99 ($15.99 / Count)

FREE delivery April 6 - 12. Details

Deliver to John - Boca Raton 33433

In stock.
Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from RMTECHUS
Sold by RMTECHUS

Return policy: Eligible for Return, Refund or Replacement.

Add to List

Share

Exhibit 1
Doe #571
Copyright(s) SH-23, SH-6, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 572

**MARKETPLACE:** Amazon

**MERCHANT NAME:** yigerendepinpai

**SELLER ID:** AV544K0SJT8ZO



Horse Massage Brush, Pet Hair C × | 2022-03-05

amazon.ca/dp/B09LSCLBTC?keywords=StripHair&m=AV544K0SJT8ZO&psc=1

amazon.ca Deliver to Jane Boca Raton 33433 | Home & Kitchen | StripHair | Hello, Anthony Account & Lists | Returns & Orders | 0 Cart

All | Browsing History | Beauty & Personal Care | Health & Household | Gift Ideas | Buy Again | Gift Cards | Books | Grocery | Home | Best Sellers | Coupons | Kindle Books | Sports & Outdoors | New deals everyday

Home | Best Sellers | Kitchen & Dining | Arts, Crafts & Sewing | Furniture | Vacuums & Floor Care | Bedding | Storage & Organization | Heating & Cooling | Home Décor | Bath | Deals | Discover Your Style

Osmo - Creative Starter Kit for iPad - 3 Educational Learning... 4,547 $82.53 prime Sponsored

Home & Kitchen › Arts, Crafts & Sewing › Scrapbooking & Stamping Supplies › Scrapbooking Tools

Roll over image to zoom in

# Horse Massage Brush, Pet Hair Cleaning Equipment, 6-in-1 Hair Removal Massage Beauty Comb, Original for Horses Dogs, Black

Brand: ZCAYIN

$41.02

Get a **$5 promotional credit** on purchase of **$25 or more** in Amazon.ca Gift Cards (Restrictions apply).

- Convenient combing: designed to remove pet hair, quickly stimulate the pet's blood circulation, and prevent the spread of odors. The original 6-in-1 horse massage was designed for multiple purposes, allowing you to perform beauty treatments quickly and efficiently. Nothing better than this
- Retouch your face safely: Custom formulated rubber, rounded corners, wedge-shaped ends, and small exfoliating diamonds work on all parts of the face and keep it safe during grooming and shampooing. Use a wet shaving to remove the rinse water.
- Multifunctional design: Provide horse grooming, waxing, polishing, shampoo, waxing and massage supplies for your horse or large dog. You can fix your pet on the face, legs or any other place to remove hair , Cleaning dirt and healing help
- Dry mud sweat removal: The horse beauty brush has a diamond-shaped pad, which is very suitable for removing dry mud and sweat without clogging dirt and hair. Just rinse it off
- Equestrianism: This horse hair brush is very suitable for use after riding a horse. The face is gentle enough and the body is strong enough. It is also a perfect gift for horse riding enthusiasts.

Report incorrect product information.

$41.02

**$9.99 delivery March 21 - April 5.** Details

Deliver to Jane - Boca Raton 33433

In Stock.

Quantity: 1

Add to Cart

Buy Now

Secure transaction

Ships from China and sold by yigerendepinpai.

Add to Wish List

Share

Exhibit 1
Doe #572
Trademark(s) The Gentle Groomer: Listing Image, Physical Product
Copyright(s) SH-1, SH-14, SH-2, SH-3, SH-36, SH-8: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 573

**MARKETPLACE:** Amazon

**MERCHANT NAME:** Salepeak2020

**SELLER ID:** AWSQRBOTSDTXX



2022-05-03

Amazon.com: Ruiqas Horse Hair

amazon.com/dp/B09VDDM9MF?keywords=StripHair&m=AWSQRBOTSDTXX&psc=1

amazon Deliver to Vivek Boca Raton 33433 | Sports & Outdoors | StripHair | Hello, vivek Account & Lists | Returns & Orders | 0 Cart

All | Buy Again | Coupons | Health & Household | Pharmacy | Shopper Toolkit | Find a Gift | Handmade | Pet Supplies | Home Improvement | Gift Cards | Beauty & Personal Care | Livestreams | Same-Day delivery on gifts

Sports & Outdoors | Exercise & Fitness | Outdoor Recreation | Sports Fan Shop | Team Sports | Hunting | Fishing | The Ride Shop | Leisure Sports & Game Room | Sports Deals | Outdoor Deals

Bodhi Dog Grooming Shampoo Brush + Peppermint Dental Water Additive Bundle $23.99 prime

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Sponsored

Click image to open expanded view

# Ruiqas Horse Hair Brush 6- in- 1 Multi- Use Horse Grooming Massage Brush Horse Hair Beauty Brush

Brand: Ruiqas

$24.59

Save 2% at checkout. Terms

Get a $20 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

- other
- Gentle enough for face yet durable enough for body, ideal for horse full body cleaning.
- Compact size for easy portability. Ergonomic handle, comfortable to grip.
- 6- in- 1 horse hair brush for horse hair removal, grooming, shedding, polishing, cleaning etc.
- Massage horse body, promote blood circulation and remove dirt/ mud/ shedding hair.
- Adopts rounded corners and small exfoliating diamond plate for safe grooming and shampooing.

Report incorrect product information.

Moslion Horse Apron 31x27 Inch Oil Painting Wild Animals Brown Horses Head Kitchen Chef Waitress Cook Aprons Bib with Adjustable Neck for Women Men Girls

$13.99 prime

$24.59

FREE delivery May 18 - June 7. Details

Deliver to Vivek - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Salepeak2020

Sold by Salepeak2020

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Share

Have one to sell?

Sell on Amazon

Exhibit 1
Doe #573
Copyright(s) SH-1: Listing Image
Design Patent Used



2022-05-03

Amazon.com: Ruiqas Horse Sh G ×

https://www.amazon.com/dp/B0BLTFGNSR?keywords=Striphair&m=AWSQRBOTSDTXX&psc=1

amazon Deliver to Dom Boca Raton 33433 | Industrial & Scientific | Striphair | EN | Hello, Dom Account & Lists | Returns & Orders | 0 Cart

All | Early Black Friday Deals | Holiday Gift Guide | Amazon Basics | Buy Again | Home Improvement | Pet Supplies | Pharmacy | Beauty & Personal Care | Coupons | Amazon Home | Turn up the cheer, shop gifts now

Industrial & Scientific | Janitorial & Facilities | Safety Supplies | Medical Supplies | Food Service | Diagnostic Equipment | Material Handling | Educational Supplies | Sealants and Lubricants | Additive Manufacturing | Laboratory Supplies | FSA Eligible Items | Deals

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Share

Roll over image to zoom in

# Ruiqas Horse Sh Grooming Brush 6 in Multifunction Horses Hair Removal Brush for Horse Pet0 ing Brush Horse Sh Grooming Brush Sh Grooming Brush Grooming Brush Horse Sh Grooming Brush ing Brush ing

Brand: Ruiqas

$15.99

Get $60 off instantly: Pay $0.00 ~~$15.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| **Brand** | Ruiqas |
| **Color** | AS SHOWN 07 |
| **Unit Count** | 1.0 Count |
| **Item Weight** | 195 Grams |

**About this item**

- Item Type: Horse Sh Grooming BrushMaterial: PPWeight: Approx
- 228g /
- OozSize: Approx
- 22 x 5cm /
- x 2

**Specifications for this item**

| | |
|---|---|
| Assembly Instructions | DIY |
| Brand Name | Ruiqas |
| Color | AS SHOWN 07 |

$15.99

FREE delivery November 30 - December 19. Details

Deliver to Dom - Boca Raton 33433

Only 10 left in stock - order soon

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Salepeak2020
Sold by Salepeak2020

Return policy: Returnable until Jan 31, 2023

Add to List

Have one to sell?

Sell on Amazon

Exhibit 1
Doe #573
Design Patent Used

**DOE NUMBER:** 574

**MARKETPLACE:** Amazon

**MERCHANT NAME:** FeiJiao1

**SELLER ID:** AXJHGURQ2IXFC



Original for Horses Dogs 6 in 1 S
amazon.ca/dp/B09H6HQHW2?keywords=StripHair&m=AXJHGURQ2IXFC&psc=1
2022-03-05

amazon.ca Deliver to Jane Boca Raton 33433 | Pet Supplies | StripHair | Hello, Anthony Account & Lists | Returns & Orders | 0 Cart

All | Browsing History | Deals Store | Best Sellers | Buy Again | Prime | Customer Service | Gift Ideas | New Releases | Gift Cards | Home | Beauty & Personal Care | Coupons | Anthony's Store | Prime | Movies and TV Shows

Pet Supplies | Bestsellers | Dogs | Cats | Small Animals | Fish & Aquatics | Birds | Brands | Deals | Subscribe & Save | Pet Profile

Deshedding Brush for Dogs Cats,Self-Cleaning Slicker Brushes... 81 $13.61

Sponsored

Pet Supplies › Horses › Grooming Supplies › Brushes & Combs

You last purchased this item on Feb 15 2022.
View order details

Roll over image to zoom in

# Original for Horses Dogs 6 in 1 Shedding Grooming Massage, Strip Hair Gentle Groomer for Horses, Horses Hair Brushes Professional Neat Pet Grooming Brush, Horse Tack Easy to Clean

Brand: Dzhzuj

$28.99 ($28.99 / count)

Get a **$5 promotional credit** on purchase of **$25 or more** in Amazon.ca Gift Cards (Restrictions apply).

| | |
|---|---|
| **Material** | Silicone |
| **Hair type** | Dry |
| **Brand** | Dzhzuj |

**About this item**

- Designed for Comfort and Convenience:The Original for Horses 6-in-1 Shedding Grooming Massage is multi-purpose and designed to make quick and efficient work of grooming,Specially made for pet hair removal, it quickly stimulates the pet's blood circulation and distributes natural oils at the same time. providing serious therapeutic benefits. It just doesn't get better than that! I personally guarantee you and your horse will love this new way to groom.
- Remove Shedding Hair :The Original for Horses 6-in-1 Shedding

$28.99 ($28.99 / count)

$3.95 delivery **March 16 - April 6**. Details

Deliver to Jane - Boca Raton 33433

In Stock.

Quantity: 1

Add to Cart

Buy Now

Secure transaction

Ships from China and sold by FeiJiao1.

Add to Wish List

Share

Exhibit 1
Doe #574
Trademark(s) Strip Hair, Gentle Groomer: Listing Image, Listing Title
Copyright(s) SH-1, SH-2, SH-36, SH-4, SH-6, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 575

**MARKETPLACE:** Amazon

**MERCHANT NAME:** Jinshengjinshi

**SELLER ID:** AYR9TUEFMXKB7



Amazon.com: xiaoyige Massage · ×

2022-03-24

amazon.com/dp/B09TNK5533?keywords=StripHair&m=AYR9TUEFMXKB7&psc=1

amazon prime | Deliver to John Boca Raton 33433 | Pet Supplies | StripHair | Hello, Jessica Account & Lists | Returns & Orders | 0 Cart

All | Prime | Buy Again | Customer Service | Amazon Outlet | Amazon Basics | Toys & Games | Livestreams | Pharmacy | Amazon Business | Registry | Coupons | Whole Foods | Shopper Toolkit | Handmade | Pet Supplies | Shop office supplies

Pet Supplies | Pet Profiles | Dogs | Cats | Fish & Aquatics | Small Animals | Birds | Reptiles | Horses | Deals & Coupons | Pet Care Tips | Subscribe & Save | Veterinary Diets

Organic Lavender Oatmeal Dog Shampoo and Conditioner |... 470 $8.99 prime

Sponsored

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Roll over image to zoom in

# xiaoyige Massage Comb for Horses Grooming Massage Horse Hair Brushes 6-in-1 Horse Grooming Brushes Grooming Massage Removes Dried Loose Hair for Horses Dogs

Brand: xiaoyige

$36.38 ($36.38 / Count)

Get a $60 Amazon Gift Card instantly upon approval for the Amazon Prime Store Card. No annual fee.

- Horse Massage Comb - It can help you shed, groom, shine, shampoo, wet and massage your pets as a multifunctional pet tool.
- 6-in-1 Shedding Grooming Massage - All-in-one flexible and comfortable grooming tool that is blade-free and versatile.
- Easy to Use - Find it easy to take care of the loose hair. Both you and your pets will enjoy this groomer.
- Pleasant: thanks to the soft material, the elastic rubber horse brush is particularly suitable for sensitive pet horses
- Save Time: The rake can save a lot of cleaning time, leaving you more time to ride.

Report incorrect product information.

Seibertron®

*Pet Grooming Gloves with Six Sizes*

Seibertron Patented P.G.M.G-1 Pet Hair Remover/Deshedding Grooming Gloves Seven Sizes...

$6.99 prime

Sponsored

$36.38 ($36.38 / Count)

$10 delivery April 14 - May 4. Details

Deliver to John - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Jinshengjinshi

Sold by Jinshengjinshi

Return policy: Eligible for Return, Refund or Replacement.

Add to List

Share

4 stars and above

Page 1 of 2

Exhibit 1
Doe #575
Copyright(s) SH-1, SH-2, SH-6, SH-9: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 576

**MARKETPLACE:** Amazon

**MERCHANT NAME:** xiaoyunji

**SELLER ID:** AZ1OZ2B1KAGPF



Amazon.com: NA Horseriding Su × 2022-06-29

https://www.amazon.com/dp/B09ZYPGV59?keywords=Striphair&m=AZ1OZ2B1KAGPF&psc=1

amazon Deliver to Dom Boca Raton 33433 Home & Kitchen Striphair Hello, Dom Account & Lists Returns & Orders 0 Cart

All Buy Again Customer Service Amazon Basics Coupons Home Improvement Health & Household Pet Supplies Shopper Toolkit Beauty & Personal Care Handmade Pharmacy Find a Gift Watch LGBTQIA+ TV & film

Amazon Home Shop by Room Discover Shop by Style Home Décor Furniture Kitchen & Dining Bed & Bath Garden & Outdoor Home Improvement

Maxpower Planet Pet Grooming Brush - Double Sided Shedding and Dematting Undercoat Rake Comb for Dogs and Cats,Extra Wide 23,353 $14.97 prime 10% off coupon

Sponsored

Pet Supplies › Dogs › Grooming › Brushes

# NA Horseriding Supplies Horse Brush Multi-Functional pet Hair Removal and Washing Utensils 3 Pack

Brand: N\\A

$19.99

Get $60 off instantly: Pay $0.00 ~~$19.99~~ upon approval for the Amazon Prime Store Card. No annual fee.

Color: **Geyizhi**

Size: **3zhi**

- Soft and gentle hair removal brush: custom formulated rounded corners, wedge ends and small exfoliating particles produce effects on all parts of the face and keep them safe when modifying and shampooing. No longer use sharp or rusty anti-dandruff tools
- Cleanliness: no bristle to capture moisture or bacteria. The rubber design is easy to clean and will not be blocked by hair like traditional hair brushes. When shampoo is preferred, Diamond Head will produce deep foam for thorough cleaning
- Multi-functional design: wash and remove hair for your horse, you can comb your horse on your pet's face, legs or anywhere else to remove hair, clean dirt and provide information and treatment help
- Energy and comfort: Mane brush designed for removing horse

$19.99

$16.99 delivery **July 21 - August 10**. Details

Deliver to Dom - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from xiaoyunji

Sold by xiaoyunji

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Have one to sell?

Sell on Amazon

https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&s...

Exhibit 1
Doe #576
Copyright(s) SH-19, SH-2, SH-23, SH-3: Listing Image

**DOE NUMBER:** 577

**MARKETPLACE:** Amazon

**MERCHANT NAME:** RupXinSplend

**SELLER ID:** AZ5YBGXGDPBNE



2022-05-19

Amazon.com: Horse Grooming K

amazon.com/dp/B09WNCZCT9

amazon | Deliver to Vivek Boca Raton 33433 | Beauty & Personal Care | Hello, vivek Account & Lists | Returns & Orders | 0 Cart

All | Buy Again | Coupons | Health & Household | Pharmacy | Shopper Toolkit | Find a Gift | Handmade | Pet Supplies | Home Improvement | Gift Cards | Beauty & Personal Care | Livestreams | All-new Fire 7 Kids tablet

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

Bodhi Dog Grooming Shampoo Brush Bundle + Oatmeal Shampoo 8oz 45 $14.99 prime

Sponsored

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Roll over image to zoom in

# Horse Grooming Kit Blue Tote - 10pcs Horse Care Kit with Multi-Function Brushes & Curry Combs, Sweat Scraper, Hoof Pick, Hoof Knife for Horse Kit Horse Cleaning Tool Set Equine Grooming Portable

Brand: Generic

$40.49 ($1.15 / Ounce)

& FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

Color: **blue**

$40.49 ($1.15 / Ounce) | $40.49 ($1.15 / Ounce)

| | |
|---|---|
| **Color** | Blue |
| **Material** | Wood |
| **Brand** | Generic |

**About this item**

- 【Full Horse Brushes Set】Horse Gromming Brushes Kit include 1pcs 6-in-1 multi-function brush and 1pcs double-sided brush, make a quick and efficient grooming job with antistatic, hair care, polishing, horse beauty and massage
- 【Durable and Easy-to-use Currycombs Set】Stainless currycombs, sweat scraper are durable and easy to scrape sweat, remove caked mud, adhesive, shedded or loose hair, to promote blood circulation for horse's health

$40.49 ($1.15 / Ounce)

& FREE Returns

FREE delivery **Monday, May 23**

Or fastest delivery **Friday, May 20**. Order within 8 hrs 3 mins

Deliver to Vivek - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon
Sold by RupXinSplend

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add your 30-day FREE trial of Prime and get fast, FREE delivery

Add a gift receipt for easy

Exhibit 1
Doe #577
Design Patent Used



2022-05-19

Amazon.com: Horse Grooming K

amazon.com/dp/B09WNDWJLV?keywords=StripHair&m=AZ5YBGXGDPBNE&psc=1

amazon Deliver to Vivek Boca Raton 33433 | Beauty & Personal Care | StripHair | Hello, vivek Account & Lists | Returns & Orders | 0 Cart

All | Buy Again | Coupons | Health & Household | Pharmacy | Shopper Toolkit | Find a Gift | Handmade | Pet Supplies | Home Improvement | Gift Cards | Beauty & Personal Care | Livestreams | All-new Fire 7 Kids tablet

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

H HANDSON Pet Grooming Gloves - Patented #1 Ranked, Award Winning Shedding, Bathing, & Hair Remover Glove... 16,556 $24.99 prime

Sponsored

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Roll over image to zoom in

# Horse Grooming Kit Blue Tote - 10pcs Horse Care Kit with Multi-Function Brushes & Curry Combs, Sweat Scraper, Hoof Pick, Hoof Knife for Horse Kit Horse Cleaning Tool Set Equine Grooming Portable

Brand: Generic

$40[49] ($1.15 / Ounce)

& FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **blue**

$40.49 ($1.15 / Ounce) | $40.49 ($1.15 / Ounce)

| | |
|---|---|
| **Color** | Blue |
| **Material** | Wood |
| **Brand** | Generic |

**About this item**

- 【Full Horse Brushes Set】Horse Gromming Brushes Kit include 1pcs 6-in-1 multi-function brush and 1pcs double-sided brush, make a quick and efficient grooming job with antistatic, hair care, polishing, horse beauty and massage
- 【Durable and Easy-to-use Currycombs Set】Stainless currycombs, sweat scraper are durable and easy to scrape sweat, remove caked mud, adhesive, shedded or loose hair, to promote blood circulation for horse's health
- 【Multi-function Hoof Pick Care Kit】Hoof kits include 2 in 1 hoof pick and hoof knife, not only keep

$40[49] ($1.15 / Ounce)

& FREE Returns

FREE delivery **Monday, May 23**

Or fastest delivery **Friday, May 20**. Order within 10 hrs 40 mins

Deliver to Vivek - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon

Sold by RupXinSplend

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add your 30-day FREE trial of Prime and get fast, FREE delivery

Add a gift receipt for easy

Exhibit 1
Doe #577
Design Patent Used



2022-05-19

Amazon.com: Horse Grooming K

amazon.com/dp/B09WNF9MZV?keywords=StripHair&m=AZ5YBGXGDPBNE&psc=1

amazon Deliver to Vivek Boca Raton 33433 | Beauty & Personal Care | StripHair | Hello, vivek Account & Lists | Returns & Orders | 0 Cart

All | Buy Again | Coupons | Health & Household | Pharmacy | Shopper Toolkit | Find a Gift | Handmade | Pet Supplies | Home Improvement | Gift Cards | Beauty & Personal Care | Livestreams | Gear up for spring outdoors

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

Bodhi Dog New Grooming Pet Shampoo Brush | Soothing Massage Rubber Bristles Curry Comb for Dogs & Cats Washi... 100 $13.99 prime

Sponsored

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Roll over image to zoom in

# Horse Grooming Kit Orange Tote - 10pcs Horse Care Kit with Multi-Function Brushes & Curry Combs, Sweat Scraper, Hoof Pick, Hoof Knife for Horse Kit Horse Cleaning Tool Set Equine Grooming Portable

Brand: Generic

$40.49 ($1.15 / Ounce)

& FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

Color: **orange**

$40.49 ($1.15 / Ounce) | $40.49 ($1.15 / Ounce)

| | |
|---|---|
| **Color** | Orange |
| **Material** | Wood |
| **Brand** | Generic |

## About this item

- 【Full Horse Brushes Set】Horse Gromming Brushes Kit include 1pcs 6-in-1 multi-function brush and 1pcs double-sided brush, make a quick and efficient grooming job with antistatic, hair care, polishing, horse beauty and massage
- 【Durable and Easy-to-use Currycombs Set】Stainless currycombs, sweat scraper are durable and easy to scrape sweat, remove caked mud, adhesive, shedded or loose hair, to promote blood circulation for horse's health

$40.49 ($1.15 / Ounce)

& FREE Returns

FREE delivery **Monday, May 23**

Or fastest delivery **Friday, May 20**. Order within 10 hrs 38 mins

Deliver to Vivek - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon
Sold by RupXinSplend

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add your 30-day FREE trial of Prime and get fast, FREE delivery

Add a gift receipt for easy

Exhibit 1
Doe #577
Design Patent Used

**DOE NUMBER:** 578

**MARKETPLACE:** Amazon

**MERCHANT NAME:** Jing Zhaofu Co.ã€®Ltdã€,

**SELLER ID:** A10QEOMX47YMRG



Amazon.com: mmagicc 2pcs 6-in × | 2022-05-15

amazon.com/dp/B09ZLC5RY9?keywords=StripHair&m=A10QEOMX47YMRG&psc=1

amazon | Deliver to Vivek Boca Raton 33433 | Home & Kitchen | StripHair | Hello, vivek Account & Lists | Returns & Orders | 0 Cart

All | Buy Again | Coupons | Health & Household | Pharmacy | Shopper Toolkit | Find a Gift | Handmade | Pet Supplies | Home Improvement | Gift Cards | Beauty & Personal Care | Livestreams | Full TNF schedule out now

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Qualifying EBT and government assistance recipients can get Prime for $5.99 per month Shop now › prime

Roll over image to zoom in

# mmagicc 2pcs 6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair Brush Pony Puppy Strip Hair Gentle Cosy(Color:Black)

Brand: mmagicc

$33.42

Color: Black

$33.42 | $33.42 | $33.42

- Effective: It can help you shed, groom, shine, shampoo, wet strip and massage your pets as a multi-functional pet tool.
- Easy to Use: Find it easy to groom the loose hair and clean the embedded dirt, both you and your pets will enjoy this groomer
- High Quality Material: Convenient to use. Durable in use.
- Descriptions:Designed for horses, dogs or any other hairy animals with a large size.
- Package Included:2 x Horses Dog Grooming Brush

$33.42

FREE delivery June 6 - 27. Details

Deliver to Vivek - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Jing Zhaofu Co., Ltd.
Sold by Jing Zhaofu Co., Ltd.

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Have one to sell?

Sell on Amazon

Exhibit 1
Doe #578
Copyright(s) SH-1, SH-2, SH-21, SH-8, SH-9: Listing Image
Design Patent Used



Amazon.com: mmagicc 2pcs 6-in

2022-05-15

amazon.com/dp/B09ZLD1MRY?keywords=StripHair&m=A10QEOMX47YMRG&psc=1

amazon Deliver to Vivek Boca Raton 33433 | Home & Kitchen | StripHair | Hello, vivek Account & Lists | Returns & Orders | 0 Cart

All | Buy Again | Coupons | Health & Household | Pharmacy | Shopper Toolkit | Find a Gift | Handmade | Pet Supplies | Home Improvement | Gift Cards | Beauty & Personal Care | Livestreams | Full TNF schedule out now

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Qualifying EBT and government assistance recipients can get Prime for $5.99 per month Shop now › prime

Roll over image to zoom in

# mmagicc 2pcs 6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair Brush Pony Puppy Strip Hair Gentle Cosy(Color:Blue)

Brand: mmagicc

$33.42

Color: **Blue**

$33.42 | $33.42 | $33.42

- Effective: It can help you shed, groom, shine, shampoo, wet strip and massage your pets as a multi-functional pet tool.
- Easy to Use: Find it easy to groom the loose hair and clean the embedded dirt, both you and your pets will enjoy this groomer
- High Quality Material: Convenient to use. Durable in use.
- Descriptions:Designed for horses, dogs or any other hairy animals with a large size.
- Package Included:2 x Horses Dog Grooming Brush

$33.42

FREE delivery **June 6 - 27**. Details

Deliver to Vivek - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Jing Zhaofu Co., Ltd.
Sold by Jing Zhaofu Co., Ltd.

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Have one to sell?

Sell on Amazon

Exhibit 1
Doe #578
Copyright(s) SH-1, SH-2, SH-21, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 579

**MARKETPLACE:** Amazon

**MERCHANT NAME:** FATMOON DIRECT

**SELLER ID:** A2WZ4R72EDFN5L



2022-05-26

Amazon.com: 6 In 1 Shedding G

amazon.com/dp/B09WZWF2WV?keywords=StripHair&m=A2WZ4R72EDFN5L&psc=1

amazon | Deliver to Vivek Boca Raton 33433 | Beauty & Personal Care | StripHair | Hello, vivek Account & Lists | Returns & Orders | 0 Cart

All | Buy Again | Coupons | Health & Household | Shopper Toolkit | Pharmacy | Find a Gift | Handmade | Pet Supplies | Home Improvement | Beauty & Personal Care | Gift Cards | Personal Shopper | All-new Fire 7 Kids tablet

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

[Upgrade Version] Pet Grooming Glove - Gentle Deshedding Brush Glove - Efficient Pet Hair Remover Mitt -... 59,338 $16.99

Sponsored

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

Roll over image to zoom in

# 6 In 1 Shedding Grooming Massage Brush Horses Floating Hair Stripper High Adaptability Shedding Hair Removing Comb for Pet

Brand: FATMOON

$13.99 ($13.99 / Count)

& FREE Returns

Coupon: Save an extra 10% when you apply this coupon. Terms

Get a **$8 credit** when you purchase a **$40 or more** digital Amazon Gift Card (Restrictions apply).

- Practical: The horsehair brush is easy to carry. Put the beauty device in your pocket for grooming. It is good for soft skin, fur and muscles and is a practical brush. Using high-quality materials, it is strong and durable.
- High adaptability: This massage comb can be used in wet and dry conditions and is suitable for beauty massage on all parts of the horse body. Very suitable for all kinds of pets.
- Multifunctional: Multifunctional design to meet your different needs. Flexible and comfortable grooming tool for horses, without knives, can also be used for dogs, pigs, goats, etc.
- Easy to clean: Just rinse the brush with warm water, you can also wash it in the washing machine. An essential tool for any horse grooming kit. The handle is smooth, comfortable to hold, and easy to clean.
- Perfect gift: The perfect gift for equestrian lovers. It is very suitable for use after riding a horse, because it is gentle enough for the face and durable enough for the body.

Report incorrect product information.

H HANDSON Pet Grooming Gloves - Patented #1 Ranked, Award Winning

$13.99 ($13.99 / Count)

& FREE Returns

FREE delivery **Tuesday, May 31** if you spend $25 on items shipped by Amazon

Deliver to Vivek - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon

Sold by FATMOON DIRECT

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add your 30-day FREE trial of Prime and get fast, FREE delivery

Add a gift receipt for easy returns

Exhibit 1
Doe #579
Copyright(s) SH-18, SH-4: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 580

**MARKETPLACE:** eBay

**MERCHANT NAME:** adelaideert

**SELLER ID:** adelaideert



Horse Hair Groomer Gentle Groo
2022-10-01

https://www.ebay.com/itm/363996078444?nordt=true&orig_cvip=true

Hi Dom! | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Horse Grooming Brushes

Share | Add to Watchlist

$ Have one to sell? Sell now

## Horse Hair Groomer Gentle Grooming Massage Brush Strip Horse Hairs Comb Cleaning

Condition: New

Quantity: 1 More than 10 available

Price: **GBP 6.79**
Approximately US $7.58

Buy It Now

Add to cart

Best Offer: Make Offer

Add to Watchlist

Fast and safe shipping

Shipping: GBP 20.44 (approx US $22.82) Expedited Shipping to United States via eBay's Global Shipping Program | See details
Located in: Manchester, United Kingdom

Import charges: Free amount confirmed at checkout

Delivery: Estimated between Mon, Oct 17 and Thu, Oct 20 to 78701
Includes international tracking

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal, G Pay, VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
adelaideert (2527 ★)
97.9% Positive feedback

Save this seller
Contact seller
Visit store
See other items

Registered as a Business Seller

https://www.ebay.com/usr/adelaideert?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #580
Trademark(s) Groomer Gentle: Listing Title, Listing Description
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-4, SH-6: Listing Image
Design Patent Used

**DOE NUMBER:** 581

**MARKETPLACE:** eBay

**MERCHANT NAME:** albatrade-gb-ltd

**SELLER ID:** albatrade-gb-ltd

2022-09-30

6 In 1 Horses Hair Removal Mass ×

https://www.ebay.com/itm/374240654074?nordt=true&orig_cvip=true

Hi Dom! | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Horse Grooming Brushes

Share | Add to Watchlist

Hover to zoom

Have one to sell? Sell now

# 6 In 1 Horses Hair Removal Massage Brush Dogs Pets Grooming Shedding Massage Kit

Condition: New

Colour: - Select -

Quantity: 1 3 available

Price: GBP 8.59
Approximately US $9.59

Buy It Now

Add to cart

Add to Watchlist

A seller you've bought from

Shipping: GBP 3.10 (approx US $3.46) Parcelforce Global Express | See details
Located in: California, United States

Delivery: Estimated between Thu, Oct 13 and Wed, Oct 26 to 78701
Please note the delivery estimate is greater than 6 business days.

Returns: 14 day returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
albatrade-gb-ltd (0)

Save this seller
Contact seller
See other items

Exhibit 1
Doe #581
Trademark(s) StripHair, The Gentle Groomer: Listing Image, Physical Product
Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-3, SH-8: Listing Image, Physical Product Image
Design Patent Used



2022-09-30

6-in-1 Shedding Horse Grooming

https://www.ebay.com/itm/374291583564?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Horse Grooming Brushes

Share | Add to Watchlist

Hover to zoom

$ Have one to sell? Sell now

**6-in-1 Shedding Horse Grooming Massage Brush Horse Hairs Combs Grooming Bath**

Condition: New

Colour: - Select -

Quantity: 1 Last one

Price: **GBP 9.75**
Approximately US $10.77

Buy It Now

Add to cart

Add to Watchlist

A seller you've bought from

Shipping: GBP 1.99 (approx US $2.20) Parcelforce Global Express | See details
Located in: California, United States

Delivery: Estimated between Thu, Oct 20 and Wed, Nov 2 to 78701
Please note the delivery estimate is greater than 6 business days.

Returns: 14 day returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
albatrade-gb-ltd (1)
100% Positive feedback

Save this seller
Contact seller
See other items

Similar sponsored items

Feedback on our suggestions

Exhibit 1
Doe #581
Trademark(s) The Gentle Groomer: Listing Image
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used

2022-09-30

6 In 1 Horses Hair Removal Mas

https://www.ebay.com/itm/174J054 1 ... ?nordt=true&orig_cvip=true

Hi Dom! | Daily Deals | Brand Outlet | Help & Contact | Save on top brands. Get the coupon. | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports > Equestrian > Horse Care & Grooming > Grooming Brushes

Share | Add to Watchlist

$ Have one to sell? Sell now

## 6 In 1 Horses Hair Removal Massage Brush Dogs Pets Grooming Shedding Massage Kit

Condition: New

Color: - Select -

Quantity: 1 4 available

Price: **GBP 11.04**

Approximately US $13.57

Buy It Now

Add to cart

Add to Watchlist

A seller you've bought from

Shipping: GBP 0.89 (approx US $1.09) Standard Shipping | See details

Located in: California, United States

Delivery: Estimated between Thu, Dec 15 and Tue, Dec 20 to 78701

Returns: 14 day returns | Buyer pays for return shipping | See details

Payments: PayPal, G Pay, VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

**Seller information**

albatrade-gb-ltd (4)

100% Positive feedback

Save this seller

Contact seller

See other items

Similar sponsored items

Feedback on our suggestions

https://www.ebay.com/usr/albatrade-gb-ltd?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #581
Copyright(s) SH-1, SH-18, SH-36, SH-4: Listing Image
Design Patent Used

**DOE NUMBER:** 582

**MARKETPLACE:** eBay

**MERCHANT NAME:** alempire

**SELLER ID:** alempire



Horse Brush Soft Massage Blade ×

2022-04-07

ebay.ca/itm/165402239073?nordt=true&orig_cvip=true

Hi Jessica! eBay Deals Help & Contact Celebrate Earth Month English Sell Watch List My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: Sporting Goods > Outdoor Sports > Equestrian > Horse Care & Grooming > Grooming Brushes | Add to Watch list

Have one to sell? Sell it yourself

# Horse Brush Soft Massage Blade Free Safe Hair Dirty Cleaning Grooming Scrubber

Condition: New

Color: -Select-

Quantity: 1 Last one / 0 sold

Price: US $19.60

Approximately C $24.38

Buy It Now

Add to cart

Add to Watch list

60-day returns

Shipping: FREE Economy Shipping from outside US | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Chongqing, China

Ships to: Worldwide See exclusions

Delivery: Estimated between Wed. 27 Apr. and Wed. 22 Jun.

Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal G Pay VISA

Returns: 60 days refund | Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

alempire (16 ★)

100% Positive feedback

Save this seller

See other items

Contact seller

Visit store

Similar sponsored items

Feedback on our suggestions

Waiting for securepubads.g.doubleclick.net...

Exhibit 1
Doe #582
Copyright(s) SH-1, SH-12, SH-19, SH-22, SH-23, SH-3, SH-8: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 583

**MARKETPLACE:** eBay

**MERCHANT NAME:** alilbetter

**SELLER ID:** alilbetter



Horses Dogs Grooming Sheddinc × +

2022-04-06

ebay.com/itm/353969429936?nordt=true&orig_cvip=true

**SAVE UP TO 10% WHEN YOU BUY MORE**

$ Have one to sell? Sell now

## Horses Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush USA

Condition: New

Bulk savings: Buy 1 $15.99/ea | Buy 2 $15.19/ea | Buy 3 $14.87/ea

Quantity: 1 4 or more for $14.39/ea

More than 10 available / 5 sold

Price: **US $15.99/ea**

Buy It Now

Add to cart

Best Offer:

Make Offer

♡ Add to Watchlist

30-day returns

Shipping: FREE Standard Shipping | See details

Located in: Rowland Heights, California, United States

Delivery: Estimated between Tue. Apr. 12 and Thu. Apr. 14 to 33433

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT

Special financing available. | See terms and apply now

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

**Seller information**

alilbetter (3185 ★)

95.2% Positive feedback

♡ Save this seller

Contact seller

Visit store

See other items

Exhibit 1
Doe #583
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-2, SH-7, SH-GIF1: Listing Image, Physical Product Image
Design Patent Used



| Quality US Stock | py Privacy Case | 11 Pro Max NEW | ckers US Ship | Cal Calendar | per Famicom Case US |
|---|---|---|---|---|---|
| 16.99 USD | 13.99 USD | 15.99 USD | 11.99 USD | 19.99 USD | 18.99 USD |
| Buy it now | Buy it now | Buy it now | Buy it now | Buy it now | Buy it now |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

## Horses Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush USA

**Description:**

The Gentle Groomer is designed for horses, dogs or any other hairy animals with a large size. It can help you shed, groom, shine, shampoo, wet strip and massage your pets as a multi-functional pet tool. Find it easy to groom the loose hair and clean the embedded dirt, both you and your pets will enjoy this groomer.

**Feature:**

Suitable for large hairy pets.

Made of rubber with unique design.

6 in 1 multi-functional pet supply.

**Specifications:**

Name: Horses Hair Grooming Brush

Colour: black

Application: horse, dog, pig, sheep, etc.

**Packing List:**

1*Brush



Exhibit 1
Doe #583
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-2, SH-7, SH-GIF1: Listing Image
Design Patent Used

**DOE NUMBER:** 584

**MARKETPLACE:** eBay

**MERCHANT NAME:** allforyou8

**SELLER ID:** allforyou8



6-in-1 Shedding Grooming Mass ×

ebay.com/itm/144490392055?nordt=true&orig_cvip=true

2022-04-06

SAVE UP TO 15% WHEN YOU BUY MORE

Have one to sell? Sell now

## 6-in-1 Shedding Grooming Massage Brush Horses Grooming Brush Massage Comb

Condition: New

Color: - Select -

Quantity: 1 Last one

Price: US $16.98

Buy It Now

Add to cart

Add to Watchlist

30-day returns

Shipping: FREE Standard Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Shenzhen, China

Delivery: Estimated between Wed. Apr. 20 and Fri. May. 13
Please note the delivery estimate is greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
allforyou8 (0)

Save this seller
Contact seller
See other items

Exhibit 1
Doe #584
Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 585

**MARKETPLACE:** eBay

**MERCHANT NAME:** allthings-mobile

**SELLER ID:** allthings-mobile



6-in-1 Shedding Grooming Mass ×

ebay.com/itm/403568026752?nordt=true&orig_cvip=true

2022-04-06

SAVE UP TO 11% WHEN YOU BUY MORE

$ Have one to sell? Sell now

## 6-in-1 Shedding Grooming Massage Brush Horse Hairs Combs Pet Grooming Brush

Condition: New

Bulk savings: Buy 1 $14.99/ea | Buy 2 $14.54/ea | Buy 3 $13.79/ea

Quantity: 1 — 4 or more for $13.34/ea

10 available / 1 sold

Price: US $14.99/ea

Buy It Now

Add to cart

Add to Watchlist

30-day returns | Ships from United States

Shipping: $0.99 Standard Shipping | See details

Located in: Rowland Heights, California, United States

Delivery: Estimated between Tue. Apr. 12 and Thu. Apr. 14 to 33433

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal, G Pay, VISA, Discover

PayPal CREDIT

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**

allthinge-mobile (264 ★)

95% Positive feedback

Save this seller

Contact seller

Visit store

See other items

Get notified when the price drops

Sponsored items customers also bought

Feedback on our suggestions

Exhibit 1
Doe #585
Copyright(s) SH-1, SH-2, SH-7, SH-GIF1: Listing Image, Physical Product Image
Design Patent Used



6-in-1 Shedding Grooming Mass ×

2022-04-06

ebay.com/itm/403568026947?nordt=true&orig_cvip=true

## SAVE UP TO 11% WHEN YOU BUY MORE

## 6-in-1 Shedding Grooming Massage Brush Horse Hairs Combs Pet Grooming Brush BLUE

Condition: **New**

Bulk savings: Buy 1 $15.90/ea | Buy 2 $15.42/ea | Buy 3 $14.63/ea

Quantity: 1 — 4 or more for $14.15/ea

5 available

Price: **US $15.90/ea**

Buy It Now

Add to cart

♡ Add to Watchlist

30-day returns | Ships from United States

Shipping: FREE Standard Shipping | See details

Located in: Rowland Heights, California, United States

Delivery: Estimated between Tue. Apr. 12 and Thu. Apr. 14 to 33433

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal, G Pay, VISA, Discover

*PayPal CREDIT*

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

**Seller information**

allthings-mobile (264 ★)

95% Positive feedback

♡ Save this seller

Contact seller

Visit store

See other items

Get notified when the price drops.

Sponsored items customers also bought

Feedback on our suggestions

Exhibit 1
Doe #585
Copyright(s) SH-1, SH-2, SH-7, SH-GIF1: Listing Image
Design Patent Used

**DOE NUMBER:** 586

**MARKETPLACE:** eBay

**MERCHANT NAME:** amazing-aus

**SELLER ID:** amazing-aus



6 In 1 Horses Hair Removal Mass × +

2022-04-06

ebay.com/itm/384793309594?nordt=true&orig_cvip=true

**SAVE UP TO 10% WHEN YOU BUY MORE**

$ Have one to sell? Sell now

## 6 In 1 Horses Hair Removal Massage Brush Dogs Pets Grooming Shedding Massage Kit

Condition: **New**

Color: - Select -

Bulk savings: Buy 1 **$15.99/ea** | Buy 2 **$15.19/ea** | Buy 3 **$14.87/ea**

Quantity: 1 **4 or more for $14.39/ea**

More than 10 available / 11 sold

Price: **US $15.99/ea**

Buy It Now

Add to cart

Add to Watchlist

30-day returns | Ships from United States | 9 watchers

Shipping: **FREE** Standard Shipping | See details

Located in: Rowland Heights, California, United States

Delivery: Estimated between **Tue. Apr. 12** and **Fri. Apr. 15** to 33433

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

*PayPal CREDIT*

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**

amazing-aus (447 ★)

96.8% Positive feedback

Save this seller

Contact seller

Visit store

See other items

Exhibit 1
Doe #586
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-2, SH-23, SH-6, SH-9: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 587

**MARKETPLACE:** eBay

**MERCHANT NAME:** andwind

**SELLER ID:** andwind



Horses Grooming Brush Professic ×

2022-04-11

ebay.ca/itm/115300508803?nordt=true&orig_cvip=true

Hi Jessica! eBay Deals Help & Contact Celebrate Earth Month English Sell Watch List My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: Pet Supplies > Dog Supplies > Grooming > Brushes, Combs & Rakes | Add to Watch list

Have one to sell? Sell it yourself

# Horses Grooming Brush Professional Horse Grooming Massage Kit Pet Hair Face CII5

Be the first to write a review.

Condition: New

Quantity: 1 2 available

Price: C $20.99

Buy It Now

Add to cart

Add to Watch list

30-day returns

Shipping: FREE Standard Int'l Shipping | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Canada, Canada
Ships to: Canada, United States See exclusions

Delivery: Estimated between Mon. 18 Apr. and Mon. 25 Apr. to 33433
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal G Pay VISA

Returns: 30 days refund | Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
andwind (16133)
98.9% Positive feedback

Save this seller
See other items
Contact seller
Visit store

Similar sponsored items

Feedback on our suggestions

Exhibit 1
Doe #587
Trademark(s) Gentle Groomer: Physical Product

**DOE NUMBER:** 588

**MARKETPLACE:** eBay

**MERCHANT NAME:** anjing.jgarden

**SELLER ID:** anjing.jgarden



2022-09-03

6-in-1 Shedding Grooming Mass

https://www.ebay.com/itm/313919292781?nordt=true&orig_cvip=true

Hi Dom! | Daily Deals | Brand Outlet | Help & Contact | Extra 15% off Labor Day sale | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Other Dog Supplies | Share | Add to Watchlist

Hover to zoom

$ Have one to sell? Sell now

# 6-in-1 Shedding Grooming Massage Brush Horses Grooming Brush Massage Comb ♥A

Condition: New

Color: - Select -

Quantity: 1 | 3 available | 21 sold / See feedback

Price: US $9.44

Buy It Now

Add to cart

Add to Watchlist

21 sold | Returns accepted | 9 watchers

Shipping: US $4.82 SpeedPAK Standard | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Shanghai, China

Delivery: Estimated between Mon, Sep 26 and Tue, Oct 4 to 78701
This item has an extended handling time and a delivery estimate greater than 13 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal | G Pay | VISA | Discover

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
anjing.jgarden (1274 ★)
98.1% Positive feedback

Save this seller
Contact seller
Visit store
See other items

Exhibit 1
Doe #588
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 589

**MARKETPLACE:** eBay

**MERCHANT NAME:** anxinhe-1

**SELLER ID:** anxinhe-1



2022-02-02

Horse Gear Horse Brush Hors

https://www.ebay.com/itm/373841301811?nordt=true&orig_cvip=true

Hi Thed! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: Home & Garden > Home Improvement > Other Home Improvement | Add to Watchlist

The seller is away until Feb 06, 2022. If you buy this item, expect a delay in shipping.

# Horse Gear Horse Brush Horse Dog Grooming Brush Bath Massage Brush Pet

Condition: New

color: blue

Quantity: 1 2 available

Price: **US $8.00**

Buy It Now

Add to cart

Add to Watchlist

Shipping: FREE Economy Shipping | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: CN, China

Delivery: Estimated between Tue. Feb. 22 and Fri. Apr. 22

This item has an extended handling time and a delivery estimate greater than 13 business days.

Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns | See details

Payments: PayPal G Pay VISA

PayPal CREDIT

Special financing available. | See terms and apply now

Have one to sell? Sell now

**Shop with confidence**

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

**Seller information**

anxinhe-1 (0)

0% Positive feedback

Save this seller

Contact seller

Visit store

See other items

Exhibit 1
Doe #589
Design Patent Used

**DOE NUMBER:** 590

**MARKETPLACE:** eBay

**MERCHANT NAME:** atsellshop

**SELLER ID:** atsellshop



6 in 1 Horse Brush Removal Hair × 2022-07-31

https://www.ebay.com/itm/304570440044?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Other Horse Care & Grooming

Share | Add to Watchlist

$ Have one to sell? Sell now

# 6 in 1 Horse Brush Removal Hair Sweat Massage Brush Cleaning Scrubber Kit

Condition: New

Color: - Select -

Quantity: 1 5 available

Price: **US $14.16**

Buy It Now

Add to cart

Add to Watchlist

Free shipping and returns

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Shen Zhen, China

Delivery: Estimated between Tue, Aug 16 and Mon, Aug 22 to 60601

This item has an extended handling time and a delivery estimate greater than 10 business days.

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Seller pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

atsellshop (36685)

100% Positive feedback

Save this seller

Contact seller

Visit store

See other items

Feedback

Exhibit 1
Doe #590
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-3, SH-31, SH-6, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 591

**MARKETPLACE:** eBay

**MERCHANT NAME:** auto-department2018

**SELLER ID:** auto-department2018



Horse Brush Horse Grooming Br... ×

2022-07-08

ebay.com/itm/265398227845?nordt=true&orig_cvip=true

Hi vivek! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports > Equestrian > Horse Care & Grooming > Grooming Brushes

Share | Add to Watchlist

**SAVE UP TO 8% WHEN YOU BUY MORE**

## Horse Brush Horse Grooming Brush Wear Resistant For Dogs For Horse

Condition: New

Bulk savings: Buy 1 $16.02/ea | Buy 2 $15.06/ea

Quantity: 1

2 available / 1 sold

Price: **US $16.02/ea**

Buy It Now

Add to cart

Best Offer:

Make Offer

Add to Watchlist

60-day returns

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Shenzhen, China

Delivery: Estimated between Wed, May 25 and Mon, Jun 6 to 33433

This item has an extended handling time and a delivery estimate greater than 15 business days.

Please allow additional time if international delivery is subject to customs...

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**

auto-department2018 (17450)

97.6% Positive feedback

Save this seller

Contact seller

Visit store

See other items

Exhibit 1
Doe #591
Design Patent Used

**DOE NUMBER:** 592

**MARKETPLACE:** eBay

**MERCHANT NAME:** bazminstore

**SELLER ID:** bazminstore



2022-07-09

Pet Brush Horses Dogs 6 In 1 Sh

https://www.ebay.com/itm/224970260281?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Get the 20% off coupon Sell Watchlist My eBay

Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes Share | Add to Watchlist

SAVE UP TO 5% See all eligible items and terms

Have one to sell? Sell now

## Pet Brush Horses Dogs 6 In 1 Shedding Grooming Massage Horse Beauty Massage Brus

Condition: New

Color: - Select -

Quantity: 1 Last one

Price: US $17.09

US $17.99 Save 5%

Buy It Now

Add to cart

Add to Watchlist

Free shipping and returns

Shipping: FREE Standard Shipping from Greater China to worldwide | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Shenzhen, China

Delivery: Estimated between Fri, Jul 22 and Tue, Aug 16 to 60601

Please note the delivery estimate is greater than 8 business days.

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Seller pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

bazminstore (87 ★)

100% Positive feedback

Save this seller

Contact seller

Visit store

See other items

Exhibit 1
Doe #592
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image, Physical Product Image
Design Patent Used



Pet Brush Horses Dogs 6 In 1 She × | 2022-07-09

https://www.ebay.com/itm/224970260281?nordt=true&orig_cvip=true

Hi Dom! | Daily Deals | Brand Outlet | Help & Contact | Get the 20% off coupon | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes

Share | Add to Watchlist

**SAVE UP TO 5%** See all eligible items and terms

# Pet Brush Horses Dogs 6 In 1 Shedding Grooming Massage Horse Beauty Massage Brus

Condition: New

Color: - Select -

Quantity: 1 Last one

Price: US $17.09

~~US $17.99~~ Save 5%

Buy It Now

Add to cart

Add to Watchlist

Free shipping and returns

Shipping: FREE Standard Shipping from Greater China to worldwide | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Shenzhen, China

Delivery: Estimated between Fri, Jul 22 and Tue, Aug 16 to 60601

Please note the delivery estimate is greater than 8 business days.

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Seller pays for return shipping | See details

## Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

## Seller information

bazminstore (87 ★)

100% Positive feedback

Save this seller

Contact seller

Visit store

See other items

Have one to sell? Sell now

https://www.ebay.com/usr/bazminstore?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #592
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 593

**MARKETPLACE:** eBay

**MERCHANT NAME:** beacon_buyer

**SELLER ID:** beacon_buyer



2022-08-11

Horse Brush Hair Board Strip Hai ×

https://www.ebay.com/itm/175248621864?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: Health & Beauty > Massaging Equipment & Supplies > Massagers

Share | Add to Watchlist

$ Have one to sell? Sell now

# Horse Brush Hair Board Strip Hair Multifunctional Board Brush Massage Tools E

Condition: New

color: - Select -

Quantity: 1 Last one

Price: GBP 9.57
Approximately US $11.74

Buy It Now

Add to cart

Add to Watchlist

Returns accepted

Shipping: GBP 5.00 (approx US $6.13) SpeedPAK Economy | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Shenzhen, China

Delivery: Estimated between Tue, Aug 30 and Mon, Sep 12 to 60601
Please note the delivery estimate is greater than 12 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
beacon_buyer (2015 ★)
92.5% Positive feedback

Save this seller
Contact seller
Visit store
See other items

Registered as a Business Seller

Exhibit 1
Doe #593
Trademark(s) Strip Hair: Listing Title, Physical Product
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 594

**MARKETPLACE:** eBay

**MERCHANT NAME:** boarding

**SELLER ID:** boarding



6-in-1 Shedding Grooming Mass ×

ebay.com/itm/373968993937?nordt=true&orig_cvip=true

2022-04-06

**EXTRA 5% OFF 3+ ITEMS WITH CODE 0401-COUPON** See all eligible items and terms ▸

Have one to sell? Sell now

## 6-in-1 Shedding Grooming Massage Brush Horse Hairs Combs Pet Horse Grooming Bath

Condition: New

Quantity: 1 15 available / 3 sold

Price: **US $17.39**

Buy It Now

Add to cart

♡ Add to Watchlist

30-day returns

Shipping: FREE SpeedPAK Standard | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Shenzhen, China

Delivery: Estimated between Tue. Apr. 19 and Thu. Apr. 28
Please note the delivery estimate is greater than 8 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
boarding (199 ★)
93.1% Positive feedback

Save this seller
Contact seller
Visit store
See other items

Sponsored items from this seller

Feedback on our suggestions

Exhibit 1
Doe #594
Copyright(s) SH-1, SH-2, SH-6, SH-7, SH-8, SH-GIF1: Listing Image
Design Patent Used

**DOE NUMBER:** 595

**MARKETPLACE:** eBay

**MERCHANT NAME:** buy2sp_usa

**SELLER ID:** buy2sp_usa

2022-02-02

Shedding Grooming Massage ×

https://www.ebay.com/itm/373885180177?nordt=true&orig_cvip=true

Hi Thed! | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: Pet Supplies > Dog Supplies > Grooming > Brushes, Combs & Rakes | Add to Watchlist

1 BRISTLE & BLADE-FREE DESIGN
Multipurpose - Therapeutic - Durable
2 SOFT CLEANING DIAMONDS
Small - exfoliate the face and legs
Large - remove dried mud, sweat and stains, lather shampoo, massage, relax
3 GENTLE GROOMING EDGE
Shed hair, clean skin, add shine, distribute skin's oil, scrape water, increase circulation, massage, relax
4 FLEXIBLE & SAFE
Contours comfortably everywhere on the body
5 CLEAN & SANITARY
No place for hair and dirt to collect - Will never grow or harbor bacteria or fungus

$ Have one to sell? Sell now

# Shedding Grooming Massage Brush Horse Hairs Combs Pet Horse Grooming

Condition: New

Price: **US $20.14**

Buy It Now

Add to cart

Add to Watchlist

**Free shipping and returns**

Shipping: FREE Standard SpeedPAK from Greater China | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: SZ, China

Delivery: Estimated between Tue. Feb. 22 and Mon. Feb. 28
This item has an extended handling time and a delivery estimate greater than 13 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Seller pays for return shipping | See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

## Seller information

buy2sp_usa (8)
100% Positive feedback

Save this seller
Contact seller
Visit store
See other items

javascript:;

Exhibit 1
Doe #595
Copyright(s) SH-18, SH-6, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 596

**MARKETPLACE:** eBay

**MERCHANT NAME:** casffvw-908

**SELLER ID:** casffvw-908



6-in-1Horse Hair Brush Black Gro ×  +  2022-04-06

ebay.com/itm/313909601736?nordt=true&orig_cvip=true

$ Have one to sell? Sell now

## 6-in-1Horse Hair Brush Black Grooming Shedding Massage Brush for Horses

Condition: New

Bulk savings: Buy 1 $20.11/ea | Buy 2 $19.10/ea | Buy 3 $18.70/ea

Quantity: 1  4 or more for $17.50/ea

5 available

Price: **US $20.11/ea**

Buy It Now

Add to cart

Add to Watchlist

30-day returns

Shipping: FREE SpeedPAK Standard | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Shenzhen, China

Delivery: Estimated between Thu. Apr. 28 and Mon. May. 9
This item has an extended handling time and a delivery estimate greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal, G Pay, VISA, Discover

*PayPal CREDIT*
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
caaffvw-908 (71 ★)
98.3% Positive feedback

Save this seller
Contact seller
Visit store
See other items

Exhibit 1
Doe #596
Copyright(s) SH-1: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 597

**MARKETPLACE:** eBay

**MERCHANT NAME:** changbilij

**SELLER ID:** changbilij



Horse Brush Soft Massage Blade ×

2022-05-04

ebay.com/itm/175233583714?nordt=true&orig_cvip=true

Hi vivek! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports > Equestrian > Horse Care & Grooming > Grooming Brushes

Share | Add to Watchlist

SAVE UP TO 12% WHEN YOU BUY MORE

$ Have one to sell? Sell now

## Horse Brush Soft Massage Blade Free Safe Hair Dirty Cleaning Grooming Scrubber

Condition: New

Sale ends in: 03d 23h 16m

Color: Blue

Quantity: 1 Last one / 1 sold

Price: US $15.95

US $18.13 Save 12%

Buy It Now

Add to cart

Add to Watchlist

30-day returns

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Shenzhen, China

Delivery: Estimated between Tue, May 17 and Thu, May 26 to 33433

Please note the delivery estimate is greater than 8 business days.

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT

Special financing available. | See terms and apply now

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

chengbiiij (3225 ★)

98.5% Positive feedback

Save this seller

Contact seller

Visit store

See other items

javascript:;

Exhibit 1
Doe #597
Trademark(s) StripHair, The gentle groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 598

**MARKETPLACE:** eBay

**MERCHANT NAME:** changlan5

**SELLER ID:** changlan5



2023-03-10

Pet Horse Shedding Grooming M

ebay.com/itm/314449767462?hash=item4936aaac26...

Hi! Sign in or register Daily Deals Help & Contact Ship to English Sell Watchlist My eBay

Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > ... > Equestrian > Horse Care & Grooming > Grooming Brushes

Share | Add to Watchlist

SAVE $5 FOR EVERY $95 WITH CODE CHANGLAN5AAAAA5 See all eligible items and terms

## Pet Horse Shedding Grooming Massage Brush Horse Hairs Combs Grooming Cleaning

2 watched in the last 24 hours

Condition: New

Sale ends in: 11h 22m

color: - Select -

Quantity: 1 2 available / 1 sold

Price: US $10.76

Approximately R$ 55.69

Was US $11.96

Save US $1.20 (10% off)

Buy It Now

Add to cart

Add to Watchlist

Returns accepted

Shipping: Free Economy Shipping from Greater China to worldwide. See details

Located in: China, China

Delivery: Estimated between Thu, Apr 13 and Thu, Jun 8

This item has an extended handling time and a delivery estimate greater than 31 business days.

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA

Shop with confidence

Top Rated Plus

Trusted seller, fast shipping, and easy returns.

Learn more

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

changlan5 (143 ★)

96.8% Positive feedback

Save Seller

Contact seller

Visit store

See other items

Exhibit 1
Doe #598
Copyright(s) SH-1, SH-2, SH-3, SH-36, SH-6: Listing Image
Design Patent Used

**DOE NUMBER:** 599

**MARKETPLACE:** eBay

**MERCHANT NAME:** chuanhu-store

**SELLER ID:** chuanhu-store



Horses Grooming Brush Horse H × +

2022-05-12

ebay.nl/itm/203864097624?nordt=true&orig_cvip=true

hello vivek ∨ Help and contact Steun kinderen in Oekraïne To sell My eBay ∨

ebay Shop by category ∨ looking for something All sections ∨ To search Advanced search

Back to previous page | Offered in category: animals | dogs | Care and hygiene | Brushes and Combs

To share | Add to Watchlist

# Horses Grooming Brush Horse Hair Shedding Tool Multifunction Neat Comb

object state: New

Number of: 1 5 available / 1 sold

Price: US $20,11

Ongeveer EUR 19,07

Buy now

Add to Shopping Cart

Best offer:

Do proposal

Add to Watchlist

30 Day Return Policy

Postage costs: FREE SpeedPAK Standard | View details

Located in: Shenzhen, China

Ships to: Worldwide View Details

Delivery: Estimated between Mon, Jun 6 and Wed, Jun 15 to 33433

Payments: PayPal G Pay VISA

Return Policy: Refund within 30 days | Buyer pays for return | View details

Shop with confidence

Top seller

Reliable seller, fast shipping and easy returns.

Knowing more?

eBay Money Back Guarantee

Receive the item you ordered or get your money back.

Knowing more?

**Seller Details**

chuanhu store ( 78536

98.2% positive feedback

Save this seller

View other objects

Contact seller

Visit store

Do you have something to sell? Sell it yourself

Description | Shipping and Payments

Report object

eBay Item Number: 203864097624

The seller takes full responsibility for this listing.

Last updated on Apr 27, 2022 06:33:02 CEST View all revisions

javascript:;

Exhibit 1
Doe #599
Copyright(s) SH-1: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 600

**MARKETPLACE:** eBay

**MERCHANT NAME:** colortop9

**SELLER ID:** colortop9



Cepillo de aseo caballos kit de m

2022-04-11

ebay.es/itm/294912627798?nordt=true&orig_cvip=true

YouTube Grammarly Gmail My Drive - Google...

Hi Vivek! eBay Bonus ebay deals Help To sell watch list My eBay

Shop by category | Search for any item | All Categories | Seek | advanced

Back to the cover page | In the category: Sports > Horse riding > Horse care/grooming > brushes

Add to watch list

**Horse Grooming Brush Professional Horse Grooming Massage Kit Pet Hair Face Q9H4** - see original title

Be the first to write an opinion.

Condition: New

Amount: 1 9 available(s)

Price: **GBP 7,58**
Aproximadamente 9,14 EUR

Buy it already!
Add to Cart
Add to watch list

Seller you've already bought something from

Return period: 30 day(s)

Shipping: GBP 1.99 (approx. EUR 2.40) SpeedPAK Economy | See details
Located in: Shenzhen, China
Ships to: Worldwide See details

Delivery: Expected delivery between Tue, May 10 and Fri, May 20 to 60601-4804
Seller ships within 5 days after payment cleared.

Payments: PayPal G Pay VISA

Returns: 30 day refund | Buyer pays return shipping | See details

Do you want to sell one? sell it yourself

buy with confidence

eBay Customer Guarantee
If you don't receive the item you ordered, we will refund your money.
More information

**Seller information**
colorton9 (210188)
99% positive votes

save this seller
See other articles
Contact seller
Visit store

Registered as a professional seller

Artículos patrocinados similares

Comentarios sobre nuestras sugerencias

javascript:;

Exhibit 1
Doe #600
Trademark(s) Gentle Groomer: Physical Product

**DOE NUMBER:** 601

**MARKETPLACE:** eBay

**MERCHANT NAME:** craigie_hill

**SELLER ID:** craigie_hill



Horses Grooming Brush Massag× 2022-07-15

https://www.ebay.com/itm/295035530319?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes Share | Add to Watchlist

$ Have one to sell? Sell now

# Horses Grooming Brush Massage Comb Tool Kit 6-in-1 Gentle Hair Removal Brush

Condition: New

Color: - Select -

Quantity: 1 5 available

Price: GBP 11.79

Approximately US $13.89

Buy It Now

Add to cart

Add to Watchlist

Returns accepted

Shipping: GBP 3.99 (approx US $4.70) SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: ShenZhen, China

Delivery: Estimated between Wed, Aug 3 and Fri, Aug 12 to 60601

This item has an extended handling time and a delivery estimate greater than 12 business days.

Please allow additional time if international delivery is subject to customs processing.

Returns: 60 day returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

craigie_hill (5706 ★)

97.5% Positive feedback

Save this seller

Contact seller

Visit store

See other items

Registered as a Business Seller

https://www.ebay.com/usr/craigie_hill?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #601
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 602

**MARKETPLACE:** eBay

**MERCHANT NAME:** cw71_43

**SELLER ID:** cw71_43



Horse Hair Groomer Gentle Gro × 2022-10-11

https://www.ebay.com/itm/384881289678?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes

Share | Add to Watchlist

# Horse Hair Groomer Gentle Grooming Massage Brush Strip Horse Hairs Comb Cleaning

Condition: New

MPN: - Select -

Quantity: 1 2 available

Price: GBP 11.99
Approximately US $13.25

Buy It Now
Add to cart
Add to Watchlist

Shipping: GBP 17.58 (approx US $19.42) Expedited Shipping to United States via eBay's Global Shipping Program | See details
Located in: Glenfield, United Kingdom

Import charges: Free amount confirmed at checkout

Delivery: Estimated between Thu, Oct 27 and Tue, Nov 1 to 78701
Includes international tracking

Returns: Seller does not accept returns | See details

Payments: PayPal G Pay VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
cw71_43 (0)

Save this seller
Contact seller
See other items

$ Have one to sell? Sell now

Similar sponsored items Feedback on our suggestions

https://www.ebay.com/usr/cw71_43?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #602
Trademark(s) Groomer Gentle: Listing Title
Copyright(s) SH-2, SH-23, SH-31, SH-4, SH-6: Listing Image
Design Patent Used

**DOE NUMBER:** 603

**MARKETPLACE:** eBay

**MERCHANT NAME:** damon1330

**SELLER ID:** damon1330



Pet Horse Gentle Grooming Mas: × +

2022-05-04

ebay.com/itm/374011389635?nordt=true&orig_cvip=true

Hi vivek! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports > Equestrian > Horse Care & Grooming > Grooming Brushes

Share | Add to Watchlist

SAVE UP TO 15% WHEN YOU BUY MORE

$ Have one to sell? Sell now

## Pet Horse Gentle Grooming Massage Hair Removal Groomer Comb Cleaning Strip Brush

Condition: New

Sale ends in: 03d 23h 17m

Color: Blue

Quantity: 1 Last one / 1 sold

Price: US $14.84

US $16.49 Save 10%

Buy It Now

Add to cart

Add to Watchlist

30-day returns | Ships from United States

Shipping: FREE Standard Shipping | See details

Located in: Kansas City, Missouri, United States

Delivery: Estimated between Tue, May 10 and Fri, May 13 to 33433

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

damon1330 (458 ★)

97% Positive feedback

Save this seller

Contact seller

Visit store

See other items

javascript:;

Exhibit 1
Doe #603
Trademark(s) StripHair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 604

**MARKETPLACE:** eBay

**MERCHANT NAME:** dcric-33

**SELLER ID:** dcric-33



Massage Brush StripHair Gentle ✕ 2022-09-04

https://www.ebay.com/itm/284939933484?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Consumer Electronics > Other Consumer Electronics Share | Add to Watchlist

$ Have one to sell? Sell now

## Massage Brush StripHair Gentle Groomer 6 In 1 Multifunctional Pet Supplies D3 - show original title

Condition: New

Price: **US $16.64**

Buy It Now

Add to cart

Add to Watchlist

Returns accepted

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: 深圳, China

Delivery: Estimated between Mon, Sep 26 and Fri, Sep 30 to 60601

Includes 5 business days handling time after receipt of cleared payment.

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.

**Shop with confidence**

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

**Seller information**

dcric-33 (16)

95.7% Positive feedback

Save this seller

Contact seller

Visit store

See other items

Feedback

https://www.ebay.com/usr/dcric-33?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #604
Trademark(s) StripHair, Gentle Groomer: Listing Title, Listing Description
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



2022-09-04

Horse Brush Hair Board Strip Hair

https://www.ebay.com/itm/284939967774?nordt=true&orig_cvip=true

Hi Dom! | Daily Deals | Brand Outlet | Help & Contact | Extra 15% off Labor Day sale | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Health & Beauty > Massaging Equipment & Supplies > Massagers

Share | Add to Watchlist

Have one to sell? Sell now

## Horse Brush Hair Board Strip Hair Multifunctional Board Brush Massage Tools D3 - show original title

Condition: New

color1: - Select -

Quantity: 1 Last one

Price: US $15.38

Buy It Now

Add to cart

Add to Watchlist

3-year protection plan from Allstate - $1.99

Returns accepted

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: 深圳, China

Delivery: Estimated between Mon, Sep 19 and Tue, Sep 27 to 78701

This item has an extended handling time and a delivery estimate greater than 8 business days.

Please allow additional time if international delivery is subject to customs processing.

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

doric-33 (160 ★)

95.8% Positive feedback

Save this seller

Contact seller

Visit store

See other items

Far out.
Watch it on 7 September 2022 at 10.30 PM IST on apple.com.
Learn more

Exhibit 1
Doe #604
Trademark(s) Strip Hair : Listing Title
Copyright(s) SH-2, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 605

**MARKETPLACE:** eBay

**MERCHANT NAME:** dreamgirl98

**SELLER ID:** dreamgirl98



6-in-1 Shedding Grooming Mas:

2022-04-06

https://www.ebay.com/itm/294976405660?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Get the 20% off coupon Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes

Share | Add to Watchlist

Adobe Acrobat Acrobat's got it. Get started PROPOSAL Adobe

SAVE UP TO 15% WHEN YOU BUY MORE

Have one to sell? Sell now

## 6-in-1 Shedding Grooming Massage Brush Horse Hairs Combs Pet Grooming Brush Good

Condition: New

Color: - Select -

Bulk savings: Buy 1 $12.48/ea | Buy 2 $11.86/ea | Buy 3 $11.23/ea

Quantity: 1 4 or more for $10.61/ea

10 available / 2 sold

Price: US $12.48/ea

Buy It Now

Add to cart

Add to Watchlist

Free shipping and returns | Ships from United States | 5 watchers

Shipping: FREE Standard Shipping | See details
Located in: Humble, Texas, United States

Delivery: Estimated between Thu, Jul 14 and Mon, Jul 18 to 60601

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
dreamgirl98 (35)
100% Positive feedback

Save this seller
Contact seller
See other items

Exhibit 1
Doe #605
Copyright(s) SH-1, SH-2, SH-21, SH-22, SH-23, SH-3, SH-31, SH-7, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 606

**MARKETPLACE:** eBay

**MERCHANT NAME:** dumisl

**SELLER ID:** dumisl



2022-02-02

6-in-1 Shedding Grooming Ma

https://www.ebay.com/itm/265403901474?nordt=true&orig_cvip=true

Hi Thed! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: Pet Supplies > Dog Supplies > Grooming > Brushes, Combs & Rakes | Add to Watchlist

# 6-in-1 Shedding Grooming Massage Brush

Condition: New

Quantity: 1 2 available

Price: US $19.99

Buy It Now

Add to cart

Add to Watchlist

30-day returns

Shipping: FREE Economy Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Shanghai, China

Delivery: Estimated between Fri. Feb. 25 and Thu. Apr. 21
Please note the delivery estimate is greater than 16 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

## Seller information

dumisl (58)
96.2% Positive feedback

Save this seller
Contact seller
See other items

Exhibit 1
Doe #606
Copyright(s) SH-GIF1: Listing Image
Design Patent Used

**DOE NUMBER:** 607

**MARKETPLACE:** eBay

**MERCHANT NAME:** elecfrog

**SELLER ID:** elecfrog



6in1 Horses Dogs Grooming She ×

2022-04-06

ebay.com/itm/313908675653?nordt=true&orig_cvip=true

**SAVE UP TO 15% WHEN YOU BUY MORE**

$ Have one to sell? Sell now

**6in1 Horses Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush**

Condition: **New**

Color: - Select -

Bulk savings: Buy 1 **$13.99/ea** | Buy 2 **$13.29/ea** | Buy 3 **$12.59/ea**

Quantity: 1 **4 or more for $11.89/ea**

8 available / 28 sold

Price: **US $13.99/ea**

Buy It Now

Add to cart

♡ Add to Watchlist

28 sold | 30-day returns | 6 watchers

Shipping: **FREE** SpeedPAK Standard | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Shenzhen, China

Delivery: Estimated between Thu. Apr. 21 and Mon. May. 2
This item has an extended handling time and a delivery estimate greater than 10 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal, G Pay, VISA, Discover

*PayPal CREDIT*

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
elecfrog (436 ★)
97.3% Positive feedback

Save this seller
Contact seller
Visit store
See other items

Exhibit 1
Doe #607
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-2, SH-7: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 608

**MARKETPLACE:** eBay

**MERCHANT NAME:** epsilon668

**SELLER ID:** epsilon668



Pet Horse Gentle Grooming Mas: × + 2022-06-08

ebay.com/itm/384824043433?nordt=true&orig_cvip=true

YouTube Grammarly Gmail My Drive - Google...

Hi vivek! Daily Deals Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports > Equestrian > Horse Care & Grooming > Grooming Brushes | Add to Watchlist

SAVE UP TO 17% WHEN YOU BUY MORE

## Pet Horse Gentle Grooming Massage Hair Removal Groomer Comb Cleaning Strip Brush

Condition: New

Color: - Select -

Quantity: 1 Last one

Price: US $16.14

US $18.13 Save 11%

Buy It Now

Add to cart

Add to Watchlist

30-day returns

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Shenzhen, China

Delivery: Estimated between Tue. May. 3 and Tue. May. 10

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

epsilon668 (94 ★)

98% Positive feedback

Save this seller

Contact seller

Visit store

See other items

PayPal

IS THE RECOMMENDED WAY TO PAY ON EBAY

It's safer, faster and easier. Why not open a free PayPal account now?

Learn more

SIGN UP NOW

Exhibit 1
Doe #608
Trademark(s) StripHair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 609

**MARKETPLACE:** eBay

**MERCHANT NAME:** faithyingforever

**SELLER ID:** faithyingforever



6In1 Horses Dogs Grooming She × +

2022-07-15

https://www.ebay.com/itm/224923848537?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact | Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes | Share | Add to Watchlist

SAVE UP TO 15% WHEN YOU BUY MORE

Have one to sell? Sell now

## 6In1 Horses Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

Condition: New

Bulk savings: Buy 1 $14.95/ea | Buy 2 $14.20/ea | Buy 3 $13.46/ea

Quantity: 1 4 or more for $12.71/ea

More than 10 available / 1 sold

Price: US $14.95/ea

Buy It Now

Add to cart

Add to Watchlist

Free shipping and returns | Ships from United States

Shipping: Free 4 day shipping
Get it between Tue, Jul 19 and Thu, Jul 21 to 60601 | See details
Located in: Humble, Texas, United States

Returns: 30 day returns | Seller pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
faithyingforever (34442)
99.3% Positive feedback

Save this seller
Contact seller
Visit store
See other items

https://www.ebay.com/usr/faithyingforever?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #609
Copyright(s) SH-1, SH-2, SH-22, SH-23, SH-3, SH-7, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 610

**MARKETPLACE:** eBay

**MERCHANT NAME:** fasdfwe5554

**SELLER ID:** fasdfwe5554



Exhibit 1
Doe #610
Copyright(s) SH-1: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 611

**MARKETPLACE:** eBay

**MERCHANT NAME:** fengnantang

**SELLER ID:** fengnantang



6-in-1 Horse Brush Shedding Grc ×

ebay.com/itm/334381401017?nordt=true&orig_cvip=true

2022-04-06

Removal Massag... $15.99 Free shipping

$13.99 Free shipping

$14.99 Free shipping

$15.99 Free shipping

$12.89 Free shipping

$ Have one to sell? Sell now

**6-in-1 Horse Brush Shedding Grooming Brush Original Horses Hair Beauty Brush**

Condition: New

Quantity: 1 More than 10 available / 2 sold

Price: **US $12.89**

Buy It Now

Add to cart

Best Offer:

Make Offer

Add to Watchlist

30-day returns

Shipping: FREE SpeedPAK Standard | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: shenzhen China, China

Delivery: Estimated between Thu. Apr. 21 and Mon. May. 2
This item has an extended handling time and a delivery estimate greater than 10 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
fengnantang (1)
100% Positive feedback

Save this seller

Make an offer. Negotiate an even better deal.

Sponsored items from this seller

Feedback on our suggestions

Exhibit 1
Doe #611
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-2, SH-7, SH-9: Listing Image, Physical Product Image
Design Patent Used



6in1 Horses Dogs Grooming She ×

2022-04-06

ebay.com/itm/334381403831?nordt=true&orig_cvip=true

Removal Massag...
$15.99
Free shipping

$13.99
Free shipping

$12.99
Free shipping

$14.99
Free shipping

$12.89
Free shipping

Hover to zoom

$ Have one to sell? Sell now

## 6in1 Horses Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

Condition: New

Quantity: 1 More than 10 available

Price: **US $13.89**

Buy It Now

Add to cart

Best Offer:

Make Offer

Add to Watchlist

30-day returns

Shipping: FREE SpeedPAK Standard | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: shenzhen China, China

Delivery: Estimated between Thu. Apr. 21 and Mon. May. 2
This item has an extended handling time and a delivery estimate greater than 10 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
fengnantang (I)
100% Positive feedback

Save this seller
Contact seller
See other items

Sponsored items from this seller

Feedback on our suggestions

Exhibit 1
Doe #611
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-2, SH-7, SH-9: Listing Image
Design Patent Used



6in1 Pet Hair Brush Remover Hor ×

ebay.com/itm/334381419154?nordt=true&orig_cvip=true

2022-04-06

Grooming...
$15.99
Free shipping

$13.99
Free shipping

$14.99
Free shipping

$15.99
Free shipping

$12.89
Free shipping

## 6in1 Pet Hair Brush Remover Horses Dog Comb Fur Mitt Massage Grooming Bath

Condition: New

Color: - Select -

Quantity: 1 More than 10 available

Price: US $12.89

Buy It Now

Add to cart

Add to Watchlist

30-day returns

Shipping: FREE SpeedPAK Standard | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: shenzhen China, China

Delivery: Estimated between Thu. Apr. 21 and Mon. May. 2
This item has an extended handling time and a delivery estimate greater than 10 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal, G Pay, VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 6x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
fengnantang (1)
100% Positive feedback

Save this seller
Contact seller
See other items

$ Have one to sell? Sell now

Sponsored items from this seller

Feedback on our suggestions

Exhibit 1
Doe #611
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-2, SH-7: Listing Image
Design Patent Used

**DOE NUMBER:** 612

**MARKETPLACE:** eBay

**MERCHANT NAME:** fourtune_au

**SELLER ID:** fourtune_au



Gentle Groomer Horse Dog 6 In × +

2022-12-19

https://www.ebay.com/itm/144371776554?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > ... > Equestrian > Horse Care & Grooming > Grooming Brushes

Share | Add to Watchlist

## Gentle Groomer Horse Dog 6 In 1 Hair Removal Horse Hair Removal Brush AU Stock

Condition: New

Quantity: 1 More than 10 available
56 sold / See feedback

Price: **AU $18.90**
Approximately US $12.62

Buy It Now

Add to cart

Add to Watchlist

56 sold | 7 watchers

Shipping: AU $22.95 (approx US $15.33) Australia Post International Standard | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Ringwood, Australia

Delivery: Estimated between Tue, Jan 3 and Wed, Jan 18 to 78701
Please note the delivery estimate is greater than 8 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns | See details

Payments: PayPal G Pay VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
fourtune_au (72 ★)
98.6% Positive feedback

Save this seller
Contact seller
Visit store
See other items

$ Have one to sell? Sell now

Similar sponsored items

Feedback on our suggestions

Exhibit 1
Doe #612
Trademark(s) Gentle Groomer: Listing Image, Listing Title
Copyright(s) SH-1, SH-2, SH-6, SH-7, SH-8, SH-9, SH-GIF1: Listing Image
Design Patent Used

**DOE NUMBER:** 613

**MARKETPLACE:** eBay

**MERCHANT NAME:** george201818

**SELLER ID:** george201818



Pet Horse Gentle Grooming Mas: × +

2022-05-12

ebay.com/itm/144494391005?nordt=true&orig_cvip=true

Hi Vivek! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Horse Grooming Brushes

Share | Add to Watchlist

EXTRA 15% OFF 3+ ITEMS WITH CODE GEORGE201818 See all eligible items and terms

## Pet Horse Gentle Grooming Massage Hair Removal Comb Cleaning Strip Brush

Condition: New

Color: Blue

Quantity: 1 Last one / 1 sold

Price: US $15.77

US $18.13 Save 13%

Buy It Now

Add to cart

Add to Watchlist

30-day returns

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Shenzhen, China

Delivery: Estimated between Tue, May 24 and Fri, Jun 3 to 33433

Please note the delivery estimate is greater than 7 business days.

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

george201818 (1025)

97.6% Positive feedback

Save this seller

Contact seller

Visit store

See other items

Have one to sell? Sell now

javascript:;

Exhibit 1
Doe #613
Trademark(s) StripHair, The Gentle Groomer: Listing Image
Copyright(s) SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 614

**MARKETPLACE:** eBay

**MERCHANT NAME:** god_makes

**SELLER ID:** god_makes



Horses Dogs Grooming Shedding ×

ebay.com/itm/384803518287?nordt=true&orig_cvip=true

2022-04-06

Grooming...
$15.99
Free shipping

$13.99
Free shipping

$14.99
Free shipping

$12.99
Free shipping

$15.99
Free shipping

BUY 1, GET 1 AT 5% OFF (add 2 to cart) See all eligible items and terms ▸

$ Have one to sell? Sell now

**Horses Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush**

Condition: New

Color: - Select -

Quantity: 1 2 available / 1 sold

Price: **US $14.99**

Buy It Now

Add to cart

♡ Add to Watchlist

30-day returns | Ships from United States

Shipping: FREE Standard Shipping | See details
Located in: Rowland Heights, California, United States

Delivery: Estimated between Tue. Apr. 12 and Sat. Apr. 16 to 33433

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
god_makes (1403 ★)
94.6% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

Exhibit 1
Doe #614
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-2, SH-7: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 615

**MARKETPLACE:** eBay

**MERCHANT NAME:** gogogo4251

**SELLER ID:** gogogo4251



6 In 1 Horses Hair Removal Mass... × +

2022-06-08

ebay.com/itm/115334491153?nordt=true&orig_cvip=true

YouTube Grammarly Gmail My Drive - Google...

Hi vivek! Daily Deals Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports > Equestrian > Horse Care & Grooming > Grooming Brushes | Add to Watchlist

SAVE UP TO 24% See all eligible items and terms ▸

## 6 In 1 Horses Hair Removal Massage Brush Dogs Pets Grooming Shedding Massage Kit

Condition: New

Color: Blue

Quantity: 1 Last one

Price: US $16.27

~~US $21.41~~ Save 24%

Buy It Now

Add to cart

Add to Watchlist

30-day returns

Shipping: US $2.49 SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Shenzhen, China

Delivery: Estimated between Wed, May 4 and Fri, May 13 to 33433

This item has an extended handling time and a delivery estimate greater than 10 business days.

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

Shop with confidence

Top Rated Plus
Trusted seller, fast shipping, and easy returns.
Learn more

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
gogogo4251 (15663 ★)
98.4% Positive feedback

Save this seller
Contact seller
Visit store
See other items

PayPal IS THE RECOMMENDED WAY TO PAY ON EBAY
It's safer, faster and easier.
Why not open a free PayPal account now?
Learn more

javascript:;

Exhibit 1
Doe #615
Trademark(s) StripHair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 616

**MARKETPLACE:** eBay

**MERCHANT NAME:** gothroughsuccess

**SELLER ID:** gothroughsuccess



6 In 1 Horses Hair Removal Mass × +

2022-07-15

https://www.ebay.com/itm/275256057540?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes

Share | Add to Watchlist

**SAVE UP TO 15% WHEN YOU BUY MORE**

Hover to zoom

Have one to sell? Sell now

## 6 In 1 Horses Hair Removal Massage Brush Dogs Pets Grooming Shedding Massage Kit

Be the first to write a review.

Condition: New

Bulk savings: Buy 1 $14.29/ea | Buy 2 $13.58/ea | Buy 3 $12.86/ea

Quantity: 1 4 or more for $12.15/ea

More than 10 available
33 sold / See feedback

Price: **US $14.29/ea**

Buy It Now

Add to cart

Add to Watchlist

Free shipping and returns | 33 sold | Ships from United States

Shipping: Free 4 day shipping
Get it between Tue, Jul 19 and Thu, Jul 21 to 60601 | See details
Located in: Humble, Texas, United States

Returns: 30 day returns | Seller pays for return shipping | See details

**Shop with confidence**

Top Rated Plus
Trusted seller, fast shipping, and easy returns.
Learn more

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
gothroughsuccess (9401)
99.6% Positive feedback

Save this seller
Contact seller
Visit store
See other items

https://www.ebay.com/usr/gothroughsuccess?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #616
Copyright(s) SH-1, SH-2, SH-22, SH-23, SH-3, SH-7, SH-8: Listing Image
Design Patent Used



6-in-1 Shedding Grooming Mas: ×

2022-07-15

https://www.ebay.com/itm/275306207726?nordt=true&orig_cvip=true

Hi Dom! | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes

Share | Add to Watchlist

## SAVE UP TO 15% WHEN YOU BUY MORE

# 6-in-1 Shedding Grooming Massage Brush Horse Hairs Combs Pet Grooming Brush New

Condition: New

Color: - Select -

Bulk savings: Buy 1 $12.48/ea | Buy 2 $11.86/ea | Buy 3 $11.23/ea

Quantity: 1 | 4 or more for $10.61/ea

More than 10 available / 4 sold

Price: **US $12.48/ea**

Buy It Now

Add to cart

Add to Watchlist

Free shipping and returns | Ships from United States | 6 watchers

Shipping: Free 4 day shipping
Get it between Tue, Jul 19 and Thu, Jul 21 to 60601 | See details
Located in: Humble, Texas, United States

Returns: 30 day returns | Seller pays for return shipping | See details

Payments:

Have one to sell? Sell now

### Shop with confidence

**Top Rated Plus**
Trusted seller, fast shipping, and easy returns.
Learn more

**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information

gothroughsuccess (9401)
99.6% Positive feedback

Save this seller
Contact seller
Visit store
See other items

https://www.ebay.com/usr/gothroughsuccess?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #616
Copyright(s) SH-1, SH-2, SH-21, SH-22, SH-23, SH-3, SH-31, SH-7, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 617

**MARKETPLACE:** eBay

**MERCHANT NAME:** gvizili-0

**SELLER ID:** gvizili-0



Horse Brush Removal Hair Tool M ×  +  2022-04-06

ebay.com/itm/194958128897?nordt=true&orig_cvip=true

$15.99 Free shipping | Grooming Sheddin... $15.99 Free shipping | $13.99 Free shipping | $14.99 Free shipping | $15.99 Free shipping

SAVE UP TO 15% WHEN YOU BUY MORE

$ Have one to sell? Sell now

## Horse Brush Removal Hair Tool Massage Sweat Cleaning Scrubber Grooming Shedding

Condition: New

Color: - Select -

Ships From: China

Quantity: 1 Last one

Price: US $22.79

Buy It Now

Add to cart

Add to Watchlist

Free shipping and returns

Shipping: FREE Economy Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Shanghai, China

Delivery: Estimated between Mon. Apr. 25 and Mon. Jun. 20
Please note the delivery estimate is greater than 12 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 60 days returns | Seller pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
gvlzill-0 (44 ☆)
100% Positive feedback

Save this seller
Contact seller
Visit store
See other items

Exhibit 1
Doe #617
Copyright(s) SH-1, SH-2, SH-3, SH-8: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 618

**MARKETPLACE:** eBay

**MERCHANT NAME:** happyfamilygoods

**SELLER ID:** happyfamilygoods



6 In 1 Equestrian Supplies Hair R... × +

2022-07-14

https://www.ebay.com/itm/403720366556?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes

Share | Add to Watchlist

## 6 In 1 Equestrian Supplies Hair Removal Horse Brush Scrubber For Grooming Animal

Condition: New

Colors: - Select -

Bulk savings: Buy 1 $14.94/ea | Buy 2 $13.89/ea

Quantity: 1

2 available

Price: US $14.94/ea

Buy It Now

Add to cart

Add to Watchlist

Returns accepted | Ships from United States

Shipping: FREE Standard Shipping | See details

Located in: Rochester, New York, United States

Delivery: Estimated between Thu, Jul 21 and Wed, Jul 27 to 60601

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

happyfamilygoods (1279 ★)

98.8% Positive feedback

Save this seller

Contact seller

Visit store

See other items

Have one to sell? Sell now

https://www.ebay.com/usr/happyfamilygoods?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #618
Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-3: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 619

**MARKETPLACE:** eBay

**MERCHANT NAME:** hermanisaa

**SELLER ID:** hermanisaa



Horses Grooming Shedding Groo ×

2022-04-06

ebay.com/itm/175195519263?nordt=true&orig_cvip=true

Grooming... $15.99 Free shipping | $13.99 Free shipping | $14.99 Free shipping | $12.99 Free shipping | $15.99 Free shipping

$ Have one to sell? Sell now

## Horses Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

Condition: New

Bulk savings: Buy 1 $20.11/ea | Buy 2 $18.90/ea | Buy 3 $18.50/ea

Quantity: 1 4 or more for $17.70/ea

5 available

Price: US $20.11/ea

Buy It Now

Add to cart

Best Offer:

Make Offer

Add to Watchlist

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Shenzhen, China

Delivery: Estimated between Thu. Apr. 28 and Mon. May. 9

This item has an extended handling time and a delivery estimate greater than 15 business days.

Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns | See details

Payments: PayPal G Pay VISA

PayPal CREDIT

Special financing available. | See terms and apply now

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

hermanisaa (518 ★)

97.4% Positive feedback

Save this seller

Contact seller

Visit store

See other items

Sponsored items from this seller

Feedback on our suggestions

Exhibit 1

Doe #619

Copyright(s) SH-1: Listing Image, Physical Product Image

Design Patent Used

**DOE NUMBER:** 620

**MARKETPLACE:** eBay

**MERCHANT NAME:** hobbiesgogo

**SELLER ID:** hobbiesgogo



Horses Dog Grooming Brush Pet × +

ebay.com.au/itm/304272770952?nordt=true&orig_cvip=true

2023-04-21

G'day Vivek! ebayplus eBay Deals Find a Store Help 20% off* Microsoft *T&Cs apply Sell Watch List My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > Horse Riding > Horse Care & Grooming > Grooming Brushes Share | Add to Watchlist

SAVE UP TO 5% See all eligible items and terms

Have one to sell? Sell it yourself

# Horses Dog Grooming Brush Pet Neat Comb Pet Hair Cleaning Tool Professional .

Condition: New

Sale ends in: 09d 00h 40m

Quantity: 1 9 available / 1 sold

Price: AU $13.78

~~AU $14.50~~ Save 5%

or 4 payments of AU $3.45 with Afterpay

Buy It Now

Add to cart

Add to Watchlist

30-day returns

Postage: FREE SpeedPAK Economy | See details

International delivery of items may be subject to customs processing and additional charges.

Located in: Shenzhen, China

Delivery: Estimated between Fri, 27 May and Thu, 9 Jun to 33433

Seller posts within 1 day after receiving cleared payment.

Please allow additional time if international delivery is subject to customs processing.

Returns: 30-day refund | Buyer pays for return postage | See details

Payments: PayPal G Pay VISA

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

hobbiesgogo (33541)

97% positive Feedback

Save this seller

Contact seller

Visit Store

See other items

javascript:;

Exhibit 1
Doe #620
Trademark(s) Gentle Groomer: Physical Product



2022-07-31

6in1 Horse Brush Removal Hair

https://www.ebay.com/itm/225056688241?nordt=true&orig_cvip=true

Hi Dom! | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes

Share | Add to Watchlist

SAVE UP TO 15% WHEN YOU BUY MORE

## 6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Groom I-

Condition: New

Color: - Select -

Bulk savings: Buy 1 $16.18/ea | Buy 2 $15.37/ea | Buy 3 $14.56/ea

4 or more for $13.75/ea

Quantity: 1 | 4 available

Price: US $16.18/ea

Buy It Now

Add to cart

Add to Watchlist

Returns accepted | Ships from United States

Shipping: FREE Economy Shipping | See details

Located in: US, United States

Delivery: Estimated between Mon, Aug 8 and Fri, Aug 12 to 60601

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal, G Pay, VISA

PayPal CREDIT

Special financing available. | See terms and apply now

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

i-fashion2020 (1372 ★)

96.4% Positive feedback

Save this seller

Contact seller

Visit store

See other items

$ Have one to sell? Sell now

Feedback

javascript:;

Exhibit 1
Doe #621
Copyright(s) SH-22, SH-3, SH-8: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 622

**MARKETPLACE:** eBay

**MERCHANT NAME:** icenturyee

**SELLER ID:** icenturyee



6in1 Horse Hair Brush Multi-Func ×  +  2022-05-12

ebay.nl/itm/203863538117?nordt=true&orig_cvip=true

hello vivek | Help and contact | Steun kinderen in Oekraïne | To sell | My eBay

ebay Shop by category | looking for something | All sections | To search | Advanced search

Back to previous page | Offered in category: animals > dogs > Care and hygiene > Brushes and Combs | To share | Add to Watchlist

# 6in1 Horse Hair Brush Multi-Functional Grooming Shedding Massage Brush for Horse

object state: New

Number of: 1 | 3 available / 1 sold

Price: **US $18,64**
Ongeveer EUR 17,67

Buy now
Add to Shopping Cart
Add to Watchlist

Postage costs: FREE SpeedPAK Standard | View details
Located in: Shenzhen, China
Ships to: Worldwide View Details

Delivery: Estimated between Mon, Jun 6 and Wed, Jun 15 to 33433

Payments: PayPal, G Pay, VISA, Mastercard

Return Policy: No returns accepted | View details

Shop with confidence

eBay Money Back Guarantee
Receive the item you ordered or get your money back.
Knowing more?

**Seller Details**
icenturyee (1840 ★)
96.8% positive feedback

Save this seller
View other objects
Contact seller
Visit store

Do you have something to sell? Sell it yourself

Description | Shipping and Payments | Report object

eBay Item Number: 203863538117

The seller takes full responsibility for this listing.

Last updated on May 03, 2022 11:09:25 AM CEST View all revisions

javascript:;

Exhibit 1
Doe #622
Copyright(s) SH-1: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 623

**MARKETPLACE:** eBay

**MERCHANT NAME:** ideal_paradis2008

**SELLER ID:** ideal_paradis2008



2022-10-01

Horse Grooming Brush Pet Com
https://www.ebay.com/itm/363917490169?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Horse Grooming Brushes

Share | Add to Watchlist

Have one to sell? Sell now

## Horse Grooming Brush Pet Comb Sheep Cattle Hair Removal Massage Kit

Condition: New

Color: - Select -

Quantity: 1 Last one

Price: AU $32.04
Approximately US $20.60

Buy It Now
Add to cart
Add to Watchlist

Returns accepted

Shipping: AU $8.25 (approx US $5.30) International Standard : tracked-signature (7 to 15 business days) | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Cchina, China

Delivery: Estimated between Thu, Nov 10 and Wed, Nov 23 to 78701
This item has an extended handling time and a delivery estimate greater than 26 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal, G Pay, VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
ideal_paradis2008 (1215 ★)
99.4% Positive feedback

Save this seller
Contact seller
Visit store
See other items

Exhibit 1
Doe #623
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 624

**MARKETPLACE:** eBay

**MERCHANT NAME:** jasmine056

**SELLER ID:** jasmine056



Shedding Grooming Massage Br... 2022-05-12

ebay.com/itm/353999336057?nordt=true&orig_cvip=true

Hi Vivek! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Horse Grooming Brushes

Share | Add to Watchlist

SAVE UP TO 18% WHEN YOU BUY MORE

## Shedding Grooming Massage Brush Horse Hairs Combs Pet Horse Grooming new

Condition: New

Color: Blue

Quantity: 1 Last one / 2 sold

Price: US $16.31

~~US $18.12~~ Save 10%

Buy It Now

Add to cart

Add to Watchlist

30-day returns

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Shenzhen, China

Delivery: Estimated between Tue, May 24 and Fri, Jun 3 to 33433

Please note the delivery estimate is greater than 7 business days.

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

jasmine056 (857)

95.7% Positive feedback

Save this seller

Contact seller

Visit store

See other items

Have one to sell? Sell now

javascript:;

Exhibit 1
Doe #624
Trademark(s) StripHair, The gentle groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 625

**MARKETPLACE:** eBay

**MERCHANT NAME:** jauntybuy

**SELLER ID:** jauntybuy



6in1 Horse Hair Brush Multi-Fun × +

2022-05-12

ebay.nl/itm/275205079200?nordt=true&orig_cvip=true

hello vivek Help and contact Steun kinderen in Oekraïne To sell My eBay

ebay Shop by category looking for something All sections To search Advanced search

Back to previous page | Offered in category: animals | dogs | Care and hygiene | Brushes and Combs

To share | Add to Watchlist

# 6in1 Horse Hair Brush Multi-Functional Grooming Shedding Massage Brush for Horse

object state: New

Number of: 1 3 available / 1 sold

Price: US $18,64

Ongeveer EUR 17,67

Buy now

Add to Shopping Cart

Add to Watchlist

Postage costs: FREE SpeedPAK Standard | View details

Located in: Shenzhen, China

Ships to: Worldwide View Details

Delivery: Estimated between Mon, Jun 6 and Wed, Jun 15 to 33433

Payments: PayPal G Pay VISA

Return Policy: No returns accepted | View details

Shop with confidence

Top seller

Reliable seller, fast shipping and easy returns.

Knowing more?

eBay Money Back Guarantee

Receive the item you ordered or get your money back.

Knowing more?

**Seller Details**

jauntybuy ( 8515 )

97.9% positive feedback

Save this seller

View other objects

Contact seller

Do you have something to sell? Sell it yourself

Description | Shipping and Payments

Report object

eBay Item Number: 275205079200

The seller takes full responsibility for this listing.

Last updated on May 03, 2022 10:51:47 CEST View all revisions

Exhibit 1
Doe #625
Copyright(s) SH-1: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 626

**MARKETPLACE:** eBay

**MERCHANT NAME:** jerbe_99

**SELLER ID:** jerbe_99



6 In 1 Horse Grooming Brush Pe ×  +  2022-10-01

https://www.ebay.com/itm/385044243370?nordt=true&orig_cvip=true

Hi Domi | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Horse Grooming Brushes

Share | Add to Watchlist

$ Have one to sell? Sell now

## 6 In 1 Horse Grooming Brush Pet Comb Sheep Cattle Hair Removal Massage Kit Ranch

Condition: New

Color: - Select -

Quantity: 1 Last one

Price: GBP 11.97
Approximately US $13.36

Buy It Now

Add to cart

Add to Watchlist

Returns accepted

Shipping: **FREE** Economy Shipping | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Hong Kong, China

Delivery: Estimated between Mon, Oct 24 and Tue, Dec 20 to 78701
Please note the delivery estimate is greater than 13 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal, G Pay, VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
jerbe_99 (367 ★)
99.2% Positive feedback

Save this seller
Contact seller
Visit store
See other items

Registered as a Business Seller

Similar sponsored items | Feedback on our suggestions

Exhibit 1
Doe #626
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 627

**MARKETPLACE:** eBay

**MERCHANT NAME:** jewelry2020_us

**SELLER ID:** jewelry2020_us



Horses Grooming Brush Pet Neat ×

2022-04-21

ebay.ca/itm/125062988759?nordt=true&orig_cvip=true

Hi Jessica! eBay Deals Help & Contact Celebrate Earth Month English Sell Watch List My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: Sporting Goods > Outdoor Sports > Equestrian > Horse Care & Grooming > Grooming Brushes

Add to Watch list

Have one to sell? Sell it yourself

## Horses Grooming Brush Pet Neat Comb Horse Hair Shedding Tool Professional

Condition: New

Quantity: 1 10 available / 1 sold

Price: US $13.40
Approximately C $16.75
~~US $14.10~~ Save 5%

Buy It Now

Add to cart

Add to Watch list

30-day returns

Shipping: FREE SpeedPAK Standard | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Shenzhen, China
Ships to: Worldwide See exclusions

Delivery: Estimated between Mon. 18 Apr. and Wed. 27 Apr.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal G Pay VISA

Returns: 30 days refund | Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
jewelry2020_us (1730 ★)
96% Positive feedback

Save this seller
See other items
Contact seller
Visit store

Similar sponsored items

Feedback on our suggestions

Exhibit 1
Doe #627
Trademark(s) Gentle Groomer: Physical Product

**DOE NUMBER:** 628

**MARKETPLACE:** eBay

**MERCHANT NAME:** jingxiangmaoyi

**SELLER ID:** jingxiangmaoyi



6 In 1 Equestrian Supplies Hair R... 2022-07-15

https://www.ebay.com/itm/165503434560?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes

Share | Add to Watchlist

**SAVE UP TO 8% WHEN YOU BUY MORE**

## 6 In 1 Equestrian Supplies Hair Removal Horse Brush Scrubber For Grooming Animal

Condition: New

Colors: - Select -

Bulk savings: Buy 1 $15.67/ea | Buy 2 $14.89/ea | Buy 3 $14.73/ea

Quantity: 1 4 or more for $14.42/ea

5 available

Price: **US $15.67/ea**

Buy It Now

Add to cart

Add to Watchlist

Returns accepted | Ships from United States

Shipping: FREE Standard Shipping | See details
Located in: Rochester, New York, United States

Delivery: Estimated between Thu, Jul 21 and Wed, Jul 27 to 60601

Returns: 30 day returns | Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
jingxiangmaoyi (1645 ★)
97.2% Positive feedback

Save this seller
Contact seller
Visit store
See other items

Have one to sell? Sell now

https://www.ebay.com/usr/jingxiangmaoyi?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #628
Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-3: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 629

**MARKETPLACE:** eBay

**MERCHANT NAME:** jiuyun32

**SELLER ID:** jiuyun32



Horses Grooming Brush Professic × +

2022-04-11

ebay.co.uk/itm/403587005063?nordt=true&orig_cvip=true

Hello Jessica. Nectar Daily Deals Brand Outlet Help & Contact Sell Watch List My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: Sporting Goods > Equestrian > Horse Care & Grooming > Grooming Brushes | Watch this item

UP TO 20% OFF WITH MULTI-BUY

Have one to sell? Sell it yourself

**Horses Grooming Brush Professional Horse Grooming Massage Kit Pet Hair Face G3O2**

Be the first to write a review.

Condition: New

Multi-buy: Buy 1 £7.31 each | Buy 2 £6.58 each | Buy 3 £6.21 each

Quantity: 1 4 or more for £5.85 each

4 available

Price: **£7.31 each**

Buy it now

Add to basket

Watch this item

30-day returns

Postage: £3.00 SpeedPAK Economy | See details

Located in: Shenzhen, China

Delivery: Estimated between Fri, 29 Apr and Wed, 11 May to 33433-2389

Seller dispatches within 5 days after receiving cleared payment.

Returns: 30 days refund | Buyer pays for return postage | See details

Payments: PayPal G Pay VISA

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

**Seller information**

jiuyun32 (2412 ★)

97.7% positive Feedback

Save this seller

Contact seller

Visit Shop

See other items

Registered as a business seller

Similar sponsored items

Feedback on our suggestions

Exhibit 1
Doe #629
Trademark(s) Gentle Groomer: Physical Product

**DOE NUMBER:** 630

**MARKETPLACE:** eBay

**MERCHANT NAME:** joltio895

**SELLER ID:** joltio895



Horses Grooming Brush Professic × +

2022-04-11

ebay.co.uk/itm/175182670232?nordt=true&orig_cvip=true

Hello Jessica. Nectar Daily Deals Brand Outlet Help & Contact Sell Watch List My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: Sporting Goods > Equestrian > Horse Care & Grooming > Grooming Brushes | Watch this item

UP TO 12% OFF WITH MULTI-BUY

Have one to sell? Sell it yourself

## Horses Grooming Brush Professional Horse Grooming Massage Kit Pet Hair Face E1M8

Be the first to write a review.

Condition: New

Multi-buy: Buy 1 £7.31 each | Buy 2 £7.02 each | Buy 3 £6.73 each

Quantity: 1 4 or more for £6.43 each

4 available

Price: £7.31 each

Buy it now

Add to basket

Watch this item

30-day returns

Postage: £3.00 SpeedPAK Economy | See details

Located in: Shenzhen, China

Delivery: Estimated between Fri, 29 Apr and Wed, 11 May to 33433-2389

Seller dispatches within 5 days after receiving cleared payment.

Returns: 30 days refund | Buyer pays for return postage | See details

Payments: PayPal G Pay VISA

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

joltio895 (13470)

98.9% positive Feedback

Save this seller

Contact seller

Visit Shop

See other items

Registered as a business seller

Similar sponsored items

Feedback on our suggestions

Exhibit 1
Doe #630
Trademark(s) Gentle Groomer: Physical Product

**DOE NUMBER:** 631

**MARKETPLACE:** eBay

**MERCHANT NAME:** jsmart_gallery

**SELLER ID:** jsmart_gallery



6 in1 Horse Hair Removal Brush × +

2022-08-09

https://www.ebay.com/itm/354164138502?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Other Horse Care & Grooming

Share | Add to Watchlist

You have received an offer of US $14.46 from the seller. The offer expires in 47 hours 12 mins. | Review Offer

Click to enlarge

$ Have one to sell? Sell now

## 6 in1 Horse Hair Removal Brush Massage Sweat Brush Cleansing Kit Fast Shipping

Condition: New

Quantity: 1 2 available

Price: **US $15.22**

Buy It Now

Add to cart

Best Offer:

Review Offer

Add to Watchlist

Returns accepted

Shipping: US $1.20 Economy Shipping from Greater China to worldwide | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Beijing, China

Delivery: Estimated between Thu, Sep 1 and Fri, Oct 28 to 60601

This item has an extended handling time and a delivery estimate greater than 15 business days.

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

jemart_gallery (7)

75% Positive feedback

Save this seller

Contact seller

See other items

Exhibit 1
Doe #631
Copyright(s) SH-22, SH-3, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 632

**MARKETPLACE:** eBay

**MERCHANT NAME:** kao8933

**SELLER ID:** kao8933



6-in-1 shedding Grooming Mass × | 2022-08-01

https://www.ebay.com/itm/394163960012?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact | Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Horse Grooming Brushes | Share | Add to Watchlist

SAVE UP TO 10% WHEN YOU BUY MORE

$ Have one to sell? Sell now

## 6-in-1 shedding Grooming Massage Brush Horses Grooming Brush Massage Comb

1 watched in last 24 hours

Condition: New

Color: - Select -

Quantity: 1 Last one

Price: US $17.98

Buy It Now

Add to cart

Add to Watchlist

Returns accepted

Shipping: FREE Standard Shipping from outside US | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: shenzhen, China

Delivery: Estimated between Wed, Aug 10 and Wed, Sep 7 to 60601

Please note the delivery estimate is greater than 6 business days.

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA Discover

PayPal CREDIT

Special financing available. | See terms and apply now

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

kao8933 (0)

Save this seller

Contact seller

See other items

Feedback

Waiting...

Exhibit 1
Doe #632
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-2, SH-22, SH-3, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 633

**MARKETPLACE:** eBay

**MERCHANT NAME:** ken201314

**SELLER ID:** ken201314



2022-07-15

Horse accessories six-in-one sili

https://www.ebay.com/itm/224987250611?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Horse Grooming Brushes

Share | Add to Watchlist

Hover to zoom

Have one to sell? Sell now

# Horse accessories six-in-one silicone horse brush dog pets beauty bath massage

Condition: New

Quantity: 1 4 available / 1 sold

Price: US $10.99

Buy It Now

Add to cart

Add to Watchlist

Shipping: FREE ePacket delivery from China | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Shenzhen, China

Delivery: Estimated between Wed, Jul 27 and Sat, Aug 27 to 60601

Please note the delivery estimate is greater than 7 business days.

Please allow additional time if international delivery is subject to customs processing.

Returns: 14 day returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

ken201314 (11 ☆)

Save this seller

Contact seller

See other items

https://www.ebay.com/usr/ken201314?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #633
Copyright(s) SH-2, SH-36: Listing Image
Design Patent Used



Horsetail Comb Horse Brush Hai × +

2022-07-15

https://www.ebay.com/itm/225028465562?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact — Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Curry Combs

Share | Add to Watchlist

Click to enlarge

## Horsetail Comb Horse Brush Hair Comb Grooming Tool Stable Supplies Horse Combing

Condition: New

Quantity: 1 3 available

Price: **US $14.99**

Buy It Now

Add to cart

Add to Watchlist

Shipping: FREE ePacket delivery from China | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Shenzhen, China

Delivery: Estimated between Wed, Sep 28 and Mon, Oct 31 to 60601

Please note the delivery estimate is greater than 6 business days.

Please allow additional time if international delivery is subject to customs processing.

Returns: 14 day returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

ken201314 (11 ★)

Save this seller

Contact seller

See other items

$ Have one to sell? Sell now

https://www.ebay.com/usr/ken201314?_trksid=p2047675.m3561.l2559

Exhibit 1

Doe #633

Trademark(s) Gentle Groomer: Listing Image

**DOE NUMBER:** 634

**MARKETPLACE:** eBay

**MERCHANT NAME:** kobirm315

**SELLER ID:** kobirm315



2022-08-25

6-in-1 Shedding Grooming Mass ×

https://www.ebay.com/itm/374017540263?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes

Share | Add to Watchlist

Hover to zoom

$ Have one to sell? Sell now

## 6-in-1 Shedding Grooming Massage Brush Horse Hairs Combs Pet Horse Grooming Bath

Condition: New

Colour: - Select -

Quantity: 1 3 available / 8 sold

Price: GBP 10.89

Approximately US $12.88

Buy It Now

Add to cart

Add to Watchlist

Returns accepted

Shipping: GBP 17.12 (approx US $20.24) Expedited Shipping to United States via Global Shipping Program | See details

Located in: Lancing, United Kingdom

Import charges: Free (amount confirmed at checkout)

Delivery: Estimated between Tue, Sep 20 and Mon, Sep 26 to 60601

Includes international tracking

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

kobirm316 (163 ★)

97.1% Positive feedback

Save this seller

Contact seller

Visit store

See other items

Registered as a Business Seller

Similar sponsored items Feedback on our suggestions

Exhibit 1
Doe #634
Copyright(s) SH-1, SH-2, SH-8, SH-9, SH-GIF1: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 635

**MARKETPLACE:** eBay

**MERCHANT NAME:** lerenet

**SELLER ID:** lerenet



Horses Dog Grooming Brush 6-i× | 2022-04-06

ebay.co.uk/itm/403560758548?nordt=true&orig_cvip=true

Hello Jessica. | Nectar | Daily Deals | Brand Outlet | Help & Contact | Sell | Watch List | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: Pet Supplies > Dog Supplies > Grooming > Brushes, Combs & Rakes | Watch this item

UP TO 9% OFF WITH MULTI-BUY

Hover to zoom

Have one to sell? Sell it yourself

## Horses Dog Grooming Brush 6-in-1 Shedding Grooming Massage Kit Pet Comb Hai W2X2

Be the first to write a review.

Condition: New

Multi-buy: Buy 1 £9.83 each | Buy 2 £9.34 each

Quantity: 1

2 available

Price: £9.83 each

Buy it now

Add to basket

Watch this item

A seller you've bought from

Postage: £0.39 SpeedPAK Economy | See details

Located in: Shenzhen, China

Delivery: Estimated between Fri, 29 Apr and Wed, 11 May to 33433-2389

Seller dispatches within 5 days after receiving cleared payment.

Returns: 14 days refund | Buyer pays for return postage | See details

Payments: PayPal, G Pay, VISA

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

lerenet (3313 ★)

98.2% positive Feedback

Save this seller

Contact seller

Visit Shop

See other items

Registered as a business seller

Similar sponsored items

Feedback on our suggestions

Exhibit 1
Doe #635
Design Patent Used



Horses Dog Grooming Brush 6-ir ×

2022-04-06

ebay.com/itm/403551635947?nordt=true&orig_cvip=true

Grooming... $15.99 Free shipping | $13.99 Free shipping | $14.99 Free shipping | $12.89 Free shipping | $15.99 Free shipping

Hover to zoom

$ Have one to sell? Sell now

## Horses Dog Grooming Brush 6-in-1 Shedding Grooming Massage Kit Pet Comb Hai W9U1

☆☆☆☆☆ Be the first to write a review.

Condition: New

Quantity: 1 Last one / 1 sold

Price: **GBP 9.78**
Approximately US $12.84

Buy It Now

Add to cart

♡ Add to Watchlist

Last item available

Shipping: GBP 0.39 (approx. US $0.51) SpeedPAK Economy | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Shenzhen, China

Delivery: Estimated between Wed. Apr. 27 and Mon. May. 9
This item has an extended handling time and a delivery estimate greater than 14 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 14 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
lerenet (3306 ★)
98.3% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

Registered as a Business Seller

**Sponsored items customers also bought** Feedback on our suggestions

Exhibit 1
Doe #635
Design Patent Used

**DOE NUMBER:** 636

**MARKETPLACE:** eBay

**MERCHANT NAME:** madareca

**SELLER ID:** madareca



Pet Horse Shedding Grooming M × | 2022-10-01

https://www.ebay.com/itm/204096600604?nordt=true&orig_cvip=true

Hi Dom! | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Horse Grooming Brushes

Share | Add to Watchlist

## Pet Horse Shedding Grooming Massage Brush Gentle Hair Removal Brush Horse Comb

Condition: New

Quantity: 1 More than 10 available / 1 sold

Price: **GBP 6.69**
Approximately US $7.47

Buy It Now

Add to cart

Best Offer:

Make Offer

Add to Watchlist

Returns accepted

Shipping: GBP 20.44 (approx US $22.82) Expedited Shipping to United States via eBay's Global Shipping Program | See details
Located in: Manchester, United Kingdom

Import charges: Free amount confirmed at checkout

Delivery: Estimated between Mon, Oct 17 and Thu, Oct 20 to 78701
Includes international tracking

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal, G Pay, VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

$ Have one to sell? Sell now

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**

maderoca (14676 ☆)
98.1% Positive feedback

Save this seller
Contact seller
Visit store
See other items

Registered as a Business Seller

Exhibit 1
Doe #636
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-6: Listing Image
Design Patent Used

**DOE NUMBER:** 637

**MARKETPLACE:** eBay

**MERCHANT NAME:** magicyominas

**SELLER ID:** magicyominas



Massage Brush StripHair Gentle ×

2022-09-09

https://www.ebay.com/itm/363830482591?nordt=true&orig_cvip=true

Hi Dom! | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Consumer Electronics > Other Consumer Electronics

Share | Add to Watchlist

$ Have one to sell? Sell now

# Massage Brush StripHair Gentle Groomer 6 In 1 Multifunctional Pet Supplies EW

Condition: New

Quantity: 1 5 available / 1 sold

Price: **US $15.98**

Buy It Now

Add to cart

Add to Watchlist

Returns accepted

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Shenzhen, China

Delivery: Estimated between **Thu, Sep 22** and **Wed, Sep 28** to 60601

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal, G Pay, VISA, Discover

PayPal CREDIT

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

magicyominas (120 ☆)

94.9% Positive feedback

Save this seller

Contact seller

Visit store

See other items

Feedback

Exhibit 1
Doe #637
Trademark(s) StripHair, The Gentle Groomer: Listing Title, Listing Description
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



Horse Brush Hair Board Strip Hai ×

2022-09-09

https://www.ebay.com/itm/363830512557?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Horse Grooming Brushes

Share | Add to Watchlist

$ Have one to sell? Sell now

## Horse Brush Hair Board Strip Hair Multifunctional Board Brush Massage Tools EW

Condition: New

Quantity: 1 3 available

Price: US $14.32

Buy It Now

Add to cart

Add to Watchlist

Returns accepted

Shipping: FREE SpeedPAK Standard | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Shenzhen, China

Delivery: Estimated between Thu, Jul 28 and Wed, Aug 3 to 60601
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
magicyominas (88 ☆)
96.8% Positive feedback

Save this seller
Contact seller
Visit store
See other items

https://www.ebay.com/usr/magicyominas?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #637
Trademark(s) StripHair: Listing Title, Physical Product
Copyright(s) SH-2, SH-3, SH-9: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 638

**MARKETPLACE:** eBay

**MERCHANT NAME:** malahee66

**SELLER ID:** malahee66



Shedding Grooming Massage Br × + 2022-05-12

ebay.com/itm/304434365057?nordt=true&orig_cvip=true

Hi Vivek! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Horse Grooming Brushes Share | Add to Watchlist

## Shedding Grooming Massage Brush Horse Hairs Combs Pet Horse Grooming new

Condition: New
Color: Blue
Quantity: 1 5 available / 1 sold

Price: US $18.13

Buy It Now
Add to cart
Add to Watchlist

30-day returns

Shipping: FREE SpeedPAK Standard | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Shenzhen, China

Delivery: Estimated between Tue, May 24 and Fri, Jun 3 to 33433
Please note the delivery estimate is greater than 7 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA
PayPal CREDIT

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
malahee66 (904)
97.2% Positive feedback
Save this seller
Contact seller
Visit store
See other items

$ Have one to sell? Sell now

javascript:;

Exhibit 1
Doe #638
Trademark(s) StripHair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 639

**MARKETPLACE:** eBay

**MERCHANT NAME:** max2goo

**SELLER ID:** max2goo



6In1 Horses Dogs Grooming She ×

ebay.com/itm/194905499116?nordt=true&orig_cvip=true

2022-04-06

SAVE UP TO 10% WHEN YOU BUY MORE

$ Have one to sell? Sell now

**6In1 Horses Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush**

Condition: New

Bulk savings: Buy 1 $15.99/ea | Buy 2 $15.35/ea | Buy 3 $14.07/ea

Quantity: 1 4 or more for $14.39/ea

More than 10 available / 20 sold

Price: **US $15.99/ea**

Buy It Now

Add to cart

Best Offer:

Make Offer

Add to Watchlist

20 sold | 30-day returns | Ships from United States

Shipping: FREE Standard Shipping | See details

Located in: Rowland Heights, California, United States

Delivery: Estimated between Tue. Apr. 12 and Fri. Apr. 15 to 33433

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

**Seller information**

max2goo (4130 ★)

96.7% Positive feedback

Save this seller

Contact seller

Visit store

See other items

Sponsored items customers also bought

Feedback on our suggestions

Exhibit 1
Doe #639
Copyright(s) SH-1, SH-2, SH-7: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 640

**MARKETPLACE:** eBay

**MERCHANT NAME:** maxbesty88

**SELLER ID:** maxbesty88



Exhibit 1
Doe #640
Trademark(s) The gentle groomer: Listing Image
Copyright(s) SH-31,  SH-8: Listing Image,  Physical Product Image
Design Patent Used

**DOE NUMBER:** 641

**MARKETPLACE:** eBay

**MERCHANT NAME:** megasellingstore

**SELLER ID:** megasellingstore



StripHair© horse brush cardatche ×

ebay.com/itm/133937840?2?nordt=true&orig_cvip=true

2022-03-10

Hi Fill | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > ... > Equestrian > Horse Care & Grooming > Grooming Brushes

Share | Add to Watchlist

Have one to sell? Sell now

## StripHair© horse brush cardatche horse cardat horse bar cleaning brush - show original title

Condition: New

Quantity: 1 | 5 available / 33 sold

Price: **EUR 19.99**
Approximately US $21.09

Buy It Now
Add to cart
Add to Watchlist

14 watchers | 33 sold

Shipping: Free Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Blomberg, Germany

Delivery: Estimated between Tue, Mar 14 and Thu, Mar 30 to 60601
Please note the delivery estimate is greater than 3 business days.
Seller ships within 1 day after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal, G Pay, VISA, Mastercard

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
megasellingstore (5998)
95.6% Positive feedback

Save Seller
Contact seller
Visit store
See other items

Registered as a Business Seller

Related sponsored items | Feedback on our suggestions

Exhibit 1
Doe #641
Trademark(s) StripHair, The Gentle Groomer: Listing Image, Listing Title, Listing Description
Copyright(s) SH-2, SH-4, SH-6, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 642

**MARKETPLACE:** eBay

**MERCHANT NAME:** micha583_3

**SELLER ID:** micha583_3



Horses Dogs Grooming Brush 6 ×

2022-10-11

https://www.ebay.com/itm/385152147257?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact | Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes

Share | Add to Watchlist

Hover to zoom

$ Have one to sell? Sell now

## Horses Dogs Grooming Brush 6-in-1 Shedding Grooming Massage Kit Neat Pet Comb

Condition: New

Quantity: 1 10 available / 1 sold

Price: **US $10.99**

Buy It Now

Add to cart

Best Offer: Make Offer

Add to Watchlist

Returns accepted | Ships from United States

Shipping: FREE Standard Shipping | See details
Located in: Los Angeles, California, United States

Delivery: Estimated between Mon, Oct 17 and Thu, Oct 20 to 78701
Includes 5 business days handling time after receipt of cleared payment.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
micha583_3 (198 ★)
98.1% Positive feedback

Save this seller
Contact seller
Visit store
See other items

https://www.ebay.com/usr/micha583_3?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #642
Trademark(s) Gentle Groomer: Listing Description
Copyright(s) SH-10: Listing Image
Design Patent Used

**DOE NUMBER:** 643

**MARKETPLACE:** eBay

**MERCHANT NAME:** millwoth0722

**SELLER ID:** millwoth0722



Horses Dog Grooming Brush 6-i ×

2022-04-07

ebay.co.uk/itm/224923979087?nordt=true&orig_cvip=true

Hello Jessica. Nectar Daily Deals Brand Outlet Help & Contact Sell Watch List My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: Pet Supplies > Dog Supplies > Grooming > Brushes, Combs & Rakes | Watch this item

**UP TO 12% OFF WITH MULTI-BUY**

Have one to sell? Sell it yourself

## Horses Dog Grooming Brush 6-in-1 Shedding Grooming Massage Kit Pet Comb HairQIX4

Be the first to write a review.

Condition: New

Multi-buy: Buy 1 £8.99 each | Buy 2 £8.63 each | Buy 3 £8.27 each

Quantity: 1

3 available

Price: **£8.99 each**

Buy it now

Add to basket

Watch this item

30-day returns

Postage: £3.00 SpeedPAK Economy | See details

Located in: Shenzhen, China

Delivery: Estimated between Fri, 29 Apr and Wed, 11 May to 33433-2369

Seller dispatches within 5 days after receiving cleared payment.

Returns: 30 days refund | Buyer pays for return postage | See details

Payments: PayPal G Pay VISA

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

**Seller information**

millwoth0722 (13830)

98% positive Feedback

Save this seller

Contact seller

Visit Shop

See other items

Registered as a business seller

Similar sponsored items

Feedback on our suggestions

Exhibit 1
Doe #643
Design Patent Used

**DOE NUMBER:** 644

**MARKETPLACE:** eBay

**MERCHANT NAME:** mobile-fix

**SELLER ID:** mobile-fix



Horses Dogs Grooming Sheddin ×

ebay.com/itm/325111982559?nordt=true&orig_cvip=true

2022-04-06

Brush Black...
$20.11
Free shipping

$13.99
Free shipping

$14.99
Free shipping

$12.99
Free shipping

$15.99
Free shipping

SAVE UP TO 10% WHEN YOU BUY MORE

$ Have one to sell? Sell now

**Horses Dogs Grooming Shedding Massage Kit Neat Pet Comb Hair Brush USA Shipping**

Condition: New

Bulk savings: Buy 1 $15.99/ea | Buy 2 $15.19/ea | Buy 3 $14.87/ea

Quantity: 1 4 or more for $14.39/ea

4 available / 1 sold

Price: **US $15.99/ea**

Buy It Now

Add to cart

Best Offer:

Make Offer

Add to Watchlist

30-day returns | Ships from United States

Shipping: FREE Standard Shipping | See details
Located in: Rowland Heights, California, United States

Delivery: Estimated between Tue. Apr. 12 and Sat. Apr. 16 to 33433

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
mobile-fix (6654 ☆)
93.3% Positive feedback

Save this seller
Contact seller
Visit store
See other items

Exhibit 1
Doe #644
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-2, SH-7, SH-GIF1: Listing Image, Physical Product Image
Design Patent Used



**Horses Dogs Grooming Shedding Massage Kit Neat Pet Hair Brush Hair Comb US Ship**

Description:

The Gentle Groomer is designed for horses, dogs or any other hairy animals with a large size. It can help you shed, groom, shine, shampoo, wet strip and massage your pets as a multi-functional pet tool. Find it easy to groom the loose hair and clean the embedded dirt, both you and your pets will enjoy this groomer.

Feature:

Suitable for large hairy pets.

Made of rubber with unique design.

Exhibit 1
Doe #644
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1,  SH-2, SH-3,  SH-7: Listing Image
Design Patent Used

**DOE NUMBER:** 645

**MARKETPLACE:** eBay

**MERCHANT NAME:** motocen80

**SELLER ID:** motocen80



Horse Gear Horse Brush Horse D ×

2022-07-14

https://www.ebay.com/itm/384629921426?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Others > Everything Else > Every Other Thing

Share | Add to Watchlist

Hover to zoom

$ Have one to sell? Sell now

## Horse Gear Horse Brush Horse Dog Grooming Brush Bath Massage Brush Pet Blue

Condition: New

Quantity: 1 8 available

Price: **US $24.68**

Buy It Now

Add to cart

Add to Watchlist

Returns accepted

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Guangzhou shi, China

Delivery: Estimated between Thu, Aug 25 and Wed, Aug 31 to 60601

This item has an extended handling time and a delivery estimate greater than 10 business days.

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

*PayPal CREDIT*

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

### Seller information

motocen80 (118 ☆)

95.1% Positive feedback

Save this seller

Contact seller

Visit store

See other items

https://www.ebay.com/usr/motocen80?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #645
Design Patent Used

eBay

Hi Thed! | Daily Deals | Brand Outlet | Help & Contact

Sell | Watchlist | My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: Everything Else > Every Other Thing

Add to Watchlist

## Horse Gear Horse Brush Horse Dog Grooming Brush Bath Massage Brush Pet Red

Condition: New

Quantity: 1    8 available

Price: **US $19.68**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

30-day returns

Shipping: FREE Standard SpeedPAK from Greater China | See details
International shipment of items may be subject to customs processing and additional charges. ⊘
Located in: Guangzhou shi, China

Delivery: Estimated between Tue. Mar. 1 and Mon. Mar. 7 ⊘
This item has an extended handling time and a delivery estimate greater than 18 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal | G Pay | VISA | [card] | AMEX | DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell?  **Sell now**

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

### Seller information
motocen80 (70 ★)
100% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

Exhibit 1
Doe #645
Design Patent Used

**DOE NUMBER:** 646

**MARKETPLACE:** eBay

**MERCHANT NAME:** moxige-0

**SELLER ID:** moxige-0



Horse Gear Horse Brush Horse D ×

2022-10-27

https://www.ebay.com/itm/394291599656?nordt=true&orig_cvip=true

Hi Dom! | Daily Deals | Brand Outlet | Help & Contact | Save now | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: Pet Supplies > Dog Supplies > Beds

Share | Add to Watchlist

Hover to zoom

$ Have one to sell? Sell now

## Horse Gear Horse Brush Horse Dog Grooming Brush Bath Massage Brush Pet

Condition: New

Price: US $19.95

Buy It Now

Add to cart

Add to Watchlist

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: XIA MEN, China

Delivery: Estimated between Wed, Nov 9 and Wed, Nov 16 to 78701

Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns | See details

Payments: PayPal, G Pay, VISA, Discover

PayPal CREDIT

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

moxige-0 (0)

Save this seller

Contact seller

See other items

Similar sponsored items

Feedback on our suggestions

Exhibit 1
Doe #646
Design Patent Used

**DOE NUMBER:** 647

**MARKETPLACE:** eBay

**MERCHANT NAME:** nemesis-storee

**SELLER ID:** nemesis-storee



6 In 1 Horses Hair Removal Mass × +

2022-08-25

https://www.ebay.com/itm/374223483732?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Horse Grooming Brushes

Share | Add to Watchlist

$ Have one to sell? Sell now

## 6 In 1 Horses Hair Removal Massage Brush Dogs Pets Grooming Shedding Massage Kit

Condition: New

Colour: - Select -

Quantity: 1 3 available

Price: GBP 11.49
Approximately US $13.59

Buy It Now

Add to cart

Add to Watchlist

Returns accepted | Ships from United States

Shipping: FREE Parcelforce Global Express | See details
Located in: California, United States

Delivery: Estimated between Wed, Sep 7 and Tue, Sep 20 to 60601
Please note the delivery estimate is greater than 6 business days.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
nemesis-storee (0)

Save this seller
Contact seller
See other items

Similar sponsored items

Feedback on our suggestions

Exhibit 1
Doe #647
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 648

**MARKETPLACE:** eBay

**MERCHANT NAME:** newhope-ca

**SELLER ID:** newhope-ca



Horse Grooming Brush Pet Com! × 2022-07-31

https://www.ebay.com/itm/165594425820?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes Share | Add to Watchlist

**BUY 1, GET 1 AT 5% OFF (add 2 to cart)** See all eligible items and terms

Hover to zoom

## Horse Grooming Brush Pet Comb Sheep Cattle Hair Removal Massage Kit

Condition: New

Quantity: 1 10 available

Price: **US $5.87**

Buy It Now

Add to cart

Add to Watchlist

Returns accepted

Shipping: FREE SpeedPAK Standard | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: CN, China

Delivery: Estimated between Mon, Aug 15 and Fri, Aug 19 to 60601
Includes 4 business days handling time after receipt of cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
newhope-ca (5937)
97.7% Positive feedback

Save this seller
Contact seller
Visit store
See other items

Feedback

Have one to sell? Sell now

https://www.ebay.com/usr/newhope-ca?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #648
Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-3: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 649

**MARKETPLACE:** eBay

**MERCHANT NAME:** nolimts_lanka

**SELLER ID:** nolimts_lanka



6in1 Horse Brush Removal Hair M × | + | 2022-10-01

https://www.ebay.com/itm/295240778930?nordt=true&orig_cvip=true

Hi Dom! | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Horse Grooming Brushes

Share | Add to Watchlist

## 6in1 Horse Brush Removal Hair Massage Brush Cleaning Kit Horses

Condition: New

Time left: 2d 09h | Tuesday, 5:04AM

Starting bid: US $0.99 [ 0 bids ]

Bid Amount

Enter US $0.99 or more

Place bid

Price: US $12.50

Buy It Now

Add to cart

Add to Watchlist

Returns accepted

Shipping: US $52.16 Economy Shipping from Greater China to worldwide | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Kuruvita, Sri Lanka

Delivery: Estimated between Tue, Oct 25 and Thu, Nov 17 to 78701

This item has an extended handling time and a delivery estimate greater than 14 business days.

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal | G Pay | VISA

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

nolimts_lanka (1)

Save this seller

Contact seller

See other items

$ Have one to sell? Sell now

https://www.ebay.com/usr/nolimts_lanka?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #649
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 650

**MARKETPLACE:** eBay

**MERCHANT NAME:** notebook.edge

**SELLER ID:** notebook.edge



Horses Grooming Brush Horse G ×

2022-04-11

ebay.ca/itm/393811654985?nordt=true&orig_cvip=true

Hi Jessica! eBay Deals Help & Contact Celebrate Earth Month

English Sell Watch List My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: Sporting Goods > Outdoor Sports > Equestrian > Horse Care & Grooming > Grooming Brushes

| Add to Watch list

Hover to zoom

Have one to sell? Sell it yourself

## Horses Grooming Brush Horse Grooming Massage Kit Horse Hair Shedding Tool

Condition: New

Quantity: 1 10 available / 7 sold

Price: US $13.09

Approximately C $16.28

~~US $13.78~~ Save 5%

Buy It Now

Add to cart

Add to Watch list

30-day returns | 9 watchers

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Shenzhen, China

Ships to: Worldwide See exclusions

Delivery: Estimated between Mon. 18 Apr. and Wed. 27 Apr.

Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal G Pay VISA

Returns: 30 days refund | Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

notebook.edge (287883)

96.6% Positive feedback

Save this seller

See other items

Contact seller

Visit store

Similar sponsored items

Feedback on our suggestions

Exhibit 1
Doe #650
Trademark(s) Gentle Groomer: Physical Product

**DOE NUMBER:** 651

**MARKETPLACE:** eBay

**MERCHANT NAME:** novelnet24

**SELLER ID:** novelnet24



6In1 Horses Dogs Grooming She: ×

ebay.com/itm/363781695580?nordt=true&orig_cvip=true

2022-04-06

SAVE UP TO 12% WHEN YOU BUY MORE

$ Have one to sell? Sell now

# 6In1 Horses Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

Condition: New

Color: - Select -

Bulk savings: Buy 1 $14.99/ea | Buy 2 $14.09/ea | Buy 3 $13.79/ea

Quantity: 1 4 or more for $13.19/ea

10 available / 7 sold

Price: US $14.99/ea

Buy It Now

Add to cart

Add to Watchlist

30-day returns | Ships from United States

Shipping: FREE Standard Shipping | See details

Located in: Hebron, Kentucky, United States

Delivery: Estimated between Tue. Apr. 12 and Fri. Apr. 15 to 33433

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

novelnet24 (446 ★)

96.7% Positive feedback

Save this seller

Contact seller

Visit store

See other items

Sponsored items customers also bought

Feedback on our suggestions

Exhibit 1
Doe #651
Copyright(s) SH-1, SH-2, SH-7, SH-9, SH-GIF1: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 652

**MARKETPLACE:** eBay

**MERCHANT NAME:** oasis_store

**SELLER ID:** oasis_store



6 In 1 Horses Hair Removal Mass × +

2022-07-09

https://www.ebay.com/itm/403714464008?nordt=true&orig_cvip=true

Hi Dom! | Daily Deals | Brand Outlet | Help & Contact | Get the 20% off coupon | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes

Share | Add to Watchlist

## SAVE UP TO 10% WHEN YOU BUY MORE

$ Have one to sell? Sell now

## 6 In 1 Horses Hair Removal Massage Brush Dogs Pets Grooming Shedding Massage Kit

Condition: New

Sale ends in: 14h 41m 59s

Color: - Select -

Quantity: 1 Last one

Price: **US $16.62**

~~US $17.49~~ Save 5%

Buy It Now

Add to cart

Add to Watchlist

Returns accepted

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: ShenZhen, China

Delivery: Estimated between Mon, Jul 25 and Fri, Jul 29 to 60601

Includes 5 business days handling time after receipt of cleared payment.

Please allow additional time if international delivery is subject to customs processing.

Returns: 60 days returns | Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

oasis_store (1885 ★)

97.2% Positive feedback

Save this seller

Contact seller

Visit store

See other items

Exhibit 1
Doe #652
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 653

**MARKETPLACE:** eBay

**MERCHANT NAME:** ocg219

**SELLER ID:** ocg219



Horse Gear Horse Brush Horse D ×

2022-02-13

ebay.com/itm/393919609142?hash=item5bb7703936:g:Z5kAAOSwjoxhzU~6

Hi Anthony! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: Sporting Goods > Outdoor Sports > Equestrian > Horse Care & Grooming > Grooming Brushes | Add to Watchlist

$ Have one to sell? Sell now

## Horse Gear Horse Brush Horse Dog Grooming Brush Bath Massage Brush Pet

Condition: New

Quantity: 1 5 available / 1 sold

Price: US $9.57

Buy It Now

Add to cart

Add to Watchlist

Free shipping and returns

Shipping: FREE Standard SpeedPAK from Greater China | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: 中国, China

Delivery: Estimated between Tue. Mar. 1 and Tue. Mar. 15
Please note the delivery estimate is greater than 9 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Seller pays for return shipping | See details

Payments: PayPal G Pay VISA DISCOVER

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
ceg219 (0)
50% Positive feedback

Save this seller
Contact seller
See other items

Similar sponsored items Feedback on our suggestions

Exhibit 1
Doe #653
Design Patent Used



2022-02-13

Horse Gear Horse Brush Horse D

https://www.ebay.com/itm/394038522630?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Horse Grooming Brushes

Share | Add to Watchlist

$ Have one to sell? Sell now

## Horse Gear Horse Brush Horse Dog Grooming Brush Bath Massage Brush Pet

Condition: New

Quantity: 1 2 available

Price: US $5.56

Buy It Now

Add to cart

Add to Watchlist

A seller you've bought from

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: 中国, China

Delivery: Estimated between Tue, Aug 23 and Mon, Aug 29 to 60601

Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns | See details

Payments: PayPal G Pay VISA

PayPal CREDIT

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

ocg219 (7)

88.9% Positive feedback

Save this seller

Contact seller

See other items

Similar sponsored items

Feedback on our suggestions

https://www.ebay.com/usr/ocg219?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #653
Design Patent Used



Horse Gear Horse Brush Horse D ×

2022-02-13

https://www.ebay.com/itm/394038522720?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Horse Grooming Brushes

Share | Add to Watchlist

## Horse Gear Horse Brush Horse Dog Grooming Brush Bath Massage Brush Pet

Condition: New

Quantity: 1 3 available / 1 sold

Price: US $5.56

Buy It Now

Add to cart

Add to Watchlist

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: 中国, China

Delivery: Estimated between Fri, Aug 12 and Thu, Aug 18 to 60601

Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns | See details

Payments: PayPal G Pay VISA Discover

PayPal CREDIT

Special financing available. | See terms and apply now

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

ocg219 (7)

88.9% Positive feedback

Save this seller

Contact seller

See other items

Feedback

Similar sponsored items

Feedback on our suggestions

https://www.ebay.com/usr/ocg219?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #653
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 654

**MARKETPLACE:** eBay

**MERCHANT NAME:** oufaz-0

**SELLER ID:** oufaz-0



6in1 Horse Brush Removal Hair

2022-07-01

https://www.ebay.com/itm/394137998187?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Other Horse Care & Grooming

Share | Add to Watchlist

## 6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses G

Condition: New

Quantity: 1 10 available

Price: **US $14.99**

Buy It Now

Add to cart

Add to Watchlist

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
oufez-0 (2)
100% Positive feedback

Save this seller
Contact seller
See other items

Free shipping and returns

Shipping: FREE Flat Rate Freight | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: shenghai, China

Delivery: Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Seller pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell? Sell now

Feedback

Similar sponsored items

Feedback on our suggestions

Exhibit 1
Doe #654
Copyright(s) SH-2, SH-22, SH-3: Listing Image, Physical Product Image
Design Patent Used



Pet Brush Horses Dogs 6 In 1 Sh × | 2022-07-01

https://www.ebay.com/itm/394186361462?nordt=true&orig_cvip=true

Hi Dom! | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Pet Supplies > Small Animal Supplies > Other Small Animal Supplies

Share | Add to Watchlist

Hover to zoom

$ Have one to sell? Sell now

## Pet Brush Horses Dogs 6 In 1 Shedding Grooming Massage Horse Beauty Massage Brus

Condition: New

Color-: - Select -

Quantity: 1 Last one / 1 sold

Price: US $15.99

Buy It Now

Add to cart

Add to Watchlist

A seller you've bought from | Returns accepted

Shipping: US $2.28 Expedited Shipping | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: hangzhou, China

Delivery: Estimated between Tue, Aug 16 and Fri, Aug 19 to 60601
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
oufaz-0 (2)
100% Positive feedback

Save this seller
Contact seller
See other items

https://www.ebay.com/usr/oufaz-0?_trksid=p2047675.m3561.l2559

Exhibit 1
Doe #654
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used



Exhibit 1
Doe #654
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used



Pet Brush Horses Dogs 6 In 1 Sh× +
2022-07-01

https://www.ebay.com/itm/394234840029?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Horse Grooming Brushes

Share | Add to Watchlist

Have one to sell? Sell now

## Pet Brush Horses Dogs 6 In 1 Shedding Grooming Massage Horse Beauty Massage Brus

Condition: New
Colors: - Select -
Quantity: 1 10 available

Price: US $14.99

Buy It Now
Add to cart
Add to Watchlist

A seller you've bought from | Returns accepted

Shipping: FREE Flat Rate Freight | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Casablanca, Morocco

Delivery: Estimated between Wed, Sep 28 and Tue, Oct 11 to 60601
Please note the delivery estimate is greater than 6 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
oufez-0 (3)
100% Positive feedback
Save this seller
Contact seller
See other items

Exhibit 1
Doe #654
Copyright(s) SH-2, SH-Video 1: Listing Image
Design Patent Used

**DOE NUMBER:** 655

**MARKETPLACE:** eBay

**MERCHANT NAME:** panical

**SELLER ID:** panical

2022-02-02

Horse Gear Horse Brush Horse ×

https://www.ebay.com/itm/234346979654?nordt=true&orig_cvip=true

Hi Thed! ∨    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist ∨    My eBay ∨

ebay    Shop by category ∨    Search for anything    All Categories ∨    Search    Advanced

‹ Back to search results  |  Listed in category:  Pet Supplies  >  Dog Supplies  >  Odor & Stain Removal    | Add to Watchlist

### Horse Gear Horse Brush Horse Dog Grooming Brush Bath Massage Brush Pet

Condition:  New

Quantity:  1    2 available

Price:  **US $19.00**

[ Buy It Now ]
[ Add to cart ]
[ ♡ Add to Watchlist ]

**Shop with confidence**

Ⓢ  **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
panical (1)
100% Positive feedback

♡ Save this seller
Contact seller
See other items

Shipping:  FREE Economy Shipping | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: CN, China

Delivery:  Estimated between Wed. Mar. 2 and Mon. May. 2 ⓘ
This item has an extended handling time and a delivery estimate greater than 19 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns:  Seller does not accept returns | See details

Payments:  PayPal  G Pay  VISA  ⦾  ⦾  DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

$ Have one to sell?  [ Sell now ]

Hover to zoom

### Similar sponsored items    Feedback on our suggestions




Designer **PET** SPRAY

Waiting for bnd.stats.paypal.com...

Exhibit 1
Doe #655
Design Patent Used

**DOE NUMBER:** 656

**MARKETPLACE:** eBay

**MERCHANT NAME:** pheas4093

**SELLER ID:** pheas4093



5-in-1 StripHair Gentle Groomer ×

2022-05-12

ebay.de/itm/234476054207?nordt=true&orig_cvip=true

Hello vimaul38 ! ebayplus deal Outlet Help -15% auf Outdoor- & Sportequipment → Sell Observation list My eBay

ebay Browse Categories What are you looking for? All Categories Find advanced

Return to previous page | Category: pet supplies > dogs > Body & coat care > Brushes, combs & rakes

Split | Add to Watchlist

Mauszeiger bewegen zum Heranzoomen

# 5-in-1 StripHair Gentle Groomer for Horses Dogs Grooming Massage New

Item condition: New

Number of pieces: 1 — 5 available / 2 sold in 1 hour

Price: **EUR 9,99**

Buy another item

in the cart

♡ Add to Watchlist

You have purchased from this seller before

Free returns

Shipping: EUR 4.99 Standard Shipping | more details
Location: Guangzhou, China

Delivery: Delivery between Tue 31 May and Mon 13 Jun to 33433 if payment is received today ⓘ
Seller ships within 5 days after payment received.

Redemptions: Consumers can return the item under the conditions given below | more details

Payments: PayPal G Pay VISA

**Shop safely**

eBay Buyer Protection
You will receive the item you ordered or your money back.
Learn more

**Seller Information**

pheas4093 ( 510 )
95.8% Positive Ratings

♡ Save this seller
View more items
Contact Seller
visit store

Registered as a business seller

Sell similar items? To sell by himself

javascript:;

Exhibit 1
Doe #656
Trademark(s) StripHair, The Gentle Groomer: Listing Title

**DOE NUMBER:** 657

**MARKETPLACE:** eBay

**MERCHANT NAME:** power-ful

**SELLER ID:** power-ful



Horses Grooming Brush 6-in-1 S ×

2022-06-07

ebay.com/itm/165378812636?nordt=true&orig_cvip=true

**SAVE UP TO 12% WHEN YOU BUY MORE**

$ Have one to sell? Sell now

## Horses Grooming Brush 6-in-1 Shedding Grooming Massage Kit Pet Hair Comb

Condition: New

Bulk savings: Buy 1 $20.11/ea | Buy 2 $19.10/ea | Buy 3 $18.70/ea

Quantity: 1 4 or more for $17.70/ea

5 available

Price: **US $20.11/ea**

Buy It Now

Add to cart

Best Offer:

Make Offer

Add to Watchlist

30-day returns

Shipping: FREE SpeedPAK Standard | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Shenzhen, China

Delivery: Estimated between Thu. Apr. 28 and Mon. May. 9
This item has an extended handling time and a delivery estimate greater than 15 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA DISCOVER

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
power-ful (32101)
98.7% Positive feedback

Save this seller
Contact seller
Visit store
See other items

Sponsored items from this seller

Feedback on our suggestions

Exhibit 1
Doe #657
Copyright(s) SH-1: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 658

**MARKETPLACE:** eBay

**MERCHANT NAME:** primecraft_shop

**SELLER ID:** primecraft_shop



Pet Brush Horses Dogs 6 In 1 Sh × | 2022-07-15

https://www.ebay.com/itm/394073340820?nordt=true&orig_cvip=true

Hi Dom! | Daily Deals | Brand Outlet | Help & Contact | Sell | Watchlist | My eBay

ebay | Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes | Share | Add to Watchlist

$ Have one to sell? Sell now

# Pet Brush Horses Dogs 6 In 1 Shedding Grooming Massage Brush UK Free Delivery

Condition: New

color: - Select -

Quantity: 1 | 3 available

Price: **GBP 10.99**
Approximately US $12.95

Buy It Now

Add to cart

Add to Watchlist

Returns accepted

Shipping: GBP 17.12 (approx US $20.17) Expedited Shipping to United States via Global Shipping Program | See details
Located in: London, United Kingdom, United Kingdom

Import charges: Free (amount confirmed at checkout)

Delivery: Estimated between **Wed, Aug 24** and **Tue, Sep 6** to 60601
Includes **international tracking**

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments: PayPal, G Pay, VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
primecraft_shop (136 ★)
97.9% Positive feedback

Save this seller
Contact seller
Visit store
See other items

Exhibit 1
Doe #658
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 659

**MARKETPLACE:** eBay

**MERCHANT NAME:** printli0

**SELLER ID:** printli0



Horses Dog Grooming Brush 6-ir ×

2022-04-07

ebay.co.uk/itm/394008360610?nordt=true&orig_cvip=true

Hello Jessica. Nectar Daily Deals Brand Outlet Help & Contact Sell Watch List My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: Pet Supplies > Dog Supplies > Grooming > Brushes, Combs & Rakes | Watch this item

**UP TO 9% OFF WITH MULTI-BUY**

Hover to zoom

Have one to sell? Sell it yourself

## Horses Dog Grooming Brush 6-in-1 Shedding Grooming Massage Kit Pet Comb Hai L8U1

Be the first to write a review.

Condition: New

Multi-buy: Buy 1 £10.30 each | Buy 2 £9.99 each

Quantity: 1

2 available

Price: **£10.30 each**

Buy it now

Add to basket

Watch this item

30-day returns

Postage: £1.99 SpeedPAK Economy | See details

Located in: Shenzhen, China

Delivery: Estimated between Fri, 29 Apr and Wed, 11 May to 33433-2389

Seller dispatches within 5 days after receiving cleared payment.

Returns: 30 days refund | Buyer pays for return postage | See details

Payments: PayPal, G Pay, VISA

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

**Seller information**

printl10 (1446 ☆)

98.9% positive Feedback

Save this seller

Contact seller

Visit Shop

See other items

Registered as a business seller

Similar sponsored items

Feedback on our suggestions

Exhibit 1
Doe #659
Design Patent Used

**DOE NUMBER:** 660

**MARKETPLACE:** eBay

**MERCHANT NAME:** rangeek01

**SELLER ID:** rangeek01



Horse Gear Horse Brush Horse D: ×   2022-02-13

ebay.com/itm/403374658265?nordt=true&orig_cvip=true

Hi Anthony! Daily Deals Brand Outlet Help & Contact    Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: Pet Supplies > Dog Supplies > Grooming > Brushes, Combs & Rakes    | Add to Watchlist

$ Have one to sell? Sell now

## Horse Gear Horse Brush Horse Dog Grooming Brush Bath Massage Brush Pet

Condition: New

Quantity: 1  2 available

Price: US $18.18

Buy It Now

Add to cart

Add to Watchlist

30-day returns

Shipping: FREE Standard SpeedPAK from Greater China | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: china, China

Delivery: Estimated between Thu. Feb. 24 and Wed. Mar. 2
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
rangeek01 (25 ☆)
85.7% Positive feedback

Save this seller
Contact seller
Visit store
See other items

Similar sponsored items    Feedback on our suggestions

Exhibit 1
Doe #660
Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 661

**MARKETPLACE:** eBay

**MERCHANT NAME:** realzzsave

**SELLER ID:** realzzsave



Horses Grooming Shedding Groo × +

2022-04-06

ebay.com/itm/185355167434?nordt=true&orig_cvip=true

Grooming... $15.99 Free shipping

$13.99 Free shipping

$14.99 Free shipping

$12.99 Free shipping

$15.99 Free shipping

SAVE UP TO 12% WHEN YOU BUY MORE

## Horses Grooming Shedding Grooming Massage Kit Neat Pets Dog Comb Hair Brush USA

Condition: New

Color: - Select -

Bulk savings: Buy 1 $15.99/ea | Buy 2 $15.03/ea | Buy 3 $14.71/ea

Quantity: 1 4 or more for $14.07/ea

7 available / 1 sold

Price: US $15.99/ea

Buy It Now

Add to cart

♡ Add to Watchlist

30-day returns | Ships from United States

Shipping: FREE Standard Shipping | See details

Located in: Rowland Heights, California, United States

Delivery: Estimated between Tue. Apr. 12 and Thu. Apr. 14 to 33433

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal, G Pay, VISA, Mastercard, Amex, Discover

PayPal CREDIT

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

realzzsave (154 ★)

95.6% Positive feedback

♡ Save this seller

Contact seller

Visit store

See other items

Exhibit 1

Doe #661

Trademark(s) The Gentle Groomer: Listing Description

Copyright(s) SH-1, SH-2, SH-7, SH-GIF1: Listing Image, Physical Product Image

Design Patent Used



6in1 Horses Grooming Brush Sh… ×  +  2022-04-06

ebay.com/itm/403568527128?nordt=true&orig_cvip=true

Removal Massag... $15.99 Free shipping | $12.89 Free shipping | $13.99 Free shipping | $14.99 Free shipping | $12.99 Free shipping

$ Have one to sell? Sell now

**6in1 Horses Grooming Brush Shedding Grooming Massage Pet Beauty Hair Comb**

Condition: New

Quantity: 1 More than 10 available

Price: **US $13.89**

Buy It Now

Add to cart

Best Offer:

Make Offer

♡ Add to Watchlist

30-day returns

Shipping: FREE SpeedPAK Standard | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: shenzhen China, China

Delivery: Estimated between Thu. Apr. 21 and Mon. May. 2
This item has an extended handling time and a delivery estimate greater than 10 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
mgurxylnona2 (0)

♡ Save this seller
Contact seller
Visit store
See other items

Sponsored items customers also bought

Feedback on our suggestions

Exhibit 1
Doe #662
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-2, SH-7, SH-GIF1: Listing Image
Design Patent Used



6in1 Pet Horses Dog Massage C× +

2022-04-06

ebay.com/itm/403568568211?nordt=true&orig_cvip=true

Removal Massag... $15.99 Free shipping | $13.99 Free shipping | $14.99 Free shipping | $15.99 Free shipping | $12.89 Free shipping

Hover to zoom

$ Have one to sell? Sell now

## 6in1 Pet Horses Dog Massage Comb Grooming Hair Removal Shedding Cleaning Brush

Condition: New

Color: - Select -

Quantity: 1 More than 10 available / 1 sold

Price: US $12.89

Buy It Now

Add to cart

Add to Watchlist

30-day returns

Shipping: FREE SpeedPAK Standard | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: shenzhen China, China

Delivery: Estimated between Thu. Apr. 21 and Mon. May. 2
This item has an extended handling time and a delivery estimate greater than 10 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 6x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
mguxylnona9 (0)

Save this seller
Contact seller
Visit store
See other items

Description | Shipping and payments

Report item

eBay item number: 403568568211

Exhibit 1
Doe #662
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-2, SH-7, SH-9: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 663

**MARKETPLACE:** eBay

**MERCHANT NAME:** rugenshipping

**SELLER ID:** rugenshipping



Horse Gear Horse Brush Horse D ×

2022-04-07

ebay.ca/itm/125216205014?nordt=true&orig_cvip=true

Hi Jessica! eBay Deals Help & Contact Celebrate Earth Month English Sell Watch List My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: Pet Supplies > Dog Supplies > Grooming > Brushes, Combs & Rakes | Add to Watch list

Hover to zoom

Have one to sell? Sell it yourself

## Horse Gear Horse Brush Horse Dog Grooming Brush Bath Massage Brush Pet

Condition: New

Quantity: 1 10 available

Price: US $9.99
Approximately C $12.49

Buy It Now

Add to cart

Add to Watch list

Shipping: FREE SpeedPAK Standard | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: CN, China
Ships to: United States, Europe, Mexico, Canada, Australia See exclusions

Delivery: Estimated between Thu. 21 Apr. and Mon. 2 May.
Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal G Pay VISA

Returns: No returns accepted | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
rugenshipping (0)

Save this seller
See other items
Contact seller

Similar sponsored items

Feedback on our suggestions

Exhibit 1
Doe #663
Design Patent Used



Horse Gear Horse Brush Horse D

2022-04-07

ebay.ca/itm/125216205540?nordt=true&orig_cvip=true

Hi Jessica! eBay Deals Help & Contact Celebrate Earth Month

English Sell Watch List My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to search results | Listed in category: Pet Supplies > Dog Supplies > Grooming > Brushes, Combs & Rakes

Add to Watch list

# Horse Gear Horse Brush Horse Dog Grooming Brush Bath Massage Brush Pet

Condition: New

Quantity: 1 10 available

Price: US $9.90

Approximately C $12.38

Buy It Now

Add to cart

Add to Watch list

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: CN, China

Ships to: United States, Europe, Canada, Mexico, Australia See exclusions

Delivery: Estimated between Thu. 21 Apr. and Mon. 2 May.

Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal G Pay VISA

Returns: No returns accepted | See details

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

rugenshipping (0)

Save this seller

See other items

Contact seller

Have one to sell? Sell it yourself

Similar sponsored items

Feedback on our suggestions

Exhibit 1
Doe #663
Design Patent Used



Horse Gear Horse Brush Horse D × +

2022-04-07

ebay.ca/itm/125216207481?nordt=true&orig_cvip=true

Hi Jessica! eBay Deals Help & Contact Celebrate Earth Month | English Sell Watch List My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: Pet Supplies > Dog Supplies > Grooming > Brushes, Combs & Rakes | Add to Watch list

Hover to zoom

# Horse Gear Horse Brush Horse Dog Grooming Brush Bath Massage Brush Pet

Condition: New

Quantity: 1 | 10 available

Price: US $10.00

Approximately C $12.50

Buy It Now

Add to cart

Add to Watch list

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: CN, China

Ships to: United States, Europe, Mexico, Canada, Australia See exclusions

Delivery: Estimated between Thu. 21 Apr. and Mon. 2 May.

Please allow additional time if international delivery is subject to customs processing.

Payments: PayPal, G Pay, VISA

Returns: No returns accepted | See details

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

rugenshipping (0)

Save this seller

See other items

Contact seller

Have one to sell? Sell it yourself

Similar sponsored items

Feedback on our suggestions

Exhibit 1
Doe #663
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used



Horse Gear Horse Brush Horse D ×

2022-04-07

https://www.ebay.com/itm/125282505010?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes Share | Add to Watchlist

# Horse Gear Horse Brush Horse Dog Grooming Brush Bath Massage Brush Pet

Condition: New

Quantity: 1 5 available

Price: **US $9.90**

Buy It Now

Add to cart

Add to Watchlist

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: CN, China

Delivery: Estimated between Fri, Jul 29 and Thu, Aug 4 to 60601

Includes 4 business days handling time after receipt of cleared payment.

Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns | See details

Payments: PayPal G Pay VISA

PayPal CREDIT

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

rugenshipping (2)

100% Positive feedback

Save this seller

Contact seller

See other items

$ Have one to sell? Sell now

Waiting for srv.main.ebayrtm.com...

Exhibit 1
Doe #663
Design Patent Used



Horse Gear Horse Brush Horse D ×

2022-04-07

https://www.ebay.com/itm/125284765414?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes

Share | Add to Watchlist

Hover to zoom

# Horse Gear Horse Brush Horse Dog Grooming Brush Bath Massage Brush Pet

Condition: New

Quantity: 1 5 available

Price: US $9.00

Buy It Now

Add to cart

Add to Watchlist

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: CN, China

Delivery: Estimated between Fri, Jul 29 and Thu, Aug 4 to 60601

Includes 4 business days handling time after receipt of cleared payment.

Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns | See details

Payments: PayPal G Pay VISA

*PayPal CREDIT*

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

rugenshipping (2)

100% Positive feedback

Save this seller

Contact seller

See other items

Exhibit 1
Doe #663
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image, Physical Product Image
Design Patent Used

2022-04-07

Horse Gear Horse Brush Horse D    ×    +

https://www.ebay.com/itm/125284765716?nordt=true&orig_cvip=true

Description | Shipping and payments

Report item

eBay item number: 125284765716

Seller assumes all responsibility for this listing.

Last updated on Apr 27, 2022 20:18:06 PDT View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand: | Unbranded |
| MPN: | Does Not Apply | UPC: | Does Not Apply |
| ISBN: | Does Not Apply | EAN: | Does Not Apply |

## Description :

Product Name: Horse Brush
Product material: ABS
Product size: 22*5*3cm



Exhibit 1
Doe #663
Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-3: Listing Image
Design Patent Used



2022-04-07

Horse Gear Horse Brush Horse D

https://www.ebay.com/itm/125456815921?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to search results | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes

Share | Add to Watchlist

# Horse Gear Horse Brush Horse Dog Grooming Brush Bath Massage Brush Pet

Condition: New

Quantity: 1 3 available

Price: US $9.00

Buy It Now

Add to cart

Add to Watchlist

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: CN, China

Delivery: Estimated between Thu, Aug 25 and Wed, Aug 31 to 60601

Includes 4 business days handling time after receipt of cleared payment.

Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns | See details

Payments: PayPal, G Pay, VISA

PayPal CREDIT

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back.

Learn more

Seller information

rugenshipping (4)

100% Positive feedback

Save this seller

Contact seller

See other items

$ Have one to sell? Sell now

Similar sponsored items

Feedback on our suggestions

https://www.ebay.com/usr/rugenshipping?_trksid=p2047675.m3561.l2559

Exhibit 1

Doe #663

Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-3: Listing Image

Design Patent Used

**DOE NUMBER:** 664

**MARKETPLACE:** eBay

**MERCHANT NAME:** rx9999

**SELLER ID:** rx9999



2022-09-03

6-in-1 Shedding Grooming Mas

https://www.ebay.com/itm/394219200047?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Extra 15% off Labor Day sale Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Dog Grooming Supplies > Dog Grooming Brushes, Combs & Rakes Share | Add to Watchlist

$ Have one to sell? Sell now

## 6-in-1 Shedding Grooming Massage Brush Horse Hairs Combs Pet Grooming Brush - show original title

Condition: New

Bulk savings: Buy 1 $20.98/ea | Buy 2 $20.56/ea | Buy 3 $20.35/ea

Quantity: 1 4 or more for $20.14/ea

5 available

Price: US $20.98/ea

Buy It Now

Add to cart

Best Offer: Make Offer

Add to Watchlist

Returns accepted

Shipping: FREE SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges.

Located in: Guangzhou, China

Delivery: Estimated between Mon, Sep 19 and Tue, Sep 27 to 78701

This item has an extended handling time and a delivery estimate greater than 8 business days.

Please allow additional time if international delivery is subject to customs processing.

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
rx9999 (520)
96.9% Positive feedback

Save this seller
Contact seller
Visit store
See other items

Exhibit 1
Doe #664
Copyright(s) SH-12, SH-21, SH-36, SH-6, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 665

**MARKETPLACE:** eBay

**MERCHANT NAME:** saraya-store

**SELLER ID:** saraya-store



6-in-1 Shedding Grooming Mass... ✕ +

2022-02-02

ebay.com/itm/363746511573?ViewItem=&item=363746511573

Hi Anthony! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Grooming > Brushes, Combs & Rakes | Add to Watchlist

## 6-in-1 Shedding Grooming Massage Brush Horse Hairs Combs Pet Grooming Brush

Condition: New

Quantity: 1 4 available

Price: US $21.99

Buy It Now

Add to cart

Add to Watchlist

Shipping: FREE Economy Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: China, China

Delivery: Estimated between Mon. Apr. 4 and Fri. May. 27
This item has an extended handling time and a delivery estimate greater than 37 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns | See details

Payments: PayPal G Pay VISA

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
saraya-store (17 ☆)
94.4% Positive feedback

Save this seller
Contact seller
See other items

$ Have one to sell? Sell now

Similar sponsored items

Feedback

Exhibit 1
Doe #665
Copyright(s) SH-1, SH-2, SH-GIF1: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 666

**MARKETPLACE:** eBay

**MERCHANT NAME:** savechafte

**SELLER ID:** savechafte



2022-08-26

6-in-1 Shedding Grooming Mass ×

https://www.ebay.com/itm/334351727509?nordt=true&orig_cvip=true

Hi Dom! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports Equipment > Equestrian Equipment > Horse Care & Grooming > Horse Grooming Brushes

Share | Add to Watchlist

$ Have one to sell? Sell now

## 6-in-1 Shedding Grooming Massage Brush Horse Hairs Combs Pet Horse Grooming Bath

Condition: New

Color: - Select -

Quantity: 1 3 available / 9 sold

Price: GBP 13.99
Approximately US $16.54

Buy It Now

Add to cart

Add to Watchlist

Shipping: GBP 20.17 (approx US $23.85) Expedited Shipping to United States via Global Shipping Program | See details
Located in: Portsmouth, United Kingdom

Import charges: Free (amount confirmed at checkout)

Delivery: Estimated between Tue, Sep 20 and Mon, Sep 26 to 60601
Includes international tracking

Returns: 14 day returns | Buyer pays for return shipping | See details

Payments: PayPal G Pay VISA

Earn up to 5x points when you use your eBay Mastercard®. Learn more

International shipping and import charges paid to Pitney Bowes Inc. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

Seller information
savechafte (693 ★)
98.6% Positive feedback

Save this seller
Contact seller
Visit store
See other items

Registered as a Business Seller

Similar sponsored items

Feedback on our suggestions

Exhibit 1
Doe #666
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image, Physical Product Image
Design Patent Used

# Exhibit 1

**DOE NUMBER:** 1

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Shenzhen Juxinda E-Commerce Co., Ltd.

**SELLER ID:** 841221jxd



Pet Grooming Removal Horse H × +

2022-11-21

https://www.alibaba.com/product-detail/_1600657328668.html

Alibaba.com What are you looking for... Search

My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Other Horse Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

**Pet Grooming Removal Horse Hair Brush Beauty Massage Brush for Horse Multi-Functional Horses Hair Brush**

| 20 - 199 pieces | 200 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|---|
| $3.97 | $3.47 | $3.27 | $3.08 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color: Black $3.97 0 +

Lead time:

| Quantity (pieces) | 1 - 20 | 21 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 7 | 15 | To be negotiated |

Protection: Trade Assurance Protects your Alibaba.com orders

Refund Policy

The minimum order quantity is 20 piece

0/20 piece from $79.40

Lead time 7 days

Shipping from $44.81

Ocean + Delivery US (Economy) Change

Alibaba.com Logistics

Estimated delivery1/12-2/2

Start order

Contact supplier

Add to cart

Shenzhen Juxinda E-Commerce Co....

Manufacturer,Trading Company

CN 1YR

Response Time ≤3h | On-time delivery r... 100.0%

Product details | Company profile

Report Suspicious Activity!

Messenger

Exhibit 1
Doe #1
Copyright(s) SH-31: Listing Image
Design Patent Used

**DOE NUMBER:** 2

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Yuyao Aggpo Electronic Technology Co., Ltd.

**SELLER ID:** aggpo001



Horse Pony Grooming Glove Eff × +

2022-11-21

https://www.alibaba.com/prod...ct-detail/_1600403594735.html

Alibaba.com What are you looking for... Search

My Alibaba | Messages 99+ | Orders 19 | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Pet Supplies / Pet Products / Pet Cleaning & Grooming Products / Pet Grooming Products

View larger image

Add to Compare | Share

## Horse pony grooming glove efficient pet hair remove brush massage comb board

FOB Reference Price: Get Latest Price

**$1.68 - $3.36** / piece | 100 piece/pieces (Min. order)

Benefits: Silver Quick refunds on orders under US $1,000 View more ›

Color

Lead time:

| Quantity (pieces) | 1 - 1000 | > 1000 |
|---|---|---|
| Lead time (days) | 7 | To be negotiated |

Shipping: Express · Ocean freight · Land freight · Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact supplier

Chat now

**Yuyao Aggpo Electronic Technology...**
Manufacturer,Trading Company
CN 2YR

| Response Time | On-time delivery r... |
|---|---|
| ≤7h | 100.0% |

91 Transactions
70,000+

### You may also like

Messenger 153

Exhibit 1
Doe #2
Copyright(s) SH-1, SH-36, SH-8, SH-9: Listing Image
Design Patent Used



Horse Pony Grooming Glove Effi × + 2022-11-21

https://www.alibaba.com/product-detail/_1600403594735.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Pet Supplies / Pet Products / Pet Cleaning & Grooming Products / Pet Grooming Products

View larger image

Add to Compare Share

## Horse pony grooming glove efficient pet hair remove brush massage comb board

FOB Reference Price: Get Latest Price

**$1.68 - $3.36** / piece | 100 piece/pieces (Min. order)

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

Lead time:

| Quantity (pieces) | 1 - 1000 | > 1000 |
|---|---|---|
| Lead time (days) | 7 | To be negotiated |

Shipping: Express Ocean freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact supplier

Chat now

**Yuyao Aggpo Electronic Technology...**
Manufacturer,Trading Company
CN 2YR

Response Time ≤7h | On-time delivery r... 100.0%

91 Transactions 70,000+

### You may also like

AggPo AggPo AggPo AggPo

Messenger 153

Exhibit 1
Doe #2
Copyright(s) SH-1, SH-36, SH-8, SH-9: Listing Image
Design Patent Used



Horse Harness Products Horse B

2022-11-26

https://www.alibaba.com/product-detail/_1600429454323.html

Alibaba.com

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products Subscribe to Trade Alert

View larger image

Add to Compare Share

# Horse harness products horse brush horse dog grooming bath massage hair removal bath brush

FOB Reference Price: Get Latest Price

**$1.40 - $3.00**/ piece | 100 piece/pieces(Min. Order)

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Lead Time:

| Quantity(pieces) | 1 - 100 | >100 |
|---|---|---|
| Est. Time(days) | 7 | To be negotiated |

Shipping: Support Sea freight

Alibaba.com Freight | Compare Rates | Learn more

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Yuyao Aggpo Electronic Technology Co...
Manufacturer,Trading Company
CN 2 YRS

Response Time ≤6h | On-time delivery rate 100.0%

79 Transactions 60,000+

Contact Supplier | Chat Now | Browsing History

Messenger 78

TOP

Exhibit 1
Doe #2
Copyright(s) SH-2, SH-36: Listing Image
Design Patent Used



6 In 1 Durable Horse Beauty Mas × +

2022-02-21

alibaba.com/product-detail/_1600431998329.html

Update

MARCH EXPO Watch fresh products from around the world with our new arrivals livestreams Set reminder now

Alibaba.com Products What are you looking for... Search | My Alibaba | Messages 99+ | Orders 37 | Cart

Categories | Ready to Ship | Personal Protective Eq... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products | Subscribe to Trade Alert

View larger image

Add to Compare | Share

# 6 In 1 Durable Horse Beauty Massage Comb Bath cleaning brush Hair Removal Trimmer Combs Pets Fur Shedding Tools

FOB **Reference** Price: Get Latest Price

**$1.48 - $2.97** / Piece | 100 Piece/Pieces(Min. Order)

Color:

Lead Time:

| Quantity(Pieces) | 1 - 100 | >100 |
|---|---|---|
| Est. Time(days) | 7 | To be negotiated |

Shipping: Support Express · Sea freight · Land freight · Air freight

**Alibaba.com Freight** | Compare Rates | Learn more

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee | Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

**Yuyao Aggpo Electronic Technolo...**

Manufacturer,Trading Company

CN 1 YR

Response Time ≤7h | On-time delivery rate 100.0%

63 Transactions 30,000+

Contact Supplier | Chat Now | Browsing History

## You may also like

Messenger | TOP

Exhibit 1
Doe #2
Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-3, SH-31, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 3

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Zhejiang Vcare Pet Supplies Co., Ltd.

**SELLER ID:** anipetsupply



Hot Sale Silicone Beauty Massag × | 2022-08-16

https://www.alibaba.com/product-detail/_1600475642990.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products | Subscribe to Trade Alert

View larger image

Add to Compare | Share

**Hot sale silicone Beauty Massage Horse Hair Removal Tools Horses Dog Pig Pets makeup Hair Grooming Brush**

| 50 - 199 pieces | 200 - 1999 pieces | 2000 - 9999 pieces | >=10000 pieces |
|---|---|---|---|
| **$3.50** | **$3.00** | **$2.50** | **$2.00** |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Zhejiang Vcare Pet Supplies Co., Ltd.
Trading Company
CN 1 YR

| Response Time | On-time delivery rate |
|---|---|
| ≤9h | 100.0% |

Contact Supplier | Chat Now | Browsing History

**You may also like**

Messenger | TOP

Exhibit 1
Doe #3
Copyright(s) SH-2, SH-31, SH-36: Listing Image, Physical Product Image
Design Patent Used



Pet Soft Silicon Hair Brush For H
2022-09-07
https://www.alibaba.com/product-detail/_1600475749163.html

Alibaba.com
What are you looking for...
Search
My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Add to Compare Share

## Pet Soft Silicon Hair Brush For Horse Grooming Horse Hair Cleaning Horse Brush

| 50 - 199 pieces | 200 - 1999 pieces | 2000 - 9999 pieces | >= 10000 pieces |
|---|---|---|---|
| $3.50 | $3.00 | $2.50 | $2.00 |

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

Samples:

$5.00/piece | Min. Order : 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 50 | 51 - 200 | 201 - 2000 | > 2000 |
|---|---|---|---|---|
| Est. Time(days) | 15 | 28 | 45 | To Be Negotiated |

Customization: Customized logo (Min. Order 3000 pieces)
Customized packaging (Min. Order 3000 pieces)
More

Shipping: Express Sea freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Zhejiang Vcare Pet Supplies Co., Ltd.
Trading Company
CN 1 YR

Response Time ≤9h | On-time delivery r... 90.9%

Messenger 102

Exhibit 1
Doe #3
Copyright(s) SH-2, SH-31, SH-36: Listing Image
Design Patent Used

**DOE NUMBER:** 4

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Shenzhen City Anston Technology Co., Ltd.

**SELLER ID:** anstonbrace



Horses Dogs Grooming Brush Sh × | 2022-08-25

https://www.alibaba.com/product-detail/_1600479575783.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products | Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

# Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

| 50 - 199 pieces | 200 - 999 pieces | 1000 - 4999 pieces | >=5000 pieces |
|---|---|---|---|
| $3.50 | $3.00 | $2.80 | $2.50 |

Benefits: Silver US $10 off with a new supplier View more >

Color:

| | | |
|---|---|---|
| Red | $3.50 | 0 |
| Blue | $3.50 | 0 |
| Black | $3.50 | 0 |

Samples:

$5.00 | (Min. Order) 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 50 | >50 |
|---|---|---|
| Est. Time(days) | 7 | To be negotiated |

Customization: Customized logo(Min. Order: 500 pieces)
Customized packaging(Min. Order: 500 pieces)
More

The minimum order quantity is 50 pieces
0/50 pieces from $175.00
Processing Time 7 days

Shipping from $73.06
(Duty Incl.)
Ocean+Express US (Standard) Change

Estimated delivery 10/3-10/25

Start Order

Contact Supplier

Call us

Add to cart

Verified supplier
Shenzhen City Anston Technology Co., ...
Multispecialty supplier
CN 4 YRS

Store score
4.5/5

Messenger 78

Chat Now | Browsing History | TOP

Exhibit 1
Doe #4
Copyright(s) SH-1, SH-2, SH-3: Listing Image
Design Patent Used



Horses Dog Grooming Brush Pr... 2022-09-08

https://www.alibaba.com/product-detail/_1600479744373.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Super Horses Dog Grooming Brush Professional Horse Grooming Comb Shedding Hair Face Cleaning Brushes

| 50 - 199 pieces | 200 - 999 pieces | 1000 - 4999 pieces | >= 5000 pieces |
|---|---|---|---|
| $3.50 | $3.00 | $2.80 | $2.50 |

SUPER SEPTEMBER Lowest prices in 90 days

Benefits: Silver US $500 coupons View more

Color:

| | | |
|---|---|---|
| Red | $3.50 | 0 |
| Blue | $3.50 | 0 |
| Black | $3.50 | 0 |

Samples:

$5.00/piece | Min. Order : 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 50 | > 50 |
|---|---|---|
| Est. Time(days) | 7 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 pieces)
Customized packaging (Min. Order 500 pieces)
More

The minimum order quantity is 50 piece
0/50 piece from $175.00
Processing Time 7 days

Shipping from $72.00
(Duty Incl.)
Ocean+Express US (Standard) Change
Alibaba.com Logistics

Estimated delivery 10/14-11/4

Start Order
Contact Supplier
Call us
Add to cart

Verified supplier
Shenzhen City Anston Technology Co.,...
Multispecialty supplier
CN 4 YRS

| | |
|---|---|
| Store score 4.6/5 | On-time delivery rate 85.6% |
| Response time ≤6h | Transactions $200,000+ |
| Floorspace 185m² | Staff 20 |

Messenger 102

Exhibit 1
Doe #4
Copyright(s) SH-1, SH-2, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 5

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Anqing Weining Import And Export Trade Co., Ltd

**SELLER ID:** aqwn



6-in-1 Shedding Grooming Mass ×

2022-07-16

https://www.alibaba.com/product-detail/_1600483223908.html

Alibaba.com

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Home & Garden / Pet Products / Pet Cleaning & Grooming Products / Other Pet Cleaning & Grooming Products

View larger image

Add to Compare | Share

## 6-in-1 Shedding Grooming Massage Brush, Horse Hair Brush Pet Grooming Brush, Multi-Functional Horses tools to groom horses

| 2 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.58 | $4.24 | $3.77 |

$60.00 OFF Order more than $3,000.00 | Get Coupon

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

Lead Time:

| Quantity(pieces) | 1 - 5000 | > 5000 |
|---|---|---|
| Est. Time(days) | 15 | To Be Negotiated |

Customization:

Shipping: Express Sea freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Anqing Weining Import And Export ...
Trading Company
CN 1YR
Response Time ≤2h
On-time delivery r... 93.3%

Contact Supplier | Chat Now | Browsing History

You may also like

Messenger | TOP

Exhibit 1
Doe #5
Copyright(s) SH-1, SH-2, SH-4, SH-6: Listing Image
Design Patent Used

**DOE NUMBER:** 6

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Hebei Baijie Imp.&Exp. Trade Co., Ltd.

**SELLER ID:** baijiewin



6in 1 Shedding Grooming Massa ×

2022-08-17

https://www.alibaba.com/product-detail/_1600523644881.html

Alibaba.com

What are you looking for... Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products

View larger image

Add to Compare  Share

## 6in 1 Shedding Grooming Massage Brush Horse Haire Brush Pet Grooming Brush for Horses Dogs Comb Washing Massage Grooming & Shed

| 3 - 49 pieces | 50 - 199 pieces | >=200 pieces |
|---|---|---|
| **$1.38** | **$1.15** | **$1.05** |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Hebei Baijie Imp.&Exp. Trade Co., Ltd.
Trading Company
CN 2 YRS

Response Time ≤5h
On-time delivery rate 66.7%

Contact Supplier
Chat Now
Browsing History

**You may also like**

Messenger

TOP

Exhibit 1
Doe #6
Design Patent Used



Shedding Grooming Massage Br ×
2022-08-01
https://www.alibaba.com/product-detail/_1600523830219.html

Alibaba.com
What are you looking for...
Search
My Alibaba Messages Orders Cart

Categories | Ready to Ship Personal Protective E... Trade Shows Buyer Central Sell on Alibaba.com Help
Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products

View larger image

Add to Compare Share

## Shedding Grooming Massage Brush, Multi-functional Horse Hair Brush 6 in 1 Pet Grooming Brush, Horse Deshedding& Grooming Brush

| 2 - 19 pieces | 20 - 99 pieces | >=100 pieces |
|---|---|---|
| $1.38 | $1.16 | $1.05 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

Samples:
$2.00 | (Min. Order) 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 3 | >3 |
|---|---|---|
| Est. Time(days) | 15 | To be negotiated |

Customization: Customized logo(Min. Order: 200 pieces)
Graphic customization(Min. Order: 200 pieces)

Shipping: Support Express · Sea freight · Land freight · Air freight

Alibaba.com Freight | Compare Rates | Learn more

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Dispatch Guarantee
Refund Policy

For product pricing, customization, or other inquiries:
Contact Supplier
Chat Now

Hebei Baijie Imp.&Exp. Trade Co., Ltd.
Trading Company
CN 2 YRS

| Response Time | On-time delivery rate |
|---|---|
| ≤5h | 50.0% |

Contact Supplier
Chat Now
Browsing History
Messenger
TOP

Exhibit 1
Doe #6
Copyright(s) SH-12, SH-15, SH-3, SH-39, SH-8, SH-GIF1: Listing Image
Design Patent Used



Shedding Grooming Massage Br... × + 2022-07-16

https://www.alibaba.com/product-detail/_1600524543396.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages 44 | Orders 9 | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products | Subscribe to Trade Alert

View larger image

Add to Compare | Share

## Shedding Grooming Massage Brush, Multi-functional Horse Hair Brush 6 in 1 Pet Original Pet Grooming Brush for Hair Removing

| 2 - 19 pieces | 20 - 99 pieces | >= 100 pieces |
|---|---|---|
| $1.38 | $1.16 | $1.05 |

Benefits: Quick refunds on orders under US $1,000 Claim now >

Color

Samples: $2.00/piece | Min. Order : 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 3 | > 3 |
|---|---|---|
| Est. Time(days) | 15 | To Be Negotiated |

Customization: Customized logo (Min. Order 200 pieces)
Graphic customization (Min. Order 200 pieces)

Shipping: Express • Sea freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Hebei Baijie Imp.&Exp. Trade Co., Ltd.
Trading Company
CN 2YR

| Response Time | On-time delivery r... |
|---|---|
| ≤8h | 0.0% |

Contact Supplier | Chat Now | Browsing History

### You may also like

Messenger | TOP

Exhibit 1
Doe #6
Copyright(s) SH-10, SH-2, SH-21, SH-23, SH-3, SH-4: Listing Image
Design Patent Used



High Quality Silicone Pet Hair Re ×

2022-08-16

https://www.alibaba.com/product-detail/_1600556331611.html

Alibaba.com

What are you looking for... Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products

View larger image

Add to Compare | Share

## High Quality Silicone Pet Hair Remover Brush For Horse Grooming Grooming Massage Kit

| 10 - 499 pieces | >=500 pieces |
|---|---|
| $3.20 | $1.53 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Hebei Baijie Imp.&Exp. Trade Co., Ltd.
Trading Company
CN 2 YRS

| Response Time | On-time delivery rate |
|---|---|
| ≤5h | 66.7% |

Contact Supplier
Chat Now
Browsing History

**You may also like**

Messenger | TOP

Exhibit 1
Doe #6
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-36: Listing Image
Design Patent Used



High Quality Silicone Pet Hair Re ×

2022-08-26

https://www.alibaba.com/product-detail/_1600558368223.html

Alibaba.com

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products Subscribe to Trade Alert

View larger image

Add to Compare   Share

| | | |
|---|---|---|
| Est. Time(days) | 15 | To be negotiated |

Customization: Customized packaging(Min. Order: 1000 pieces)

Shipping: Support Express · Sea freight · Land freight · Air freight

Alibaba.com Freight | Compare Rates | Learn more

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Hebei Baijie Imp.&Exp. Trade Co., Ltd.
Trading Company
CN 2 YRS

Response Time ≤6h

On-time delivery rate 66.7%

Contact Supplier | Chat Now | Browsing History

Messenger 78 | TOP

Exhibit 1
Doe #6
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-36: Listing Image
Design Patent Used



Wholesale Silicone Pet Hair Rem: × +  2022-09-17

https://www.alibaba.com/product-detail/_1600560406044.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products  Subscribe to Trade Alert

View larger image

Add to Compare  Share

## Wholesale Silicone Pet Hair Remover Brush For Horse Grooming Massage Kit Horse Cleaning Hair Brush

| 10 - 499 pieces | >= 500 pieces |
|---|---|
| $3.20 | $1.53 |

Benefits: Silver Quick refunds on orders under US $1,000 View more ›

Color

Samples:

$7.00/piece | Min. order : 1 piece  Get samples

Lead time:

| Quantity(pieces) | 1 - 10 | > 10 |
|---|---|---|
| Est. time (days) | 15 | To be negotiated |

Customization: Customized packaging (Min. order 1000 pieces)

Shipping: Express  Sea freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact supplier

Chat now

**Hebei Baijie Imp.&Exp. Trade Co., Ltd.**
Trading Company
CN 2YR

| Response Time | On-time delivery r... |
|---|---|
| ≤5h | 57.1% |

**You may also like**

Messenger 107

Exhibit 1
Doe #6
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-36: Listing Image
Design Patent Used



Blue Style Silicone Pet Hair Remo ×

2022-09-30

https://www.alibaba.com/product-detail/_1600561868997.html

Alibaba.com

What are you looking for... Search

My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home › All Industries › Sports & Entertainment › Outdoor Sports › Horse Racing › Horse Care Products

View larger image

Add to Compare Share

# Blue Style Silicone Pet Hair Remover Brush For Horse Grooming Massage Kit Horse Cleaning Hair Brush

| 10 - 499 pieces | >= 500 pieces |
|---|---|
| $3.20 | $1.53 |

Benefits: Silver Quick refunds on orders under US $1,000 View more ›

Color

Samples:

$7.00/piece | Min. order : 1 piece Get samples

Lead time:

| Quantity(pieces) | 1 - 10 | > 10 |
|---|---|---|
| Lead time (days) | 15 | To be negotiated |

Customization: Customized packaging (Min. order 1000 pieces)

Shipping: Express Sea freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact supplier

Chat now

Hebei Baijie Imp.&Exp. Trade Co., Ltd.
Trading Company
CN 2YR

| Response Time | On-time delivery r... |
|---|---|
| ≤4h | 83.3% |

Product details | Company profile

Report Suspicious Activity

Messenger

Exhibit 1
Doe #6
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-36, SH-Video 1: Listing Image
Design Patent Used



Red Style Brush For Horse Groor × +

2022-08-17

https://www.alibaba.com/product-detail/_1600566214416.html

Alibaba.com What are you looking for... Search

My Alibaba Messages Orders Cart

Categories | Ready to Ship Personal Protective E... Trade Shows Buyer Central Sell on Alibaba Help Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products Subscribe to Trade Alert

View larger image

Add to Compare Share

**Red Style Brush For Horse Grooming Massage Kit Horse Cleaning Hair Brush Silicone Pet Hair Remover**

| 10 - 499 pieces | >=500 pieces |
|---|---|
| **$3.20** | **$1.53** |

Benefits: Quick refunds on orders under US $1,000 Claim now >

Color

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Hebei Baijie Imp.&Exp. Trade Co., Ltd.
Trading Company
CN 2 YRS

| Response Time | On-time delivery rate |
|---|---|
| ≤5h | 66.7% |

Contact Supplier
Chat Now
Browsing History

Product Details Company Profile Report Suspicious Activity

Product Description Specification Packing & Delivery Company Profile FAQ

Messenger TOP

Exhibit 1
Doe #6
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-36: Listing Image
Design Patent Used

**DOE NUMBER:** 7

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Jilin Baiying Trade Co., Ltd.

**SELLER ID:** baiyingtrade



Hot Sale 6 In 1 Shedding Groom 2022-07-15

https://www.alibaba.com/product-detail/_1600496520752.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products Subscribe to Trade Alert

View larger image

Share

Ready to Ship In Stock Fast Dispatch

Hot Sale 6 in 1 Shedding Grooming Massage Brush Horse Hair Brush Pet Grooming Brush Best Gift for Horse

| 40 - 199 pieces | 200 - 1199 pieces | >= 1200 pieces |
|---|---|---|
| $1.83 | $1.59 | $1.38 |

Benefits: Quick refunds on orders under US $1,000 View more

1 batch = 40 pieces

Color

| | | |
|---|---|---|
| Blue | $1.83 | 0 |
| Black | $1.83 | 0 |
| Red | $1.83 | 0 |

Samples: $3.00/piece | Min. Order : 1 piece | Buy Samples

Lead Time

| Quantity(pieces) | 1 - 120 | 121 - 2000 | 2001 - 8000 | > 8000 |
|---|---|---|---|---|
| Est. Time(days) | 10 | 20 | 40 | To Be Negotiated |

Customization: Customized packaging (Min. Order 4000 pieces)
Customized logo (Min. Order 4000 pieces)
More

The minimum order quantity is 40 piece
0/40 piece from $73.20
Processing Time 10 days

Shipping from $58.57
(Duty Incl.)
Ocean+Express US (Standard) Change
Alibaba.com Logistics

Estimated delivery8/23-9/14

Start Order
Contact Supplier
Add to cart

Jilin Baiying Trade Co., Ltd.
Trading Company
CN 1YR

Response Time ≤2h
On-time delivery r... 98.4%
92 Transactions 20,000+

Chat Now
Browsing History
Messenger
TOP

Exhibit 1
Doe #7
Copyright(s) SH-31: Listing Image
Design Patent Used

**DOE NUMBER:** 8

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Yiwu Bangjia Commodity Co., Ltd.

**SELLER ID:** bomhome



Automatic Hair Removal Wire Br... 2022-08-25

https://www.alibaba.com/product-detail/_1600406877707.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home > All Industries > Home & Garden > Pet Products > Pet Bowls & Feeders Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

## Automatic hair removal wire brush for horse OEM hair removal stainless steel pet comb brush

| 50 - 99 pieces | 100 - 199 pieces | 200 - 499 pieces | >=500 pieces |
|---|---|---|---|
| $3.00 | $2.85 | $2.55 | $1.99 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Volume : 250g

Color :

| | | | |
|---|---|---|---|
| Red | $3.00 | 0 | + |
| Black | $3.00 | 0 | + |
| Blue | $3.00 | 0 | + |

Samples: 250g , $5.00 | (Min. Order) 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 500 | 501 - 2000 | 2001 - 5000 | >5000 |
|---|---|---|---|---|
| Est. Time(days) | 5 | 8 | 14 | To be negotiated |

Customization: Customized logo(Min. Order: 5000 pieces)
Customized packaging(Min. Order: 5000 pieces)

The minimum order quantity is 50 pieces
0/50 pieces from $150.00
Processing Time 5 days

Shipping from $57.72 (Duty Incl.)
Ocean+Express US (Standard) Change

Estimated delivery 9/29-10/21

Start Order
Contact Supplier
Add to cart

Yiwu Bangjia Commodity Co., Ltd.
Manufacturer,Trading Company
CN 2 YRS

Response Time ≤2h
On-time delivery rate 100.0%

Chat Now
Browsing History
Messenger 78
TOP

Exhibit 1
Doe #8
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 9

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Dongguan Junrong Jiaye Technology Co., Ltd.

**SELLER ID:** bot-3c



Factory Price Pet Spa Bath Brush × 2022-08-17

https://www.alibaba.com/product-detail/_1600610025406.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products Subscribe to Trade Alert

View larger image

Add to Compare Share

## Factory Price Pet Spa bath brush Horse Care Products Horse Massage Comb Grooming Brush Pets Hair Shedding Tool

| 50 - 999 pieces | 1000 - 2999 pieces | 3000 - 9999 pieces | >= 10000 pieces |
|---|---|---|---|
| $5.00 | $4.65 | $4.30 | $4.00 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

Lead time:

| Quantity(pieces) | 1 - 5000 | > 5000 |
|---|---|---|
| Est. time (days) | 15 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 3000 pieces)

Shipping: Sea freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact supplier

Chat now

Dongguan Junrong Jiaye Technolog...
Manufacturer, Trading Company
CN 2YR

Response Time ≤3h | On-time delivery r... 96.0%

52 Transactions 150,000+

Messenger 107

Exhibit 1
Doe #9
Trademark(s) StripHair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 10

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Shenzhen Baishengtong Network Technology Co., Ltd.

**SELLER ID:** bsthe



Horses Grooming Brush Foal Ma: × +
2022-02-18
alibaba.com/product-detail/_1600386200684.html

Alibaba.com Products What are you looking for... Search
My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Home & Garden > Pet Products > Pet Cleaning & Grooming Products > Other Pet Cleaning & Grooming Products Subscribe to Trade Alert

Note:Please be cautious and check with your supplier if this product is for virus protection purposes and if the coronavirus (COVID-19) will affect your order.

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Horses Grooming Brush Foal massage hair removal comb Pet hair cleaning comb Horse dogs Grooming Original for Horses

4.0 2 Reviews 3 buyers

$2.80/ Piece 1 Piece(Min. Order)

Color: $2.80 0 | $2.80 0 | $2.80 0

Samples: $3.00/Piece | 1 Piece (Min. Order) | Buy Samples

Lead Time:

| Quantity(Pieces) | 1 - 5000 | 5001 - 7000 | >7000 |
|---|---|---|---|
| Est. Time(days) | 3 | 7 | To be negotiated |

Customization: Customized logo(Min. Order: 1000 Pieces)
Customized packaging(Min. Order: 1000 Pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee Refund Policy

Service: Dropshipping service Resell this product now in your online store
No MOQ · Low operating costs · Automatic fulfillment
Set up dropshipping to your sales channel

The minimum order quantity is 1 Pieces
0/1 Pieces from $2.80
Processing Time 3 days
Shipping from $9.23
Economy Parcels Change
Alibaba.com Logistics
Guaranteed delivery By 3/16
Start Order
Contact Supplier
Add to cart

Shenzhen Baishengtong Network...
CN 1YR
Response Time ≤9h
On-time delivery r... 97.8%
98 Transactions 40,000+

Chat Now
Browsing History
Messenger
TOP

Exhibit 1
Doe #10
Trademark(s) Gentle Groomer: Listing Description
Copyright(s) SH-2, SH-3, SH-8: Listing Image
Design Patent Used



Exhibit 1
Doe #10
Copyright(s) SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used



2022-02-02

6 In 1 Horses Hair Removal Ma ×

https://www.alibaba.com/product-detail/_1600439247173.html

Alibaba.com | Products | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products | Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

## 6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

**$2.99**/ Piece 1 Piece(Min. Order)

Color: $2.99 0 | $2.99 0 | $2.99 0

Samples: $5.00/Piece | 1 Piece (Min. Order) | Buy Samples

Customization: Customized logo(Min. Order: 1000 Pieces)
Customized packaging(Min. Order: 1000 Pieces)
More

Protection: Trade Assurance Protect your Alibaba.com orders
On-time Delivery Guarantee | Refund Policy

Service: **Dropshipping service** Resell this product now in your online store
No MOQ · Low operating costs · Automatic fulfillment
Set up dropshipping to your sales channel

The minimum order quantity is 1 Pieces
0/1 Pieces from **$2.99**
Processing Time 4 days

Shipping from **$6.68**
Economy Parcels via YW Change
Alibaba.com | Logistics

Estimated delivery **3/10-4/5**

Start Order

Contact Supplier

Add to cart

**Shenzhen Baishengtong Network...**
CN 1 YR
Response Time ≤8h | On-time delivery r... 98.0%
100 Transactions 50,000+

Chat Now | Browsing History | Messenger | TOP

Exhibit 1
Doe #10
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 11

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Yiwu Maihuo daily necessities Co., Ltd

**SELLER ID:** cn1526710751pevg



Horses Grooming Brush Foal Ma × +   2022-08-16

https://www.alibaba.com/product-detail/_1600503373913.html

Alibaba.com   What are you looking for...   Search   My Alibaba   Messages   Orders   Cart

Categories | Ready to Ship   Personal Protective E...   Trade Shows   Buyer Central   Sell on Alibaba   Help   Get the App | English - USD | Ship to:

Home > All Industries > Home & Garden > Pet Products > Pet Cleaning & Grooming Products > Pet Cleaning & Bathing   Subscribe to Trade Alert

View larger image

Share

Ready to Ship   In Stock   Fast Dispatch

Horses Grooming Brush Foal massage hair removal comb Pet hair cleaning comb Horse dogs Grooming Original for Horses

| 10 - 199 pieces | 200 - 999 pieces | >=1000 pieces |
|---|---|---|
| $0.99 | $0.97 | $0.95 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color :

| | | |
|---|---|---|
| Blue | $0.99 | 0 |
| Black | $0.99 | 0 |
| Red | $0.99 | 0 |

Samples: $5.00 | (Min. Order) 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 5000 | >5000 |
|---|---|---|
| Est. Time(days) | 10 | To be negotiated |

Customization: Customized logo(Min. Order: 10000 pieces)
Customized packaging(Min. Order: 10000 pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders

The minimum order quantity is 10 pieces
0/10 pieces from $9.90
Processing Time 10 days
Shipping from $40.88
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics
Estimated delivery10/11-11/1
Start Order
Contact Supplier
Add to cart

Yiwu Maihuo daily necessities Co., Ltd
Trading Company
CN 1YR
Response Time ≤8h
On-time delivery rate 95.1%

Chat Now   Browsing History   Messenger   TOP

Exhibit 1
Doe #11
Copyright(s) SH-2, SH-8: Listing Image
Design Patent Used



Horses Grooming Brush Foal Ma | 2022-09-17

https://www.alibaba.com/product-detail/_1600535088547.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home / All Industries / Home & Garden / Pet Products / Pet Cleaning & Grooming Products / Pet Cleaning & Bathing | Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Horses Grooming Brush Foal massage hair removal comb Pet hair cleaning comb Horse dogs Grooming Original for Horses

| 10 - 199 pieces | 200 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $0.99 | $0.95 | $0.93 |

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

| Color | Price | Quantity |
|---|---|---|
| Blue | $0.99 | 0 |
| Black | $0.99 | 0 |
| Red | $0.99 | 0 |

Samples: $5.00/piece | Min. order : 1 piece | Get samples

Lead time:

| Quantity(pieces) | 1 - 5000 | > 5000 |
|---|---|---|
| Est. time (days) | 10 | To be negotiated |

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Delivery Guarantee

Refund Policy

The minimum order quantity is 10 piece

0/10 piece from $9.90

Lead time 10 days

Shipping from $39.48

Ocean + Delivery US (Economy) Change

Alibaba.com Logistics

Estimated delivery11/9-12/2

Start order

Contact supplier

Add to cart

Yiwu Maihuo daily necessities Co., ...

Trading Company

CN 1YR

Response Time ≤9h | On-time delivery r... 96.8%

You may also like

Messenger 107

Exhibit 1
Doe #11
Copyright(s) SH-2, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 12

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Shenzhen Lucheng Electronic Technology

**SELLER ID:** cnlcdz



6 In 1 Hair Removal Beauty Mass... ×

2022-02-18

alibaba.com/product-detail/_1100001886659.html

Alibaba.com | Products | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products | Subscribe to Trade Alert

Note:Please be cautious and check with your supplier if this product is for virus protection purposes and if the coronavirus (COVID-19) will affect your order.

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

6 in 1 hair removal beauty massage brush

| 1 - 199 Pieces | 200 - 999 Pieces | >=1000 Pieces |
|---|---|---|
| $2.38 | $2.30 | $2.20 |

Color: $2.38 0; $2.38 0; $2.38 0

Samples: $2.40/Piece | 1 Piece (Min. Order) | Buy Samples

Lead Time:

| Quantity(Pieces) | 1 - 3000 | 3001 - 5000 | >5000 |
|---|---|---|---|
| Est. Time(days) | 4 | 7 | To be negotiated |

Customization: Customized logo(Min. Order: 500 Pieces)
Graphic customization(Min. Order: 500 Pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee | Refund Policy

The minimum order quantity is 1 Pieces
0/1 Pieces from $2.38
Processing Time 4 days

Shipping from $8.43
Economy Parcels Change
Alibaba.com Logistics

Guaranteed delivery By 3/17

Start Order | Contact Supplier | Add to cart

Shenzhen Lucheng Electronic Tec...
CN 1 YR
Response Time ≤3h | On-time delivery r... 97.8%

Chat Now | Browsing History

Product Details | Company Profile | Report Suspicious Activity

Product Description | Specification | Packing & Delivery | Company Profile | FAQ

Messenger | TOP

Exhibit 1
Doe #12
Copyright(s) SH-2: Listing Image
Design Patent Used



Horses Dogs 6 In 1 Shedding Gr( × | 2022-07-16

https://www.alibaba.com/product-detail/_11000001894605.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products | Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Horses Dogs 6 in 1 Shedding Grooming Massage, Horse Beauty Massage Brush,Strip Hair Gentle Groomer for Horses

5.0 1 Reviews 4 buyers

| 1 - 199 pieces | 200 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $2.00 | $1.90 | $1.70 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

| | | |
|---|---|---|
| Blue | $2.00 | 0 |
| Black | $2.00 | 0 |
| Red | $2.00 | 0 |

Samples:

$2.40/piece | Min. Order : 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 3000 | 3001 - 5000 | > 5000 |
|---|---|---|---|
| Est. Time(days) | 4 | 7 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 pieces)
Graphic customization (Min. Order 500 pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders

The minimum order quantity is 1 piece
0/1 piece from $2.00
Processing Time 4 days

Shipping from $6.97
Parcels (Standard) Change
Alibaba.com Logistics

Guaranteed delivery By 8/15
(Compensation for delayed delivery)

Start Order

Contact Supplier

Add to cart

Shenzhen Lucheng Electronic Tech...
Trading Company
CN 2YR

Response Time ≤5h | On-time delivery r... 91.3%

170 Transactions 40,000+

Chat Now | Browsing History | Messenger | TOP

Exhibit 1
Doe #12
Trademark(s) Strip Hair, Gentle Groomer: Listing Title
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used



Original For Horses Dogs 6-in-1 × +

2022-07-16

https://www.alibaba.com/product-detail/_1100001896549.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Original for Horses Dogs 6-in-1 Shedding Grooming Massage

5.0 1 Reviews 2 buyers

| 1 - 199 pieces | 200 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $1.74 | $1.70 | $1.65 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

| Color | Price | Quantity |
|---|---|---|
| Blue | $1.74 | 0 |
| Black | $1.74 | 0 |
| Red | $1.74 | 0 |

Samples: $2.40/piece | Min. Order : 1 piece | Buy Samples

Lead Time

| Quantity(pieces) | 1 - 3000 | 3001 - 5000 | > 5000 |
|---|---|---|---|
| Est. Time(days) | 4 | 7 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 pieces)
Graphic customization (Min. Order 500 pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Delivery Guarantee

The minimum order quantity is 1 piece
0/1 piece from $1.74
Processing Time 4 days

Shipping from $6.97
Parcels (Standard) Change
Alibaba.com Logistics

Guaranteed delivery By 8/15
(Compensation for delayed delivery)

Start Order

Contact Supplier

Add to cart

**Shenzhen Lucheng Electronic Tech...**
Trading Company
CN 2YR

Response Time ≤5h | On-time delivery r... 91.3%

170 Transactions 40,000+

Chat Now | Browsing History | Messenger 44 | TOP

Exhibit 1
Doe #12
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used



Exhibit 1
Doe #12
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used



Horses Grooming Brush Massage ×

2022-02-18

alibaba.com/product-detail/_11000001917346.html

Update

Alibaba.com | Products | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products | Subscribe to Trade Alert

Note:Please be cautious and check with your supplier if this product is for virus protection purposes and if the coronavirus (COVID-19) will affect your order.

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Horses Grooming Brush Massage Comb Horse Shedding Tool Kit 6-in-1 Shedding Grooming Massage Horses Neat Pet Grooming Brush

| 1 - 199 Pieces | 200 - 999 Pieces | >=1000 Pieces |
|---|---|---|
| $2.38 | $2.30 | $2.20 |

Color: $2.38 – 0 + | $2.38 – 0 + | $2.38 – 0 +

Samples: $2.40/Piece | 1 Piece (Min. Order) | Buy Samples

Lead Time:

| Quantity(Pieces) | 1 - 3000 | 3001 - 5000 | >5000 |
|---|---|---|---|
| Est. Time(days) | 4 | 7 | To be negotiated |

Customization: Customized logo(Min. Order: 500 Pieces)
Graphic customization(Min. Order: 500 Pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee | Refund Policy

The minimum order quantity is 1 Pieces
0/1 Pieces from $2.38
Processing Time 4 days

Shipping from $8.43
Economy Parcels Change
Alibaba.com Logistics

Guaranteed delivery By 3/17

Start Order

Contact Supplier

Add to cart

Shenzhen Lucheng Electronic Tec...
CN 1YR
Response Time ≤3h | On-time delivery r... 97.8%

Chat Now | Browsing History

Product Details | Company Profile | Report Suspicious Activity | Messenger | TOP

Exhibit 1
Doe #12
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image, Physical Product Image
Design Patent Used



Horses Grooming Brush Massag × +

2022-07-16

https://www.alibaba.com/product-detail/_1600545368991.html

Alibaba.com What are you looking for... Search

My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products  Subscribe to Trade Alert

View larger image

Share

Ready to Ship  In Stock  Fast Dispatch

Horses Grooming Brush Massage Comb Horse Shedding Tool Kit 6-in-1 Shedding Grooming Massage Horses Neat Pet Grooming Brush

**$1.99** / bag 1 bags(Min. Order)

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

| | | | |
|---|---|---|---|
| Blue | $1.99 | 0 | + |
| Black | $1.99 | 0 | + |
| Red | $1.99 | 0 | + |

Lead Time:

| Quantity(bags) | 1 - 300 | 301 - 1000 | > 1000 |
|---|---|---|---|
| Est. Time(days) | 1 | 3 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 bags)
Customized packaging (Min. Order 500 bags)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee
Refund Policy

The minimum order quantity is 1 bag
0/1 bag from $1.99
Processing Time 1 days

Shipping from $7.30
Parcels (Standard) Change
Alibaba.com Logistics

Guaranteed delivery By 8/9
(Compensation for delayed delivery)

Start Order

Contact Supplier

Add to cart

**Shenzhen Lucheng Electronic Tech...**
Trading Company
CN 2YR
Response Time ≤5h
On-time delivery r... 91.3%
170 Transactions 40,000+

Chat Now
Browsing History
Messenger
TOP

Exhibit 1
Doe #12
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used



Horses Dogs 6 In 1 Shedding Gro 2022-07-16

https://www.alibaba.com/product-detail/_1600545375914.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products Subscribe to Trade Alert

View larger image

Share

Ready to Ship In Stock Fast Dispatch

Horses Dogs 6 in 1 Shedding Grooming Massage, Horse Beauty Massage Brush,Strip Hair Gentle Groomer for Horses

**$1.99** / bag 1 bags(Min. Order)

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

| Color | Price | Qty |
|---|---|---|
| Blue | $1.99 | 0 |
| Black | $1.99 | 0 |
| Red | $1.99 | 0 |

Lead Time:

| Quantity(bags) | 1 - 300 | 301 - 1000 | > 1000 |
|---|---|---|---|
| Est. Time(days) | 1 | 3 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 bags)
Customized packaging (Min. Order 500 bags)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee
Refund Policy

The minimum order quantity is 1 bag
0/1 bag from $1.99
Processing Time 1 days

Shipping from $7.30
Parcels (Standard) Change
Alibaba.com Logistics

Guaranteed delivery By 8/9
(Compensation for delayed delivery)

Start Order
Contact Supplier
Add to cart

Shenzhen Lucheng Electronic Tech...
Trading Company
CN 2YR
Response Time ≤5h
On-time delivery r... 91.3%
170 Transactions 40,000+

Chat Now
Browsing History
Messenger
TOP

Exhibit 1
Doe #12
Trademark(s) Strip Hair, Gentle Groomer: Listing Title
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used



Multi-functional Hair Removal Be... 2022-07-15

https://www.alibaba.com/product-detail/_1600545376909.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Home & Garden / Pet Products / Pet Cleaning & Grooming Products / Pet Waste Disposal Subscribe to Trade Alert

View larger image

Share

Ready to Ship In Stock Fast Dispatch

Multi-Functional Hair Removal Beauty Massage Brush 6-in-1 Shedding Grooming Massage Original for Horses

**$1.99** / bag 1 bags(Min. Order)

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

size 222*62*23mm $1.99 0

Lead Time:

| Quantity(bags) | 1 - 300 | 301 - 1000 | > 1000 |
|---|---|---|---|
| Est. Time(days) | 1 | 3 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 bags)
Customized packaging (Min. Order 500 bags)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee
Refund Policy

The minimum order quantity is 1 bag
0/1 bag from $1.99
Processing Time 1 days

Shipping from $7.30
Parcels (Standard) Change
Alibaba.com Logistics

Guaranteed delivery By 8/9
(Compensation for delayed delivery)

Start Order
Contact Supplier
Add to cart

**Shenzhen Lucheng Electronic Tech...**
Trading Company
CN 2YR
Response Time ≤5h
On-time delivery r... 91.3%
170 Transactions 40,000+

Chat Now
Browsing History

**You may also like**

Messenger 44 TOP

Exhibit 1
Doe #12
Trademark(s) Striphair, Gentle Groomer: Listing Image, Physical Product
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8, SH-9: Listing Image, Physical Product Image
Design Patent Used



Multi-functional Hair Removal Be ×
2022-07-15
https://www.alibaba.com/product-detail/_1600545376909.html

Alibaba.com
What are you looking for...
Search
My Alibaba Messages Orders Cart
Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help
Get the App | English - USD | Ship to:

Home / All Industries / Home & Garden / Pet Products / Pet Cleaning & Grooming Products / Pet Waste Disposal   Subscribe to Trade Alert

View larger image

Share

Ready to Ship   In Stock   Fast Dispatch

Multi-Functional Hair Removal Beauty Massage Brush 6-in-1 Shedding Grooming Massage Original for Horses

$1.99 / bag 1 bags(Min. Order)

Benefits: Silver Quick refunds on orders under US $1,000 View more ›

Color

size 222*52*23mm $1.99 0

Lead Time:

| Quantity(bags) | 1 - 300 | 301 - 1000 | > 1000 |
|---|---|---|---|
| Est. Time(days) | 1 | 3 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 bags)
Customized packaging (Min. Order 500 bags)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee
Refund Policy

The minimum order quantity is 1 bag
0/1 bag from $1.99
Processing Time 1 days
Shipping from $7.30
Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By 8/9
(Compensation for delayed delivery)
Start Order
Contact Supplier
Add to cart

Shenzhen Lucheng Electronic Tech...
Trading Company
CN 2YR
Response Time ≤5h
On-time delivery r... 91.3%
170 Transactions 40,000+

Chat Now
Browsing History

You may also like

Messenger
TOP

Exhibit 1
Doe #12
Trademark(s) Striphair, Gentle Groomer: Listing Image, Physical Product
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8, SH-9: Listing Image, Physical Product Image
Design Patent Used



Multi-functional Hair Removal B
2022-07-15
https://www.alibaba.com/product-detail/_1600545376909.html

Product Details | Company Profile
Report Suspicious Activity
Product Description | Company Profile

The minimum order quantity is 1 bag
0/1 bag from $1.99
Processing Time 1 days
Shipping from $7.30
Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By 8/9
(Compensation for delayed delivery)
Start Order
Contact Supplier
Add to cart

Shenzhen Lucheng Electronic Tech...
Trading Company
CN 2YR
Response Time ≤5h
On-time delivery r... 91.3%
170 Transactions 40,000+

Chat Now
Browsing History
Messenger
TOP

Exhibit 1
Doe #12
Trademark(s) Striphair, Gentle Groomer: Listing Image, Physical Product
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8, SH-9: Listing Image, Physical Product Image
Design Patent Used



Horses Grooming Brush Comb H ×
2022-07-15
https://www.alibaba.com/product-detail/_1600545380897.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products | Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Horses Grooming Brush Comb Horse Shedding Tool Kit 6-in-1 Shedding Grooming Massage Horses Neat Pet Grooming Brush

$1.99 / bag 1 bags(Min. Order)

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color:

| | | |
|---|---|---|
| Blue | $1.99 | 0 |
| Black | $1.99 | 0 |
| Red | $1.99 | 0 |

Lead Time:

| Quantity(bags) | 1 - 300 | 301 - 1000 | > 1000 |
|---|---|---|---|
| Est. Time(days) | 1 | 3 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 bags)
Customized packaging (Min. Order 500 bags)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee
Refund Policy

The minimum order quantity is 1 bag
0/1 bag from $1.99
Processing Time 1 days

Shipping from $7.30
Parcels (Standard) Change
Alibaba.com Logistics

Guaranteed delivery By 8/9
(Compensation for delayed delivery)

Start Order
Contact Supplier
Add to cart

Shenzhen Lucheng Electronic Tech...
Trading Company
CN 2YR
Response Time ≤5h
On-time delivery r... 91.3%
170 Transactions 40,000+

Chat Now
Browsing History
Messenger
TOP

Exhibit 1
Doe #12
Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used



Sales 6 In 1 Horses Dogs Groom ×

2022-07-16

https://www.alibaba.com/product-detail/_1600545419641.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

sales 6 in 1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair BrushPony Puppy Strip Hair Gentle Cosy

**$1.99 - $5.50** / bag | 1 bag/bags (Min. Order)

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

| Color | Price | Qty |
|---|---|---|
| Blue | $1.99 | 0 |
| Black | $1.99 | 0 |
| Red | $1.99 | 0 |

All 5 Options

Lead Time:

| Quantity(bags) | 1 - 300 | 301 - 1000 | > 1000 |
|---|---|---|---|
| Est. Time(days) | 1 | 3 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 bags)
Customized packaging (Min. Order 500 bags)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee
Refund Policy

The minimum order quantity is 1 bag
0/1 bag from $1.99
Processing Time 1 days

Shipping from $7.30
Parcels (Standard) Change
Alibaba.com Logistics

Guaranteed delivery By 8/9
(Compensation for delayed delivery)

Start Order

Contact Supplier

Add to cart

**Shenzhen Lucheng Electronic Tech...**
Trading Company
CN 2YR
Response Time ≤5h
On-time delivery r... 91.3%
170 Transactions 40,000+

Chat Now
Browsing History
Messenger 44
TOP

Exhibit 1
Doe #12
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



Exhibit 1
Doe #12
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



6 In 1 Durable Horse Beauty Mas × +

2022-07-16

https://www.alibaba.com/product-detail/_1600545421616.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products | Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

6 In 1 Durable Horse Beauty Massage Comb Bath cleaning brush Hair Removal Trimmer Combs Pets Fur Shedding Tools

**$2.40** / bag 1 bags(Min. Order)

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

| Color | Price | Quantity |
|---|---|---|
| Blue | $2.40 | 0 |
| Black | $2.40 | 0 |
| Red | $2.40 | 0 |

Lead Time:

| Quantity(bags) | 1 - 500 | > 500 |
|---|---|---|
| Est. Time(days) | 2 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 bags)
Customized packaging (Min. Order 500 bags)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee
Refund Policy

The minimum order quantity is 1 bag
0/1 bag from $2.40
Processing Time 2 days

Shipping from $7.30
Parcels (Standard) Change
Alibaba.com Logistics

Guaranteed delivery By 8/10
(Compensation for delayed delivery)

Start Order
Contact Supplier
Add to cart

Shenzhen Lucheng Electronic Tech...
Trading Company
CN 2YR
Response Time ≤5h
On-time delivery r... 91.3%
170 Transactions 40,000+

Chat Now
Browsing History
Messenger
TOP

Exhibit 1
Doe #12
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-31, SH-8: Listing Image
Design Patent Used



6 In 1 Durable Horse Beauty Mas × | 2022-07-16

https://www.alibaba.com/product-detail/_1600545421616.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products | Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

6 In 1 Durable Horse Beauty Massage Comb Bath cleaning brush Hair Removal Trimmer Combs Pets Fur Shedding Tools

**$2.40** / bag 1 bags(Min. Order)

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

| Color | Price | Quantity |
|---|---|---|
| Blue | $2.40 | 0 |
| Black | $2.40 | 0 |
| Red | $2.40 | 0 |

Lead Time:

| Quantity(bags) | 1 - 500 | > 500 |
|---|---|---|
| Est. Time(days) | 2 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 bags)
Customized packaging (Min. Order 500 bags)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee
Refund Policy

The minimum order quantity is 1 bag
0/1 bag from **$2.40**
Processing Time 2 days

Shipping from **$7.30**
Parcels (Standard) Change
Alibaba.com Logistics

Guaranteed delivery By 8/10
(Compensation for delayed delivery)

Start Order
Contact Supplier
Add to cart

**Shenzhen Lucheng Electronic Tech...**
Trading Company
CN 2YR
Response Time ≤5h | On-time delivery r... 91.3%
170 Transactions 40,000+

Chat Now
Browsing History
Messenger
TOP

Exhibit 1
Doe #12
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-31, SH-8: Listing Image
Design Patent Used



6 In 1 Durable Horse Beauty Mas × +

2022-07-16

https://www.alibaba.com/product-detail/_1600545428573.html

Alibaba.com What are you looking for... Search

My Alibaba Messages Orders Cart

Categories | Ready to Ship Personal Protective E... Trade Shows Buyer Central Sell on Alibaba Help Get the App English - USD Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products Subscribe to Trade Alert

View larger image

Share

Ready to Ship In Stock Fast Dispatch

6 In 1 Durable Horse Beauty Massage Comb Bath cleaning brush Hair Removal Trimmer Combs Pets Fur Shedding Tools

**$2.40** / bag 1 bags(Min. Order)

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

| | | |
|---|---|---|
| Blue | $2.40 | 0 |
| Black | $2.40 | 0 |
| Red | $2.40 | 0 |

Lead Time:

| Quantity(bags) | 1 - 500 | > 500 |
|---|---|---|
| Est. Time(days) | 2 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 bags)
Customized packaging (Min. Order 500 bags)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee
Refund Policy

The minimum order quantity is 1 bag
0/1 bag from $2.40
Processing Time 2 days

Shipping from $7.30
Parcels (Standard) Change
Alibaba.com Logistics

Guaranteed delivery By 8/10
(Compensation for delayed delivery)

Start Order
Contact Supplier
Add to cart

Shenzhen Lucheng Electronic Tech...
Trading Company
CN 2YR
Response Time ≤5h
On-time delivery r... 91.3%
170 Transactions 40,000+

Chat Now
Browsing History
Messenger
TOP

Exhibit 1
Doe #12
Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-3, SH-31, SH-8: Listing Image
Design Patent Used



6 In 1 Hair Removal Beauty Mas: × +

2022-07-16

https://www.alibaba.com/product-detail/_1600545434562.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products | Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

6 in 1 hair removal beauty massage brush

**$1.99** / bag 1 bags(Min. Order)

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

| Color | Price | Quantity |
|---|---|---|
| Blue | $1.99 | 0 |
| Black | $1.99 | 0 |
| Red | $1.99 | 0 |

Lead Time

| Quantity(bags) | 1 - 300 | 301 - 1000 | > 1000 |
|---|---|---|---|
| Est. Time(days) | 1 | 3 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 bags)
Customized packaging (Min. Order 500 bags)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee
Refund Policy

The minimum order quantity is 1 bag
0/1 bag from $1.99
Processing Time 1 days
Shipping from $7.30
Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By 8/9
(Compensation for delayed delivery)
Start Order
Contact Supplier
Add to cart

Shenzhen Lucheng Electronic Tech...
Trading Company
CN 2YR
Response Time ≤5h
On-time delivery r... 91.3%
170 Transactions 40,000+

Chat Now
Browsing History

You may also like

Messenger 44 | TOP

Exhibit 1
Doe #12
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used



Oem Productos Para Mascotas D ×

2022-08-31

https://www.alibaba.com/product-detail/_1600545454361.html

Alibaba.com

What are you looking for...

Search

My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home > All Industries > Home & Garden > Pet Products > Pet Cleaning & Grooming Products > Pet Cleaning & Bathing

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

## OEM Productos Para Mascotas Dogs TPR Horses Brush Shedding Tool Kit 6-in-1 Shedding Grooming Massage Original For Horses Brush

**$1.99**/ bag 1 bag(Min. Order)

Benefits: Silver Quick refunds on orders under US $1,000 View more >

size : 22*5*2.4cm

Color :

| | | |
|---|---|---|
| Blue | $1.99 | 0 |
| Black | $1.99 | 0 |
| Red | $1.99 | 0 |

Lead Time:

| Quantity(bags) | 1 - 300 | 301 - 1000 | >1000 |
|---|---|---|---|
| Est. Time(days) | 1 | 3 | To be negotiated |

Customization: Customized logo(Min. Order: 500 bags)
Customized packaging(Min. Order: 500 bags)
More

Protection: Trade Assurance Protects your Alibaba.com orders

The minimum order quantity is 1 bags
0/1 bags from $1.99
Processing Time 1 days

Shipping from $7.32
Parcels (Standard) Change
Alibaba.com Logistics

Guaranteed delivery By 8/25
(Compensation for delayed delivery)

Start Order

Contact Supplier

Add to cart

Shenzhen Lucheng Electronic Technolo...
CN 2 YRS

Response Time ≤7h
On-time delivery rate 92.2%
171 Transactions 40,000+

Chat Now
Browsing History
Messenger
TOP

Exhibit 1
Doe #12
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used



6 In 1 Horses Hair Removal Mass ×

2022-07-15

https://www.alibaba.com/product-detail/_1600545466385.html

Alibaba.com

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products   Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

**$1.99** / bag 1 bags(Min. Order)

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

| | | |
|---|---|---|
| Blue | $1.99 | 0 |
| Black | $1.99 | 0 |
| Red | $1.99 | 0 |

Lead Time:

| Quantity(bags) | 1 - 300 | 301 - 1000 | > 1000 |
|---|---|---|---|
| Est. Time(days) | 1 | 3 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 bags)
Customized packaging (Min. Order 500 bags)
More ^

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee
Refund Policy

The minimum order quantity is 1 bag
0/1 bag from **$1.99**
Processing Time 1 days

Shipping from **$7.30**
Parcels (Standard) Change
Alibaba.com Logistics

Guaranteed delivery By 8/9
(Compensation for delayed delivery)

Start Order

Contact Supplier

Add to cart

**Shenzhen Lucheng Electronic Tech...**
Trading Company
CN 2YR
Response Time ≤5h
On-time delivery r... 91.3%
170 Transactions 40,000+

Chat Now
Browsing History
Messenger
TOP

Exhibit 1
Doe #12
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used



Animal Cleaning Dog Beauty Bru × 2022-08-01

https://www.alibaba.com/product-detail/_1600545473293.html

Alibaba.com What are you looking for... Search My Alibaba Messages 65 Orders 18 Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Animal cleaning dog beauty brush bath massage brush,Premium Groomer Horses Dogs brushes 6-in-1 Shedding Grooming Massage

**$1.99**/ bag 1 bag(Min. Order)

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color: $1.99 0
$1.99 0
$1.99 0

Lead Time:

| Quantity(bags) | 1 - 500 | >500 |
|---|---|---|
| Est. Time(days) | 2 | To be negotiated |

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Delivery Guarantee

Refund Policy

The minimum order quantity is 1 bags

0/1 bags from $1.99

Processing Time 2 days

Shipping from $7.50

Seller's Shipping Method 1 Change

Estimated delivery 8/10-8/24

Start Order

Contact Supplier

Add to cart

Shenzhen Lucheng Electronic Technolo...

CN 2 YRS

Response Time ≤7h | On-time delivery rate 92.2%

171 Transactions 40,000+

Chat Now | Browsing History | Messenger 65 | TOP

Exhibit 1
Doe #12
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8: Listing Image
Design Patent Used



Hot Sale Silicone Beauty Massag 2022-07-15

https://www.alibaba.com/product-detail/_1600545504038.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories Ready to Ship Personal Protective E... Trade Shows Buyer Central Sell on Alibaba Help Get the App English - USD Ship to:

Home / All Industries / Home & Garden / Pet Products / Pet Cleaning & Grooming Products / Other Pet Cleaning & Grooming Products Subscribe to Trade Alert

Share

Ready to Ship In Stock Fast Dispatch

Hot sale silicone Beauty Massage Horse Hair Removal Tools Horses Dog Pig Pets makeup Hair Grooming Brush

$1.99 / bag 1 bags(Min. Order)

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

size 1 $1.99 0

Lead Time:

| Quantity(bags) | 1 - 300 | 301 - 1000 | > 1000 |
|---|---|---|---|
| Est. Time(days) | 1 | 3 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 bags)
Customized packaging (Min. Order 500 bags)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee
Refund Policy

The minimum order quantity is 1 bag
0/1 bag from $1.99
Processing Time 1 days
Shipping from $7.30
Parcels (Standard) Change
Alibaba.com Logistics
Guaranteed delivery By 8/9
(Compensation for delayed delivery)
Start Order
Contact Supplier
Add to cart

Shenzhen Lucheng Electronic Tech...
Trading Company
CN 2YR
Response Time ≤5h
On-time delivery r... 91.3%
170 Transactions 40,000+

Chat Now Browsing History

You may also like

Messenger TOP

Exhibit 1
Doe #12
Copyright(s) SH-1, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 13

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Market Union Co., Ltd.

**SELLER ID:** cnmarketunion



6in1 Horse Brush Removal Hair N × | 2022-08-01

https://www.alibaba.com/product-detail/_1600465294432.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home > All Industries > Home & Garden > Pet Products > Pet Cleaning & Grooming Products > Other Pet Cleaning & Grooming Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

**6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies**

| 2 - 49 pieces | 50 - 199 pieces | 200 - 499 pieces | >=500 pieces |
|---|---|---|---|
| $2.65 | $2.46 | $2.35 | $2.27 |

Benefits: Silver US $500 coupons View more >

size: 22*5*3cm

Color:

| | | | |
|---|---|---|---|
| Blue | $2.65 | 0 | |
| Black | $2.65 | 0 | |
| Red | $2.65 | 0 | |

Samples: 22*5*3cm ,
$3.00 | (Min. Order) 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 100 | >100 |
|---|---|---|
| Est. Time(days) | 14 | To be negotiated |

Customization: Customized logo(Min. Order: 3000 pieces)
Customized packaging(Min. Order: 500 pieces)
More

The minimum order quantity is 2 pieces
0/2 pieces from $5.30
Processing Time 14 days

Shipping from $17.62
Parcels (Standard) Change
Alibaba.com Logistics

Guaranteed delivery By 9/8
(Compensation for delayed delivery)

Start Order
Contact Supplier
Call us
Add to cart

Verified supplier
Market Union Co., Ltd.
Trading Company
CN 15 YRS

Response Time ≤7h | On-time delivery rate 88.6%
332 Transactions

Messenger 65 | Chat Now | Browsing History | TOP

Exhibit 1
Doe #13
Copyright(s) SH-1, SH-2, SH-3, SH-8: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 14

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Hangzhou Cute Pet Technology Co., Ltd.

**SELLER ID:** cutepet



6 in 1 Horse Brush Luxury Rubbe — 2022-12-30

https://www.alibaba.com/product-detail/_1600602280531.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Pet Supplies / Pet Products / Pet Cleaning & Grooming Products / Pet Grooming Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

6 in 1 Horse Brush Luxury Rubber Personalised Round Long Bristle Magic Grooming Hair Horse Brush

| 50 - 499 pieces | 500 - 1999 pieces | >= 2000 pieces |
|---|---|---|
| $0.93 | $0.90 | $0.85 |

Benefits: Platinum Contact suppliers for Payment Terms View more

Color

| | | |
|---|---|---|
| Blue | $0.93 | 0 |
| black | $0.93 | 0 |
| Red | $0.93 | 0 |

Samples: $10.00/piece Min. order : 1 piece | Get samples

Lead time:

| Quantity (pieces) | 1 - 200 | 201 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 10 | 15 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee
Refund Policy

You may also like

The minimum order quantity is 50 piece
0/50 piece from $46.50
Lead time 10 days

Shipping from $102.62 (Duty Incl.)
Ocean+Express US (Standard) Change
Alibaba.com Logistics

Estimated delivery2/7-2/28

Start order
Contact supplier
Add to cart

Verified supplier
Hangzhou Cute Pet Technology Co., Ltd.
Multispecialty supplier
CN 5 YRS VR Showroom

Registered trademarks (3)

| Store rating | On-time delivery rate |
|---|---|
| 4.7/5 | 93.8% |
| Response time | Transactions |
| ≤6h | $760,000+ |
| Main markets | Customers ser... |
| North America,... | 1 |

Messenger

Exhibit 1
Doe #14
Copyright(s) SH-1, SH-9, SH-Video 1: Listing Image
Design Patent Used

**DOE NUMBER:** 15

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** DD Bunny (Shenzhen) Trading Company Ltd.

**SELLER ID:** ddbunny



Horses Grooming Brush Foal Ma: × +

2022-02-18

alibaba.com/product-detail/_1600439633522.html

Home > All Industries > Home & Garden > Pet Products > Pet Cleaning & Grooming Products > Other Pet Cleaning & Grooming Products Subscribe to Trade Alert

Note: Please be cautious and check with your supplier if this product is for virus protection purposes and if the coronavirus (COVID-19) will affect your order.

View larger image

Share

Ready to Ship · In Stock · Fast Dispatch

Horses Grooming Brush Foal massage hair removal comb Pet hair cleaning comb Horse dogs Grooming Original for Horses

$2.80/ Piece 1 Piece(Min. Order)

Color: $2.80 — 0 +
$2.80 — 0 +
$2.80 — 0 +

Samples:
$3.00/Piece | 1 Piece (Min. Order) | Buy Samples

Lead Time:

| Quantity(Pieces) | 1 - 50 | 51 - 500 | >500 |
|---|---|---|---|
| Est. Time(days) | 1 | 1 | To be negotiated |

Customization: Customized logo(Min. Order: 1000 Pieces)
Customized packaging(Min. Order: 1000 Pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders
Refund Policy

The minimum order quantity is 1 Pieces
0/1 Pieces from $2.80
Processing Time 1 days

Shipping from $9.23
Economy Parcels Change
Alibaba.com Logistics

Estimated delivery 3/7-3/15

Start Order
Contact Supplier
Add to cart

DD Bunny (Shenzhen) Trading Co...
CN 1 YR
Response Time ≤10h
On-time delivery r... 100.0%

Chat Now
Browsing History

Product Details | Company Profile

Report Suspicious Activity

Product Description · Specification · Packing & Delivery · Company Profile · FAQ

## Overview

Messenger TOP

Exhibit 1
Doe #15
Trademark(s) The Gentle Groomer: Listing Description, Physical Product
Copyright(s) SH-2, SH-3, SH-8: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 16

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Hangzhou Dolle Tech Co., Ltd.

**SELLER ID:** dolletach



Horse Grooming Kit For Horse Si × +

2022-08-25

https://www.alibaba.com/product-detail/_1600595123755.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home > All Industries > Home & Garden > Pet Products > Pet Cleaning & Grooming Products > Pet Cleaning & Bathing | Subscribe to Trade Alert

Add to Compare | Share

## Horse Grooming kit for Horse Silicone Massage Brush Pet Hair Cleaning Brush Tool

| 2 - 499 pieces | 500 - 9999 pieces | >=10000 pieces |
|---|---|---|
| $2.91 | $2.54 | $2.14 |

Benefits: Silver US $500 coupons View more >

Color

Samples: $2.91 | (Min. Order) 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 50 | 51 - 1000 | >1000 |
|---|---|---|---|
| Est. Time(days) | 7 | 10 | To be negotiated |

Customization: Customized logo(Min. Order: 1000 pieces)
Customized packaging(Min. Order: 500 pieces)

Shipping: Support Express · Sea freight · Land freight · Air freight

Alibaba.com Freight | Compare Rates | Learn more

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Call us

Chat Now

Verified supplier

Hangzhou Dolle Tech Co., Ltd.
Multispecialty supplier
CN 3 YRS

| Store score | On-time delivery rate |
|---|---|
| 4.9/5 | 88.5% |
| Response time | Transactions |
| ≤2h | $20,000+ |
| Main markets | Customers served |
| North America,... | 1 |

Services

Centralized Procurement Available

Full Customization

Certificates

Certificates

Contact Supplier | Chat Now | Browsing History | Messenger | TOP

Exhibit 1
Doe #16
Copyright(s) SH-2: Listing Image

**DOE NUMBER:** 17

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Henan Feeker Import And Export Co., Ltd.

**SELLER ID:** feekerholding



High Quality 6-in-1 Shedding G... × +
2022-08-01
https://www.alibaba.com/product-detail/_1600503698605.html

Alibaba.com
What are you looking for...
Search
My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products

View larger image

Add to Compare   Share

**High Quality 6-in-1 Shedding Grooming Massage Brush Horses Grooming Brush Massage Comb**

| 10 - 99 pieces | 100 - 999 pieces | >=1000 pieces |
|---|---|---|
| $2.95 | $2.75 | $2.45 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

Lead Time:

| Quantity(pieces) | 1 - 500 | >500 |
|---|---|---|
| Est. Time(days) | 10 | To be negotiated |

Shipping: Support Express · Sea freight · Land freight · Air freight

Alibaba.com Freight | Compare Rates | Learn more

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Henan Feeker Import And Export Co., Ltd.
Manufacturer,Trading Company
CN 5 YRS

| Response Time | On-time delivery rate |
|---|---|
| ≤9h | 75.0% |

Contact Supplier
Chat Now
Browsing History

Product Details | Company Profile | Report Suspicious Activity | Messenger | TOP

Exhibit 1
Doe #17
Copyright(s) SH-2, SH-36: Listing Image
Design Patent Used



6 In 1 Horses Hair Removal Mass × | 2022-08-01

https://www.alibaba.com/product-detail/_1600503741433.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages 65 | Orders 18 | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

| 10 - 99 pieces | 100 - 999 pieces | >=1000 pieces |
|---|---|---|
| $2.95 | $2.75 | $2.45 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color:

| Color | Price | Quantity |
|---|---|---|
| Blue | $2.95 | 0 |
| Black | $2.95 | 0 |
| Red | $2.95 | 0 |

Lead Time:

| Quantity(pieces) | 1 - 500 | >500 |
|---|---|---|
| Est. Time(days) | 10 | To be negotiated |

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

The minimum order quantity is 10 pieces

0/10 pieces from $29.50

Processing Time 10 days

Shipping from $43.00

Seller's Shipping Method 1 Change

Estimated delivery8/22-8/25

Start Order

Contact Supplier

Add to cart

Henan Feeker Import And Export Co., Ltd.

Manufacturer,Trading Company

CN 5YRS

Response Time ≤9h

On-time delivery rate 75.0%

Chat Now

Browsing History

Messenger 65

TOP

Exhibit 1
Doe #17
Copyright(s) SH-2, SH-36: Listing Image
Design Patent Used



6in1 Horse Brush Removal Hair N... × +

2022-10-11

https://www.alibaba.com/product-detail/_1600503752301.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

| 10 - 99 pieces | 100 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $2.95 | $2.75 | $2.45 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

| | | |
|---|---|---|
| Blue | $2.95 | 0 |
| Black | $2.95 | 0 |
| Red | $2.95 | 0 |

Lead time:

| Quantity(pieces) | 1 - 500 | > 500 |
|---|---|---|
| Lead time (days) | 10 | To be negotiated |

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

The minimum order quantity is 10 piece

0/10 piece from $29.50

Lead time 10 days

Shipping from $43.00

Seller's Shipping Method 1 Change

Estimated delivery 11/1-11/3

Start order

Contact supplier

Add to cart

Henan Feeker Import And Export Co...

Manufacturer,Trading Company

CN 5YR

Response Time ≤10h

On-time delivery r... 92.9%

Product details | Company profile

Report Suspicious Activity!

Messenger 122

Exhibit 1
Doe #17
Copyright(s) SH-2, SH-36: Listing Image
Design Patent Used



Horses Dog Grooming Brush Pet ×

2022-10-01

https://www.alibaba.com/product-detail/_1600503803035.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Horses Dog Grooming Brush Pet Hair Cleaning Tool Horse Hair Shedding Tool Horses Grooming Brush

| 10 - 99 pieces | 100 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $2.95 | $2.75 | $2.45 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

| | | | |
|---|---|---|---|
| Blue | $2.95 | 0 | + |
| Black | $2.95 | 0 | + |
| Red | $2.95 | 0 | + |

Lead time

| Quantity(pieces) | 1 - 500 | > 500 |
|---|---|---|
| Lead time (days) | 10 | To be negotiated |

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

The minimum order quantity is 10 piece

0/10 piece from $29.50

Lead time 10 days

Shipping from $43.00

Seller's Shipping Method 1 Change

Estimated delivery 10/20-10/24

Start order

Contact supplier

Add to cart

Henan Feeker Import And Export Co...

Manufacturer,Trading Company

CN 5YR

Response Time ≤9h | On-time delivery r... 86.7%

Product details | Company profile | Report Suspicious Activity | Messenger

Exhibit 1
Doe #17
Copyright(s) SH-2, SH-36: Listing Image
Design Patent Used

**DOE NUMBER:** 18

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Wenzhou Fa Bric Sports Company Limited

**SELLER ID:** frankfabric



Exhibit 1
Doe #18
Trademark(s) Striphair,  The Gentle Groomer: Listing Image
Copyright(s) SH-1,  SH-2,  SH-4,  SH-6,  SH-8,  SH-9: Listing Image
Design Patent Used



Premium Groomer Horses Dogs ×

2022-03-17

alibaba.com/product-detail/_1600378014220.html

MARCH EXPO Get shipping discounts, free samples, and more from trusted suppliers Explore now

Alibaba.com Products What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Premium Groomer Horses Dogs brushes 6-in-1 Shedding Grooming Massage

5.00 1 Reviews 9 buyers

| 1 - 49 Bags | 50 - 99 Bags | 100 - 499 Bags | >=500 Bags |
|---|---|---|---|
| $3.00 | $2.90 | $2.75 | $2.50 |

Color:

| | | | |
|---|---|---|---|
| | | $3.00 | 0 |
| | Black | $3.00 | 0 |
| | | $3.00 | 0 |

Lead Time:

| Quantity(Bags) | 1 - 100 | >100 |
|---|---|---|
| Est. Time(days) | 7 | To be negotiated |

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Delivery Guarantee | Refund Policy

The minimum order quantity is 1 Bags

0/1 Bags from $3.00

Processing Time 7 days

Shipping from $9.46

Economy Parcels Change

Alibaba.com Logistics

Guaranteed delivery By 4/18

Start Order

Contact Supplier

Add to cart

Wenzhou Fa Bric Trade Co., Ltd.

Trading Company

CN 1YR

Response Time ≤2h | On-time delivery r... 100.0%

23 Transactions 2,000+

Chat Now | Browsing History | Messenger | TOP

Exhibit 1
Doe #18
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-2, SH-36, SH-4, SH-8, SH-9: Listing Image
Design Patent Used



Bsci Factory Oem Pet Groomer H ×  +

2022-03-17

alibaba.com/product-detail/_1600451450412.html

MARCH EXPO · Get shipping discounts, free samples, and more from trusted suppliers  Explore now

Alibaba.com   Products ⌄  What are you looking for...  Search   My Alibaba   Messages   Orders   Cart

Categories ⌄ | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central ⌄ | Sell on Alibaba ⌄ | Help ⌄ | Get the App | English - USD ⌄ | Ship to: ⌄

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products  Subscribe to Trade Alert

View larger image

Share

Ready to Ship  In Stock  Fast Dispatch

BSCI factory OEM pet Groomer Horses Dogs brushes 6-in-1 Shedding Grooming Massage

**$2.50**/ Bag 2 Bags(Min. Order)

Limited-time March Expo benefits
- Up to US $20 off shipping
- Get $5 off every $200 spent with PayPal

Color:

| | | |
|---|---|---|
| | $2.50 | – 0 + |
| | $2.50 | – 0 + |
| | $2.50 | – 0 + |

Lead Time:

| Quantity(Bags) | 1 - 100 | >100 |
|---|---|---|
| Est. Time(days) | 7 | To be negotiated |

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee  Refund Policy

The minimum order quantity is 2 Bags
0/2 Bags from $5.00
Processing Time 7 days
Shipping from $15.99
Economy Parcels Change
Alibaba.com Logistics
Guaranteed delivery By 4/18

Start Order
Contact Supplier
Add to cart

**Wenzhou Fa Bric Trade Co., Ltd.**
Trading Company
CN 1YR
Response Time ≤2h
On-time delivery r... 100.0%
23 Transactions 2,000+

Chat Now
Browsing History
Messenger 24
TOP

Exhibit 1
Doe #18
Copyright(s) SH-9: Listing Image
Design Patent Used



Premium Custom Logo Dog Hor... 2022-07-15

https://www.alibaba.com/product-detail/_1600470814504.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products Subscribe to Trade Alert

View larger image

Share

Ready to Ship In Stock Fast Dispatch

Premium custom logo dog Horse Brush Original Pet Massage Grooming Brush

1 buyer

$1.85 / bag 1 bags(Min. Order)

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

| | | |
|---|---|---|
| Blue | $1.85 | 0 |
| Black | $1.85 | 0 |
| Red | $1.85 | 0 |

Lead Time:

| Quantity(bags) | 1 - 100 | > 100 |
|---|---|---|
| Est. Time(days) | 7 | To Be Negotiated |

Customization:

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Delivery Guarantee

Refund Policy

The minimum order quantity is 1 bag

0/1 bag from $1.85

Processing Time 7 days

Shipping from $8.56

Parcels (Standard) Change

Alibaba.com Logistics

Guaranteed delivery By 8/16 (Compensation for delayed delivery)

Start Order

Contact Supplier

Add to cart

Wenzhou Fa Bric Trade Co., Ltd.

Trading Company

CN 1YR

Response Time ≤2h

On-time delivery r... 95.7%

51 Transactions 10,000+

Chat Now

Browsing History

You may also like

Messenger TOP

Exhibit 1
Doe #18
Copyright(s) SH-1, SH-4, SH-9: Listing Image
Design Patent Used



Wholesale Factory Oem Custom 2022-11-04

https://www.alibaba.com/product-detail/_1600647661627.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Add to Compare Share

**wholesale factory OEM custom logo pet Groomer Horses Dogs brushes Shedding Grooming Massage**

| 1 - 49 bags | 50 - 99 bags | 100 - 499 bags | >= 500 bags |
|---|---|---|---|
| $2.00 | $1.80 | $1.50 | $1.20 |

Mastercard OFFER Save up to US $30 on your first Mastercard purchase

Benefits: silver Quick refunds on orders under US $1,000 View more

Color View all 6 options

Lead time:

| Quantity(bags) | 1 - 100 | > 100 |
|---|---|---|
| Lead time (days) | 7 | To be negotiated |

Shipping: Express Ocean freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact supplier

Chat now

Wenzhou Fa Bric Sports Company L...

Trading Company

CN 2YR

Response Time ≤5h

On-time delivery r... 100.0%

43 Transactions 7,000+

Contact supplier Chat now Browsing History

Waiting for onetalk.alibaba.com... rtant to us! Messenger 139 TOP

Exhibit 1
Doe #18
Copyright(s) SH-22, SH-3, SH-Video 1: Listing Image
Design Patent Used



Bsci Factory Oem Custom Logo 2022-11-21

https://www.alibaba.com/product-detail/_1600667031758.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship In Stock Fast Dispatch

BSCI factory OEM custom logo 6 in 1 pet Groomer Horses Dogs brushes Shedding Grooming Massage

| 1 - 49 bags | 50 - 99 bags | 100 - 499 bags | >= 500 bags |
|---|---|---|---|
| $2.00 | $1.80 | $1.50 | $1.20 |

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color:

| | | |
|---|---|---|
| Blue without hole | $2.00 | 0 |
| Black without hole | $2.00 | 0 |
| Red without hole | $2.00 | 0 |

View all 6 options

Lead time:

| Quantity (bags) | 1 - 500 | > 500 |
|---|---|---|
| Lead time (days) | 7 | To be negotiated |

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Delivery Guarantee

Refund Policy

The minimum order quantity is 1 bag

0/1 bag from $2.00

Lead time 7 days

Shipping from $7.15

Parcels (Standard) Change

Alibaba.com Logistics

Guaranteed delivery By Dec 20 (Compensation for delayed delivery)

Start order

Contact supplier

Add to cart

Wenzhou Fa Bric Sports Company L...

Trading Company

CN 2YR

Response Time ≤5h

On-time delivery r... 100.0%

44 Transactions 7,000+

Messenger 153

Exhibit 1
Doe #18
Copyright(s) SH-22, SH-3, SH-Video 1: Listing Image
Design Patent Used

**DOE NUMBER:** 19

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Fuzhou Tuyun Trading Co., Ltd.

**SELLER ID:** fuzhoufuyun



Pet Supplies Grooming Brush Ca | 2022-08-25

https://www.alibaba.com/product-detail/_1600544830343.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home > All Industries > Home & Garden > Pet Products > Pet Cleaning & Grooming Products > Pet Cleaning & Bathing | Subscribe to Trade Alert

View larger image

Add to Compare | Share

**Pet Supplies Grooming Brush Cat and Dog Massage Brush Horse Brush Universal for People and Pets**

>=100 bags

**$2.47**

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

size 20.5*1.6*5cm

Lead Time:

| Quantity(bags) | 1 - 100 | >100 |
|---|---|---|
| Est. Time(days) | 8 | To be negotiated |

Shipping: Support Express · Sea freight · Land freight · Air freight

Alibaba.com Freight | Compare Rates | Learn more

Protection: Trade Assurance Protects your Alibaba.com orders

Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Fuzhou Tuyun Trading Co., Ltd.
Trading Company
CN 1 YR

Response Time ≤4h | On-time delivery rate 100.0%

Contact Supplier | Chat Now | Browsing History

**You may also like**

Messenger 78 | TOP

Exhibit 1
Doe #19
Copyright(s) SH-23, SH-3, SH-6: Listing Image



Pet Cleaning Supplies Beauty Bru × +

2022-08-26

https://www.alibaba.com/product-detail/_1600549682412.html

Alibaba.com What are you looking for... Search

My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home > All Industries > Home & Garden > Pet Products > Pet Cleaning & Grooming Products > Pet Cleaning & Bathing | Subscribe to Trade Alert

View larger image

Add to Compare Share

Pet Cleaning Supplies Beauty Brush Cat and Dog Massage Brush Horse Brush Universal for People and Pets

>=100 bags

**$2.47**

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

size 20.5*1.6*5cm

Lead Time:

| Quantity(bags) | 1 - 100 | >100 |
|---|---|---|
| Est. Time(days) | 8 | To be negotiated |

Shipping: Support Express · Sea freight · Land freight · Air freight

Alibaba.com Freight | Compare Rates | Learn more

Protection: Trade Assurance Protects your Alibaba.com orders

Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Fuzhou Tuyun Trading Co., Ltd.
Trading Company
CN 1 YR

| Response Time | On-time delivery rate |
|---|---|
| ≤4h | 100.0% |

Contact Supplier | Chat Now | Browsing History

**You may also like**

Messenger TOP

Exhibit 1
Doe #19
Copyright(s) SH-23, SH-3, SH-6: Listing Image

**DOE NUMBER:** 20

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Wenzhou Gangtong Stationery&Crafts Co., Ltd.

**SELLER ID:** gtcrafts



Customized Logo Pet Groomer H × 2022-08-01

https://www.alibaba.com/product-detail/_1600499420128.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

## Customized logo pet Groomer Horses Dogs brushes 6-in-1 Shedding Grooming Massage

| 2 - 49 pieces | 50 - 99 pieces | 100 - 499 pieces | >=500 pieces |
|---|---|---|---|
| $2.50 | $2.00 | $1.65 | $1.50 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color:

| | | |
|---|---|---|
| Blue | $2.50 | 0 |
| Black | $2.50 | 0 |
| Red | $2.50 | 0 |

Lead Time:

| Quantity(pieces) | 1 - 100 | >100 |
|---|---|---|
| Est. Time(days) | 15 | To be negotiated |

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Delivery Guarantee

Refund Policy

The minimum order quantity is 2 pieces

0/2 pieces from $5.00

Processing Time 15 days

Shipping from $15.51

Parcels (Standard) Change

Alibaba.com Logistics

Guaranteed delivery By 9/9 (Compensation for delayed delivery)

Start Order

Contact Supplier

Call us

Add to cart

Wenzhou Gangtong Stationery&Crafts ...

Manufacturer,Trading Company

CN 4 YRS

Response Time ≤8h | On-time delivery rate 85.7%

Chat Now | Browsing History | Messenger 65 | TOP

Exhibit 1
Doe #20
Copyright(s) SH-1, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 21

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Guigang Younger Craftwork Co., Ltd.

**SELLER ID:** gyounger



6 In 1 Horse Shaving Board Hors ✕ +

2022-08-17

https://www.alibaba.com/product-detail/_1600523930131.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship Personal Protective E... Trade Shows Buyer Central Sell on Alibaba Help Get the App English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products

View larger image

Share

Ready to Ship In Stock Fast Dispatch

**6 in 1 horse shaving board horse multi-function board brush dog and horse cleaning massage tool**

1 buyer

| 2 - 99 pieces | 100 - 999 pieces | >=1000 pieces |
|---|---|---|
| $1.50 | $1.43 | $1.36 |
| ~~$2.14~~ | ~~$2.05~~ | ~~$1.95~~ |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

30% OFF Discount ends in 14d:13h:12m:09s

| Color : | | | |
|---|---|---|---|
| | Blue | $1.50 | 0 |
| | Black | $1.50 | 2 |
| | Red | $1.50 | 0 |

2 pieces Details $3.00

Processing Time 10 days

Shipping $15.35

Parcels (Standard) Change

Alibaba.com Logistics

**Total $18.35**

Guaranteed delivery By 9/21

(Compensation for delayed delivery)

Start Order

Contact Supplier

Add to cart

Guigang Younger Craftwork Co., Ltd.

Manufacturer,Trading Company

CN 1 YR

Response Time ≤4h

On-time delivery rate 92.9%

Chat Now

Browsing History

Product Details Company Profile Report Suspicious Activity

Product Details Company Profile Sample Display Production Process Exhibition FAQ

Messenger TOP

Exhibit 1
Doe #21
Trademark(s) Striphair: Listing Description
Copyright(s) SH-2, SH-9: Listing Image
Design Patent Used



Wholesale Wood Shaving Mill Bo × +

2022-08-25

https://www.alibaba.com/product-detail/_1600596266446.html

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

## Wholesale Wood Shaving Mill Board Wood Shaving For Horse Bed

| 2 - 99 pieces | 100 - 999 pieces | >=1000 pieces |
|---|---|---|
| $2.14 | $2.05 | $1.95 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color:

| Color | Price | Quantity |
|---|---|---|
| Blue | $2.14 | 0 |
| Black | $2.14 | 0 |
| Red | $2.14 | 0 |

Samples: $1.75 | (Min. Order) 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 100 | 101 - 500 | >500 |
|---|---|---|---|
| Est. Time(days) | 10 | 15 | To be negotiated |

Customization: Customized logo(Min. Order: 100 pieces)
Customized packaging(Min. Order: 100 pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee
Refund Policy

The minimum order quantity is 2 pieces
0/2 pieces from $4.28
Processing Time 10 days

Shipping from $15.16
Parcels (Standard) Change
Alibaba.com Logistics

Guaranteed delivery By 9/29
(Compensation for delayed delivery)

Start Order
Contact Supplier
Add to cart

Guigang Younger Craftwork Co., Ltd.
Manufacturer,Trading Company
CN 1YR

Response Time ≤3h
On-time delivery rate 95.0%

Chat Now
Browsing History
Messenger 78
TOP

Exhibit 1
Doe #21
Copyright(s) SH-2, SH-9: Listing Image
Design Patent Used



Horse Bedding Making Wood Pi 2022-08-26

https://www.alibaba.com/product-detail/_1600596310177.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Horse Bedding Making Wood Pine Shaving Shaving Making Horse Machine Price For Sale

| 2 - 99 pieces | 100 - 999 pieces | >=1000 pieces |
|---|---|---|
| $2.14 | $2.05 | $1.95 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color:

| Color | Price | Qty |
|---|---|---|
| Blue | $2.14 | 0 |
| Black | $2.14 | 0 |
| Red | $2.14 | 0 |

Samples: $1.75 | (Min. Order) 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 100 | 101 - 500 | >500 |
|---|---|---|---|
| Est. Time(days) | 10 | 15 | To be negotiated |

Customization: Customized logo(Min. Order: 100 pieces)
Customized packaging(Min. Order: 100 pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders

The minimum order quantity is 2 pieces
0/2 pieces from $4.28
Processing Time 10 days

Shipping from $15.16
Parcels (Standard) Change
Alibaba.com Logistics

Guaranteed delivery By 9/29
(Compensation for delayed delivery)

Start Order
Contact Supplier
Add to cart

Guigang Younger Craftwork Co., Ltd.
Manufacturer,Trading Company
CN 1 YR

Response Time ≤3h
On-time delivery rate 95.0%

Chat Now
Browsing History
Messenger 78
TOP

Exhibit 1
Doe #21
Copyright(s) SH-2, SH-9: Listing Image
Design Patent Used



Cheap Price Board Shaving Mill

2022-08-26

https://www.alibaba.com/product-detail/_1600596326101.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products | Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

## Cheap Price Board Shaving Mill Wood Pellet For Horse Bedding

| 2 - 99 pieces | 100 - 999 pieces | >=1000 pieces |
|---|---|---|
| $2.14 | $2.05 | $1.95 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color:

| | | |
|---|---|---|
| Blue | $2.14 | 0 |
| Black | $2.14 | 0 |
| Red | $2.14 | 0 |

Samples: $1.75 | (Min. Order) 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 100 | 101 - 500 | >500 |
|---|---|---|---|
| Est. Time(days) | 10 | 15 | To be negotiated |

Customization: Customized logo(Min. Order: 100 pieces)
Customized packaging(Min. Order: 100 pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Delivery Guarantee

The minimum order quantity is 2 pieces
0/2 pieces from $4.28
Processing Time 10 days

Shipping from $15.16
Parcels (Standard) Change
Alibaba.com Logistics

Guaranteed delivery By 9/29
(Compensation for delayed delivery)

Start Order
Contact Supplier
Add to cart

Guigang Younger Craftwork Co., Ltd.
Manufacturer,Trading Company
CN 1YR

Response Time ≤3h | On-time delivery rate 95.0%

Chat Now | Browsing History | Messenger | TOP

Exhibit 1
Doe #21
Copyright(s) SH-2, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 22

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Helloworld (Guangzhou) Import & Export Co., Ltd.

**SELLER ID:** helloworld



Pet Supplies 6 In 1 Dogs Hair Re ×
2022-10-10
https://www.alibaba.com/product-detail/_1600609359717.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Other Horse Products Subscribe to Trade Alert

View larger image

Add to Compare Share

Pet Supplies 6 In 1 Dogs Hair Removal Washing Massage Horse Hair Brush Grooming Shedding Humuling Cleaning Tools For Horses

FOB Reference Price: Get Latest Price

**$0.38 - $1.09** / piece | 100 piece/pieces (Min. Order)

Benefits: Quick refunds on orders under US $1,000 Claim now ›

Color

Lead Time:

| Quantity(pieces) | 1 - 100 | 101 - 1000 | > 1000 |
|---|---|---|---|
| Est. Time(days) | 7 | 15 | To Be Negotiated |

Shipping: Express Sea freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact supplier

Chat Now

Helloworld (Guangzhou) Import & E...
Manufacturer,Trading Company
CN 2YR
Response Time ≤4h
On-time delivery r... 100.0%
221 Transactions 50,000+

Product details | Company profile | Report abuse | Messenger

Exhibit 1
Doe #22
Copyright(s) SH-2, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 23

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** FUZHOU HIPPIH TECHNOLOGY CO.,LTD

**SELLER ID:** hippiy01



Oem Productos Para Mascotas D ×

2022-07-16

https://www.alibaba.com/product-detail/_1600405433336.html

Alibaba.com

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help

Get the App | English - USD | Ship to:

Home / All Industries / Home & Garden / Pet Products / Pet Cleaning & Grooming Products / Pet Cleaning & Bathing | Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

OEM Productos Para Mascotas Dogs TPR Horses Brush Shedding Tool Kit 6-in-1 Shedding Grooming Massage Original For Horses Brush

**$0.55 - $0.89** / piece | 3 piece/pieces (Min. Order)

Benefits: Quick refunds on orders under US $1,000 View more

Color

size 22*5*2.4cm $0.89 0

Samples: , 22*5*2.4cm

**$5.00/piece** | Min. Order : 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 2 | 3 - 3 | > 3 |
|---|---|---|---|
| Est. Time(days) | 7 | 15 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 pieces)
Graphic customization (Min. Order 500 pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee
Refund Policy

The minimum order quantity is 3 piece
0/3 piece from **$1.65**
Processing Time **15** days

Shipping from **$17.03**
Seller's Shipping Method 1 Change

Estimated delivery**8/10-8/19**

Start Order

Contact Supplier

Call us

Add to cart

**Verified supplier**
FUZHOU HIPPIH TECHNOLOGY CO....
Trading Company
CN 1YR

| Response Time | On-time delivery r... |
|---|---|
| **≤1h** | **100.0%** |
| FloorSpace(m²) | QA/QC inspectors |
| **1700** | **5-10** |
| R&D employees | Total Staff |
| **11-20** | **51-100** |

Consolidation Service
Customization From Samples

Chat Now
Browsing History
Messenger
TOP

Exhibit 1
Doe #23
Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-3: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 24

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Shenzhen Hiyooo E-Commerce Co., Ltd.

**SELLER ID:** hiyooopet



Factory Wholesale Custom Logo × +

2022-03-17

alibaba.com/product-detail/_1600369315892.html

MARCH EXPO Get shipping discounts, free samples, and more from trusted suppliers Explore now

Alibaba.com | Products | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Home & Garden > Pet Products > Pet Cleaning & Grooming Products > Pet Waste Disposal | Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Factory Wholesale Custom Logo Pet Spa bath brush Horse Care Products Horse Grooming Brush

3 buyers

| 50 - 299 Pieces | 300 - 4999 Pieces | >=5000 Pieces |
|---|---|---|
| $3.69 | $3.49 | $3.18 |

Sign in for March Expo benefits
- Up to US $20 off shipping
- Get $5 off every $200 spent with PayPal

Color :

size : 222*52*23mm $3.69 – 0 +

Lead Time:

| Quantity(Pieces) | 1 - 1000 | 1001 - 5000 | >5000 |
|---|---|---|---|
| Est. Time(days) | 7 | 15 | To be negotiated |

Customization: Customized logo(Min. Order: 500 Pieces)
Customized packaging(Min. Order: 500 Pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders

The minimum order quantity is 50 Pieces
0/50 Pieces from $184.50
Processing Time 7 days

Shipping from $63.26
(Duty Incl.)
Ocean+Express (US) Change

Estimated delivery 4/21-5/12

Start Order

Contact Supplier

Add to cart

Shenzhen Hiyooo E-Commerce C...

CN 1 YR

Response Time ≤3h | On-time delivery r... 88.2%

18 Transactions 9,000+

Chat Now | Browsing History | Messenger | TOP

Exhibit 1
Doe #24
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



Exhibit 1
Doe #24
Trademark(s) StripHair, The Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-2,  SH-3,  SH-8,  SH-Video 1: Listing Image
Design Patent Used



Silicone Bath Massage Dual-purp ×

2022-03-17

alibaba.com/product-detail/_1600454180371.html

Product Details | Company Profile

Report Suspicious Activity

Product Description | Company Profile | Certifications | Recommend Products | FAQ

Silicone Bath massage dual-purpose pet hair brush for horse groomi...

The minimum order quantity is 50 Pieces

0/50 Pieces from $149.50

Processing Time 7 days

Shipping from $63.26

(Duty Incl.)

Ocean+Express (US) Change

Estimated delivery 4/21-5/12

Start Order

Contact Supplier

Add to cart

Trade Assurance

**Shop with confidence**

Protects Your Alibaba.com Orders

Shenzhen Hiyooo E-Commerce C...

CN 1YR

| Response Time | On-time delivery r... |
|---|---|
| ≤3h | 88.2% |
| 18 Transactions | |
| 9,000+ | |

Chat Now

Browsing History

Messenger

TOP

Exhibit 1
Doe #24
Trademark(s) Striphair, The Gentle Groomer: Listing Image, Listing Description
Copyright(s) SH-2, SH-3, SH-8: Listing Image
Design Patent Used



Factory Wholesale Custom Logo × +

2022-03-17

alibaba.com/product-detail/_1600461093208.html

MARCH EXPO Get shipping discounts, free samples, and more from trusted suppliers Explore now

Alibaba.com Products ⌄ What are you looking for... Search

My Alibaba Messages 24 Orders Cart

Categories ⌄ | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central ⌄ | Sell on Alibaba ⌄ | Help ⌄ | Get the App | English - USD ⌄ | Ship to: ⌄

Home > All Industries > Home & Garden > Pet Products > Pet Cleaning & Grooming Products > Pet Waste Disposal Subscribe to Trade Alert

View larger image

Share

Ready to Ship In Stock Fast Dispatch

Factory Wholesale Custom Logo Pet Spa bath brush Horse Care Products Horse Grooming Brush

| 50 - 299 Pieces | 300 - 4999 Pieces | >=5000 Pieces |
|---|---|---|
| $3.69 | $3.49 | $3.18 |

Sign in for March Expo benefits
- Up to US $20 off shipping
- Get $5 off every $200 spent with PayPal

Color :

size : 222*52*23mm $3.69 0

Lead Time:

| Quantity(Pieces) | 1 - 1000 | 1001 - 5000 | >5000 |
|---|---|---|---|
| Est. Time(days) | 7 | 15 | To be negotiated |

Customization: Customized logo(Min. Order: 500 Pieces)
Customized packaging(Min. Order: 500 Pieces)
More ⌄

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee Refund Policy

The minimum order quantity is 50 Pieces
0/50 Pieces from $184.50
Processing Time 7 days

Shipping from $63.26
(Duty Incl.)
Ocean+Express (US) Change

Estimated delivery 4/21-5/12

Start Order

Contact Supplier

Add to cart

Shenzhen Hiyooo E-Commerce C...
CN 1 YR

Response Time ≤3h
On-time delivery r... 88.2%
18 Transactions 9,000+

Chat Now
Browsing History
Messenger
TOP

Exhibit 1
Doe #24
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



Multi-functional Hair Removal B‹ ×

2022-07-15

https://www.alibaba.com/product-detail/_1600473035670.html

Product Details | Company Profile

Report Suspicious Activity

Product Description | Company Profile | Certifications | Recommend Products | FAQ

The minimum order quantity is 50 piece

0/50 piece from $184.50

Processing Time 7 days

Shipping from $58.57 (Duty Incl)

Ocean+Express US (Standard) Change

Alibaba.com Logistics

Estimated delivery8/19-9/13

Start Order

Contact Supplier

Add to cart

Shenzhen Hiyooo E-Commerce Co.,...

Manufacturer,Trading Company

CN 1YR

Response Time ≤3h | On-time delivery r... 90.0%

50 Transactions 20,000+

Chat Now

Browsing History

Messenger

TOP

Exhibit 1
Doe #24
Trademark(s) StripHair, The Gentle Groomer: Listing Image, Listing Description
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8, SH-9: Listing Image
Design Patent Used



Factory Wholesale Custom Logo ×

2022-08-17

https://www.alibaba.com/product-detail/_1600473436183.html

Alibaba.com What are you looking for... Search

My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home / All Industries / Home & Garden / Pet Products / Pet Cleaning & Grooming Products / Pet Waste Disposal

View larger image

Add to Compare Share

**Factory Wholesale Custom Logo Pet Spa bath brush Horse Care Products Horse Grooming Brush** Popular

5.0 4 Reviews 2 buyers

| 50 - 299 pieces | 300 - 4999 pieces | >= 5000 pieces |
|---|---|---|
| $3.69 | $3.49 | $3.18 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

size 200*45.6*19.5mm

Samples: , 200*45.6*19.5mm

**$6.00/piece** | Min. order : 1 piece | Get samples

Lead time:

| Quantity(pieces) | 1 - 1000 | 1001 - 5000 | > 5000 |
|---|---|---|---|
| Est. time (days) | 7 | 15 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 500 pieces)
More

Shipping: Express • Sea freight • Land freight • Air freight

For product pricing, customization, or other inquiries:

Contact supplier

Chat now

**Shenzhen Hiyooo E-Commerce Co.,...**

Manufacturer,Trading Company

CN 1YR

Response Time ≤2h

On-time delivery r... 97.1%

57 Transactions 30,000+

Messenger 107

Exhibit 1
Doe #24
Copyright(s) SH-1, SH-2, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 25

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Henan Wetop Industrial Co., Ltd.

**SELLER ID:** hnwetop



Pet Cleaning Supplies Multi Func × +

2022-11-04

https://www.alibaba.com/product-detail/_1600498863062.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Add to Compare | Share

Pet Cleaning Supplies Multi Functional Horse Hair Removal Tool Beauty Shedding Grooming Massage Brush

FOB Reference Price: Get Latest Price

**$1.50 - $9.50** / piece | 100 piece/pieces (Min. order)

Mastercard OFFER Save up to US $30 on your first Mastercard purchase

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

Lead time:

| Quantity(pieces) | 1 - 100 | 101 - 500 | > 500 |
|---|---|---|---|
| Lead time (days) | 10 | 20 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 3000 pieces)
More

Shipping: Express • Ocean freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders
Refund Policy

For product pricing, customization, or other inquiries:

Contact supplier

Chat now

Verified supplier

Henan Wetop Industrial Co., Ltd.
Multispecialty supplier
CN 3 YRS

| Store rating | On-time delivery rate |
|---|---|
| 5.0/5 | 100.0% |
| Response time | Transactions |
| ≤9h | $10,000+ |
| Main markets | Collaborating suppl... |
| Eastern Europe,... | 2 |

Services
Minor Customization
Customization from Designs

Quality control
Test Machine (1)
Quality Assurance

Contact supplier | Chat now | Browsing History

Messenger | TOP

https://www.alibaba.com/product-detail/_1600498863062.html#

Exhibit 1
Doe #25
Copyright(s) SH-1, SH-2, SH-4, SH-6: Listing Image
Design Patent Used

**DOE NUMBER:** 26

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Yutian Futai International Trade Co., Ltd.

**SELLER ID:** husbandry-poutry



Horse Grooming Brush Pet Groo × +

2022-11-20

https://www.alibaba.com/product-detail/_1600520612118.html

Alibaba.com

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Add to Compare | Share

## Horse Grooming Brush Pet Grooming Brush

| 500 - 2999 pieces | 3000 - 7999 pieces | 8000 - 9999 pieces | >= 10000 pieces |
| --- | --- | --- | --- |
| $1.80 | $1.70 | $1.50 | $1.40 |

99% OFF Product value more than $8,000.00, Capped at $5... Get Coupon

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

Samples:

$2.00/piece | Min. order : 1 piece | Get samples

Lead time:

| Quantity (pieces) | 1 - 50000 | > 50000 |
| --- | --- | --- |
| Lead time (days) | 15 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 5000 pieces)
More

Shipping: Express Ocean freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact supplier

Call us

Chat now

Yutian Futai International Trade Co....
Trading Company
CN 7YR

Response Time ≤6h | On-time delivery r... 50.0%

25 Transactions 40,000+

Messenger 153

Exhibit 1
Doe #26
Copyright(s) SH-21, SH-4: Listing Image
Design Patent Used



Horse Shedding Grooming Mass × +  2022-10-01

https://www.alibaba.com/product-detail/_1600520623091.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home › All Industries › Sports & Entertainment › Outdoor Sports › Horse Racing › Horse Care Products

View larger image

Add to Compare  Share

# Horse Shedding Grooming Massage Brush Pet Grooming Brush

| 500 - 2999 pieces | 3000 - 7999 pieces | 8000 - 9999 pieces | >= 10000 pieces |
|---|---|---|---|
| $1.80 | $1.70 | $1.50 | $1.40 |

99% OFF Product value more than $8,000.00, Capped at $5... Get Coupon

Benefits: Silver Quick refunds on orders under US $1,000 View more ›

Color

Samples: $2.00/piece | Min. order : 1 piece | Get samples

Lead time:

| Quantity(pieces) | 1 - 50000 | > 50000 |
|---|---|---|
| Lead time (days) | 15 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 5000 pieces)
More

Shipping: Express  Sea freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Dispatch Guarantee
Refund Policy

For product pricing, customization, or other inquiries:

Contact supplier

Call us

Chat now

Yutian Futai International Trade Co....
Trading Company
CN 7YR

| Response Time | On-time delivery r... |
|---|---|
| ≤2h | 70.0% |

20 Transactions
20,000+

Messenger

Exhibit 1
Doe #26
Copyright(s) SH-21, SH-4: Listing Image
Design Patent Used

**DOE NUMBER:** 27

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Suzhou Hongxinyang Precision Machinery Co., Ltd.

**SELLER ID:** hxy-imilive



Custom Easy Use Plastic Good G × +

https://www.alibaba.com/product-detail/_1600660873678.html

2022-12-20

Alibaba.com What are you looking for... Search

My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Pet Supplies / Pet Products / Pet Cleaning & Grooming Products / Pet Grooming Products

View larger image

Add to Compare   Share

Custom Easy Use Plastic Good Grooming Deshedding Brushes for Horses

>= 100 pieces
$1.98

PayPal OFFER Save up to US $30 off with PayPal

Benefits: Contact suppliers for Payment Terms   View more ›

Color

Samples:

$5.00/piece | Min. order : 1 piece   Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | > 100 |
|---|---|---|
| Lead time (days) | 20 | To be negotiated |

Customization: Customized logo (Min. order 2000 pieces)
Customized packaging (Min. order 2000 pieces)

Shipping: Express   Ocean freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact supplier

Call us

Chat now

Suzhou Hongxinyang Precision Ma...
Manufacturer,Trading Company
CN 6YR

Response Time ≤3h   On-time delivery r... 100.0%

18 Transactions 30,000+

You may also like

Messenger 183

Exhibit 1
Doe #27
Copyright(s) SH-2: Listing Image
Design Patent Used



Custom Easy Use Plastic Good G × 2022-12-20

https://www.alibaba.com/product-detail/_1600660873678.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Pet Supplies / Pet Products / Pet Cleaning & Grooming Products / Pet Grooming Products

View larger image

Add to Compare  Share

# Custom Easy Use Plastic Good Grooming Deshedding Brushes for Horses

>= 100 pieces
$1.98

PayPal OFFER Save up to US $30 off with PayPal

Benefits: Contact suppliers for Payment Terms  View more

Color

Samples: $5.00/piece | Min. order : 1 piece  Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | > 100 |
|---|---|---|
| Lead time (days) | 20 | To be negotiated |

Customization: Customized logo (Min. order 2000 pieces)
Customized packaging (Min. order 2000 pieces)

Shipping: Express  Ocean freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Dispatch Guarantee
Refund Policy

For product pricing, customization, or other inquiries:

Contact supplier

Call us

Chat now

Suzhou Hongxinyang Precision Ma...
Manufacturer,Trading Company
CN 6YR

| Response Time | On-time delivery r... |
|---|---|
| ≤3h | 100.0% |

18 Transactions
30,000+

You may also like

Messenger

Exhibit 1
Doe #27
Copyright(s) SH-2: Listing Image
Design Patent Used



Manufacturers Grooming Hair Br × +
2022-12-20
https://www.alibaba.com/product-detail/_1600660915430.html

Alibaba.com What are you looking for... Search
My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All industries / Pet Supplies / Pet Products / Pet Cleaning & Grooming Products / Pet Grooming Products

View larger image

Add to Compare Share

Manufacturers Grooming Hair Body Care Shedding Cleaning Massage Horse Brush

>= 100 pieces
$1.98

PayPal OFFER Save up to US $30 off with PayPal

Benefits: Contact suppliers for Payment Terms View more

Color

Samples:
$5.00/piece | Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | > 100 |
|---|---|---|
| Lead time (days) | 20 | To be negotiated |

Customization: Customized logo (Min. order 2000 pieces)
Customized packaging (Min. order 2000 pieces)

Shipping: Express • Ocean freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Dispatch Guarantee
Refund Policy

For product pricing, customization, or other inquiries:
Contact supplier
Call us
Chat now

Suzhou Hongxinyang Precision Ma...
Manufacturer,Trading Company
CN 6YR
Response Time ≤3h
On-time delivery r... 100.0%
18 Transactions 30,000+

You may also like

Messenger

Exhibit 1
Doe #27
Copyright(s) SH-2: Listing Image
Design Patent Used



2022-12-20

Manufacturers Grooming Hair B

https://www.alibaba.com/product-detail/_1600660935430.html

Alibaba.com

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help

Get the app | English - USD | Ship to:

Home / All Industries / Pet Supplies / Pet Products / Pet Cleaning & Grooming Products / Pet Grooming Products

View larger image

Add to Compare   Share

## Manufacturers Grooming Hair Body Care Shedding Cleaning Massage Horse Brush

>= 100 pieces

$1.98

PayPal OFFER Save up to US $30 off with PayPal

Benefits: Contact suppliers for Payment Terms   View more

Color

Samples:

$5.00/piece | Min. order : 1 piece   Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | > 100 |
|---|---|---|
| Lead time (days) | 20 | To be negotiated |

Customization: Customized logo (Min. order 2000 pieces)
Customized packaging (Min. order 2000 pieces)

Shipping: Express   Ocean freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact supplier

Call us

Chat now

**Suzhou Hongxinyang Precision Ma...**

Manufacturer,Trading Company

CN 6YR

Response Time ≤3h | On-time delivery r... 100.0%

18 Transactions 30,000+

You may also like

Messenger 103

Exhibit 1
Doe #27
Copyright(s) SH-2: Listing Image
Design Patent Used

**DOE NUMBER:** 28

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Suzhou Hongxinyang Imp. & Exp. Co., Ltd.

**SELLER ID:** hxy-pet



Easy Use High Quality Cleaning · ✕ +

2022-12-20

https://www.alibaba.com/product-detail/_1600660933601.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages 99+ | Orders 19 | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Pet Supplies / Pet Products / Pet Cleaning & Grooming Products / Pet Waste Disposal

View larger image

Add to Compare | Share

# Easy Use High Quality Cleaning Tool Horse Hair Washing Brushes for Body

>= 100 pieces
$1.95

PayPal OFFER Save up to US $30 off with PayPal

Benefits: Contact suppliers for Payment Terms View more >

Color

Samples:

$5.00/piece | Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | > 100 |
|---|---|---|
| Lead time (days) | 20 | To be negotiated |

Customization: Customized logo (Min. order 2000 pieces)
Customized packaging (Min. order 2000 pieces)

Shipping: Express · Ocean freight · Land freight · Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact supplier

Chat now

Suzhou Hongxinyang Imp. & Exp. C...
Trading Company
CN 2YR

Response Time ≤5h | On-time delivery r... 100.0%

You may also like

Messenger 183

Exhibit 1
Doe #28
Copyright(s) SH-2: Listing Image
Design Patent Used



Easy Use High Quality Cleaning 2022-12-20

https://www.alibaba.com/product-detail/_1600660933601.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Pet Supplies / Pet Products / Pet Cleaning & Grooming Products / Pet Waste Disposal

View larger image

Add to Compare Share

# Easy Use High Quality Cleaning Tool Horse Hair Washing Brushes for Body

>= 100 pieces
$1.95

PayPal OFFER Save up to US $30 off with PayPal

Benefits: Contact suppliers for Payment Terms View more

Color

Samples:

$5.00/piece | Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | > 100 |
|---|---|---|
| Lead time (days) | 20 | To be negotiated |

Customization: Customized logo (Min. order 2000 pieces)
Customized packaging (Min. order 2000 pieces)

Shipping: Express • Ocean freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact supplier

Chat now

Suzhou Hongxinyang Imp. & Exp. C...
Trading Company
CN 2YR
Response Time ≤5h
On-time delivery r... 100.0%

You may also like

Messenger

Exhibit 1
Doe #28
Copyright(s) SH-2: Listing Image
Design Patent Used



Gentle Remove Hair Easy Use Cl × +

2022-11-21

https://www.alibaba.com/product-detail/_1600660919040.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Pet Supplies / Pet Products / Pet Cleaning & Grooming Products / Pet Waste Disposal

View larger image

Add to Compare   Share

**Gentle Remove Hair Easy Use Cleaning Tool Bath Grooming Horses Massage Brush**

>= 100 pieces
$1.95

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

Samples:

**$5.00/piece** | Min. order : 1 piece | Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | > 100 |
|---|---|---|
| Lead time (days) | 20 | To be negotiated |

Customization: Customized logo (Min. order 2000 pieces)
Customized packaging (Min. order 2000 pieces)

Shipping: Express Ocean freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Dispatch Guarantee
Refund Policy

For product pricing, customization, or other inquiries:

Contact supplier

Chat now

Suzhou Hongxinyang Imp. & Exp. C...
Trading Company
CN 2YR

| Response Time | On-time delivery r... |
|---|---|
| ≤2h | 100.0% |

Messenger 153

Exhibit 1
Doe #28
Copyright(s) SH-2, SH-Video 1: Listing Image
Design Patent Used



Gentle Remove Hair Easy Use Cl × +

2022-11-21

https://www.alibaba.com/product-detail/_1600660919040.html

Alibaba.com

What are you looking for... Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Pet Supplies / Pet Products / Pet Cleaning & Grooming Products / Pet Waste Disposal

View larger image

Add to Compare | Share

## Gentle Remove Hair Easy Use Cleaning Tool Bath Grooming Horses Massage Brush

>= 100 pieces
**$1.95**

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

Samples:

**$5.00/piece** | Min. order : 1 piece | Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | > 100 |
|---|---|---|
| Lead time (days) | 20 | To be negotiated |

Customization: Customized logo (Min. order 2000 pieces)
Customized packaging (Min. order 2000 pieces)

Shipping: Express Ocean freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact supplier

Chat now

**Suzhou Hongxinyang Imp. & Exp. C...**
Trading Company
CN 2YR

Response Time ≤2h | On-time delivery r... 100.0%

Messenger 153

Exhibit 1
Doe #28
Copyright(s) SH-2, SH-Video 1: Listing Image
Design Patent Used

**DOE NUMBER:** 29

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Hangzhou Gaoshengrui Technology Co., Ltd.

**SELLER ID:** hzgsr



Dropshipping 6in1 Horse Brushe × + 2022-11-20

https://www.alibaba.com/prod...ct-detail/_1600664670791.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Pet Supplies / Pet Products / Pet Cleaning & Grooming Products / Other Pet Cleaning & Grooming Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

**Dropshipping 6in1 Horse Brushes Removal Hair Massage Horse Mane Brush Sweat Cleaning Kit Scrubber Horse Grooming Brush**

$5.98 / piece 1 pieces(MOQ)
~~$6.64~~

Benefits: Silver Quick refunds on orders under US $1,000 View more >

10% OFF Discount ends in 72d:0h:49m:21s

Color

size 22*5*2.2cm $5.98 0 +

Samples: , 22*5*2.2cm
**$2.00/piece** | Min. order : 1 piece | Get samples

Lead time:

| Quantity (pieces) | 1 - 30 | > 30 |
|---|---|---|
| Lead time (days) | 7 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)
More

The minimum order quantity is 1 piece
0/1 piece from **$5.98**
Lead time **7 days**

Shipping from **$5.00**
Seller's Shipping Method 1 Change

Estimated delivery **12/2-12/13**

Start order
Contact supplier
Add to cart

**Hangzhou Gaoshengrui Technology...**
Trading Company
CN 2YR
Response Time ≤16h
On-time delivery r... 100.0%
1061 Transactions 480,000+

Messenger

Exhibit 1
Doe #29
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-Video 1: Listing Image
Design Patent Used



Dropshipping 6in1 Horse Brushe
2022-11-20
https://www.alibaba.com/product-detail/_1600664670791.html

Alibaba.com
What are you looking for...
Search
My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Pet Supplies / Pet Products / Pet Cleaning & Grooming Products / Other Pet Cleaning & Grooming Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

**Dropshipping 6in1 Horse Brushes Removal Hair Massage Horse Mane Brush Sweat Cleaning Kit Scrubber Horse Grooming Brush**

$5.98 / piece 1 pieces(MOQ)
~~$6.64~~

Benefits: silver Quick refunds on orders under US $1,000 View more >

10% OFF Discount ends in 72d:0h:49m:17s

Color

size 22*5*2.2cm $5.98 0

Samples: 22*5*2.2cm
$2.00/piece | Min. order : 1 piece | Get samples

Lead time:

| Quantity (pieces) | 1 - 30 | > 30 |
|---|---|---|
| Lead time (days) | 7 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)
More

The minimum order quantity is 1 piece
0/1 piece from $5.98
Lead time 7 days

Shipping from $5.00
Seller's Shipping Method 1 Change

Estimated delivery 12/2-12/13

Start order
Contact supplier
Add to cart

Hangzhou Gaoshengrui Technology...
Trading Company
CN 2YR
Response Time ≤16h
On-time delivery r... 100.0%
1061 Transactions 480,000+

Messenger 153

Exhibit 1
Doe #29
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-Video 1: Listing Image
Design Patent Used



Dropshipping 6in1 Horse Brush ×

https://www.alibaba.com/product-detail/_1600664670791.html

2022-11-20

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Pet Supplies / Pet Products / Pet Cleaning & Grooming Products / Other Pet Cleaning & Grooming Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

**Dropshipping 6in1 Horse Brushes Removal Hair Massage Horse Mane Brush Sweat Cleaning Kit Scrubber Horse Grooming Brush**

$5.98 / piece 1 pieces(MOQ)
~~$6.64~~

Benefits: Silver Quick refunds on orders under US $1,000 View more >

10% OFF Discount ends in 72d:0h:49m:4s

Color

size 22*5*2.2cm $5.98 0

Samples: , 22*5*2.2cm
$2.00/piece | Min. order : 1 piece | Get samples

Lead time:

| | | |
|---|---|---|
| Quantity (pieces) | 1 - 30 | > 30 |
| Lead time (days) | 7 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 1000 pieces)
More

The minimum order quantity is 1 piece
0/1 piece from $5.98
Lead time 7 days

Shipping from $5.00
Seller's Shipping Method 1 Change

Estimated delivery 12/2-12/13

Start order
Contact supplier
Add to cart

Hangzhou Gaoshengrui Technology...
Trading Company
CN 2YR
Response Time ≤16h
On-time delivery r... 100.0%
1061 Transactions 480,000+

Messenger 153

Exhibit 1
Doe #29
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-Video 1: Listing Image
Design Patent Used

**DOE NUMBER:** 30

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Suzhou Sunrise Technologies Ltd.

**SELLER ID:** icsunrise



Original Equipment Tool Small Tr ×   +   2022-08-26

https://www.alibaba.com/product-detail/_10000006278646.html

Alibaba.com   What are you looking for...   Search   My Alibaba   Messages   Orders   Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products

View larger image

Add to Compare   Share

## Original Equipment Tool Small Trimming Fine Cleaning Shaving Detail Body Horse Hair Brush

| 5 - 99 pieces | 100 - 999 pieces | >=1000 pieces |
|---|---|---|
| $4.20 | $4.00 | $3.80 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

Samples: $8.40 | (Min. Order) 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 5 | 6 - 100 | 101 - 1000 | >1000 |
|---|---|---|---|---|
| Est. Time(days) | 15 | 15 | 15 | To be negotiated |

Customization: Customized logo(Min. Order: 5000 pieces)
Customized packaging(Min. Order: 5000 pieces)
More

Shipping: Support Express · Sea freight · Land freight · Air freight

Alibaba.com Freight | Compare Rates | Learn more

Protection: Trade Assurance Protects your Alibaba.com orders

For product pricing, customization, or other inquiries:

Contact Supplier

Call us

Chat Now

Suzhou Sunrise Technologies Ltd.
Manufacturer,Trading Company
CN 6YRS

| Response Time | On-time delivery rate |
|---|---|
| ≤4h | 100.0% |
| 19 Transactions | |
| 20,000+ | |

Contact Supplier   Chat Now   Browsing History   TOP

Messenger 78

Exhibit 1
Doe #30
Trademark(s) The Gentle Groomer: Listing Image, Listing Description
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



Original Equipment Tool Small Tr × +
2022-08-26
https://www.alibaba.com/product-detail/_10000006278646.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship Personal Protective E... Trade Shows Buyer Central Sell on Alibaba.com Help Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products

View larger image

Add to Compare Share

Original Equipment Tool Small Trimming Fine Cleaning Shaving Detail Body Horse Hair Brush

| 5 - 99 pieces | 100 - 999 pieces | >=1000 pieces |
|---|---|---|
| $4.20 | $4.00 | $3.80 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

Samples: $8.40 | (Min. Order) 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 5 | 6 - 100 | 101 - 1000 | >1000 |
|---|---|---|---|---|
| Est. Time(days) | 15 | 15 | 15 | To be negotiated |

Customization: Customized logo(Min. Order: 5000 pieces)
Customized packaging(Min. Order: 5000 pieces)
More

Shipping: Support Express · Sea freight · Land freight · Air freight

Alibaba.com Freight | Compare Rates | Learn more

Protection: Trade Assurance Protects your Alibaba.com orders

For product pricing, customization, or other inquiries:

Contact Supplier

Call us

Chat Now

Suzhou Sunrise Technologies Ltd.
Manufacturer,Trading Company
CN 6YRS

| Response Time | On-time delivery rate |
|---|---|
| ≤4h | 100.0% |

19 Transactions
20,000+

Contact Supplier Chat Now Browsing History TOP

Messenger 78

Exhibit 1
Doe #30
Trademark(s) The Gentle Groomer: Listing Image, Listing Description
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



Exhibit 1
Doe #30
Trademark(s) The Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-2,  SH-8,  SH-9: Listing Image
Design Patent Used



Exhibit 1
Doe #30
Trademark(s) The Gentle Groomer: Listing Image, Listing Description
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



Exhibit 1
Doe #30
Trademark(s) The Gentle Groomer: Listing Image, Listing Description
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



Original Equipment Tool Small Tr × | 2022-08-07

https://www.alibaba.com/product-detail/_10000006323016.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Add to Compare | Share

Super Original Equipment Tool Small Trimming Fine Cleaning Shaving Detail Body Horse Hair Brush

| 5 - 99 pieces | 100 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.20 | $4.00 | $3.80 |

Benefits: Silver US $500 coupons View more ›

Color

Samples:

$9.00/piece | Min. Order : 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 5 | 6 - 100 | 101 - 1000 | > 1000 |
|---|---|---|---|---|
| Est. Time(days) | 15 | 15 | 15 | To Be Negotiated |

Customization: Customized logo (Min. Order 5000 pieces)
Customized packaging (Min. Order 5000 pieces)
More

Shipping: Express • Sea freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

**Verified supplier**

Suzhou Sunrise Technologies Ltd.

Multispecialty supplier

CN 12 YRS

| Store score | On-time delivery rate |
|---|---|
| 4.6/5 | 94.8% |
| Response time | Transactions |
| ≤2h | $470,000+ |
| Main markets | Customers served |
| North America,... | 1 |

Services

Centralized Procurement Available

Full Customization

Quality control

Raw-material trac

Messenger 102

Exhibit 1
Doe #30
Trademark(s) The Gentle Groomer: Listing Image, Listing Description
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



Original Equipment Tool Small Tr × 2022-08-07

https://www.alibaba.com/product-detail/_10000006323016.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories Ready to Ship Personal Protective E... Trade Shows Buyer Central Sell on Alibaba.com Help Get the App English - USD Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products

Super Original Equipment Tool Small Trimming Fine Cleaning Shaving Detail Body Horse Hair Brush

| 5 - 99 pieces | 100 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.20 | $4.00 | $3.80 |

View larger image

Add to Compare Share

Benefits: Silver US $500 coupons View more

Color

Samples: $9.00/piece Min. Order : 1 piece Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 5 | 6 - 100 | 101 - 1000 | > 1000 |
|---|---|---|---|---|
| Est. Time(days) | 15 | 15 | 15 | To Be Negotiated |

Customization: Customized logo (Min. Order 5000 pieces)
Customized packaging (Min. Order 5000 pieces)
More

Shipping: Express Sea freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Verified supplier

Suzhou Sunrise Technologies Ltd.

Multispecialty supplier

CN 12 YRS

Store score 4.6/5 On-time delivery rate 94.8%

Response time ≤2h Transactions $470,000+

Main markets North America,... Customers served 1

Services

Centralized Procurement Available

Full Customization

Quality control

Raw-material trac

Messenger 102

Exhibit 1
Doe #30
Trademark(s) The Gentle Groomer: Listing Image, Listing Description
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



Original Equipment Tool Small Tr × +

2022-08-07

https://www.alibaba.com/product-detail/_10000006323016.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages 99+ | Orders 11 | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Add to Compare | Share

Super Original Equipment Tool Small Trimming Fine Cleaning Shaving Detail Body Horse Hair Brush

| 5 - 99 pieces | 100 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.20 | $4.00 | $3.80 |

Benefits: Silver US $500 coupons View more >

Color

Samples:

$9.00/piece | Min. Order : 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 5 | 6 - 100 | 101 - 1000 | > 1000 |
|---|---|---|---|---|
| Est. Time(days) | 15 | 15 | 15 | To Be Negotiated |

Customization: Customized logo (Min. Order 5000 pieces)
Customized packaging (Min. Order 5000 pieces)
More

Shipping: Express Sea freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Verified supplier

Suzhou Sunrise Technologies Ltd.

Multispecialty supplier

CN 12 YRS

| Store score | On-time delivery rate |
|---|---|
| 4.6/5 | 94.8% |
| Response time | Transactions |
| ≤2h | $470,000+ |
| Main markets | Customers served |
| North America,... | 1 |

Services

Centralized Procurement Available

Full Customization

Quality control

Raw-material trac

Messenger 102

Exhibit 1
Doe #30
Trademark(s) The Gentle Groomer: Listing Image, Listing Description
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



Exhibit 1
Doe #30
Trademark(s) The Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-2,  SH-8,  SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 31

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Shandong Jiulin Import & Export Co., Ltd.

**SELLER ID:** jiulinindustry



Hot Sale Horse Supplies Horse B... 2022-08-09

https://www.alibaba.com/product-detail/_1600515778105.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

**Hot Sale Horse Supplies Horse Brush for Grooming with Reinforcement Design Shedding Tool Humuling Shedding Tool for Horses**

4 buyers

| 1 - 49 pieces | 50 - 199 pieces | >= 200 pieces |
|---|---|---|
| $1.49 | $1.39 | $1.19 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

quantity: 1 pieces

Samples: $1.00/piece | Min. Order : 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 1 | 2 - 50 | 51 - 200 | > 200 |
|---|---|---|---|---|
| Est. Time(days) | 15 | 17 | 20 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 pieces)
Graphic customization (Min. Order 500 pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee
Refund Policy

1 pieces $1.49
Handling time 15 days
Shipping $7.56
Parcels (Economy) Change
Alibaba.com Logistics
Total $9.05
Guaranteed delivery By Oct 20
(Compensation for delayed delivery)

Start order
Contact supplier
Add to cart

**Shandong Jiulin Import & Export Co...**
Manufacturer,Trading Company
CN 2YR
Response Time ≤1h
On-time delivery r... 100.0%

Messenger 99

Exhibit 1
Doe #31
Trademark(s) The Gentle Groomer: Listing Image
Design Patent Used



Horse Supplies Horse Brush For ×
2022-11-05
https://www.alibaba.com/product-detail/_1600574439636.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Add to Compare    Share

Horse Supplies Horse Brush for Grooming with Reinforcement Design Shedding Tool Humuling Shedding Tool for Horses

3 buyers

| 1 - 49 pieces | 50 - 199 pieces | >= 200 pieces |
|---|---|---|
| $1.15 | $1.12 | $1.05 |

Mastercard OFFER — Save up to US $30 on your first Mastercard purchase

Benefits: Silver Quick refunds on orders under US $1,000 View more ›

Color:

Samples: $1.15/piece | Min. order : 1 piece  Get samples

Lead time:

| Quantity(pieces) | 1 - 1 | 2 - 50 | 51 - 200 | > 200 |
|---|---|---|---|---|
| Lead time (days) | 3 | 7 | 10 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Graphic customization (Min. order 500 pieces)
More

Shipping: Express  Ocean freight

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Dispatch Guarantee
Refund Policy

For product pricing, customization, or other inquiries:

Contact supplier

Chat now

Shandong Jiulin Import & Export Co...
Manufacturer,Trading Company
CN 2YR

| Response Time | On-time delivery r... |
|---|---|
| ≤2h | 100.0% |

Contact supplier | Chat now | Browsing History

Messenger | TOP

Waiting for proxy tunnel...

Exhibit 1
Doe #31
Design Patent Used



Horse Supplies Horse Brush With ×  2022-11-05

https://www.alibaba.com/product-detail/_1600590415796.html

Alibaba.com  What are you looking for...  Search  My Alibaba  Messages  Orders  Cart

Categories | Ready to Ship  Personal Protective E...  Trade Shows  Buyer Central  Sell on Alibaba.com  Help  Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship  In Stock  Fast Dispatch

Horse Supplies Horse Brush Without Holes for Grooming with Reinforcement Design Shedding Tool for Horses

1 buyer

| 1 - 49 pieces | 50 - 99 pieces | >= 100 pieces |
|---|---|---|
| $0.75 | $0.71 | $0.65 |

Mastercard OFFER  Save up to US $30 on your first Mastercard purchase

Benefits: Silver  Quick refunds on orders under US $1,000  View more

Color

| Color | Price | Quantity |
|---|---|---|
| Blue | $0.75 | 0 |
| Black | $0.75 | 0 |
| Red | $0.75 | 0 |

Samples:

$1.00/piece | Min. order : 1 piece  Get samples

Lead time:

| Quantity(pieces) | 1 - 1 | 2 - 50 | 51 - 100 | > 100 |
|---|---|---|---|---|
| Lead time (days) | 15 | 15 | 15 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Graphic customization (Min. order 500 pieces)
More

The minimum order quantity is 1 piece
0/1 piece  from $0.75
Lead time 15 days

Shipping  from $6.43
Parcels (Economy) Change
Alibaba.com Logistics

Guaranteed delivery By Dec 15.
(Compensation for delayed delivery)

Start order

Contact supplier

Add to cart

Shandong Jiulin Import & Export Co...
Manufacturer,Trading Company
CN 2YR
Response Time ≤2h  On-time delivery r... 100.0%

Chat now  Browsing History  Messenger  TOP

Exhibit 1
Doe #31
Design Patent Used



Hot Sale Horse Supplies Horse B ×

2022-10-11

https://www.alibaba.com/product-detail/_1600590914725.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Hot Sale Horse Supplies Horse Brush Without Holes for Grooming with Reinforcement Design Shedding Tool for Horses

1 buyer

| 1 - 49 pieces | 50 - 99 pieces | >= 100 pieces |
|---|---|---|
| $0.75 | $0.71 | $0.65 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

| Color | Price | Qty |
|---|---|---|
| Blue | $0.75 | 0 |
| Black | $0.75 | 0 |
| Red | $0.75 | 0 |

Samples: $1.00/piece | Min. order : 1 piece Get samples

Lead time:

| Quantity(pieces) | 1 - 1 | 2 - 50 | 51 - 100 | > 100 |
|---|---|---|---|---|
| Lead time (days) | 15 | 15 | 15 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Graphic customization (Min. order 500 pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders

The minimum order quantity is 1 piece
0/1 piece from $0.75
Lead time 15 days

Shipping from $6.49
Parcels (Economy) Change
Alibaba.com Logistics

Guaranteed delivery By Nov 22
(Compensation for delayed delivery)

Start order
Contact supplier
Add to cart

Shandong Jiulin Import & Export Co...
Manufacturer,Trading Company
CN 2YR
Response Time ≤2h
On-time delivery r... 100.0%

Messenger

Exhibit 1
Doe #31
Copyright(s) SH-3: Listing Image
Design Patent Used



Exhibit 1
Doe #31
Copyright(s) SH-3: Listing Image
Design Patent Used



Hot Sale Horse Supplies Horse B 2022-11-05

https://www.alibaba.com/product-detail/_1600590932560.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories Ready to Ship Personal Protective E... Trade Shows Buyer Central Sell on Alibaba.com Help Get the app English - USD Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Add to Compare Share

Hot Sale Horse Supplies Horse Brush Without Holes for Grooming with Reinforcement Design Shedding Tool for Horses

1 buyer

| 1 - 49 pieces | 50 - 99 pieces | >= 100 pieces |
|---|---|---|
| $0.75 | $0.71 | $0.65 |

Mastercard OFFER Save up to US $30 on your first Mastercard purchase

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

Samples:

$2.00/piece Min. order : 1 piece Get samples

Lead time:

| Quantity(pieces) | 1 - 1 | 2 - 50 | 51 - 100 | > 100 |
|---|---|---|---|---|
| Lead time (days) | 15 | 15 | 15 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Graphic customization (Min. order 500 pieces)
More

Shipping: Express

For product pricing, customization, or other inquiries:

Contact supplier

Chat now

Shandong Jiulin Import & Export Co...
Manufacturer, Trading Company
CN 2YR

Response Time ≤2h
On-time delivery r... 100.0%

Contact supplier Chat now Browsing History

Messenger TOP

Waiting for proxy tunnel...

Exhibit 1
Doe #31
Copyright(s) SH-3: Listing Image
Design Patent Used



Hot Sale Horse Supplies Horse B 2022-11-05

https://www.alibaba.com/product-detail/_1600590932560.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Add to Compare Share

# Hot Sale Horse Supplies Horse Brush Without Holes for Grooming with Reinforcement Design Shedding Tool for Horses

1 buyer

| 1 - 49 pieces | 50 - 99 pieces | >= 100 pieces |
|---|---|---|
| $0.75 | $0.71 | $0.65 |

Mastercard OFFER Save up to US $30 on your first Mastercard purchase

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

Samples: $2.00/piece | Min. order : 1 piece | Get samples

Lead time:

| Quantity(pieces) | 1 - 1 | 2 - 50 | 51 - 100 | > 100 |
|---|---|---|---|---|
| Lead time (days) | 15 | 15 | 15 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Graphic customization (Min. order 500 pieces)
More

Shipping: Express

For product pricing, customization, or other inquiries:

Contact supplier

Chat now

Shandong Jiulin Import & Export Co...
Manufacturer,Trading Company
CN 2YR

Response Time ≤2h | On-time delivery r... 100.0%

Contact supplier | Chat now | Browsing History

Messenger 139 TOP

Exhibit 1
Doe #31
Copyright(s) SH-3: Listing Image
Design Patent Used



Fine Horse Supplies Horse Brush ×

2022-12-30

https://www.alibaba.com/product-detail/_1600590998237.html

Alibaba.com

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help

Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

# Fine Horse Supplies Horse Brush Without Holes for Grooming with Reinforcement Design Shedding Tool for Horses

1 buyer

| 2 - 49 pieces | 50 - 99 pieces | >= 100 pieces |
|---|---|---|
| $0.69 | $0.68 | $0.67 |

Benefits: Quick refunds on orders under US $1,000 Claim now >

Color:

| Color | Price | Quantity |
|---|---|---|
| Blue | $0.69 | 0 |
| black | $0.69 | 0 |
| Red | $0.69 | 0 |

Samples: $10.00/piece Min. order : 1 piece | Get samples

Lead time:

| Quantity (pieces) | 1 - 1 | 2 - 50 | 51 - 100 | > 100 |
|---|---|---|---|---|
| Lead time (days) | 15 | 15 | 15 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Graphic customization (Min. order 500 pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee

The minimum order quantity is 2 piece
0/2 piece from $1.38
Lead time 15 days

Shipping from $25.10
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics

Estimated delivery2/27-3/20

Start order

Contact supplier

Add to cart

Shandong Jiulin Import & Export Co...
Manufacturer,Trading Company
CN 3YR
Response Time ≤3h
On-time delivery r... 100.0%

Messenger

Exhibit 1
Doe #31
Design Patent Used



Durable Horse Supplies Horse Brush Without Holes for Grooming with Reinforcement Design Shedding Tool for Horses

| 1 - 49 pieces | 50 - 99 pieces | >= 100 pieces |
|---|---|---|
| $1.22 | $1.12 | $1.02 |

Benefits:  🥈 Silver   Quick refunds on orders under US $1,000   View more ›

quantity:  [ 1 ] [+] pieces

Samples:  **$1.00/piece** | Min. Order : 1 piece | 🛒 Buy Samples

Lead Time:ⓘ

| Quantity(pieces) | 1 - 1 | 2 - 50 | 51 - 100 | > 100 |
|---|---|---|---|---|
| Est. Time(days) | 15 | 15 | 15 | To Be Negotiated |

Customization:  Customized logo (Min. Order 500 pieces)
Graphic customization (Min. Order 500 pieces)
More ⌄

Protection:  🛡 Trade Assurance   Protects your Alibaba.com orders
⊘ On-time Delivery Guarantee
⊘ Refund Policy

1 pieces                         $1.22
Handling time 15 days ⓘ

Shipping                         $5.92
Parcels (Economy) Change
Alibaba.com Logistics

Total                            $7.14
Guaranteed delivery By Oct 29
(Compensation for delayed delivery)

Start order

✉ Contact supplier

🛒 Add to cart

**Shandong Jiulin Import & Export Co...**
Manufacturer,Trading Company
🇨🇳 CN 2ʸʳ

Response Time     On-time delivery r...
≤1h               100.0%

Exhibit 1
Doe #31
Design Patent Used



Factory Wholesale Custom Logo ×

2022-11-04

https://www.alibaba.com/product-detail/_1600621035639.html

Alibaba.com

What are you looking for...

Search

My Alibaba | Messages 99+ | Orders 6 | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help

Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

**Factory Wholesale Custom Logo Rubber Multifunction Horse Massage Grooming Brush**

| 100 - 999 pieces | >= 1000 pieces |
|---|---|
| $1.75 | $1.58 |

Mastercard OFFER — Save up to US $30 on your first Mastercard purchase

Benefits: Silver — Quick refunds on orders under US $1,000 View more

Color

| Color | Price | Quantity |
|---|---|---|
| Blue | $1.75 | 0 |
| Black | $1.75 | 0 |
| Red | $1.75 | 0 |

Samples:

$10.00/piece | Min. order : 1 piece | Get samples

Lead time:

| Quantity(pieces) | 1 - 100 | 101 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 15 | 30 | To be negotiated |

The minimum order quantity is 100 piece

0/100 piece from $175.00

Lead time 15 days

Shipping from $108.16 (Duty Incl.)

Ocean+Express US (Standard) Change

Alibaba.com Logistics

Estimated delivery12/20-1/13

Start order

Contact supplier

Add to cart

**Jiangsu Laoshu Pet Products Co., L...**

Manufacturer,Trading Company

CN 2YR

Response Time ≤6h | On-time delivery r... 90.9%

Chat now

Browsing History

Messenger 139

TOP

Waiting for onetalk.alibaba.com...

Exhibit 1
Doe #31
Design Patent Used



Horse Massage Brush Horse Sup ×
2022-11-05
https://www.alibaba.com/product-detail/_1600627920726.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Horse Massage Brush Horse Supplies for Grooming with Reinforcement Design Shedding Tool Humuling Shedding Tool for Horses

1 buyer

| 1 - 49 pieces | 50 - 199 pieces | >= 200 pieces |
|---|---|---|
| $0.65 | $0.63 | $0.61 |

Mastercard OFFER | Save up to US $30 on your first Mastercard purchase

Benefits: Silver Quick refunds on orders under US $1,000 View more ›

Color

| | | | |
|---|---|---|---|
| Blue | $0.65 | 0 | + |
| Black | $0.65 | 0 | + |
| Red | $0.65 | 0 | + |

Samples:

$1.00/piece | Min. order : 1 piece | Get samples

Lead time:

| Quantity(pieces) | 1 - 1 | 2 - 50 | 51 - 200 | > 200 |
|---|---|---|---|---|
| Lead time (days) | 15 | 17 | 20 | To be negotiated |

The minimum order quantity is 1 piece

0/1 piece from $0.65

Lead time 15 days

Shipping from $7.79

Parcels (Standard) Change

Alibaba.com Logistics

Guaranteed delivery By Dec 14

(Compensation for delayed delivery)

Start order

Contact supplier

Add to cart

Shandong Jiulin Import & Export Co...

Manufacturer,Trading Company

CN 2YR

Response Time ≤2h

On-time delivery r... 100.0%

Chat now

Browsing History

Messenger

TOP

Exhibit 1
Doe #31
Design Patent Used

**DOE NUMBER:** 32

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Dongguan Gioriun trading Co., Ltd.

**SELLER ID:** jrhandle



2023 New Horse Hair Brush Orig × +  2023-02-25

https://www.alibaba.com/product-detail/_1600/1/583159.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

2023 new Horse Hair Brush Original Pet Grooming Brush,Removal Beauty Massage Brush For Horse,Multi-functional Horses Hair Brush

**$0.97** / piece 10 pieces(MOQ)

Benefits: Quick refunds on orders under US $1,000 Claim now >

Color

| | | | |
|---|---|---|---|
| Blue | $0.97 | 0 | + |
| black | $0.97 | 0 | + |
| Red | $0.97 | 0 | + |

Samples: **$1.00/piece** Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 1000 | > 1000 |
|---|---|---|
| Lead time (days) | 7 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 500 pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee
Refund Policy

The minimum order quantity is 10 piece
0/10 piece from **$9.70**
Lead time 7 days

Shipping from **$28.24**
UPS Expedited (Standard) Change
Alibaba.com Logistics

Guaranteed delivery **By Feb 1**
(Compensation for delayed delivery)

Start order
Contact supplier
Add to cart

**Dongguan Giorjun trading Co., Ltd.**
Trading Company
CN 4YR
Response Time ≤3h
On-time delivery r... 84.8%

Messenger

Exhibit 1
Doe #32
Design Patent Used

**DOE NUMBER:** 33

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Jiangsu Laoshu Pet Products Co., Ltd.

**SELLER ID:** jslaoshu



Factory Wholesale Custom Logo ×

2022-11-05

https://www.alibaba.com/product-detail/_1600621093360.html

Alibaba.com

What are you looking for...

Search

My Alibaba | Messages 99+ | Orders 6 | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

**Factory Wholesale Custom Logo Rubber Multifunction Horse Massage Grooming Brush**

| 100 - 999 pieces | >= 1000 pieces |
|---|---|
| $0.96 | **$0.86** |

Mastercard OFFER — Save up to US $30 on your first Mastercard purchase

Benefits: Silver — Quick refunds on orders under US $1,000 View more ›

| Color | | | |
|---|---|---|---|
| Blue | $0.96 | 0 | + |
| Black | $0.96 | 0 | + |
| Red | $0.96 | 0 | + |

Samples:

**$10.00/piece** | Min. order : 1 piece | Get samples

Lead time:

| Quantity(pieces) | 1 - 100 | 101 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 15 | 30 | To be negotiated |

The minimum order quantity is 100 piece

0/100 piece from **$96.00**

Lead time **15** days

Shipping from **$103.25**

(Duty Incl.)

Ocean+Express US (Standard) Change

**Alibaba.com Logistics**

Estimated delivery**12/20-1/13**

Start order

Contact supplier

Add to cart

**Jiangsu Laoshu Pet Products Co., L...**

Manufacturer,Trading Company

CN 2YR

| Response Time | On-time delivery r... |
|---|---|
| **≤6h** | **90.9%** |

Chat now | Browsing History | TOP

Messenger 139

https://www.alibaba.com/product-detail/_1600621093360.html#

Exhibit 1
Doe #33
Copyright(s) SH-Video 1: Listing Image
Design Patent Used



Factory Wholesale Custom Logo × | 2022-11-05

https://www.alibaba.com/product-detail/_1600621093360.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Factory Wholesale Custom Logo Rubber Multifunction Horse Massage Grooming Brush

| 100 - 999 pieces | >= 1000 pieces |
|---|---|
| $0.96 | $0.86 |

Mastercard OFFER | Save up to US $30 on your first Mastercard purchase

Benefits: Silver | Quick refunds on orders under US $1,000 View more

Color

| Color | Price | Qty |
|---|---|---|
| Blue | $0.96 | 0 |
| Black | $0.96 | 0 |
| Red | $0.96 | 0 |

Samples:

$10.00/piece | Min. order : 1 piece | Get samples

Lead time:

| Quantity(pieces) | 1 - 100 | 101 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 15 | 30 | To be negotiated |

The minimum order quantity is 100 piece

0/100 piece from $96.00

Lead time 15 days

Shipping from $103.25 (Duty Incl.)

Ocean+Express US (Standard) Change

Alibaba.com Logistics

Estimated delivery12/20-1/13

Start order

Contact supplier

Add to cart

Jiangsu Laoshu Pet Products Co., L...

Manufacturer,Trading Company

CN 2YR

Response Time ≤6h | On-time delivery r... 90.9%

Chat now | Browsing History | Messenger | TOP

Exhibit 1
Doe #33
Copyright(s) SH-Video 1: Listing Image
Design Patent Used

**DOE NUMBER:** 34

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Shenzhen Jyc Technology Ltd.

**SELLER ID:** jyc-holder



6-in-1 Horses Dogs Grooming B × | 2022-07-16

https://www.alibaba.com/product-detail/_1600475368857.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products | Subscribe to Trade Alert

View larger image

Add to Compare | Share

# 6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

| 2 - 9 pieces | 10 - 49 pieces | 50 - 99 pieces | >= 100 pieces |
|---|---|---|---|
| $4.17 | $3.46 | $3.00 | $2.71 |

Benefits: US $10 off with a new supplier View more >

Color

Samples: $4.17/piece | Min. Order : 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 100 | > 100 |
|---|---|---|
| Est. Time(days) | 10 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 pieces)
Customized packaging (Min. Order 500 pieces)

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Dispatch Guarantee
Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier | Call us | Chat Now

Verified supplier
Shenzhen Jyc Technology Ltd.
Trading Company
CN 10YR

| Response Time | On-time delivery r... |
|---|---|
| ≤5h | 100.0% |
| 152 Transactions | FloorSpace(m²) |
| 420,000+ | 1500 |
| QA/QC inspectors | R&D employees |
| 5-10 | 0-4 |

ODM Services Available
Customization From Designs

Contact Supplier | Chat Now | Browsing History

You may also like

Waiting for messagebeach.alibaba.com...

Messenger | TOP

Exhibit 1
Doe #34
Copyright(s) SH-1, SH-2, SH-3: Listing Image
Design Patent Used



6-in-1 Horses Dogs Grooming B × 2022-07-16

https://www.alibaba.com/product-detail/_1600475368857.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products Subscribe to Trade Alert

View larger image

Add to Compare Share

6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

| 2 - 9 pieces | 10 - 49 pieces | 50 - 99 pieces | >= 100 pieces |
|---|---|---|---|
| $4.17 | $3.46 | $3.00 | $2.71 |

Benefits: US $10 off with a new supplier View more >

Color

Samples: $4.17/piece | Min. Order : 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 100 | > 100 |
|---|---|---|
| Est. Time(days) | 10 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 pieces)
Customized packaging (Min. Order 500 pieces)

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Dispatch Guarantee
Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Call us

Chat Now

Verified supplier
Shenzhen Jyc Technology Ltd.
Trading Company
CN 10YR

| Response Time | On-time delivery r... |
|---|---|
| ≤5h | 100.0% |
| 152 Transactions | FloorSpace(m²) |
| 420,000+ | 1500 |
| QA/QC inspectors | R&D employees |
| 5-10 | 0-4 |

ODM Services Available
Customization From Designs

Contact Supplier
Chat Now
Browsing History

You may also like

Messenger TOP

Exhibit 1
Doe #34
Copyright(s) SH-1, SH-2, SH-3: Listing Image
Design Patent Used



Exhibit 1
Doe #34
Copyright(s) SH-1, SH-2, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 35

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Wuhan Kaisi Bake Network Technology Co., Ltd.

**SELLER ID:** keyesbuck



Horse Dual-purpose Bathing Ma ×

2022-08-17

https://www.alibaba.com/product-detail/_1600347258184.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Beauty & Personal Care > Hair Care & Styling > Hair Styling Tools > Hairbrush  Subscribe to Trade Alert

Click here to expended view

Share

Ready to Ship | In Stock | Fast Dispatch

Horse dual-purpose bathing massage brush Six-in-one hair removal cleaning brush Original for Horses

| 1 - 100 pieces | 101 - 500 pieces | 501 - 999 pieces | >=1000 pieces |
|---|---|---|---|
| $7.99 | $5.00 | $4.35 | $3.99 |

Benefits: Quick refunds on orders under US $1,000 Claim now >

Color: Black $7.99 − 1 +

Lead Time:

| Quantity(pieces) | 1 - 100 | >100 |
|---|---|---|
| Est. Time(days) | 12 | To be negotiated |

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Delivery Guarantee

Refund Policy

1 pieces Details $7.99

Processing Time 12 days

Shipping $8.50

Parcels (Standard) Change

Alibaba.com Logistics

Total $16.49

Guaranteed delivery By 9/22

(Compensation for delayed delivery)

Start Order

Contact Supplier

Add to cart

Wuhan Kaisi Bake Network Technology ...

Trading Company

CN 1 YR

| Response Time | On-time delivery rate |
|---|---|
| ≤16h | 73.9% |

Chat Now

Browsing History

Product Details | Company Profile

Report Suspicious Activity

Product Description | Specification | Company Profile | Why Choose Us | Exhibition | Packing & Delivery | FAQ

Messenger

TOP

Exhibit 1
Doe #35
Trademark(s) StripHair: Listing Image
Copyright(s) SH-1, SH-Video 1: Listing Image
Design Patent Used



Horse Dual-purpose Bathing Ma ×

2022-08-17

https://www.alibaba.com/product-detail/_1600347258184.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Beauty & Personal Care > Hair Care & Styling > Hair Styling Tools > Hairbrush Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Horse dual-purpose bathing massage brush Six-in-one hair removal cleaning brush Original for Horses

| 1 - 100 pieces | 101 - 500 pieces | 501 - 999 pieces | >=1000 pieces |
|---|---|---|---|
| $7.99 | $5.00 | $4.35 | $3.99 |

Benefits: Quick refunds on orders under US $1,000 Claim now >

Color: Black $7.99 – 1 +

Lead Time:

| Quantity(pieces) | 1 - 100 | >100 |
|---|---|---|
| Est. Time(days) | 12 | To be negotiated |

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Delivery Guarantee

Refund Policy

1 pieces Details $7.99

Processing Time 12 days

Shipping $8.50

Parcels (Standard) Change

Alibaba.com Logistics

**Total $16.49**

Guaranteed delivery By 9/22

(Compensation for delayed delivery)

Start Order

Contact Supplier

Add to cart

Wuhan Kaisi Bake Network Technology ...

Trading Company

CN 1 YR

| Response Time | On-time delivery rate |
|---|---|
| ≤16h | 73.9% |

Chat Now

Browsing History

Product Details | Company Profile | Report Suspicious Activity

Product Description | Specification | Company Profile | Why Choose Us | Exhibition | Packing & Delivery | FAQ

Messenger

TOP

Exhibit 1
Doe #35
Trademark(s) StripHair: Listing Image
Copyright(s) SH-1, SH-Video 1: Listing Image
Design Patent Used

**DOE NUMBER:** 36

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Quanzhou Lechong Pet Products Co., Ltd.

**SELLER ID:** lechoopet



Horse Gentle Groomer Gentle Gr × +

2022-03-17

alibaba.com/product-detail/_1600437658527.html

MARCH EXPO Get shipping discounts, free samples, and more from trusted suppliers Explore now

Alibaba.com Products What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship Personal Protective E... Trade Shows Buyer Central Sell on Alibaba Help Get the App | English - USD | Ship to:

Home > All Industries > Home & Garden > Pet Products > Pet Cleaning & Grooming Products > Other Pet Cleaning & Grooming Products Subscribe to Trade Alert

View larger image

Share

Ready to Ship In Stock Fast Dispatch

MARCH Horse gentle groomer gentle grooming brush 5 in 1 Horse brush multi functions horse hair brushes

1 buyer

| 2 - 499 Pieces | 500 - 999 Pieces | >=1000 Pieces |
|---|---|---|
| $3.13 | $2.96 | $2.78 |

Sign in for March Expo benefits
- Up to US $20 off shipping
- Get $5 off every $200 spent with PayPal

Color :

size : 8.85x2.36x1.77inch $3.13 2

Samples: 8.85x2.36x1.77inch
$5.00/Piece | 1 Piece (Min. Order) | Buy Samples

Lead Time:

| Quantity(Pieces) | 1 - 500 | 501 - 10000 | >10000 |
|---|---|---|---|
| Est. Time(days) | 7 | 15 | To be negotiated |

Customization: Customized logo(Min. Order: 1000 Pieces)
Customized packaging(Min. Order: 1000 Pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee Refund Policy

2 Pieces Details $6.26
Processing Time 7 days

Shipping $16.12
Economy Parcels Change
Alibaba.com Logistics

Total $22.38
Guaranteed delivery By 4/18

Start Order
Contact Supplier
Add to cart

Quanzhou Lechong Pet Products ...
Trading Company
CN 2 YRS

Response Time ≤4h
On-time delivery r... 100.0%

Chat Now
Browsing History
Messenger
TOP

Exhibit 1
Doe #36
Trademark(s) Gentle Groomer: Listing Image, Listing Title, Physical Product

**DOE NUMBER:** 37

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Jilin Province Lewei Trade Co., Ltd.

**SELLER ID:** leweitrade



Premium Groomer Pet Hair Brus
2022-07-31
https://www.alibaba.com/product-detail/_1600475349912.html

Alibaba.com
What are you looking for...
Search
My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products

View larger image

Add to Compare  Share

Premium Groomer pet hair brush for horse grooming horse 6 in 1 hair cleaning brush

| 500 - 2999 pieces | 3000 - 9999 pieces | >=10000 pieces |
|---|---|---|
| $2.13 | $2.02 | $1.85 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

Samples: $10.00 (Min. Order) 1 piece Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 1000 | >1000 |
|---|---|---|
| Est. Time(days) | 5 | To be negotiated |

Customization: Customized logo(Min. Order: 10000 pieces)
Customized packaging(Min. Order: 10000 pieces)
More

Shipping: Support Sea freight

Alibaba.com Freight | Compare Rates | Learn more

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Call us

Chat Now

Jilin Province Lewei Trade Co., Ltd.
Trading Company
CN 4 YRS

| Response Time | On-time delivery rate |
|---|---|
| ≤2h | 93.8% |

234 Transactions
360,000+

Contact Supplier | Chat Now | Browsing History

Messenger 65 | TOP

Waiting for d.adroll.com...

Exhibit 1
Doe #37
Copyright(s) SH-1, SH-2, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 38

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Guangzhou Linke International Trade Co., Ltd.

**SELLER ID:** linkeintl



Newest 6 In 1 Horse Brush Remo
2022-07-16
https://www.alibaba.com/product-detail/_1600463877682.html

Alibaba.com
What are you looking for...
Search
My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products Subscribe to Trade Alert

View larger image

Add to Compare Share

Newest 6 in 1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool 2022

| 10 - 99 pieces | 100 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $2.95 | $2.75 | $2.45 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

Samples:

$5.00/piece | Min. Order : 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 500 | > 500 |
|---|---|---|
| Est. Time(days) | 10 | To Be Negotiated |

Customization: Customized logo (Min. Order 3000 pieces)
Customized packaging (Min. Order 3000 pieces)
More

Shipping: Express Sea freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Dispatch Guarantee
Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Guangzhou Linke International Trad...
Manufacturer,Trading Company,Buying
CN 3YR
Response Time ≤7h
On-time delivery r... 98.2%
256 Transactions 100,000+

Contact Supplier
Chat Now
Browsing History

Messenger
TOP

You may also like

Exhibit 1
Doe #38
Copyright(s) SH-2, SH-36: Listing Image
Design Patent Used



Horses Dog Grooming Brush Pet ×

2022-03-17

alibaba.com/product-detail/_1600463893317.html

MARCH EXPO Get shipping discounts, free samples, and more from trusted suppliers Explore now

Alibaba.com Products What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products Subscribe to Trade Alert

View larger image

Share

Ready to Ship In Stock Fast Dispatch

Horses Dog Grooming Brush Pet Hair Cleaning Tool Horse Hair Shedding Tool Horses Grooming Brush

| 10 - 99 Pieces | 100 - 999 Pieces | >=1000 Pieces |
|---|---|---|
| $2.95 | $2.75 | $2.45 |

Sign in for March Expo benefits
• Get $5 off every $200 spent with PayPal

Color:

| | | |
|---|---|---|
| Blue | $2.95 | 0 |
| Black | $2.95 | 0 |
| Red | $2.95 | 0 |

Samples: $5.00/Piece | 1 Piece (Min. Order) | Buy Samples

Lead Time:

| Quantity(Pieces) | 1 - 500 | >500 |
|---|---|---|
| Est. Time(days) | 10 | To be negotiated |

Customization: Customized logo(Min. Order: 3000 Pieces)
Customized packaging(Min. Order: 3000 Pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee Refund Policy

The minimum order quantity is 10 Pieces
0/10 Pieces from $29.50
Processing Time 10 days

Shipping from $50.39
HK UPS Saver Change
Alibaba.com Logistics

Guaranteed delivery By 4/11

Start Order
Contact Supplier
Add to cart

Guangzhou Linke International Tr...
CN 3 YRS
Response Time ≤7h
On-time delivery r... 98.6%
340 Transactions 140,000+

Chat Now
Browsing History
Messenger
TOP

Exhibit 1
Doe #38
Copyright(s) SH-2, SH-36: Listing Image
Design Patent Used



6 In 1 Horses Hair Removal Mass ×
2022-07-16
https://www.alibaba.com/product-detail/_1600463905253.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products | Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

| 10 - 99 pieces | 100 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $2.95 | $2.75 | $2.45 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color:

| | | | |
|---|---|---|---|
| Blue | $2.95 | 0 | + |
| Black | $2.95 | 0 | + |
| Red | $2.95 | 0 | + |

Samples: **$5.00/piece** | Min. Order : 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 500 | > 500 |
|---|---|---|
| Est. Time(days) | 10 | To Be Negotiated |

Customization: Customized logo (Min. Order 3000 pieces)
Customized packaging (Min. Order 3000 pieces)
More ^

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee

The minimum order quantity is 10 piece
0/10 piece from **$29.50**
Processing Time **10** days

Shipping from **$42.19**
HKUPS Saver (Premium) Change
**Alibaba.com** Logistics

Guaranteed delivery **By 8/11**
(Compensation for delayed delivery)

Start Order
Contact Supplier
Add to cart

**Guangzhou Linke International Trad...**
Manufacturer,Trading Company,Buying
CN 3YR
Response Time ≤7h | On-time delivery r... 98.2%
256 Transactions 100,000+

Chat Now | Browsing History | Messenger | TOP

Exhibit 1
Doe #38
Copyright(s) SH-2, SH-36: Listing Image
Design Patent Used



High Quality 6-in-1 Shedding Gr ×

2022-07-15

https://www.alibaba.com/product-detail/_1600463921168.html

Alibaba.com

What are you looking for...

Search

My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Add to Compare Share

High Quality 6-in-1 Shedding Grooming Massage Brush Horses Grooming Brush Massage Comb

| 10 - 99 pieces | 100 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $2.95 | $2.75 | $2.45 |

Benefits: Quick refunds on orders under US $1,000 View more >

Color

Samples:

$5.00/piece | Min. Order : 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 500 | > 500 |
|---|---|---|
| Est. Time(days) | 10 | To Be Negotiated |

Customization: Customized logo (Min. Order 3000 pieces)
Customized packaging (Min. Order 3000 pieces)
More

Shipping: Express Sea freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Guangzhou Linke International Trad...
Manufacturer,Trading Company,Buying
CN 3YR

| Response Time | On-time delivery r... |
|---|---|
| ≤7h | 98.2% |

256 Transactions
100,000+

Contact Supplier
Chat Now
Browsing History

You may also like

Messenger

TOP

Exhibit 1
Doe #38
Copyright(s) SH-2, SH-36: Listing Image, Physical Product Image
Design Patent Used



6-in-1 Horses Dogs Grooming B... 2022-03-17

alibaba.com/product-detail/_1600463989180.html

MARCH EXPO Get shipping discounts, free samples, and more from trusted suppliers Explore now

Alibaba.com | Products | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective Eq... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products | Subscribe to Trade Alert

View larger image

Add to Compare | Share

6-In-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair Brush Puppy Strip Hair Gentle Cosy

| 10 - 99 Pieces | 100 - 999 Pieces | >=1000 Pieces |
|---|---|---|
| $2.95 | $2.75 | $2.45 |

Sign in for March Expo benefits
• Get $5 off every $200 spent with PayPal

Color:

Samples:

$5.00/Piece | 1 Piece (Min. Order) | Buy Samples

Lead Time:

| Quantity(Pieces) | 1 - 500 | >500 |
|---|---|---|
| Est. Time(days) | 10 | To be negotiated |

Customization: Customized logo(Min. Order: 3000 Pieces)
Customized packaging(Min. Order: 3000 Pieces)
More

Shipping: Support Express · Sea freight · Land freight · Air freight

Alibaba.com Freight | Compare Rates | Learn more

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Dispatch Guarantee | Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Guangzhou Linke International Tr...

CN 3 YRS

Response Time ≤7h | On-time delivery rate 98.6%

340 Transactions 140,000+

Contact Supplier | Chat Now | Browsing History

Company highlights View company profile >

Messenger | TOP

Exhibit 1
Doe #38
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-2, SH-36: Listing Image
Design Patent Used

**DOE NUMBER:** 39

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Yiwu Homey Daily Necessity Factory

**SELLER ID:** lovehomey



Portable 6 In 1 Beauty Massage × +

2022-06-07

alibaba.com/product-detail/...html

Sourcing Festival 10% off or more on new arrivals until June 12 only View more

Alibaba.com Products What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective Eq... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products Subscribe to Trade Alert

View larger image

Add to Compare Share

Portable 6 In 1 Beauty Massage Horse Hair Removal Tools Black Horses Dog Pig Pets Grooming Brush

1 buyer

FOB Reference Price: Get Latest Price

**$2.00 - $4.00**/ Piece | 100 Piece/Pieces(Min. Order)

Benefits: Quick refunds on orders under US $1,000 Claim now >

Color

Samples:

$5.00/Piece | 1 Piece (Min. Order) | Buy Samples

Lead Time:

| Quantity(Pieces) | 1 - 100 | >100 |
|---|---|---|
| Est. Time(days) | 15 | To be negotiated |

Customization: Customized logo(Min. Order: 2000 Pieces)
Customized packaging(Min. Order: 2000 Pieces)
More

Shipping: Support Express · Sea freight · Land freight · Air freight

Alibaba.com Freight | Compare Rates | Learn more

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Dispatch Guarantee Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Call us

Chat Now

Yiwu Homey Daily Necessity Factory
Manufacturer,Trading Company
CN 3yrs

Response Time ≤5h
On-time delivery rate 100.0%

Contact Supplier Chat Now Browsing History

Messenger TOP

Exhibit 1
Doe #39
Copyright(s) SH-2: Listing Image
Design Patent Used

**DOE NUMBER:** 40

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Shenzhen Maihong Tech Co., Ltd.

**SELLER ID:** maihongtech



**Exhibit 1**
Doe #40
Trademark(s) Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-2,  SH-9: Listing Image
Design Patent Used



Gentle Grooming Brush Original ×

2022-03-17

alibaba.com/product-detail/_1600450860050.html

MARCH EXPO Get shipping discounts, free samples, and more from trusted suppliers Explore now

Alibaba.com Products What are you looking for... Search My Alibaba Messages Orders Cart

Categories Ready to Ship Personal Protective E... Trade Shows Buyer Central Sell on Alibaba Help Get the App English - USD Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products Subscribe to Trade Alert

View larger image

Share

Ready to Ship In Stock Fast Dispatch

Gentle Grooming Brush Original for Horses Dogs 6-in-1 Shedding Massage

| 2 - 499 Pieces | 500 - 999 Pieces | >=1000 Pieces |
|---|---|---|
| $2.78 | $2.38 | $1.99 |

Sign in for March Expo benefits
- Up to US $20 off shipping
- Get $5 off every $200 spent with PayPal

Color: As Images $2.78 2

Lead Time

| Quantity(Pieces) | 1 - 100 | 101 - 1000 | >1000 |
|---|---|---|---|
| Est. Time(days) | 2 | 7 | To be negotiated |

Customization: Graphic customization(Min. Order: 1000 Pieces)
Customized packaging(Min. Order: 1000 Pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee Refund Policy

2 Pieces Details $5.56
Processing Time 2 days
Shipping $48.72
Ocean Freight (<20kg) Change
Total $54.28
Estimated delivery 4/29-5/20

Start Order
Contact Supplier
Add to cart

Shenzhen Maihong Tech Co., Ltd.
CN 1YR
Response Time ≤2h
On-time delivery r... 100.0%

Chat Now
Browsing History
Messenger
TOP

Exhibit 1
Doe #40
Trademark(s) Gentle Groomer: Listing Image, Physical Product

**DOE NUMBER:** 41

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Shijiazhuang Maikesi Brace Technology Co., Ltd.

**SELLER ID:** maxbrace



Exhibit 1
Doe #41
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used



2022-07-16

6 In 1 Horses Hair Removal Mas...

https://www.alibaba.com/product-detail/_1600477224757.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products | Subscribe to Trade Alert

View larger image

Add to Compare | Share

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

FOB Reference Price: Get Latest Price

**$1.80 - $2.50** / piece | 10 piece/pieces (Min. Order)

Benefits: Silver US $500 coupons View more >

Color

Samples:

$2.50/piece | Min. Order : 1 piece | Buy Samples

Lead Time

| Quantity(pieces) | 1 - 100 | > 100 |
|---|---|---|
| Est. Time(days) | 7 | To Be Negotiated |

Customization: Customized logo (Min. Order 500 pieces)
Customized packaging (Min. Order 500 pieces)
More

Shipping: Express Sea freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Verified supplier

Shijiazhuang Maikesi Brace Techno...

Trading Company

CN 2YR

| Response Time | On-time delivery r... |
|---|---|
| ≤3h | 96.9% |
| 276 Transactions | FloorSpace(m²) |
| 120,000+ | 500 |
| QA/QC inspectors | R&D employees |
| 11-20 | 11-20 |

ODM Services Available

Consolidation Service

Contact Supplier | Chat Now | Browsing History

Messenger | TOP

You may also like

Exhibit 1
Doe #41
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used



**Exhibit 1**
**Doe #41**
**Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image**
**Design Patent Used**



6in1 Horse Brush Removal Hair × +

2022-09-30

https://www.alibaba.com/product-detail/_1600619577458.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

1 buyer

| 2 - 49 pieces | 50 - 499 pieces | 500 - 1999 pieces | >= 2000 pieces |
|---|---|---|---|
| $2.00 | $1.80 | $1.70 | $0.90 |

Benefits: Silver US $500 coupons View more >

Color:

| | | | |
|---|---|---|---|
| Blue | $2.00 | 0 | + |
| Black | $2.00 | 0 | + |
| Red | $2.00 | 0 | + |

Samples:

$2.00/piece | Min. order : 1 piece Get samples

Lead time:

| Quantity(pieces) | 1 - 100 | > 100 |
|---|---|---|
| Lead time (days) | 7 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 500 pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders

The minimum order quantity is 2 piece
0/2 piece from $4.00
Lead time 7 days

Shipping from $23.22
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics

Estimated delivery 11/22-12/14

Start order

Contact supplier

Add to cart

Verified supplier

Shijiazhuang Meikesi Brace Technolog...
Multispecialty supplier
CN 2 YRS

Store rating 4.6/5 | On-time delivery rate 96.2%
Response time ≤3h | Transactions $150,000+
Main markets North America,N... | Customers served 1
Services Minor Customization

Messenger 119

Exhibit 1
Doe #41
Trademark(s) The Gentle Groomer: Listing Image
Design Patent Used

**DOE NUMBER:** 42

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Shijiazhuang Mismi Imp. & Exp. Co., Ltd.

**SELLER ID:** msmhealthcare



Exhibit 1
Doe #42
Copyright(s) SH-1, SH-12, SH-19, SH-22, SH-23, SH-3, SH-8, SH-9: Listing Image
Design Patent Used



Horses Grooming Brush Comb H × +

2022-07-16

https://www.alibaba.com/product-detail/_1600534412448.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products | Subscribe to Trade Alert

View larger image

Add to Compare | Share

# Horses Grooming Brush Comb Horse Shedding Tool Kit 6-in-1 Shedding Grooming Massage Horses Neat Pet Grooming Brush

FOB **Reference** Price: Get Latest Price

**$1.80 - $2.50** / piece | 20 piece/pieces (Min. Order)

Benefits: US $500 coupons View more >

Color

Samples:

$3.00/piece | Min. Order : 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 10000 | > 10000 |
|---|---|---|
| Est. Time(days) | 7 | To Be Negotiated |

Customization: Customized logo (Min. Order 300 pieces)
Customized packaging (Min. Order 1000 pieces)
More

Shipping: Express Sea freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Dispatch Guarantee
Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Verified supplier
Shijiazhuang Mismi Imp. & Exp. Co....
Trading Company
CN 2YR

| Response Time | On-time delivery r... |
|---|---|
| ≤3h | 95.2% |
| FloorSpace(m²) | QA/QC inspectors |
| 500 | 11-20 |
| R&D employees | Total Staff |
| 0-4 | 11-50 |

Contact Supplier | Chat Now | Browsing History

Messenger | TOP

Exhibit 1
Doe #42
Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 43

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Ningbo Youerxun Trading Co., Ltd.

**SELLER ID:** nbgoodandfast



Pet Supplies 6 In 1 Dogs Hair Re 2022-12-21

https://www.alibaba.com/product-detail/_1600602468447.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories Ready to Ship Personal Protective E... Trade Shows Buyer Central Sell on Alibaba.com Help Get the App English - USD Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Other Horse Products

View larger image

Share

Ready to Ship In Stock Fast Dispatch

Pet Supplies 6 in 1 Dogs Hair Removal Washing Massage Horse Hair Brush Grooming Shedding Humuling Cleaning Tools for Horses

| 3 - 49 pieces | 50 - 499 pieces | 500 - 1999 pieces | >= 2000 pieces |
|---|---|---|---|
| $1.09 | $0.99 | $0.89 | $0.69 |

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

| | | |
|---|---|---|
| Black | $1.09 | 0 |
| Red | $1.09 | 0 |
| Blue | $1.09 | 0 |

Samples: $1.09/piece | Min. order : 1 piece | Get samples

Lead time:

| Quantity(pieces) | 1 - 500 | 501 - 2000 | > 2000 |
|---|---|---|---|
| Est. time (days) | 15 | 30 | To be negotiated |

Customization: Customized logo (Min. order 200 pieces)
Customized packaging (Min. order 200 pieces)
More

The minimum order quantity is 3 piece
0/3 piece from $3.27
Lead time 15 days

Shipping from $27.92
Air Charter Express US (Premium) Change
Alibaba.com Logistics

Guaranteed delivery By Oct 18 (Compensation for delayed delivery)

Start order
Contact supplier
Add to cart

Ningbo Youerxun Trading Co., Ltd.
Trading Company
CN 2YR
Response Time ≤5h
On-time delivery r... 89.4%

Messenger 107

Exhibit 1
Doe #43
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 44

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Ningbo Home Solution Corp., Ltd.

**SELLER ID:** nbhms



Exhibit 1
Doe #44
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used



Silicone Horse Grooming Horse × 2022-08-26

https://www.alibaba.com/product-detail/_1600524380972.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home > All Industries > Home & Garden > Pet Products > Pet Cleaning & Grooming Products > Pet Cleaning & Bathing Subscribe to Trade Alert

View larger image

Add to Compare Share

## Silicone Horse Grooming Horse Grooming Massage Comb Grooming Brush Pets Hair Shedding Tool

2 - 899999999 pie... $3.65

>=900000000 piec... $2.75

$25.00 OFF Order more than $500.00 | Get Coupon

Benefits: Silver 3-day coupon giveaway, up to US $80 off View more >

Color

size 21*5*2.5cm

Samples: , 21*5*2.5cm
$9.00 | (Min. Order) 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 100 | >100 |
|---|---|---|
| Est. Time(days) | 15 | To be negotiated |

Customization: Customized logo(Min. Order: 2000 pieces)
Customized packaging(Min. Order: 3000 pieces)

Shipping: Support Express · Sea freight · Air freight

Alibaba.com Freight | Compare Rates | Learn more

Protection: Trade Assurance Protects your Alibaba.com orders

For product pricing, customization, or other inquiries:

Contact Supplier

Call us

Chat Now

Verified supplier

Ningbo Home Solution Corp., Ltd.
Multispecialty supplier
CN 2 YRS VR Showroom

1 own-brands

| Store score | On-time delivery rate |
|---|---|
| 5.0/5 | 88.9% |
| Response time | Transactions |
| ≤6h | $10,000+ |
| Main markets | Customers served |
| Western Europe,... | 1 |

Services

Minor Customization
Customization from

Messenger 78

Contact Supplier Chat Now Browsing History TOP

Exhibit 1
Doe #44
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 45

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Ningbo Mimo Import & Export Co., Ltd.

**SELLER ID:** nbmimo



Pet Hair Brush For Horse Groomi ×

2022-02-18

alibaba.com/product-detail/_1600372862213.html

Alibaba.com | Products | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective Eq... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products | Subscribe to Trade Alert

View larger image

Add to Compare | Share

pet hair brush for horse grooming horse hair cleaning brush

FOB Reference Price: Get Latest Price

**$4.50 - $5.80** / Piece | 100 Piece/Pieces (Min. Order)

Color:

Lead Time:

| Quantity(Pieces) | 1 - 1000 | >1000 |
| --- | --- | --- |
| Est. Time(days) | 8 | To be negotiated |

Customization: Customized logo (Min. Order: 500 Pieces)
Customized packaging (Min. Order: 2000 Pieces)
More

Shipping: Support Express · Sea freight · Land freight · Air freight

Alibaba.com Freight | Compare Rates | Learn more

Protection: Trade Assurance Protects your Alibaba.com orders
Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Ningbo Mimo Import & Export Co.,...
Trading Company
CN 3 YRS

Response Time ≤2h | On-time delivery rate 100.0%

161 Transactions 130,000+

Contact Supplier | Chat Now | Browsing History

## You may also like

pet hair brush for horse grooming horse hair...

Anti-Fly Mesh Equine Mask Elastic Horse Face Cover...

Breathable Anti Horse Fly Mask Mosquito Fly Elastic...

Horse Mask Nasal Cover Breathable Meshed Horse...

Fashion Woven Horse Hat with leather Anti Fly...

Messenger | TOP

Exhibit 1
Doe #45
Copyright(s) SH-2, SH-36, SH-4, SH-8, SH-9: Listing Image
Design Patent Used



High Quality Silicone Horses Hai × +

2022-08-16

https://www.alibaba.com/product-detail/_1600509028430.html

Alibaba.com

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products Subscribe to Trade Alert

View larger image

Add to Compare Share

**High Quality Silicone Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Pet Comb Hair Brush**

1 buyer

FOB Reference Price: Get Latest Price

**$2.50 - $3.50**/ piece | 2 piece/pieces(Min. Order)

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Ningbo Mimo Import & Export Co., Ltd.

Trading Company

CN 4 YRS

Response Time ≤2h

On-time delivery rate 100.0%

274 Transactions 250,000+

Contact Supplier | Chat Now | Browsing History

## You may also like

Messenger | TOP

Exhibit 1

Doe #45

Copyright(s) SH-2: Listing Image

**DOE NUMBER:** 46

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Dongguan Rongtengxin Technology Co., Ltd

**SELLER ID:** rongtengxin



Animal Cleaning Dog Beauty Bru × 2022-07-15

https://www.alibaba.com/product-detail/_1600479140133.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products | Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Animal cleaning dog beauty brush bath massage brush,Premium Groomer Horses Dogs brushes 6-in-1 Shedding Grooming Massage

3 buyers

| 5 - 49 pieces | 50 - 99 pieces | 100 - 499 pieces | >= 500 pieces |
|---|---|---|---|
| $1.29 | $1.19 | $0.99 | $0.89 |

Benefits: Quick refunds on orders under US $1,000 View more >

| Color | | | |
|---|---|---|---|
| | Blue | $1.29 | 0 |
| | Black | $1.29 | 0 |
| | Red | $1.29 | 0 |

Samples: $3.00/piece | Min. Order : 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 19999 | > 19999 |
|---|---|---|
| Est. Time(days) | 15 | To Be Negotiated |

Customization: Customized logo (Min. Order 100 pieces)

Protection: Trade Assurance Protects your Alibaba.com orders

Refund Policy

The minimum order quantity is 5 piece

0/5 piece from $6.45

Processing Time 15 days

Shipping from $24.06

Parcels (Economy) Change

Alibaba.com Logistics

Estimated delivery9/16-9/12

Start Order

Contact Supplier

Add to cart

Dongguan Rongtengxin Technology...

Trading Company

CN 1YR

| Response Time | On-time delivery r... |
|---|---|
| ≤2h | 93.5% |

Chat Now | Browsing History | Messenger | TOP

Exhibit 1
Doe #46
Trademark(s) Strip Hair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8: Listing Image
Design Patent Used



2022new Horse Hair Brushes,Hor × | 2022-07-16

https://www.alibaba.com/product-detail/_1600508289883.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

**2022NEW Horse Hair Brushes, Horse Shedding Tool, Humuling Shedding Tool for Horses, 6-in-1**

| 5 - 49 pieces | 50 - 199 pieces | >= 200 pieces |
|---|---|---|
| $2.00 | $1.90 | $1.80 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

| Color | Price | Quantity |
|---|---|---|
| Blue | $2.00 | 0 |
| Black | $2.00 | 0 |
| Red | $2.00 | 0 |

Samples: $3.00/piece | Min. Order : 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 19999 | > 19999 |
|---|---|---|
| Est. Time(days) | 15 | To Be Negotiated |

Customization: Customized logo (Min. Order 100 pieces)

The minimum order quantity is 5 piece
0/5 piece from $10.00
Processing Time 15 days

Shipping from $22.42
Parcels (Economy) Change
Alibaba.com Logistics

Estimated delivery8/16-9/12

Start Order

Contact Supplier

Add to cart

Dongguan Rongtengxin Technology...
Trading Company
CN 1YR
Response Time ≤2h | On-time delivery r... 93.5%

Chat Now | Browsing History | Messenger 44 | TOP

Exhibit 1
Doe #46
Trademark(s) Strip Hair, The Gentle Groomer: Listing Image, Listing Description
Copyright(s) SH-22, SH-3, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 47

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Yiwu Xinteng E-Business Firm

**SELLER ID:** sentogroup



6-in-1 Horses Dogs Grooming B × | + 2022-02-18

alibaba.com/product-detail/_1600393896489.html Update

Alibaba.com | Products | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective Eq... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Home & Garden > Pet Products > Pet Cleaning & Grooming Products > Pet Grooming Products | Subscribe to Trade Alert

View larger image

Add to Compare | Share

## 6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair Brush Pony Puppy Strip Hair Gentle Cosy

FOB **Reference** Price: Get Latest Price

| 50 - 99 Pieces | 100 - 149 Pieces | >=150 Pieces |
|---|---|---|
| $3.83 | $3.63 | $3.43 |

Samples: $10.00/Piece | 1 Piece (Min. Order) | Buy Samples

Lead Time:

| Quantity(Pieces) | 1 - 1000 | >1000 |
|---|---|---|
| Est. Time(days) | 7 | To be negotiated |

Customization: Customized logo(Min. Order: 100 Pieces)
Graphic customization(Min. Order: 100 Pieces)
More

Shipping: Support Express · Sea freight · Land freight · Air freight

Alibaba.com Freight | Compare Rates | Learn more

Protection: Trade Assurance Protects your Alibaba.com orders
Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

**Yiwu Xinteng E-Business Firm**
Trading Company
CN 1YR

Response Time ≤17h
On-time delivery rate 100.0%

Contact Supplier | Chat Now | Browsing History

## Company highlights

View company profile >

| Employees | R&D staffs | Patents |
|---|---|---|
| 11-50 | 5-10 | - |

Verified Certifications (0)
-

Messenger | TOP

Exhibit 1
Doe #47
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 48

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Shanghai Sloppy Dog Pet Products Co., Ltd.

**SELLER ID:** sloppup



Factory Wholesale Custom Logo × +

2022-12-30

https://www.alibaba.com/product-detail/_1600693838980.html

Alibaba.com What are you looking for... Search

My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Factory Wholesale Custom Logo Rubber Multifunction Horse Grooming Brush brush comb

100 - 999 pieces $1.75

>= 1000 pieces $1.58

$100.00 OFF Order more than $10,000.00 Get Coupon

Benefits: Platinum Contact suppliers for Payment Terms View more >

Color:

| | | |
|---|---|---|
| Blue | $1.75 | 0 |
| black | $1.75 | 0 |
| Red | $1.75 | 0 |

Samples: $10.00/piece Min. order : 1 piece | Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | 101 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 15 | 30 | To be negotiated |

Customization: Customized logo (Min. order 3000 pieces)
Customized packaging (Min. order 3000 pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Delivery Guarantee

The minimum order quantity is 100 piece

0/100 piece from $175.00

Lead time 15 days

Shipping from $64.14 (Duty Incl.)

Ocean+Express US (Standard) Change

Alibaba.com Logistics

Estimated delivery2/13-3/7

Start order

Contact supplier

Add to cart

Shanghai Sloppy Dog Pet Products ...

Manufacturer,Trading Company

CN 1YR

Response Time ≤2h

On-time delivery r... 100.0%

Messenger

Exhibit 1
Doe #48
Design Patent Used



2022-12-30

Factory Wholesale Custom Logo

https://www.alibaba.com/product-detail/_1600693819850.html

Alibaba.com

What are you looking for... Search

My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

## Factory Wholesale Custom Logo Rubber Multifunction Horse Grooming Brush brush comb

| 100 - 999 pieces | >= 1000 pieces |
|---|---|
| $0.96 | $0.86 |

$100.00 OFF Order more than $10,000.00 | Get Coupon

Benefits: Platinum Contact suppliers for Payment Terms View more

Color:

| Color | Price | Quantity |
|---|---|---|
| Blue | $0.96 | 0 |
| black | $0.96 | 0 |
| Red | $0.96 | 0 |

Samples: $10.00/piece Min. order : 1 piece | Get samples

Lead time:

| Quantity (pieces) | 1 - 100 | 101 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 15 | 30 | To be negotiated |

Customization: Customized logo (Min. order 3000 pieces)
Customized packaging (Min. order 3000 pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee

The minimum order quantity is 100 piece
0/100 piece from $96.00
Lead time 15 days

Shipping from $61.57
(Duty Incl.)
Ocean+Express US (Standard) Change
Alibaba.com Logistics

Estimated delivery2/13-3/7

Start order
Contact supplier
Add to cart

Shanghai Sloppy Dog Pet Products ...
Manufacturer,Trading Company
CN 1YR
Response Time ≤2h
On-time delivery r... 100.0%

Messenger

Exhibit 1
Doe #48
Design Patent Used

**DOE NUMBER:** 49

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Yiwu Tianbing Trading Co., Ltd.

**SELLER ID:** tbing



6in1 Horse Removal Hair Massa× +
2022-12-10
https://www.alibaba.com/product-detail/_1600525564399.html

Alibaba.com What are you looking for... Search
My Alibaba Messages Orders Cart

Categories | Ready to Ship Personal Protective E... Trade Shows Buyer Central Sell on Alibaba.com Help Get the app | English - USD | Ship to:

Home / All Industries / Pet Supplies / Pet Products / Pet Cleaning & Grooming Products / Pet Cleaning & Bathing

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

6in1 Horse Removal Hair Massage Silicone Brush Sweat Cleaning Kit Scrubber Grooming Shedding Tool Horse Brush For Equestrian Sup

| 1 - 49 pieces | 50 - 119 pieces | >= 120 pieces |
|---|---|---|
| $1.10 | $0.97 | $0.91 |

Benefits: Gold Quick refunds on orders under US $1,000 View more >

Color

size 22X5X3cm $1.10 0 +

Samples: , 22X5X3cm
$1.90/piece | Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 50 | 51 - 800 | > 800 |
|---|---|---|---|
| Lead time (days) | 7 | 15 | To be negotiated |

Customization: Customized logo (Min. order 200 pieces)
Customized packaging (Min. order 200 pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee
Easy Return
Refund Policy

The minimum order quantity is 1 piece
0/1 piece from $1.10
Lead time 7 days

Shipping from $21.98
Ocean + Delivery US (Economy) Change
Alibaba.com Logistics

Estimated delivery2/2-2/23

Start order
Contact supplier
Add to cart

Yiwu Tianbing Trading Co., Ltd.
Trading Company
CN 1YR
Response Time ≤5h
On-time delivery r... 100.0%

Messenger

Exhibit 1
Doe #49
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 50

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Yiwu Tuoying Technology Co., Ltd.

**SELLER ID:** tuoyingkeji



Horse Pony Grooming Glove Effic ×

2022-03-17

alibaba.com/product-detail/_1600459674546.html

Product Details | Company Profile

Report Suspicious Activity

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Yiwu Tuoying Technology Co., Ltd.
Trading Company
CN 2 YRS

Response Time ≤2h | On-time delivery rate 96.6%

59 Transactions 40,000+

Contact Supplier

Chat Now

Browsing History

Messenger

TOP

Exhibit 1
Doe #50
Trademark(s) Striphair, The Gentle Groomer: Listing Image, Listing Description
Copyright(s) SH-2, SH-3, SH-8: Listing Image
Design Patent Used



Exhibit 1
Doe #50
Trademark(s) Striphair,  The Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-2,  SH-22,  SH-3,  SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 51

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Shenzhen Twosuccess Electronic Co., Ltd.

**SELLER ID:** twosuccess



Massage Brush Pet Cleaning Sup ×

2022-03-17

alibaba.com/product-detail/_1600375975107.html

MARCH EXPO Get shipping discounts, free samples, and more from trusted suppliers Explore now

Alibaba.com | Products | What are you looking for... | Search | My Alibaba | Messages 24 | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Home & Garden > Pet Products > Pet Cleaning & Grooming Products > Pet Grooming Products | Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Massage Brush Pet Cleaning Supplies Horse Dog Hair Removal Beauty Massage groomer massage comb

| 5 - 499 Pieces | 500 - 999 Pieces | >=1000 Pieces |
|---|---|---|
| $5.95 | $5.63 | $5.33 |

Sign in for March Expo benefits
• Get $5 off every $200 spent with PayPal

Color: $5.95 — 5 +

Samples:

$15.00/Piece | 1 Piece (Min. Order) | Buy Samples

Lead Time:

| Quantity(Pieces) | 1 - 1000 | >1000 |
|---|---|---|
| Est. Time(days) | 7 | To be negotiated |

Customization: Customized logo(Min. Order: 2000 Pieces)
Customized packaging(Min. Order: 2000 Pieces)

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Dispatch Guarantee | Refund Policy

5 Pieces Details $29.75
Processing Time 7 days
Shipping $85.00
Seller's Shipping Method 1 Change
Total $114.75
Estimated delivery 3/31-4/14

Start Order

Contact Supplier

Call us

Add to cart

Shenzhen Twosuccess Electronic...
CN 8 YRS

| Response Time | On-time delivery r... |
|---|---|
| ≤3h | 90.9% |

32 Transactions
30,000+

Chat Now | Browsing History | Messenger | TOP

Exhibit 1
Doe #51
Trademark(s) Striphair, Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-4, SH-6, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 52

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Dongguan Velloda Jewelry Manufacturer

**SELLER ID:** velloda



6 In1 Horses Removal Hair Mass× +  2022-08-26

https://www.alibaba.com/product-detail/_1600545523148.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products  Subscribe to Trade Alert

View larger image

Add to Compare  Share

## 6 in1 Horses Removal Hair Massage Sweat Cleaning Kit Scrubber Grooming Shedding Tool Equestrian Supplies Horse Brush

| 1 - 99 pieces | 100 - 299 pieces | 300 - 499 pieces | >=500 pieces |
|---|---|---|---|
| $3.50 | $3.20 | $2.90 | $2.50 |

$100.00 OFF  Order more than $1,000.00 | Get Coupon

Benefits: Silver  Quick refunds on orders under US $1,000  View more >

Color

Lead Time:

| Quantity(pieces) | 1 - 5000 | >5000 |
|---|---|---|
| Est. Time(days) | 15 | To be negotiated |

Customization: Customized logo(Min. Order: 200 pieces)
Customized packaging(Min. Order: 200 pieces)
More

Shipping: Support Express · Sea freight · Land freight · Air freight

Alibaba.com Freight | Compare Rates | Learn more

Protection: Trade Assurance  Protects your Alibaba.com orders

On-time Dispatch Guarantee

Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Dongguan Velloda Jewelry Manufacturer
Manufacturer,Trading Company
CN  2 YRS

| Response Time | On-time delivery rate |
|---|---|
| ≤3h | 100.0% |

Contact Supplier  Chat Now  Browsing History

Messenger 78  TOP

Exhibit 1
Doe #52
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 53

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Shanghai Vking Laser Beauty Co., Ltd.

**SELLER ID:** vkinglaser



Sales 6 In 1 Horses Dogs Groom
2022-07-15
https://www.alibaba.com/product-detail/_1600498940402.html

Alibaba.com
What are you looking for...
Search
My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products  Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

sales 6 in 1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair BrushPony Puppy Strip Hair Gentle Cosy

Hot sale products

2 buyers

**$0.19 - $0.99** / bag | 50 bag/bags (Min. Order)

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

| | | | |
|---|---|---|---|
| Blue | $0.99 | 0 | + |
| Black | $0.99 | 0 | + |
| Red | $0.99 | 0 | + |

All 5 Options

Lead Time:

| Quantity(bags) | 1 - 1000 | > 1000 |
|---|---|---|
| Est. Time(days) | 15 | To Be Negotiated |

Customization: Graphic customization (Min. Order 1000 bags)
Customized packaging (Min. Order 1000 bags)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee

The minimum order quantity is 50 bag
0/50 bag from **$9.50**
Processing Time **15** days

Shipping from **$58.08**
(Duty Incl.)
Ocean+Express US (Standard) Change
Alibaba.com Logistics

Estimated delivery8/29-9/19

Start Order
Contact Supplier
Add to cart

**Shanghai Vking Laser Beauty Co., L...**
Trading Company
CN 6YR
Response Time ≤4h
On-time delivery r... 100.0%
65 Transactions 70,000+

Chat Now
Browsing History
Messenger
TOP

Exhibit 1
Doe #53
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 54

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Xuangui Technology (Shanghai) Co., Ltd.

**SELLER ID:** xuangui



Factory Wholesale High Quality ✕ | 2022-09-17

https://www.alibaba.com/product-detail/_1600613565662.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products | Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Factory Wholesale High Quality Custom Logo Rubber Multifunction Horse Grooming

| 100 - 999 pieces | >= 1000 pieces |
|---|---|
| $1.73 | $1.55 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

| Color | Price | Qty |
|---|---|---|
| Blue | $1.73 | 0 |
| Black | $1.73 | 0 |
| Red | $1.73 | 0 |

Samples: $10.00/piece Min. order : 1 piece | Get samples

Lead time:

| Quantity(pieces) | 1 - 1000 | > 1000 |
|---|---|---|
| Est. time (days) | 15 | To be negotiated |

Customization: Customized logo (Min. order 3000 pieces)
Customized packaging (Min. order 3000 pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders

The minimum order quantity is 100 piece
0/100 piece from $173.00
Lead time 15 days

Shipping from $67.19
(Duty Incl.)
Ocean+Express US
(Standard) Change
Alibaba.com Logistics

Estimated delivery11/1-11/22

Start order

Contact supplier

Add to cart

Xuangui Technology (Shanghai) Co....
Trading Company
CN 1YR

Response Time ≤4h | On-time delivery r... 100.0%

Messenger

Exhibit 1
Doe #54
Design Patent Used

**DOE NUMBER:** 55

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Yiwu Xunao Trading Co., Ltd.

**SELLER ID:** xunao0823



6 In 1 Horses Hair Removal Mass ×

2022-07-15

https://www.alibaba.com/product-detail/_1600492598988.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Home & Garden / Pet Products / Pet Cleaning & Grooming Products / Pet Cleaning & Bathing | Subscribe to Trade Alert

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

1 buyer

| 5 - 79 pieces | 80 - 699 pieces | 700 - 2999 pieces | >= 3000 pieces |
|---|---|---|---|
| $2.00 | $1.70 | $1.60 | $1.30 |

Benefits: Quick refunds on orders under US $1,000 View more

Color

| | | |
|---|---|---|
| Blue | $2.00 | 0 |
| Black | $2.00 | 0 |
| Red | $2.00 | 0 |

Samples: $5.00/piece | Min. Order : 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 200 | > 200 |
|---|---|---|
| Est. Time(days) | 7 | To Be Negotiated |

Customization: Customized logo (Min. Order 1000 pieces)
Customized packaging (Min. Order 1000 pieces)

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Delivery Guarantee

The minimum order quantity is 5 piece
0/5 piece from $10.00
Processing Time 7 days

Shipping from $18.43
Parcels (Economy) Change
Alibaba.com Logistics

Guaranteed delivery By 8/17
(Compensation for delayed delivery)

Start Order

Contact Supplier

Add to cart

Yiwu Xunao Trading Co., Ltd.
Trading Company
CN 2YR

| Response Time | On-time delivery r... |
|---|---|
| ≤1h | 95.7% |

Chat Now

Browsing History

Messenger

TOP

Exhibit 1
Doe #55
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 56

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Hangzhou Yichong Technology Co., Ltd.

**SELLER ID:** yichong01



Horse Massage Comb Bath 6 In

2022-08-17

https://www.alibaba.com/product-detail/_1600486391323.html

Product Details | Company Profile | Report Suspicious Activity

| | |
|---|---|
| Trade Terms | It is flexible, EXW FOB CIF DDU DDP or DAP base on client's demand |
| Payment Way | We accept T/T, West Union, PayPal, L/C, Credit Card, Money Gram, and so on |

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Verified supplier

Hangzhou Yichong Technology Co., Ltd.

Multispecialty supplier

CN 2 YRS

| | |
|---|---|
| Store score 4.9/5 | On-time delivery rate 100.0% |
| Response time ≤2h | Transactions $130,000+ |
| Floorspace 103m² | Staff 10 |

Company Profile | Visit store

Contact Supplier | Chat Now | Browsing History

Messenger | TOP

Exhibit 1
Doe #56
Trademark(s) StripHair, The Gentle Groomer: Listing Image
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-31, SH-4, SH-6, SH-8, SH-Video 1: Listing Image
Design Patent Used

**DOE NUMBER:** 57

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Yiwu Fresh Trading Co., Ltd.

**SELLER ID:** yiqinfresh



6in1 Horse Removal Hair Massag × +

2022-10-01

https://www.alibaba.com/product-detail/_1600585565588.html

Alibaba.com What are you looking for... Search

My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Home & Garden / Pet Products / Pet Cleaning & Grooming Products / Pet Cleaning & Bathing

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

6in1 Horse Removal Hair Massage Silicone Brush Sweat Cleaning Grooming Shedding Tool Horse Brush

| 1 - 39 pieces | 40 - 399 pieces | >= 400 pieces |
| --- | --- | --- |
| $5.70 | $2.49 | $2.19 |

$500.00 OFF Order more than $10,000.00 | Get Coupon

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

size 22*5*3cm $5.70 0 +

Samples: , 22*5*3cm

$5.70/piece | Min. order : 1 piece Get samples

Lead time:

| Quantity(pieces) | 1 - 100 | 101 - 1000 | > 1000 |
| --- | --- | --- | --- |
| Lead time (days) | 7 | 15 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 1000 pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Delivery Guarantee

Refund Policy

The minimum order quantity is 1 piece
0/1 piece from $5.70
Lead time 7 days

Shipping from $0.01
Seller's Shipping Method 1 Change

Estimated delivery 10/31-11/22

Start order

Contact supplier

Call us

Add to cart

Yiwu Fresh Trading Co., Ltd.
Trading Company
CN 5YR

| Response Time | On-time delivery r... |
| --- | --- |
| ≤5h | 95.0% |

226 Transactions
40,000+

Messenger

Exhibit 1
Doe #57
Trademark(s) StripHair: Listing Image
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8, SH-9, SH-Video 1: Listing Image
Design Patent Used



Horse Dog Dual-purpose Bathing ×  +  2022-09-17

https://www.alibaba.com/product-detail/_1600585581510.html

Alibaba.com  What are you looking for...  Search  My Alibaba  Messages  Orders  Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home / All Industries / Home & Garden / Pet Products / Pet Cleaning & Grooming Products / Pet Cleaning & Bathing

View larger image

Share

Ready to Ship  In Stock  Fast Dispatch

## Horse Dog Dual-Purpose Bathing Massage Hair Removal Brush Original for Horses 6 in 1

| 1 - 39 pieces | 40 - 399 pieces | >= 400 pieces |
|---|---|---|
| $5.70 | $2.49 | $2.19 |

$500.00 OFF  Order more than $10,000.00  Get Coupon

Benefits: Silver  Quick refunds on orders under US $1,000  View more >

Color

size  22*5*3cm  $5.70  0  +

Samples: , 22*5*3cm

$5.70/piece | Min. order : 1 piece | Get samples

Lead time:

| Quantity(pieces) | 1 - 100 | 101 - 1000 | > 1000 |
|---|---|---|---|
| Est. time (days) | 7 | 15 | To be negotiated |

Customization: Customized logo (Min. order 500 pieces)
Customized packaging (Min. order 1000 pieces)
More

The minimum order quantity is 1 piece
0/1 piece  from $5.70
Lead time 7 days

Shipping  from $0.01
Seller's Shipping Method 1 Change

Estimated delivery10/17-11/7

Start order
Contact supplier
Call us
Add to cart

Yiwu Fresh Trading Co., Ltd.
Trading Company
CN 5YR
Response Time ≤4h
On-time delivery r... 95.7%
209 Transactions 40,000+

Messenger 107

Exhibit 1
Doe #57
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8, SH-9, SH-Video 2: Listing Image
Design Patent Used

**DOE NUMBER:** 58

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Yiwu Zhenyue E-Commerce Firm

**SELLER ID:** ywzy888



Es 6 In 1 Horses Dogs Grooming

2022-07-15

https://www.alibaba.com/product-detail/_1600505904243.html

Alibaba.com

What are you looking for...

Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home / All Industries / Home & Garden / Pet Products / Pet Cleaning & Grooming Products / Pet Waste Disposal | Subscribe to Trade Alert

es 6 in 1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair BrushPony Puppy Strip Hair Gentle Cosy

| 1 - 1110 acres | 1111 - 11110 acres | >= 11111 acres |
|---|---|---|
| $2.90 | $2.70 | $2.50 |

View larger image

Add to Compare | Share

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

size 20cm

Samples: , 20cm

$3.00/acre | Min. Order : 1 acre | Buy Samples

Lead Time

| Quantity(acres) | 1 - 111111 | > 111111 |
|---|---|---|
| Est. Time(days) | 7 | To Be Negotiated |

Customization: Customized logo (Min. Order 1111 acres)
Customized packaging (Min. Order 1111 acres)
More

Shipping: Express Sea freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Yiwu Zhenyue E-Commerce Firm
Trading Company
CN 1YR

| Response Time | On-time delivery r... |
|---|---|
| ≤6h | 95.5% |

Contact Supplier | Chat Now | Browsing History

Messenger | TOP

Exhibit 1
Doe #58
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-1: Listing Image
Design Patent Used

**DOE NUMBER:** 59

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Yangzhou Haiku Pet Product Co., Ltd.

**SELLER ID:** yzhaiku



Factory Wholesale Custom Logo ×

2022-11-04

https://www.alibaba.com/product-detail/_1600645741962.html

Alibaba.com

What are you looking for... Search

My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

Factory Wholesale Custom Logo Rubber Multifunction Horse Grooming Brush

100 - 999 pieces **$1.75**

>= 1000 pieces **$1.58**

Mastercard OFFER — Save up to US $30 on your first Mastercard purchase

Benefits: Silver — Quick refunds on orders under US $1,000 View more >

Color

| | | | |
|---|---|---|---|
| Blue | $1.75 | 0 | + |
| Black | $1.75 | 0 | + |
| Red | $1.75 | 0 | + |

Samples: $10.00/piece | Min. order : 1 piece | Get samples

Lead time:

| Quantity(pieces) | 1 - 100 | 101 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 15 | 30 | To be negotiated |

Customization: Customized logo (Min. order 3000 pieces)

The minimum order quantity is 100 piece

0/100 piece from $175.00

Lead time 15 days

Shipping from $61.45 (Duty Incl.)

Ocean+Express US (Standard) Change

Alibaba.com Logistics

Estimated delivery12/20-1/13

Start order

Contact supplier

Call us

Add to cart

Yangzhou Haiku Pet Product Co., Ltd.

Manufacturer,Trading Company

CN 5YR

Response Time ≤7h

On-time delivery r... 89.5%

42 Transactions 40,000+

Chat now | Browsing History | Messenger | TOP

Waiting for onetalk.alibaba.com...

Exhibit 1
Doe #59
Design Patent Used



Factory Wholesale Custom Logo ×

2022-11-05

https://www.alibaba.com/product-detail/_1600645860282.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

**Factory Wholesale Custom Logo Rubber Multifunction Horse Grooming Brush**

| 100 - 999 pieces | >= 1000 pieces |
|---|---|
| $0.96 | **$0.86** |

Mastercard OFFER — Save up to US $30 on your first Mastercard purchase

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

| Color | Price | Qty |
|---|---|---|
| Blue | $0.96 | 0 |
| Black | $0.96 | 0 |
| Red | $0.96 | 0 |

Samples: **$10.00/piece** | Min. order : 1 piece | Get samples

Lead time:

| Quantity(pieces) | 1 - 100 | 101 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 15 | 30 | To be negotiated |

Customization: Customized logo (Min. order 3000 pieces)
Customized packaging (Min. order 3000 pieces)

The minimum order quantity is 100 piece
0/100 piece from **$96.00**
Lead time **15** days

Shipping from **$58.99**
(Duty Incl.)
Ocean+Express US
(Standard) Change
Alibaba.com Logistics

Estimated delivery**12/20-1/13**

Start order
Contact supplier
Call us
Add to cart

**Yangzhou Haiku Pet Product Co., Ltd.**
Manufacturer,Trading Company
CN 5YR
Response Time **≤7h** | On-time delivery r... **89.5%**
42 Transactions **40,000+**

Chat now | Browsing History | Messenger 139 | TOP

Exhibit 1
Doe #59
Design Patent Used

**DOE NUMBER:** 60

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Yangzhou Lijia Imp. & Exp. Trade Co., Ltd.

**SELLER ID:** yzlijia



Factory Wholesale Six In One Fle: ×  +  2022-02-18

alibaba.com/product-detail/_1600439885517.html  Update

Alibaba.com  Products  What are you looking for...  NEW  Search  My Alibaba  Messages  Orders  Cart

Categories | Ready to Ship | Personal Protective Eq... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products  Subscribe to Trade Alert

View larger image

Add to Compare  Share

Factory Wholesale Six in One Flexible Scraper Pet bath brush Horse Care Products Horse Grooming Brush

| 500 - 1999 Pieces | >=2000 Pieces |
|---|---|
| $5.00 | $4.00 |

Color:

Samples:
$10.00/Piece | 1 Piece (Min. Order) | Buy Samples

Lead Time:

| Quantity(Pieces) | 1 - 10000 | >10000 |
|---|---|---|
| Est. Time(days) | 180 | To be negotiated |

Customization: Customized logo(Min. Order: 1000 Pieces)

Shipping: Support Sea freight

Alibaba.com Freight | Compare Rates | Learn more

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Dispatch Guarantee  Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Call us

Chat Now

Yangzhou Lijia Imp. & Exp. Trade ...
Manufacturer,Trading Company
CN 2YRS

| Response Time | On-time delivery rate |
|---|---|
| ≤10h | 100.0% |

Contact Supplier
Chat Now
Browsing History
TOP

**Company highlights** View company profile >

| Employees | R&D staffs | Patents |
|---|---|---|
| 11-50 | 1-4 | - |

Verified Certifications (0)
-

Exhibit 1
Doe #60
Copyright(s) SH-2, SH-36, SH-6, SH-8: Listing Image
Design Patent Used



Factory Wholesale Horse Brush P × 2022-02-18

alibaba.com/product-detail/Factory-Wholesale-horse-brush-plastic-6in1_1600447414988.html?spm=a2700.themePage.5238101001221.3.4b39233dQrhHvc

Alibaba.com | Products | What are you looking for... | Search | My Alibaba | Messages | Orders | Cart

Categories | Ready to Ship | Personal Protective Eq... | Trade Shows | Buyer Central | Sell on Alibaba | Help | Get the App | English - USD | Ship to:

Home > All Industries > Sports & Entertainment > Outdoor Sports > Horse Racing > Horse Care Products Subscribe to Trade Alert

View larger image

Add to Compare Share

Factory Wholesale horse brush plastic 6in1

| 500 - 1999 Pieces | >=2000 Pieces |
|---|---|
| $5.00 | $4.00 |

Color:

Samples: $10.00/Piece | 1 Piece (Min. Order) | Buy Samples

Lead Time:

| Quantity(Pieces) | 1 - 10000 | >10000 |
|---|---|---|
| Est. Time(days) | 180 | To be negotiated |

Customization: Customized logo(Min. Order: 1000 Pieces)

Shipping: Support Sea freight

Alibaba.com Freight | Compare Rates | Learn more

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Dispatch Guarantee Refund Policy

For product pricing, customization, or other inquiries:

Contact Supplier

Call us

Chat Now

Yangzhou Lijia Imp. & Exp. Trade ...
Manufacturer,Trading Company
CN 2 YRS

Response Time ≤10h | On-time delivery rate 100.0%

Contact Supplier | Chat Now | Browsing History

## Company highlights View company profile >

| Employees | R&D staffs | Patents |
|---|---|---|
| 11-50 | 1-4 | - |

Verified Certifications (0)

-

Messenger TOP

Exhibit 1
Doe #60
Copyright(s) SH-2, SH-36, SH-6, SH-8, SH-9: Listing Image
Design Patent Used



2022-11-21

Factory Wholesale Horse Brush 1

https://www.alibaba.com/product-detail/_1600457436942.html

Product details | Company profile

Report Suspicious Activity!

Product Description | Specification | Products Description | Services | Recommend Products | Company Profile | Producti

For product pricing, customization, or other inquiries:

Contact supplier

Call us

Chat now

Yangzhou Lijia Imp. & Exp. Trade C...
Manufacturer,Trading Company
CN 2YR

Response Time ≤7h | On-time delivery r... 50.0%

Messenger

Exhibit 1
Doe #60
Copyright(s) SH-2, SH-21, SH-36, SH-6, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 61

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Yangzhou Yingte Relax Daily Products Co., Ltd.

**SELLER ID:** yzyinte



Factory Wholesale Custom Logo 2022-10-18

https://www.alibaba.com/product-detail/_1600605082470.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Outdoor Sports / Horse Racing / Horse Care Products Subscribe to Trade Alert

View larger image

Share

Ready to Ship In Stock Fast Dispatch

**Factory Wholesale Custom Logo Rubber Multifunction Horse Grooming Brush**

1 buyer

100 - 999 pieces $0.96 | >= 1000 pieces **$0.86**

$20.00 OFF Order more than $1,000.00 Get Coupon

Benefits: Silver US $10 off with a new supplier View more

| Color | | | |
|---|---|---|---|
| Blue | $0.96 | 0 | + |
| Black | $0.96 | 0 | + |
| Red | $0.96 | 0 | + |

Samples: **$10.00/piece** Min. Order : 1 piece | Buy Samples

Lead Time:

| Quantity(pieces) | 1 - 100 | 101 - 1000 | > 1000 |
|---|---|---|---|
| Est. Time(days) | 15 | 30 | To Be Negotiated |

Customization: Customized logo (Min. Order 3000 pieces)
Customized packaging (Min. Order 3000 pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders
On-time Delivery Guarantee

The minimum order quantity is 100 piece
0/100 piece from **$96.00**
Processing Time 15 days

Shipping from **$65.00**
(Duty Incl.)
Ocean+Express US (Standard) Change
Alibaba.com Logistics

Estimated delivery 10/24-11/15

Start Order
Contact Supplier
Add to cart

**Verified supplier**
Yangzhou Yingte Relax Daily Products ...
Custom manufacturer
CN 14 YRS

| Store score | On-time delivery rate |
|---|---|
| 4.8/5 | 90.0% |
| Response time | Transactions |
| ≤5h | $1,400,000+ |
| Floorspace | Staff |
| 9418m² | 140 |

Services

Messenger 102

Exhibit 1
Doe #61
Copyright(s) SH-Video 1: Listing Image
Design Patent Used



Factory Wholesale Custom Logo ×
2022-11-05
https://www.alibaba.com/product-detail/_1600605173097.html

Alibaba.com
What are you looking for...
Search
My Alibaba Messages Orders Cart

Categories | Ready to Ship | Personal Protective E... | Buyer Central | Sell on Alibaba.com | Help
Get the app | English - USD | Ship to:

Home / All Industries / Sports & Entertainment / Other Outdoor Sports / Horse Racing / Horse Care Products

View larger image

Share

Ready to Ship | In Stock | Fast Dispatch

**Factory Wholesale Custom Logo Rubber Multifunction Horse Grooming Brush**

| 100 - 999 pieces | >= 1000 pieces |
|---|---|
| $1.75 | $1.58 |

Mastercard OFFER — Save up to US $30 on your first Mastercard purchase

$20.00 OFF Order more than $1,000.00 Get Coupon

Benefits: Silver Quick refunds on orders under US $1,000 View more

Color

| | | |
|---|---|---|
| Blue | $1.75 | 0 |
| Black | $1.75 | 0 |
| Red | $1.75 | 0 |

Samples: $10.00/piece | Min. order : 1 piece | Get samples

Lead time:

| Quantity(pieces) | 1 - 100 | 101 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 15 | 30 | To be negotiated |

Customization: Customized logo (Min. order 3000 pieces)
Customized packaging (Min. order 3000 pieces)
More

Protection: Trade Assurance Protects your Alibaba.com orders

The minimum order quantity is 100 piece
0/100 piece from $175.00
Lead time 15 days

Shipping from $61.45
(Duty Incl.)
Ocean+Express US (Standard) Change
Alibaba.com Logistics

Estimated delivery12/20-1/13

Start order
Contact supplier
Add to cart

Yangzhou Yingte Relax Daily Produ...
Manufacturer,Trading Company
CN 14YR
Response Time ≤4h
On-time delivery r... 86.2%
125 Transactions 900,000+

Chat now
Browsing History
Messenger
TOP

Waiting for d.adroll.com...

Exhibit 1
Doe #61
Design Patent Used

**DOE NUMBER:** 62

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Wenzhou Zhuote Technology Co., Ltd.

**SELLER ID:** zhuote58



Horses Grooming Brush Foal Ma × 2022-09-17

https://www.alibaba.com/product-detail/_1600495423475.html

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Categories Ready to Ship Personal Protective E... Trade Shows Buyer Central Sell on Alibaba.com Help Get the App English - USD Ship to:

Home / All Industries / Home & Garden / Pet Products / Pet Cleaning & Grooming Products / Pet Cleaning & Bathing

View larger image

Add to Compare Share

## Horses Grooming Brush Foal massage hair removal comb Pet hair cleaning comb Horse dogs Grooming Original for Horses

| 10 - 199 pieces | 200 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $1.85 | $1.75 | $1.70 |

Benefits: Silver Quick refunds on orders under US $1,000 View more >

Color

Samples: $1.85/piece | Min. order : 1 piece | Get samples

Lead time:

| Quantity(pieces) | 1 - 500 | > 500 |
|---|---|---|
| Est. time (days) | 10 | To be negotiated |

Customization: Customized logo (Min. order 1000 pieces)
Customized packaging (Min. order 3000 pieces)

Shipping: Express Sea freight • Land freight • Air freight

Protection: Trade Assurance Protects your Alibaba.com orders

Refund Policy

For product pricing, customization, or other inquiries:

Contact supplier

Chat now

Wenzhou Zhuote Technology Co., Ltd.
Manufacturer,Trading Company
CN 4YR

Response Time ≤3h
On-time delivery r... 100.0%
102 Transactions 60,000+

Messenger 107

You may also like

Exhibit 1
Doe #62
Copyright(s) SH-25, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 63

**MARKETPLACE:** Alibaba

**MERCHANT NAME:** Shanghai Zuwei Meidcal Healthcare Instruments Co., Ltd.

**SELLER ID:** zuweimedical



6 In 1 Horse Shaving Board Strip ×

2022-08-26

https://www.alibaba.com/product-detail/_1600519313140.html

Alibaba.com | What are you looking for... | Search | My Alibaba | Messages 78 | Orders | Cart

Categories | Ready to Ship | Personal Protective E... | Trade Shows | Buyer Central | Sell on Alibaba.com | Help | Get the App | English - USD | Ship to:

Home > All Industries > Home & Garden > Pet Products > Pet Cleaning & Grooming Products > Pet Cleaning & Bathing | Subscribe to Trade Alert

View larger image

Share

The minimum order quantity is 10 pairs

0/10 pairs from $19.90

Processing Time 10 days

Shipping from $28.14

Ocean + Delivery US (Economy) Change

Alibaba.com Logistics

Estimated delivery 10/19-11/9

Start Order

Contact Supplier

Call us

Add to cart

Lead Time:

| Quantity(pairs) | 1 - 1000 | >1000 |
|---|---|---|
| Est. Time(days) | 10 | To be negotiated |

Customization: Customized logo(Min. Order: 100 pairs)
Customized packaging(Min. Order: 100 pairs)
More

Protection: Trade Assurance Protects your Alibaba.com orders

On-time Delivery Guarantee

Verified supplier

Shanghai Zuwei Meidcal Healthcare Inc...

Multispecialty supplier

CN 3 YRS

Store score 5.0/5 | On-time delivery rate

Response time

Chat Now | Browsing History | Messenger 78 | TOP

Exhibit 1
Doe #63
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-2, SH-22, SH-3, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 64

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** shopping make you happy

**SELLER ID:** 331149



Massage Livestock Poultry Produ X

2023-10-11

https://www.aliexpress.us/item/3256804437861697.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

shopping make you happy

96.6% Positive feedback

+ Follow

1104 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

Massage Livestock Poultry Product 6 In 1 Horse Hair Comb Horse Shedding Tool Kit Removal Beauty Massage Horses Grooming Brush

**US $14.40** ~~US $16.00~~ -10%

US $3.00 off Orders over US $4.00 Get coupons

Color:

Quantity:

1 + 999 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $1.16**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Nov 06

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $4.75

US $11.69

US $10.07

Exhibit 1
Doe #64
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 65

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Ali-Outdoor Goods Store

**SELLER ID:** 2666074



Exhibit 1
Doe #65
Trademark(s) Gentle Groomer: Listing Description
Copyright(s) SH-6,  SH-9: Listing Image,  Physical Product Image
Design Patent Used

**DOE NUMBER:** 66

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** I LOVE Exercise Store

**SELLER ID:** 2757004

**DOE NUMBER:** 67

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Gmarty 001 Store

**SELLER ID:** 3208080



Kit 6 in 1 Horse Hair Removal Ma ×

2022-02-18

aliexpress.com/item/1005003522688279.html

New arrivals on fashion Up to 30% off on 1000+ new styles! Shop now

Sell on AliExpress | Help | Buyer Protection | App | / English / USD | Wish List | Account

AliExpress Gmarty 001 Store 95.5% Positive feedback + Follow 774 Followers

I'm shopping for... On AliExpress In this store

Store Home Products Sale Items Top Selling Feedback

Kit 6-in-1 Horse Hair Removal Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Brush Horse Shedding Tool

★★★★★ 5.0 3 Reviews 21 orders

**US $3.86** ~~US $5.52~~ -30%

Quantity:

1 Additional 1% off (10 Pieces or more)
977 Pieces available

Ships to United States

**Shipping: US $7.96**

From China to United States via AliExpress Standard Shipping

Estimated delivery on Mar 20

More options

Buy Now | Add to Cart | ♡ 54

75-Day Buyer Protection
Money back guarantee

Recommended For You

US $0.92

US $0.92

US $3.20

## Gmarty 001 Store

Store Categories | Gmarty 001 Store

Exhibit 1
Doe #67
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 68

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** titiJ life Store

**SELLER ID:** 4409014



6 in 1 Horses Dogs Grooming Br × +

2022-10-10

https://www.aliexpress.us/item/3256803388976599.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress | titiJ life Store | + Follow | 89.2% Positive feedback | 1676 Followers | I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Com b Hair Brush Pony Puppy Strip Hair Gentle Cosy

**US $9.37** ~~US $15.62~~ -40%

US $3.00 off Orders over US $4.00 Get coupons

Quantity:

1 200 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $2.52**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Nov 06

More options

Buy Now | Add to Cart | ♡ 3

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $1.19

US $3.55

US $2.33

Exhibit 1
Doe #68
Trademark(s) Strip Hair : Listing Title
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 69

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Party Supplies Direct Store

**SELLER ID:** 4458040



Exhibit 1
Doe #69
Copyright(s) SH-8: Listing Image,  Physical Product Image
Design Patent Used

**DOE NUMBER:** 70

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Sportscoming Store

**SELLER ID:** 4694120



Exhibit 1
Doe #70
Trademark(s) Gentle Groomer: Physical Product

**DOE NUMBER:** 71

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Highcool Store

**SELLER ID:** 5020087



Exhibit 1
Doe #71
Trademark(s) Gentle Groomer: Physical Product

**DOE NUMBER:** 72

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Buy Buy Buy Buy Store

**SELLER ID:** 5434109



Exhibit 1
Doe #72
Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-9: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 73

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Mintiml Life Store

**SELLER ID:** 5601200





2022-02-02

6 in 1 Shedding Grooming Mas

https://www.aliexpress.com/item/1005003330039553.html

Sell on AliExpress | Help | Buyer Protection | App | / English / USD | Wish List | Account

AliExpress

Mintiml Life Store
94.8% Positive feedback
+ Follow
1290 Followers

I'm shopping for... On AliExpress In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

6-in-1 Shedding Grooming Massage Brush

4.6 5 Reviews 122 orders

**US $9.99**

US $4.00 Coupons For You Get coupons

Color: black

Quantity:

1 851 Pieces available

Ships to United States

**Shipping: US $1.05**

From China to United States via AliExpress Standard Shipping

Estimated delivery on Mar 24

More options

Buy Now | Add to Cart | 34

**80-Day Buyer Protection**
Money back guarantee

Recommended For You

US $2.04

US $1.99

US $2.59

Mintiml LIFE STORE DROP SHIPPING

Exhibit 1
Doe #73
Trademark(s) Striphair, Gentle Groomer: Listing Description
Copyright(s) SH-GIF1, SH-Video 2: Listing Image
Design Patent Used

**DOE NUMBER:** 74

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** FL Outdoor Fitness Store

**SELLER ID:** 5733170



Exhibit 1
Doe #74
Copyright(s) SH-2,  SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 75

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** YD Keep Store

**SELLER ID:** 5778951



Exhibit 1
Doe #75
Trademark(s) Gentle Groomer: Physical Product

**DOE NUMBER:** 76

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Cyclingnow Store

**SELLER ID:** 5797556



Exhibit 1
Doe #76
Trademark(s) Gentle Groomer: Physical Product

**DOE NUMBER:** 77

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Safe Outdoors Store

**SELLER ID:** 5876329



Horses Grooming Brush Horse S ×

2022-03-13

aliexpress.com/item/1005003538329127.html

Sell on AliExpress | Help | Buyer Protection | App | / English / USD | Wish List | Account

AliExpress | Safe Outdoors Store | 92.1% Positive feedback | Follow | 221 Followers | I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horses Grooming Brush Horse Shedding Tool Kit 6-in-1 Horse Hair Removal Massage Brush Sweat Cleaning Kit Scrubber

★★★★★ 5.0 | 1 Review | 2 orders

**US $3.86** ~~US $5.52~~ -30%

Quantity: 1 | Additional 1% off (10 Pieces or more) | 997 Pieces available

Ships to United States

**Shipping: US $7.96**

From China to United States via AliExpress Standard Shipping

Estimated delivery on Apr 18

More options

Buy Now | Add to Cart | ♡ 2

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $2.31

US $2.08

US $4.02

Dropshipping & wholesale | WhatsApp: +8619965250807 | Wechat: +8619965250807 | Contact us for the lowest price

**Store Categories**
- Fitness &Body Building
  - Yoga
  - Gymnastics & Martial Arts

**Safe Outdoors Store**
92.1% Positive Feedback
221 Followers
Contact

Exhibit 1
Doe #77
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 78

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Lovely-Life Store

**SELLER ID:** 5884274



Exhibit 1
Doe #78
Trademark(s) The Gentle Groomer: Listing Description
Design Patent Used

**DOE NUMBER:** 79

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Give you healthy Store

**SELLER ID:** 910324109



Exhibit 1
Doe #79
Trademark(s) The Gentle Groomer: Listing Description
Design Patent Used

**DOE NUMBER:** 80

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Ryan-Cycling accessories Store

**SELLER ID:** 910333161



Exhibit 1
Doe #80
Trademark(s) Gentle Groomer: Physical Product

**DOE NUMBER:** 81

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Kakakoo's Makeup Store

**SELLER ID:** 910342212



Exhibit 1
Doe #81
Trademark(s) The Gentle Groomer: Listing Description
Design Patent Used

**DOE NUMBER:** 82

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Sunest Store

**SELLER ID:** 910723111



2022-02-02

Horses Dog Grooming Brush 6

https://www.aliexpress.com/item/1005003496820321.html

Sell on AliExpress | Help | Buyer Protection | App | / English / USD | Wish List | Account

AliExpress

**Sunest Store**
95.2% Positive feedback
Follow
41 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horses Dog Grooming Brush 6-in-1 Shedding Grooming Massage Kit Pet Comb Hair Brush Cleaning Comb Dematting Tool

3.5 2 Reviews 17 orders

**US $8.23 - 8.96** ~~US $11.43 - 12.45~~ -28%

Instant discount: Buy 3 get 1% off

US $4.00 Coupons For You Get coupons

Color:

Quantity:

1 5980 Pieces available

Ships to United States

**Shipping: US $4.38**

From China to United States via AliExpress Standard Shipping

Estimated delivery on Mar 24

More options

Buy Now | Add to Cart | 15

**80-Day Buyer Protection**
Money back guarantee

Recommended For You

US $17.86

US $3.12

US $5.93

## Sunest Store

Exhibit 1
Doe #82
Copyright(s) SH-GIF1: Listing Image
Design Patent Used

**DOE NUMBER:** 83

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** NAISU Have Fun Store

**SELLER ID:** 910951016

**DOE NUMBER:** 84

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Yiqiang Store

**SELLER ID:** 911267244



Harness Supplies Horse Brush Pe ×

2022-10-10

https://www.aliexpress.us/item/3256804174365605.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Yiqiang Store**
95.8% Positive feedback

+ Follow
2315 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Harness Supplies Horse Brush Pet Horse and Dog Beauty Brush 6-in-1 Hair Removal Beauty Massage Scraper Products Home Garden

Extra 2% Off

**US $16.65** ~~US $37.84~~ -56%

US $3.00 off Orders over US $4.00 Get coupons

Color:

Quantity:

1 Additional 10% off (20 Pieces or more)
16795 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Nov 06

More options

Buy Now | Add to Cart | ♡ 1

**75-Day Buyer Protection**
Money back guarantee

**Free Return**
Return for any reason within 15 days

Recommended For You

US $18.44

US $10.97

US $3.78

Exhibit 1
Doe #84
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 85

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Moving Stars Store

**SELLER ID:** 911300190



Exhibit 1
Doe #85
Trademark(s) Gentle Groomer: Physical Product

**DOE NUMBER:** 86

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Environmentally19 Store

**SELLER ID:** 911401002



2022-02-02

6 In 1 Horses Hair Removal Ma

https://www.aliexpress.com/item/1005003509748382.html

Sell on AliExpress | Help | Buyer Protection | App | / English / USD | Wish List | Account

AliExpress

**Environmentally19 Store**

92.3% Positive feedback

+ Follow

453 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

10 orders

**US $3.81** ~~US $5.60~~ -32%

Instant discount: US $1.00 off per US $30.00

US $4.00 Coupons For You | US $1.00 off on US $50.00 | Get coupons

Color: black

Quantity:

1 | 987 Pieces available

Ships to United States

**Shipping: US $7.74**

From China to United States via AliExpress Standard Shipping

Estimated delivery on Mar 23

More options

Buy Now | Add to Cart | 19

**80-Day Buyer Protection**

Money back guarantee

Recommended For You

US $1.39

US $1.20

US $2.04

# Environmentally19 Store

Exhibit 1

Doe #86

Trademark(s) Gentle Groomer: Listing Description

Copyright(s) SH-21: Listing Image

Design Patent Used

**DOE NUMBER:** 87

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** HX Fitness Club Store

**SELLER ID:** 911405012



Exhibit 1
Doe #87
Trademark(s) Gentle Groomer: Physical Product

**DOE NUMBER:** 88

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shop 183 Store

**SELLER ID:** 911556395



Exhibit 1
Doe #88
Trademark(s) Gentle Groomer: Physical Product

**DOE NUMBER:** 89

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** feelifeer Store

**SELLER ID:** 911566395



Exhibit 1
Doe #89
Trademark(s) StripHair, The Gentle Groomer: Listing Image,  Listing Title,  Listing Description
Copyright(s) SH-1,  SH-2,  SH-8,  SH-9: Listing Image,  Physical Product Image
Design Patent Used

**DOE NUMBER:** 90

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** 1988 Outdoor Store

**SELLER ID:** 911808444



Horse Cow Hair Scrubber Horse | × +

2022-02-18

aliexpress.com/item/1005003872156503.html

Update

New arrivals on fashion Up to 30% off on 1000+ new styles! Shop now

Sell on AliExpress | Help | Buyer Protection | App | / English / USD | Wish List | Account

AliExpress 1988 Outdoor Store 93.3% Positive feedback + Follow 34 Followers

I'm shopping for... On AliExpress In this store

Store Home Products Sale Items Top Selling Feedback

Horse Cow Hair Scrubber Horse Brush Cattle Scraper Livestock Cleaning Supplies

**US $12.41** ~~US $22.57~~ -45%

Instant discount: US $1.00 off per US $20.00

US $1.00 off on US $10.00 Get coupons

Color: Black

Quantity:

1 499 Pieces available

Ships to United States

**Shipping: US $1.77**

From China to United States via AliExpress Standard Shipping

Estimated delivery on Mar 19

More options

Buy Now Add to Cart

75-Day Buyer Protection
Money back guarantee

Recommended For You

US $4.00

US $6.78

US $5.72

## 1988 Outdoor Store

Exhibit 1
Doe #90
Copyright(s) SH-2, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 91

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** New Life Outdoor Store

**SELLER ID:** 911811294



Exhibit 1
Doe #91
Copyright(s) SH-1,  SH-10,  SH-3,  SH-36,  SH-6: Listing Image
Design Patent Used

**DOE NUMBER:** 92

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Longevity Store

**SELLER ID:** 911874349



Exhibit 1
Doe #92
Copyright(s) SH-1, SH-10, SH-3, SH-36, SH-6: Listing Image
Design Patent Used

**DOE NUMBER:** 93

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** FEIMAO0611 Store

**SELLER ID:** 911934808



2022-02-02

6 In 1 Horse Hair Comb Horse ×

https://www.aliexpress.com/item/1005003522381713.html

Sell on AliExpress | Help | Buyer Protection | App | / English / USD | Wish List | Account

AliExpress

**FEIMAO0611 Store** + Follow

82.8% Positive feedback 190 Followers

I'm shopping for... On AliExpress In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horse Hair Comb Horse Shedding Tool Kit Removal Beauty Massage Horses Grooming Brush Massage Livestock Poultry Product

5 orders

Enjoy special discount

**US $4.29**

US $6.60 -35%

New User Deal

Instant discount: Buy 5 get 1% off

US $4.00 Coupons For You | US $1.00 off, use 5XU3A25R1QPS | Get coupons

Quantity:

1 | 994 Pieces available

Ships to United States

**Shipping: US $7.74**

From China to United States via AliExpress Standard Shipping

Estimated delivery on Mar 24

More options

Buy Now | Add to Cart | 23

**80-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $0.79**

**US $1.77**

**US $0.62**

**FEIMAO0611 Store**

**Store Categories**

**FEIMAO0611 Store**

Exhibit 1
Doe #93
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 94

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** YXKJ06 Store

**SELLER ID:** 912060508



2022-02-02

6 In 1 Horse Hair Removal Bea ×

https://www.aliexpress.com/item/1005003573113410.html

Sell on AliExpress | Help | Buyer Protection | App | / English / USD | Wish List | Account

AliExpress

YXKJ06 Store
91.8% Positive feedback

+ Follow
83 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horse Hair Removal Beauty Massage Horses Grooming Brush Massage Comb Horse Shedding Tool Kit

**US $12.99**

US $4.00 Coupons For You | Get coupons

Color: black

Quantity:

1 + 999 Pieces available

Ships to United States

**Shipping: US $0.76**

From China to United States via SF Express

Estimated delivery on Apr 07

More options

Buy Now | Add to Cart | ♡ 2

**80-Day Buyer Protection**
Money back guarantee

Recommended For You

US $0.01

US $1.50

US $6.45

# YXKJ06 Store

Store Categories

YXKJ06 Store

Exhibit 1
Doe #94
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 95

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Music Outdoor Fun Global Store

**SELLER ID:** 912176460



Exhibit 1
Doe #95
Copyright(s) SH-1, SH-2, SH-6: Listing Image
Design Patent Used

**DOE NUMBER:** 96

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Doosoo Store

**SELLER ID:** 912177818

**DOE NUMBER:** 97

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** HiKi Outdoor Store

**SELLER ID:** 912267405



Horses Dog Grooming Brush Pet ×

2022-02-18

aliexpress.com/item/1005003714247553.html

Drive for discounts
Up to 70% off car & motorbike items
Shop now

Sell on AliExpress | Help | Buyer Protection | App | / English / USD | Wish List | Account

AliExpress

HiKi Outdoor Store
80.6% Positive feedback

+ Follow
21 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horses Dog Grooming Brush Pet Hair Cleaning Tool Horse Hair Shedding Tool Horse s Grooming Brush

4 orders

**US $2.91** ~~US $5.29~~ -45%

Instant discount: Buy 3 get 2% off

Get coupons

Quantity:

1 999 Pieces available

Ships to United States

**Shipping: US $7.51**

From China to United States via AliExpress Standard Shipping

Estimated delivery on Apr 21

More options

Buy Now | Add to Cart | 9

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $6.02

US $13.21

US $3.67

**HiKi Outdoor Store**

Exhibit 1
Doe #97
Trademark(s) Gentle Groomer: Physical Product

**DOE NUMBER:** 98

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** ToWind Store

**SELLER ID:** 912309092



Exhibit 1
Doe #98
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-6, SH-8: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 99

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Asinse Internation Store

**SELLER ID:** 912515432



2022-02-02

6 In 1 Horses Hair Removal Ma ×

https://www.aliexpress.com/item/1005003609548337.html

Sell on AliExpress | Help | Buyer Protection | App | / English / USD | Wish List | Account

AliExpress

**Aisnse Internation Store**
Top Brand 96.4% Positive feedback

+ Follow
4107 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

1.0 1 Review 13 orders

US $10.38
US $13.31 -22%
New User Deal

Instant discount: Buy 2 get 2% off

US $4.00 Coupons For You | US $1.00 off on US $20.00 | Get coupons

Color:

Quantity:

1 Additional 2% off (2 Pieces or more)
2983 Pieces available

Ships to United States

**Free Shipping**

From China to United States via AliExpress Standard Shipping
Estimated delivery on Mar 20

More options

Buy Now | Add to Cart | 19

**80-Day Buyer Protection**
Money back guarantee

Recommended For You

US $15.88

US $23.57

US $8.86

Exhibit 1
Doe #99
Trademark(s) StripHair, Gentle Groomer: Listing Image, Listing Description
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 100

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Living Hall Store Store

**SELLER ID:** 912654015



2022-02-02

Rubber Gentle Groomer Horse ×

https://www.aliexpress.com/item/1005003612232300.html

Sell on AliExpress | Help | Buyer Protection | App | / English / USD | Wish List | Account

AliExpress

**Living Hall Store Store**
81.8% Positive feedback

+ Follow
14 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Rubber Gentle Groomer Horse Dog 6 In 1 Hair Removal Beauty Massage Horse Shaving Board Hair Removal Brush

1 order

**US $6.26 - 10.07** ~~US $8.95 - 14.38~~ -30%

Instant discount: Buy 3 get 2% off

US $4.00 Coupons For You | Get coupons

Color:

Quantity:

1 Additional 2% off (20 Pieces or more)
1499 Pieces available

Ships to United States

**Free Shipping**
From China to United States via AliExpress Standard Shipping
Estimated delivery on Mar 19

More options

Buy Now | Add to Cart | ♡ 2

**80-Day Buyer Protection**
Money back guarantee

Recommended For You

US $4.21

US $3.25

US $3.25

## Living Hall Store Store

Exhibit 1
Doe #100
Trademark(s) StripHair, Gentle Groomer: Listing Image, Listing Title
Copyright(s) SH-1, SH-2, SH-4, SH-6, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 101

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shop1100009001 Store

**SELLER ID:** 1100009001



Exhibit 1
Doe #101
Copyright(s) SH-1,  SH-2,  SH-8,  SH-9: Listing Image,  Physical Product Image
Design Patent Used

**DOE NUMBER:** 102

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shop1100392448 Store

**SELLER ID:** 1100389480



6 in 1 Horses Dogs Grooming Br

2022-08-13

https://www.aliexpress.com/item/3256804196442966.html

Sell on AliExpress | Help | Buyer Protection | App | / Champaign / English / USD | Wish List | Account

AliExpress

**Shop1100392448 Store**

94.2% Positive feedback

+ Follow

91 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair Brush Pony Puppy Strip Hair Gentle Cosy

Extra 1% Off

2 orders

**US $9.82** ~~US $20.45~~ -52%

US $3.00 off Orders over US $4.00 | Get coupons

Color:

Quantity:

1 | 2663 Pieces available

Ships to Champaign, Illinois, United States

**Shipping: $4.37**

From China to Champaign via AliExpress Standard Shipping

Estimated delivery on Oct 07

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $2.30**

**US $11.61**

**US $2.47**

Exhibit 1
Doe #102
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 103

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shenzhen Lindsay Technology Co., Ltd.

**SELLER ID:** 1100510835



Exhibit 1
Doe #103
Copyright(s) SH-22,  SH-3,  SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 104

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shop1039240 Store

**SELLER ID:** 1100767551



Silicone Brush Comfortable Groo × 2022-10-15

https://www.aliexpress.us/item/3256803797193087.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress Shop1039240 Store 96.6% Positive feedback + Follow 2802 Followers

I'm shopping for... On AliExpress In this store

Store Home Products Sale Items Top Selling New Arrivals Feedback

Silicone Brush Comfortable Grooming Massage Comb for Horses & Dogs No Bristles

Extra 2% Off

**US $11.17** ~~US $14.89~~ -25%

Store Discount: Buy 2 get 1% off

US $3.00 off Orders over US $4.00 | US $8.00 Off Store Coupon | Get coupons

Color: Black

Quantity:

1 Additional 4% off (5 Pieces or more) 788 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Nov 10

More options

Buy Now | Add to Cart

75-Day Buyer Protection

Money back guarantee

Recommended For You

US $2.82

US $3.01

US $4.99

Shop1039240 Store

Exhibit 1

Doe #104

Copyright(s) SH-2: Listing Image

Design Patent Used

**DOE NUMBER:** 105

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** 448B Family Store

**SELLER ID:** 1100784936



Exhibit 1
Doe #105
Trademark(s) Gentle Groomer: Listing Title
Copyright(s) SH-2,  SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 106

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Leading lifestyle store

**SELLER ID:** 1100916313



Leading lifestyle store

Exhibit 1
Doe #106
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 107

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Lifeasy Store

**SELLER ID:** 1101009589



6in1 Horse Brush Removal Hair S ×

2022-10-16

https://www.aliexpress.us/item/3256804365828018.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Lifeasy Store

95.3% Positive feedback

+ Follow

1909 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

6in1 Horse Brush Removal Hair Sweat Massage Brush Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

US $7.21

US $9.24 -22%

New User Deal

Store Discount: Buy 5 get 3% off

US $3.00 off Orders over US $4.00 | US $5.00 Off Store Coupon | Get coupons

Color: Black

Quantity:

1

Additional 3% off (3 Pieces or more)

999 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $1.55**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Nov 10

More options

Buy Now | Add to Cart | ♡ 1

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $4.99

US $93.59

US $6.99

Exhibit 1
Doe #107
Trademark(s) StripHair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-3, SH-31, SH-6, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 108

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** World Supermarket 2015

**SELLER ID:** 1101019794



2022-11-11

517E Horse Brushes for Safe Gro

https://www.aliexpress.us/item/3256803881851192.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**World Supermarket 2015**
96.2% Positive feedback

+ Follow
2678 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | 11.11 Sale | Top Selling | Feedback

517E Horse Brushes for Safe Grooming Shedding Massage Comb for Pets Flexible Silicone Brush Stimulate Blood Circulation

5% Cashback Bonus

**US $6.45** ~~US $8.06~~ -20%

Store Discount: Buy 3 get 2% off

US $3.00 off Orders over US $4.00 Get coupons

Color: Black

Quantity:

1 1000 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $4.97**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06

More options

Buy Now | Add to Cart | 1

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $1.14

US $3.27

Exhibit 1
Doe #108
Copyright(s) SH-2: Listing Image
Design Patent Used

**DOE NUMBER:** 109

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** NC Tools Store

**SELLER ID:** 1101205958



Exhibit 1
Doe #109
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 110

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Fannie Outdoor

**SELLER ID:** 1101208354



Exhibit 1
Doe #110
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used



New Horses Dog Grooming Brus ×

2022-08-03

https://www.aliexpress.com/item/3256803324491647.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**Fannie Outdoor**
95.1% Positive feedback

+ Follow
1077 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Entertainment | Cycling | Feedback

New Horses Dog Grooming Brush Professional Horse Grooming Massage Kit Pet Ne at Comb Shedding Hair Face Cleaning Brushes Tool

★★★★☆ 4.3 · 3 Reviews 12 orders

**US $11.87** ~~US $19.78~~ -40%

Store Discount: Buy 20 get 2% off

US $3.00 off Coupons For You | US $2.00 off Store Coupon | Get coupons

Quantity:

1 9972 Pieces available

Ships to Chicago, Illinois, United States

**Free Shipping**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 25

More options

Buy Now | Add to Cart | ♡ 65

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $2.09**

**US $2.99**

**US $16.85**

Exhibit 1
Doe #110
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 111

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Hang Shang Store

**SELLER ID:** 1101210155



Horse Brush 6 in 1 Horse Hair M ×

2022-10-16

https://www.aliexpress.us/item/3256804043563830.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Hang Shang Store
95.9% Positive feedback

+ Follow
4391 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horse Brush 6 in 1 Horse Hair Massage Brush Removal Sweat Cleaning Scrubber To ol Pets Horse Grooming Hair Removal Clean Tools

2 orders

US $4.31
US $5.67 -24%
New User Deal

Store Discount: Buy 15 get 1% off

US $3.00 off Orders over US $4.00 | US $20.00 Off Store Coupon | Get coupons

Color: Black

Quantity:

1 Additional 5% off (10 Pieces or more)
9998 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $3.79**

From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Nov 10

More options

Buy Now | Add to Cart | 3

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $4.83

US $3.17

US $2.93

Exhibit 1
Doe #111
Trademark(s) StripHair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 112

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** ELOS Outdoor Store

**SELLER ID:** 1101213128



ELOS Horse Brush Removal Hair

2022-10-16

https://www.aliexpress.us/item/3256803752019500.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**ELOS Outdoor Store**

93.0% Positive feedback

+ Follow

662 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

ELOS-Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool

**US $9.05** ~~US $11.75~~ -23%

Store Discount: Get US $1.00 off orders over US $85.00

US $3.00 off Orders over US $4.00 | US $1.00 Off Store coupon | Get coupons

Color: Black

Quantity:

1 | 3000 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $3.16**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Nov 10

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $5.74

US $13.08

US $27.40

Exhibit 1
Doe #112
Design Patent Used