**DOE NUMBER:** 113

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Wondfullforever Store

**SELLER ID:** 1101218477



New Horses Dog Grooming Brus × 2022-08-03

https://www.aliexpress.com/item/3256803766238529.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress **Wondfullforever Store** 97.0% Positive feedback + Follow 739 Followers

I'm shopping for... On AliExpress In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

New Horses Dog Grooming Brush 6-In-1 Shedding Grooming Massage Kit Pet Comb Hair Brush Cleaning Comb Dematting Tool

Shop US $50.00 save US $8.00

3.5 2 Reviews 10 orders

**US $7.47** ~~US $10.38~~ -28%

US $3.00 off Coupons For You | US $1.00 off Store Coupon | Get coupons

Color: Black

Quantity:

1 2993 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $1.45**

Estimated delivery on Aug 31

From China to Chicago via AliExpress Standard Shipping | More options

Buy Now | Add to Cart | 4

**75-Day Buyer Protection**

Recommended For You

**US $11.37**

**US $7.82**

**US $18.64**

Exhibit 1
Doe #113
Design Patent Used

**DOE NUMBER:** 114

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Ali-House Improvement Store

**SELLER ID:** 1101239548



Exhibit 1
Doe #114
Copyright(s) SH-12,  SH-19,  SH-2,  SH-22,  SH-23,  SH-3,  SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 115

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** YaYa SweetLife Store

**SELLER ID:** 1101240457



6 in 1 Horses Dogs Grooming Br... 2022-08-13

https://www.aliexpress.com/item/3256803443505366.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

YaYa SweetLife Store
85.8% Positive feedback

+ Follow
2284 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair Brush Pony Puppy Strip Hair Gentle Cosy

**US $4.46** ~~US $6.86~~ -35%

US $3.00 off Orders over US $4.00 Get coupons

Quantity:

1 1000 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $8.09**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 06

More options

Buy Now | Add to Cart | ♡ 1

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $2.00

US $1.69

US $0.83

Exhibit 1
Doe #115
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



6 in 1 Horses Dogs Grooming Br

2022-08-13

https://www.aliexpress.com/item/3256804008549201.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

YaYa SweetLife Store

85.8% Positive feedback

+ Follow

2284 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Com b Hair Brush Pony Puppy Strip Hair Gentle Cosy

US $10.12

US $18.74 -46%

New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color: A

Quantity:

1 1000 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From United States to Boca raton via Seller's Shipping Method - US

Estimated delivery on Nov 15

More options

Buy Now | Add to Cart | ♡ 2

**25-Day Buyer Protection**

Money back guarantee

Recommended For You

US $2.00

US $1.69

US $0.83

YaYa SweetLife Store

Exhibit 1
Doe #115
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-1, SH-2, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 116

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Francisco's commodity Store

**SELLER ID:** 1101241394



Horses Dog Grooming Brush Pro ×

2022-11-11

https://www.aliexpress.us/item/3256804065773118.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Francisco's commodity Store**

87.2% Positive feedback

+ Follow

922 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horses Dog Grooming Brush Professional Horse Grooming Massage Kit Pet Neat Comb Shedding Hair Face Cleaning Brushes Tool

5% Cashback Bonus

US $10.63

US $16.36 -35%

New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color: A

Quantity:

1 500 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From United States to Boca raton via Seller's Shipping Method - US

Estimated delivery on Jan 22

More options

Buy Now | Add to Cart

**25-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $8.16**

**US $0.96**

**US $0.83**

Exhibit 1
Doe #116
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



Horse Brush Hair Board Strip Hai × 2022-11-11

https://www.aliexpress.us/item/3256804065837553.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Francisco's commodity Store**
87.5% Positive feedback

+ Follow
922 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horse Brush Hair Board Strip Hair Multifunctional Board Brush Horse Cleaning Massage Tools Horses Grooming Tool Pet Supplies

5% Cashback Bonus

US $2.40
US $3.70 -35%
New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color: gray

Quantity:
1 500 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $7.09**
From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Dec 07
More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $10.63**

**US $0.96**

**US $0.83**

Exhibit 1
Doe #116
Trademark(s) Strip Hair: Listing Title, Listing Description
Copyright(s) SH-2, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 117

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Good life, day day up Store

**SELLER ID:** 1101254117



HOT SALE Horses Dog Grooming ✕ | 2022-08-03

https://www.aliexpress.com/item/3256804242807293.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**Good life, day day up Store**
92.2% Positive feedback

+ Follow
1133 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

HOT SALE Horses Dog Grooming Brush 6-In-1 Shedding Grooming Massage Kit Pet Comb Hair Brush Cleaning Comb Dematting Tool

**US $7.43** ~~US $9.65~~ -23%

Store Discount: Buy 10 get 1% off

US $3.00 off Coupons For You | Get coupons

Color: Black

Quantity:

1 | 3000 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $2.77**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 28

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $9.69**

**US $43.86**

**US $28.72**

Exhibit 1
Doe #117
Design Patent Used

**DOE NUMBER:** 118

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Daily Life Market Store

**SELLER ID:** 1101254540



Exhibit 1
Doe #118
Copyright(s) SH-1,  SH-2,  SH-8,  SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 119

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Jusanda passions sporting Store

**SELLER ID:** 1101256959



1pcs 6 In 1 Horses Hair Removal ✕ +

2022-08-04

https://www.aliexpress.com/item/3256804058633935.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**Jusanda passions sporting Store**
94.8% Positive feedback

+ Follow
12735 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Entertainment | Yoga | Feedback

1Pcs 6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

US $7.59
US $18.52 -59%
New User Deal

Store Discount: Buy 2 get 3% off

US $3.00 off Coupons For You | US $1.00 Off Store Coupon | Get coupons

Color: Black

Quantity:

1 | 99 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $0.94**

Free shipping for orders over US $1.00 via the selected shipping method

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Sep 02

More options

Buy Now | Add to Cart | ♡ 1

Recommended For You

US $25.81

US $29.37

US $19.14

Exhibit 1
Doe #119
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 120

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Innovation Painting Store

**SELLER ID:** 1101256995



6 in 1 Horses Dogs Grooming Br... × +

2022-08-03

https://www.aliexpress.com/item/3256803444329906.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**Innovation Painting Store**
90.1% Positive feedback

+ Follow
1971 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair Brush Pony Puppy Strip Hair Gentle Cosy

**US $6.60**

US $3.00 off Coupons For You | Get coupons

Quantity:

1 | 200 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $9.08**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 28

More options

Buy Now | Add to Cart | ♡ 1

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $7.28

US $0.35

US $0.94

Exhibit 1
Doe #120
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 121

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** BestMusic Department Store

**SELLER ID:** 1101258536



BMDT Horses Dog Grooming Bru × | + 2022-08-16

https://www.aliexpress.com/item/3256803968961495.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**BestMusic Department Store**
96.0% Positive feedback

+ Follow
566 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

BMDT-Horses Dog Grooming Brush 6-In-1 Shedding Grooming Massage Kit Pet Comb Hair Brush Cleaning Comb Dematting Tool

**US $8.10** ~~US $10.39~~ -22%

US $3.00 off Orders over US $4.00 Get coupons

Color: Black

Quantity:

– 1 + 3000 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $0.88**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 11

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $14.03**

**US $37.34**

**US $18.52**

Exhibit 1
Doe #121
Design Patent Used

**DOE NUMBER:** 122

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Life=Comfortable Shoe+Useful Bag Store

**SELLER ID:** 1101262739



New 2X Horses Dog Grooming

2022-08-14

https://www.aliexpress.com/item/3256804222649297.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Life=Comfortable Shoe+Useful Bag Store**

92.1% Positive feedback

+ Follow

403 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

New-2X Horses Dog Grooming Brush 6-In-1 Shedding Grooming Massage Kit Pet Comb Hair Brush Cleaning Comb Dematting Tool Black

**US $12.08** ~~US $18.58~~ -35%

US $3.00 off Orders over US $4.00 Get coupons

Quantity:

1 18 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $3.56**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 09

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $10.04**

**US $3.65**

**US $9.94**

Exhibit 1
Doe #122
Design Patent Used

**DOE NUMBER:** 123

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Blessings of the virgin Maria Store

**SELLER ID:** 1101268232



Exhibit 1
Doe #123
Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 124

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Healthy Living Hall Store

**SELLER ID:** 1101268340



Hot Horse Brush Hair Board Strip ×

2022-11-11

https://www.aliexpress.us/item/3256804451117713.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Healthy Living Hall Store**
87.5% Positive feedback

+ Follow
1445 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Oversea Warehouse | Feedback

Hot Horse Brush Hair Board Strip Hair Multifunctional Board Brush Horse Cleaning Massage Tools Pet Hair Removal Supplies

US $3 off every US $30 spent on promo | 5% Cashback Bonus

US $9.30
US $17.55 -47%
New User Deal

US $3.00 off Orders over US $4.00 | US $20.00 Off Store Coupon | Get coupons

Color: black

Quantity:
1 Additional 1% off (5 Pieces or more)
999 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**
From United States to Boca raton via Seller's Shipping Method - US
Estimated delivery on Jan 23
More options

Buy Now | Add to Cart

**25-Day Buyer Protection**
Money back guarantee

Recommended For You

US $1.02

US $0.04

Exhibit 1
Doe #124
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-2, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 125

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** OneTree Store

**SELLER ID:** 1101268568



Exhibit 1
Doe #125
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-2,  SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 126

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Brighting Lights Store

**SELLER ID:** 1101269511



Exhibit 1
Doe #126
Trademark(s) Strip Hair: Listing Title,  Listing Description
Copyright(s) SH-1,  SH-12,  SH-19,  SH-2,  SH-22,  SH-23,  SH-3,  SH-31,  SH-8,  SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 127

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** EZ Housework Store

**SELLER ID:** 1101277153



6in1 Horse Brush Removal Hair

2022-11-11

https://www.aliexpress.us/item/3256804242278470.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**EZ Housework Store**

90.0% Positive feedback

+ Follow

568 Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

US $3 off every US $30 spent on promo | 5% Cashback Bonus

US $2.28

New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color: black

Quantity:

1 Additional 1% off (5 Pieces or more)
999 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $7.83**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 07

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $2.93

US $0.30

Exhibit 1

Doe #127

Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image

Design Patent Used

**DOE NUMBER:** 128

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Mr. Tool Dropship Store

**SELLER ID:** 1101278245



Hot Horse Brush Hair Board Strip ×

2022-10-15

https://www.aliexpress.us/item/3256804451302625.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Mr. Tool Dropship Store**
91.0% Positive feedback

+ Follow
1023 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Oversea Warehouse Shipping | Feedback

Hot Horse Brush Hair Board Strip Hair Multifunctional Board Brush Horse Cleaning Massage Tools Pet Hair Removal Supplies

US $9.65
US $17.55 -45%
New User Deal

US $3.00 off Orders over US $4.00 | US $20.00 Off Store Coupon | Get coupons

Color: black

Quantity:

1 Additional 1% off (5 Pieces or more)
999 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From United States to Boca raton via Seller's Shipping Method - US

Estimated delivery on Dec 19

More options

Buy Now | Add to Cart

**25-Day Buyer Protection**
Money back guarantee

Recommended For You

US $0.90

US $0.93

US $1.93

Exhibit 1
Doe #128
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-2, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 129

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Your Good Life Store

**SELLER ID:** 1101280694



Hot Horse Brush Hair Board Stri 2022-10-16

https://www.aliexpress.us/item/3256804451075180.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Your Good Life Store
90.3% Positive feedback

Follow
969 Followers

I'm shopping for... On AliExpress In this store

Store Home | Products | Sale Items | Top Selling | Oversea Warehouse | Feedback

Hot Horse Brush Hair Board Strip Hair Multifunctional Board Brush Horse Cleaning Massage Tools Pet Hair Removal Supplies

US $9.65
US $17.55 -45%
New User Deal

US $3.00 off Orders over US $4.00 | US $20.00 Off Store Coupon | Get coupons

Color: black

Quantity:

1 Additional 1% off (5 Pieces or more)
999 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From United States to Boca raton via Seller's Shipping Method - US
Estimated delivery on Dec 19

More options

Buy Now | Add to Cart

**25-Day Buyer Protection**
Money back guarantee

Recommended For You

US $1.55

US $0.23

US $0.25

Exhibit 1
Doe #129
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-2, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 130

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** JULYHOT Store

**SELLER ID:** 1101280781



2022-08-03

6 In 1 Horse Brush Scrubber Hor

https://www.aliexpress.com/item/3256803948147559.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

JULYHOT Store

92.7% Positive feedback

+ Follow

535 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Camping & Hiking | Feedback

6 In 1 Horse Brush Scrubber Horses Grooming Removal Hair Massage Brush Sweat Cleaning Kit Shedding Tool Equestrian Supplies

1 order

**US $6.22** ~~US $8.89~~ -30%

Store Discount: Buy 6 get 1% off

US $3.00 off Coupons For You | US $5.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 + 29997 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $3.24**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Sep 01

More options

Buy Now | Add to Cart | ♡ 1

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $0.24**

**US $2.33**

**US $0.99**

Exhibit 1

Doe #130

Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image, Physical Product Image

Design Patent Used

**DOE NUMBER:** 131

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** ShenZhen Instrument Tool Drop Shipping Store

**SELLER ID:** 1101285600



6 In 1 Horse Hair Removal Beaut × +  2022-08-03

https://www.aliexpress.com/item/3256803847302639.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress | **ShenZhen Instrument Tool Drop Shippi...** 93.4% Positive feedback | + Follow 1867 Followers | I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

6 In 1 Horse Hair Removal Beauty Massage Horses Grooming Brush Massage Comb Horse Shedding Tool Kit Livestock Poultry Product

Shop US $50.00 save US $8.00

1 order

US $9.49 US $13.96 -32% New User Deal

Store Discount: Buy 10 get 2% off

US $3.00 off Coupons For You | US $2.00 Off Store Coupon | Get coupons

Color: Black

Black

Quantity:

1 998 Bags available

Ships to Chicago, Illinois, United States

**Shipping: $2.35**

Estimated delivery on Aug 31

From China to Chicago via AliExpress Standard Shipping More options

Buy Now | Add to Cart | 3

Recommended For You

**US $1.99**

**US $7.17**

**US $0.01**

Exhibit 1
Doe #131
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 132

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Purer Life Drop Shipping Store

**SELLER ID:** 1101296877



Exhibit 1
Doe #132
Copyright(s) SH-1,  SH-2,  SH-8,  SH-9: Listing Image
Design Patent Used



6 In 1 Horses Hair Removal Mass
2022-08-04
https://www.aliexpress.com/item/3256803845656404.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress | Purer Life Drop Shipping Store | 89.6% Positive feedback | + Follow | 1205 Followers | I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

**US $7.31** ~~US $14.62~~ -50%

US $3.00 off Coupons For You | US $1.00 off Store Coupon | Get coupons

Color: Red

Quantity:

1 | 500 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $1.44**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 29

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $3.88

US $1.30

US $6.89

Exhibit 1
Doe #132
Copyright(s) SH-2, SH-3: Listing Image, Physical Product Image
Design Patent Used



6 in 1 Horses Dogs Grooming Br × 2022-08-04

https://www.aliexpress.com/item/3256803439248760.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress **Tool&House&Light Store** 88.9% Positive feedback + Follow 1071 Followers

I'm shopping for... On AliExpress In this store

Store Home Products Sale Items Top Selling New Arrivals Feedback

6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Com b Hair Brush Pony Puppy Strip Hair Gentle Cosy

Shop US $50.00 save US $8.00

5 orders

**US $4.75** ~~US $6.79~~ -30%

US $3.00 off Coupons For You Get coupons

Quantity:

1 200 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $9.08**

Estimated delivery on Aug 31

From China to Chicago via AliExpress Standard Shipping More options

Buy Now Add to Cart ♡ 6

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $0.88**

**US $0.58**

**US $75.56**

Exhibit 1
Doe #133
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



Exhibit 1
Doe #133
Copyright(s) SH-1,  SH-2,  SH-8,  SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 134

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** My Cozy Life Store

**SELLER ID:** 1101298892



6 In 1 Horses Hair Removal Mass ✕ +

2022-10-16

https://www.aliexpress.us/item/3256803842689201.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

My Cozy Life Store
89.7% Positive feedback

+ Follow
1061 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

Extra 3% Off

US $3.02
US $6.04 -50%
New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color: Red

Quantity:

1 975 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $8.33**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Nov 10

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $1.43**

**US $0.64**

**US $3.95**

Exhibit 1
Doe #134
Copyright(s) SH-2, SH-3: Listing Image
Design Patent Used



6 In 1 Horses Hair Removal Mas:

2022-10-16

https://www.aliexpress.us/item/3256803642689201.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

My Cozy Life Store

89.7% Positive feedback

+ Follow

1061 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

Extra 3% Off

US $3.02

US $6.04 -50%

New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color: Red

Quantity:

1 975 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $8.33**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Nov 10

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $1.43**

**US $0.64**

**US $3.95**

Exhibit 1
Doe #134
Copyright(s) SH-2, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 135

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Inyasha HU Store

**SELLER ID:** 1101300236



Horse Brush Hair Board Strip Hai ×

2022-11-10

https://www.aliexpress.us/item/3256804606381960.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress Inyasha HU Store + Follow 91.8% Positive feedback 905 Followers

I'm shopping for... On AliExpress In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

Horse Brush Hair Board Strip Hair Multifunctional Board Brush Horse Cleaning Massage Tools Horses Grooming Tool Pet Supplies

US $3 off every US $30 spent on promo | 5% Cashback Bonus | Extra 2% Off

**US $9.72** ~~US $19.44~~ -50%

US $3.00 off orders over US $4.00 Get coupons

Color: gray

Quantity:

1 1000 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From United States to Boca raton via Seller's Shipping Method - US

Estimated delivery on Jan 24

More options

Buy Now | Add to Cart

**25-Day Buyer Protection**
Money back guarantee

Recommended For You

US $5.45

US $0.92

US $3.29

Inyasha HU Store

Exhibit 1
Doe #135
Trademark(s) Strip Hair: Listing Title, Listing Description
Copyright(s) SH-2, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 136

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** QZ Trend Store

**SELLER ID:** 1101301895



6 in 1 Horses Dogs Grooming Br

2022-11-10

https://www.aliexpress.us/item/3256803975346667.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

QZ Trend Store
94.6% Positive feedback

+ Follow
4048 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | 11.11 Sale | Top Selling | New Arrivals | Feedback

6-in-1 Horses Dogs Grooming Brush Hair Shedding Massage Comb Kit Neat Pet Comb Hair Brush Pony Puppy Strip Hair Gentle Cosy New

5% Cashback Bonus

**US $9.78** ~~US $16.30~~ -40%

Store Discount: Buy 5 get 2% off

US $3.00 off Orders over US $4.00 | US $3.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 Additional 2% off (5 Pieces or more)
4496 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06

More options

Buy Now | Add to Cart | 1

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $2.97

US $3.38

US $18.20

Exhibit 1
Doe #136
Trademark(s) Strip Hair: Listing Title, Listing Description
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-31, SH-9, SH-Video 1: Listing Image
Design Patent Used

**DOE NUMBER:** 137

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** My Lifestyle Store

**SELLER ID:** 1101301910



2022-08-13

6 In 1 Horses Hair Removal Mas

https://www.aliexpress.com/item/3256804120234544.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

My Lifestyle Store
89.5% Positive feedback

+ Follow
1918 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

Extra 2% Off

US $2.16
US $4.92 -56%
New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color: black

Quantity:
1 975 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $8.33**
From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Oct 06 More options

Buy Now | Add to Cart

75-Day Buyer Protection
Money back guarantee

Recommended For You

US $3.16

US $0.12

US $18.36

Exhibit 1
Doe #137
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 138

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Tools Specialize Store

**SELLER ID:** 1101306187



6 In 1 Horse Hair Brush Multi Fu × +

2022-09-14

https://www.aliexpress.com/item/3256803828054719.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Tools Specialize Store**

92.9% Positive feedback

+ Follow

837 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6-In-1 Horse Hair Brush Multi-Functional Grooming Shedding Massage Brush For Horses Hair Removal,Grooming,Polishing,Cleaning

**US $10.30** ~~US $13.73~~ -25%

Store Discount: Buy 5 get 1% off

US $3.00 off Orders over US $4.00 Get coupons

Quantity:

1 998 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 06

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $12.47**

**US $37.29**

**US $10.39**

Exhibit 1

Doe #138

Copyright(s) SH-1: Listing Image

Design Patent Used

**DOE NUMBER:** 139

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Close To Life Store

**SELLER ID:** 1101306609



6 In 1 Horse Hair Brush Multi Fu ×

2022-11-11

https://www.aliexpress.us/item/3256803869353040.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Close To Life Store**
85.6% Positive feedback

+ Follow
1218 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6-In-1 Horse Hair Brush Multi-Functional Grooming Shedding Massage Brush For Horses 6 In 1 Horsehair Grooming Brush

5% Cashback Bonus

US $11.73
US $14.48 -19%

New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Quantity:

1 998 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**
From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Dec 06

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

## Close To Life Store

Store Categories

Exhibit 1
Doe #139
Copyright(s) SH-1: Listing Image
Design Patent Used

**DOE NUMBER:** 140

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** China row Store

**SELLER ID:** 1101315067



6in1 Horse Brush Removal Hair N... × +
2022-10-15
https://www.aliexpress.us/item/3256804240389157.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress
China row Store
95.7% Positive feedback
+ Follow
7803 Followers
I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

Extra 1% Off

**US $9.87** ~~US $14.10~~ -30%

Store Discount: Buy 50 get 1% off

US $3.00 off Orders over US $4.00 | US $5.00 Off Store Coupon | Get coupons

Color: Black

Quantity:
1
Additional 1% off (5 Pieces or more)
1000 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**
From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Nov 10
More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

**Free Return**
Return for any reason within 15 days

Recommended For You

**US $15.54**

**US $18.06**

**US $22.11**

Exhibit 1
Doe #140
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-2, SH-3, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 141

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Let's Go Exercise Store

**SELLER ID:** 1101318240



6 In 1 Horse Brush Equestrian Su | 2022-08-03

https://www.aliexpress.com/item/3256803919295588.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**Let's Go Exercise Store**
95.7% Positive feedback

+ Follow
474 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horse Brush Equestrian Supplies Hair Removal Massage Poultry Shedding Tool For Grooming Scrubber Animal Sweat Cleaning

**US $8.50** ~~US $9.45~~ -10%

Store Discount: Buy 4 get 1% off

US $3.00 off Coupons For You | US $4.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 | 29997 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $2.37**

Buy 25 and get free shipping via the selected shipping method
From China to Chicago via AliExpress Standard Shipping
Estimated delivery on Aug 29

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $4.74

US $2.28

US $4.72

Exhibit 1
Doe #141
Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-3: Listing Image, Physical Product Image
Design Patent Used

2022-08-03

https://www.aliexpress.com/item/3256803919295588.html

Let's Go Exercise St...    DESCRIPTION    CUSTOMER REVIEWS (0)    SPECIFICATIONS



Exhibit 1
Doe #141
Copyright(s) SH-12,  SH-19,  SH-22,  SH-23,  SH-3: Listing Image,  Physical Product Image
Design Patent Used

**DOE NUMBER:** 142

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Nosii Garden Store

**SELLER ID:** 1101318454



6 In 1 Horse Hair Brush Multi-Fu ×

2022-11-10

https://www.aliexpress.us/item/3256803869351396.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Nosii Garden Store**
80.2% Positive feedback

+ Follow
628 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6-In-1 Horse Hair Brush Multi-Functional Grooming Shedding Massage Brush For Horses 6 In 1 Horsehair Grooming Brush

5% Cashback Bonus

US $11.89
US $14.68 -19%
New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Quantity:
1 998 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**
From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Dec 06

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $7.47**

**US $20.49**

**US $9.12**

## Nosii Garden Store

Exhibit 1
Doe #142
Copyright(s) SH-1: Listing Image
Design Patent Used

**DOE NUMBER:** 143

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** GOOD LIFE TO U Store

**SELLER ID:** 1101322223



2X Horses Dog Grooming Brush · × +
2022-08-04
https://www.aliexpress.com/item/3256804220728097.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

GOOD LIFE TO U Store
95.7% Positive feedback
+ Follow
201 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

2X Horses Dog Grooming Brush 6-In-1 Shedding Grooming Massage Kit Pet Comb Hair Brush Cleaning Comb Dematting Tool Black

**US $12.42** ~~US $16.56~~ -25%

Store Discount: Buy 3 get 1% off

US $3.00 off Coupons For You | US $1.00 Off Store Coupon | Get coupons

Quantity:

1 | 24 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $2.42**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 28

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $1.27

US $11.14

US $1.79

Exhibit 1
Doe #143
Design Patent Used

**DOE NUMBER:** 144

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** League of Pets Store

**SELLER ID:** 1101322760



6 in 1 Horses Dogs Grooming Br × | 2022-08-03

https://www.aliexpress.com/item/3256804002571233.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress | League of Pets Store | 94.4% Positive feedback | + Follow | 1124 Followers | I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair Brush Pony Puppy Strip Hair Gentle Cosy

Shop US $50.00 save US $8.00

3 orders

**US $9.09** ~~US $18.18~~ -50%

US $3.00 off Coupons For You | Get coupons

Color: Black

Quantity:

1 | 999 Pieces available

Ships to Chicago, Illinois, United States

**Free Shipping**

Estimated delivery on Aug 31

From China to Chicago via AliExpress Standard Shipping | More options

Buy Now | Add to Cart | 3

**75-Day Buyer Protection**

Recommended For You

US $0.32

US $1.97

US $16.99

Exhibit 1
Doe #144
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 145

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** HOCU Store

**SELLER ID:** 1101324708



Horses Dog Grooming Brush 6-in-1 Shedding Grooming Massage Kit Pet Comb Hair Brush Cleaning Comb Dematting Tool

US $7.51 - 8.00  ~~US $9.51 - 10.13~~  -21%

US $3.00 off Coupons For You  Get coupons

Color:

Quantity:  1  6000 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $2.55**
From China to Chicago via AliExpress Standard Shipping
Estimated delivery on Sep 02

More options ∨

Buy Now     Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $18.17

US $13.70

US $20.65

Exhibit 1
Doe #145
Design Patent Used

**DOE NUMBER:** 146

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** PXO&KND Store

**SELLER ID:** 1101325086



Hot Horses Dog Grooming Brush ×

2022-08-13

https://www.aliexpress.com/item/3256804046722435.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

PXO&KND Store

87.5% Positive feedback

+ Follow

57 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Hot-Horses Dog Grooming Brush 6-In-1 Shedding Grooming Massage Kit Pet Comb Hair Brush Cleaning Comb Dematting Tool

US $7.33

US $12.02 -39%

New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color: Black

Quantity:

1 3000 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $2.77**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 06

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $57.29

US $8.98

US $17.29

Exhibit 1

Doe #146

Design Patent Used

**DOE NUMBER:** 147

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Outdoors Good life Store

**SELLER ID:** 1101325136



6 In 1 Shedding Tool Poultry Ani ×

2022-08-04

https://www.aliexpress.com/item/3256804019766883.html

AliExpress | Outdoors Good life Store | 95.7% Positive feedback | + Follow | 247 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Water Sports | Cycling | Feedback

6 In 1 Shedding Tool Poultry Animal Sweat Cleaning For Grooming Hair Removal Scrubber Equestrian Supplies Massage Horse Brush

**US $9.95** ~~US $15.79~~ -37%

Store Discount: Buy 2 get 2% off

US $3.00 off Coupons For You | US $5.00 Off Store Coupon | Get coupons

Color: Black

Quantity:

1 | 2628 Pieces available

Ships to Chicago, Illinois, United States

**Free Shipping**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 26

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $1.94

US $15.04

US $14.14

Exhibit 1
Doe #147
Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 148

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Cycling Equipment & Fishing Store

**SELLER ID:** 1101330256



2X Horses Dog Grooming Brush ×

2022-10-13

https://www.aliexpress.com/item/3256804393191910.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Cycling Equipment & Fishing Store**

100.0% Positive feedback

+ Follow

99 Followers

I'm shopping for...

On AliExpress | In this store

0

Store Home | Products | Sale Items | Top Selling | Feedback

2X Horses Dog Grooming Brush 6-In-1 Shedding Grooming Massage Kit Pet Comb Hair Brush Cleaning Comb Dematting Tool Black

**US $12.87** ~~US $16.74~~ -23%

Store Discount: Buy 3 get 1% off

US $3.00 off Orders over US $4.00 Get coupons

Quantity:

1 18 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $1.81**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 09

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $50.86**

**US $9.67**

**US $11.93**

Exhibit 1
Doe #148
Design Patent Used

**DOE NUMBER:** 149

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Handclap Store

**SELLER ID:** 1101331999



2X Horses Dog Grooming Brush ×

2022-10-13

https://www.aliexpress.com/item/3256804393263135.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Handclap Store

100.0% Positive feedback

+ Follow

35 Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

2X Horses Dog Grooming Brush 6-In-1 Shedding Grooming Massage Kit Pet Comb Hair Brush Cleaning Comb Dematting Tool Black

**US $13.99** ~~US $18.65~~ -25%

US $3.00 off Orders over US $4.00 Get coupons

Quantity:

1 18 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $1.81**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 08

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $11.32**

**US $2.78**

**US $9.96**

Exhibit 1

Doe #149

Design Patent Used

**DOE NUMBER:** 150

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** ABLT Store

**SELLER ID:** 1101333932



Horses Dog Grooming Brush 6 in ×

2022-08-13

https://www.aliexpress.com/item/3256804466791275.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress | **ABLT Store** | 100.0% Positive feedback | + Follow | 63 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horses Dog Grooming Brush 6-In-1 Shedding Grooming Massage Kit Pet Comb Hair Brush Cleaning Comb Dematting Tool

**US $8.24** ~~US $12.67~~ -35%

Store Discount: Buy 3 get 2% off

US $3.00 off Orders over US $4.00 | US $1.00 Off Store Coupon | Get coupons

Color: Red

Quantity:

1 + 3000 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $2.35**

From China to Boca raton via Cainiao Standard - SG Air

Estimated delivery on Nov 10

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $8.40

US $9.55

US $27.94

Exhibit 1
Doe #150
Design Patent Used

**DOE NUMBER:** 151

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** AWM Store Store

**SELLER ID:** 1101335498



6 in 1 Shedding Grooming Mass ×

2022-10-16

https://www.aliexpress.us/item/3256803442203046.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**AWM Store Store**

89.7% Positive feedback

+ Follow

1012 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6-in-1 Shedding Grooming Massage Brush Horses Grooming Brush Massage Comb Original For Horses

**US $3.76** ~~US $6.26~~ -40%

US $3.00 off Orders over US $4.00 Get coupons

Color: BK

Quantity:

1 Additional 5% off (25 Pieces or more)

9999 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $7.63**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Nov 10

More options

Buy Now | Add to Cart | ♡ 1

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $1.04

US $0.80

US $0.40

Exhibit 1

Doe #151

Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-9: Listing Image

Design Patent Used

**DOE NUMBER:** 152

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Five stars Store

**SELLER ID:** 1101336342



6in1 Horse Brush Removal Hair ...

2022-11-12

https://www.aliexpress.us/item/3256804350195661.html?gatewayAdapt=glo2usa&_randl_shipto=US

Five stars Store

DESCRIPTION CUSTOMER REVIEWS (1) SPECIFICATIONS

Buy Now Add to Cart

Exhibit 1
Doe #152
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 153

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** hIGHWIF Store

**SELLER ID:** 1101341831



2022-08-03

6in1 Horse Brush Removal Hair M

https://www.aliexpress.com/item/3256803850863873.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress | hIGHWIF Store | 91.2% Positive feedback | + Follow | 256 Followers | I'm shopping for... | On AliExpress | In this store | 0

Store Home | Products | Sale Items | Top Selling | Feedback

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

5.0 | 1 Review | 3 orders

**US $3.47** ~~US $4.69~~ -26%

Store Discount: Buy 2 get 2% off

US $3.00 off Coupons For You | Get coupons

Color:

Quantity: 1 | Additional 2% off (2 Pieces or more) | 2987 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $7.34**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Sep 02

More options

Buy Now | Add to Cart | 8

75-Day Buyer Protection

Recommended For You

US $4.60

US $19.57

US $0.17

Exhibit 1
Doe #153
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 154

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** MELONTEC Official Store

**SELLER ID:** 1101346470



Exhibit 1
Doe #154
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-1, SH-10, SH-12, SH-15, SH-2, SH-3, SH-39, SH-8, SH-GIF1: Listing Image
Design Patent Used

**DOE NUMBER:** 155

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Swimming Life Store

**SELLER ID:** 1101350801



6 In 1 Horses Hair Removal Mas: × +

2022-08-04

https://www.aliexpress.com/item/3256804058655169.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

Swimming Life Store
95.4% Positive feedback

+ Follow
131 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Surfing accessories | Feedback

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

US $9.15 - 9.69
US $21.78 - 23.06 -58%
New User Deal

Store Discount: Buy 2 get 3% off

US $3.00 off Coupons For You | US $1.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 + 297 Pieces available

Ships to Chicago, Illinois, United States

**Free Shipping**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 31

More options

Buy Now | Add to Cart | 1

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $17.49

US $6.64

US $20.42

Exhibit 1
Doe #155
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 156

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Yunjin Meijia Store

**SELLER ID:** 1101360202



Horses Dog Grooming Brush Pro ×

2022-08-04

https://www.aliexpress.com/item/3256803412938805.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress | Yunjin Meijia Store | 91.9% Positive feedback | + Follow | 1262 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Promotion | Feedback

Horses Dog Grooming Brush Professional Horse Grooming Massage Kit Pet Neat Co mb Shedding Hair Face Cleaning Brushes Tool

★★★★★ 4.7 | 3 Reviews | 8 orders

US $0.01 - 8.63

US $5.14 - 21.05 Up to 99% off

New User Bonus

Color:

Quantity:

1 | 1 pieces at most per customer

Ships to Chicago, Illinois, United States

**Shipping: $7.75**

Estimated delivery on Aug 31

From China to Chicago via AliExpress Standard Shipping

More options

Buy Now | 16

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $0.01**

**US $6.79**

**US $0.96**

Exhibit 1
Doe #156
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 157

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shenzhen Good Life Store

**SELLER ID:** 1101360692



Horse Brush Hair Board Strip Ha × | + | 2022-10-16

https://www.aliexpress.us/item/3256803952252266.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress | Shenzhen Good Life Store | 89.9% Positive feedback | + Follow | 795 Followers | I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horse Brush Hair Board Strip Hair Multifunctional Board Brush Horse Cleaning Massage Tools Horses Grooming Tool Pet Supplies

Extra 2% Off

1 order

**US $9.06** ~~US $16.47~~ -45%

Store Discount: Buy 2 get 2% off

US $3.00 off Orders over US $4.00 | US $3.00 Off Store Coupon | Get coupons

Color: gray

Quantity:

1 | 498 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From United States to Boca raton via Seller's Shipping Method - US

Estimated delivery on Dec 19

More options

Buy Now | Add to Cart | ♡ 2

**20-Day Buyer Protection**

Money back guarantee

Recommended For You

US $1.40

US $6.87

US $3.24

Exhibit 1
Doe #157
Trademark(s) Strip Hair: Listing Title, Listing Description
Copyright(s) SH-2, SH-3: Listing Image
Design Patent Used



Exhibit 1
Doe #157
Trademark(s) Strip Hair: Listing Title,  Listing Description
Copyright(s) SH-2,  SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 158

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** 11-11 WeHome&Tools Store

**SELLER ID:** 1101361542



Exhibit 1
Doe #158
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



Horse Brush Hair Board Strip Hai ×

2022-11-11

https://www.aliexpress.us/item/3256804733724834.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

11-11 WeHome&Tools Store
87.2% Positive feedback

+ Follow
1216 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

Horse Brush Hair Board Strip Hair Multifunctional Board Brush Horse Cleaning Massage Tools Horses Grooming Tool Pet Supplies

5% Cashback Bonus

US $2.46
US $3.62 -32%
New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color: gray

Quantity:

1 300 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $6.82**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 07

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $12.55

US $3.32

US $0.42

Exhibit 1
Doe #158
Trademark(s) Strip Hair: Listing Title, Listing Description
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 159

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Happiness HM Store

**SELLER ID:** 1101363433



Exhibit 1
Doe #159
Copyright(s) SH-1,  SH-2,  SH-8,  SH-9: Listing Image
Design Patent Used



Horse Brush Hair Board Strip Ha... × 2022-11-11

https://www.aliexpress.us/item/3256804064226327.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress | Happiness HM Store | 74.7% Positive feedback | + Follow | 670 Followers | I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horse Brush Hair Board Strip Hair Multifunctional Board Brush Horse Cleaning Massage Tools Horses Grooming Tool Pet Supplies

5% Cashback Bonus

US $2.33
US $3.70 -37%
New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color: gray

Quantity:

1 Only 4 left

Ships to Boca raton, Florida, United States

**Shipping: $7.09**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 07

More options

Buy Now | Add to Cart | ♡ 1

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $0.48

US $4.75

US $28.26

Exhibit 1
Doe #159
Trademark(s) Strip Hair: Listing Title, Listing Description
Copyright(s) SH-2, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 160

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Nordstadt Store

**SELLER ID:** 1101365929



Horse Brush Hair Board Strip Hai × | + | 2022-11-12

https://www.aliexpress.us/item/3256804059191173.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress | Nordstadt Store | + Follow | 92.4% Positive feedback | 784 Followers | I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horse Brush Hair Board Strip Hair Multifunctional Board Brush Horse Cleaning Massage Tools Horses Grooming Tool Pet Supplies

US $3 off every US $30 spent on promo | 5% Cashback Bonus | Extra 2% Off

US $9.14
US $14.06 -35%
New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color: gray

Quantity:
1 200 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**
From United States to Boca raton via Seller's Shipping Method - US
Estimated delivery on Jan 23 More options

Buy Now | Add to Cart

**25-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $0.92**

**US $0.22**

**US $3.18**

Exhibit 1
Doe #160
Trademark(s) Strip Hair: Listing Title, Listing Description
Copyright(s) SH-2, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 161

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Colourful Life 520 Store

**SELLER ID:** 1101366064



Horses Dog Grooming Brush Pr × +

2022-12-31

https://www.aliexpress.us/item/3256804060451051.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Colourful Life 520 Store
92.8% Positive feedback

+ Follow
576 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horses Dog Grooming Brush Professional Horse Grooming Massage Kit Pet Neat Comb Shedding Hair Face Cleaning Brushes Tool

US $3.66
US $5.16 -29%
New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color: A

Quantity:
1 + 300 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $8.20**

From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Jan 23

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $0.42

US $1.86

US $0.79

COLOURFUL LIFE 520 STORE Follow us get more voucher

Exhibit 1
Doe #161
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 162

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Hana Houseware Store

**SELLER ID:** 1101366838



Exhibit 1
Doe #162
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



Exhibit 1
Doe #162
Copyright(s) SH-1,  SH-2,  SH-8,  SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 163

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** profession Tools&Lighting Store

**SELLER ID:** 1101367258



6 In 1 Horse Hair Comb Horse Sh ×

2022-08-03

https://www.aliexpress.com/item/3256803438948208.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**profession Tools&Lighting Store**
89.5% Positive feedback

+ Follow
2367 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horse Hair Comb Horse Shedding Tool Kit Removal Beauty Massage Horses Grooming Brush Massage Livestock Poultry Product

Shop US $50.00 save US $8.00

★★★★★ 5.0 | 5 Reviews | 175 orders

US $4.35
US $6.79 -36%
New User Deal

US $3.00 off Coupons For You | US $1.00 Off Store Coupons | Get coupons

Quantity:
1 | 546 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $9.08**
Estimated delivery on Aug 31
From China to Chicago via AliExpress Standard Shipping | More options

Buy Now | Add to Cart | ♡ 46

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $2.07

US $0.20

US $0.17

Exhibit 1
Doe #163
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



6 In1 Horse Brush Removal Hair ×

2022-09-13

https://www.aliexpress.com/item/3256803951400841.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

profession Tools&Lighting Store
88.7% Positive feedback

+ Follow
2368 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

Shop US $50.00 save US $5.00 | Extra 3% Off

★★★★★ 4.9 17 Reviews 116 orders

US $2.07 - 10.99
US $4.92 - 26.17 -58%
New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color:

Quantity:

1 17400 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $8.33**
Estimated delivery on Oct 14
From China to Boca raton via AliExpress Standard Shipping
More options

Buy Now | Add to Cart | 173

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $0.20**

**US $4.90**

**US $0.34**

Exhibit 1
Doe #163
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 164

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** New Hang Shang Store

**SELLER ID:** 1101368984



6 in 1 Horse Brush Removal Hors ×

2022-11-10

https://www.aliexpress.us/item/3256804043622603.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

New Hang Shang Store

95.1% Positive feedback

+ Follow

1408 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | 11.11 Sale | Top Selling | New Arrivals | Feedback

6 in 1 Horse Brush Removal Horse Hair Massage Brush Sweat Cleaning Scrubber Tool Pets Horse Grooming Hair Removal Clean Tools

US $3 off every US $30 spent on promo | 5% Cashback Bonus

US $4.24

US $6.15 -31%

New User Deal

Store Discount: Buy 20 get 1% off

US $3.00 off Orders over US $4.00 | US $20.00 Off Store Coupon | Get coupons

Color:

Quantity:

1

Additional 5% off (10 Pieces or more)

29997 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $3.79**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $2.16

US $1.84

US $2.06

Exhibit 1

Doe #164

Trademark(s) StripHair, The Gentle Groomer: Listing Image

Copyright(s) SH-1, SH-8, SH-9: Listing Image

Design Patent Used

**DOE NUMBER:** 165

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Friendly Kitchen&House Store

**SELLER ID:** 1101372068



Horse Brush Hair Board Strip Hai × | + 2022-12-31

aliexpress.us/item/3256805031744719.html?spm=a2g0o.productlist.main.115.56953a5bIlr4px&algo_pvid=358f4a48-6c1d-448c-a6c1-ad8cfc7d3de9&algo_exp_id=358f4a48-6c1d-448c-a6c1-ad8cfc7d3de9-57&pdp_ext_f=%7B"sku_id"%3A"12000032226...

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**Friendly Kitchen&House Store**
89.5% Positive feedback

+ Follow
1223 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horse Brush Hair Board Strip Hair Multifunctional Board Brush Horse Cleaning Massage Tools Horses Grooming Tool Pet Supplies

Extra 3% off

**US $8.32** ~~US $11.89~~ 30% off

Store Discount: Buy 2 get 3% off

US $2.00 Off Store Coupon Get coupons

Color: blue

Quantity:

1 698 Pieces available

Ships to Chicago, Illinois, United States

**Free Shipping**

From United States to Chicago via Seller's Shipping Method - US

Estimated delivery on May 04

More options

Buy Now | Add to Cart

Recommended For You

**US $4.71**

**US $2.97**

**US $3.49**

Exhibit 1
Doe #165
Trademark(s) Strip Hair: Listing Title, Listing Description
Copyright(s) SH-2: Listing Image
Design Patent Used

**DOE NUMBER:** 166

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Voilamart Official Store

**SELLER ID:** 1101372472



Exhibit 1
Doe #166
Copyright(s) SH-2, SH-8: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 167

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Hoppy House Store

**SELLER ID:** 1101373361



Exhibit 1
Doe #167
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 168

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** CC TOOL Store

**SELLER ID:** 1101375144



Horses Dog Grooming Brush Pro ×

aliexpress.us/item/3256803745247839.html?gatewayAdapt=glo2usa&_randl_shipto=US

2022-11-11

TREND SPOTTING Home & garden Up to 70% off Shop now

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress | CC TOOL Store | 91.3% Positive feedback | Follow | 778 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horses Dog Grooming Brush Professional Horse Grooming Massage Kit Pet Neat Comb Shedding Hair Face Cleaning Brushes Tool

Extra 3% off

1 order

**US $3.32** ~~US $4.74~~ 30% off

Store Discount: Buy 2 get 3% off

US $2.00 off Store Coupon | Get coupons

Color: A

Quantity:

1 | 299 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $8.55**

Estimated delivery on Mar 31

From China to Chicago via AliExpress Standard Shipping

More options

Buy Now | Add to Cart | ♡ 2

Recommended For You

US $0.21

US $1.68

US $3.08

Exhibit 1
Doe #168
Copyright(s) SH-1, SH-2, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 169

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Enjoys Sporting Store

**SELLER ID:** 1101375692



Exhibit 1
Doe #169
Copyright(s) SH-1,  SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 170

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Fun-House Store

**SELLER ID:** 1101377709



Horses Dog Grooming Brush 6 in

2022-08-03

https://www.aliexpress.com/item/3256803515420728.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress | **Fun-House Store** | Follow
95.3% Positive feedback | 105 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

## Horses Dog Grooming Brush 6-in-1 Shedding Grooming Massage Kit Pet Comb Hair Brush Cleaning Comb Dematting Tool Black

4.5 | 2 Reviews | 7 orders

**US $8.61** ~~US $9.78~~ -12%

US $3.00 off Coupons For You | Get coupons

Quantity:

1 | 2989 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $1.21**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 28

More options

Buy Now | Add to Cart | 3

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $13.02

US $2.36

US $4.22

Exhibit 1
Doe #170
Design Patent Used

**DOE NUMBER:** 171

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** janice'ssupermarket Store

**SELLER ID:** 1101377846



Exhibit 1
Doe #171
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-2: Listing Image
Design Patent Used



Exhibit 1
Doe #171
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-2: Listing Image
Design Patent Used

**DOE NUMBER:** 172

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** An-outdoor Store

**SELLER ID:** 1101378650



Horse Brush Removal Hair Mass× | 2022-10-16

https://www.aliexpress.us/item/3256804035356170.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

An-outdoor Store
95.1% Positive feedback
+ Follow
113 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool

**US $8.88** ~~US $14.10~~ -37%

Store Discount: Buy 8 get 1% off

US $3.00 off Orders over US $4.00 | Get coupons

Color: Light yellow

Quantity:

1 | 3000 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $3.16**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Nov 10

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $3.98

US $11.31

US $10.79

**An-outdoor Store**

Exhibit 1
Doe #172
Design Patent Used

**DOE NUMBER:** 173

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Hi,we are Store

**SELLER ID:** 1101390169



Horses Dog Grooming Brush 6 | × | +

2022-09-13

https://www.aliexpress.com/item/3256804188250363.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Hi,we are Store

88.4% Positive feedback

+ Follow

182 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horses Dog Grooming Brush 6-In-1 Shedding Grooming Massage Kit Pet Comb Hair Brush Cleaning Comb Dematting Tool

**US $7.68** ~~US $11.82~~ -35%

US $3.00 off Orders over US $4.00 Get coupons

Color:

Quantity:

1 + 3000 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $3.12**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 09

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $12.36

US $59.11

Turtle Ramp

US $2.70

Exhibit 1

Doe #173

Design Patent Used

**DOE NUMBER:** 174

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** BeautyParlour Store

**SELLER ID:** 1101391550



2022-12-21

1pc Horses Dogs Grooming Sh ×

https://www.aliexpress.com/item/1005003525718718.html

Sell on AliExpress | Help | Buyer Protection | App | / English / USD | Wish List | Account

AliExpress

**BeautyParlour Store**
91.9% Positive feedback

+ Follow
1104 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

1pc Horses Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush 6 in 1 multi-functional pet supply

2 orders

**US $3.52** ~~US $5.03~~ -30%

US $4.00 Coupons For You | Get coupons

Quantity:

1 | Additional 2% off (10 Pieces or more)
997 Pieces available

Ships to United States

**Shipping: US $7.96**

From China to United States via AliExpress Standard Shipping

Estimated delivery on Mar 23

More options

Buy Now | Add to Cart | ♡ 1

**80-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $0.87**

**US $3.88**

**US $0.43**

## BeautyParlour Store

**Store Categories**

**BeautyParlour Store**

Exhibit 1
Doe #174
Trademark(s) The Gentle Groomer: Listing Description
Design Patent Used

**DOE NUMBER:** 175

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shop5799622 Store

**SELLER ID:** 1101395122



6in1 Horse Brush Removal Hair

2022-09-13

https://www.aliexpress.com/item/3256804159568329.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Shop5799622 Store
90.9% Positive feedback

Follow
552 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

Extra 2% Off

3 orders

US $2.01
US $2.91 -31%

New User Deal

US $3.00 off Orders over US $4.00 | US $25.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 | 29997 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $6.63**
From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Oct 08

More options

Buy Now | Add to Cart | 6

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $4.75

US $1.70

US $1.67

Exhibit 1
Doe #175
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 176

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Optimism&positivity Store

**SELLER ID:** 1101395123



6in1 Horse Brush Removal Hair | ×  +  2022-11-12

https://www.aliexpress.us/item/3256804159563113.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress   **Optimism&positivity Store**   87.3% Positive feedback   + Follow   662 Followers

I'm shopping for. .   On AliExpress   In this store

Store Home   Products   Sale Items   Top Selling   Feedback

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

US $3 off every US $30 spent on promo | 5% Cashback Bonus | Extra 2% Off

US $1.95
US $2.91 -33%
New User Deal

US $3.00 off Orders over US $4.00   US $25.00 Off Store Coupon   Get coupons

Color:

Quantity:

1   29997 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $7.12**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 07

More options

Buy Now   Add to Cart   ♡ 2

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $0.58

US $2.53

US $0.62

Exhibit 1
Doe #176
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 177

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Hightquality Tools Store

**SELLER ID:** 1101398524



2X Horses Dog Grooming Brush ×

2022-08-04

https://www.aliexpress.com/item/3256804226775812.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**Hightquality Tools Store**
100.0% Positive feedback

+ Follow
5 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

2X Horses Dog Grooming Brush 6-In-1 Shedding Grooming Massage Kit Pet Comb H air Brush Cleaning Comb Dematting Tool Black

**US $12.97** ~~US $17.29~~ -25%

Store Discount: Buy 2 get 1% off

US $3.00 off Coupons For You | Get coupons

Quantity:

1 | 24 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $1.81**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 26

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $3.16

US $3.61

US $7.12

Exhibit 1
Doe #177
Design Patent Used

**DOE NUMBER:** 178

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** JL SISTER Store

**SELLER ID:** 1101400433



Horses Dog Grooming Brush Pro

2022-12-30

https://www.aliexpress.us/item/3256804056704623.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

JL SISTER Store

94.3% Positive feedback

+ Follow

740 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horses Dog Grooming Brush Professional Horse Grooming Massage Kit Pet Neat Comb Shedding Hair Face Cleaning Brushes Tool

US $3.46

US $5.16 -33%

New User Deal

US $3.00 off Orders over US $4.00 | US $2.00 Off store Coupon | Get coupons

Color: A

Quantity:

1 300 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $8.20**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Jan 22

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $2.98

US $8.49

US $5.77

JL SISTER Store

Drop Shipping

your daily care

Exhibit 1
Doe #178
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 179

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shop5869269 Store

**SELLER ID:** 1101402033



6in1 Horse Brush Removal Hair N ×

2022-09-13

https://www.aliexpress.com/item/3256804159592465.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Shop5869269 Store

91.5% Positive feedback

+ Follow

359 Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

Extra 2% Off

1 order

US $2.01

US $2.91 -31%

New User Deal

US $3.00 off Orders over US $4.00 | US $25.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 | 29997 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $6.63**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 09

More options

Buy Now | Add to Cart | ♡ 1

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $4.49

US $0.56

US $2.21

Exhibit 1

Doe #179

Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image

Design Patent Used

**DOE NUMBER:** 180

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Luna Cycling Store

**SELLER ID:** 1101403794



Equestrian supplies horse brush | × + 2022-08-04

https://www.aliexpress.com/item/3256804091056298.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress | **Luna Cycling Store** | + Follow
95.5% Positive feedback | 657 Followers

I'm shopping for.. | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Equestrian supplies horse brush bath massage brush horse dog grooming brush bat h massage brush 6 in 1 hair removal beauty

**US $10.11** ~~US $25.27~~ -60%

Store Discount: Buy 5 get 5% off

US $3.00 off Coupons For You | US $6.00 Off Store Coupon | Get coupons

Color: Black

Quantity:

1 | 999 Pieces available

Ships to Chicago, Illinois, United States

**Free Shipping**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 26

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $0.01**

**US $1.83**

**US $0.01**

Exhibit 1
Doe #180
Copyright(s) SH-2, SH-36: Listing Image
Design Patent Used

**DOE NUMBER:** 181

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Eprolo Dropshipping Store

**SELLER ID:** 1101404222



6 in1 Horse Brush Removal Hair

https://www.aliexpress.com/item/3256803979994580.html

2022-08-04

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**Eprolo Dropshipping Store**

91.7% Positive feedback

+ Follow

960 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 in1 Horse Brush Removal Hair Massage Brush Grooming Massage Brush Sweat Cleaning Kit Scrubber Shedding Tool Equestrian Supplie

4 orders

US $4.65

US $9.48 -51%

New User Deal

US $3.00 off Coupons For You | Get coupons

Color:

Quantity:

1 Additional 1% off (5 Pieces or more)

2992 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $5.17**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 24

More options

Buy Now | Add to Cart | 1

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $4.57

US $18.79

US $14.74

Exhibit 1
Doe #181
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 182

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Mr. TOOl Store

**SELLER ID:** 1101409627



6 in1 Horse Brush Removal Hair

2022-11-11

https://www.aliexpress.us/item/3256803797167559.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Mr. TOOl Store
92.8% Positive feedback

+ Follow
841 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Oversea Warehouse | Feedback

6 in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

US $3 off every US $30 spent on promo | 5% Cashback Bonus

**US $2.60** ~~US $4.82~~ -46%

US $3.00 off Orders over US $4.00 Get coupons

Color: 3

Quantity:

1 999 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $7.23**

From China to Boca raton via Seller's Shipping Method

Estimated delivery on Jan 17

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $1.54

US $0.31

US $1.27

Overseas warehouse
Drop shipping

Exhibit 1
Doe #182
Copyright(s) SH-2, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 183

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** *Warm Your House* Store

**SELLER ID:** 1101418253



6in1 Horse Brush Removal Hair M ×

2022-11-10

https://www.aliexpress.us/item/3256804242200416.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

*Warm Your House* Store
93.5% Positive feedback

+ Follow
640 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | 11.11 Sale | Top Selling | New Arrivals | Feedback

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

US $3 off every US $30 spent on promo | 5% Cashback Bonus

US $2.32
US $4.38 -47%
New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color: black

Quantity:
1
Additional 1% off (5 Pieces or more)
999 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $7.83**
From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Dec 06

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $6.12

US $1.48

US $11.47

Exhibit 1
Doe #183
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 184

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Outdoor Campaing Store

**SELLER ID:** 1101425167



2022-11-10

6 In 1 Poultry Shedding Tool Scru

https://www.aliexpress.us/item/3256804049892614.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Outdoor Campaing Store

97.0% Positive feedback

+ Follow

370 Followers

I'm shopping for. | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Poultry Shedding Tool Scrubber For Grooming Livestock Dogs Equestrian Supplies Horse Brush Sweat Cleaning Hair Removal

5% Cashback Bonus

**US $9.84** ~~US $13.12~~ -25%

Store Discount: Buy 2 get 2% off

US $3.00 off Orders over US $4.00 | US $5.00 off Store Coupon | Get coupons

Color: Black

Quantity:

1 | 999 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06

More options

Buy Now | Add to Cart | 1

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $6.07

US $8.62

US $9.45

Exhibit 1
Doe #184
Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 185

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Buy for Your Lifestyle Store

**SELLER ID:** 1101427419



2022-12-31

Horses Dog Grooming Brush Pro

https://www.aliexpress.us/item/3256803564472048?.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Buy for Your Lifestyle Store**

89.6% Positive Feedback

+ Follow

1321 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

Horses Dog Grooming Brush Professional Horse Grooming Massage Kit Pet Neat Comb Shedding Hair Face Cleaning Brushes Tool

Extra 1% Off

**US $5.02** US $6.28 -20%

US $3.00 off Orders over US $4.00 Get coupons

Color: A

Quantity:

1 | 500 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $11.08**

From United States to Boca raton via Seller's Shipping Method - US

Estimated delivery on Mar 09

More options

Buy Now | Add to Cart

**25-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $3.25**

**US $4.49**

**US $1.50**

**Buy for Your Lifestyle Store**

Exhibit 1
Doe #185
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 186

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** West-Times Decor Store

**SELLER ID:** 1101448805



6 In 1 Comb Dogs For Grooming ×

2022-08-03

https://www.aliexpress.com/item/3256804205454024.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress | West-Times Decor Store | + Follow | 100.0% Positive feedback | 23 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Comb Dogs For Grooming Scrubber Massage Sweat Cleaning Hair Removal Equestrian Supplies Shedding Tool Animal Horse Brush

**US $9.98**

US $3.00 off Coupons For You | Get coupons

Color:

Quantity:

1 | 893 Pieces available

Ships to Chicago, Illinois, United States

**Free Shipping**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 26

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $7.05

US $15.94

US $13.36

Exhibit 1
Doe #186
Design Patent Used

**DOE NUMBER:** 187

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** AACAR 001 Store

**SELLER ID:** 1101450525



6-in-1 Shedding Grooming Mas: × +

2022-11-11

https://www.aliexpress.us/item/3256803444075082.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

AACAR 001 Store

90.7% Positive feedback

+ Follow

1490 Followers

I'm shopping for... On AliExpress In this store

Store Home Products Sale Items Top Selling Feedback

6-in-1 Shedding Grooming Massage Brush Horses Grooming Brush Massage Comb

US $3 off every US $30 spent on promo | 5% Cashback Bonus

5.0 1 Review 2 orders

US $3.55

US $5.22 -32%

New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color:

Quantity:

1 10011 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $7.11**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06

More options

Buy Now Add to Cart 12

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $1.17

US $2.91

US $0.05

Exhibit 1

Doe #187

Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-9: Listing Image

Design Patent Used

**DOE NUMBER:** 188

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shop900235191 Store

**SELLER ID:** 1101495506



Exhibit 1
Doe #188
Copyright(s) SH-2,  SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 189

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Outer Store

**SELLER ID:** 1101503538



Horse Brush Hair Massage Brush × + 2022-12-31

https://www.aliexpress.us/item/3256804689302213.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Outer Store**
93.6% Positive feedback

+ Follow
583 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horse Brush Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Clean Shedding Tool Equestrian Accessories Supplies

**US $7.36**

US $3.00 off Orders over US $4.00 Get coupons

Color: Black

Quantity:

− 1 + 80 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $7.73**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Jan 23

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $14.87

US $14.71

US $36.61

**Outer Store**

Exhibit 1
Doe #189
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 190

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Yahuan Outdoor Store

**SELLER ID:** 1101507420



6in1 Horse Brush Removal Hair ✕ +

2022-08-14

https://www.aliexpress.com/item/3256804053228364.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Yahuan Outdoor Store
90.4% Positive feedback

+ Follow
1941 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

Extra 2% Off

★★★★★ 4.5 27 Reviews 153 orders

US $4.50
US $9.99 -55%
New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color:

Quantity:
1 Additional 3% off (2 Pieces or more)
4319 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $3.16**
From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Oct 07

More options

Buy Now | Add to Cart | ♡ 206

Recommended For You

US $48.00

US $9.50

US $1.42

Exhibit 1
Doe #190
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-22, SH-3, SH-8: Listing Image
Design Patent Used



Exhibit 1
Doe #190
Trademark(s) Striphair,  The Gentle Groomer: Listing Image
Copyright(s) SH-22,  SH-3,  SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 191

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Jojo-INT Store

**SELLER ID:** 1101511144



Horses Shedding Grooming Mas ×

2022-10-16

https://www.aliexpress.us/item/3256804256630304.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress | Jojo-INT Store | 97.2% Positive feedback | + Follow | 2729 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horses Shedding Grooming Massage Brush Horses Floating Hair Stripper Horses Grooming Horse Shedding Tool Equestrian Supplies

1 order

**US $5.89** US $7.27 -19%

US $3.00 off Orders over US $4.00 Get coupons

Color:

Quantity:

1 599 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $5.61**

Estimated delivery on Nov 14

From China to Boca raton via AliExpress Standard Shipping

More options

Buy Now | Add to Cart | ♡ 1

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $12.89

US $24.65

US $29.25

Exhibit 1
Doe #191
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-2, SH-4, SH-6, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 192

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Nimluxe Store

**SELLER ID:** 1101512656



6 in1 Horse Brush Removal Hair

2022-11-10

https://www.aliexpress.us/item/3256804164390566.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Nimluxe Store
95.9% Positive feedback

+ Follow
1093 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | 11.11 Sale | Top Selling | Feedback

6 in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

5% Cashback Bonus | Extra 1% Off

1 order

US $7.33
US $13.09 -44%
New User Deal

Store Discount: Buy 2 get 2% off

US $3.00 off Orders over US $4.00 Get coupons

Color: Black

Quantity:

1 500 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $2.83**

Free shipping for orders over US $200.00 via the selected shipping method

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06

More options

Buy Now | Add to Cart | 1

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $15.56**

**US $15.87**

**US $22.17**

Exhibit 1
Doe #192
Trademark(s) StripHair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 193

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Yunyi Technology Store

**SELLER ID:** 1101531898



Horses Dogs Grooming Brush 6 | × | +

2022-11-11

https://www.aliexpress.us/item/3256804644613558.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Yunyi Technology Store**
100.0% Positive feedback

Follow
11 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horses Dogs Grooming Brush 6-in-1 Shedding Grooming Massage Kit Neat Pet Com b

5% Cashback Bonus

**US $25.97** ~~US $29.85~~ -13%

Store Discount: Get US $2.00 off orders over US $30.00

US $3.00 off Orders over US $4.00 | Get coupons

Quantity:

1 | 100 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $11.80**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $52.19**

**US $6.86**

**US $23.48**

Exhibit 1
Doe #193
Trademark(s) Gentle Groomer: Listing Description
Copyright(s) SH-10: Listing Image
Design Patent Used

**DOE NUMBER:** 194

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shop910316049 Store

**SELLER ID:** 1101536137



Horse Brush Hair Board Strip Hai ×  2022-11-12

https://www.aliexpress.us/item/3256804731967710.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Shop910316049 Store
89.3% Positive feedback

+ Follow
498 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horse Brush Hair Board Strip Hair Multifunctional Board Brush Horse Cleaning Massage Tools Horses Grooming Tool Pet Supplies

5% Cashback Bonus | Extra 2% Off

US $2.46
US $3.62 -32%
New User Deal

US $3.00 off Orders over US $4.00 | Get coupons

Color: gray

Quantity:
1 | 300 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $6.82**
From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Dec 07

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $2.78

US $4.77

US $1.03

Exhibit 1
Doe #194
Trademark(s) Strip Hair: Listing Title, Listing Description
Copyright(s) SH-2, SH-3: Listing Image
Design Patent Used



Horses Dog Grooming Brush Pro × +

2022-11-12

https://www.aliexpress.us/item/3256804732073250.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Shop910316049 Store**
89.3% Positive feedback

+ Follow
498 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horses Dog Grooming Brush Professional Horse Grooming Massage Kit Pet Neat Comb Shedding Hair Face Cleaning Brushes Tool

5% Cashback Bonus | Extra 2% Off

US $9.68
US $14.23 -32%
New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color: A

Quantity:
1 300 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**
From United States to Boca raton via Seller's Shipping Method - US
Estimated delivery on Jan 22
More options

Buy Now | Add to Cart

**25-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $7.64**

**US $4.77**

**US $1.03**

Exhibit 1
Doe #194
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 195

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** sesong Store

**SELLER ID:** 1101536144



2X Horses Dog Grooming Brush × +

2022-09-14

https://www.aliexpress.com/item/3256804138431368.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

sesong Store
95.3% Positive feedback

+ Follow
66 Followers

I'm shopping for... | On AliExpress | In this store

0

Store Home | Products | Sale Items | Top Selling | Feedback

2X Horses Dog Grooming Brush 6-In-1 Shedding Grooming Massage Kit Pet Comb Hair Brush Cleaning Comb Dematting Tool Black

**US $13.93** ~~US $18.57~~ -25%

Store Discount: Buy 2 get 3% off

US $3.00 off Orders over US $4.00 | US $1.00 Off Store Coupon | Get coupons

Quantity:

1 | 18 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $1.81**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 09

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $14.29

US $12.92

US $2.98

Exhibit 1
Doe #195
Design Patent Used

**DOE NUMBER:** 196

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Riro Ding Dang Store

**SELLER ID:** 1101542730



2022-11-10

6in1 Portable Horse Brush Remo

https://www.aliexpress.us/item/3256804400002180.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Riro Ding Dang Store
93.5% Positive feedback

+ Follow
1021 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | 11.11 Sale | Top Selling | Feedback

6in1 Portable Horse Brush Removal Hair Shedding Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Tool Bath Pet Supplie

5% Cashback Bonus | Extra 2% Off

**US $7.97** ~~US $15.94~~ -50%

US $3.00 off Orders over US $4.00 Get coupons

Color: Black

Quantity:

1 999 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06

More options

Buy Now | Add to Cart

75-Day Buyer Protection
Money back guarantee

Free Return
Return without any reason for free within 15 days

Recommended For You

US $10.29

US $2.14

US $12.01

**Riro Ding Dang Store**

Exhibit 1
Doe #196
Copyright(s) SH-12, SH-19, SH-21, SH-22, SH-23, SH-3, SH-36, SH-4, SH-6, SH-Video 1: Listing Image
Design Patent Used



Exhibit 1
Doe #196
Copyright(s) SH-12, SH-19, SH-21, SH-22, SH-23, SH-3, SH-36, SH-4, SH-6, SH-Video 1: Listing Image
Design Patent Used

**DOE NUMBER:** 197

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** nonewmoon Store

**SELLER ID:** 1101543204



Horse Brush Hair Board Strip Hai × 2022-11-11

https://www.aliexpress.us/item/3256804732093350.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress nonewmoon Store 89.2% Positive feedback + Follow 373 Followers I'm shopping for... On AliExpress In this store

Store Home Products Sale Items Top Selling Feedback

Horse Brush Hair Board Strip Hair Multifunctional Board Brush Horse Cleaning Massage Tools Horses Grooming Tool Pet Supplies

5% Cashback Bonus

US $2.46 ~~US $3.62~~ -32% New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color: grey

Quantity:

1 300 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $7.37**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 07

More options

Buy Now Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $0.71

US $1.14

US $2.77

Exhibit 1
Doe #197
Trademark(s) Strip Hair: Listing Title, Listing Description
Copyright(s) SH-2, SH-3: Listing Image
Design Patent Used



Horses Dog Grooming Brush Pro × | +
2022-11-11

https://www.aliexpress.us/item/3256804732124271.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

nonewmoon Store
89.2% Positive feedback

+ Follow
373 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horses Dog Grooming Brush Professional Horse Grooming Massage Kit Pet Neat Comb Shedding Hair Face Cleaning Brushes Tool

5% Cashback Bonus

US $2.78
US $4.09 -32%
New User Deal

US $3.00 off Orders over US $4.00 | Get coupons

Color:

Quantity:
1 | 300 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $8.55**
From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Dec 07
More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $0.71**

**US $1.14**

**US $2.77**

Exhibit 1
Doe #197
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 198

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Small Animals Store

**SELLER ID:** 1101548930



Exhibit 1
Doe #198
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-12,  SH-19,  SH-2,  SH-22,  SH-23,  SH-3,  SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 199

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Cozy & House Store

**SELLER ID:** 1101553005



Exhibit 1
Doe #199
Trademark(s) Strip Hair: Listing Title,  Listing Description
Copyright(s) SH-2,  SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 200

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Home-Factory Drop Shipping Store

**SELLER ID:** 1101554711



6 In 1 Multi functional For Horse ×

2022-08-04

https://www.aliexpress.com/item/3256803812030872.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**Home-Factory Drop Shipping Store**

93.0% Positive feedback

+ Follow

115 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Multi-functional For Horses Hair Removal Beauty Massage High-quality Horse Hair Brush Horses Grooming Horse Shedding Tool

US $4.60
US $8.84 -48%
New User Deal

US $3.00 off Coupons For You | Get coupons

Quantity:
1 | 999 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $8.05**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 26

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $0.73

US $1.71

US $4.04

Exhibit 1
Doe #200
Copyright(s) SH-1, SH-2, SH-4, SH-6: Listing Image
Design Patent Used

**DOE NUMBER:** 201

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** TopHome Tool Drop Shipping Store

**SELLER ID:** 1101554833



6 In 1 Multi functional For Horse: ×

2022-11-11

https://www.aliexpress.us/item/3256803803389958.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

TopHome Tool Drop Shipping Store

91.6% Positive feedback

+ Follow

659 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Oversea warehouse | Feedback

6 In 1 Multi-functional For Horses Hair Removal Beauty Massage High-quality Horse Hair Brush Horses Grooming Horse Shedding Tool

US $3 off every US $30 spent on promo | 5% Cashback Bonus

US $4.24

US $8.84 -52%

New User Deal

US $3.00 off Orders over US $4.00 | US $20.00 Off Store Coupon | Get coupons

Quantity:

1 | 999 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $8.01**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06

More options

Buy Now | Add to Cart

75-Day Buyer Protection

Money back guarantee

Recommended For You

US $0.23

US $0.27

US $0.73

## TopHome Tool Drop Shipping Store

Exhibit 1

Doe #201

Copyright(s) SH-1, SH-2, SH-4, SH-6, SH-Video 1: Listing Image

Design Patent Used



Hot Horse Brush Hair Board Strip × +

2022-11-11

https://www.aliexpress.us/item/3256804606071879.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**TopHome Tool Drop Shipping Store**

91.6% Positive feedback

+ Follow

659 Followers

I'm shopping for... On AliExpress In this store

Store Home Products Sale Items Top Selling New Arrivals Oversea warehouse Feedback

Hot Horse Brush Hair Board Strip Hair Multifunctional Board Brush Horse Cleaning Massage Tools Pet Hair Removal Supplies

US $3 off every US $30 spent on promo | 5% Cashback Bonus

US $9.48

US $17.55 -46%

New User Deal

US $3.00 off Orders over US $4.00 US $20.00 Off Store Coupon Get coupons

Color: black

Quantity:

1 Additional 1% off (5 Pieces or more)
999 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From United States to Boca raton via Seller's Shipping Method - US

Estimated delivery on Jan 23

More options

Buy Now Add to Cart

**25-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $1.43**

**US $1.29**

**US $2.67**

Exhibit 1
Doe #201
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-2, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 202

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** ZSH Sports Have Fun Store

**SELLER ID:** 1101555026



5 In 1 Horse Brush Pet Removal × +

2022-08-04

https://www.aliexpress.com/item/3256803887846413.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

ZSH Sports Have Fun Store

Top Brand 95.4% Positive feedback

+ Follow

744 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

5 in 1 Horse Brush Pet Removal Hair Massage Brush Handle Sweat Cleaning Kit Hors e Grooming Shedding Tool Equestrian Supplies

Shop US $50.00 save US $8.00

2.0 1 Review 13 orders

**US $8.13** ~~US $12.70~~ -36%

Store Discount: Buy 2 get 2% off

US $3.00 off Coupons For You | US $3.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 Additional 2% off (2 Pieces or more)
1486 Pieces available

Ships to Chicago, Illinois, United States

**Free Shipping**

Estimated delivery on Aug 31

From China to Chicago via AliExpress Standard Shipping

More options

Buy Now | Add to Cart | 22

Recommended For You

US $5.97

US $6.81

US $13.77

Exhibit 1
Doe #202
Trademark(s) Gentle Groomer: Listing Image

**DOE NUMBER:** 203

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shop911007047 Store

**SELLER ID:** 1101561095



6 In 1 Horses Hair Removal Mass × 2022-08-03

https://www.aliexpress.com/item/3256804291540807.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress Shop911007047 Store + Follow
89.5% Positive feedback 33 Followers

I'm shopping for ... On AliExpress In this store

Store Home Products Sale Items Top Selling Feedback

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

**US $12.19**

US $3.00 off Coupons For You Get coupons

Color:

Quantity:

1 999 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $0.98**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 31 More options

Buy Now Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $5.68

US $2.52

US $3.03

Exhibit 1
Doe #203
Trademark(s) Striphair, The Gentle Groomer: Listing Image, Listing Description
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 204

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Health Beauty Store

**SELLER ID:** 1101572184



Horses Massage Dog Grooming ×

2022-11-11

https://www.aliexpress.us/item/3256803513457433.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Health Beauty Store

90.7% Positive feedback

+ Follow

42309 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Facial Cleansing Brushes | Blackhead & Blemish Removers | Feedback

Horses Massage Dog Grooming Brush Professional Horse Grooming Massage Kit Pet Neat Comb Shedding Hair Face Cleaning Brushes Tool

US $3 off every US $30 spent on promo | 5% Cashback Bonus | Extra 2% Off

US $3.55

US $5.22 -32%

New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color:

Quantity:

1 10000 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $7.11**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 07

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $0.01**

**US $2.60**

**US $2.89**

Exhibit 1

Doe #204

Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-9: Listing Image

Design Patent Used

**DOE NUMBER:** 205

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Atsell Store

**SELLER ID:** 1101579434



6in1 Horse Brush Removal Hair S × +

2022-11-12

https://www.aliexpress.us/item/3256804375342959.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Atsell Store
90.6% Positive feedback

+ Follow
358 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | 11.11 Sale | Top Selling | Feedback

6in1 Horse Brush Removal Hair Sweat Massage Brush Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

5% Cashback Bonus

**US $7.39** ~~US $9.24~~ -20%

US $3.00 off Orders over US $4.00 | US $5.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 Additional 3% off (5 Pieces or more)
2997 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $1.55**

Free shipping for orders over US $20.00 via the selected shipping method
From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Dec 07

More options

Buy Now | Add to Cart

75-Day Buyer Protection
Money back guarantee

Recommended For You

US $17.24

US $3.74

US $36.99

Exhibit 1
Doe #205
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-3, SH-31, SH-6, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 206

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shop911262105 Store

**SELLER ID:** 1101589805



6 in 1 Pet Grooming Massage Br × +  2022-08-03

https://www.aliexpress.com/item/3256803968658020.html

AliExpress | Shop911262105 Store | 94.1% Positive feedback | + Follow | 1295 Followers

I'm shopping for... | On AliExpress | In this store | 0

Store Home | Products | Sale Items | Top Selling | Feedback

6-in-1 Pet Grooming Massage Brush Horses Dogs Shedding Grooming Massage Kit Neat Pet Cleaning Comb Hair Brush

4 orders

Enjoy special discounts

US $7.17
US $12.81 -44%
New User Deal

US $3.00 off Coupons For You  Get coupons

Color: Black

Quantity:

1  499 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $2.60**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Sep 02

More options

Buy Now | Add to Cart | ♡ 1

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $5.17

US $4.92

US $56.05

Exhibit 1
Doe #206
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 207

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** kbxlife global Store

**SELLER ID:** 1101590546



6 In 1 Horse Hair Comb Horse Sh × | 2022-09-17

https://www.aliexpress.com/item/3256804530516652.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress | kbxlife global Store | 91.4% Positive feedback | + Follow | 40 Followers | I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horse Hair Comb Horse Shedding Tool Kit Removal Beauty Massage Horses Grooming Brush Massage Livestock Poultry Product

Extra 1% Off

US $9.68
US $16.13 -40%
New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color:

Quantity:
1 100 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**
From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Oct 09 More options

Buy Now | Add to Cart

75-Day Buyer Protection | Free Return

Recommended For You

US $4.29

US $16.40

US $7.41

Exhibit 1
Doe #207
Copyright(s) SH-1, SH-2, SH-8, SH-9, SH-Video 1: Listing Image
Design Patent Used

**DOE NUMBER:** 208

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Fabulouis Store

**SELLER ID:** 1101636536



6 In 1 Horse Brush Removal Hair ×  +  2022-08-14

https://www.aliexpress.com/item/3256804409968058.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress | Fabulouis Store | 98.3% Positive feedback | + Follow | 228 Followers | I'm shopping for... | On AliExpress | In this store | 0

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horse Grooming Horse Shedding Tool Equestrian Supplies

Shop US $50.00 save US $5.00

★★★★★ 5.0 3 Reviews 32 orders

**US $4.98** ~~US $6.23~~ -20%

Store Discount: Buy 5 get 3% off

US $3.00 off Orders over US $4.00 | US $2.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 Additional 3% off (5 Pieces or more)
2789 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $2.29**

Free shipping for orders over US $20.00 via the selected shipping method

Estimated delivery on Oct 14

From China to Boca raton via AliExpress Standard Shipping

More options

Buy Now | Add to Cart | 20

Recommended For You

US $2.95

US $3.08

US $1.15

Exhibit 1
Doe #208
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-3, SH-31, SH-6, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 209

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Animal trend Store

**SELLER ID:** 1101653067



Pet Bathing Supplies Pommeau | × +

2022-08-04

https://www.aliexpress.com/item/3256803673324874.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress | Animal trend Store | + Follow | 93.5% Positive feedback | 334 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Pet Bathing Supplies Pommeau De Douche Original For Horses 6 In 1 Hair Removal Beauty Massage Horse Hair Comb Brush Sink Hose

**US $15.40** ~~US $22.00~~ -30%

Store Discount: Buy 3 get 5% off

US $3.00 off Coupons For You | US $2.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 | 999 Pieces available

Ships to Chicago, Illinois, United States

**Free Shipping**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Sep 01

More options

Buy Now | Add to Cart

**75-Day Buyer Protection** Money back guarantee

**Free Return** Return for any reason within 15 days

Recommended For You

**US $27.92**

**US $6.93**

**US $5.57**

Exhibit 1
Doe #209
Trademark(s) Striphair, The Gentle Groomer: Listing Image, Listing Description
Copyright(s) SH-1, SH-2, SH-36, SH-4, SH-6, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 210

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Little guys store Store

**SELLER ID:** 1101669331



1PC 6 in1 Horse Brush Removal

2022-11-10

https://www.aliexpress.us/item/3256803618117239.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Little guys store Store
95.1% Positive feedback

+ Follow
86 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | 11.11 Sale | Top Selling | Feedback

1PC 6 in1 Horse Brush Removal Hair Massage Brush Tick Cleaning Kit Scrubber Equestrian Supplies Horse Grooming Hair Removal Tool

5% Cashback Bonus

US $7.99
US $9.99 -20%
New User Deal

US $3.00 off Orders over US $4.00 | Get coupons

Color: Black

Quantity:
1
Additional 2% off (2 Pieces or more)
999 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**
From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Dec 06

More options

Buy Now | Add to Cart | 1

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $5.79

US $7.49

US $6.93

Exhibit 1
Doe #210
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 211

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Good-Appliances Store

**SELLER ID:** 1101674782



Exhibit 1
Doe #211
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 212

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** WUAO Outdoor Store

**SELLER ID:** 1101694492



6 in 1 Horse Brush Removal Hair

2022-08-03

https://www.aliexpress.com/item/3256804072293728.html

AliExpress

**WUAO Outdoor Store**

94.7% Positive feedback

+ Follow

129 Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 in 1 Horse Brush Removal Hair Massage Brush Scrubber Horses Dog Grooming Cleaning Kit Horse Shedding Tool Equestrian Supplies

**US $8.66** ~~US $14.44~~ -40%

Store Discount: Get US $2.00 off orders over US $65.00

US $3.00 off Coupons For You | US $2.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 | 2997 Pieces available

Ships to Chicago, Illinois, United States

**Free Shipping**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 28

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $36.94**

**US $4.50**

**US $3.23**

Exhibit 1
Doe #212
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-Video 1: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 213

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** E-Hiking Store

**SELLER ID:** 1101695610



Exhibit 1
Doe #213
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1,  SH-2,  SH-3,  SH-31,  SH-6,  SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 214

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Ehomedreams Store

**SELLER ID:** 1101711456



6 in 1 Horse Brush Removal Hair ×

https://www.aliexpress.com/item/3256804382630161.html

2022-09-13

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Ehomedreams Store
95.9% Positive feedback

+ Follow
254 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 in 1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horse Grooming Horse Shedding Tool Equestrian Supplies

**US $5.99** ~~US $7.49~~ -20%

Store Discount: Buy 5 get 3% off

US $3.00 off Orders over US $4.00 | US $2.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 Additional 3% off (5 Pieces or more)
2997 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $2.29**

Free shipping for orders over US $20.00 via the selected shipping method
From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Oct 06

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $1.49

US $1.29

US $43.79

Exhibit 1
Doe #214
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-3, SH-31, SH-6, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 215

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Cosima and Kira Store

**SELLER ID:** 1101714862



6in1 Horse Brush Removal Hair M × +

2022-11-12

https://www.aliexpress.us/item/3256804056043881.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Cosima and Kira Store

89.2% Positive feedback

+ Follow

1312 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Pet Travel Supplies | Pet Grooming Nursing | Feedback

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

US $3 off every US $30 spent on promo | 5% Cashback Bonus

7 orders

US $1.70

US $2.50 -32%

New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color: black

Quantity:

1 | 1107 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $6.96**

Estimated delivery on Dec 10

From China to Boca raton via AliExpress Standard Shipping

More options

Buy Now | Add to Cart | 12

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $2.52

US $13.12

US $0.37

Exhibit 1

Doe #215

Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image Design Patent Used

**DOE NUMBER:** 216

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Jemestokhyts Store

**SELLER ID:** 1101737828



6 in1 Horse Brush Removal Hair | ×

2022-11-10

https://www.aliexpress.us/item/3256803830338080.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Jemestokhyts Store
90.4% Positive feedback

+ Follow
1351 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

5% Cashback Bonus

**US $7.48**

US $3.00 off Orders over US $4.00 Get coupons

Color:

Quantity:

1 2997 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $4.32**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06

More options

Buy Now | Add to Cart | 2

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $3.66

US $4.49

US $0.58

Jemestokhyts Store

Exhibit 1
Doe #216
Copyright(s) SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 217

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Measuring art Store

**SELLER ID:** 1101749493



Exhibit 1
Doe #217
Trademark(s) StripHair,  The Gentle Groomer: Listing Image
Copyright(s) SH-22,  SH-3,  SH-8,  SH-Video 1: Listing Image
Design Patent Used

**DOE NUMBER:** 218

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** EnjoyHome&HaveFun Store

**SELLER ID:** 1101758101



Exhibit 1
Doe #218
Trademark(s) The Gentle Groomer: Listing Description
Design Patent Used

**DOE NUMBER:** 219

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Keep-Fit Store

**SELLER ID:** 1101758232



6 in 1 Horse Brush Removal Hair ×

2022-08-04

https://www.aliexpress.com/item/3256804035584996.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress | Keep-Fit Store | 90.5% Positive feedback | + Follow | 172 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 in 1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

Shop US $50.00 save US $8.00

1 order

US $2.29 - 6.17

US $3.32 - 8.94 -31%

New User Deal

Store Discount: Buy 3 get 3% off

US $3.00 off Coupons For You | US $3.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 | 29804 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $2.80**

Estimated delivery on Aug 31

From China to Chicago via AliExpress Standard Shipping

More options

Buy Now | Add to Cart

Recommended For You

US $1.59

US $13.49

US $236.74

Exhibit 1
Doe #219
Copyright(s) SH-2, SH-22, SH-3, SH-8: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 220

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** WishUpeaceful Store

**SELLER ID:** 1101760027

**DOE NUMBER:** 221

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Event Party Dropshipping Store

**SELLER ID:** 1101760952



2022-12-22

6 In 1 Horse Hair Removal Bea ×

https://www.aliexpress.com/item/1005003264442984.html

Sell on AliExpress | Help | Buyer Protection | App | / English / USD | Wish List | Account

AliExpress

**Event Party Dropshipping Store**
91.8% Positive feedback

+ Follow
241 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horse Hair Removal Beauty Massage Horses Grooming Brush Massage Comb Horse Shedding Tool Kit Livestock Poultry Product

★★★★★ 4.4 14 Reviews 82 orders

**US $5.38 - 11.85** ~~US $11.21 - 24.69~~ -52%

Instant discount: US $1.00 off per US $45.00

US $4.00 Coupons For You | US $1.00 off on US $15.00 | Get coupons

Color:

Quantity:

1 + 999 pieces at most per customer

Ships to United States

**Shipping: US $1.93**

From China to United States via AliExpress Standard Shipping

Estimated delivery on Mar 23

More options

Buy Now | Add to Cart | ♡ 69

**80-Day Buyer Protection**
Money back guarantee

Recommended For You

US $0.71

US $4.51

US $2.82

Exhibit 1
Doe #221
Design Patent Used



6 In 1 Horse Hair Removal Beaut: × +

2022-08-04

https://www.aliexpress.com/item/3256803078128232.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**Event Party Dropshipping Store**

89.8% Positive feedback

+ Follow

337 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horse Hair Removal Beauty Massage Horses Grooming Brush Massage Comb Horse Shedding Tool Kit Livestock Poultry Product

★★★★★ 5.0 6 Reviews 36 orders

**US $11.28** ~~US $23.49~~ -52%

Store Discount: Buy 3 get 1% off

US $3.00 off Coupons For You | US $1.00 Off Store Coupon | Get coupons

Color: Black

Quantity:

\- 1 + 999 pieces at most per customer

Ships to Chicago, Illinois, United States

**Shipping: $1.66**

From China to Chicago via Aliexpress Selection Standard

Estimated delivery on Aug 28

More options

Buy Now | Add to Cart | ♡ 88

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $12.89**

**US $4.27**

**US $8.17**

Exhibit 1

Doe #221

Copyright(s) SH-21: Listing Image

Design Patent Used

**DOE NUMBER:** 222

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** on the way outdoor Store

**SELLER ID:** 1101763500



6 In 1 Horse Brush Silicone Elasti × +

2022-08-04

https://www.aliexpress.com/item/3256803918999032.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress
**on the way outdoor Store**
95.4% Positive feedback
+ Follow
685 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horse Brush Silicone Elastic Removal Hair Massage Brush Sweat Cleaning Kit N eat Pet Comb Hair Brush Equestrian Supplies

Shop US $50.00 save US $8.00

☆☆☆☆☆ 5.0 3 Reviews 9 orders

**US $8.16** ~~US $17.01~~ -52%

US $3.00 off Coupons For You | US $20.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 Additional 2% off (3 Pieces or more)
1500 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $1.62**

Estimated delivery on Aug 31

From China to Chicago via AliExpress Standard Shipping More options

Buy Now | Add to Cart | ♡ 20

**75-Day Buyer Protection**

Recommended For You

US $0.01

US $2.26

US $1.90

Exhibit 1
Doe #222
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-31, SH-8: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 223

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Windybike Store

**SELLER ID:** 1101765783



6in1 Horse Brush Removal Hair: × +

2022-11-20

https://www.aliexpress.us/item/3256804375350650.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Windybike Store**
96.9% Positive feedback

+ Follow
488 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6in1 Horse Brush Removal Hair Sweat Massage Brush Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

★★★★★ 5.0 3 Reviews 5 orders

**US $7.39** ~~US $9.24~~ -20%

US $3.00 off Orders over US $4.00 | US $5.00 Off Store Coupon | Get coupons

Color: Blue

Quantity:

1 Additional 3% off (5 Pieces or more)
999 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $1.55**

Estimated delivery on Dec 17

From China to Boca raton via AliExpress Standard Shipping

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $14.19

US $3.19

US $14.59

Exhibit 1
Doe #223
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-3, SH-31, SH-6, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 224

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Slimswim Store

**SELLER ID:** 1101769390



6in1 Horse Brush Removal Hair S ×

2022-10-15

https://www.aliexpress.us/item/3256804375378378.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Slimswim Store**
96.3% Positive feedback

+ Follow
203 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6in1 Horse Brush Removal Hair Sweat Massage Brush Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

**US $7.39** ~~US $9.24~~ -20%

Store Discount: Buy 5 get 3% off

US $3.00 off Orders over US $4.00 | US $5.00 Off Store Coupon | Get coupons

Color: Black

Quantity:

1 Additional 3% off (5 Pieces or more)
999 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $1.55**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Nov 10

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $6.99**

**US $11.79**

**US $31.39**

Exhibit 1
Doe #224
Trademark(s) StripHair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-3, SH-31, SH-6, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 225

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Wood Settle Down Store

**SELLER ID:** 1101775198



6In1 Horse Brush Removal Hair | × +

2022-10-16

https://www.aliexpress.us/item/3256804040909429.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Wood Settle Down Store**

**94.4%** Positive feedback

+ Follow

**222** Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6In1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tools Equestrian Supplies

Enjoy special discounts!

US $4.91

US $7.01 -30%

New User Deal

Store Discount: Buy 14 get 2% off

US $3.00 off Orders over US $4.00 | US $10.00 Off Store Coupon | Get coupons

Color: Black

Quantity:

1 Additional 2% off (10 Pieces or more)
909 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $3.79**

Free shipping for orders over US $90.00 via the selected shipping method

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Nov 10

More options

Buy Now | Add to Cart

75-Day Buyer Protection

Recommended For You

**US $3.80**

**US $1.29**

**US $7.07**

Exhibit 1
Doe #225
Copyright(s) SH-1, SH-2, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 226

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** 88 New outdoor Store

**SELLER ID:** 1101795398



Exhibit 1
Doe #226
Copyright(s) SH-1,  SH-12,  SH-19,  SH-2,  SH-22,  SH-23,  SH-3,  SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 227

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Safe daily Store

**SELLER ID:** 1101798379



6 In 1 Horse Hair Comb Horse Sh × +

2022-11-11

https://www.aliexpress.us/item/3256804344448733.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Safe daily Store**

84.9% Positive feedback

+ Follow

100 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horse Hair Comb Horse Shedding Tool Kit Removal Beauty Massage Horses Grooming Brush Massage Livestock Poultry Product

5% Cashback Bonus

**US $12.13**

Store Discount: Buy 3 get 2% off

US $3.00 off Orders over US $4.00 Get coupons

Color:

Quantity:

1 150 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $0.65**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $4.42**

**US $3.99**

**US $3.31**

Exhibit 1

Doe #227

Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image

Design Patent Used

**DOE NUMBER:** 228

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** KOOBDIN Official Store

**SELLER ID:** 1101798943



Exhibit 1
Doe #228
Trademark(s) The Gentle Groomer, Strip Hair: Listing Image,  Listing Title
Copyright(s) SH-1,  SH-14,  SH-21,  SH-36: Listing Image
Design Patent Used

**DOE NUMBER:** 229

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Jianhei Outdoor Store Store

**SELLER ID:** 1101801456



6in1 Horse Brush Removal Hair

2022-10-15

https://www.aliexpress.us/item/3256804025620475.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Jianhei Outdoor Store Store**

84.9% Positive feedback

+ Follow

300 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

**US $11.01** ~~US $22.02~~ -50%

US $3.00 off Orders over US $4.00 Get coupons

Color: Black

Quantity:

1 Additional 3% off (2 Pieces or more)
1000 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Nov 10

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $46.17**

**US $4.99**

**US $16.98**

Exhibit 1
Doe #229
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-36, SH-6, SH-8: Listing Image
Design Patent Used



6 In 1 Horses Hair Removal Mass ×

2022-08-03

https://www.aliexpress.com/item/3256804025764823.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

Jianhei Outdoor Store Store
87.3% Positive feedback

+ Follow
299 Followers

I'm shopping for... On AliExpress In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

**US $11.01** ~~US $22.02~~ -50%

US $3.00 off Coupons For You Get coupons

Color: Black

Quantity:

1 Additional 3% off (2 Pieces or more)
1000 Pieces available

Ships to Chicago, Illinois, United States

**Free Shipping**

From China to Chicago via AliExpress Standard Shipping
Estimated delivery on Sep 02

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $11.01

US $2.99

US $4.99

Exhibit 1
Doe #229
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-36, SH-4, SH-6, SH-8: Listing Image
Design Patent Used



2022-08-03

Newest 6 in 1 Horse Brush Remo

https://www.aliexpress.com/item/3256804025798514.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**Jianhei Outdoor Store Store**
87.3% Positive feedback

+ Follow
299 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Newest 6 in 1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool 2022

**US $11.01** ~~US $22.02~~ -50%

US $3.00 off Coupons For You | Get coupons

Color:

Quantity:

1 Additional 3% off (2 Pieces or more)
3000 Pieces available

Ships to Chicago, Illinois, United States

**Free Shipping**
From China to Chicago via AliExpress Standard Shipping
Estimated delivery on Sep 02

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $11.01**

**US $2.99**

**US $4.99**

Jianhei Outdoor Store

Exhibit 1
Doe #229
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-36, SH-6, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 230

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** joeanno Store

**SELLER ID:** 1101804594



6 in 1 Horses Dogs Grooming Br ×

2022-10-13

https://www.aliexpress.com/item/3256804009029896.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress | joeanno Store | 97.4% Positive feedback | + Follow | 18 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Com b Hair Brush Pony Puppy Strip Hair Gentle Cosy

US $7.93
US $13.22 -40%
New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Quantity:
1 Additional 1% off (2 Pieces or more)
1000 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $1.40**

From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Oct 08

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $2.99**

**US $0.85**

**US $4.76**

Exhibit 1
Doe #230
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



6 in 1 Horses Dogs Grooming Br ×

2022-10-13

https://www.aliexpress.com/item/3256804009029896.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

joeanno Store
97.4% Positive feedback

+ Follow
18 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Com b Hair Brush Pony Puppy Strip Hair Gentle Cosy

US $7.93
US $13.22 -40%
New User Deal

US $3.00 off Orders over US $4.00 | Get coupons

Quantity:
1
Additional 1% off (2 Pieces or more)
1000 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $1.40**

From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Oct 08

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $2.99

US $0.85

US $4.76

Exhibit 1
Doe #230
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



6 in 1 Horses Dogs Grooming Br 2022-10-13

https://www.aliexpress.com/item/3256804009029896.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress joeanno Store 97.4% Positive feedback + Follow 18 Followers

I'm shopping for... On AliExpress In this store

Store Home Products Sale Items Top Selling Feedback

6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair Brush Pony Puppy Strip Hair Gentle Cosy

US $7.93
US $13.22 -40%
New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Quantity:

1 Additional 1% off (2 Pieces or more)
1000 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $1.40**

From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Oct 08

More options

Buy Now Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $2.99

US $0.85

US $4.76

Exhibit 1
Doe #230
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



6 in 1 Horses Dogs Grooming Br × | 2022-10-13

https://www.aliexpress.com/item/3256804009029896.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress | Joeanno Store | 97.4% Positive feedback | + Follow | 18 Followers | I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6-In-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Com b Hair Brush Pony Puppy Strip Hair Gentle Cosy

Enjoy special discounts!

US $7.93

US $13.22 -40%

New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Quantity:

1 Additional 1% off (2 Pieces or more)
1000 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $1.40**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 08

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $2.99

US $0.85

US $4.76

Exhibit 1
Doe #230
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 231

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Extreme tribe cycling supplies Store

**SELLER ID:** 1101812944



6in1 Horse Brush Removal Hair M × | + | 2022-09-14

https://www.aliexpress.com/item/3256803987939995.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Extreme tribe cycling supplies Store**

98.2% Positive feedback

+ Follow

59 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

**US $6.99**

US $3.00 off Orders over US $4.00 Get coupons

Color:

Quantity:

1 — 1% off (2 Pieces or more) 2997 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $2.88**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 05

More options

Buy Now | Add to Cart | ♡ 1

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $7.99**

**US $3.39**

**US $43.55**

Exhibit 1

Doe #231

Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image

Design Patent Used

**DOE NUMBER:** 232

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Lighting Decoration Store

**SELLER ID:** 1101818996



6 In 1 Horse Hair Comb Horse Sh × | 2022-09-13

https://www.aliexpress.com/item/3256804351212354.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress | Lighting Decoration Store | 96.3% Positive feedback | + Follow | 56 Followers | I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horse Hair Comb Horse Shedding Tool Kit Removal Beauty Massage Horses Grooming Brush Massage Livestock Poultry Product

Extra 2% Off

★★★★★ 5.0 2 Reviews 8 orders

**US $7.83** ~~US $11.68~~ -33% Member Price

Store Discount: Get US $1.00 off orders over US $49.00

US $3.00 off Orders over US $4.00 | US $1.00 Off Store Coupon | Get coupons

Color:

Quantity: 1 Additional 5% off (2 Pieces or more) 87 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 08 More options

Buy Now | Add to Cart | ♡ 6

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $9.20

US $6.51

US $0.81

Exhibit 1
Doe #232
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 233

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** LIGHTUP CABIN Store

**SELLER ID:** 1101823791



5 in 1 Horse Hair Removal Mass: × +

2022-09-14

https://www.aliexpress.com/item/3256803781322956.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

LIGHTUP CABIN Store

91.4% Positive feedback

+ Follow

535 Followers

I'm shopping for... On AliExpress In this store

Store Home Products Sale Items Top Selling Feedback

*5 in 1 Horse Grooming Brush*

5-in-1 Horse Hair Removal Massage Brush Grooming Cleaning Scrubber Horses Grooming Brush Horse Shedding Tool For Horse Supplies

Shop US $50.00 save US $5.00

4.3 9 Reviews 29 orders

US $6.88 US $15.30 -55% New User Deal

Store Discount: Get US $1.00 off orders over US $30.00

US $3.00 off Orders over US $4.00 | US $1.00 Off Store Coupon | Get coupons

Quantity:

1 Additional 2% off (5 Pieces or more)
999 pieces at most per customer

Ships to Boca raton, Florida, United States

**Shipping: $1.05**

Estimated delivery on Oct 14

From China to Boca raton via AliExpress Standard Shipping

More options

Buy Now | Add to Cart | 39

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $4.45

US $2.70

US $0.87

**LIGHTUP CABIN Store**

Exhibit 1
Doe #233
Trademark(s) The Gentle Groomer: Listing Description

**DOE NUMBER:** 234

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Your Shoppy Store

**SELLER ID:** 1101861466



6 in 1 Shedding Grooming Mass ×

2022-09-14

https://www.aliexpress.com/item/3256803555760015.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Your Shoppy Store**

**71.4%** Positive feedback

+Follow

**21** Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6-in-1 Shedding Grooming Massage Brush

**US $17.74**

US $3.00 off Orders over US $4.00 Get coupons

Color:

Quantity:

1 999 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $1.92**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 06

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $15.86**

**US $58.57**

**US $28.82**

Exhibit 1
Doe #234
Trademark(s) StripHair, Gentle Groomer: Listing Image
Copyright(s) SH-Video 5: Listing Image
Design Patent Used

**DOE NUMBER:** 235

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Phoenixroom Store

**SELLER ID:** 1101862676



6in1 Horse Brush Removal Hair N ×

2023-12-22

aliexpress.com/item/1005003812165710.html

AliExpress | Phoenixroom Store | + Follow | 87.3% Positive feedback | 98 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

1 order

**US $14.13** ~~US $28.26~~ -50%

Color:

Quantity:

1 | 2996 Pieces available

Ships to United States

**Free Shipping**

From China to United States via AliExpress Standard Shipping

Estimated delivery on Mar 19

More options

Buy Now | Add to Cart

75-Day Buyer Protection
Money back guarantee

Recommended For You

US $17.10

US $28.13

US $12.93

## Phoenixroom Store

**Store Categories**

Others

**Top Selling**

**Phoenixroom Store**

87.3% Positive Feedback

98 Followers

Contact

+ Follow | Visit Store

US $13.76 | US $14.81 | US $20.71 | US $9.35 | US $9.63 | US $14.64

Exhibit 1
Doe #235
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8, SH-9: Listing Image
Design Patent Used



6in1 Horse Brush Removal Hair M ×

2022-11-11

https://www.aliexpress.us/item/3256803625850958.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Phoenixroom Store**
92.5% Positive feedback

+ Follow
287 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | 11.11 Sale | Top Selling | Feedback

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

5% Cashback Bonus

**US $14.13** ~~US $28.26~~ -50%

US $3.00 off Orders over US $4.00 Get coupons

Color: Black

Quantity:

1 + 998 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**
From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Dec 07

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $23.71

US $33.57

US $30.69

## Phoenixroom Store

Exhibit 1
Doe #235
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 236

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** DYX Living Store

**SELLER ID:** 1101865165



Pet Grooming Brush Gentle Groo ×

2022-10-15

https://www.aliexpress.us/item/3256803786511374.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

DYX Living Store

94.2% Positive feedback

+ Follow

72 Followers

I'm shopping for... On AliExpress In this store

Store Home Products Sale Items Top Selling Feedback

Pet Grooming Brush Gentle Groomer for Horses Blade-free Multi-purpose Shedding Massage Comb Safe for Face Body or Legs

4.0 1 Review 1 order

**US $5.46** US $7.59 -28%

Store Discount: Buy 2 get 1% off

US $3.00 off Orders over US $4.00 | US $4.00 Off Store Coupon | Get coupons

Color: Black

Quantity:

1 9997 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $4.93**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Nov 10

More options

Buy Now | Add to Cart | 3

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $3.38

US $9.72

US $1.66

Exhibit 1

Doe #236

Trademark(s) Gentle Groomer: Listing Title

Copyright(s) SH-2, SH-8: Listing Image

Design Patent Used



Pet Grooming Brush Gentle Groo ×

2022-10-15

https://www.aliexpress.us/item/3256803786511374.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

DYX Living Store

94.2% Positive feedback

+ Follow

72 Followers

I'm shopping for...

On AliExpress

In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Pet Grooming Brush Gentle Groomer for Horses Blade-free Multi-purpose Shedding Massage Comb Safe for Face Body or Legs

4.0 1 Review 1 order

**US $5.46** ~~US $7.59~~ -28%

Store Discount: Buy 2 get 1% off

US $3.00 off Orders over US $4.00 | US $4.00 Off Store Coupon | Get coupons

Color: Black

Quantity:

1 9997 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $4.93**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Nov 10

More options

Buy Now | Add to Cart | 3

75-Day Buyer Protection

Recommended For You

US $3.38

US $9.72

US $1.66

Exhibit 1
Doe #236
Trademark(s) Gentle Groomer: Listing Title
Copyright(s) SH-2, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 237

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Daily PuppyLuv Supplies Store

**SELLER ID:** 1101876513



6 in 1 Horses Dogs Grooming Br × +

2022-08-04

https://www.aliexpress.com/item/3256803962929514.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

Daily PuppyLuv Supplies Store

93.8% Positive feedback

+ Follow

261 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair Brush Pony Puppy Strip Hair Gentle Cosy

1 order

**US $10.13** ~~US $20.68~~ -51%

US $3.00 off Coupons For You | Get coupons

Color:

Quantity:

– 1 + 2994 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $2.03**

From China to Chicago via SF Express

Estimated delivery on Sep 21

More options

Buy Now | Add to Cart | ♡ 2

75-Day Buyer Protection

Money back guarantee

Recommended For You

US $9.60

US $2.52

US $0.91

Exhibit 1
Doe #237
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 238

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Lost and Beautiful Store

**SELLER ID:** 1101892385



6in1 Horse Brush Removal Hair ×

2022-11-11

https://www.aliexpress.us/item/3256803966540391.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Lost and Beautiful Store**
94.3% Positive feedback

+ Follow
2262 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | 11.11 Sale | Top Selling | Feedback

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

5% Cashback Bonus | Extra 1% Off

**US $10.36** ~~US $19.93~~ -48%

Store Discount: Buy 2 get 2% off

US $3.00 off Orders over US $4.00 Get coupons

Color: black

Quantity:

1 1000 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $1.04**

Free shipping for orders over US $41.97 via the selected shipping method

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 07

More options

Buy Now | Add to Cart | ♡ 1

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $23.06

US $1.65

US $3.67

Exhibit 1
Doe #238
Trademark(s) StripHair, The Gentle Groomer: Listing Image, Listing Description
Copyright(s) SH-2, SH-3, SH-8, SH-Video 1: Listing Image
Design Patent Used

**DOE NUMBER:** 239

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** JMshop Store

**SELLER ID:** 1101901896



Exhibit 1
Doe #239
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 240

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Tool manufacturer Store

**SELLER ID:** 1101918752



2X Horses Dog Grooming Brush ×

2022-08-13

https://www.aliexpress.com/item/3256804352146033.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Tool manufacturer Store**

95.7% Positive feedback

+ Follow

11 Followers

I'm shopping for...

On AliExpress

In this store

Store Home | Products | Sale Items | Top Selling | Feedback

2X Horses Dog Grooming Brush 6-In-1 Shedding Grooming Massage Kit Pet Comb Hair Brush Cleaning Comb Dematting Tool Black

US $11.70

US $20.18 -42%

New User Deal

Store Discount: Buy 3 get 2% off

US $3.00 off Orders over US $4.00

US $1.00 off Store Coupon

Get coupons

Quantity:

1

18 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $3.87**

From China to Boca raton via Cainiao Standard - SG Air

Estimated delivery on Nov 10

More options

Buy Now

Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $15.20**

**US $11.89**

**US $17.61**

Exhibit 1

Doe #240

Design Patent Used

**DOE NUMBER:** 241

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** PURRINI Global Dropshipping Store

**SELLER ID:** 1101920249



**Exhibit 1**
**Doe #241**
Trademark(s) Strip Hair,  The Gentle Groomer: Listing Image,  Listing Title
Copyright(s) SH-1,  SH-2,  SH-8,  SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 242

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** ZMXUNQ Global Store

**SELLER ID:** 1101920270



Original Pet Grooming Brush,6 in × +

2022-08-02

https://www.aliexpress.com/item/3256803779643627.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress ZMXUNQ Global Store + Follow
97.3% Positive feedback 244 Followers

I'm shopping for | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Original Pet Grooming Brush,6 in 1 Shedding Grooming Massage Horses,Undercoat Brush,Gentle Removal Deshedding Hair Dirt Mud Tool

**US $9.52** ~~US $20.69~~ -54%

US $3.00 off Coupons For You | US $10.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 Additional 2% off (4 Pieces or more)
15000 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $11.12**

From China to Chicago via AliExpress Premium Shipping

Estimated delivery on Aug 18

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $3.36

US $1.33

US $2.74

Exhibit 1
Doe #242
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 243

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** skin-care&Makeup Store

**SELLER ID:** 1101921846



6 in 1 Shedding Grooming Mass... × 2022-09-13

https://www.aliexpress.com/item/3256803415312947.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress | skin-care&Makeup Store | 83.6% Positive feedback | + Follow | 130 Followers | I'm shopping for.. | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6-in-1 Shedding Grooming Massage Brush Horses Grooming Brush Massage Comb

★★★★★ 5.0 3 Reviews 16 orders

US $3.60
US $5.22 -31%
New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color:

Quantity:

1 + 29995 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $7.63**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 08

More options

Buy Now | Add to Cart | ♡ 120

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $1.65

US $0.60

US $1.57

Exhibit 1
Doe #243
Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 244

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Delicate and beautiful Store

**SELLER ID:** 1101922870



6 in 1 Shedding Grooming Mass: ×

2022-09-14

https://www.aliexpress.com/item/3256803383553258.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Delicate and beautiful Store**
85.2% Positive feedback

+ Follow
159 Followers

I'm shopping for...  On AliExpress  In this store

Store Home  Products  Sale Items  Top Selling  Feedback

6-in-1 Shedding Grooming Massage Brush Horses Grooming Brush Massage Comb

4 orders

**US $3.65** ~~US $5.22~~ -30%

US $3.00 off Orders over US $4.00  Get coupons

Color:

Quantity:

1  29997 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $7.11**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 09

More options

Buy Now  Add to Cart  10

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $1.30

US $0.01

US $3.05

Exhibit 1
Doe #244
Copyright(s) SH-12, SH-19, SH-22, SH-23, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 245

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Eprolo HomeGarden Store

**SELLER ID:** 1101936875



6 in1 Horses Dogs Grooming Bru × +

2022-08-04

https://www.aliexpress.com/item/3256803952502012.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress | Eprolo HomeGarden Store | 92.6% Positive feedback | Follow | 267 Followers | I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 in1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair Brush Pony Puppy Strip Hair Gentle Cosy

1 order

**US $2.01** ~~US $3.35~~ -40%

US $3.00 off Coupons For You | Get coupons

Color:

Quantity:

1 + 598 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $9.61**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 24

More options

Buy Now | Add to Cart | ♡ 1

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $2.99

US $91.39

US $18.27

Exhibit 1
Doe #245
Trademark(s) Striphair, The Gentle Groomer: Listing Image, Listing Title
Copyright(s) SH-1, SH-2, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 246

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Homes Dropship Store

**SELLER ID:** 1101940740



Pet Grooming Brush 6 in 1 Shedi ×

2022-12-18

https://www.aliexpress.us/item/3256803814602307.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Homes Dropship Store**
93.3% Positive feedback

+ Follow
53 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Pet Grooming Brush 6 in 1 Shedding Grooming Massage for Horses Gentle Removal Deshedding Hair Dirt Mud Tool

**US $9.78** ~~US $13.97~~ -30%

US $3.00 off Orders over US $4.00 | US $6.00 Off Store Coupon | Get coupons

Quantity:

1 Additional 3% off (2 Pieces or more)
500 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $0.79**
From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Jan 15

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $3.34

US $3.97

US $3.25

**Homes Dropship Store**

Exhibit 1
Doe #246
Copyright(s) SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 247

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** YahiOffcial Store

**SELLER ID:** 1101955972



Pet Grooming Brush 6 in 1 Shed ×

2022-08-04

https://www.aliexpress.com/item/3256803973342535.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**YahiOffcial Store**
86.4% Positive feedback

+ Follow
769 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Pet Grooming Brush 6-in-1 Shedding Horse Hair Brush Cheap Dog Grooming Brush Horse Dog Beauty Bath Massage Hair Removal Brush

1 order

US $9.76
US $21.69 -55%
New User Deal

Store Discount: Buy 2 get 1% off

US $3.00 off Coupons For You  Get coupons

Color:

Quantity:
1  149 Pieces available

Ships to Chicago, Illinois, United States

**Free Shipping**
From China to Chicago via AliExpress Standard Shipping
Estimated delivery on Aug 30
More options

Buy Now | Add to Cart | 3

Recommended For You

US $30.41

US $18.69

US $10.52

Exhibit 1
Doe #247
Copyright(s) SH-1, SH-2, SH-4, SH-6, SH-8, SH-9, SH-GIF1: Listing Image
Design Patent Used

**DOE NUMBER:** 248

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Househome Dropship Store

**SELLER ID:** 1101958169



2022-11-10

Pet Grooming Brush 6 in 1 Shedd

https://www.aliexpress.us/item/3256803815357805.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Househome Dropship Store
94.8% Positive feedback

+ Follow
78 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Pet Grooming Brush 6 in 1 Shedding Grooming Massage for Horses Gentle Removal Deshedding Hair Dirt Mud Tool

US $3 off every US $30 spent on promo | 5% Cashback Bonus | Extra 2% Off

1 order

**US $9.64** ~~US $13.97~~ -31%

US $3.00 off Orders over US $4.00 Get coupons

Quantity:

1 Additional 2% off (3 Pieces or more)
499 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $1.05**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $0.01

US $6.88

US $11.18

Exhibit 1
Doe #248
Copyright(s) SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 249

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Anna Homes Supplies Store

**SELLER ID:** 1101966532



6 in 1 Horse Hair Brush Multi Fu 2022-08-03

https://www.aliexpress.com/item/3256803877944468.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

Anna Homes Supplies Store

93.0% Positive feedback

+ Follow

7 Followers

I'm shopping for... On AliExpress In this store

Store Home Products Sale Items Top Selling Feedback

6-in-1 Horse Hair Brush Multi-Functional Grooming Shedding Massage Brush for Horses

**US $10.57** ~~US $21.14~~ -50%

Store Discount: Get US $1.00 off orders over US $59.00

US $3.00 off Coupons For You | US $2.00 off Store Coupon | Get coupons

Quantity:

1 998 Pieces available

Ships to Chicago, Illinois, United States

**Free Shipping**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 26

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $3.53

US $5.44

US $5.52

Exhibit 1
Doe #249
Copyright(s) SH-1: Listing Image
Design Patent Used

**DOE NUMBER:** 250

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shop1100009043 Store

**SELLER ID:** 1101976094



Horses Dog Grooming Brush 6 in × +

2022-09-14

https://www.aliexpress.com/item/3256803338004103.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Shop1100009043 Store

91.4% Positive feedback

+ Follow

8 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

# Horses Dog Grooming Brush 6-in-1 Shedding Grooming Massage Kit Pet Comb Hair Brush Cleaning Comb Dematting Tool

**US $7.39** ~~US $11.19~~ -34%

US $3.00 off Orders over US $4.00 | US $1.00 Off Store Coupon | Get coupons

Color: Black

Quantity:

1 3000 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $3.12**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 09

More options

Buy Now | Add to Cart | ♡ 1

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $28.78**

**US $25.34**

**US $3.27**

Exhibit 1
Doe #250
Design Patent Used

**DOE NUMBER:** 251

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Pets Manufactory Store

**SELLER ID:** 1101978606



6 In 1 Horse Grooming Brush Pe

2022-11-11

https://www.aliexpress.us/item/3256804068932538.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Pets Manufactory Store**

88.0% Positive feedback

+ Follow

142 Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Seller Recommended | New Arrivals | Feedback

6 In 1 Horse Grooming Brush Pet Accessories Sheep Cattle Hair Comb Removal Massage Kit Gentle Ranch Horse Clearning Supplies

US $3 off every US $30 spent on promo | 5% Cashback Bonus | Extra 3% Off

**US $10.93** ~~US $24.30~~ -55%

Store Discount: Get US $1.00 off orders over US $22.00

US $3.00 off Orders over US $4.00 | US $4.00 Off Store Coupon | Get coupons

Color: black

Size: box packaging

box packaging | opp bag packaging

Quantity:

1 | 50 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06

More options

Buy Now | Add to Cart | 6

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $2.68

US $8.30

US $6.55

Exhibit 1
Doe #251
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-6, SH-8, SH-9, SH-Video 1: Listing Image
Design Patent Used

**DOE NUMBER:** 252

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shop1100083032 Store

**SELLER ID:** 1101987409



Removes Hair and Dirt Well for T ×

2022-09-13

https://www.aliexpress.com/item/3256804069140308.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Shop1100083032 Store**

94.1% Positive feedback

+ Follow

61 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Removes Hair and Dirt Well for The Horses Dog In Their Shedding Period Pet Comb Horses Grooming Brush Shedding Grooming Massage

Extra 1% Off

2 orders

**US $7.94** ~~US $15.57~~ -49%

US $3.00 off Orders over US $4.00 Get coupons

Color:

Quantity:

1 2652 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $4.37**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 07

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $5.88

US $3.42

US $2.89

Exhibit 1

Doe #252

Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image

Design Patent Used

**DOE NUMBER:** 253

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shop1100084043 Store

**SELLER ID:** 1101988688



6-in-1 Horses Dogs Grooming Br × +  2022-09-14

https://www.aliexpress.com/item/3256804196118941.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress Shop1100084043 Store + Follow
94.0% Positive feedback 47 Followers

I'm shopping for... On AliExpress In this store

Store Home Products Sale Items Top Selling Feedback

6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair Brush Pony Puppy Strip Hair Gentle Cosy

Extra 1% Off

**US $9.82** ~~US $20.45~~ -52%

US $3.00 off Orders over US $4.00 Get coupons

Color:

Quantity:

1 2664 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $4.37**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 09

More options

Buy Now Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $6.32

US $15.56

US $66.60

Exhibit 1
Doe #253
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 254

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Gu Outdoor Store

**SELLER ID:** 1102004853



6in1 Horse Brush Removal Hair | × +

2022-08-04

https://www.aliexpress.com/item/3256803878424266.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**Gu Outdoor Store**
97.7% Positive feedback

+ Follow
32 Followers

I'm shopping for... | On AliExpress | In this store

0

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

★★★★★ 4.8 40 Reviews 219 orders

**US $3.64 - 5.65** ~~US $7.28 - 11.30~~ -50%

US $3.00 off Coupons For You | US $1.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 Additional 3% off (2 Pieces or more)
992 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $3.98**
From China to Chicago via AliExpress Standard Shipping
Estimated delivery on Aug 27

More options

Buy Now | Add to Cart | 244

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $1.95

US $4.79

US $3.01

Exhibit 1
Doe #254
Copyright(s) SH-2, SH-22, SH-3: Listing Image
Design Patent Used



6 In 1 Horses Hair Grooming Bru ×

2022-08-04

https://www.aliexpress.com/item/3256804021239797.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**Gu Outdoor Store**
97.7% Positive feedback

+ Follow
32 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | New Arrivals | Feedback

6 In 1 Horses Hair Grooming Brush Hair Removal Massage Sweat Cleaning Kit Shedding Grooming Horse Shedding Equestrian Hair Brush

2 orders

**US $1.95** ~~US $3.90~~ -50%

US $3.00 off Coupons For You | US $1.00 off Store Coupon | Get coupons

Color:

Quantity:

1 + Additional 3% off (2 Pieces or more)
846 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $7.56**
From China to Chicago via AliExpress Standard Shipping
Estimated delivery on Aug 27

More options

Buy Now | Add to Cart | ♡ 6

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $3.64**

**US $4.79**

Exhibit 1
Doe #254
Copyright(s) SH-2, SH-22, SH-3: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 255

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** outdoor home Store

**SELLER ID:** 1102005102



6in1 Horse Brush Removal Hair N ×

2022-10-15

https://www.aliexpress.us/item/3256804423776176.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**outdoor home Store**

85.2% Positive feedback

+ Follow

21 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

US $5.46

US $10.30 -47%

New User Deal

US $3.00 off Orders over US $4.00 Get coupons

Color: Black

Quantity:

1 Additional 1% off (5 Pieces or more)
214 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $7.15**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Nov 10

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $0.59**

**US $3.23**

**US $1.24**

**outdoor home Store**

Exhibit 1
Doe #255
Copyright(s) SH-2, SH-22, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 256

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** GO Star Store

**SELLER ID:** 1102014733



6 in 1 Shedding Grooming Mass ×

2022-12-20

https://www.aliexpress.com/item/3256803907739835.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

GO Star Store
91.7% Positive feedback

+ Follow
11 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6-in-1 Shedding Grooming Massage Brush,Horse Hair Brush Original Pet Grooming Brush,Unique Design Multi-Functional Horses Hair

5 orders

**US $10.86** ~~US $15.52~~ -30%

US $3.00 off Orders over US $4.00 | US $0.98 Off Store Coupon | Get coupons

Color:

Quantity:

1 Additional 2% off (2 Pieces or more)
2988 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Oct 13

More options

Buy Now | Add to Cart | 4

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $6.92

US $7.17

US $6.64

**GO Star Store**

Exhibit 1
Doe #256
Copyright(s) SH-1, SH-4: Listing Image
Design Patent Used



6 In 1 Dog Horse Grooming Brus ×

2022-08-13

https://www.aliexpress.com/item/3256804092095009.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Lucky Pets Store
97.5% Positive feedback

+ Follow
126 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Dog Horse Grooming Brush Shedding Massage Scrub Sweat Cleaning Scrubber Cattle Detangling Hair Comb Pet Flea Tick Removal

Shop US $50.00 save US $5.00

11 orders

**US $2.26 - 2.88** ~~US $4.61 - 5.88~~ -51%

US $3.00 off Orders over US $4.00 Get coupons

Color:

Size:
OPP Package | Colorful Box Package

Quantity:
1 Additional 1% off (5 Pieces or more)
5982 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $6.28**
Estimated delivery on Oct 14
From China to Boca raton via AliExpress Standard Shipping More options

Buy Now | Add to Cart | 22

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $2.93

US $2.29

US $3.37

Exhibit 1
Doe #256
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 257

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Lighting tools shop Store

**SELLER ID:** 1102017817



2022-08-13

6 in 1 Horses Dogs Grooming Br ×

https://www.aliexpress.com/item/3256803962892297.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Lighting tools shop Store
89.6% Positive feedback

+ Follow
67 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair Brush Pony Puppy Strip Hair Gentle Cosy

Extra 2% Off

4.3 6 Reviews 15 orders

US $1.98
US $4.95 -60%
New User Deal

US $3.00 off Orders over US $4.00 | US $2.00 Off Store Coupon | Get coupons

Color: C

Quantity:

1 Additional 5% off (2 Pieces or more)
163 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $7.03**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 02

More options

Buy Now | Add to Cart | 12

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $13.20

US $2.80

Exhibit 1
Doe #257
Trademark(s) StripHair, The Gentle Groomer: Listing Image, Listing Title
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 258

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Happy Sunshine Store

**SELLER ID:** 1102020270



Exhibit 1
Doe #258
Copyright(s) SH-1, SH-Video 3: Listing Image
Design Patent Used

**DOE NUMBER:** 259

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Sonosopa Store

**SELLER ID:** 1102024035



Horse Supplies Horse Brush Hors ×

2022-10-16

https://www.aliexpress.us/item/3256803952220715.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Sonosopa Store**
92.0% Positive feedback

+ Follow
3705 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Horse Supplies Horse Brush Horse Dog Grooming Brush Bath Massage Brush Pet Fu r Care

3 orders

**US $13.94** ~~US $23.24~~ -40%

US $3.00 off Orders over US $4.00 | US $10.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 + 2994 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Nov 10

More options

Buy Now | Add to Cart | ♡ 4

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $8.20

US $38.07

US $22.26

Exhibit 1
Doe #259
Trademark(s) StripHair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-6, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 260

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Global Home Store

**SELLER ID:** 1102026975



6 In 1 Horse Grooming Brush Pe ✕ +

2022-08-04

https://www.aliexpress.com/item/3256803963577568.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**Global Home Store**
94.3% Positive feedback

+ Follow
287 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horse Grooming Brush Pet Comb Sheep Cattle Hair Removal Massage Kit Ranch Horse Supplies Gentle And Comfortable

★★★★★ 4.8 30 Reviews 117 orders

**US $9.71** ~~US $24.28~~ -60%

Store Discount: Buy 2 get 1% off

US $3.00 off Coupons For You | US $15.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 + 29861 Pieces available

Ships to Chicago, Illinois, United States

**Free Shipping**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 26

More options

Buy Now | Add to Cart | ♡ 101

**75-Day Buyer Protection**

Money-back guarantee

Recommended For You

US $9.98

US $98.63

US $5.01

Exhibit 1
Doe #260
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



6 in 1 Pet Grooming Horse Groo ×

2022-08-03

https://www.aliexpress.com/item/3256804042363713.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**Global Home Store**

94.3% Positive feedback

+ Follow

287 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 in 1 Pet Grooming Horse Grooming Brush Sheep Cattle Hair Removal Massage Kit Ranch Horse Supplies Gentle and Comfortable

Selected for you

US $98.63

US $197.26 -50%

DISCOVERY Ends in 1 d 18 : 14 : 30

Store Discount: Buy 2 get 1% off

US $3.00 off Coupons For You | US $15.00 Off Store Coupon | Get coupons

Color: Black

Quantity:

1 1000 Pieces available

Ships to Chicago, Illinois, United States

**Free Shipping**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 26

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money-back guarantee

Recommended For You

US $9.71

US $7.79

US $6.20

Exhibit 1

Doe #260

Trademark(s) Striphair, The Gentle Groomer: Listing Image

Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image

Design Patent Used

**DOE NUMBER:** 261

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Home Living and Pet Supplies Store

**SELLER ID:** 1102027302



2022-11-12

6in1 Horse Brush Removal

https://www.aliexpress.us/item/3256803838741260.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Home Living and Pet Supplies Store**
90.7% Positive feedback

+ Follow
30 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

US $3 off every US $30 spent on promo | 5% Cashback Bonus

★★★★★ 5.0 1 Review

**US $8.81** ~~US $13.99~~ -37%

US $3.00 off Orders over US $4.00 | US $10.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 1989 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $4.20**
From China to Boca raton via AliExpress Standard Shipping
Estimated delivery on Dec 07

More options

Buy Now | Add to Cart | 4

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

Bone launcher thruster
US $6.29

US $6.92

US $4.72

Exhibit 1
Doe #261
Trademark(s) Striphair, The Gentle Groomer: Listing Image, Listing Description
Copyright(s) SH-3, SH-8, SH-Video 1: Listing Image
Design Patent Used

**DOE NUMBER:** 262

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** EP-Pets-decoration Store

**SELLER ID:** 1102028634



Original Pet Grooming Brush,6 in × +  2022-08-03

https://www.aliexpress.com/item/3256803859571778.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress | EP-Pets-decoration Store | 95.8% Positive feedback | + Follow | 14 Followers | I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Original Pet Grooming Brush,6 in 1 Shedding Grooming Massage Horses,Undercoat Brush,Gentle Removal Deshedding Hair Dirt Mud Tool

**US $9.31** ~~US $20.69~~ -55%

US $3.00 off Coupons For You | US $5.00 off Store Coupon | Get coupons

Color: C

Quantity:

1 Additional 2% off (4 Pieces or more)
5000 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $3.05**

From China to Chicago via AliExpress Standard Shipping
Estimated delivery on Aug 25

More options

Buy Now | Add to Cart | ♡ 1

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $15.39

US $2.51

US $3.75

Exhibit 1
Doe #262
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 263

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** HX-Good Life Store

**SELLER ID:** 1102033502



6 in 1 Horses Dogs Grooming Br × +

2022-08-03

https://www.aliexpress.com/item/3256804075333132.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**HX-Good Life Store**

85.8% Positive feedback

+ Follow

20 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair Brush Pony Puppy Strip Hair Gentle Cosy

**US $7.82** ~~US $13.03~~ -40%

US $3.00 off Coupons For You | Get coupons

Color:

Quantity:

1 | 1500 Pieces available

Ships to Chicago, Illinois, United States

**Free Shipping**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 23

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $8.94

US $1.20

US $0.80

Exhibit 1
Doe #263
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-1, SH-12, SH-15, SH-2, SH-3, SH-39, SH-8, SH-GIF1: Listing Image
Design Patent Used

**DOE NUMBER:** 264

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Ebuy-official Store

**SELLER ID:** 1102035047



6 in 1 Horses Dogs Grooming Br × 2022-08-03

https://www.aliexpress.com/item/3256804078963388.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress | Ebuy-official Store | 83.6% Positive feedback | + Follow | 25 Followers | I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair Brush Pony Puppy Strip Hair Gentle Cosy

1 order

**US $7.82** ~~US $13.03~~ -40%

US $3.00 off Coupons For You | Get coupons

Color:

Quantity:

1 | 1500 Pieces available

Ships to Chicago, Illinois, United States

**Free Shipping**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Sep 02

More options

Buy Now | Add to Cart | 1

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $5.18

US $17.60

US $14.27

Exhibit 1
Doe #264
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-1, SH-12, SH-15, SH-2, SH-3, SH-39, SH-8, SH-GIF1: Listing Image
Design Patent Used

**DOE NUMBER:** 265

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** CLYF Home Store

**SELLER ID:** 1102050419



Original Pet Grooming Brush,6 in × +

2022-08-03

https://www.aliexpress.com/item/3256803997676621.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress | CLYF Home Store | + Follow
100.0% Positive feedback | 5 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Original Pet Grooming Brush,6 in 1 Shedding Grooming Massage Horses,Undercoat Brush,Gentle Removal Deshedding Hair Dirt Mud Tool

**US $9.31** ~~US $20.69~~ -55%

Store Discount: Buy 10 get 5% off

US $3.00 off Coupons For You | US $100.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 Additional 2% off (4 Pieces or more)
15000 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $11.12**

From China to Chicago via AliExpress Premium Shipping

Estimated delivery on Aug 18

More options

Buy Now | Add to Cart | ♡ 1

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $2.37

US $2.05

US $6.34

Exhibit 1
Doe #265
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 266

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shop910559003 Store

**SELLER ID:** 1102054113



6 in 1 Horse Brush Removal Hair ×

2022-10-17

https://www.aliexpress.com/item/3256804336750323.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Shop910559003 Store
91.2% Positive feedback

+ Follow
103 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 in 1 Horse Brush Removal Hair Massage Brush Grooming Brush Sweat Cleaning Kit Scrubber Deshedding Tool Equestrian Supplies

**US $9.72** ~~US $19.44~~ -50%

US $3.00 off Orders over US $4.00 Get coupons

Color:

Quantity:

1 2997 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 11

More options

Buy Now | Add to Cart | ♡ 1

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $17.76

US $6.07

Exhibit 1
Doe #266
Trademark(s) StripHair, The Gentle Groomer: Listing Image, Physical Product
Copyright(s) SH-1, SH-2, SH-8, SH-9, SH-Video 1: Listing Image, Physical Product Image
Design Patent Used

**DOE NUMBER:** 267

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shop1102062419 Store

**SELLER ID:** 1102062420



6 in 1 Horses Dogs Grooming Br ×

2022-09-13

https://www.aliexpress.com/item/3256804120477278.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Shop1102062419 Store
94.1% Positive feedback

+ Follow
19 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6-in-1 Horses Dogs Grooming Brush Shedding Grooming Massage Kit Neat Pet Comb Hair Brush Pony Puppy Strip Hair Gentle Cosy

US $7.27
US $13.22 -45%
New User Deal

US $3.00 off Orders over US $4.00 | Get coupons

Quantity:
1
Additional 1% off (2 Pieces or more)
1000 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $1.40**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 06

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $3.71

US $4.61

US $0.84

Exhibit 1
Doe #267
Trademark(s) Strip Hair: Listing Title
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 268

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shop1102075512 Store

**SELLER ID:** 1102080480



Original Pet Grooming Brush,6 in 1 ×

2022-08-17

https://www.aliexpress.com/item/3256804527215494.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

Shop1102075512 Store

100.0% Positive feedback

+ Follow

0 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Original Pet Grooming Brush,6 in 1 Shedding Grooming Massage Horses,Undercoat Brush,Gentle Removal De shedding Hair Dirt Mud Tool

Extra 1% Off

**US $10.76** ~~US $20.69~~ -48%

Store Discount: Buy 8 get 2% off

US $3.00 off Orders over US $4.00 | US $2.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 Additional 2% off (4 Pieces or more)
15000 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $11.12**

From China to Boca raton via AliExpress Premium Shipping

Estimated delivery on Oct 01

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Exhibit 1
Doe #268
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 269

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shop1102090549 Store

**SELLER ID:** 1102085562



6In 1 Horses Shedding Groomin ×   2022-08-03

https://www.aliexpress.com/item/3256804256393988.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress | Shop1102090549 Store | + Follow | 95.2% Positive feedback | 15 Followers | I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6In 1 Horses Shedding Grooming Massage Brush Horses Floating Hair Stripper High Adaptability Shedding Hair Removing Comb for Pet

**US $5.88** ~~US $7.26~~ -19%

US $3.00 off Coupons For You | Get coupons

Color:

Quantity:

1 + 600 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $5.61**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 28

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $19.74**

**US $6.31**

**US $24.65**

Exhibit 1
Doe #269
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-2, SH-36, SH-4, SH-6, SH-8, SH-Video 1: Listing Image
Design Patent Used

**DOE NUMBER:** 270

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Enjoy Life 888 Store

**SELLER ID:** 1102086246



6 In 1 Horses Hair Removal Mass 2022-08-13

https://www.aliexpress.com/item/3256804188121540.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Enjoy Life 888 Store**
86.4% Positive feedback

+ Follow
9 Followers

I'm shopping for... On AliExpress In this store

Store Home Products Sale Items Top Selling Feedback

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

**US $12.13**

Store Discount: Get US $2.00 off orders over US $21.00

US $3.00 off Orders over US $4.00 | US $4.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 50 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $0.98**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 07

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $16.37

US $6.68

Exhibit 1
Doe #270
Trademark(s) Striphair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 271

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Kitchen Home Supplies Store

**SELLER ID:** 1102102099



Exhibit 1
Doe #271
Trademark(s) Strip Hair, The Gentle Groomer: Listing Image,  Listing Title,  Listing Description
Copyright(s) SH-1,  SH-2,  SH-8,  SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 272

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** LinSy Studio Store

**SELLER ID:** 1102120540



6 In 1 Shedding Grooming Mass ×

2022-08-03

https://www.aliexpress.com/item/3256804356323699.html?gatewayAdapt=4itemAdapt

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**LinSy Studio Store**

93.8% Positive feedback

+ Follow

30 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 in 1 Shedding Grooming Massage Brush Multi-Functional Horse Brush Hair Removal Beauty Tool Horses Grooming Horse Shedding Tool

**US $10.23** ~~US $17.95~~ -43%

Store Discount: Buy 2 get 5% off

US $3.00 off Coupons For You | Get coupons

Color:

Quantity:

1 + 29997 Pieces available

Ships to Chicago, Illinois, United States

**Free Shipping**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 24

More options

Buy Now | Add to Cart | ♡ 2

Recommended For You

Exhibit 1
Doe #272
Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-6, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 273

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Aishang Home Furnishing Museum Store

**SELLER ID:** 1102166142



2X Horses Dog Grooming Brush ×

2022-08-03

https://www.aliexpress.com/item/3256804304892544.html

Sell on AliExpress | Help | Buyer Protection | App | / Chicago / English / USD | Wish List | Account

AliExpress

**Aishang Home Furnishing Museum Store**

100.0% Positive feedback

+ Follow

0 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

2X Horses Dog Grooming Brush 6-In-1 Shedding Grooming Massage Kit Pet Comb Hair Brush Cleaning Comb Dematting Tool Black

**US $11.96** ~~US $18.99~~ -37%

Store Discount: Buy 2 get 1% off

US $3.00 off Coupons For You | US $1.00 off Store Coupon | Get coupons

Quantity:

1 | 24 Pieces available

Ships to Chicago, Illinois, United States

**Shipping: $4.41**

From China to Chicago via AliExpress Standard Shipping

Estimated delivery on Aug 29

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Exhibit 1
Doe #273
Design Patent Used

**DOE NUMBER:** 274

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Primitive Outdoor Shop Store

**SELLER ID:** 1102166917



6in1 Horse Brush Removal Hair M ×

2022-10-15

https://www.aliexpress.us/item/3256804356532647.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Primitive Outdoor Shop Store**

50.0% Positive feedback

+ Follow

2 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

**US $6.10** ~~US $12.20~~ -50%

US $3.00 off Orders over US $4.00 Get coupons

Color: Black

Quantity:

1 2146 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $3.26**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Nov 13

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $7.46

US $3.80

US $1.25

Exhibit 1

Doe #274

Copyright(s) SH-1, SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image

Design Patent Used

**DOE NUMBER:** 275

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Pet Favorite Products Store

**SELLER ID:** 1102179588



Equestrian Supplies Horse Brush 2022-08-16

https://www.aliexpress.com/item/3256804411558821.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

**Pet Favorite Products Store**

100.0% Positive feedback

+ Follow

6 Followers

I'm shopping for... On AliExpress In this store

0

Store Home Products Sale Items Top Selling Feedback

Equestrian Supplies Horse Brush Hair Removal Massage Brush Sweat Cleaning Tool Washing Horse Grooming Horse Hair Removal Tool

**US $5.89**

Store Discount: Buy 3 get 5% off

US $3.00 off Orders over US $4.00 Get coupons

Color:

Quantity:

1 + 60 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $2.08**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 16

More options

Buy Now Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

**US $5.23**

**US $7.60**

**US $3.40**

Exhibit 1

Doe #275

Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image

Design Patent Used

**DOE NUMBER:** 276

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Smile House Store

**SELLER ID:** 1102182295



6 In 1 Horses Hair Removal Mass ×   2022-08-14

https://www.aliexpress.com/item/3256804347217794.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress | **Smile House Store** 42.9% Positive feedback | + Follow 5 Followers | I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

**US $8.99** ~~US $14.05~~ -36%

Store Discount: Get US $5.00 off each order over US $50.00

US $3.00 off Orders over US $4.00 | US $5.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 | 2997 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $0.65**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 05

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $2.56

Exhibit 1
Doe #276
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used



6 In 1 Horses Hair Removal Mass × +  2022-11-11

https://www.aliexpress.us/item/3256804720016641.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress | Smile House Store | + Follow | 66.7% Positive feedback | 9 Followers | I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

5% Cashback Bonus

**US $15.33** ~~US $17.03~~ -10%

Store Discount: Get US $5.00 off each order over US $55.00

US $3.00 off Orders over US $4.00 | US $5.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 + 2997 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $0.65**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 07

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $2.52

US $3.48

US $2.72

Exhibit 1
Doe #276
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-2, SH-22, SH-3, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 277

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Shop1102209460 Store

**SELLER ID:** 1102210444



1pc 6in1 Horse Brush Removal H × 2022-11-10

https://www.aliexpress.us/item/3256804416434414.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress Shop1102209460 Store 93.8% Positive feedback + Follow 33 Followers

I'm shopping for... On AliExpress In this store

Store Home Products Sale Items Top Selling Feedback

1PC 6in1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Grooming With Box New

US $3 off every US $30 spent on promo | 5% Cashback Bonus

**US $2.22** US $3.42 -35%

Store Discount: Buy 10 get 1% off

US $3.00 off Orders over US $4.00 | US $1.00 Off Store Coupon | Get coupons

Color: BK

Quantity: 1 Additional 1% off (2 Pieces or more) 9999 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $6.94**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06

More options

Buy Now | Add to Cart | 5

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $5.65

US $4.04

Exhibit 1
Doe #277
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 278

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Dream House Dropshipping Store

**SELLER ID:** 1102213997



Exhibit 1
Doe #278
Trademark(s) StripHair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 279

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** HappyLife88 Store

**SELLER ID:** 1102247279



6 In 1 Horses Hair Removal Mas: ×

2022-08-14

https://www.aliexpress.com/item/3256804459741755.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress | **HappyLife88 Store** 0.0% Positive feedback | + Follow 2 Followers

I'm shopping for... | On AliExpress | In this store | 0

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

2 orders

**US $8.71** ~~US $14.05~~ -38%

Store Discount: Get US $5.00 off each order over US $48.00

US $3.00 off Orders over US $4.00 | US $3.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 + 2992 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $0.65**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 08

More options

Buy Now | Add to Cart | 3

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $1.56

US $2.55

US $3.57

Exhibit 1
Doe #279
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-2, SH-8: Listing Image
Design Patent Used



Removes Hair and Dirt Well for ×

2022-11-11

https://www.aliexpress.us/item/3256804720082748.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

HappyLife88 Store
84.2% Positive feedback

+ Follow
6 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Removes Hair and Dirt Well for The Horses Dog In Their Shedding Period Pet Comb Horses Grooming Brush Shedding Grooming Massage

5% Cashback Bonus

**US $15.01** ~~US $16.32~~ -8%

Store Discount: Get US $2.00 off each order over US $32.00

US $3.00 off Orders over US $4.00 | US $5.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 | 2997 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $0.65**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

**US $2.12**

**US $4.09**

**US $2.73**

Exhibit 1
Doe #279
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-2, SH-22, SH-3, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 280

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** MiniYuan Store

**SELLER ID:** 1102247735



6 In 1 Horses Hair Removal Mass ×

2022-08-14

https://www.aliexpress.com/item/3256804476386731.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

MiniYuan Store

100.0% Positive feedback

+ Follow

4 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

**US $8.58** ~~US $14.06~~ -39%

Store Discount: Get US $5.00 off each order over US $50.00

US $3.00 off Orders over US $4.00 | US $3.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 | 2997 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $0.65**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Oct 13

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $2.18

US $2.43

US $3.59

Exhibit 1

Doe #280

Copyright(s) SH-1, SH-2, SH-22, SH-3, SH-8: Listing Image

Design Patent Used



6 in 1 Horse Brush Removal Hair × + 2022-11-12

https://www.aliexpress.us/item/3256804717180510.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress MiniYuan Store 92.9% Positive feedback + Follow 17 Followers

I'm shopping for... On AliExpress In this store

Store Home | Products | 11.11 Sale | Top Selling | Feedback

6 in 1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horse Grooming Horse Shedding Tool Equestrian Supplies

5% Cashback Bonus

**US $15.39** ~~US $16.20~~ -5%

Store Discount: Get US $5.00 off each order over US $75.00

US $3.00 off Orders over US $4.00 | US $5.00 Off Store Coupon | Get coupons

Color: Black

Quantity:

1 | 999 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $0.65**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $1.65

US $1.13

US $3.70

Exhibit 1
Doe #280
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-2, SH-22, SH-3, SH-31, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 281

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** LuckyDay66 Store

**SELLER ID:** 1102278137



6 In 1 Horses Hair Removal Mass ×  2022-11-10

https://www.aliexpress.us/item/3256804633575693.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

LuckyDay66 Store
94.7% Positive feedback

+ Follow
3 Followers

I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6 In 1 Horses Hair Removal Massage Brush Dogs Grooming Shedding Grooming Massage Kit Neat Pet Comb Hair Brush

US $3 off every US $30 spent on promo | 5% Cashback Bonus

**US $9.31** ~~US $14.10~~ -34%

Store Discount: Get US $8.00 off each order over US $98.00

US $3.00 off Orders over US $4.00 | US $5.00 Off Store Coupon | Get coupons

Color: Black

Quantity:

1 | 999 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $0.65**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $2.60

US $19.41

US $4.29

Exhibit 1
Doe #281
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-2, SH-22, SH-3, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 282

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Fatburnsports Store

**SELLER ID:** 1102299026



6in1 Horse Brush Removal Hair S × +

https://www.aliexpress.us/item/3256804650265474.html?gatewayAdapt=glo2usa&_randl_shipto=US

2022-11-11

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress Fatburnsports Store + Follow

100.0% Positive feedback 1 Followers

I'm shopping for... On AliExpress In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6in1 Horse Brush Removal Hair Sweat Massage Brush Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

5% Cashback Bonus

**US $7.39** ~~US $9.24~~ -20%

Store Discount: Buy 5 get 3% off

US $3.00 off Orders over US $4.00 | US $5.00 Off Store Coupon | Get coupons

Color: Black

Quantity:

1 Additional 3% off (5 Pieces or more)
999 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $1.55**

Free shipping for orders over US $15.00 via the selected shipping method

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $3.19

US $8.89

US $16.78

Exhibit 1
Doe #282
Trademark(s) StripHair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-3, SH-31, SH-6, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 283

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Love at first sight Store

**SELLER ID:** 1102300203



Harness Supplies Horse Brush Pe × | + 2022-10-11

https://www.aliexpress.us/item/3256804551947101.html

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress | Love at first sight Store | 100.0% Positive feedback | Follow | 1 Followers | I'm shopping for... | On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

Harness Supplies Horse Brush Pet Horse and Dog Beauty Brush 6-in-1 Hair Removal Beauty Massage Scraper Products Home Garden

**US $14.06** ~~US $27.03~~ -48%

US $3.00 off Orders over US $4.00 | US $30.00 Off Store Coupon | Get coupons

Color:

Quantity:

1 Additional 10% off (100 Pieces or more)
16795 Pieces available

Ships to Boca raton, Florida, United States

**Free Shipping**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Nov 09

More options

Buy Now | Add to Cart | ♡ 1

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $9.30

US $2.86

US $255.46

Exhibit 1
Doe #283
Copyright(s) SH-12, SH-19, SH-2, SH-22, SH-23, SH-3: Listing Image
Design Patent Used

**DOE NUMBER:** 284

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** Aerobicsports Store

**SELLER ID:** 1102302068



6in1 Horse Brush Removal Hair S × +  2022-11-11

https://www.aliexpress.us/item/3256804650715408.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress  Aerobicsports Store  0.0% Positive feedback  + Follow  1 Followers  I'm shopping for...  On AliExpress  In this store

Store Home  Products  Sale Items  Top Selling  Feedback

6in1 Horse Brush Removal Hair Sweat Massage Brush Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

5% Cashback Bonus

**US $7.39** ~~US $9.24~~ -20%

Store Discount: Buy 5 get 3% off

US $3.00 off Orders over US $4.00 | US $5.00 Off Store Coupon | Get coupons

Color:

Quantity: 1  Additional 3% off (5 Pieces or more)  2997 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $1.55**

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06  More options

Buy Now | Add to Cart

**75-Day Buyer Protection**
Money back guarantee

Recommended For You

US $3.82

US $4.99

US $13.49

Exhibit 1
Doe #284
Trademark(s) StripHair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-3, SH-31, SH-6, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 285

**MARKETPLACE:** Aliexpress

**MERCHANT NAME:** FirmBike Store

**SELLER ID:** 1102311220



6in1 Horse Brush Removal Hair S

2022-11-10

https://www.aliexpress.us/item/3256804650611952.html?gatewayAdapt=glo2usa&_randl_shipto=US

Sell on AliExpress | Help | Buyer Protection | App | / Boca raton / English / USD | Wish List | Account

AliExpress

FirmBike Store

100.0% Positive feedback

+ Follow

0 Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback

6in1 Horse Brush Removal Hair Sweat Massage Brush Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

5% Cashback Bonus

**US $7.39** ~~US $9.24~~ -20%

Store Discount: Buy 5 get 3% off

US $3.00 off Orders over US $4.00 | US $5.00 Off Store Coupon | Get coupons

Color: Black

Quantity:

1

Additional 3% off (5 Pieces or more)

999 Pieces available

Ships to Boca raton, Florida, United States

**Shipping: $1.55**

Free shipping for orders over US $15.00 via the selected shipping method

From China to Boca raton via AliExpress Standard Shipping

Estimated delivery on Dec 06

More options

Buy Now | Add to Cart

**75-Day Buyer Protection**

Money back guarantee

Recommended For You

US $3.99

US $4.53

US $18.29

Exhibit 1
Doe #285
Trademark(s) StripHair, The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-2, SH-3, SH-31, SH-6, SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 286

**MARKETPLACE:** Amazon

**MERCHANT NAME:** MUMIK

**SELLER ID:** A1064WAGASNPN6



Exhibit 1
Doe #286
Copyright(s) SH-2, SH-3, SH-31, SH-6, SH-8, SH-Video 1: Listing Image
Design Patent Used



Amazon.com: MUMIK Horse Brus × +

2022-03-24

amazon.com/dp/B09TW6FHT3?keywords=StripHair&m=A1064WAGASNPN6&psc=1

amazon prime | Deliver to John Boca Raton 33433 | Beauty & Personal Care | StripHair | Hello, Jessica Account & Lists | Returns & Orders | 0 Cart

All | Prime | Buy Again | Customer Service | Amazon Outlet | Amazon Basics | Toys & Games | Livestreams | Pharmacy | Amazon Business | Registry | Coupons | Whole Foods | Shopper Toolkit | Handmade | Pet Supplies | Shop office supplies

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

Tough-1 Neoprene Lined 12-Ring Nylon Surcingle 149 $40.98

Sponsored

Pet Supplies › Horses › Grooming & Bathing Supplies › Brushes

VIDEO

# MUMIK Horse Brush, Horse Grooming 2022 Upgrade Horse Hair Brush 6-in-1 Shedding Grooming Massage Brush and Multi-Functional Horses Hair Removal Beauty Massage Brush (Black(1pcs))

Brand: MUMIK

$14.98 ($424.36 / Ounce)

Thank you for being a Prime member. Get a $100 Gift Card: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card. No annual fee.

Color: Black(1pcs)

$14.98 ($424.36 / Ounce) | $25.98 ($735.98 / Ounce)

| | |
|---|---|
| Hair Type | All |
| Color | Black(1pcs) |
| Hair Type | All |
| Brand | MUMIK |

**About this item**

- 【Convenient and Comfort for Grooming】 Specially design hard brushes for removing the horse hair, Horse hair brush stimulates the horse's blood circulation quickly and prevent the shedding hair/ dirt/ mud remains but it is not bendable. The 6-in-

$14.98 ($424.36 / Ounce)

FREE delivery April 14 - May 4. Details

Deliver to John - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from MUMIK
Sold by MUMIK

Return policy: Eligible for Return, Refund or Replacement.

Add to List

Share

$2 off coupon

Exhibit 1
Doe #286
Copyright(s) SH-1, SH-2, SH-3, SH-31, SH-6, SH-Video 1: Listing Image
Design Patent Used

**DOE NUMBER:** 287

**MARKETPLACE:** Amazon

**MERCHANT NAME:** duilianshangwuzixun

**SELLER ID:** A10USGY4IZUGGY



Amazon.com: 6-in-1 Horse Brush ×

2022-05-18

amazon.com/dp/B09Z6NTBTS?keywords=StripHair&m=A10USGY4IZUGGY&psc=1

amazon | Deliver to Vivek Boca Raton 33433 | Home & Kitchen | StripHair | Hello, vivek Account & Lists | Returns & Orders | 0 Cart

All | Buy Again | Coupons | Health & Household | Pharmacy | Shopper Toolkit | Find a Gift | Handmade | Pet Supplies | Home Improvement | Gift Cards | Beauty & Personal Care | Livestreams | Watch UEFA with Paramount+

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

YITAHOME | YITAHOME Storage Tower with 8 Drawers - Fabric Dresser with Large Capacity, Organizer... 6,214 $95.97 prime

Sponsored

Roll over image to zoom in

# 6-in-1 Horse Brush Removal Hair Massage Brush Sweat Cleaning Kit Scrubber Horses Grooming Horse Shedding Tool Equestrian Supplies

Brand: Haowul

$11.50

- 6 In 1 Multifunctional Design: Our shedding grooming massage brush is specially designed for for multiple uses, grooming, bathing, hair removal, polishing, shampooing, and massage treatments are available for your horse.
- Nice Gift Idea: Horse grooming brushes are perfect for use after horseback riding, because it's gentle enough on the face and durable enough on the body, it's the perfect perfect gift for horse riding enthusiasts.
- Easily and Comfort for Grooming: Unique bendable brush design makes it is easily removes horse hair and prevents shedding hair/dirt/mud residue. It also quickly stimulates the blood circulation of while removing hair, making your beloved horse healthier.
- Flexible & Portable: Size: 8.74*2.05*0.98inch. Our multifunctional horse brushes are small and compact, easy to carry. The ergonomic handheld handle is very easy to clean your horse all-round.
- Safety Retouching: The horses hair brush with moderate hardness and premium material can be used safely. So you can groom your horse face, legs or anywhere else without fear of harming them.

$11.50

FREE delivery June 9 - 30. Details

Or fastest delivery May 24 - 27. Details

Deliver to Vivek - Boca Raton 33433

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from duilianshangwuzixun
Sold by duilianshangwuzixun

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Have one to sell?

Sell on Amazon

Exhibit 1
Doe #287
Copyright(s) SH-1, SH-8, SH-9: Listing Image
Design Patent Used