UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-22322-KMW

BETTY'S BEST, INC.,

    Plaintiffs,

vs.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING[1]**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Katherine Burghardt Kramer, Esq., of the law firm of DGW Kramer LLP, One Rockefeller Plaza; Ste. 1060, New York, NY 10020, Tel: (917) 633-6860, for purposes of appearance as co-counsel on behalf of the following sixty-four (64) Defendants as identified in Schedule A to the Complaint [DE 11] ("Defendants"):

| Doe No. | Marketplace | Merchant Name |
|---------|-------------|---------------|
| 702 | Other | anblinlast |
| 704 | Other | approachee |
| 713 | Other | awakelet |
| 714 | Other | beautifuldeer |
| 715 | Other | befullofbest |
| 720 | Other | blink-rain |
| 728 | Other | cheap-easy-go |
| 735 | Other | conversionb |

---

[1] This Motion was previously denied on September 21, 2023 [DE 77] because counsel had not associated all of the defendants as listed on the docket. This has been remedied with this filing.

| 743 | Other | dice-fox |
|---|---|---|
| 754 | Other | enjoyaitlife |
| 763 | Other | fankisses |
| 765 | Other | feelrational |
| 767 | Other | firemid |
| 769 | Other | flowercog |
| 772 | Other | formulalm |
| 773 | Other | frame-wood. |
| 775 | Other | futuremagics |
| 778 | Other | glossarye |
| 780 | Other | gorgeifous |
| 781 | Other | gorgeousdo |
| 785 | Other | hailoyearn |
| 786 | Other | happytoobtain |
| 798 | Other | infrontofmoon |
| 800 | Other | jewelawne |
| 803 | Other | jingle-shines |
| 817 | Other | lovermelody |
| 818 | Other | lovertune |
| 819 | Other | luckyarrange |
| 821 | Other | mattch-better |
| 822 | Other | matureidea |
| 825 | Other | meotilicn |
| 831 | Other | moonlightooze |
| 832 | Other | movingtune |
| 839 | Other | onalevelwith |
| 840 | Other | opportunuity |
| 847 | Other | purebluestars |
| 858 | Other | semi-sugarism |
| 870 | Other | smarts-blue |
| 871 | Other | somethebest |
| 877 | Other | subtlecloud |
| 878 | Other | sunnylada |
| 879 | Other | sunshinebl |
| 880 | Other | superbzeal |
| 883 | Other | swan-sunny |
| 888 | Other | theflycloud |

| 891 | Other | tophotred |
| 904 | Other | witmethod |
| 906 | Other | alcartoonly |
| 907 | Other | allhaulm |
| 909 | Other | bulk-supplement |
| 910 | Other | confidencem |
| 911 | Other | costumebrand |
| 912 | Other | embravewise |
| 913 | Other | goblinpocket |
| 914 | Other | happyhours-rover |
| 915 | Other | implicitm |
| 916 | Other | inputependa |
| 917 | Other | magicport |
| 918 | Other | milletgo |
| 919 | Other | mite-wood |
| 922 | Other | puppup |
| 923 | Other | rationalu |
| 924 | Other | supvogue |
| 927 | Other | youngfight |

Counsel is appearing for these Defendants in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, agrees to receive electronic filings in this case, and in support thereof states as follows:

1. Ms. Kramer is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York and Vermont state bars, and also is admitted to practice before and is in good standing with the United States District Court for the Southern District of New York, the United States District Court for the District of Vermont, the 2nd Circuit Court of Appeals, and other federal courts.

2. Movant, Nicole W. Giuliano, Esq., of the law firm of Giuliano Law Group, P.A., 121 S. Orange Avenue, Suite 1500, Orlando, FL 32801, Tel: (321) 754-5290, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be

designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Ms. Kramer will be making payment of this Court's admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. As referenced in the certification, this is the first pro hac vice application for Ms. Kramer within the past 365 days.

5. Ms. Kramer, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Ms. Kramer at email address kkramer@dgwllp.com.

WHEREFORE, Nicole W. Giuliano moves this Court to enter an Order allowing Katherine Burghardt Kramer to appear *pro hac vice* before this Court on behalf of the above referenced Defendants as identified in Schedule A to the Complaint, in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ms. Kramer.

Dated: September 21, 2023

Respectfully submitted,

*/s/ Nicole W. Giuliano*
Nicole W. Giuliano, Esq.
Florida Bar No. 71067
Giuliano Law Group, P.A.
121 S. Orange Avenue, Suite 1500
Orlando, FL 32801
Tel: (321) 754-5290 / Fax: (321) 400-1055
Primary: nicole@glgpa.com
service@glgpa.com
*Attorney for Defendants as referenced in Schedule A of the Complaint*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of this Motion has been served this 21st day of September via CM/ECF to all interested parties.

                  */s/ Nicole W. Giuliano*