**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:23-cv-22322-KMW

BETTY'S BEST, INC.,

    Plaintiffs,

vs.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**<u>CERTIFICATION OF KATHERINE BURGHARDT KRAMER</u>**

Katherine Burghardt Kramer, Esq., pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York and Vermont state bars, and also I am admitted to practice before and am in good standing with the United States District Court for the Southern District of New York, the United States District Court for the District of Vermont, the 2nd Circuit Court of Appeals, and other federal courts; and (3) this would be my first pro hac vice application in this District within the last 365 days.

                                                                */s/ Katherine Burghardt Kramer*
                                                                Katherine Burghardt Kramer

                                                                Date:___09/18/2023_____