UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:23-CV-22322-KMW

BETTY'S BEST, INC.,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE 'A',

        Defendants.

_____

## REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AS TO CERTAIN DEFENDANTS AND CONTINUATION OF PRELIMINARY INJUNCTION HEARING AS TO CERTAIN DEFENDANTS

This matter is before the Court on Plaintiff Betty's Best Inc.'s Motion for Preliminary Injunction (ECF No. 17), filed under 15 U.S.C. § 1116, Federal Rule of Civil Procedure 65, 17 U.S.C. §§ 502, 503, 35 U.S.C. §§ 281, 283, and The All Writs Act, 28 U.S.C. § 1651(a), against Defendants identified on Schedule "A" as 286 to 694, 697 to 699, 701, 705, 706, 709, 711, 712, 719, 722, 726, 729 to 731, 737, 739, 740, 742, 744, 746, 752, 753, 755 to 758, 762, 764, 774, 776, 777, 779, 782 to 784, 787 to 797, 801, 802, 806, 808 to 812, 814, 816, 823, 828, 830, 833, 836, 837, 838, 841 to 843, 845, 846, 852, 855, to 857, 860 to 862, 866, 868, 869, 872 to 874, 881 to 887, 889, 890, 893 to 896, 898 to 900, 920, 921, 926, 929, 930, 932 to 937, 939, 941, 943, 944, and 946 to 1099,[1] also listed on Exhibit 1 attached hereto ("Defendants").

---

[1] Prior to the hearing on the Motion for Preliminary Injunction, Plaintiff filed a Motion to Extend the TRO as to the defendants numbered 1 through 285 on September 19, 2023 at ECF No. 37. Plaintiff is not requesting the Court rule on its Motion against these defendants.

The Court has carefully considered the Motion (ECF. No. 17), the record, and the governing law. For the reasons stated below, it is **RECOMMENDED** that Plaintiff's Motion for Preliminary Injunction be **GRANTED** as against these Defendants. It is further **RECOMMENDED** that the Motion to Continue Deadlines and Hearing Date on the Motion for Preliminary Injunction (DE 40) as to certain other Defendants[2] be **GRANTED.**

## BACKGROUND

On September 1, 2023, the Court affirmed and adopted the Report and Recommendation issued by the undersigned at ECF No. 22, thereby entering a temporary restraining order and an order restraining the financial accounts used by Defendants (the "TRO"). (ECF No. 24). The TRO set a hearing on the Plaintiff's Motion for Preliminary Injunction (the "Motion") for September 14, 2023. The hearing was continued to September 21, 2023 to allow Defendants to be served and to file a response to the Motion. (ECF No. 31).

Prior to the hearing on the Motion for Preliminary Injunction, Plaintiff filed Proofs of Service on the Defendants[3] pursuant to the Court's Order Authorizing Alternate Service of Process entered on July 31, 2023 at ECF No. 21. Plaintiff's proofs of service affirmed that the Plaintiff served process on the Defendants by emailing these Defendants the text of the summons issued in this action and the link http://www.sriplaw.com/notice where the full text of the Complaint, exhibits thereto, Temporary Restraining Order, and the full text of all other documents filed in this action are available to view and download in compliance with this Court's Order on Alternate Service.[4]

---

[2] *See* page 3 of this Report and Recommendation for full list of these 64 defendants.
[3] ECF Nos. 43, 44, 46, 47, 49 to 52, 54, 56 to 69 to 71.
[4] At the September 21, 2023 hearing, Plaintiff stated it was not seeking that the Court recommend that a preliminary injunction be entered against the defendants it had not yet served nor the four defendants served the morning of the hearing. These defendants are not included in this Report.

Present at the hearing was counsel for the following sixty-four defendants:

| Doe No. | Marketplace | Merchant Name |
|---------|-------------|---------------|
| 702 | Other | anblinlast |
| 704 | Other | approachee |
| 713 | Other | awakelet |
| 714 | Other | beautifuldeer |
| 715 | Other | befullofbest |
| 720 | Other | blink-rain |
| 728 | Other | cheap-easy-go |
| 735 | Other | conversionb |
| 743 | Other | dice-fox |
| 754 | Other | enjoyaitlife |
| 763 | Other | fankisses |
| 765 | Other | feelrational |
| 767 | Other | firemid |
| 769 | Other | flowercog |
| 772 | Other | formulalm |
| 773 | Other | frame-wood. |
| 775 | Other | futuremagics |
| 778 | Other | glossarye |
| 780 | Other | gorgeifous |
| 781 | Other | gorgeousdo |
| 785 | Other | hailoyearn |

| 786 | Other | happytoobtain |
|-----|-------|---------------|
| 798 | Other | infrontofmoon |
| 800 | Other | jewelawne |
| 803 | Other | jingle-shines |
| 817 | Other | lovermelody |
| 818 | Other | lovertune |
| 819 | Other | luckyarrange |
| 821 | Other | mattch-better |
| 822 | Other | matureidea |
| 825 | Other | meotilicn |
| 831 | Other | moonlightooze |
| 832 | Other | movingtune |
| 839 | Other | onalevelwith |
| 840 | Other | opportunuity |
| 847 | Other | purebluestars |
| 858 | Other | semi-sugarism |
| 870 | Other | smarts-blue |
| 871 | Other | somethebest |
| 877 | Other | subtlecloud |
| 878 | Other | sunnylada |
| 879 | Other | sunshinebl |
| 880 | Other | superbzeal |
| 883 | Other | swan-sunny |

| 888 | Other | theflycloud |
|---|---|---|
| 891 | Other | tophotred |
| 904 | Other | witmethod |
| 906 | Other | alcartoonly |
| 907 | Other | allhaulm |
| 909 | Other | bulk-supplement |
| 910 | Other | confidencem |
| 911 | Other | costumebrand |
| 912 | Other | embravewise |
| 913 | Other | goblinpocket |
| 914 | Other | happyhours-rover |
| 915 | Other | implicitm |
| 916 | Other | inputependa |
| 917 | Other | magicport |
| 918 | Other | milletgo |
| 919 | Other | mite-wood |
| 922 | Other | puppup |
| 923 | Other | rationalu |
| 924 | Other | supvogue |
| 927 | Other | youngfight |

The parties informed the Court that they agreed to extend the TRO as to the aforementioned

64 defendants, and requested the Court continue the hearing on the motion for preliminary

injunction against these defendants for approximately three weeks. Rule 65 of the Federal Rules of Civil Procedure allow for such an extension of the temporary restraining order with the consent of the adverse party. Fed. R. Civ. P. 65(b)(2). The Court will therefore recommend that the Temporary Restraining Order as to these 64 defendants be extended to **October 18, 2023.** The hearing on Plaintiff's preliminary injunction motion against these 64 defendants will take place on **October 18, 2023 at 4:00 pm** via videoconference. The deadline for these defendants to file an opposition to the Motion for Preliminary Injunction shall be **October 9, 2023**. The deadline for Plaintiff to file its Reply in support of its Motion for Preliminary Injunction shall be **October 10, 2023**.

The Court has reviewed the evidence presented to the Court on the Motion for the remaining Defendants. The Court hereby determines that it has personal jurisdiction over the Defendants since the evidence presented on the Motion shows that the defendants (except those indicated above on whom service was not made) have been served with process pursuant to this Court's order authorizing alternative service. The Court also determines that these defendants directly target their business activities toward consumers in the United States, including Florida, and specifically that the defendants are reaching out to do business with Florida residents by operating one or more commercial, interactive internet stores on internet marketplaces where Florida residents can purchase products bearing infringing and/or counterfeit trademarks belonging to the Plaintiff.

This Court further determines that the temporary restraints previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of plaintiff's previously granted Motion for a Temporary Restraining

Order establishes that Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

The Court finds that Plaintiff has a strong probability of proving at trial that consumers are likely to be confused by Defendants' advertisement, promotion, sale, offer for sale, or distribution of goods bearing counterfeits, reproductions, or colorable imitations of the products using the 5072866 STRIPHAIR Mark registered on November 01, 2016, and 5328641 THE GENTLE GROOMER Mark registered on November 07, 2017 (collectively the "Betty's Best Marks"), for "grooming tools for pets, namely, combs and brushes; Currycombs" in International Class 21. The Betty's Best Marks are valid and registered on the Principal Register of the United States Patent and Trademark Office and shown in Composite Exhibit 1 to the Complaint in this action. (collectively the "Betty's Best Marks").

Plaintiff also has a strong probability of proving at trial that Defendants market and advertise their products using Plaintiff's photographs, videos, and website which are protected by copyright and registered with the Copyright Office (collectively the "Works"). Plaintiff's photographs are duly registered with the Register of Copyrights as visual materials:

| Copyright Title and Description | Reg. No. | Reg. Date |
|---|---|---|
| StripHair Product Pictures 2020 (group of 10 photographs) | VA 2-299-367 | 05/12/2022 |
| StripHair Product Pictures 2019 (group of 7 photographs) | VA 2-300-902 | 05/19/2022 |
| StripHair Product Pictures 2018 (group of 2 photographs) | VA 2-304-928 | 06/03/2022 |
| StripHair Product Pictures 2021 (group of 8 photographs) | VA 2-304-931 | 06/03/2022 |

Plaintiff's videos are duly registered with the Register of Copyrights as entire motion pictures, as shown in the table below.

| Copyright Title and Description | Reg. No. | Reg. Date |
|---|---|---|
| SH-Video-1 11.01.2019 (entire motion picture) | PAu 4-142-655 | 06/14/2022 |

| SH-Video-2 4-01-2021 (entire motion picture) | PAu 4-142-666 | 06/14/2022 |
|---|---|---|
| SH-Video-3 7.01.2021 (entire motion picture) | PAu 4-143-928 | 06/30/2022 |
| SH-Video-4 4.01.2018 (entire motion picture) | PAu 4-143-929 | 06/30/2022 |
| SH-Video-5 3.01.2019 (entire motion picture) | PAu 4-145-045 | 07/14/2022 |
| SH-Video-7 6.01.2020 (entire motion picture) | PAu 4-145-360 | 07/19/2022 |
| SH-Video-8 5.01.2021 (entire motion picture) | PAu 4-145-361 | 07/19/2022 |
| SH-Video-6 2.01.2019 (entire motion picture) | PAu 4-145-379 | 07/19/2022 |

Plaintiff's website content comprising photographs and text, titled "striphair.com website," is duly registered with the Register of Copyrights under the Reg. No. VA 2-271-013, effective from October 6, 2021.

Plaintiff has a strong probability of proving at trial that the products Defendants are selling and promoting for sale infringe the Plaintiff's products' design features which are protected under a design patent and registered with the United Stated Patent and Trademark Office under the U.S. Patent No. D841,900 S titled "HORSE OR PET GROOMING TOOL" (the "HOPGT Design Patent"). The HOPGT Design Patent was registered on February 26, 2019, has not expired and is valid.

The potential harm to Defendants in restraining their trade in counterfeit and infringing branded goods if a preliminary injunction is issued is far outweighed by the potential harm to plaintiff, its reputation, and its goodwill as a manufacturer and distributor of quality products, if such relief is not issued. The public interest favors issuance of the temporary restraining order to protect Plaintiff's trademark interests and protect the public from being defrauded by the palming off of counterfeit goods as plaintiff's genuine goods.

In addition, under 15 U.S.C. § 1117(a), Plaintiff may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants' distribution and sales of goods bearing counterfeits and infringements of Plaintiff's trademarks. See *Levi Strauss & Co. v. Sunrise Int'l*

*Trading Inc.*, 51 F.3d 982, 987 (11th Cir. 1995); *Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 970 F.2d 552, 559 (9th Cir. 1992). The Copyright Act also permits the recovery of Defendants' profits. *See* 17 U.S.C. § 504. Furthermore, both the Copyright Act and the Patent Act permit the entry of an injunction to restrain violations of those acts, 17 U.S.C. § 502, 35 U.S.C. § 283, and the Copyright Act authorizes an order impounding infringing goods and articles. 17 U.S.C. §503.

Further, Plaintiff has demonstrated that it is entitled to recover, as an equitable remedy, an injunction as a result of the infringement of Plaintiff's patent by Defendants, inasmuch as Plaintiff has demonstrated that Plaintiff has and will continue to suffer price erosion as a result of Defendants' infringement because Defendants sell their products that infringe Plaintiff's intellectual property rights for much less than Plaintiff, Plaintiff has been forced to lower its prices as a result of the infringement, the Defendants' continued infringement prevent and frustrate Plaintiff's ability to sell its authentic products, and Plaintiff has been unable to restore the higher price point it was able to sell at prior to the infringements and counterfeiting by Defendants.

In light of the inherently deceptive nature of the counterfeiting business, and the likelihood that Defendants have violated federal trademark, copyright, and patent laws, Plaintiff has good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless the restraint of those assets ordered in the TRO is continued.

Accordingly, the Court having considered the motion and having found good cause, it is **RECOMMENDED** that the motion be **GRANTED** and a preliminary injunction entered against Defendants numbered 286 to 694, 697 to 699, 701, 705, 706, 709, 711, 712, 719, 722, 726, 729 to 731, 737, 739, 740, 742, 744, 746, 752, 753, 755 to 758, 762, 764, 774, 776, 777, 779, 782 to 784, 787 to 797, 801, 802, 806, 808 to 812, 814, 816, 823, 828, 830, 833, 836, 837, 838, 841 to 843, 845, 846, 852, 855, to 857, 860 to 862, 866, 868, 869, 872 to 874, 881 to 887, 889, 890, 893 to

896, 898 to 900, 920, 921, 926, 929, 930, 932 to 937, 939, 941, 943, 944, and 946 to 1099, as follows:

## PRELIMINARY INJUNCTION

1.      Each defendant listed on Exhibit 1 attached hereto, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any defendant having notice of this Order are hereby restrained and enjoined during the pendency of this case:

a.      From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Betty's Best Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by plaintiff; and

b.      From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by plaintiff, bearing and/or using the  Mark, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using the Betty's Best Marks, or any confusingly similar trademarks; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any defendant, including, but not limited to, any assets held by or on behalf of any defendant;

c.      From copying, displaying, distributing or creating derivative works of Plaintiff's Copyrighted Works; and

      d.      From making, using, selling, importing and/or offering to sell products that practice the HOPGT Design Patent.

2.      Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any defendant having notice of this Preliminary Injunction shall immediately discontinue, until further Order of this Court, the use of the Betty's Best Marks, or any confusingly similar trademarks, or the Plaintiff's Copyrighted Works, and the HOPGT Design Patent on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs. This order is limited to the defendants' listings using the Betty's Best Marks, or any confusingly similar trademarks, or the Plaintiff's Copyrighted Works, and the HOPGT Design Patent, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs, and does not apply to the defendants' entire e-commerce stores.

3.      Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any defendant having notice of this Preliminary Injunction shall immediately discontinue, until further Order of this Court, the use of the Betty's Best Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Internet based e-commerce stores registered, owned, or operated by any Defendant, including the Internet based e-commerce stores operating under the Seller IDs.

4.      Each defendant shall not transfer ownership of the Seller IDs during the pendency of this action, or until further order of the Court.

5.      Each defendant shall continue to preserve copies of all computer files relating to the use of any of the Seller IDs and shall take all steps necessary to retrieve computer files relating to the use of the Seller IDs that may have been deleted before the entry of this Order.

6.      Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Ayden N.V. ("Ayden"), Checkout Ltd which operates Checkout.com ("Checkout.com"), Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform ("AliExpress"), Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. ("Ant Financial Services"), AliPay (China) Internet Technology Co. Ltd., Alipay.com Co., Ltd., and Alipay Singapore E-Commerce Private Limited (collectively, "Alipay"), Amazon Payments, Inc. ("Amazon"), Cloudflare.com ("Cloudflare"), Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc, ContextLogic, Inc., which operates the Wish.com website ("ContextLogic"), PayPal, Inc. ("PayPal"), eBay, Inc. ("eBay"), Stripe, Inc. and/or Stripe Payments Company ("Stripe"), Walmart.com ("Walmart"),  and their related companies and affiliates shall continue the restraints imposed under the TRO until further Order of this Court and, to the extent not already done, (i) restrain the transfer of all funds, as opposed to ongoing account activity, held or received for their benefit or to be transferred into their respective financial accounts, and any other financial accounts tied thereto; (ii) divert those restrained funds to a holding account for the trust of the Court.; (iii) identify all financial accounts and/or sub-accounts, associated with the Internet based e-commerce stores operating under the Seller IDs, store numbers, infringing product numbers, and/or the e-mail addresses identified on Schedule "A" to the Complaint and Exhibit 1 attached hereto, as well

12

as any other accounts of the same customer(s); (iv) identify all other accounts which transfer funds into the same financial institution account(s) or any of the other financial accounts subject to this Order;

7.      Upon receipt of notice of this Preliminary Injunction, defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms receiving notice of this Order, including but not limited to, Ayden, Checkout.com, AliExpress, Ant Financial Services, Alipay, Amazon, Cloudflare, Dunhuang Group which operates the DHgate.com and DHpay.com platforms, Camel FinTech Inc, ContextLogic, PayPal, eBay, Stripe, Walmart, and their related companies and affiliates, shall to the extent not already done, provide plaintiff's counsel with all data that details: (i) an accounting of the total funds restrained and identify the financial account(s) and sub-account(s) which the restrained funds are related to; (ii) the account transactions related to all funds transmitted into the financial account(s) and sub-account(s) which have been restrained; (iii) the historical sales for the defendants' listings that are alleged to infringe plaintiff's trademarks; and (iv) the true identities along with complete contact information including email addresses of all defendants.

8.      The funds restrained by this Preliminary Injunction shall not be transferred or surrendered by any defendant, financial institution, payment processor, bank, escrow service, money transmitter, or marketplace website, including but not limited to, Ayden, Checkout.com, AliExpress, Ant Financial Services, Alipay, Amazon, Cloudflare, Dunhuang Group which operates the DHgate.com and DHpay.com platforms, Camel FinTech Inc, ContextLogic, PayPal, eBay, Stripe, Walmart, and their related companies and affiliates for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of this Court.

9.      No defendant whose funds are restrained by this Preliminary Injunction may transfer said funds in possession of any financial institution, payment processor, bank, escrow service, money transmitter, or marketplace website, including but not limited to, Ayden, Checkout.com, AliExpress, Ant Financial Services, Alipay, Amazon, Cloudflare, Dunhuang Group which operates the DHgate.com and DHpay.com platforms, Camel FinTech Inc, ContextLogic, PayPal, eBay, Stripe, Walmart, and their related companies and affiliates restrained by this Order to any other financial institution, payment processor, bank, escrow service, money transmitter or marketplace website without the express authorization of this Court.

10.      Any defendant or financial institution account holder subject to this Preliminary Injunction may petition the Court to modify the asset restraint set out in this Order.

11.      This Order shall apply only to the Seller IDs listed on Schedule "A" to the Complaint and Exhibit 1 attached hereto, associated e-commerce stores and websites, and any other seller identification names, e-commerce stores, websites, or financial accounts which are being used by Defendants for the purpose of counterfeiting the Betty's Best Marks, Copyrighted Works, the HOPGT Design Patent, and/or unfairly competing with Plaintiff.

12.      This Preliminary Injunction shall remain in effect during the pendency of this case and until further Order of the Court. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Preliminary Injunction upon notice to plaintiff pursuant to the Federal Rules of Civil Procedure and Local Rules of the Southern District of Florida.

**BOND**

13.      The Court finds that the bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00) posted by Plaintiff as evidenced by the Notice of Filing Bond (Doc. 18) is

sufficient and shall remain with the Court until a final disposition or until this Preliminary Injunction is dissolved or terminated.

**PRELIMINARY INJUNCTION HEARING AS TO THE SIXTY-FOUR DEFENDANTS**

A remote video hearing is set before this Court on **October 18, 2023 at 4:00 pm** via Zoom: Meeting ID: 160 665 3316 ; Passcode: 817009. At the hearing, the aforementioned sixty-four defendants and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiff's requested Preliminary Injunction as to these defendants.

**OBJECTIONS**

Pursuant to 28 U.S.C. § 636(b)(1) and Local Magistrate Rule 4(a), Plaintiff has THREE (3) days from the date of this Report and Recommendation to serve and file written objections, if any, with the District Judge.1 *See generally Jeffrey S. by Ernest S. v. State Bd. of Educ. of State of Ga.*, 896 F.2d 507 (11th Cir. 1990). Failure to timely file objections will bar a de novo determination by the district judge of anything in this Report and shall constitute a waiver of a party's "right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1; *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020); 28 U.S.C. § 636(b)(1)(C).

**SIGNED** this 21st day of September, 2023.

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:     **U.S. District Judge Kathleen M. Williams**; and
        **All Counsel of Record**

15

## EXHIBIT 1

| Doe No. | Marketplace | Merchant Name | Seller ID |
|---|---|---|---|
| 286 | Amazon | MUMIK | A1064WAGASNPN6 |
| 287 | Amazon | duilianshangwuzixun | A10USGY4IZUGGY |
| 288 | Amazon | Lucky- | A10XW0T6A5CCTF |
| 289 | Amazon | zeyuansudadianzishangwuyouxiangongsi | A10ZMZY4NTYGV5 |
| 290 | Amazon | HuZliLian | A111GE05OK8V9T |
| 291 | Amazon | ImiTradn | A11N2J737PRVPK |
| 292 | Amazon | Yunplsad-US | A11QHKPQ6UGOMK |
| 293 | Amazon | hefeicuanqiongshangmaoyouxiangongsi | A123UMD7LSMF5X |
| 294 | Amazon | Global Select---US | A12WIB0PWESDHP |
| 295 | Amazon | KISSXIAOYA | A13MGSROF1G9Y3 |
| 296 | Amazon | HOKITO | A13O2EVXJJG3GJ |
| 297 | Amazon | XuGenZheng | A1473BQPCQOVDZ |
| 298 | Amazon | Gold Edge Technology Co Ltd | A14AGUPB596F19 |
| 299 | Amazon | Kingbyking | A14Y9X35POX3RV |
| 300 | Amazon | qingshi-us | A15NHBKZZTKI79 |
| 301 | Amazon | XINRONGUS | A163IRCKE7AIU9 |
| 302 | Amazon | Wuytizuf | A17RWF3X6KTG6L |
| 303 | Amazon | hongfeichaoshi | A18RCMUZ7GJIUS |
| 304 | Amazon | M-YIMEI | A1A9QLPG4RDWTL |
| 305 | Amazon | BSMTech | A1AGGT2N4LHVKI |
| 306 | Amazon | anyangshiyuantuoshangmaoyouxiangongsi | A1BG9LYUWQIC4K |
| 307 | Amazon | GYDOTY | A1BMV6EP5D8SYR |
| 308 | Amazon | architect us | A1BYBNWPPRXDVP |
| 309 | Amazon | Salinre | A1BYWPPD7RC3JY |
| 310 | Amazon | Wokape | A1CD4XKMFSWYNY |
| 311 | Amazon | Drier | A1CKH9EEM5T3XT |
| 312 | Amazon | card holder | A1DAHQ827TAOOO |
| 313 | Amazon | JINJIANG FANGJIECHANG WANGLUO KEJI YOUXIAN GONGSI | A1DEA4CJRD7T5V |
| 314 | Amazon | extraordinary-shop | A1DJHZBGDXZKVQ |
| 315 | Amazon | jindingyizu | A1DKF34IEK4M5N |
| 316 | Amazon | ZHENGZHOUDIANSHOUSHANGMAOYOUXIAN GONGSI | A1EG52DHNSCB4N |
| 317 | Amazon | SZDDY | A1ERTI1A28BQQH |
| 318 | Amazon | AAW Home | A1F7TQSIJV3IPR |
| 319 | Amazon | tangxiaohua's shop | A1FGSAVV00AIPT |
| 320 | Amazon | HongZhouShangMao | A1FSWPLNCY29RC |
| 321 | Amazon | jingjiangshiyiruimaoyiyouxiangongsi | A1G0I4JRLWQ66B |

| 322 | Amazon | Qmee | A1GEG0U847QQWQ |
|---|---|---|---|
| 323 | Amazon | FANTASTIC U | A1GLLUU2IEFP8V |
| 324 | Amazon | zongyangj | A1GTUCDKRCEXKL |
| 325 | Amazon | baoerchen | A1GUSWRTTUVJIZ |
| 326 | Amazon | Zhengzhougechengshejicehuayouxiangongsi | A1IAMAI063WN2N |
| 327 | Amazon | DANSHOUIO | A1IQ6QQQS51KE3 |
| 328 | Amazon | jiaofafa | A1ISJLNMJCK1MK |
| 329 | Amazon | kaidong | A1IW6MDOX65JE6 |
| 330 | Amazon | zhanghao88 | A1JCUH6NS6ZUFA |
| 331 | Amazon | Echo Beach Group | A1JTWJH3NE4DR5 |
| 332 | Amazon | zhengzhoushierqiquleimanriyongbaihuoshanghang | A1JVYDMXWC4H4N |
| 333 | Amazon | ORANGECOMING | A1MB4DF62OMA63 |
| 334 | Amazon | Manpart Converge | A1MIBYFLL9S99V |
| 335 | Amazon | Xujiaqi | A1MN3UWIOHRWO1 |
| 336 | Amazon | kele(chongqing)keji | A1NN39EP1R4WZ9 |
| 337 | Amazon | Litaohao | A1OQY8WXB27MMK |
| 338 | Amazon | Thymrim | A1OWVUFGKDW5IH |
| 339 | Amazon | yanyanyi1 | A1P5HBT3YZ56Y |
| 340 | Amazon | beiangsibaihuo | A1PEPFDZEVDNKC |
| 341 | Amazon | BAGbag | A1PP9MWRMGMIMC |
| 342 | Amazon | 7 - 14 Days Delivery | A1PRMSLNXBMLGK |
| 343 | Amazon | Xinnary2020 | A1PRQNU8K8G5A2 |
| 344 | Amazon | XinxiangYin | A1PX3T863SB1KA |
| 345 | Amazon | chivedumpling | A1Q5BDF8ZP693M |
| 346 | Amazon | Sijie-JP | A1QVEL7H5SJ7IC |
| 347 | Amazon | Midiciai Health | A1RING36Q9H965 |
| 348 | Amazon | Tumuy | A1S2EWOC7BPO0Y |
| 349 | Amazon | lijuchen | A1TANJFRM4RVI0 |
| 350 | Amazon | quanzhoumisuxinxizixunyouxiangongsi | A1TN9OGAGXFSY9 |
| 351 | Amazon | HuGoe Direct | A1U41C1RG9K3WH |
| 352 | Amazon | Echo US | A1UKJ92VSAHVX7 |
| 353 | Amazon | fiypig | A1VQ5TI2F9GDE4 |
| 354 | Amazon | HulaHula | A1WDQVNWWE182Y |
| 355 | Amazon | SIYAZJWZðŸŽ„ 7-15 days Delivery | A1X0PEJQ2CLSR2 |
| 356 | Amazon | Yezer-s | A1XQJP3JHDZ8VV |
| 357 | Amazon | windvans | A1YEFHMJSI51BI |
| 358 | Amazon | yanmeerA | A20PPVAILBA644 |
| 359 | Amazon | ZJJX-Direct | A2152JCJEENTQ3 |
| 360 | Amazon | daxiong888888 | A21B9PDF6WO9V2 |
| 361 | Amazon | yuhuataiquqiqingyuebaihu | A21H1AU606AA0K |
| 362 | Amazon | Keqi | A21S4DSQH4CE1U |

| 363 | Amazon | huijie's shop | A22IL4LEIZJBDV |
|---|---|---|---|
| 364 | Amazon | Lishiguli | A22R1M42MCIQIX |
| 365 | Amazon | Magwen226 | A22SXWZJ7SJDNS |
| 366 | Amazon | gxinhai | A22VBPFLLPLXP |
| 367 | Amazon | baizong | A24CLE9OKXAL6E |
| 368 | Amazon | Guibing | A24ICBY852CKC |
| 369 | Amazon | liuyouwei45 | A24R7G38L842B7 |
| 370 | Amazon | Borunda | A2519JOYO3JK2Z |
| 371 | Amazon | zhongmuxianxinfabaihuoshangdian | A25SP6BE00I893 |
| 372 | Amazon | XIQILITANG | A25TKQCYKQVCUZ |
| 373 | Amazon | HDSFBOP-US | A279S52BROHYQ0 |
| 374 | Amazon | ZMMbeimeidian | A27BFXAXGWIDRI |
| 375 | Amazon | FangYuPing | A28FWC6Q1KIL1L |
| 376 | Amazon | DERCLIVE_115NA | A28I9KCB53GHH3 |
| 377 | Amazon | GreatGiftList | A28KST4RMMNGLA |
| 378 | Amazon | Qiandan | A28RFHUC9AWHRG |
| 379 | Amazon | MGGJE | A28V8SNATUZ557 |
| 380 | Amazon | Shujuan | A294YIZAU8U73O |
| 381 | Amazon | JiaTaylor | A29SEINWTMC16B |
| 382 | Amazon | ä´æ²ç»ˆâ¿â¨ç½ç»»œç§æŠ€€œ‰é™â¦¬â¸ | A2A20M4ZXIDH69 |
| 383 | Amazon | Zhengruus | A2A5MQYNQ5G8YU |
| 384 | Amazon | JGZD | A2AYTVV6IHWX15 |
| 385 | Amazon | Petyoung2018 | A2BQ5IBM1M7KVC |
| 386 | Amazon | zhengzhoushierqiqubaluanriyongbaihuoshanghang | A2BRUORJP84TEL |
| 387 | Amazon | WeiNiChoi | A2CLCGAC09YEEU |
| 388 | Amazon | Summer palace | A2CSCAQ670JV0U |
| 389 | Amazon | maonple | A2DG22NLCSJNJP |
| 390 | Amazon | kaizhirui | A2EEQ0UORRQERO |
| 391 | Amazon | xiaoxiaoe | A2F0H9ZMNJZAIN |
| 392 | Amazon | zhangxu22 | A2FOJSBGCIDWLX |
| 393 | Amazon | Braong-US | A2GMTM2FW20KG1 |
| 394 | Amazon | Senoie | A2GXKYDRKXFYPV |
| 395 | Amazon | xincheng-shop | A2IARSP7S1NXV4 |
| 396 | Amazon | HongLaiRuiiStore | A2IHQYK3RKKMGI |
| 397 | Amazon | MoonGirls (Fast Shipping 7-15 Days ) | A2IW0XDM6KJLTR |
| 398 | Amazon | Tacanlite | A2JCHREGHO0R6O |
| 399 | Amazon | YIXIANMER | A2JP0BNN14AUNZ |
| 400 | Amazon | SYYINGYI | A2JSJ29LXHUCZD |
| 401 | Amazon | CYP Store | A2KNER2YQOQBYH |
| 402 | Amazon | Aqur2020 | A2KRPDAJ57SK04 |
| 403 | Amazon | jiajiemyUS | A2L1GI591YKIN6 |

| 404 | Amazon | QWORK | A2M49RHWISCA2E |
|---|---|---|---|
| 405 | Amazon | ZHIhua | A2MGQZ69OV36CC |
| 406 | Amazon | Emilykylie | A2MSQM0PYL5HBX |
| 407 | Amazon | andy wang | A2MV7M5M0J4NJ4 |
| 408 | Amazon | handsome guy | A2N9DB4XBU8MTV |
| 409 | Amazon | BianLiDian | A2NGAJB823SCBE |
| 410 | Amazon | jiahuidexiaodian | A2NHQ8V93ZR9SR |
| 411 | Amazon | migesibaihuo | A2NMK9N46SM4OK |
| 412 | Amazon | Onewly | A2NV6WN27MXHDB |
| 413 | Amazon | Yingtaoxiaowanzi | A2OPBDQB1IYDQG |
| 414 | Amazon | zhaibiao-us | A2Q0TMMXI5S9N3 |
| 415 | Amazon | FAMKIT Store US | A2QZXZD6DULMCR |
| 416 | Amazon | SHLJ | A2RYRDWVKJL6MC |
| 417 | Amazon | Faceen | A2SW1WDXI6S1VA |
| 418 | Amazon | mawentaodianpu | A2SYI4IYNJXIYP |
| 419 | Amazon | SHASHAD SHOP | A2TIRYVBTW8TVZ |
| 420 | Amazon | beijingkeji | A2TX5EG0QIOIPK |
| 421 | Amazon | Neufday | A2UCI716XSG1WH |
| 422 | Amazon | Lingyu | A2ULEIS31UZ7ZZ |
| 423 | Amazon | tunanriyongpindian | A2UP2HDNJYU1G7 |
| 424 | Amazon | INFU | A2V8ZQW6VOY9WS |
| 425 | Amazon | lvya1 | A2VC03RT41ZLJJ |
| 426 | Amazon | èŠ'å¹ç¦□ | A2VIGPYD016ADR |
| 427 | Amazon | Fredean | A2VP77G2WAHR8P |
| 428 | Amazon | HNQYD-IN | A2W7G1G8YHERGG |
| 429 | Amazon | HJuyYuah-US | A2WHCECJ9OEKOU |
| 430 | Amazon | YaoJinWangLuoKeJi | A2XFIBF935JT1U |
| 431 | Amazon | wuyuncun | A2XK2QW6YYBROK |
| 432 | Amazon | SYBJ01-US | A2XXTDG0DO1EF5 |
| 433 | Amazon | pin zhi sheng huo ti yan guan | A2YTCUZIX8U626 |
| 434 | Amazon | yafa | A2Z5UQ7TUBPMII |
| 435 | Amazon | shangxiong | A2Z8UVO098GQR5 |
| 436 | Amazon | lixuan09 | A2Z94WWBEPJ73E |
| 437 | Amazon | ZoZo store | A2ZE4IRUBVEWPK |
| 438 | Amazon | runningstore | A2ZZHMMH3JU7RQ |
| 439 | Amazon | LLiu-us | A30DRQBVCC2NI |
| 440 | Amazon | Coboca | A30IQ1N0NZ722M |
| 441 | Amazon | Shenyixing shop | A30L8KJIBGDVFE |
| 442 | Amazon | Jiaozuonayueshangmaoyouxiangongsi | A30V05I4A8WYTO |
| 443 | Amazon | seito | A3118B10ZO2WG4 |
| 444 | Amazon | VVDQELLA | A31GFFC27XB5CI |

| 445 | Amazon | Xuwimaw-US | A31N8UXGFRICO3 |
|---|---|---|---|
| 446 | Amazon | Jinhui Shop | A31QCC813649XO |
| 447 | Amazon | VIDORA-US | A3251JUVKBBNV7 |
| 448 | Amazon | ä¸œèŽŽå¸‚æ™´æ¢"ç"µåå•†å•†åŠ¡æœ‰é™å…¬å¸ | A32BLH9NH3VIQD |
| 449 | Amazon | Scotebias | A32EF7C73R2YQZ |
| 450 | Amazon | CHENZHENSHOP | A33KAWSR0THKIG |
| 451 | Amazon | DrmBOBO | A33LQSTOCZ6LAJ |
| 452 | Amazon | zhengzhoushierqiqubeinuoriyongbaihuoshanghang | A341KTR5I5R3EE |
| 453 | Amazon | cycleacc | A34FVPDUZXJVYQ |
| 454 | Amazon | FrZsIpka | A34JZ4PC0SYASW |
| 455 | Amazon | Eurobuy18 | A34Y4FI4SPLLGH |
| 456 | Amazon | dongyulian001 | A3597AYXIKN762 |
| 457 | Amazon | MinLia | A36921MXRJULWD |
| 458 | Amazon | Champbell | A36E4ZZOGCXCJ3 |
| 459 | Amazon | Henan Qiongliao Trading Co., LTD | A36LA8AELKXFVL |
| 460 | Amazon | Picowe | A36OPYM5PS6ZSE |
| 461 | Amazon | GYJDZB | A36P97W6IDEIXM |
| 462 | Amazon | pet's products | A36YY3QWDSKGID |
| 463 | Amazon | LOTIFIE | A371GG3IUPMNAY |
| 464 | Amazon | Mr. Lee's shop | A37A6NLHHH30PS |
| 465 | Amazon | Leader Ark | A37DJOWOOP3DI |
| 466 | Amazon | Genuin-CAqestore | A37JJH64IG8P7Y |
| 467 | Amazon | lifeng4639 | A38JZ332LLTGZC |
| 468 | Amazon | JKXKCZLMBHSD | A38MDRXU5GMEFS |
| 469 | Amazon | advancerca | A38QPPN5GIQN37 |
| 470 | Amazon | Hoyand | A39D343F2KB4QU |
| 471 | Amazon | HuanTing | A39I99SGQ0TWFP |
| 472 | Amazon | zhongshanshichenghongshidaikejiyouxiangongsi | A39IOTZRSEHUVH |
| 473 | Amazon | davey1989 | A39Y1EXRMJ2JH7 |
| 474 | Amazon | Yantai zhedou dianzishangwu Ltd | A3A9HXMWECJ41U |
| 475 | Amazon | Ketai-US | A3ATVPTFRHR5IU |
| 476 | Amazon | SHUIYIION | A3AXAZ62O24TI2 |
| 477 | Amazon | Fa Rich | A3CFOBHU3HPC41 |
| 478 | Amazon | danimeiyou | A3D0ZKUHW7L5S2 |
| 479 | Amazon | Bilack Box | A3DJ3DI2SXDU87 |
| 480 | Amazon | xinhuida | A3DK4ZM11WX2KD |
| 481 | Amazon | Tanxyz-US | A3DP2AALQIVHTA |
| 482 | Amazon | ZHAO cenhan | A3EC7WBHGYJ1U5 |
| 483 | Amazon | Thomas_-US | A3ESI0D59L097C |
| 484 | Amazon | luoyeguigenshangdian | A3EZTS2MFQ57ZE |
| 485 | Amazon | Varsedark | A3F12NQO1GQ94I |

| 486 | Amazon | langtaomaoyishanghang | A3FHHQB36R2LFH |
|---|---|---|---|
| 487 | Amazon | rinoo | A3FNFPAC1E54U4 |
| 488 | Amazon | YangFengVIPShop | A3FY2VG2JYP0V4 |
| 489 | Amazon | Trysain | A3G8TU9M4G6UNI |
| 490 | Amazon | shao wu shi rong qing mo bai huo | A3GBHHEK3M0XJX |
| 491 | Amazon | Shengwei | A3GGN38K4776XI |
| 492 | Amazon | ZhiNan-US | A3GRZ7ERXDU90K |
| 493 | Amazon | GE jI | A3GX22M11KXNLV |
| 494 | Amazon | Zero grocery store | A3HF1GK136BNXU |
| 495 | Amazon | pengzhaoshangmao | A3HV664EK07FC7 |
| 496 | Amazon | LF Super Supply | A3J45RZOKNPYMY |
| 497 | Amazon | BigHundred | A3KC362OOCN2BF |
| 498 | Amazon | QINGMAN TECH. | A3KKF6PIIAEPDY |
| 499 | Amazon | Yaoxun | A3LEV4IRXYOYKY |
| 500 | Amazon | Hruitech2020 | A3LJHO04A0JZLH |
| 501 | Amazon | Flando | A3MHSOHMFAELVC |
| 502 | Amazon | SATUNRYI | A3N8M9K0FTRTVX |
| 503 | Amazon | YNMS | A3NDUEFKWMYHAG |
| 504 | Amazon | Boka shops | A3NFCLPR38SLKD |
| 505 | Amazon | everydaynice | A3OZWNG8WGF786 |
| 506 | Amazon | Glaphens | A3P0WZE5E6H8MH |
| 507 | Amazon | geeeren | A3PJVF2JQ1Y207 |
| 508 | Amazon | yulin_sz21 | A3Q21MRFAU77W2 |
| 509 | Amazon | lacrityon | A3Q6T5DNWYG1QY |
| 510 | Amazon | zhengzhoushiguanchenghuizuquxiaoyuanziriyongbaihuo | A3QZ3MLV7DD43H |
| 511 | Amazon | HENGYYG | A3RBD1QAIPFPB8 |
| 512 | Amazon | sindax | A3RNQ3CWBMO183 |
| 513 | Amazon | zhengzhoushierqiquxilinbianlidian | A3RQI94OQWFWPY |
| 514 | Amazon | xibeipianbei | A3S1Z9R8ZALUOU |
| 515 | Amazon | YYH-US | A3SL08VGMCITDH |
| 516 | Amazon | JIASAILEI | A3U629O722Z5VU |
| 517 | Amazon | XinzeGood | A3VUUB3EDLVZ7O |
| 518 | Amazon | Yootick Store | A3WIW4GZTAM1P |
| 519 | Amazon | Jesse Kerry | A463L1M8ZUTML |
| 520 | Amazon | L-DA | A46LFD3TVGS |
| 521 | Amazon | MCQYFC | A4HBTZKCZQW0Z |
| 522 | Amazon | JiaRuiJia | A5JC5L8SGK3A8 |
| 523 | Amazon | YONGLINSHANGMAO | A7JXOLXGZ1S98 |
| 524 | Amazon | Vinnat us | A800K93L4PQ6B |
| 525 | Amazon | JAKI-Pet House | A9VVU1Q3YEOQA |
| 526 | Amazon | Rolity2020 | AAAY4EU6BVC2T |

| 527 | Amazon | GunPiao-US | AAMLODVEXQ60M |
|---|---|---|---|
| 528 | Amazon | Fengruiniu | AAV6YVIK36WXU |
| 529 | Amazon | å¡è¨æ©è¶¶¶ä¨"å–åº— 䃌åº— | ABAH47LW9ADS9 |
| 530 | Amazon | Feibang AEM | ABG8OZO6U4OKN |
| 531 | Amazon | Kusocot | ACHKGO7FK8FF4 |
| 532 | Amazon | JIONGRUAN | ACP4GI9TGQS9Q |
| 533 | Amazon | Rehomy | ACWYAGDSSGK43 |
| 534 | Amazon | rizhaohongfanxiangmaoyiyouxiangongsi | AD1XAATL9Q6AH |
| 535 | Amazon | LANHUO668 | AD3UKDLFW7ZAS |
| 536 | Amazon | skyisland shoe | AELZ0K7XBPYKP |
| 537 | Amazon | caiyunhengtong | AF1KN2BKHPPLK |
| 538 | Amazon | JECCYE | AG7BZJHOX57XA |
| 539 | Amazon | Crystal Honor | AG93RSO5XJMCM |
| 540 | Amazon | XingYunPeng | AGLPUI18IOYGW |
| 541 | Amazon | VICDONE US | AGN24D8Z3UZOM |
| 542 | Amazon | changtingxianqiurongnaichadian | AGSJFAPREFJ1Y |
| 543 | Amazon | Sada Trading | AI5EJ8XPDZ58T |
| 544 | Amazon | SIJIA Home Shop. | AJ1KED33S4E60 |
| 545 | Amazon | KINGHYIY | AJ2EIBALH8FHN |
| 546 | Amazon | Klaudio | AJC0ENSSCYZAH |
| 547 | Amazon | GWBH-B-US | AJE6UHRVB76HH |
| 548 | Amazon | Roych Life | AJYQGQPU16CX6 |
| 549 | Amazon | skajhkÂ® | AKEWCN34LJTTR |
| 550 | Amazon | Guangli-US | AKH2WQLFS5DIE |
| 551 | Amazon | Tuansundianzishangwu | AKY3ZO8T5534F |
| 552 | Amazon | æ¢¦å°º | AL964QBD7GRIO |
| 553 | Amazon | SOLET.INC | ALHPBBAWS3M8N |
| 554 | Amazon | astolily | ALIRK4XJKG8NI |
| 555 | Amazon | LCuD | ALO56C144AV5C |
| 556 | Amazon | Giyujiaeu-US | ALWM7DTUW8KVB |
| 557 | Amazon | JaryforAZ | AMLDR996AGRDJ |
| 558 | Amazon | HXSMYL-CA | AOEIZGL58FQHD |
| 559 | Amazon | sasaxifengmanyuanzai | AOFBD9DTXV1CV |
| 560 | Amazon | High Quality parts | AOKQVOSSG4BP9 |
| 561 | Amazon | å£°æµ·ç§æŠ¥ | AOLJH6BB5LF2I |
| 562 | Amazon | Seagullfly | APRFN3GOQAH7H |
| 563 | Amazon | CDHOME | AQBR4CMSTJJH4 |
| 564 | Amazon | J2Jstore | AQEHO1VFRLLC4 |
| 565 | Amazon | Gaxisolo | AQNBIHYTPNNQY |
| 566 | Amazon | DandelionGood | AQNKKWOYOXTXQ |
| 567 | Amazon | zhengzhoushierqiqumanmiaoriyongbaihuoshanghang | ARGF3W8NW2HGB |

| 568 | Amazon | Xinsany | AS4IVR28RE0ZH |
| 569 | Amazon | fannybuy | ATFN247SKCORT |
| 570 | Amazon | soyaia | ATHOHH6A0BSTW |
| 571 | Amazon | RMTECHUS | AUM9E7FGM1M42 |
| 572 | Amazon | yigerendepinpai | AV544K0SJT8ZO |
| 573 | Amazon | Salepeak2020 | AWSQRBOTSDTXX |
| 574 | Amazon | FeiJiao1 | AXJHGURQ2IXFC |
| 575 | Amazon | Jinshengjinshi | AYR9TUEFMXKB7 |
| 576 | Amazon | xiaoyunji | AZ1OZ2B1KAGPF |
| 577 | Amazon | RupXinSplend | AZ5YBGXGDPBNE |
| 578 | Amazon | Jing Zhaofu Co.ã€□Ltdã€, | A10QEOMX47YMRG |
| 579 | Amazon | FATMOON DIRECT | A2WZ4R72EDFN5L |
| 580 | eBay | adelaideert | adelaideert |
| 581 | eBay | albatrade-gb-ltd | albatrade-gb-ltd |
| 582 | eBay | alempire | alempire |
| 583 | eBay | alilbetter | alilbetter |
| 584 | eBay | allforyou8 | allforyou8 |
| 585 | eBay | allthings-mobile | allthings-mobile |
| 586 | eBay | amazing-aus | amazing-aus |
| 587 | eBay | andwind | andwind |
| 588 | eBay | anjing.jgarden | anjing.jgarden |
| 589 | eBay | anxinhe-1 | anxinhe-1 |
| 590 | eBay | atsellshop | atsellshop |
| 591 | eBay | auto-department2018 | auto-department2018 |
| 592 | eBay | bazminstore | bazminstore |
| 593 | eBay | beacon_buyer | beacon_buyer |
| 594 | eBay | boarding | boarding |
| 595 | eBay | buy2sp_usa | buy2sp_usa |
| 596 | eBay | casffvw-908 | casffvw-908 |
| 597 | eBay | changbilij | changbilij |
| 598 | eBay | changlan5 | changlan5 |
| 599 | eBay | chuanhu-store | chuanhu-store |
| 600 | eBay | colortop9 | colortop9 |
| 601 | eBay | craigie_hill | craigie_hill |
| 602 | eBay | cw71_43 | cw71_43 |
| 603 | eBay | damon1330 | damon1330 |
| 604 | eBay | dcric-33 | dcric-33 |
| 605 | eBay | dreamgirl98 | dreamgirl98 |
| 606 | eBay | dumisl | dumisl |
| 607 | eBay | elecfrog | elecfrog |
| 608 | eBay | epsilon668 | epsilon668 |

| 609 | eBay | faithyingforever | faithyingforever |
| 610 | eBay | fasdfwe5554 | fasdfwe5554 |
| 611 | eBay | fengnantang | fengnantang |
| 612 | eBay | fourtune_au | fourtune_au |
| 613 | eBay | george201818 | george201818 |
| 614 | eBay | god_makes | god_makes |
| 615 | eBay | gogogo4251 | gogogo4251 |
| 616 | eBay | gothroughsuccess | gothroughsuccess |
| 617 | eBay | gvizili-0 | gvizili-0 |
| 618 | eBay | happyfamilygoods | happyfamilygoods |
| 619 | eBay | hermanisaa | hermanisaa |
| 620 | eBay | hobbiesgogo | hobbiesgogo |
| 621 | eBay | i-fashion2020 | i-fashion2020 |
| 622 | eBay | icenturyee | icenturyee |
| 623 | eBay | ideal_paradis2008 | ideal_paradis2008 |
| 624 | eBay | jasmine056 | jasmine056 |
| 625 | eBay | jauntybuy | jauntybuy |
| 626 | eBay | jerbe_99 | jerbe_99 |
| 627 | eBay | jewelry2020_us | jewelry2020_us |
| 628 | eBay | jingxiangmaoyi | jingxiangmaoyi |
| 629 | eBay | jiuyun32 | jiuyun32 |
| 630 | eBay | joltio895 | joltio895 |
| 631 | eBay | jsmart_gallery | jsmart_gallery |
| 632 | eBay | kao8933 | kao8933 |
| 633 | eBay | ken201314 | ken201314 |
| 634 | eBay | kobirm315 | kobirm315 |
| 635 | eBay | lerenet | lerenet |
| 636 | eBay | madareca | madareca |
| 637 | eBay | magicyominas | magicyominas |
| 638 | eBay | malahee66 | malahee66 |
| 639 | eBay | max2goo | max2goo |
| 640 | eBay | maxbesty88 | maxbesty88 |
| 641 | eBay | megasellingstore | megasellingstore |
| 642 | eBay | micha583_3 | micha583_3 |
| 643 | eBay | millwoth0722 | millwoth0722 |
| 644 | eBay | mobile-fix | mobile-fix |
| 645 | eBay | motocen80 | motocen80 |
| 646 | eBay | moxige-0 | moxige-0 |
| 647 | eBay | nemesis-storee | nemesis-storee |
| 648 | eBay | newhope-ca | newhope-ca |
| 649 | eBay | nolimts_lanka | nolimts_lanka |

| 650 | eBay | notebook.edge | notebook.edge |
|-----|------|---------------|---------------|
| 651 | eBay | novelnet24 | novelnet24 |
| 652 | eBay | oasis_store | oasis_store |
| 653 | eBay | ocg219 | ocg219 |
| 654 | eBay | oufaz-0 | oufaz-0 |
| 655 | eBay | panical | panical |
| 656 | eBay | pheas4093 | pheas4093 |
| 657 | eBay | power-ful | power-ful |
| 658 | eBay | primecraft_shop | primecraft_shop |
| 659 | eBay | printli0 | printli0 |
| 660 | eBay | rangeek01 | rangeek01 |
| 661 | eBay | realzzsave | realzzsave |
| 662 | eBay | rmgurxylnona9 | rmgurxylnona9 |
| 663 | eBay | rugenshipping | rugenshipping |
| 664 | eBay | rx9999 | rx9999 |
| 665 | eBay | saraya-store | saraya-store |
| 666 | eBay | savechafte | savechafte |
| 667 | eBay | sggywvz0 | sggywvz0 |
| 668 | eBay | sign_9890 | sign_9890 |
| 669 | eBay | sold-eassy | sold-eassy |
| 670 | eBay | spreading_happiness | spreading_happiness |
| 671 | eBay | sss8645 | sss8645 |
| 672 | eBay | sunset_storee | sunset_storee |
| 673 | eBay | sunskysmile | sunskysmile |
| 674 | eBay | supertechnik24 | supertechnik24 |
| 675 | eBay | techlogy | techlogy |
| 676 | eBay | tianmen mountain | tianmen.mountain |
| 677 | eBay | treliquat | treliquat |
| 678 | eBay | uifritz | uifritz |
| 679 | eBay | ukingu.s.a | ukingu.s.a |
| 680 | eBay | unlimitedcat | unlimitedcat |
| 681 | eBay | uvdream.store | uvdream.store |
| 682 | eBay | vitoroderia | vitoroderia |
| 683 | eBay | wq991_83 | wq991_83 |
| 684 | eBay | wuduohaozhi | wuduohaozhi |
| 685 | eBay | xen-9233 | xen-9233 |
| 686 | eBay | xiaonangu | xiaonangu |
| 687 | eBay | yang0yy | yang0yy |
| 688 | eBay | yepst-1 | yepst-1 |
| 689 | eBay | yetta2857 | yetta2857 |
| 690 | eBay | yuxi521 | yuxi521 |

| 691 | eBay | zahra-shop | zahra-shop |
| 692 | eBay | zqfc084 | zqfc084 |
| 693 | Joom | Shank | 1508210994340261254-26-3-26193-904145889 |
| 694 | Joom | Skyfree | 6181da52e457a82a082aa593 |
| 697 | Other | 9kmetal | 9kmetal.com |
| 698 | Other | abackslasha | abackslasha.com |
| 699 | Other | abigaw | abigaw.com |
| 701 | Other | ailiboats | ailiboats.com |
| 705 | Other | arcssai | arcssai.luxe |
| 706 | Other | arenaequestrian | arenaequestrian.com |
| 709 | Other | arurel | arurel.shop |
| 711 | Other | ashbyeden | ashbyeden.shop |
| 712 | Other | auctionm | auctionm.us |
| 719 | Other | bilitanie | bilitanie.com |
| 722 | Other | borfort | borfort.com |
| 726 | Other | centcozy | centcozy.com |
| 729 | Other | cheawkr | cheawkr.com |
| 730 | Other | cheeseswirl | cheeseswirl.com |
| 731 | Other | cityexact | cityexact.com |
| 737 | Other | crueblue | crueblue.com |
| 739 | Other | cucciolocavallo | cucciolocavallo.com |
| 740 | Other | cutelys | cutelys.com |
| 742 | Other | derspu | derspu.com |
| 744 | Other | discountbasketshopperdirect | discountbasketshopperdirect.com |
| 746 | Other | drbingoo | drbingoo.com |
| 752 | Other | emcak | emcak.com |
| 753 | Other | emissail | emissail.com |
| 755 | Other | enlavo | enlavo.com |
| 756 | Other | entayn | entayn.com |
| 757 | Other | eoutodoor | eoutodoor.com |
| 758 | Other | ernilu | ernilu.com |
| 762 | Other | faithes | faithes.shop |
| 764 | Other | febyee | febyee.com |
| 774 | Other | fryingcabin | fryingcabin.com |
| 776 | Other | gardnth | gardnth.com |
| 777 | Other | gfluffy | gfluffy.com |
| 779 | Other | gobyits | gobyits.com |
| 782 | Other | gotiwell | gotiwell.com |
| 783 | Other | gragony | gragony.com |
| 784 | Other | greeoy | greeoy.com |

| 787 | Other | helkay | helkay.com |
|-----|-------|--------|------------|
| 788 | Other | heregobuy | heregobuy.com |
| 789 | Other | hgaddo | hgaddo.com |
| 790 | Other | hopmtite | hopmtite.com |
| 791 | Other | horseriders | horseriders.shop |
| 792 | Other | hugwarm | hugwarm.com |
| 793 | Other | humphrey | humphrey.shop |
| 794 | Other | humuling | humuling.com |
| 795 | Other | hyacinthq | hyacinthq.com |
| 796 | Other | ihotbeauty | ihotbeauty.com |
| 797 | Other | immilite | immilite.com |
| 801 | Other | jewelrring | jewelrring.com |
| 802 | Other | jingjin-sh | jingjin-sh.tech |
| 806 | Other | karooti | karooti.com |
| 808 | Other | kibeau | kibeau.com |
| 809 | Other | kulberry | kulberry.shop |
| 810 | Other | kvumnd | kvumnd.com |
| 811 | Other | laurars | laurars.com |
| 812 | Other | lcaros | lcaros.com |
| 814 | Other | levsafish | levsafish.com |
| 816 | Other | loquateo | loquateo.com |
| 820 | Other | macamolly | macamolly.com |
| 823 | Other | mcoval | mcoval.com |
| 828 | Other | milanocollection | milanocollection.shop |
| 830 | Other | mixcun | mixcun.com |
| 833 | Other | nenymart | nenymart.com |
| 836 | Other | nsscout | nsscout.com |
| 837 | Other | odiliens | odiliens.com |
| 838 | Other | oglovo | oglovo.com |
| 841 | Other | patogra | patogra.com |
| 842 | Other | pawcareess | pawcareess.com |
| 843 | Other | petmallstore | petmallstore.com |
| 845 | Other | pinkdressm | pinkdressm.com |
| 846 | Other | primpetty | primpetty.com |
| 852 | Other | realfundeal | realfundeal.com |
| 855 | Other | rovalas | rovalas.com |
| 856 | Other | sdecorshop | sdecorshop.com |
| 857 | Other | secomne | secomne.com |
| 860 | Other | sewtking | sewtking.com |
| 861 | Other | sharkwineware | sharkwineware.com |
| 862 | Other | sheinv | sheinv.com |

| 866 | Other | simplylevsa | simplylevsa.com |
| 868 | Other | skylarkmall | skylarkmall.com |
| 869 | Other | valuabes | sliperrs.com |
| 872 | Other | souljuicer | souljuicer.com |
| 873 | Other | ssungift | ssungift.com |
| 874 | Other | starshopya | starshopya.com |
| 881 | Other | superyodmm | superyodmm.com |
| 882 | Other | surprisesky | surprisesky.com |
| 884 | Other | sweety-gifts | sweety-gifts.com |
| 885 | Other | sweetytop | sweetytop.com |
| 886 | Other | tacticalcan | tacticalcan.com |
| 887 | Other | temptte | temptte.com |
| 889 | Other | toinspiration | toinspiration.com |
| 890 | Other | toolswind | toolswind.com |
| 893 | Other | trendigoo | trendigoo.com |
| 894 | Other | ultimatediscount | ultimatediscount.shop |
| 895 | Other | unsunrise | unsunrise.com |
| 896 | Other | usmoto | usmoto net |
| 898 | Other | visualfavor | visualfavor.com |
| 899 | Other | voritude | voritude.com |
| 900 | Other | vrtcerrd | vrtcerrd.com |
| 920 | Other | nowonow | www nowonow.com |
| 921 | Other | oruella | www.oruella.com |
| 926 | Other | ybaitong | ybaitong.com |
| 929 | Other | zewek | zewek.com |
| 930 | Other | zjunky | zjunky.com |
| 932 | Shopify | cubzub | cubzub.com |
| 933 | Shopify | dealshopup | dealshopup.com |
| 934 | Shopify | eazeup | eazeup.shop |
| 935 | Shopify | edge-bear | edge-bear.com |
| 936 | Shopify | equines2canines | equines2canines.com.au |
| 937 | Shopify | keeplsa | keeplsa.com |
| 939 | Shopify | mortra | mortra.com |
| 941 | Shopify | ponyshower | ponyshower.de |
| 943 | Shopify | stelprotool | stelprotool.com |
| 944 | Shopify | tahout | tahout.com |
| 946 | Shopify | vipets | vipets.shop |
| 947 | Walmart | Qingtian Yingying Electronic Commerce Co., Ltd. | 101043394 |
| 948 | Walmart | Shenzhen Dali Industry Co., Ltd. | 101043434 |
| 949 | Walmart | Qingtian Diaocheng Trading Co., Ltd. | 101044606 |
| 950 | Walmart | shenzhenshixuesidianzishangwuyouxiangongsi | 101078517 |

| 951 | Walmart | Fuhongda STORE | 101084476 |
| 952 | Walmart | Bergwerk | 101085061 |
| 953 | Walmart | shenzhenshiyulantiandianzikejiyouxiangongsi | 101087560 |
| 954 | Walmart | guangzhouhuijikejiyouxiangongsi | 101087804 |
| 955 | Walmart | SHEN ZHEN SHI MEI SI KU FU SHI YOU XIAN GONG SI | 101089754 |
| 956 | Walmart | Cimiva | 101092431 |
| 957 | Walmart | haimuzhou | 101095007 |
| 958 | Walmart | shenzhenoumeifengfuzhuangshejiyouxiangongsi | 101095019 |
| 959 | Walmart | shenzhenshiliangfurongmaoyiyouxiangongsi | 101096259 |
| 960 | Walmart | shenzhenshiyixuanshengmaoyiyouxiangongsi | 101096867 |
| 961 | Walmart | WarmTown | 101098588 |
| 962 | Walmart | Lowerprice Store | 101107662 |
| 963 | Walmart | Happy home | 101108525 |
| 964 | Walmart | Caitzr | 101111783 |
| 965 | Walmart | mango | 101112147 |
| 966 | Walmart | Nazhu | 101112592 |
| 967 | Walmart | Haoyundangkong | 101112620 |
| 968 | Walmart | YiWuYiRunElectroniccommercelimited. | 101113442 |
| 969 | Walmart | nanbanqiukejiyouxiangongsi | 101115717 |
| 970 | Walmart | tengjingyue | 101115908 |
| 971 | Walmart | yisuiling | 101122185 |
| 972 | Walmart | QuXian Ltd | 101122892 |
| 973 | Walmart | Tyfuify | 101123683 |
| 974 | Walmart | YiHaiTaiJiaJu | 101123921 |
| 975 | Walmart | Shenzhenshi Qixinkedianzi Youxiangongsi | 101124324 |
| 976 | Walmart | LEISE | 101125084 |
| 977 | Walmart | universalfantasyoutlet | 101125615 |
| 978 | Walmart | Jahyshow | 101125987 |
| 979 | Walmart | SHENZHENSHIJINLANKEJIYOUXIANGONGSI | 101126158 |
| 980 | Walmart | shenzhenshizhiougudianzishangwuyouxiangongsi | 101126163 |
| 981 | Walmart | shenzhenshipaixuankejiyouxiangongsi | 101126179 |
| 982 | Walmart | shenzhenzhiandunkejiyouxianzerengongsi | 101129633 |
| 983 | Walmart | GREATCHOICE | 101129812 |
| 984 | Walmart | foshanshiqujingkejiyouxiangongsi | 101131890 |
| 985 | Walmart | jinkunde | 101132526 |
| 986 | Walmart | shenzhenshisanhechuangmaoyiyouxiangongsi | 101132840 |
| 987 | Walmart | jinyi | 101133713 |
| 988 | Walmart | chengdulijingyaxiumaoyiyouxiangongsi | 101133779 |
| 989 | Walmart | Husfou | 101134094 |
| 990 | Walmart | tianjinshidongfangsugouwangluokejiyouxiangongsi | 101134102 |
| 991 | Walmart | Xuchao Hossen | 101136217 |

| 992 | Walmart | Feitian space55 | 101136582 |
| 993 | Walmart | QUMIAO | 101136645 |
| 994 | Walmart | LIXIN TECH | 101137095 |
| 995 | Walmart | zhengzhouzhunianshangmaoyouxiangongsi | 101138033 |
| 996 | Walmart | yiwushixiaohuamingqishuomaoyiyouxiangongsi | 101138035 |
| 997 | Walmart | huaxuan | 101139209 |
| 998 | Walmart | yiwushitianhaichanglimaoyiyouxiangongsi | 101173073 |
| 999 | Walmart | yiwushiwuliyouyuanmaoyiyouxiangongsi | 101173153 |
| 1000 | Walmart | YuanTU | 101174191 |
| 1001 | Walmart | shenzhenshijinjiedefeimaoyiyouxiangongsi | 101174541 |
| 1002 | Walmart | GF-Huinong | 101175048 |
| 1003 | Walmart | Plemdea | 101175419 |
| 1004 | Walmart | Tianlu Electronics | 101175626 |
| 1005 | Walmart | putianzhihuimaoyiyouxiangongsi | 101175691 |
| 1006 | Walmart | H-Z-J | 101179636 |
| 1007 | Walmart | Shenzhen Jintonghui Electronic Commerce Co., Ltd. | 101180301 |
| 1008 | Walmart | ShenzhenBaigeQianshunmaoyiyouxiangongsi | 101183287 |
| 1009 | Walmart | Dan Book | 101186981 |
| 1010 | Walmart | 2022beautystore | 101187082 |
| 1011 | Walmart | jiningenpingshangmaoyouxiangongsi | 101188751 |
| 1012 | Walmart | weifangchengkaishangmaoyouxiangongsi | 101189005 |
| 1013 | Walmart | jiningningzhenshangmaoyouxiangongsi | 101189409 |
| 1014 | Walmart | CHENGDUHONGNIWUKEJIYOUXIANGONGSI | 101190639 |
| 1015 | Walmart | Kinsen | 101192451 |
| 1016 | Walmart | HONGRON | 101195583 |
| 1017 | Walmart | Lsgrael | 101198093 |
| 1018 | Walmart | BLUUXIN | 101198327 |
| 1019 | Walmart | MianYangpaisaiziKeJiYouXianGongSi | 101199141 |
| 1020 | Walmart | linyishidifazhixiangbaozhuangyouxiangongsi | 101199770 |
| 1021 | Walmart | chongqingmingtiaofuzhuangyouxiangongsi | 101210535 |
| 1022 | Walmart | hefeinindandianzishangwuyouxiangongsi | 101214746 |
| 1023 | Walmart | hefeiqianzungewufuzhuangyouxiangongsi | 101224300 |
| 1024 | Walmart | Huizhou Daizhi Electronics Co., Ltd. | 101226081 |
| 1025 | Walmart | Huizhou Changjiu Clothing Co., Ltd. | 101228990 |
| 1026 | Walmart | chengmaicanwangdianzishangwuyouxiangongsi | 101230682 |
| 1027 | Walmart | ChengDuChuangYanJianShangMaoYouXianGongSi | 101230709 |
| 1028 | Walmart | Haikoumengxiyudianzishangwuyouxiangongsi | 101230780 |
| 1029 | Walmart | Homeex | 101248874 |
| 1030 | Walmart | Xihenaier | 101256179 |
| 1031 | Walmart | Everything You Need | 101259009 |
| 1032 | Walmart | SAJAR TRADING | 101259895 |

| 1033 | Walmart | Caluo E-commerce | 101266581 |
|------|---------|------------------|-----------|
| 1034 | Walmart | tai yuan wu xiao cheng wang luo ke ji you xian gong si | 101268731 |
| 1035 | Walmart | Home Solutions Co.,Ltd | 101268933 |
| 1036 | Walmart | xiamenmeibiaochuweiyouxiangongsi | 101270988 |
| 1037 | Walmart | hangzhoushuanghongbaozhuangyouxiangongsi | 101273284 |
| 1038 | Walmart | Wulabla | 101273357 |
| 1039 | Walmart | Rfgaj | 101275132 |
| 1040 | Walmart | G-CHEN | 101276139 |
| 1041 | Walmart | taiyuanshiningmimaoyiyouxiangongsi | 101276405 |
| 1042 | Walmart | tai yuan ou si chi dian zi shang wu you xian gong si | 101277241 |
| 1043 | Walmart | tai yuan xuan le ge dian zi shang wu you xian gong si | 101277260 |
| 1044 | Walmart | Beautiful Mind Co.,Ltd | 101280184 |
| 1045 | Walmart | Zhaotonglongchaodianzishangwuyouxiangongsi | 101282429 |
| 1046 | Walmart | MianYangShengHongDianZiShangWuYouXianGong Si | 101284533 |
| 1047 | Walmart | taiyuanweichenlishangmaoyouxiangongsi | 101288072 |
| 1048 | Walmart | Taiyuan Qingming Shixiang E-commerce Co., Ltd | 101289666 |
| 1049 | Walmart | WWNER | 101290513 |
| 1050 | Walmart | Groceryarc | 101294923 |
| 1051 | Walmart | yu tao ji dian zi | 101295087 |
| 1052 | Walmart | hun pin xin ke mao | 101296725 |
| 1053 | Walmart | ying rui ya | 101296819 |
| 1054 | Walmart | ShenzhenshiXiaodahuanMaoyiYouxiangongsi | 250551832 |
| 1055 | Wish | OUTLETSSHOPPING | 557536a33a158e19db5eba63 |
| 1056 | Wish | Wilson company | 5632254e4ccc530fd36f5bdb |
| 1057 | Wish | pitupimaoyiyouxiangongsi | 566147a78e48c723ff7227c8 |
| 1058 | Wish | Healthy and fit | 56823c60cc922026a8eac190 |
| 1059 | Wish | Linda Se's store | 56efc2058306e742cd5d4124 |
| 1060 | Wish | Xujing | 56f8f1f9e1ab8e5882437c79 |
| 1061 | Wish | yiyaya | 5783466488eb7a0ff31c511a |
| 1062 | Wish | songlea | 5796fd04ca8e82031259cb52 |
| 1063 | Wish | fashionfaries | 58285a06b251d71b6a8836c3 |
| 1064 | Wish | qiaolei | 5840eb42ef56286d8924d73c |
| 1065 | Wish | Mazey Store | 584134dd879d36699583d29b |
| 1066 | Wish | a vblue tiger | 5846bae07f6c0d69395bc4ff |
| 1067 | Wish | mizhg_us | 5899c8651bcdf44f4d0088fe |
| 1068 | Wish | wwow | 58e8a9dc40fc1e158e66dfb9 |
| 1069 | Wish | asde54 | 59295b489314bb65e5943dba |
| 1070 | Wish | moyudedian | 59df14c588dd7641ac03c76a |
| 1071 | Wish | dcshop02 | 5a4dcd1334e72007d6ef8b9e |
| 1072 | Wish | tanweimei | 5ab0cec854bd0943fc40968a |

| 1073 | Wish | shangxianxue | 5b1b2700eae8b4426a28972a |
| 1074 | Wish | shfhasla7s5 | 5b5c2f255d12795b258f7aee |
| 1075 | Wish | dingxiaopin | 5b5c632bf114fc4de189699a |
| 1076 | Wish | huoshanchaonanxie | 5b712704dd7989196cf75e7b |
| 1077 | Wish | hopeqian | 5b78e060decc6519bde2e282 |
| 1078 | Wish | ZSSTBG | 5b78eb65bbbffb11d533cfb7 |
| 1079 | Wish | chengbin456 | 5b9a1fc020019042f37ba5b8 |
| 1080 | Wish | LOTIN66 | 5d68e20d84bdc61946744a04 |
| 1081 | Wish | CANELA | 5d8fa73d3018ac337d928073 |
| 1082 | Wish | ventasveneluis | 5ddc3fb239adf206006bf24b |
| 1083 | Wish | DFGDR3453 | 5e48d83254040a25f9a9d1be |
| 1084 | Wish | flatpeachi | 5e62078848e46d21799a5677 |
| 1085 | Wish | UU_autoparts | 5e8c40b484b254c270b04d34 |
| 1086 | Wish | gbtlt7shop | 5f508ebbe426bc842323a73f |
| 1087 | Wish | Leix1A | 5f93fb9c854270629739d770 |
| 1088 | Wish | wuzexiw | 6031f73b9db547a8c3764e38 |
| 1089 | Wish | liangerny | 603365bab51833216e60261b |
| 1090 | Wish | Shanshui_house | 60504016e400b302c1041684 |
| 1091 | Wish | Dalin's store | 605d32445c183314d5c320da |
| 1092 | Wish | tydutijgi | 6084e44b2dac1523b0991967 |
| 1093 | Wish | gumin4140 | 610214f21bb39f5111095a98 |
| 1094 | Wish | Strange men | 6102169222ab0da21d022268 |
| 1095 | Wish | Pro.longlasting | 61090d3843569e0ac46ac467 |
| 1096 | Wish | wanghuan2436 | 610e285e960f854a8003b400 |
| 1097 | Wish | yuao668 | 615d4e9eae904795a6e7f723 |
| 1098 | Wish | Berengenasdecolores | 617c7f7e6aecdbec121a1d77 |
| 1099 | Wish | Fashions sport | 61893c596268abdbfe67d7aa |