UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

|   |   |
|---|---|
| BETTY'S BEST, INC., <br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br> Defendants | Case No. 1:23-cv-22322-KMW |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF CERTAIN DEFENDANTS ON SCHEDULE "A" OF COMPLAINT

Defendants Nos. 720, 743, 769, 781, 831, 870, 906, 911, 912, 918, 924, as identified in Schedule "A" to the Complaint (DE 0011-007), disclose pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Larryhot Trading Co., Limited is their controlling company.

Defendant No. 735, as identified in Schedule "A" to the Complaint (DE 0011-007), discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Mind E-commerce Co., Limited is its controlling company.

Defendants Nos. 767, 778, as identified in Schedule A to the Complaint (DE 0011-007), disclose pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Giske Network Technology Co., Limited is their controlling company.

1

Defendants Nos. 773, 821, 832, 907, 913, 919, 775, as identified in Schedule "A" to the Complaint (DE 0011-007), disclose pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Suzhou Chenghe Network Technology Co., Ltd. is their controlling company.

Defendant No. 916, as identified in Schedule "A" to the Complaint (DE 0011-007), discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Vedo Trading Co., Limited is its controlling company.

Defendants Nos. 704, 800, as identified in Schedule "A" to the Complaint (DE 0011-007), disclose pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Suzhou Ruoxing Network Technology Co., Ltd. is their controlling company.

Defendants Nos. 714, 847, as identified in Schedule "A" to the Complaint (DE 0011-007), disclose pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Shenzhen Jiayi E-Commerce Co., Ltd. is their controlling company.

Defendant No. 754, as identified in Schedule "A" to the Complaint (DE 0011-007), discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Vanice Technology Co., Limited is its controlling company.

Defendant No. 763, as identified in Schedule "A" to the Complaint (DE 0011-007), discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Starcraft Network Limited is its controlling company.

Defendant No. 785, as identified in Schedule "A" to the Complaint (DE 0011-007), discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Sonzea Trading Co., Limited is its controlling company.

Defendants Nos. 702, 914, 927, as identified in Schedule "A" to the Complaint (DE 0011-007), disclose pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Dongguan Hengjia E-Commerce Co., Ltd. is their controlling company.

Defendants Nos. 786, 817, 825, 871, as identified in Schedule "A" to the Complaint (DE 0011-007), disclose pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Nanchang Huiyun Linghai Technology Co., Ltd. is their controlling company.

Defendants Nos. 798, 877, as identified in Schedule "A" to the Complaint (DE 0011-007), disclose pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Banbain Trade Co., Limited is their controlling company.

Defendant No. 840, as identified in Schedule "A" to the Complaint (DE 0011-007), discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Husdow Technology Co., Limited is its controlling company.

Defendant No. 915, as identified in Schedule "A" to the Complaint (DE 0011-007), discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Ayor Trading Co., Limited is its controlling company.

Defendants Nos. 772, 880, 917, 923, as identified in Schedule "A" to the Complaint (DE 0011-007), disclose pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Amgo Technology Co., Limited is their controlling company.

Defendants Nos. 713, 839, as identified in Schedule "A" to the Complaint (DE 0011-007), disclose pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Elay E-commerce Co., Limited is their controlling company.

Defendant No. 715, as identified in Schedule "A" to the Complaint (DE 0011-007), discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Danceage Network Limited is its controlling company.

Defendants Nos. 728, 765, 803, 909, 879, as identified in Schedule "A" to the Complaint (DE 0011-007), disclose pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Zero-Miracle Network Limited is their controlling company.

Defendants Nos. 780, 818, 819, 878, 883, as identified in Schedule "A" to the Complaint (DE 0011-007), disclose pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Shenzhen Jijing Network Technology Co., Ltd. is their controlling company.

Defendants Nos. 822, 910, as identified in Schedule "A" to the Complaint (DE 0011-007), disclose pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Nanchang Huimeng Network Technology Co., Ltd. is their controlling company.

Defendants Nos. 858, 888, 922, as identified in Schedule "A" to the Complaint (DE 0011-007), disclose pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Nanchang Sikerui Technology Co., Ltd. is their controlling company.

Defendant No. 891, as identified in Schedule "A" to the Complaint (DE 0011-007), discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Nanchang Laifei Technology Co., Ltd. is its controlling company.

Defendant No. 904, as identified in Schedule "A" to the Complaint (DE 0011-007), discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Wuhan Quanda Network Technology Co., Ltd. is its controlling company.

        Respectfully submitted,

Dated: October 2, 2023

        Giuliano Law Group, P.A.

        /s/ Nicole W. Giuliano
        Nicole W. Giuliano, Esq.
        Florida Bar No. 71067
        121 S. Orange Avenue, Suite 1500
        Orlando, FL 32801
        Tel: (321) 754-5290 / Fax: (321) 400-1055
        Primary: nicole@glgpa.com
        service@glgpa.com

        DGW KRAMER LLP

By: /s/ Katherine Burghardt Kramer
    Katherine Burghardt Kramer, Esq.
    *Pro hac vice*
    DGW KRAMER LLP
    One Rockefeller Plaza, 10th Fl.
    Suite 1060
    New York, NY 10020
    T: (917) 633-6860
    kkramer@dgwllp.com

    *Attorney for Certain Defendants* Nos. 720, 743, 769, 781, 831, 870, 906, 911, 912, 918, 924, 735, 767, 778, 773, 821, 832, 907, 913, 919, 775, 916, 704, 800, 714, 847, 754, 763, 785, 702, 914, 927, 786, 817, 825, 871, 798, 877, 840, 915, 772, 880, 917, 923, 713, 839, 715, 728, 765, 803, 909, 879, 780, 818, 819, 878, 883, 822, 910, 858, 888, 922, 891, 904.