**Betty's Best, Inc. v. The Partnerships, etc...**
S.D. Fla. case 1:23-cv-22322-KMW

**CHART OF DEFENDANT ENTITIES AND SALES**

| Deft # | Website | Company Name | Frozen Amount | Global Orders | Global Sales | Florida Orders | Florida Sales |
|---|---|---|---|---|---|---|---|
| 720 | blink-rain.com | Larryhot Trading Co.,Limited | $1,736,063.50 | 1 | $30.40 | 0 | $0.00 |
| 743 | dice-fox.com | Larryhot Trading Co.,Limited | | 4 | $133.66 | 0 | $0.00 |
| 769 | flowercog.com | Larryhot Trading Co.,Limited | | 1 | $61.91 | 0 | $0.00 |
| 781 | gorgeousdo.com | Larryhot Trading Co.,Limited | | 0 | $0.00 | 0 | $0.00 |
| 831 | moonlightooze.com | Larryhot Trading Co.,Limited | | 315 | $14,117.91 | 13 | $570.58 |
| 870 | smarts-blue.com | Larryhot Trading Co.,Limited | | 15 | $546.35 | 0 | $0.00 |
| 906 | alcartoonly.com | Larryhot Trading Co.,Limited | | 2 | $105.63 | 0 | $0.00 |
| 911 | costumebrand.com | Larryhot Trading Co.,Limited | | 30 | $1,117.93 | 0 | $0.00 |
| 912 | embravewise.com | Larryhot Trading Co.,Limited | | 53 | $2,621.75 | 2 | $100.11 |
| 918 | milletgo.com | Larryhot Trading Co.,Limited | | 0 | $0.00 | 0 | $0.00 |
| 924 | supvogue.com | Larryhot Trading Co.,Limited | | 0 | $0.00 | 0 | $0.00 |
| 735 | conversionb.com | Mind E-commerce Co.,Limited | $1,163,202.55 | 71 | $1,610.49 | 0 | $0.00 |
| 767 | firemid.com | Giske Network Technology Co., Limited | $818,689.54 | 1 | $48.26 | | |
| 778 | glossarye.com | Giske Network Technology Co., Limited | | 32 | $1,639.99 | 2 | $86.30 |
| 773 | frame-wood.com | Suzhou Chenghe Network Technology Co., Ltd. | $667,573.90 | 4 | $230.00 | 0 | $0.00 |
| 821 | mattch-better.com | Suzhou Chenghe Network Technology Co., Ltd. | | 0 | $0.00 | 0 | $0.00 |
| 832 | movingtune.com | Suzhou Chenghe Network Technology Co., Ltd. | | 44 | $2,464.76 | 1 | $38.86 |
| 907 | allhaulm.com | Suzhou Chenghe Network Technology Co., Ltd. | | 0 | $0.00 | 0 | $0.00 |
| 913 | goblinpocket.com | Suzhou Chenghe Network Technology Co., Ltd. | | 84 | $3,923.75 | 0 | $0.00 |
| 919 | mite-wood.com | Suzhou Chenghe Network Technology Co., Ltd. | | 17 | $772.44 | 0 | $0.00 |
| 775 | futuremagics.com | Suzhou Chenghe Network Technology Co., Ltd. | $365,693.52 | 2 | $126.31 | | |
| 916 | inputependa.com | Vedo Trading Co., Limited | $319,626.84 | 33 | $1,351.18 | 2 | $74.95 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 704 | approachee.com | Suzhou Ruoxing Network Technology Co., Ltd. | $1,163,932.00 | 0 | $0.00 | 0 | $0.00 |
| 800 | jewelawne.com | Suzhou Ruoxing Network Technology Co., Ltd. | | 55 | $2,100.97 | 0 | $0.00 |
| 714 | beautifuldeer.com | Shenzhen Jiayi E-Commerce Co., Ltd. | $1,422,942.50 | 77 | $3,437.06 | 3 | $95.13 |
| 847 | purebluestars.com | Shenzhen Jiayi E-Commerce Co., Ltd. | | 3 | $211.78 | 1 | $31.97 |
| 754 | enjoyaitlife.com | Vanice Technology Co., Limited | $204,563.61 | 12 | $560.16 | 0 | $0.00 |
| 763 | fankisses.com | Starcraft Network Limited | $1,325,955.90 | 1 | $37.12 | 1 | $37.12 |
| 785 | hailoyearn.com | Sonzea Trading Co., Limited | $606,836.57 | 3 | $122.02 | 0 | $0.00 |
| 702 | anblinlast.com | Dongguan Hengjia E-Commerce Co., Ltd. | $512,860.93 | 1 | $39.94 | 0 | $0.00 |
| 914 | happyhours-rover.com | Dongguan Hengjia E-Commerce Co., Ltd. | | 2 | $155.25 | 0 | $0.00 |
| 927 | youngfight.com | Dongguan Hengjia E-Commerce Co., Ltd. | $760,947.68 | 12 | $604.22 | 2 | $124.00 |
| 786 | happytoobtain.com | Nanchang Huiyun Linghai Technology Co., Ltd. | $735,409.76 | 4 | $166.70 | 1 | $36.96 |
| 817 | lovermelody.com | Nanchang Huiyun Linghai Technology Co., Ltd. | | 1 | $38.86 | 1 | $38.86 |
| 825 | meotilicn.com | Nanchang Huiyun Linghai Technology Co., Ltd. | | 0 | $0.00 | 0 | $0.00 |
| 871 | somethebest.com | Nanchang Huiyun Linghai Technology Co., Ltd. | | 12 | $588.26 | 1 | $41.38 |
| 798 | infrontofmoon.com | Banbain Trade Co., Limited | $788,746.24 | 1 | $45.86 | 1 | $45.86 |
| 877 | subtlecloud.com | Banbain Trade Co., Limited | | 2 | $116.10 | 0 | $0.00 |
| 840 | opportunuity.com | Husdow Technology Co., Limited | $776,437.58 | 0 | $0.00 | 0 | $0.00 |
| 915 | implicitm.com | Ayor Trading Co., Limited | $273,212.19 | 2 | $164.48 | 0 | $0.00 |
| 772 | formulalm.com | Amgo Technology Co., Limited | $815,084.72 | 0 | $0.00 | 0 | $0.00 |
| 880 | superbzeal.com | Amgo Technology Co., Limited | | 0 | $0.00 | 0 | $0.00 |
| 917 | magicport.net | Amgo Technology Co., Limited | | 0 | $0.00 | 0 | $0.00 |
| 923 | rationalu.com | Amgo Technology Co., Limited | | 0 | $0.00 | 0 | $0.00 |
| 713 | awakelet.com | Elay E-commerce Co., Limited | $524,263.26 | 0 | $0.00 | 0 | $0.00 |
| 839 | onalevelwith.com | Elay E-commerce Co., Limited | | 3 | $108.72 | 0 | $0.00 |
| 715 | befullofbest.com | Danceage Network Limited | $92.02 | 1 | $39.35 | 1 | $39.35 |
| 728 | cheap-easy-go.com | Zero-Miracle Network Limited | $2,087,565.80 | 0 | $0.00 | 0 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 765 | feelrational.com | Zero-Miracle Network Limited | | 1 | $31.77 | 1 | $31.77 |
| 803 | jingle-shines.uk | Zero-Miracle Network Limited | | 6 | $194.49 | 0 | $0.00 |
| 909 | bulk-supplement.com | Zero-Miracle Network Limited | | 5 | $183.55 | 0 | $0.00 |
| 879 | sunshinebl.com | Zero-Miracle Network Limited | | 0 | $0.00 | 0 | $0.00 |
| 780 | gorgeifous.com | Shenzhen Jijing Network Technology Co., Ltd. | $559,469.78 | 14 | $744.16 | 0 | $0.00 |
| 818 | lovertune.com | Shenzhen Jijing Network Technology Co., Ltd. | | 2 | $89.80 | 1 | $32.97 |
| 819 | luckyarrange.com | Shenzhen Jijing Network Technology Co., Ltd. | | 0 | $0.00 | 0 | $0.00 |
| 878 | sunnylada.com | Shenzhen Jijing Network Technology Co., Ltd. | $505,827.22 | 0 | $0.00 | 0 | $0.00 |
| 883 | swan-sunny.com | Shenzhen Jijing Network Technology Co., Ltd. | $147,055.95 | 1 | $65.23 | 0 | $0.00 |
| 822 | matureidea.com | Nanchang Huimeng Network Technology Co., Ltd. | $1,078,354.73 | 1 | $33.32 | 1 | $33.32 |
| 910 | confidencem.com | Nanchang Huimeng Network Technology Co., Ltd. | $875,200.44 | 1 | $37.25 | 0 | $0.00 |
| 858 | semi-sugarism.com | Nanchang Sikerui Technology Co., Ltd. | $37,521.69 | 16 | $948.01 | 1 | $64.36 |
| 888 | theflycloud.com | Nanchang Sikerui Technology Co., Ltd. | | 7 | $308.13 | 1 | $37.93 |
| 922 | puppup.net | Nanchang Sikerui Technology Co., Ltd. | $388,935.02 | 0 | $0.00 | 0 | $0.00 |
| 891 | tophotred.com | Nanchang Laifei Technology Co., Ltd. | $684,161.64 | 1 | $34.48 | 1 | $34.48 |
| 904 | witmethod.com | Wuhan Quanda Network Technology Co., Ltd. | $0.00 | 1 | $34.30 | 1 | $34.30 |
| | | | | | | | |
| **TOTAL** | | | **$21,346,227.08** | **957** | **$42,144.06** | **39** | **$1,630.56** |