# Exhibit 1 (1)

**DOE NUMBER:** 702

**MARKETPLACE:** Other

**MERCHANT NAME:** anblinlast

**SELLER ID:** anblinlast.com



anblinlast.com/products/6-in-1-shedding-grooming-massage-brush


✈ Worldwide Free Fast Shipping On Orders Above $39, and 15-days NO RISK RETURNS on all orders! 🎁


**ANBLINLAST**

USD    English

Home    Heated Clothing    ACCESSORIES    How Heated Clothing Works    About Us    Return Policy    Order Tracking


### SAFETY FACIAL RETOUCHING
Groom your horse face or anywhere else without fear of harming them


🔥6 In 1 Shedding Grooming Massage Brush

⭐⭐⭐⭐⭐ 28 Reviews

$ 24.99    $47.90    48% OFF

**Color**

Black    Blue    Red

**Quantity**

−    1    +

🌐 Fast worldwide shipping
🔁 Fast refund Guarantee
👕 Sustainably made
🔒 Secure payments

🛒 ADD TO CART  -  $24.99

**BUY IT NOW**

Buy More Save More!

Buy 2 save 10%
on each product                    ADD TO CART


### MULTIFUNCTION DESIGN


To My Beautiful Da...
S***o
Recently purchased



Exhibit 1
Doe #702
Copyright(s) SH-12,  SH-15,  SH-3,  SH-39,  SH-GIF1: Listing Image
Design Patent Used

🔥 6 In 1 Shedding Grooming Ma ✕

2023-03-06

anblinlast.com/products/6-in-1-shedding-grooming-massage-brush

USD    🌐 English

ANBLINLAST

Home    Heated Clothing    ACCESSORIES    How Heated Clothing Works    About Us    Return Policy    Order Tracking

**MULTIFUNCTION DESIGN**



Grooming    Bathing

Hair removal    Massage

**BUY IT NOW**

Buy More Save More!

| | |
|---|---|
| Buy 2 save 10% on each product | ADD TO CART |
| Buy 3 save 15% on each product | ADD TO CART |
| Buy 4 save 20% on each product | ADD TO CART |
| Buy 5 save 25% on each product | ADD TO CART |

f  🐦  📌

**Designed for Comfort and Convenience**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom. You've got my name on it.

Remove Shedding Hair - Blade-Free!

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade. Guaranteed to improve the skin and coat!



🔥 Hot Sale-70%OF...
E***n
Recently purchased



✅ **BRISTLE & BLADE-FREE DESIGN**
Multipurpose - Therapeutic - Durable

RECENTLY VIEWED <

Exhibit 1
Doe #702
Copyright(s) SH-12, SH-15, SH-3, SH-39, SH-GIF1: Listing Image
Design Patent Used



Exhibit 1
Doe #702
Copyright(s) SH-12,  SH-15,  SH-3,  SH-39,  SH-GIF1: Listing Image
Design Patent Used

**DOE NUMBER:** 704

**MARKETPLACE:** Other

**MERCHANT NAME:** approachee

**SELLER ID:** approachee.com

For Horses Dogs 6-in-1 Shedding

approachee.com/products/for-horses-dogs-6-in-1-shedding-grooming-massage



Home    ORDER TRACKING                    🐾 APPROACHEE              🇺🇸 USD    🌐 English    🔍    👤    🛒



Safe to use everywhere

## For Horses Dogs 6-in-1 Shedding Grooming Massage

**$ 24.99**  ~~$ 59.99~~

COLOR



**RED FOR PETS**    BLACK FOR HORSE

Quantity

—  1  +

🛒 ADD TO CART

**BUY IT NOW**

Guaranteed **SAFE** Checkout

🛡️  PayPal  🔒  VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

💥 **NOW ORDER 2PCS SET, WILL SAVE 10% AGAIN** 💥

**Designed for Comfort and Convenience**

The Groomer is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom.

**Remove Shedding Hair - Blade-Free!**

The Groomer was purposefully designed to remove loose hair released from the skin naturally... without






Exhibit 1
Doe #704
Trademark(s) The Gentle Groomer: Listing Image
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-21,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

2023-04-21

For Horses Dogs 6-in-1 Shedding

approachee.com/products/for-horses-dogs-6-in-1-shedding-grooming-massage

Home    ORDER TRACKING            🐾 APPROACHEE          🇺🇸 USD    🌐 English   🔍  👤  🛒

The Gentle Grooming Edge

~ use at a 45°angle



## For Horses Dogs 6-in-1 Shedding Grooming Massage

**$24.99**  ~~$59.99~~

**COLOR**

| RED FOR PETS | BLACK FOR HORSE |

**Quantity**

| − | 1 | + |

ADD TO CART

**BUY IT NOW**



Guaranteed **SAFE** Checkout

💥**NOW ORDER 2PCS SET, WILL SAVE 10% AGAIN**💥

**Designed for Comfort and Convenience**

The Groomer is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom.

**Remove Shedding Hair - Blade-Free!**

The Groomer was purposefully designed to remove loose hair released from the skin naturally... without



Exhibit 1
Doe #704
Trademark(s) The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-21, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1
SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

2023-04-21

For Horses Dogs 6-in-1 Shedding

approachee.com/products/for-horses-dogs-6-in-1-shedding-grooming-massage

 Home   ORDER TRACKING    APPROACHEE    USD   English



Soft Cleaning Diamonds
~ Ideal for legs

## For Horses Dogs 6-in-1 Shedding Grooming Massage

**$ 24.99**  ~~$ 59.99~~

COLOR

[ RED FOR PETS ]  [ BLACK FOR HORSE ]

Quantity

[ − ] [ 1 ] [ + ]

[ 🛒 ADD TO CART ]

[ BUY IT NOW ]

Guaranteed SAFE Checkout

      

💥 **NOW ORDER 2PCS SET, WILL SAVE 10% AGAIN** 💥

**Designed for Comfort and Convenience**

The Groomer is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom.

**Remove Shedding Hair - Blade-Free!**

The Groomer was purposefully designed to remove loose hair released from the skin naturally... without

---

Exhibit 1
Doe #704
Trademark(s) The Gentle Groomer: Listing Image
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-21,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

2023-04-21



For Horses Dogs 6-in-1 Shedding
approachee.com/products/for-horses-dogs-6-in-1-shedding-grooming-massage

Home    ORDER TRACKING         APPROACHEE          USD   English



Wash and Rinse with ease

## For Horses Dogs 6-in-1 Shedding Grooming Massage

**$24.99** ~~$59.99~~

COLOR

**RED FOR PETS**    BLACK FOR HORSE

Quantity

−   1   +

🛒 ADD TO CART

**BUY IT NOW**



Guaranteed **SAFE** Checkout





💥**NOW ORDER 2PCS SET, WILL SAVE 10% AGAIN**💥



**Designed for Comfort and Convenience**

The Groomer is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom.

**Remove Shedding Hair - Blade-Free!**

The Groomer was purposefully designed to remove loose hair released from the skin naturally... without

Exhibit 1
Doe #704
Trademark(s) The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-21, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1
 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

2023-04-21





### For Horses Dogs 6-in-1 Shedding Grooming Massage

**$24.99** ~~$59.99~~

**COLOR**

[ RED FOR PETS ]  [ BLACK FOR HORSE ]

**Quantity**

[ − ]  [ 1 ]  [ + ]

[ 🛒 ADD TO CART ]

[ **BUY IT NOW** ]

**Guaranteed SAFE Checkout**

VISA   MasterCard   DISCOVER   AMERICAN EXPRESS

💥 **NOW ORDER 2PCS SET, WILL SAVE 10% AGAIN** 💥

**Designed for Comfort and Convenience**

The Groomer is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom.

**Remove Shedding Hair - Blade-Free!**

The Groomer was purposefully designed to remove loose hair released from the skin naturally... without



Exhibit 1
Doe #704
Trademark(s) The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-21, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1
 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

2023-04-21



Home   ORDER TRACKING          APPROACHEE          USD   English

## For Horses Dogs 6-in-1 Shedding Grooming Massage

$ **24.99**   ~~$59.99~~

COLOR

[ RED FOR PETS ]   [ BLACK FOR HORSE ]

Quantity

[ − ]  [ 1 ]  [ + ]

[  ADD TO CART  ]

[  BUY IT NOW  ]

Guaranteed SAFE Checkout

💥**NOW ORDER 2PCS SET, WILL SAVE 10% AGAIN**💥

**Designed for Comfort and Convenience**

The Groomer is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom.

**Remove Shedding Hair - Blade-Free!**

The Groomer was purposefully designed to remove loose hair released from the skin naturally... without





        

Exhibit 1
Doe #704
Trademark(s) The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-21, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1
 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

2023-04-21

approachee.com/products/for-horses-dogs-6-in-1-shedding-grooming-massage

Home    ORDER TRACKING                          🐾 APPROACHEE                          🇺🇸 USD    🌐 English    🔍    👤    🛒



## For Horses Dogs 6-in-1 Shedding Grooming Massage

**$ 24.99**  ~~$ 59.99~~

COLOR

**RED FOR PETS**    BLACK FOR HORSE

Quantity

−   1   +

🛒 ADD TO CART

**BUY IT NOW**

**Guaranteed SAFE Checkout**

💥 **NOW ORDER 2PCS SET, WILL SAVE 10% AGAIN** 💥

**Designed for Comfort and Convenience**

The Groomer is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom.

**Remove Shedding Hair - Blade-Free!**

The Groomer was purposefully designed to remove loose hair released from the skin naturally... without

Exhibit 1
Doe #704
Trademark(s) The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-21, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1
 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

  

approachee.com/products/for-horses-dogs-6-in-1-shedding-grooming-massage

Home    ORDER TRACKING             APPROACHEE            USD    English






### For Horses Dogs 6-in-1 Shedding Grooming Massage

**$ 24.99** ~~$ 59.99~~

COLOR

**RED FOR PETS**    BLACK FOR HORSE

Quantity

−  1  +

🛒 ADD TO CART

**BUY IT NOW**

Guaranteed **SAFE** Checkout

💥**NOW ORDER 2PCS SET, WILL SAVE 10% AGAIN**💥

**Designed for Comfort and Convenience**

The Groomer is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom.

**Remove Shedding Hair - Blade-Free!**

The Groomer was purposefully designed to remove loose hair released from the skin naturally... without

          

Exhibit 1
Doe #704
Trademark(s) The Gentle Groomer: Listing Image
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-21,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

For Horses Dogs 6-in-1 Shedding...

approachee.com/products/for-horses-dogs-6-in-1-shedding-grooming-massage

Home    ORDER TRACKING    🐾APPROACHEE    🇺🇸 USD    🌐 English

Guaranteed to improve the skin and coat!



**Lift & Remove Embedded Dirt**

Like a magic trick, the patented edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!



**Erase Dried Mud & Sweat**

The Groomer has a diamond pad perfect for removing dried mud and sweat--purposely designed to not

Exhibit 1
Doe #704
Trademark(s) The Gentle Groomer: Listing Image
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-21,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

Home    ORDER TRACKING                        🐾 APPROACHEE                    🇺🇸 USD    🌐 English    🔍  👤  🛒

clog with dirt and hair like most curries and brushes. Just rinse to clean!



COMFORT by DESIGN

Groom the Face -- Safely

The custom formulated rubber, rounded corners, wedged ends and small exfoliating diamonds make The Groomer both effective and safe for use everywhere on the face.

Exhibit 1
Doe #704
Trademark(s) The Gentle Groomer: Listing Image
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-21,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used



**Stretch & Warm Muscles**

The Groomer was conceived as a massage tool to warm and stretch tissue and muscles while increasing circulation. Ideal to use before saddling, as well as post-work-out.

Exhibit 1
Doe #704
Trademark(s) The Gentle Groomer: Listing Image
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-21,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

**Scrape off Sweat or Rinse Water**

A comfortable and effective alternative to stiff sweat scrapers, the Groomer removes water and sweat like a squeegee. Scrape the delicate and hard-to-reach areas for a quick dry.



**Clean Saddle Pads**

Remove hair, ground-in dirt, and crusty sweat from both English and Western saddle pads. It will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the

Exhibit 1
Doe #704
Trademark(s) The Gentle Groomer: Listing Image
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-21,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

approachee.com/products/for-horses-dogs-6-in-1-shedding-grooming-massage

Home    ORDER TRACKING    🐾 APPROACHEE    USD    English



**Clean Saddle Pads**

Remove hair, ground-in dirt, and crusty sweat from both English and Western saddle pads. It will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



**Massage & Therapy Aid**

Digital Thermal Imaging shows the effectiveness of the Groomer in warming the muscles. The 9-inch

Exhibit 1
Doe #704
Trademark(s) The Gentle Groomer: Listing Image
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-21, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1
SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 713

**MARKETPLACE:** Other

**MERCHANT NAME:** awakelet

**SELLER ID:** awakelet.com



Exhibit 1
Doe #713
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #713
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-03-17

awakelet.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more

USD

AWAKELET

Home    All Collections    Hot Sale    Order Tracking

Home / 6 IN 1 SHEDDING GROOMING ...

## Wash and Rinse with ease



### 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH-🔥Buy More,Save More!🔥

$ 18.99  $39.96

🔥Buy More,Save More!🔥

| Buy 1 | 🔥Buy 2 Free Shipping🔥 | 🔥Buy 3 Get Extra 10% OFF & Free Shipping🔥 |

🔥🔥Buy 4 Get Extra 20% OFF & Free Shipping🔥🔥

Color

Blue    Black

Quantity

−  1  +

Contact us: support@awakelet.com

Free returns

100% Quality Inspection on every order.

Secure payment via PayPal & Credit Card.

ADD TO CART  -  $18.99

Pay with PayPal

Pay in 4

Debit or Credit Card

Exhibit 1
Doe #713
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #713
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

awakelet.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more

USD

AWAKELET

Home    All Collections    Hot Sale    Order Tracking

Home  /  6 IN 1 SHEDDING GROOMING ...



**6 IN 1 SHEDDING GROOMING MASSAGE BRUSH-🔥Buy More,Save More!🔥**

**$ 18.99**  ~~$ 39.96~~

🔥Buy More,Save More!🔥

| Buy 1 | 🔥Buy 2 Free Shipping🔥 | 🔥🔥Buy 3 Get Extra 10% OFF & Free Shipping🔥🔥 |

🔥🔥Buy 4 Get Extra 20% OFF & Free Shipping🔥🔥

Color

Blue    Black

Quantity

−  1  +

📞 Contact us: support@awakelet.com

📦 Free returns

✅ 100% Quality Inspection on every order.

🔒 Secure payment via PayPal & Credit Card.

🛒 ADD TO CART   -   $ 18.99

Pay with **PayPal**

🅿️ Pay in 4

💳 Debit or Credit Card

Exhibit 1
Doe #713
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

awakelet.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more

USD

AWAKELET

Home    All Collections    Hot Sale    Order Tracking

efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom. You've got my name on it.

**Remove Shedding Hair - Blade-Free!**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade.
Guaranteed to improve the skin and coat!



**Lift & Remove Embedded Dirt**

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!

Exhibit 1
Doe #713
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used

🔒 awakelet.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more

 USD

AWAKELET

Home    All Collections    Hot Sale    Order Tracking

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!



**Erase Dried Mud & Sweat**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!

Exhibit 1
Doe #713
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

awakelet.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more

USD

AWAKELET

Home    All Collections    Hot Sale    Order Tracking

**Erase Dried Mud & Sweat**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



**COMFORT by DESIGN**

**Groom the Face -- Safely**

The custom formulated rubber, rounded corners, wedged ends and small exfoliating diamonds make 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH both effective and safe for use everywhere on the face.

Exhibit 1
Doe #713
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



**Legs, Hip Bones & Hooves**

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!



**Stretch & Warm Muscles**

Exhibit 1
Doe #713
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



**Lather Shampoo & Lift Dirt**

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat.
The small diamond pads clean up the face and legs for a quick and thorough washing session.



**Scrape off Sweat or Rinse Water**

Exhibit 1
Doe #713
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

awakelet.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more

areas for a quick dry.



**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



Exhibit 1
Doe #713
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 714

**MARKETPLACE:** Other

**MERCHANT NAME:** beautifuldeer

**SELLER ID:** beautifuldeer.com



Exhibit 1
Doe #714
Copyright(s) SH-18,  SH-21: Listing Image
Design Patent Used



Exhibit 1
Doe #714
Copyright(s) SH-18,  SH-21: Listing Image
Design Patent Used

**DOE NUMBER:** 715

**MARKETPLACE:** Other

**MERCHANT NAME:** befullofbest

**SELLER ID:** befullofbest.com

2022-05-14

Original for Horses Dogs 6-in-1 S

befullofbest.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage

Free Shipping Over $49

**Befullofbest**

Home    Catalog    Contact Us

0

## Original for Horses Dogs 6-in-1 Shedding Grooming Massage

~~USD $59.99~~   USD $24.99

BUY MORE SAVE MORE

**BUY 1 PC**

🔥 BUY 2 GET EXTRA 10% OFF & FREE SHIPPING

🔥🔥 BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING

Quantity

—   1   +

🛒 ADD TO CART

BUY IT NOW

**Buy More Save More!**

Buy 2 save 5%          ADD TO CART
on each product






Exhibit 1
Doe #715
Trademark(s) StripHair,  The Gentle Groomer: Listing Image
Copyright(s) SH-1,  SH-2,  SH-25,  SH-36,  SH-6,  SH-8: Listing Image
Design Patent Used



Exhibit 1
Doe #715
Trademark(s) StripHair,  The Gentle Groomer: Listing Image
Copyright(s) SH-1,  SH-2,  SH-25,  SH-36,  SH-6,  SH-8: Listing Image
Design Patent Used

2022-05-14

Original for Horses Dogs 6-in-1 Shedding Grooming Massage

befullofbest.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage

Free Shipping Over $49

*Befullofbest*

Home    Catalog    Contact Us

# Original for Horses Dogs 6-in-1 Shedding Grooming Massage

~~USD $59.99~~   USD $24.99

BUY MORE SAVE MORE

**BUY 1 PC**

🔥 **BUY 2 GET EXTRA 10% OFF & FREE SHIPPING**

🔥🔥 **BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING**

Quantity

−    1    +

🛒 ADD TO CART

BUY IT NOW

**Buy More Save More!**

Buy 2 save 5%
on each product          ADD TO CART

---

StripHair. THE GENTLE GROOMER.

1  BRISTLE & BLADE-FREE DESIGN
Multipurpose · Therapeutic · Durable

2  SOFT CLEANING DIAMONDS
Small - exfoliate the face and legs
Large - remove dried mud, sweat and stains,
lather shampoo, massage, relax

4  FLEXIBLE & SAFE
Contours comfortably
everywhere on the body

3  GENTLE GROOMING EDGE
Shed hair, clean skin, add shine,
distribute skin's oil, scrape water,
increase circulation, massage, relax

5  CLEAN & SANITARY
No place for hair and dirt
to collect - Will never grow
or harbor bacteria or fungus

PATENTED DESIGN · PROPRIETARY MATERIAL · MADE IN THE USA

Exhibit 1
Doe #715
Trademark(s) StripHair,  The Gentle Groomer: Listing Image
Copyright(s) SH-1,  SH-2,  SH-25,  SH-36,  SH-6,  SH-8: Listing Image
Design Patent Used

2022-05-14



Original for Horses Dogs 6-in-1 S

befullofbest.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage

Free Shipping Over $49



Befullofbest

Home    Catalog    Contact Us    0



Therapuetic



## Original for Horses Dogs 6-in-1 Shedding Grooming Massage

~~USD $59.99~~   USD $24.99

BUY MORE SAVE MORE

**BUY 1 PC**

🔥 BUY 2 GET EXTRA 10% OFF & FREE SHIPPING

🔥🔥 BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING

Quantity

−   1   +

🛒 ADD TO CART

**BUY IT NOW**

**Buy More Save More!**

Buy 2 save 5%    ADD TO CART
on each product



Exhibit 1
Doe #715
Trademark(s) StripHair,  The Gentle Groomer: Listing Image
Copyright(s) SH-1,  SH-2,  SH-25,  SH-36,  SH-6,  SH-8: Listing Image
Design Patent Used

2022-05-14

Original for Horses Dogs 6-in-1 S

befullofbest.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage

Free Shipping Over $49

Befullofbest

Home     Catalog     Contact Us

0

## Wash and Rinse with ease



### Original for Horses Dogs 6-in-1 Shedding Grooming Massage

USD $59.99   USD $24.99

BUY MORE SAVE MORE

**BUY 1 PC**

🔥 BUY 2 GET EXTRA 10% OFF & FREE SHIPPING

🔥🔥 BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING

Quantity

−   1   +

🛒 ADD TO CART

**BUY IT NOW**

**Buy More Save More!**

Buy 2 save 5%
on each product                    ADD TO CART

Exhibit 1
Doe #715
Trademark(s) StripHair,  The Gentle Groomer: Listing Image
Copyright(s) SH-1,  SH-2,  SH-25,  SH-36,  SH-6,  SH-8: Listing Image
Design Patent Used



Exhibit 1
Doe #715
Trademark(s) StripHair,  The Gentle Groomer: Listing Image
Copyright(s) SH-1,  SH-2,  SH-25,  SH-36,  SH-6,  SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 720

**MARKETPLACE:** Other

**MERCHANT NAME:** blink-rain

**SELLER ID:** blink-rain.com



Exhibit 1
Doe #720
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-GIF1, SH-GIF2: Listing Image
Design Patent Used



Exhibit 1
Doe #720
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-GIF1, SH-GIF2: Listing Image
Design Patent Used



Exhibit 1
Doe #720
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-GIF1, SH-GIF2: Listing Image
Design Patent Used

2023-03-14



Exhibit 1
Doe #720
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-GIF1,  SH-GIF2: Listing Image
Design Patent Used

USD   Free Shipping over $39

blink-rain

Home   All products   Daily tool



Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!

Exhibit 1
Doe #720
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-GIF1,  SH-GIF2: Listing Image
Design Patent Used

Exhibit 1
Doe #720
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-GIF1, SH-GIF2: Listing Image
Design Patent Used

Exhibit 1
Doe #720
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-GIF1,  SH-GIF2: Listing Image
Design Patent Used



Exhibit 1
Doe #720
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-GIF1,  SH-GIF2: Listing Image
Design Patent Used

**DOE NUMBER:** 728

**MARKETPLACE:** Other

**MERCHANT NAME:** cheap-easy-go

**SELLER ID:** cheap-easy-go.com

2023-04-26



♡Free Shipping Over $39.0♡

INR

# cheap-easy-go

Home   ♥HOT SALE   HOUSEHOLD   ALL PRODUCTS



Hurry up! Sale Ends in                    00:09:41.3

( 💥 New Year Sale 💥 - 50% OFF) 6-in-1 Shedding Grooming Massage Brush

☆☆☆☆☆   Write a review

₹2,090.35 INR   ₹4,180.70   **50%OFF**

Color

BLACK   BLUE   RED

🎁 Buy More Save More 🎁

1 PC   BUY 2 SAVE 10% OFF+GET FREE SHIPPING

BUY 3 SAVE 20% OFF+GET FREE SHIPPING

Quantity

-   1   +

Legs, Hip Bones & Hooves

Exhibit 1
Doe #728
Copyright(s) SH-2: Listing Image
Design Patent Used



Exhibit 1
Doe #728
Copyright(s) SH-2: Listing Image
Design Patent Used

**DOE NUMBER:** 735

**MARKETPLACE:** Other

**MERCHANT NAME:** conversionb

**SELLER ID:** conversionb.com



Exhibit 1
Doe #735
Copyright(s) SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #735
Copyright(s) SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #735
Copyright(s) SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #735
Copyright(s) SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #735
Copyright(s) SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #735
Copyright(s) SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

Patented Design and Material ?? Made in the USA - We Care

**Remove Shedding Hair - Blade-Free!**

Purposefully designed to remove loose hair released from the skin naturally... without bristles or blade. Guaranteed to improve the skin and coat!



**Lift & Remove Embedded Dirt**

Like a magic trick, edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!

Exhibit 1
Doe #735
Copyright(s) SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



**Lift & Remove Embedded Dirt**

Like a magic trick, edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!

**Erase Dried Mud & Sweat**

Perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!

Exhibit 1
Doe #735
Copyright(s) SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



**Erase Dried Mud & Sweat**

Perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!

**COMFORT by DESIGN**

**Groom the Face -- Safely**

The custom formulated rubber, rounded corners, wedged ends and small exfoliating diamonds make both effective and safe for use everywhere on the face.

Exhibit 1
Doe #735
Copyright(s) SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



**Legs, Hip Bones & Hooves**

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!

Exhibit 1
Doe #735
Copyright(s) SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used

❄ Mother's Day Sale---Up To 49% Off Now ❄ ♥Free Shipping Over £12.98♥

UP TO 50% OFF

**CONVERSIONB**

USD



**Stretch & Warm Muscles**

Originally conceived as a massage tool to warm and stretch tissue and muscles while increasing circulation. Ideal to use before saddling, as well as post work-out.

**Lather Shampoo & Lift Dirt**

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat. The small diamond pads clean up the face and legs for a quick and thorough washing session.

**Scrape off Sweat or Rinse Water**

A comfortable and effective alternative to stiff sweat scrapers, removes water and sweat like a squeegee. Scrape the delicate and hard-to-reach areas for a quick dry.

Exhibit 1
Doe #735
Copyright(s) SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up the hair for easy removal.

Exhibit 1
Doe #735
Copyright(s) SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 743

**MARKETPLACE:** Other

**MERCHANT NAME:** dice-fox

**SELLER ID:** dice-fox.com

♥ Free Shipping Over $49.99 ♥

# dice-fox

❀ 2023 Hot Sale ❀

USD











Safe to use everywhere

## 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH

**$19.98** ~~$39.96~~

👁 162 people are viewing this right now

| Buy 3 save 5% | Buy 6 save 10% | View more

课敞Buy More,Save More!课敞:

| Buy 1 | 课敞Buy 2 Free Shipping课敞 | 课敞Buy 3 Get Extra 10% OFF & Free Shipping课敞课敞 |

| 课敞课敞Buy 4 Get Extra 20% OFF & Free Shipping课敞课敞 |

**Quantity**

[ − ] 1 [ + ]

ADD TO CART

BUY IT NOW

**Designed for Comfort and Convenience**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee that you and your horse and any pet with a coat that needs grooming will love this new way of grooming. You've got my name on it.

Exhibit 1
Doe #743
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



♥Free Shipping Over $49.99♥

# dice-fox

❈ 2023 Hot Sale ❈

USD



The Gentle Grooming Edge

~ use at a 45°angle

## 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH

### $19.98  $39.96

👁 162 people are viewing this right now

Buy 3 save 5%   Buy 6 save 10%   View more

课敨Buy More,Save More!课敨

| Buy 1 | 课敨Buy 2 Free Shipping课敨 | 课敨Buy 3 Get Extra 10% OFF & Free Shipping课敨 |

课敨课敨Buy 4 Get Extra 20% OFF & Free Shipping课敨课敨

**Quantity**

−  1  +

🛒 ADD TO CART

BUY IT NOW

**Designed for Comfort and Convenience**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee that you and your horse and any pet with a coat that needs grooming will love this new way of grooming. You've got my name on it.

Exhibit 1
Doe #743
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used

dice-fox.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more

♡Free Shipping Over $49.99♡

 dice-fox ❋ 2023 Hot Sale ❋

 USD





Wash and Rinse with ease



## 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH

**$19.98** ~~$39.96~~

👁 162 people are viewing this right now

| Buy 3 save 5% | Buy 6 save 10% | View more |

课敖Buy More,Save More!课敖:

| Buy 1 | 课敖Buy 2 Free Shipping课敖 | 课敖课敖Buy 3 Get Extra 10% OFF & Free Shipping课敖课敖 |

| 课敖课敖Buy 4 Get Extra 20% OFF & Free Shipping课敖课敖 |

**Quantity**

| − | 1 | + |

🛒 ADD TO CART

BUY IT NOW

**Designed for Comfort and Convenience**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee that you and your horse and any pet with a coat that needs grooming will love this new way of grooming. You've got my name on it.

Exhibit 1
Doe #743
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-03-17

dice-fox.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more

♡Free Shipping Over $49.99♡



❀ 2023 Hot Sale ❀

USD





## 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH

**$19.98**  ~~$39.96~~

👁 162 people are viewing this right now

Buy 3 save 5%   Buy 6 save 10%   View more

课敩Buy More,Save More!课敩:

Buy 1   课敩Buy 2 Free Shipping课敩   课敩Buy 3 Get Extra 10% OFF & Free Shipping课敩

课敩课敩Buy 4 Get Extra 20% OFF & Free Shipping课敩

### Quantity

−  1  +

🛒 ADD TO CART

BUY IT NOW

**Designed for Comfort and Convenience**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee that you and your horse and any pet with a coat that needs grooming will love this new way of grooming. You've got my name on it.

Exhibit 1
Doe #743
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-03-17

dice-fox.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more

♥Free Shipping Over $49.99♥

**dice-fox**    ❋ 2023 Hot Sale ❋

 USD     



## 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH

**$19.98**  ~~$39.96~~

👁 **162 people are viewing this right now**

[ Buy 3 save 5% ]  [ Buy 6 save 10% ]  View more

课敊Buy More,Save More!课敊:

[ Buy 1 ]  [ 课敊Buy 2 Free Shipping课敊 ]  [ 课敊Buy 3 Get Extra 10% OFF & Free Shipping课敊课敊 ]

[ 课敊课敊Buy 4 Get Extra 20% OFF & Free Shipping课敊课敊 ]

**Quantity**

−  1  +

🛒 **ADD TO CART**

**BUY IT NOW**

**Designed for Comfort and Convenience**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee that you and your horse and any pet with a coat that needs grooming will love this new way of grooming. You've got my name on it.

Exhibit 1
Doe #743
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

dice-fox.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more



2023 Hot Sale

USD

grooming. You've got my name on it.

**Remove Shedding Hair - Blade-Free!**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade.
Guaranteed to improve the skin and coat!



**Lift & Remove Embedded Dirt**

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!

Exhibit 1
Doe #743
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2 SH-GIF3: Listing Image
Design Patent Used



dice-fox.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more

🧩 2023 Hot Sale 🧩

USD

**Lift & Remove Embedded Dirt**

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!



**Erase Dried Mud & Sweat**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--

Exhibit 1
Doe #743
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



**dice-fox**   🧩 2023 Hot Sale 🧩





**Erase Dried Mud & Sweat**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat-- purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



**COMFORT by DESIGN**

Exhibit 1
Doe #743
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used








**Legs, Hip Bones & Hooves**

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!



Exhibit 1
Doe #743
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



dice-fox.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more

 dice-fox   🐾 2023 Hot Sale 🐾     🇺🇸 USD



**Lather Shampoo & Lift Dirt**

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat. The small diamond pads clean up the face and legs for a quick and thorough washing session.



Exhibit 1
Doe #743
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

dice-fox.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more



dice-fox   ❀ 2023 Hot Sale ❀

USD



**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



Exhibit 1
Doe #743
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 754

**MARKETPLACE:** Other

**MERCHANT NAME:** enjoyaitlife

**SELLER ID:** enjoyaitlife.com



Exhibit 1
Doe #754
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-4, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #754
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-04-21



Exhibit 1
Doe #754
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-4, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #754
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-4, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #754
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-4, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #754
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #754
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-04-21

Last day 50% Off Original f...

enjoyaitlife.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage-2

# enjoyaitlife

USD    English

Refund policy    Privacy policy    Terms of service    Shipping policy    Contact us    About us



Last day 50% Off Original ...
$24.99  $49.98

Quantity
Buy 1

Quantity
1

ADD TO CART

Exhibit 1
Doe #754
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



enjoyaitlife

Refund policy     Privacy policy     Terms of service     Shipping policy     Contact us     About us

🗙Last day 50% Off🗙 Original ...
$24.99  ~~$49.98~~

Quantity
Buy 1

Quantity
− 1 +

🛒 ADD TO CART

Exhibit 1
Doe #754
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-04-21

enjoyaitlife.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage-2

🇺🇸 USD    🌐 English

# enjoyaitlife

Refund policy    Privacy policy    Terms of service    Shipping policy    Contact us    About us

**Erase Dried Mud & Sweat**

Perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



**COMFORT by DESIGN**

🕊️ Last day 50% Of...
S***k
Recently purchased

❌Last day 50% Off❌Original ...
$24.99   $49.98

Quantity
Buy 1

Quantity
− 1 +

🛒 ADD TO CART

Exhibit 1
Doe #754
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Legs, Hip Bones & Hooves

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!

Exhibit 1
Doe #754
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-4, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #754
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-4, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up the hair for easy removal.

**Fits in a Pocket**

Exhibit 1
Doe #754
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-4, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 763

**MARKETPLACE:** Other

**MERCHANT NAME:** fankisses

**SELLER ID:** fankisses.com

fankisses.com/products/new-year-sale---50-off-6-in-1-shedding-grooming-massage-brush

❤Trusted Checkout With PayPal❤

 Fankisses

Home





Hurry up! Sale Ends in          00:59:33.0

(🧨New Year Sale🧨- 50% OFF) 6-in-1 Shedding Grooming Massage Brush

~~$ 53.98 USD~~   $ 26.99 USD ⬍

Color

Black    Blue    Red

🎁Buy More Save More🎁

1 PC    BUY 2 SAVE 10% OFF+GET FREE SHIPPING

BUY 3 SAVE 20% OFF+GET FREE SHIPPING

Quantity    −    1    +

◆ 144 visitor(s) currently looking at this product

ADD TO CART

Exhibit 1
Doe #763
Copyright(s) SH-2,  SH-GIF2: Listing Image
Design Patent Used



- **Massage Muscles**

This multifunctional beauty massage brush **can massage and stretch muscles, promote blood circulation**, and is very suitable for use before and after riding.

- **Good Decontamination Effect**

The large matte surface can be used to foam and penetrate deep into the skin to remove dirt. The small matte surface can be used to clean detailed parts such as



CROSS COMPRE...

F***e
Recently purcha...



(💥New Year Sale💥-...

$ 26.99   $53.98

Color

Black

🎁Buy More Save More🎁

1 PC

Quantity

− 1 +

ADD TO CART




Exhibit 1
Doe #763
Copyright(s) SH-2,  SH-GIF2: Listing Image
Design Patent Used

**DOE NUMBER:** 765

**MARKETPLACE:** Other

**MERCHANT NAME:** feelrational

**SELLER ID:** feelrational.com



Exhibit 1
Doe #765
Copyright(s) SH-2,   SH-GIF2: Listing Image,   Physical Product Image
Design Patent Used



- **Massage Muscles**

This multifunctional beauty massage brush **can massage and stretch muscles, promote blood circulation**, and is very suitable for use before and after riding.

- **Good Decontamination Effect**

The large matte surface can be used to foam and penetrate deep into the skin to remove dirt. The small matte surface can be used to clean detailed parts such as the face and legs. Make cleaning faster and easier.



**📦New Year SALE-4...**

**H***a**
**Recently purchased**



(💥New Year Sale💥 - 50% OFF) ...

$ 26.99  $ 53.98

**Color**
Black

**🎁Buy More Save More🎁**
1 PC

**Quantity**
1

ADD TO CART

Exhibit 1
Doe #765
Copyright(s) SH-2,  SH-GIF2: Listing Image,  Physical Product Image
Design Patent Used

New Year Sale 🎇 - 50% OFF)

feelrational.com/products/brush

| PRODUCT WEIGHT | • 312G |
|---|---|
| PACKAGE CONTENTS | • 6-in-1 Shedding Grooming Massage Brush × 1 |



(🎇New Year Sale 🎇 - 50% OFF) ...

$ 26.99   $ 53.98

**Color**
Black

🎁Buy More Save More🎁
1 PC

**Quantity**
− 1 +

ADD TO CART

Exhibit 1
Doe #765
Copyright(s) SH-2,  SH-GIF2: Listing Image,  Physical Product Image
Design Patent Used

**DOE NUMBER:** 767

**MARKETPLACE:** Other

**MERCHANT NAME:** firemid

**SELLER ID:** firemid.com



firemid.com/products/brush

🎀 Payments Via PayPal and CreditCard 🎀 Free Shipping Worldwide Over $40 🎀

USD · English



HOT SALES    ABOUT US    FAQS    TERMS OF SERVICE    SHIPPING INFORMATION    Return Policy    Privacy Policy    CONTACT US



Legs, Hip Bones & Hooves

## ( 🌺 Summer Sale 🌺 - 49% OFF) 6-in-1 Shedding Grooming Massage Brush

**$24.70**   ~~$49.00~~



Sare & Get    Get

color

BLACK    RED    BLUE

Quantity

-    1    +

👁 691 visitors currently looking at this product

🛒 ADD TO CART



Tempered Glass Len...

H***i
Recently purchased

Exhibit 1
Doe #767
Copyright(s) SH-2: Listing Image
Design Patent Used

2022-05-14

( ☀ Summer Sale ☀ - 49% OFF) 6    +    —

🔒 firemid.com/products/brush

V



🇺🇸 USD    🌐 English

🔍 👤 🛒 0

HOT SALES    ABOUT US    FAQS    TERMS OF SERVICE    SHIPPING INFORMATION    Return Policy    Privacy Policy    CONTACT US

💥 Payments Via PayPal and CreditCard 💥 Free Shipping Worldwide Over $40💥

RECENTLY VIEWED <







## ( 💥 Summer Sale 💥 - 49% OFF) 6-in-1 Shedding Grooming Massage Brush

**$24.70**  ~~$49.00~~

**Sare & Get**    **Get**

color

BLACK    RED    BLUE

Quantity

−   1   +

👁 691 visitors currently looking at this product

🛒 ADD TO CART

Exhibit 1
Doe #767
Copyright(s) SH-2: Listing Image
Design Patent Used

**DOE NUMBER:** 769

**MARKETPLACE:** Other

**MERCHANT NAME:** flowercog

**SELLER ID:** flowercog.com

❤️Enjoy Free Express Shipping on orders over $50 ❤️

**Flowercog**

All products    🇺🇸 USD ⌄

The Gentle Grooming Edge
~ use at a 45° angle









🔥LAST DAY SALE 49% OFF🔥Original for Horses Dogs 6-in-1 Shedding Grooming Massage

USD $49.99   USD $ 26.99

🛍️ 4.9K Sold

👍 It's been recommended by 1.9K people on Facebook, Twitter and Instagram

👁️ 4.3K people are viewing this right now

**Share & Get**        Get

**BUY MORE SAVE MORE**

| BUY 1 PC | 🔥BUY 2 GET EXTRA 10% OFF |
|----------|---------------------------|

🔥🔥BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING

**Quantity**

−  1  +

Only 37 items left in stock          Tight Inventory

👁️ 170 visitors currently looking at this product

🚚 Fast shipping: Free shipping worldwide

🗡️ Authority: patented products

💬 Customer service: 24 hours online communication

Exhibit 1
Doe #769
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9,  SH-GIF1 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

**♥Enjoy Free Express Shipping on orders over $50 ♥**

Flowercog

All products   USD

Safe to use everywhere

🔥LAST DAY SALE 49% OFF🔥Original for Horses Dogs 6-in-1 Shedding Grooming Massage

USD $49.99   USD $ 26.99

🛒 4.9K Sold

👍 It's been recommended by 1.9K people on Facebook, Twitter and Instagram

👁 4.3K people are viewing this right now

**Share & Get**   Get

BUY MORE SAVE MORE

BUY 1 PC   🔥BUY 2 GET EXTRA 10% OFF

🔥🔥BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING

Quantity

−  1  +

Only 37 items left in stock   Tight Inventory

👁 170 visitors currently looking at this product

🚚 Fast shipping: Free shipping worldwide
🏷 Authority: patented products
💬 Customer service: 24 hours online communication

Exhibit 1
Doe #769
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

2023-04-21

flowercog.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage-2

♥Enjoy Free Express Shipping on orders over $50 ♥

**Flowercog**

All products          USD          

## 🔥LAST DAY SALE 49% OFF🔥Original for Horses Dogs 6-in-1 Shedding Grooming Massage

~~USD $49.99~~  USD $ 26.99

🛍 4.9K Sold

👍 It's been recommended by 1.9K people on Facebook, Twitter and Instagram

👁 4.3K people are viewing this right now

**Share & Get**          **Get**

**BUY MORE SAVE MORE**

| BUY 1 PC | 🔥BUY 2 GET EXTRA 10% OFF |

| 🔥BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING |

**Quantity**

−   1   +

Only **36** items left in stock          Tight Inventory

◉ 170 visitors currently looking at this product

🚚 Fast shipping: Free shipping worldwide

🛡 Authority: patented products

🏷 Customer service: 24 hours online communication



Exhibit 1
Doe #769
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-9, SH-GIF1
SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

2023-04-21

❤Enjoy Free Express Shipping on orders over $50 ❤

**Flowercog**

All products    USD    

🔥LAST DAY SALE 49% OFF🔥Original for Horses Dogs 6-in-1 Shedding Grooming Massage

USD $49.99    USD $ 26.99

🛍 4.9K Sold

👍 It's been recommended by 1.9K people on Facebook, Twitter and Instagram

👁 4.3K people are viewing this right now

**Share & Get**    **Get**

BUY MORE SAVE MORE

| BUY 1 PC | 🔥BUY 2 GET EXTRA 10% OFF |

🔥🔥BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING

Quantity

−  1  +

Only **36** items left in stock    **Tight Inventory**

◉ 170 visitors currently looking at this product

🚚 Fast shipping: Free shipping worldwide

🔀 Authority: patented products

⏱ Customer service: 24 hours online communication

Wash and Rinse with ease



Exhibit 1
Doe #769
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-9, SH-GIF1
SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

2023-04-21



🔥LAST DAY SALE 49% OFF🔥Original for Horses Dogs 6-in-1 Shedding Grooming Massage

flowercog.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage-2

❤Enjoy Free Express Shipping on orders over $50 ❤

Flowercog

All products      USD

🔥LAST DAY SALE 49% OFF🔥Original for Horses Dogs 6-in-1 Shedding Grooming Massage

USD $49.99   USD $ 26.99

4.9K Sold

It's been recommended by 1.9K people on Facebook, Twitter and Instagram

4.3K people are viewing this right now

Share & Get      Get

BUY MORE SAVE MORE

BUY 1 PC    🔥BUY 2 GET EXTRA 10% OFF

🔥🔥BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING

Quantity

1

Only 36 items left in stock                    Tight Inventory

170 visitors currently looking at this product

Fast shipping: Free shipping worldwide

Authority: patented products

Customer service: 24 hours online communication

### (product infographic labels)

1  BRISTLE & BLADE-FREE DESIGN
Multipurpose · Therapeutic · Durable

2  SOFT CLEANING DIAMONDS
Small - exfoliate the face and legs
Large - remove dried mud, sweat and stains,
lather shampoo, massage, relax

3  GENTLE GROOMING EDGE
Shed hair, clean skin, add shine,
distribute skin's oil, scrape water,
increase circulation, massage, relax

4  FLEXIBLE & SAFE
Contours comfortably
everywhere on the body

5  CLEAN & SANITARY
No place for hair and dirt
to collect · Will never grow
or harbor bacteria or fungus

PATENTED DESIGN • PROPRIETARY MATERIAL • MADE IN THE USA

LAST DAY SALE ...
***N
...ently purchased

Exhibit 1
Doe #769
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #769
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-9, SH-GIF1
 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

🔥LAST DAY SALE 49% OFF🔥Original for Horses Dogs 6-in-1 Shedding Grooming Massage

USD $49.99   USD $ 26.99

4.9K Sold

It's been recommended by 1.9K people on Facebook, Twitter and Instagram

4.3K people are viewing this right now

**Share & Get**    Get

BUY MORE SAVE MORE

BUY 1 PC    🔥BUY 2 GET EXTRA 10% OFF

🔥🔥BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING

Quantity

− 1 +

Only **36** items left in stock    Tight Inventory

170 visitors currently looking at this product

Fast shipping: Free shipping worldwide

Authority: patented products

Customer service: 24 hours online communication

Exhibit 1
Doe #769
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used



flowercog.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage-2

♥Enjoy Free Express Shipping on orders over $50 ♥

Flowercog

All products    USD

🔥LAST DAY SALE 49% OFF🔥Original for Horses Dogs 6-in-1 Shedding Grooming Massage

USD $49.99   USD $ 26.99

🛒 4.9K Sold

👍 It's been recommended by 1.9K people on Facebook, Twitter and Instagram

👁 4.3K people are viewing this right now

**Share & Get**    Get

BUY MORE SAVE MORE

BUY 1 PC    🔥BUY 2 GET EXTRA 10% OFF

🔥BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING

Quantity

−  1  +

Only **36** items left in stock    Tight Inventory

👁 170 visitors currently looking at this product

🚚 Fast shipping: Free shipping worldwide

🔧 Authority: patented products

⏱ Customer service: 24 hours online communication

GROOMS the Body    GROOMS the Face    GROOMS the Legs
SHEDS the Coat    SHINES the Coat    CLEANS Hoof Walls
LATHERS Shampoo    SQUEEGEES Rinse Water    MASSAGES Muscles

LAST DAY SALE ...
S***n
Recently purchased

Exhibit 1
Doe #769
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-9, SH-GIF1
SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

**Lift & Remove Embedded Dirt**

Like a magic trick, edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!



LAST DAY SALE...

$26.99  $49.99

BUY MORE SAVE MO...      Quantity

BUY 1 PC        −  1  +        ADD TO CART

Exhibit 1
Doe #769
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



**Erase Dried Mud & Sweat**

Perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!

🔥LAST DAY SALE...

$26.99  $49.99

BUY MORE SAVE MO...    Quantity

BUY 1 PC    −  1  +    ADD TO CART

Exhibit 1
Doe #769
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used



**Legs, Hip Bones & Hooves**

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!

LAST DAY SALE...
$26.99 ~~$49.99~~

BUY MORE SAVE MO...    Quantity
BUY 1 PC    —  1  +    ADD TO CART

Exhibit 1
Doe #769
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-9, SH-GIF1 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



**Lather Shampoo & Lift Dirt**

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat. The small diamond pads clean up the face and legs for a quick and thorough washing session.

LAST DAY SALE...
$26.99  $49.99

BUY MORE SAVE MO...    Quantity

BUY 1 PC    −  1  +    ADD TO CART

Exhibit 1
Doe #769
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-9, SH-GIF1 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.

BUY MORE SAVE MO...   Quantity

🔥LAST DAY SALE...
$26.99   $49.99

BUY 1 PC   −  1  +   ADD TO CART

Exhibit 1
Doe #769
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-9, SH-GIF1 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 772

**MARKETPLACE:** Other

**MERCHANT NAME:** formulalm

**SELLER ID:** formulalm.com



Exhibit 1
Doe #772
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #772
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-03-17



Exhibit 1
Doe #772
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #772
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



Case 1:23-cv-22322-DSL   Document 130-3   Entered on FLSD Docket 10/14/2023   Page 123 of 272



Exhibit 1
Doe #772
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

♥SSL Certificates For 100% Security♥

# formulalm

🇺🇸 USD    🌐 English    Merry Winterday~ 50% off today

🏠Home   🔥Hot Sales   🎁Best Gift   ☎Contact Us

that!

I personally guarantee that you and your horse and any pet with a coat that needs grooming will love this new way of grooming. You've got my name on it.

**Remove Shedding Hair - Blade-Free!**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade.
Guaranteed to improve the skin and coat!



**Lift & Remove Embedded Dirt**

Exhibit 1
Doe #772
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



**Lift & Remove Embedded Dirt**

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!

**Erase Dried Mud & Sweat**

Exhibit 1
Doe #772
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #772
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



Legs, Hip Bones & Hooves

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!

Exhibit 1
Doe #772
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

6 IN 1 SHEDDING GROOMING M     Case 1:23-cv-22322-DSL   Document 130-3   Entered on FLSD Docket 10/14/2023   Page 129 of 272    2023-03-17

formulalm.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more

and stretch tissue and muscles while increasing circulation. Ideal to use before saddling, as well as post work-out.



**Lather Shampoo & Lift Dirt**

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat. The small diamond pads clean up the face and legs for a quick and thorough washing session.



**Scrape off Sweat or Rinse Water**

Exhibit 1
Doe #772
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2 SH-GIF3: Listing Image
Design Patent Used

areas for a quick dry.



**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



Massage & Therapy Aid

Exhibit 1
Doe #772
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2  SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 773

**MARKETPLACE:** Other

**MERCHANT NAME:** frame-wood.

**SELLER ID:** frame-wood.com





frame-wood.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more

♥ FREE SHIPPING OVER $39.99 ♥



Home    HOT SALE    Best-Sellers    Track Your Order

USD     English



Safe to use everywhere

### 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH-🔥Buy More,Save More!🔥

★★★★★ 7 Reviews

**$ 19.98** ~~$ 39.96~~



5.00% OFF          Get coupon code
                   F5

🔥Buy More,Save More!🔥 :

| Buy 1 | 🔥Buy 2 get 1🔥 | 🔥Buy 3 Get 2 & Free Shipping🔥 |

Quantity

−   1   +

◉ 41 visitors currently looking at this product

🚚 ⚡SHIPPING WORLDWIDE

🤝 👍It's been recommended by 1982 people on Facebook, Twitter and Instagram

🛒 ADD TO CART

Exhibit 1
Doe #773
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used







Wash and Rinse with ease

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee that you and your horse and any pet with a coat that needs grooming will love this new way of grooming.



**Remove Shedding Hair - Blade-Free!**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade.
Guaranteed to improve the skin and coat!



Exhibit 1
Doe #773
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used

  

6 IN 1 SHEDDING GROOMING M

frame-wood.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more



Home    HOT SALE    Best-Sellers    Track Your Order

USD    English



GROOMS the Body        GROOMS the Face        GROOMS the Legs

SHEDS the Coat        SHINES the Coat        CLEANS Hoof Walls

LATHERS Shampoo        SQUEEGEES Rinse Water        MASSAGES Muscles



**Remove Shedding Hair - Blade-Free!**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade. Guaranteed to improve the skin and coat!



**Lift & Remove Embedded Dirt**

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!

Exhibit 1
Doe #773
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

6 IN 1 SHEDDING GROOMING M

frame-wood.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more

**frame=wood**

Home    HOT SALE    Best-Sellers    Track Your Order

USD    English

LATHERS Shampoo    SQUEEGEES Rinse Water    MASSAGES Muscles

*The* ORIGINAL

*Multi-purpose*
BODY, COAT & SKIN

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!

Soft Cleaning Diamonds
~ Ideal for legs

**Erase Dried Mud & Sweat**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!

RECENTLY VIEWED

Exhibit 1
Doe #773
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



2023-03-14



Home    HOT SALE    Best-Sellers    Track Your Order

USD    English



Multi-purpose
BODY, COAT & SKIN



1  BRISTLE & BLADE-FREE DESIGN
Multipurpose - Therapeutic - Durable

2  SOFT CLEANING DIAMONDS
Small - exfoliate the face and legs
Large - remove dried mud, sweat and stains,
lather shampoo, massage, relax

4  FLEXIBLE & SAFE
Contours comfortably
everywhere on the body

3  GENTLE GROOMING EDGE
Shed hair, clean skin, add shine,
distribute skin's oil, scrape water,
increase circulation, massage, relax

5  CLEAN & SANITARY
No place for hair and dirt
to collect - Will never grow
or harbor bacteria or fungus

PATENTED DESIGN  •  PROPRIETARY MATERIAL  •  MADE IN THE USA

**Erase Dried Mud & Sweat**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



**COMFORT by DESIGN**

**Groom the Face -- Safely**

The custom formulated rubber, rounded corners, wedged ends and small exfoliating diamonds make 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH both effective and safe for use everywhere on the face.



Exhibit 1
Doe #773
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



Legs, Hip Bones & Hooves

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!

Exhibit 1
Doe #773
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used

**Lather Shampoo & Lift Dirt**

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat.
The small diamond pads clean up the face and legs for a quick and thorough washing session.



Exhibit 1
Doe #773
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

6 IN 1 SHEDDING GROOMING M...
frame-wood.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more

Home    HOT SALE    Best-Sellers    Track Your Order

USD    English



**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.

Exhibit 1
Doe #773
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
 Design Patent Used

**DOE NUMBER:** 775

**MARKETPLACE:** Other

**MERCHANT NAME:** futuremagics

**SELLER ID:** futuremagics.com

 

futuremagics.com/products/new-year-sale---50-off-6-in-1-shedding-grooming-massage-brush

## SPECIFICATIONS

**PRODUCT WEIGHT**
- 312G

**PACKAGE CONTENTS**
- 6-in-1 Shedding Grooming Massage Brush × 1



 (☀️New Year Sale☀️-...

$ 26.99   $51.99

**Color**
Black

🎁Buy More Save More🎁
1 PC

**Quantity**
− 1 +

ADD TO CART

Exhibit 1
Doe #775
Copyright(s) SH-2,  SH-GIF2: Listing Image
Design Patent Used

futuremagics.com/products/new-year-sale---50-off-6-in-1-shedding-grooming-massage-brush



- **Massage Muscles**

This multifunctional beauty massage brush **can massage and stretch muscles, promote blood circulation**, and is very suitable for use before and after riding.

- **Good Decontamination Effect**

The large matte surface can be used to foam and penetrate deep into the skin to remove dirt. The small matte surface can be used to clean detailed parts such as



(🎇New Year Sale 🎇-...

$ 26.99   $51.99

Color

Black

🎁Buy More Save More🎁

1 PC

Quantity

−   1   +

ADD TO CART

Exhibit 1
Doe #775
Copyright(s) SH-2,  SH-GIF2: Listing Image
Design Patent Used

**DOE NUMBER:** 778

**MARKETPLACE:** Other

**MERCHANT NAME:** glossarye

**SELLER ID:** glossarye.com



Exhibit 1
Doe #778
Copyright(s) SH-2,  SH-Video 2: Listing Image
Design Patent Used




glossarye.com/products/6-in-1-shedding-grooming-massage-brush

 USD



(No need to use promotional codes, the system will automatically reduce the price after adding to the shopping cart.)

As a gift for your loved ones, this limited stock 6-in-1 Shedding Grooming Massage Brush will be the perfect!

Do not harm the horse's skin and hair, easily clean its body, keep it clean and comfortable!



Highlights:

- ✅ Remove naturally shed hair
- ✅ Remove dust and mud
- ✅ Remove dead skin and hair
- ✅ Massage tools

 (🔥Hot Sale NOW- SAVE 48% ...
$19.98  $39.96

**Color**
black

**Quantity**
−  1  +

🛒 ADD TO CART

Exhibit 1
Doe #778
Copyright(s) SH-2,  SH-Video 2: Listing Image
Design Patent Used

2023-04-21

Original for Horses Dogs 6-in-1 S

glossarye.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage-2

♥Free Shipping Over $49.99♥

USD

GLOSSARYE

1

The Gentle Grooming Edge

~ use at a 45°angle

# Original for Horses Dogs 6-in-1 Shedding Grooming Massage

**$ 26.99**  ~~$ 49.99~~

BUY MORE SAVE MORE

| BUY 1 PC | 🔥BUY 2 GET EXTRA 10% OFF |

| 🔥BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING |

Quantity

−  1  +

◈ 874 visitors currently looking at this product

🛒 ADD TO CART  -  $ 26.99

Pay with *PayPal*

*P* Pay Later



PayPal  VISA  mastercard  maestro  AMERICAN EXPRESS

**Designed for Comfort and Convenience**

Make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't...

Exhibit 1
Doe #778
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-20,  SH-22,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used





Exhibit 1
Doe #778
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-20,  SH-22,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-04-21

Exhibit 1
Doe #778
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-20,  SH-22,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #778
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-20,  SH-22,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #778
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-20,  SH-22,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



- 🛍️ **Special Sale:** Once we reach 300 unit sales, we will be increasing the price back up to 48.9!

**Remove Shedding Hair - Blade-Free!**

Purposefully designed to remove loose hair released from the skin naturally... without bristles or blade. Guaranteed to improve the skin and coat!

**Lift & Remove Embedded Dirt**

Exhibit 1
Doe #778
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-20,  SH-22,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-04-21

Original for Horses Dogs 6-in-1 S

glossarye.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage-2

USD

GLOSSARYE

**Lift & Remove Embedded Dirt**

Like a magic trick, edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!



**Erase Dried Mud & Sweat**

Perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!

Original for Horses ...
T***X
Recently purchased

Original for Horses Dogs 6-in-1 ...
$26.99  $49.99

BUY MORE SAVE MORE
BUY 1 PC

Quantity
1

ADD TO CART

Exhibit 1
Doe #778
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-20, SH-22, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



Erase Dried Mud & Sweat

Perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!

COMFORT by DESIGN

Groom the Face -- Safely

Original for Horses Dogs 6-in-1 ...
$ 26.99   $49.99

BUY MORE SAVE MORE
BUY 1 PC

Quantity
1

ADD TO CART

GLOSSARYE

USD

Exhibit 1
Doe #778
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-20,  SH-22,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-04-21



Exhibit 1
Doe #778
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-20, SH-22, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



**Lather Shampoo & Lift Dirt**

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat.
The small diamond pads clean up the face and legs for a quick and thorough washing session.

Original for Horses Dogs 6-in-1 ...
$26.99  $49.99

BUY MORE SAVE MORE

BUY 1 PC

Quantity

ADD TO CART

Exhibit 1
Doe #778
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-20, SH-22, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.

Original for Horses Dogs 6-in-1 ...
$26.99 $49.99

Original for Horses ...
F***3
Recently purchased

BUY MORE SAVE MORE
BUY 1 PC

Quantity
1

ADD TO CART

Exhibit 1
Doe #778
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-20, SH-22, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 780

**MARKETPLACE:** Other

**MERCHANT NAME:** gorgeifous

**SELLER ID:** gorgeifous.com

♥Payment Via PayPal®& Credit Card♥

gorgeifous

Hot Sale    Clothes    Department Store

**Original for Horses Dogs 6-in-1 Shedding Grooming Massage**

USD $40.00    USD $26.99

Buy 2 save 5%    Buy 3 save 10%    View more

🛍 4.5K Month Sold

👍 It's been recommended by 19.5K people on Facebook, Twitter and Instagram

👁 259 people are viewing this right now

Color 🐾

[ Black ]  [ Blue ]  [ Red ]

**BUY MORE SAVE MORE**

[ BUY 1 PC ]  [ 🔥BUY 2 GET EXTRA 10% OFF ]

[ 🔥🔥BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING ]

Quantity

[ − ]  1  [ + ]

Only **21%** items left in stock            Tight Inventory

Exhibit 1
Doe #780
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-04-01



Exhibit 1
Doe #780
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-04-01



Exhibit 1
Doe #780
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used

Original for Horses Dogs 6-in-1 S

gorgeifous

Hot Sale    Clothes    Department Store



Soft Cleaning Diamonds
~ Ideal for legs

## Original for Horses Dogs 6-in-1 Shedding Grooming Massage

~~USD $40.00~~   USD $26.99 ▲▼

Buy 2 save 5%   Buy 3 save 10%   View more

🛍 4.5K Month Sold

👍 It's been recommended by 19.5K people on Facebook, Twitter and Instagram

👁 259 people are viewing this right now

Color 🐝

Black    Blue    Red

BUY MORE SAVE MORE

BUY 1 PC    🔥BUY 2 GET EXTRA 10% OFF

🔥🔥BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING

Quantity

−    1    +

Only 21% items left in stock    Tight Inventory

Exhibit 1
Doe #780
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-04-01



Original for Horses Dogs 6-in-1 S

gorgeifous.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage-2-2?

♥Payment Via PayPal®& Credit Card♥

**gorgeifous**

Hot Sale     Clothes     Department Store

Wash and Rinse with ease

## Original for Horses Dogs 6-in-1 Shedding Grooming Massage

USD $40.00    USD $26.99

Buy 2 save 5%   Buy 3 save 10%   View more

4.5K Month Sold

It's been recommended by 19.5K people on Facebook, Twitter and Instagram

259 people are viewing this right now

Color 💅

Black     Blue     Red

BUY MORE SAVE MORE

BUY 1 PC     🔥BUY 2 GET EXTRA 10% OFF

🔥🔥BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING

Quantity

−   1   +

Only **21%** items left in stock

Tight Inventory

Exhibit 1
Doe #780
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

❤Payment Via PayPal®& Credit Card❤

gorgeifous

Hot Sale    Clothes    Department Store

## Original for Horses Dogs 6-in-1 Shedding Grooming Massage

USD $40.00    USD $26.99

Buy 2 save 5%    Buy 3 save 10%    View more

4.5K Month Sold

It's been recommended by 19.5K people on Facebook, Twitter and Instagram

259 people are viewing this right now

Color 🐾

Black    Blue    Red

BUY MORE SAVE MORE

BUY 1 PC    🔥BUY 2 GET EXTRA 10% OFF

🔥🔥BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING

Quantity

−    1    +

Only 21% items left in stock    Tight Inventory

Exhibit 1
Doe #780
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #780
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

2023-04-01

Make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom. You've got my name on it.

~ Betty

Patented Design and Material  us  Made in the USA - We Care

**Remove Shedding Hair - Blade-Free!**

Purposefully designed to remove loose hair released from the skin naturally... without bristles or blade.
Guaranteed to improve the skin and coat!



**Lift & Remove Embedded Dirt**

Like a magic trick, edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!

Exhibit 1
Doe #780
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

Original for Horses Dogs 6-in-1 S...

Case 1:23-cv-22322-DSL   Document 130-3   Entered on FLSD Docket 10/14/2023   Page 166 of 272

2023-04-01

gorgeifous.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage-2-2?



**Lift & Remove Embedded Dirt**

Like a magic trick, edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!



**Erase Dried Mud & Sweat**

Perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



Exhibit 1
Doe #780
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1, SH-GIF2 SH-GIF3: Listing Image
Design Patent Used



**Erase Dried Mud & Sweat**

Perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



**COMFORT by DESIGN**

**Groom the Face -- Safely**

The custom formulated rubber, rounded corners, wedged ends and small exfoliating diamonds make both effective and safe for use everywhere on the



**Legs, Hip Bones & Hooves**

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!

Exhibit 1
Doe #780
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



**Lather Shampoo & Lift Dirt**

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat. The small diamond pads clean up the face and legs for a quick and thorough washing session.



Exhibit 1
Doe #780
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1, SH-GIF2 SH-GIF3: Listing Image
Design Patent Used



**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



Exhibit 1
Doe #780
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1, SH-GIF2 SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 781

**MARKETPLACE:** Other

**MERCHANT NAME:** gorgeousdo

**SELLER ID:** gorgeousdo.com



Exhibit 1
Doe #781
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #781
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #781
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



I personally guarantee you and your horse will love this new way to groom. You've got my name on it.

## Remove Shedding Hair - Blade-Free!

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade.
Guaranteed to improve the skin and coat!

## Lift & Remove Embedded Dirt

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!

( 🎄 Christmas Hot S...
9***K
Recently purchased

( 🎄 Christmas Hot Sale - 48% O...
$19.99  $38.99

1

BUY IT NOW

Exhibit 1
Doe #781
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1,  SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



## Lift & Remove Embedded Dirt

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!

## Erase Dried Mud & Sweat

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!


( 🔥 Christmas Hot S...
9***K
Recently purchased


( 🔥 Christmas Hot Sale - 48% O...
$19.99  $38.99

1

BUY IT NOW



Exhibit 1
Doe #781
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



## Erase Dried Mud & Sweat

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!

## COMFORT by DESIGN

## Groom the Face -- Safely

Christmas Hot S...
9***K
Recently purchased

( Christmas Hot Sale - 48% O...
$19.99  $38.99

1

BUY IT NOW

Exhibit 1
Doe #781
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2 SH-GIF3: Listing Image
Design Patent Used



## COMFORT by DESIGN

### Groom the Face -- Safely

The custom formulated rubber, rounded corners, wedged ends and small exfoliating diamonds make The Gentle Groomer both effective and safe for use everywhere on the face.

### Legs, Hip Bones & Hooves

( 🔥 Christmas Hot Sale - 48% O...
$19.99  $38.99

1

BUY IT NOW

Exhibit 1
Doe #781
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-20, SH-22, SH-25, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

## Legs, Hip Bones & Hooves

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!



## Stretch & Warm Muscles

The Gentle Groomer was originally conceived as a massage tool to warm and stretch tissue and muscles while increasing circulation. Ideal to use before saddling, as well as post work-out.

( 🔥 Christmas Hot Sale - 48% O...

$19.99  $38.99

1

BUY IT NOW

Exhibit 1
Doe #781
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

## Stretch & Warm Muscles

The Gentle Groomer was originally conceived as a massage tool to warm and stretch tissue and muscles while increasing circulation. Ideal to use before saddling, as well as post work-out.



## Lather Shampoo & Lift Dirt

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat. The small diamond pads clean up the face and legs for a quick and thorough washing session.

🔥 Christmas Hot S...

6***y
Recently purchased

🔥 Christmas Hot Sale - 48% O...
$19.99  $38.99

1

BUY IT NOW

Exhibit 1
Doe #781
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



## Lather Shampoo & Lift Dirt

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat. The small diamond pads clean up the face and legs for a quick and thorough washing session.

## Scrape off Sweat or Rinse Water

A comfortable and effective alternative to stiff sweat scrapers, the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH removes water and sweat like a squeegee. Scrape the delicate and hard-to-reach areas for a quick dry.

( ♨ Christmas Hot S...
6***y
Recently purchased

( ♨ Christmas Hot Sale - 48% O...
$19.99  $38.99

1

BUY IT NOW

Exhibit 1
Doe #781
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



## Scrape off Sweat or Rinse Water

A comfortable and effective alternative to stiff sweat scrapers, the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH removes water and sweat like a squeegee. Scrape the delicate and hard-to-reach areas for a quick dry.

## Clean Saddle Pads

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops

( ❄ Christmas Hot S...

I***t
Recently purchased

( ❄ Christmas Hot Sale - 48% O...
$19.99  $38.99

1

BUY IT NOW

Exhibit 1
Doe #781
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



## Clean Saddle Pads

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



## Massage & Therapy Aid

Digital Thermal Imaging shows the effectiveness of the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH in warming the muscles. The 9-inch flexible tool covers more area than the hand can do alone. It pins and stretches the tissue, while increasing blood circulation to aid the body.








( 🔥 Christmas Hot S...

j***f

Recently purchased

( 🔥 Christmas Hot Sale - 48% O...

$19.99   $38.99

−   1   +

BUY IT NOW

Exhibit 1
Doe #781
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-20, SH-22, SH-25, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



https://gorgeousdo.com/products/6-in-1-shedding-grooming-massage-brush

## Massage & Therapy Aid

Digital Thermal Imaging shows the effectiveness of the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH in warming the muscles. The 9-inch flexible tool covers more area than the hand can do alone. It pins and stretches the tissue, while increasing blood circulation to aid the body.

## Fits in a Pocket

( 🔥 Christmas Hot S...

J****f
Recently purchased

( 🔥 Christmas Hot Sale - 48% O...
$19.99    $38.99

1

BUY IT NOW

Exhibit 1
Doe #781
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

## Fits in a Pocket

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is easy to keep handy. It slips into a pocket to have at the ready for grooming, or as a training reward. When you are ready to simplify your grooming routine, have Brush in your pocket!



Package Include:

1*Original for Horses Dogs 6-in-1 Shedding Grooming Massage

( 🔥 Christmas Hot Sale - 48% O...
$19.99   $38.99

−   1   +      BUY IT NOW

Exhibit 1
Doe #781
Trademark(s) The Gentle Groomer: Listing Description
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 785

**MARKETPLACE:** Other

**MERCHANT NAME:** hailoyearn

**SELLER ID:** hailoyearn.com

2023-03-17

hailoyearn.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage-2?

❤ BUY MORE SAVE MORE ❤

# Hailoyearn

HOME IMPROVEMENT  **HOT**    BATHROOM    TOILET ACCESSORIES    CLEANING SUPPLIES

USD    English



Safe to use everywhere

The Gentle Grooming Edge

~ use at a 45°angle

## Original for Horses Dogs 6-in-1 Shedding Grooming Massage

$ 26.99  $49.99   **46% OFF**

**BUY MORE SAVE MORE**

BUY 1 PC    🔥BUY 2 GET EXTRA 10% OFF

🔥🔥BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING

**Quantity**

−  1  +

🛒 ADD TO CART  ·  $26.99

BUY IT NOW



**Designed for Comfort and Convenience**

Make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom. You've got my name on it.

Exhibit 1
Doe #785
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #785
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #785
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #785
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

Original for Horses Dogs 6-in-1 S

Case 1:23-cv-22322-DSL   Document 130-3   Entered on FLSD Docket 10/14/2023   Page 191 of 272

2023-03-17

hailoyearn.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage-2?






Therapuetic





**Legs, Hip Bones & Hooves**

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!



① **BRISTLE & BLADE-FREE DESIGN**
Multipurpose · Therapeutic · Durable

② **SOFT CLEANING DIAMONDS**
Small - exfoliate the face and legs
Large - remove dried mud, sweat and stains,
lather shampoo, massage, relax

④ **FLEXIBLE & SAFE**
Contours comfortably
everywhere on the body

③ **GENTLE GROOMING EDGE**
Shed hair, clean skin, add shine,
distribute skin's oil, scrape water,
increase circulation, massage, relax

⑤ **CLEAN & SANITARY**
No place for hair and dirt
to collect - Will never grow
or harbor bacteria or fungus

**PATENTED DESIGN · PROPRIETARY MATERIAL · MADE IN THE USA**



**Stretch & Warm Muscles**

Originally conceived as a massage tool to warm and stretch tissue and muscles while increasing circulation. Ideal to use before saddling, as well as post work-out.



Exhibit 1
Doe #785
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

Original for Horses Dogs 6-in-1 S

Case 1:23-cv-22322-DSL   Document 130-3   Entered on FLSD Docket 10/14/2023   Page 192 of 272

2023-03-17

hailoyearn.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage-2?



**Scrape off Sweat or Rinse Water**

A comfortable and effective alternative to stiff sweat scrapers, removes water and sweat like a squeegee. Scrape the delicate and hard-to-reach areas for a quick dry.



**Clean Saddle Pads**

Exhibit 1
Doe #785
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.

**Massage & Therapy Aid**

Digital Thermal Imaging shows the effectiveness in warming the muscles. The 9-inch flexible tool covers

Exhibit 1
Doe #785
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 786

**MARKETPLACE:** Other

**MERCHANT NAME:** happytoobtain

**SELLER ID:** happytoobtain.com



Exhibit 1
Doe #786
Copyright(s) SH-2,  SH-GIF2: Listing Image,  Physical Product Image
Design Patent Used



- **Massage Muscles**

  This multifunctional beauty massage brush **can massage and stretch muscles, promote blood circulation**, and is very suitable for use before and after riding.

- **Good Decontamination Effect**

  The large matte surface can be used to foam and penetrate deep into the skin to remove dirt. The small matte surface can be used to clean detailed parts such as the face and legs. Make cleaning faster and easier.

Exhibit 1
Doe #786
Copyright(s) SH-2,  SH-GIF2: Listing Image,  Physical Product Image
Design Patent Used

**DOE NUMBER:** 798

**MARKETPLACE:** Other

**MERCHANT NAME:** infrontofmoon

**SELLER ID:** infrontofmoon.com




INFRONTOFMOON






# (💥New Year Sale💥- 50% OFF) 6-in-1 Shedding Grooming Massage Brush

~~$ 59.98 USD~~   $ 29.99 USD

Color

Black   Blue   Red

Quantity   −   1   +

ADD TO CART

PayPal

Pay Later

**Buy More Save More!**



| 2 items get 15.00% OFF on each product | ADD TO CART |
|---|---|
| 3 items get 25.00% OFF on each product | ADD TO CART |



   

Exhibit 1
Doe #798
Copyright(s) SH-2,  SH-GIF2: Listing Image
Design Patent Used

suitable for use before and after riding.



- **Good Decontamination Effect**

The large matte surface can be used to foam and penetrate deep into the skin to remove dirt. The small matte surface can be used to clean detailed parts such as the face and legs. Make cleaning faster and easier.



Lather Shampoo



🎁 2022 New Yea...

Q***a
Recently purcha...



(🎇 New Year Sale 🎇 -...

$29.99  $59.98

**Color**
Black

**Quantity**
1

ADD TO CART

Exhibit 1
Doe #798
Copyright(s) SH-2, SH-GIF2: Listing Image
Design Patent Used

## SPECIFICATIONS

| | |
|---|---|
| **PRODUCT WEIGHT** | • 212G |
| **PACKAGE CONTENTS** | • 6-in-1 Shedding Grooming Massage Brush × 1 |



🎁 2022 New Yea...
A***o
Recently purcha...

(🎆New Year Sale🎆-...
$ 29.99 $59.98

**Color**
Black

**Quantity**
− 1 +

ADD TO CART

Exhibit 1
Doe #798
Copyright(s) SH-2, SH-GIF2: Listing Image
Design Patent Used

**DOE NUMBER:** 800

**MARKETPLACE:** Other

**MERCHANT NAME:** jewelawne

**SELLER ID:** jewelawne.com



2023-03-06

jewelawne.com/products/original-for-horses-6-in-1-striphair-gentle-groomer-horse-dog

Wish you have a good shopping experience

USD      English


JEWELAWNE

HOME      ALL PRODUCTS      Hot Sale      HELP      Order Tracking



 Horses Dogs 6-in-1 Shedding Grooming Massage Brush

$ 14.99   $24.99   **40% OFF**

color

Black   Red   Blue

Quantity

[ − ] [ 1 ] [ + ]

 3588 visitors currently looking at this product

ADD TO CART   -   $ 14.99

BUY IT NOW

Do not harm the pet's skin and hair, easily clean its body, keep it clean and comfortable!

Exhibit 1
Doe #800
Copyright(s) SH-21,  SH-33,  SH-GIF1: Listing Image
Design Patent Used



2023-03-06

jewelawne.com/products/original-for-horses-6-in-1-striphair-gentle-groomer-horse-dog

Wish you have a good shopping experience

USD  English

**JEWELAWNE**

HOME   ALL PRODUCTS   Hot Sale   HELP   Order Tracking






THERAPEUTIC

CLEAN & SHINE

SHED COMFORTABLY

SAFE EVERYWHERE

🐕🐕 Horses Dogs 6-in-1 Shedding Grooming Massage Brush

$ 14.99  ~~$ 24.99~~  **40% OFF**

color

Black   Red   Blue

Quantity

−  1  +

⬦ 3588 visitors currently looking at this product

🛒 ADD TO CART  −  $ 14.99

BUY IT NOW

f  t  p

Do not harm the pet's skin and hair, easily clean its body, keep it clean and comfortable!

Exhibit 1
Doe #800
Copyright(s) SH-21,  SH-33,  SH-GIF1: Listing Image
Design Patent Used

2023-03-06

jewelawne.com/products/original-for-horses-6-in-1-striphair-gentle-groomer-horse-dog

Wish you have a good shopping experience

USD  English

**JEWELAWNE**

HOME   ALL PRODUCTS   Hot Sale   HELP   Order Tracking





## Horses Dogs 6-in-1 Shedding Grooming Massage Brush

**$ 14.99**  ~~$ 24.99~~   **40% OFF**

color

Black   Red   Blue

Quantity

−  1  +

◉ 3588 visitors currently looking at this product

🛒 ADD TO CART   −   $ 14.99

BUY IT NOW

f  🐦  📌

Do not harm the pet's skin and hair, easily clean its body, keep it clean and comfortable!



Exhibit 1
Doe #800
Copyright(s) SH-21,  SH-33,  SH-GIF1: Listing Image
Design Patent Used

**DOE NUMBER:** 803

**MARKETPLACE:** Other

**MERCHANT NAME:** jingle-shines

**SELLER ID:** jingle-shines.uk

2023-03-17



Exhibit 1
Doe #803
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #803
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #803
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-03-17



Exhibit 1
Doe #803
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



6 IN 1 SHEDDING GROOMING M…

jingle-shines.uk/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more?fbclid=IwAR1dS-_nXQ9KJvxmncIksibSwUfTfxHfPbWvAlmxAdiVydBzsL7DHqeFFXg

UP TO 49% OFF

HOME    CATALOG    CONTACT US

JINGLE-SHINES

USD    English

# 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH

## $ 19.44   $38.89

### Spec

Black

### Quantity

−   1   +

🛒 ADD TO CART  ·  $ 19.44

BUY IT NOW

**Buy More Save More!**

| | |
|---|---|
| Buy 2 save 5%<br>on each product | ADD TO CART |
| Buy 3 save 10%<br>on each product | ADD TO CART |
| Buy 4 save 15%<br>on each product | ADD TO CART |

**Designed for Comfort and Convenience**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

Exhibit 1
Doe #803
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #803
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee that you and your horse and any pet with a coat that needs grooming will love this new way of grooming. You've got my name on it.

**Remove Shedding Hair - Blade-Free!**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade.
Guaranteed to improve the skin and coat!



**Lift & Remove Embedded Dirt**

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt.

Exhibit 1
Doe #803
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



### Lift & Remove Embedded Dirt

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!

### Erase Dried Mud & Sweat

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!

Exhibit 1
Doe #803
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

HOME      CATALOG      CONTACT US                    🍎 JINGLE-SHINES                    🇺🇸 USD   🌐 English   🔍   👤   🛒

**Erase Dried Mud & Sweat**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



**COMFORT by DESIGN**

**Groom the Face -- Safely**

The custom formulated rubber, rounded corners, wedged ends and small exfoliating diamonds make 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH both effective and safe for use everywhere on the face.

Exhibit 1
Doe #803
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

jingle-shines.uk/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more?fbclid=IwAR1dS-_nXQ9KJvxmncIksibSwUfTfxHfPbWvAImxAdiVydBzsL7DHqeFFXg

HOME    CATALOG    CONTACT US

JINGLE-SHINES

USD    English



**Legs, Hip Bones & Hooves**

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!

Exhibit 1
Doe #803
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2 SH-GIF3: Listing Image
Design Patent Used

6 IN 1 SHEDDING GROOMING M ×

Case 1:23-cv-22322-DSL Document 130-3 Entered on FLSD Docket 10/14/2023 Page 216 of 272

2023-03-17

jingle-shines.uk/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more?fbclid=IwAR1dS-_nXQ9KJvxmnclksibSwUfTfxHfPbWvAlmxAdiVydBzsL7DHqeFFXg

HOME    CATALOG    CONTACT US

JINGLE-SHINES

USD    English



**Lather Shampoo & Lift Dirt**

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat.
The small diamond pads clean up the face and legs for a quick and thorough washing session.

Exhibit 1
Doe #803
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-03-17

6 IN 1 SHEDDING GROOMING N×

Case 1:23-cv-22322-DSL    Document 130-3    Entered on FLSD Docket 10/14/2023    Page 217 of 272

jingle-shines.uk/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more?fbclid=IwAR1dS-_nXQ9KJvxmncIksibSwUfTfxHfPbWvAlmxAdiVydBzsL7DHqeFFXg

HOME    CATALOG    CONTACT US

JINGLE-SHINES

USD    English



**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.

Exhibit 1
Doe #803
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 817

**MARKETPLACE:** Other

**MERCHANT NAME:** lovermelody

**SELLER ID:** lovermelody.com







6-in-1 Shedding Grooming Mass...    + 

lovermelody.com/products/brush-11?variant=26128



Home    All Collections



## 6-in-1 Shedding Grooming Massage Brush

$ 26.99    $ 49.99

**Color**

Black    Red

**Quantity**

−    1    +

🛒 ADD TO CART



Guaranteed SAFE Checkout

Do not harm the pet's skin and hair, easily clean its body, keep it clean and comfortable!



Exhibit 1
Doe #817
Trademark(s) The Gentle Goomer: Listing Image
Copyright(s) SH-17,  SH-21,  SH-33,  SH-8,  SH-GIF1: Listing Image
Design Patent Used



6-in-1 Shedding Grooming Mass...

lovermelody.com/products/brush-11?variant=26128



Home    All Collections












## 6-in-1 Shedding Grooming Massage Brush

$ 26.99    $ 49.99

**Color**

Black    Red

**Quantity**

− 1 +

🛒 ADD TO CART



Guaranteed SAFE Checkout

Do not harm the pet's skin and hair, easily clean its body, keep it clean and comfortable!



Exhibit 1
Doe #817
Trademark(s) The Gentle Goomer: Listing Image
Copyright(s) SH-17, SH-21, SH-33, SH-8, SH-GIF1: Listing Image
Design Patent Used

6-in-1 Shedding Grooming Mass...    Case 1:23-cv-22322-DSL    Document 130-3    Entered on FLSD Docket 10/14/2023    Page 221 of 272

lovermelody.com/products/brush-11?variant=26128

2022-06-07



- **Clean Saddle Pads**
  **Remove hair, ground-in dirt, and crusty sweat from both English and Western saddle pads.** The Grooming Massage Brush will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.
- **Fits in a Pocket**
  Easy to keep handy. It slips into a pocket to have at the ready for grooming, or as a training reward. When you are ready to simplify your grooming routine, have Grooming Massage Brush in your pocket!



 6-in-1 Shedding Groo...

$ 26.99 ~~$ 49.99~~

**Color**
Black

**Quantity**
− 1 +

**ADD TO CART**

Exhibit 1
Doe #817
Trademark(s) The Gentle Goomer: Listing Image
Copyright(s) SH-17, SH-21, SH-33, SH-8, SH-GIF1: Listing Image
Design Patent Used

lovermelody.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage



Home     All Collections



Safe to use everywhere

## For Horses Dogs 6-in-1 Shedding Grooming Massage

USD $59.99    USD $28.99

Quantity

−     1     +

🛒 ADD TO CART


Guaranteed SAFE Checkout

      

### Designed for Comfort and Convenience

The StripHair Groomer is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom.

Exhibit 1
Doe #817
Trademark(s) The Gentle Goomer: Listing Image
Copyright(s) SH-1,  SH-2,  SH-25,  SH-4,  SH-6,  SH-8: Listing Image
Design Patent Used

   



Home    All Collections





   

## For Horses Dogs 6-in-1 Shedding Grooming Massage

~~USD $59.99~~  USD $28.99

Quantity

−    1    +

**ADD TO CART**

Guaranteed **SAFE** Checkout

      

**Designed for Comfort and Convenience**

The StripHair Groomer is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom.

Exhibit 1
Doe #817
Trademark(s) The Gentle Goomer: Listing Image
Copyright(s) SH-1,  SH-2,  SH-25,  SH-4,  SH-6,  SH-8: Listing Image
Design Patent Used

lovermelody.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage



Home     All Collections



Soft Cleaning Diamonds
~ Ideal for legs

    

## For Horses Dogs 6-in-1 Shedding Grooming Massage

USD $59.99   USD $28.99

Quantity

− 1 +

🛒 **ADD TO CART**

Guaranteed **SAFE** Checkout

      

### Designed for Comfort and Convenience

The StripHair Groomer is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom.

Exhibit 1
Doe #817
Trademark(s) The Gentle Goomer: Listing Image
Copyright(s) SH-1, SH-2, SH-25, SH-4, SH-6, SH-8: Listing Image
Design Patent Used

2022-06-07

For Horses Dogs 6-in-1 Shedding

lovermelody.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage



Home    All Collections


Wash and Rinse with ease



   

# For Horses Dogs 6-in-1 Shedding Grooming Massage

~~USD $59.99~~  USD $28.99

Quantity

− 1 +

## 🛒 ADD TO CART


Guaranteed SAFE Checkout

      

### Designed for Comfort and Convenience

The StripHair Groomer is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom.

Exhibit 1
Doe #817
Trademark(s) The Gentle Goomer: Listing Image
Copyright(s) SH-1,  SH-2,  SH-25,  SH-4,  SH-6,  SH-8: Listing Image
Design Patent Used



2022-06-07

lovermelody.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage



Home    All Collections

0

## For Horses Dogs 6-in-1 Shedding Grooming Massage

~~USD $59.99~~  USD $28.99

Quantity

−  1  +

🛒 ADD TO CART

Guaranteed SAFE Checkout



   

      

### Designed for Comfort and Convenience

The StripHair Groomer is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom.

Exhibit 1
Doe #817
Trademark(s) The Gentle Goomer: Listing Image
Copyright(s) SH-1, SH-2, SH-25, SH-4, SH-6, SH-8: Listing Image
Design Patent Used

2022-06-07


LOVERMELODY

Home    All Collections



For Horses Dogs 6-in-1 Shedding Grooming Massage

~~USD $59.99~~   USD $28.99

Quantity

−   1   +

🛒 ADD TO CART

Guaranteed SAFE Checkout

### Designed for Comfort and Convenience

The StripHair Groomer is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!



Exhibit 1
Doe #817
Trademark(s) The Gentle Goomer: Listing Image
Copyright(s) SH-1,  SH-2,  SH-25,  SH-4,  SH-6,  SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 818

**MARKETPLACE:** Other

**MERCHANT NAME:** lovertune

**SELLER ID:** lovertune.com



6-in-1 Shedding Grooming Mass... 

lovertune.com/products/brush-11



Home    Quilting Rulers & Templates    Best goods    All Collections



# 6-in-1 Shedding Grooming Massage Brush

$ 22.99   $ 43.98

**Color**

Black   Red   Blue

**BUY MORE SAVE MORE**

BUY 1   BUY 2(SAVE $5)   BUY 4 GET 1 FREE(5PCS)

**Quantity**

−   1   +

◑ 1 visitor(s) currently looking at this product

🛒 ADD TO CART

BUY IT NOW

——— Guaranteed SAFE Checkout ———



Exhibit 1
Doe #818
Trademark(s) The Gentle Goomer: Listing Image
Copyright(s) SH-12,  SH-19,  SH-2,  SH-22,  SH-23,  SH-3,  SH-8,  SH-9: Listing Image
Design Patent Used

lovertune.com/products/brush-11



Home    Quilting Rulers & Templates    Best goods    All Collections        













### 6-in-1 Shedding Grooming Massage Brush

$ 22.99   $ 43.98

**Color**

Black    Red    Blue

BUY MORE SAVE MORE

BUY 1    BUY 2(SAVE $5)    BUY 4 GET 1 FREE(5PCS)

Quantity

−    1    +

◆ 1 visitor(s) currently looking at this product

🛒 ADD TO CART

BUY IT NOW

Guaranteed SAFE Checkout



Exhibit 1
Doe #818
Trademark(s) The Gentle Goomer: Listing Image
Copyright(s) SH-12,  SH-19,  SH-2,  SH-22,  SH-23,  SH-3,  SH-8,  SH-9: Listing Image
Design Patent Used

6-in-1 Shedding Grooming Mass... × | + | 2022-04-18

lovertune.com/products/brush-11



Home   Quilting Rulers & Templates   Best goods   All Collections



## 6-in-1 Shedding Grooming Massage Brush

$ 22.99   $43.98

Color

Black   Red   Blue

BUY MORE SAVE MORE

BUY 1   BUY 2(SAVE $5)   BUY 4 GET 1 FREE(5PCS)

Quantity

− 1 +

◉ 1 visitor(s) currently looking at this product

🛒 ADD TO CART

BUY IT NOW

Guaranteed SAFE Checkout



Exhibit 1
Doe #818
Trademark(s) The Gentle Goomer: Listing Image
Copyright(s) SH-12,  SH-19,  SH-2,  SH-22,  SH-23,  SH-3,  SH-8,  SH-9: Listing Image
Design Patent Used

lovertune.com/products/brush-11





## 6-in-1 Shedding Grooming Massage Brush

$ 22.99   $ 43.98

**Color**

Black   Red   Blue

BUY MORE SAVE MORE

BUY 1   BUY 2(SAVE $5)   BUY 4 GET 1 FREE(5PCS)

Quantity

−   1   +

● 1 visitor(s) currently looking at this product

ADD TO CART

BUY IT NOW

Guaranteed SAFE Checkout

PayPal   VISA   MasterCard   DISCOVER   AMERICAN EXPRESS

Only $22.99 black Friday Special Save you $20
Free Shipping over $40+

Exhibit 1
Doe #818
Trademark(s) The Gentle Goomer: Listing Image
Copyright(s) SH-12,  SH-19,  SH-2,  SH-22,  SH-23,  SH-3,  SH-8,  SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 819

**MARKETPLACE:** Other

**MERCHANT NAME:** luckyarrange

**SELLER ID:** luckyarrange.com



Home ▾     Hot Sale     Search     Clothes     Outdoor Product

( 💥 New Year Sale 💥 - 49% OFF) 6-in-1 Shedding Grooming Massage Brush



**Legs, Hip Bones & Hooves**

INR ₹4,182.72     INR ₹2,091.36 ⇕

Color

**Black**     Blue     Red

🎁 Buy More Save More 🎁

**1 PC**     BUY 2 SAVE 10% OFF+GET FREE SHIPPING

BUY 3 SAVE 20% OFF+GET FREE SHIPPING

Quantity

−  1  +

🛒 ADD TO CART

Exhibit 1
Doe #819
Copyright(s) SH-2: Listing Image
Design Patent Used





luckyarrange.com/products/6-in-1-shedding-grooming-massage-brush

Home ▾   Hot Sale   Search   Clothes   Outdoor Product





## ( 💥 New Year Sale 💥 - 49% OFF) 6-in-1 Shedding Grooming Massage Brush

INR ₹4,182.72   INR ₹2,091.36 ⇕

Color

Black   Blue   Red

🎁 Buy More Save More 🎁

1 PC   BUY 2 SAVE 10% OFF+GET FREE SHIPPING

BUY 3 SAVE 20% OFF+GET FREE SHIPPING

Quantity

−   1   +

🛒 ADD TO CART

Exhibit 1
Doe #819
Copyright(s) SH-2: Listing Image
Design Patent Used

**DOE NUMBER:** 821

**MARKETPLACE:** Other

**MERCHANT NAME:** mattch-better

**SELLER ID:** mattch-better.com

6 IN 1 SHEDDING GROOMING M...    mattch-better.com/products/massage-brush?

USD    English

**Mattch-better.US**

Home    All products    Crazy November    NEW IN    AS LOW AS $5.99    Check Your Order Status

Safe to use everywhere

Hurry up! Sale Ends in    00:42:07.0

**6 IN 1 SHEDDING GROOMING MASSAGE BRUSH**

★★★★★ 100 Reviews

$ 18.98    ~~$32.96~~    SALE

640.0K Month Sold

It's been recommended by 39.7K people on Facebook, Twitter and Instagram

Klarna.    4 interest-free payments of $4.74. Learn More

5.00% OFF    Get coupon code    NS

🔥Buy More,Save More!

Buy 1    Buy 2    🔥Buy 3 Get Extra 10% OFF & Free Shipping

🔥Buy 4 Get Extra 20% OFF & Free Shipping

Quantity

−    1    +

Only 82 items left in stock    Tight Inventory

ADD TO CART

Exhibit 1
Doe #821
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-04-21

6 IN 1 SHEDDING GROOMING M...

mattch-better.com/products/massage-brush?

USD    English

Mattch-better.US

Home    All products    Crazy November    NEW IN    AS LOW AS $5.99    Check Your Order Status

The Gentle Grooming Edge

~ use at a 45°angle



Hurry up! Sale Ends in          00:42:03.7

# 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH

★★★★★ 100 Reviews

$ 18.98   $32.96   SALE

640.0K Month Sold

It's been recommended by 39.7K people on Facebook, Twitter and Instagram

Klarna.  4 interest-free payments of $4.74. Learn More

5.00% OFF          Get coupon code
                            NS

🔥Buy More,Save More!🔥

Buy 1 | Buy 2 | 🔥🔥Buy 3 Get Extra 10% OFF & Free Shipping

🔥🔥🔥Buy 4 Get Extra 20% OFF & Free Shipping

Quantity

−  1  +

Only 82 items left in stock          Tight Inventory

🛒 ADD TO CART

RECENTLY VIEWED

Exhibit 1
Doe #821
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-04-21



Wash and Rinse with ease

Mattch-better.US

USD  English

Home   All products   Crazy November   NEW IN   AS LOW AS $5.99   Check Your Order Status

Hurry up! Sale Ends in          00:42:01.2

**6 IN 1 SHEDDING GROOMING MASSAGE BRUSH**

★★★★★ 100 Reviews

$ 18.98   $32.96   SALE

640.0K Month Sold

It's been recommended by 39.7K people on Facebook, Twitter and Instagram

Klarna.  4 interest-free payments of $4.74. Learn More

5.00% OFF       Get coupon code      NS

🔥Buy More,Save More!🔥

Buy 1 | Buy 2 | 🔥Buy 3 Get Extra 10% OFF & Free Shipping

🔥🔥Buy 4 Get Extra 20% OFF & Free Shipping

Quantity

−  1  +

Only 82 items left in stock        Tight Inventory

🛒 ADD TO CART

RECENTLY VIEWED

Exhibit 1
Doe #821
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

mattch-better.com/products/massage-brush?

USD · English

**Mattch-better.US**

Home   All products   Crazy November   NEW IN   AS LOW AS $5.99   Check Your Order Status



GROOMS the Body   GROOMS the Face   GROOMS the Legs

SHEDS the Coat   SHINES the Coat   CLEANS Hoof Walls

LATHERS Shampoo   SQUEEGEES Rinse Water   MASSAGES Muscles

Hurry up! Sale Ends in        00:41:58.9

**6 IN 1 SHEDDING GROOMING MASSAGE BRUSH**

★★★★★  100 Reviews

**$18.98**  ~~$32.96~~  SALE

🛍 640.0K Month Sold

👍 It's been recommended by 39.7K people on Facebook, Twitter and Instagram

Klarna.  4 interest-free payments of $4.74. Learn More

**5.00% OFF**   Get coupon code   NS 📋

🔥Buy More,Save More!🔥

Buy 1 | Buy 2 | 🔥Buy 3 Get Extra 10% OFF & Free Shipping

🔥🔥Buy 4 Get Extra 20% OFF & Free Shipping

Quantity

−  1  +

Only **82** items left in stock    Tight Inventory

🛒 ADD TO CART

Exhibit 1
Doe #821
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #821
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

Exhibit 1
Doe #821
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

mattch-better.com/products/massage-brush?

USD    English

Mattch-better.US

Home    All products    Crazy November    NEW IN    AS LOW AS $5.99    Check Your Order Status

this new way of grooming. You've got my name on it.

**Remove Shedding Hair - Blade-Free!**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade.
Guaranteed to improve the skin and coat!



Learn about our products in five seconds:

☑ Remove naturally shed hair
☑ Remove dust and mud
☑ Remove dead skin and hair

Exhibit 1
Doe #821
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-04-21




Mattch-better.US

USD English

Home   All products   Crazy November   NEW IN   AS LOW AS $5.99   Check Your Order Status

Lift & Remove Embedded Dirt

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!



Erase Dried Mud & Sweat

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



RECENTLY VIEWED

Exhibit 1
Doe #821
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

 USD 🌐 English



Mattch-better.US

🔍 👤 🛒

Home    All products    Crazy November    NEW IN    AS LOW AS $5.99    Check Your Order Status



**Erase Dried Mud & Sweat**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



**COMFORT by DESIGN**

Exhibit 1
Doe #821
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2 SH-GIF3: Listing Image
Design Patent Used

2023-04-21

mattch-better.com/products/massage-brush?

The custom formulated rubber, rounded corners, wedged ends and small exfoliating diamonds make 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH both effective and safe for use everywhere on the face.



Legs, Hip Bones & Hooves

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!



Stretch & Warm Muscles

6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was originally conceived as a massage tool to warm

Exhibit 1
Doe #821
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

mattch-better.com/products/massage-brush?



6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was originally conceived as a massage tool to warm and stretch tissue and muscles while increasing circulation. Ideal to use before saddling, as well as post work-out.



**Lather Shampoo & Lift Dirt**

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat. The small diamond pads clean up the face and legs for a quick and thorough washing session.



**Scrape off Sweat or Rinse Water**

A comfortable and effective alternative to stiff sweat scrapers, the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH removes water and sweat like a squeegee. Scrape the delicate and hard-to-reach

Exhibit 1
Doe #821
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

### Scrape off Sweat or Rinse Water

A comfortable and effective alternative to stiff sweat scrapers, the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH removes water and sweat like a squeegee. Scrape the delicate and hard-to-reach areas for a quick dry.



### Clean Saddle Pads

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



### Massage & Therapy Aid

Exhibit 1
Doe #821
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 822

**MARKETPLACE:** Other

**MERCHANT NAME:** matureidea

**SELLER ID:** matureidea.com

    

🌲 New Year Sale 🌲 -50% OFF

**MATUREIDEA**

Home      Search      Hot Sale      Order-Tracking





For Horses Dogs 6-in-1 Shedding Grooming Massage

$ 22.98   $ 45.96

Quantity

−   1   +

🔖 Shipping Time: Usually 20-30 Days

🛒 ADD TO CART

**BUY IT NOW**

Guaranteed SAFE Checkout

     



Exhibit 1
Doe #822
Trademark(s) StripHair,  The Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-17,  SH-2,  SH-20,  SH-36,  SH-4,  SH-6,  SH-8: Listing Image
Design Patent Used



▲ New Year Sale ▲ -50% OFF

# MATUREIDEA

Home    Search    Hot Sale    Order-Tracking



Safe to use everywhere

## For Horses Dogs 6-in-1 Shedding Grooming Massage

$ 22.98   $45.96

Quantity

−   1   +

🚚 Shipping Time: Usually 20-30 Days

ADD TO CART

BUY IT NOW



Guaranteed SAFE Checkout

   

Exhibit 1
Doe #822
Trademark(s) StripHair,  The Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-17,  SH-2,  SH-20,  SH-36,  SH-4,  SH-6,  SH-8: Listing Image
Design Patent Used

2022-04-18

For Horses Dogs 6-in-1 Shedding

matureidea.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage



🎄 New Year Sale 🎄 -50% OFF

# MATUREIDEA

Home    Search    Hot Sale    Order-Tracking



The Gentle Grooming Edge
~ use at a 45° angle

## For Horses Dogs 6-in-1 Shedding Grooming Massage

$ 22.98   ~~$ 45.96~~

Quantity

−   1   +

🚚 Shipping Time: Usually 20-30 Days

ADD TO CART

BUY IT NOW



Guaranteed **SAFE** Checkout



   

Exhibit 1
Doe #822
Trademark(s) StripHair,  The Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-17,  SH-2,  SH-20,  SH-36,  SH-4,  SH-6,  SH-8: Listing Image
Design Patent Used

2022-04-18

matureidea.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage

⛄ New Year Sale ⛄ -50% OFF

# MATUREIDEA

Home    Search    Hot Sale    Order-Tracking



For Horses Dogs 6-in-1 Shedding Grooming Massage

$ 22.98   $~45.96~

Quantity

−   1   +

🚚 Shipping Time: Usually 20-30 Days

ADD TO CART

BUY IT NOW

Guaranteed SAFE Checkout

Exhibit 1
Doe #822
Trademark(s) StripHair,  The Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-17,  SH-2,  SH-20,  SH-36,  SH-4,  SH-6,  SH-8: Listing Image
Design Patent Used

   

2022-04-18

🌲 New Year Sale 🌲 -50% OFF

**MATUREIDEA**

Home    Search    Hot Sale    Order-Tracking



## For Horses Dogs 6-in-1 Shedding Grooming Massage

$ 22.98   $ 45.96

Quantity

− 1 +

🚚 Shipping Time: Usually 20-30 Days

🛒 ADD TO CART

BUY IT NOW

Guaranteed SAFE Checkout

     

Exhibit 1
Doe #822
Trademark(s) StripHair,  The Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-17, SH-2,  SH-20,  SH-36,  SH-4,  SH-6,  SH-8: Listing Image
Design Patent Used

    

matureidea.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage

Wash and Rinse with ease



  

 

## For Horses Dogs 6-in-1 Shedding Grooming Massage

$ 22.98   $~45.96~

Quantity

−  1  +

Shipping Time: Usually 20-30 Days

ADD TO CART

BUY IT NOW


Guaranteed SAFE Checkout

      

### Designed for Comfort and Convenience

The StripHair Groomer is multi-purpose and designed to make quick and efficient work of grooming - while providing serious therapeutic benefits. It just doesn't get

Exhibit 1
Doe #822
Trademark(s) StripHair,  The Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-17,  SH-2,  SH-20,  SH-36,  SH-4,  SH-6,  SH-8: Listing Image
Design Patent Used

    

matureidea.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage



## For Horses Dogs 6-in-1 Shedding Grooming Massage

$ 22.98   $ 45.96

Quantity

−  1  +

🚚 Shipping Time: Usually 20-30 Days

**ADD TO CART**

**BUY IT NOW**


Guaranteed SAFE Checkout

**Designed for Comfort and Convenience**

The StripHair Groomer is multi-purpose and designed to make quick and efficient work of grooming...while providing serious therapeutic benefits. It just doesn't get

     



Exhibit 1
Doe #822
Trademark(s) StripHair,  The Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-17,  SH-2,  SH-20,  SH-36,  SH-4,  SH-6,  SH-8: Listing Image
Design Patent Used

## Clean Saddle Pads

Remove hair, ground-in dirt, and crusty sweat from both English and Western saddle pads. StripHair will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



 For Horses Dogs 6-in-1...

$ 22.98  $45.96

Quantity

1

**ADD TO CART**

Exhibit 1
Doe #822
Trademark(s) StripHair,  The Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-17,  SH-2,  SH-20,  SH-36,  SH-4,  SH-6,  SH-8: Listing Image
Design Patent Used



## Fits in a Pocket

The StripHair Groomer is easy to keep handy. It slips into a pocket to have at the ready for grooming, or as a training reward. When you are ready to simplify your grooming routine, have StripHair in your pocket!



 For Horses Dogs 6-in-1...

$ 22.98  ~~$ 45.96~~

**Quantity**

−  1  +

**ADD TO CART**

Exhibit 1
Doe #822
Trademark(s) StripHair,  The Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-17,  SH-2,  SH-20,  SH-36,  SH-4,  SH-6,  SH-8: Listing Image
Design Patent Used

**DOE NUMBER:** 825

**MARKETPLACE:** Other

**MERCHANT NAME:** meotilicn

**SELLER ID:** meotilicn.com



Exhibit 1
Doe #825
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #825
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #825
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #825
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #825
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #825
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #825
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade.
Guaranteed to improve the skin and coat!

**Lift & Remove Embedded Dirt**

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking

Exhibit 1
Doe #825
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used

2023-04-01

6 IN 1 SHEDDING GROOMING M

meotilicn.com/products/6-in-1-shedding-grooming-massage-brush?

Case 1:23-cv-22322-DSL    Document 130-3    Entered on FLSD Docket 10/14/2023    Page 268 of 272

USD

Meotilicn

Home    Household    Garden    Pet    Clothing    Kids Toys

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!



**Erase Dried Mud & Sweat**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just

Exhibit 1
Doe #825
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used

6 IN 1 SHEDDING GROOMING M...

🔒 meotilicn.com/products/6-in-1-shedding-grooming-massage-brush?

🇺🇸 USD

# Meotilicn

Home    Household    Garden    Pet    Clothing    Kids Toys

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



COMFORT by DESIGN

Groom the Face -- Safely

The custom formulated rubber, rounded corners, wedged ends and small exfoliating diamonds make The

🛎️ Hot Sale!! 49% O...
V***g
Recently purchased

Exhibit 1
Doe #825
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

6 IN 1 SHEDDING GROOMING M... ×

Case 1:23-cv-22322-DSL   Document 130-3   Entered on FLSD Docket 10/14/2023   Page 270 of 272

2023-04-01

🔒 meotilicn.com/products/6-in-1-shedding-grooming-massage-brush?



**Legs, Hip Bones & Hooves**

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!



Exhibit 1
Doe #825
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

meotilicn.com/products/6-in-1-shedding-grooming-massage-brush?

The Gentle Groomer was originally conceived as a massage tool to warm and stretch tissue and muscles while increasing circulation. Ideal to use before saddling, as well as post work-out.



**Lather Shampoo & Lift Dirt**

The large diamond pod will turn the soap to suds and trap the dirt that is lifted from the skin and coat. The small diamond pads clean up the face and legs for a quick and thorough washing session.



Exhibit 1
Doe #825
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

6 IN 1 SHEDDING GROOMING M...    Case 1:23-cv-22322-DSL    Document 130-3    Entered on FLSD Docket 10/14/2023    Page 272 of 272

2023-04-01

meotilicn.com/products/6-in-1-shedding-grooming-massage-brush?



**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



Exhibit 1
Doe #825
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used