# Exhibit 1 (2)

**DOE NUMBER:** 831

**MARKETPLACE:** Other

**MERCHANT NAME:** moonlightooze

**SELLER ID:** moonlightooze.com

2023-03-17

6 IN 1 SHEDDING GROOMING M...

moonlightooze.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more?

♥Free Shipping Over $39.0♥

moonlightooze

Home

**6 IN 1 SHEDDING GROOMING MASSAGE BRUSH-🔥Buy More,Save More! 🔥**

~~USD $39.96~~   USD $19.98 ⬍

🛍 8.6K Sold

👁 4.4K people are viewing this right now

🔥Buy More,Save More!🔥

Buy 1    🔥Buy 2 Free Shipping🔥

🔥🔥Buy 3 Get Extra 10% OFF & Free Shipping🔥🔥

🔥🔥Buy 4 Get Extra 20% OFF & Free Shipping🔥🔥

Quantity

−    1    +

Only 2% items left in stock    Tight Inventory

🛒 ADD TO CART

Safe to use everywhere

Exhibit 1
Doe #831
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #831
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #831
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #831
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #831
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #831
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

grooming will love this new way of grooming. You've got my name on it.

**Remove Shedding Hair - Blade-Free!**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade. Guaranteed to improve the skin and coat!



**Lift & Remove Embedded Dirt**

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE

6 IN 1 SHEDDING GROOMING MASSAGE BRUSH-🔥Buy More,Save...
👁 Recently purchased                    18 m ago

6 IN 1 SHEDDING ...
$19.98   $39.96

🔥Buy More,Save More!...   Quantity

Buy 1                         −   1   +        **BUY IT NOW**

Exhibit 1
Doe #831
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

moonlightooze.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more?

**Lift & Remove Embedded Dirt**

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!



**Erase Dried Mud & Sweat**

6 IN 1 SHEDDING ...
$19.98  $39.96

🔥Buy More,Save More!...

Quantity

Buy 1          −   1   +          BUY IT NOW

Exhibit 1
Doe #831
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-03-17

6 IN 1 SHEDDING GROOMING M...

moonlightooze.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more?

### Erase Dried Mud & Sweat

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



**COMFORT by DESIGN**

### Groom the Face -- Safely

🔥 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH-🔥Buy More,Save...

Recently purchased    1 d ago

6 IN 1 SHEDDING ...

$19.98   $39.96

🔥Buy More,Save More!...

Buy 1

Quantity   − 1 +

BUY IT NOW

Exhibit 1
Doe #831
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Legs, Hip Bones & Hooves

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!

6 IN 1 SHEDDING ...
$19.98 ~~$39.98~~

🔥 Buy More,Save More!...    Quantity
Buy 1    —  1  +    **BUY IT NOW**

Exhibit 1
Doe #831
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



**Lather Shampoo & Lift Dirt**

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat. The small diamond pads clean up the face and legs for a quick and thorough washing session.

Exhibit 1
Doe #831
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

moonlightooze.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more?



**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.

6 IN 1 SHEDDING ...

$19.98  $39.98

🔥Buy More,Save More!...   Quantity

Buy 1        −  1  +        BUY IT NOW

Exhibit 1
Doe #831
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 832

**MARKETPLACE:** Other

**MERCHANT NAME:** movingtune

**SELLER ID:** movingtune.com



movingtune.com/products/new-year-sale---50-off-6-in-1-shedding-grooming-massage-brush





**Hurry up! Sale Ends in** 02:27:36.8

# (💥50% OFF) 6-in-1 Shedding Grooming Massage Brush

~~$ 53.98 USD~~  $ 26.99 USD

Color

**Black**  Blue  Red

🎁Buy More Save More🎁

**1 PC**  BUY 2 SAVE 10% OFF+GET FREE SHIPPING

BUY 3 SAVE 20% OFF+GET FREE SHIPPING

Quantity  −  1  +

💬 424 visitor(s) currently looking at this product

Extra
**Newcomer Discount**

Copy Code
LOVE

   

Exhibit 1
Doe #832
Copyright(s) SH-2, SH-GIF2: Listing Image
Design Patent Used



- **Massage Muscles**

This multifunctional beauty massage brush can massage and stretch muscles, promote blood circulation, and is very suitable for use before and after riding.

- **Good Decontamination Effect**

The large matte surface can be used to foam and penetrate deep into the skin to remove dirt. The small matte surface can be used to clean detailed parts such as the face and legs. Make cleaning faster and easier.

Exhibit 1
Doe #832
Copyright(s) SH-2,  SH-GIF2: Listing Image
Design Patent Used

**DOE NUMBER:** 839

**MARKETPLACE:** Other

**MERCHANT NAME:** onalevelwith

**SELLER ID:** onalevelwith.com

6 IN 1 SHEDDING GROOMING M

onalevelwith.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more?

NEW YEAR SALE 🎊 50% OFF

USD

ONALEVELWITH

Home    HOT SALE    SWEATER & CARDIGAN    Women    Men

The Gentle Grooming Edge
~ use at a 45°angle

## 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH-🔥Buy More,Save More!🔥

**$18.27**  ~~$34.11~~

Color  (Buy two for free shipping)

| Black | Blue | Red | Black+Blue ( Free shipping ) | Black+Red( Free shipping ) |

Blue+Red( Free shipping )

Quantity

−  1  +

👁 6 visitors currently looking at this product

🛒 ADD TO CART

BUY MORE SAVE MORE !

| Minimum Qty | Discount |
|---|---|



PREMIUM SILICONE    Baby Fruit Food Fee...
S***w
Recently purchased

Exhibit 1
Doe #839
Copyright(s) SH-1,  SH-19,  SH-20: Listing Image
Design Patent Used



Exhibit 1
Doe #839
Copyright(s) SH-1,  SH-19,  SH-20: Listing Image
Design Patent Used

onalevelwith.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more?

### Scrape off Sweat or Rinse Water

A comfortable and effective alternative to stiff sweat scrapers, the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH removes water and sweat like a squeegee. Scrape the delicate and hard-to-reach areas for a quick dry.



### Clean Saddle Pads

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1

6 IN 1 SHEDDING GROOMING ...
$18.27   $34.11

Black

1

BUY IT NOW

Exhibit 1
Doe #839
Copyright(s) SH-1,  SH-19,  SH-20: Listing Image
Design Patent Used

**DOE NUMBER:** 840

**MARKETPLACE:** Other

**MERCHANT NAME:** opportunuity

**SELLER ID:** opportunuity.com

opportunity.com/products/6-in-1-shedding-grooming-massage-brush

Secure Payment via PayPal® & Credit Card

Home   FAQ   Contact Us   Order Tracking

USD   English

Home / 6 IN 1 SHEDDING GROOMING ...

The Gentle Grooming Edge
~ use at a 45°angle

6 IN 1 SHEDDING GROOMING MASSAGE BRUSH

$ 24.99   $ 49.98

Time Limited   Get coupon code   LUCK

QUANTITY

1 pc   2 pcs  (FREE SHIPPING)

Quantity
−   1   +

ADD TO CART

BUY IT NOW

DESCRIPTION   —

Designed for Comfort and Convenience

Last Day Promot...
L***g
Recently purchased

Exhibit 1
Doe #840
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #840
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

2023-04-21

Secure Payment via PayPal® & Credit Card

Home   FAQ   Contact Us   Order Tracking

USD   English

Home  /  6 IN 1 SHEDDING GROOMING ...



GOBLIN POCKET

Soft Cleaning Diamonds
~ Ideal for legs

# 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH

**$ 24.99**  $ 49.98

Time Limited   Get coupon code
LUCK

QUANTITY

1 pc    2 pcs  (FREE SHIPPING)

Quantity

−   1   +

🛒 ADD TO CART

BUY IT NOW

DESCRIPTION                                              —

**Designed for Comfort and Convenience**

Exhibit 1
Doe #840
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #840
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #840
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-04-21

6 IN 1 SHEDDING GROOMING M...

opportunuity.com/products/6-in-1-shedding-grooming-massage-brush

Secure Payment via PayPal® & Credit Card

Opportunity

Home    FAQ    Contact Us    Order Tracking

USD    English

Home  /  6 IN 1 SHEDDING GROOMING ...

Therapuetic

GOBLIN POCKET

**6 IN 1 SHEDDING GROOMING MASSAGE BRUSH**

**$ 24.99**  ~~$ 49.98~~

⏱ Time Limited     Get coupon code
                    LUCK 📋

QUANTITY

| 1 pc | 2 pcs (FREE SHIPPING) |

Quantity

−  1  +

🛒 ADD TO CART

BUY IT NOW

DESCRIPTION                                          −

**Designed for Comfort and Convenience**

Last Day Promot...
R***a Recently purchased

Exhibit 1
Doe #840
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

Exhibit 1
Doe #840
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



Secure Payment via PayPal® & Credit Card

name on it.

**Remove Shedding Hair - Blade-Free!**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade. Guaranteed to improve the skin and coat!

**Lift & Remove Embedded Dirt**

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!

6 IN 1 SHEDDING GROOMING ...
$ 24.99   $ 49.98

QUANTITY
1 pc

Quantity
1

ADD TO CART

Exhibit 1
Doe #840
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1,  SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



Secure Payment via PayPal® & Credit Card

### Lift & Remove Embedded Dirt

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!

### Erase Dried Mud & Sweat

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for

🔥 Last Day Promot...
D***Y
Recently purchased

6 IN 1 SHEDDING GROOMING ...
$ 24.99   $ 49.98

QUANTITY
1 pc

Quantity
−  1  +

ADD TO CART

Exhibit 1
Doe #840
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

Secure Payment via PayPal® & Credit Card



**Erase Dried Mud & Sweat**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!

**COMFORT by DESIGN**

**Groom the Face -- Safely**

🔥 Last Day Promot...
D***Y
Recently purchased

6 IN 1 SHEDDING GROOMING ...
$ 24.99  $ 49.98

QUANTITY
1 pc

Quantity
−  1  +

ADD TO CART

Exhibit 1
Doe #840
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Legs, Hip Bones & Hooves

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!

Secure Payment via PayPal® & Credit Card

6 IN 1 SHEDDING GROOMING ...
$ 24.99  $49.98

QUANTITY
1 pc

Quantity
− 1 +

ADD TO CART

Exhibit 1
Doe #840
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #840
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

Secure Payment via PayPal® & Credit Card



**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.

6 IN 1 SHEDDING GROOMING ...
$24.99  $49.98

QUANTITY
1 pc

Quantity
− 1 +

ADD TO CART

Exhibit 1
Doe #840
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2 SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 847

**MARKETPLACE:** Other

**MERCHANT NAME:** purebluestars

**SELLER ID:** purebluestars.com

2022-06-07

pure bluestars.com/products/brush-11-2

**Purebluestars**





(Christmas Hot Sale) 6-in-1 Shedding Grooming Massage Brush

$ 24.97  ~~$ 29.99~~

Amount

| 1 PC | 2 PCS (Save $5) | 3 PCS (Save $21) |

Quantity

− 1 +

🛒 ADD TO CART

**BUY IT NOW**

**Buy More Save More!**

| 2 items get 10% OFF (on each product) | ADD TO CART |
| 3 items get 12% OFF (on each product) | ADD TO CART |
| 4 items get 15% OFF (on each product) | ADD TO CART |



Undercoat Rake for...
S***n
Recently purchased

Exhibit 1
Doe #847
Copyright(s) SH-21, SH-33, SH-GIF1: Listing Image
Design Patent Used



Purebluestars





## (Christmas Hot Sale) 6-in-1 Shedding Grooming Massage Brush

~~USD $29.99~~  USD $24.97

Amount

| 1 PC | 2 PCS (Save $5) | 3 PCS (Save $21) |

Quantity

| − | 1 | + |

🛒 ADD TO CART

**BUY IT NOW**

### Buy More Save More!

| Buy 2 save 10%<br>on each product | ADD TO CART |
| Buy 3 save 12%<br>on each product | ADD TO CART |
| Buy 4 save 15%<br>on each product | ADD TO CART |

Do not harm the pet's skin and hair, easily clean its body, keep it clean and

Exhibit 1
Doe #847
Copyright(s) SH-21,  SH-33,  SH-GIF1: Listing Image
Design Patent Used

2022-06-07

Original for Horses Dogs 6-in-1 S

purebluestars.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage

 Purebluestars



Safe to use everywhere

  

## Original for Horses Dogs 6-in-1 Shedding Grooming Massage

USD $49.99    USD $19.99

BUY MORE SAVE MORE

BUY 1 PC    🔥 BUY 2 SAVE $10

🔥🔥 BUY 3 GET 1 FREE(TOTAL 4 PCS)& FREE SHIPING

Quantity

−    1    +

🛒 ADD TO CART

BUY IT NOW

### Buy More Save More!

| Buy 2 save 10%<br>on each product | ADD TO CART |
| --- | --- |
| Buy 3 save 12%<br>on each product | ADD TO CART |
| Buy 4 save 15%<br>on each product | ADD TO CART |

Exhibit 1
Doe #847
Trademark(s) StripHair,  Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-17,  SH-2,  SH-25,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9: Listing Image
Design Patent Used







The Gentle Grooming Edge

~ use at a 45°angle



    

## Original for Horses Dogs 6-in-1 Shedding Grooming Massage

USD $49.99   USD $19.99

BUY MORE SAVE MORE

**BUY 1 PC**   🔥 BUY 2 SAVE $10

🔥🔥 BUY 3 GET 1 FREE(TOTAL 4 PCS)& FREE SHIPING

Quantity

−  1  +

🛒 ADD TO CART

**BUY IT NOW**

### Buy More Save More!

| | |
|---|---|
| Buy 2 save 10% on each product | ADD TO CART |
| Buy 3 save 12% on each product | ADD TO CART |
| Buy 4 save 15% on each product | ADD TO CART |

Exhibit 1
Doe #847
Trademark(s) StripHair,  Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-17,  SH-2,  SH-25,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9: Listing Image
Design Patent Used

2022-06-07



purebluestars.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage

# Purebluestars



**Soft Cleaning Diamonds ~ Ideal for legs**



## Original for Horses Dogs 6-in-1 Shedding Grooming Massage

~~USD $49.99~~  USD $19.99

BUY MORE SAVE MORE

| BUY 1 PC | 🔥 BUY 2 SAVE $10 |

🔥🔥 BUY 3 GET 1 FREE(TOTAL 4 PCS)& FREE SHIPING

Quantity

− 1 +

🛒 ADD TO CART

**BUY IT NOW**

**Buy More Save More!**

| Buy 2 save 10% | | |
|---|---|---|
| on each product | | ADD TO CART |
| Buy 3 save 12% | | |
| on each product | | ADD TO CART |
| Buy 4 save 15% | | |
| on each product | | ADD TO CART |

Exhibit 1
Doe #847
Trademark(s) StripHair,  Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-17,  SH-2,  SH-25,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9: Listing Image
Design Patent Used

purebluestars.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage

**Purebluestars**



## Original for Horses Dogs 6-in-1 Shedding Grooming Massage

~~USD $49.99~~   USD $19.99

BUY MORE SAVE MORE

| BUY 1 PC | 🔥 BUY 2 SAVE $10 |
|---|---|

🔥🔥 BUY 3 GET 1 FREE(TOTAL 4 PCS)& FREE SHIPING

Quantity

[ − ]   1   [ + ]

🛒 ADD TO CART

BUY IT NOW

**Buy More Save More!**

| Buy 2 save 10% on each product | ADD TO CART |
|---|---|
| Buy 3 save 12% on each product | ADD TO CART |
| Buy 4 save 15% on each product | ADD TO CART |

Exhibit 1
Doe #847
Trademark(s) StripHair,  Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-17,  SH-2,  SH-25,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9: Listing Image
Design Patent Used

purebluestars.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage

## Purebluestars



   


Undercoat Rake for...
H***s
Recently purchased

### Original for Horses Dogs 6-in-1 Shedding Grooming Massage

~~USD $49.99~~  USD $19.99

BUY MORE SAVE MORE

**BUY 1 PC** | 🔥 BUY 2 SAVE $10


🔥🔥 BUY 3 GET 1 FREE(TOTAL 4 PCS)& FREE SHIPING

Quantity

−  1  +

🛒 ADD TO CART

**BUY IT NOW**

**Buy More Save More!**

| | |
|---|---|
| **Buy 2 save 10%**<br>on each product | ADD TO CART |
| **Buy 3 save 12%**<br>on each product | ADD TO CART |
| **Buy 4 save 15%**<br>on each product | ADD TO CART |

Exhibit 1
Doe #847
Trademark(s) StripHair,  Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-17,  SH-2,  SH-25,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9: Listing Image
Design Patent Used






2022-06-07

**Pureblustars**





## Original for Horses Dogs 6-in-1 Shedding Grooming Massage

~~USD $49.99~~   USD $19.99

BUY MORE SAVE MORE

**BUY 1 PC** | 🔥 BUY 2 SAVE $10

🔥🔥 BUY 3 GET 1 FREE(TOTAL 4 PCS)& FREE SHIPING

Quantity

[ − ]  1  [ + ]

🛒 ADD TO CART

**BUY IT NOW**

**Buy More Save More!**

| | |
|---|---|
| Buy 2 save 10%<br>on each product | ADD TO CART |
| Buy 3 save 12%<br>on each product | ADD TO CART |
| Buy 4 save 15%<br>on each product | ADD TO CART |

## Designed for Comfort and Convenience

The StripHair Gentle Groomer is multi-purpose and designed to make quick and efficient work of grooming... while providing serious

Exhibit 1
Doe #847
Trademark(s) StripHair,  Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-17,  SH-2,  SH-25,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9: Listing Image
Design Patent Used

puebluestars.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage





Wash and Rinse with ease





## Original for Horses Dogs 6-in-1 Shedding Grooming Massage

USD $49.99   USD $19.99

BUY MORE SAVE MORE

| BUY 1 PC | 🔥 BUY 2 SAVE $10 |

| 🔥🔥 BUY 3 GET 1 FREE(TOTAL 4 PCS)& FREE SHIPING |

Quantity

| − | 1 | + |

🛒 ADD TO CART

BUY IT NOW

**Buy More Save More!**

| Buy 2 save 10% on each product | ADD TO CART |
| Buy 3 save 12% on each product | ADD TO CART |
| Buy 4 save 15% on each product | ADD TO CART |

## Designed for Comfort and Convenience

The StripHair Gentle Groomer is multi-purpose and designed to make quick and efficient work of grooming... while providing serious








5 in 1 Keyboard & E...
B***s
Recently purchased

Exhibit 1
Doe #847
Trademark(s) StripHair,  Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-17,  SH-2,  SH-25,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9: Listing Image
Design Patent Used

2022-06-07

Original for Horses Dogs 6-in-1 S

🔒 purebluestars.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage

# Purebluestars





## Original for Horses Dogs 6-in-1 Shedding Grooming Massage

~~USD $49.99~~  USD $19.99

BUY MORE SAVE MORE

**BUY 1 PC**    🔥 BUY 2 SAVE $10

🔥🔥 BUY 3 GET 1 FREE(TOTAL 4 PCS)& FREE SHIPING

Quantity

−  1  +

🛒 ADD TO CART

**BUY IT NOW**

**Buy More Save More!**

| | |
|---|---|
| Buy 2 save 10%<br>on each product | ADD TO CART |
| Buy 3 save 12%<br>on each product | ADD TO CART |
| Buy 4 save 15%<br>on each product | ADD TO CART |

## Designed for Comfort and Convenience

The StripHair Gentle Groomer is multi-purpose and designed to make quick and efficient work of grooming... while providing serious

Exhibit 1
Doe #847
Trademark(s) StripHair,  Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-17,  SH-2,  SH-25,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9: Listing Image
Design Patent Used



### Fits in a Pocket

The StripHair Groomer is easy to keep handy. It slips into a pocket to have at the ready for grooming, or as a training reward. When you are ready to simplify your grooming routine, have StripHair in your pocket!



**Package Include:**

**1*Original for Horses Dogs 6-in-1 Shedding Grooming Massage**



 Undercoat Rake for...

S***h
Recently purchased

 Original for Horses Do...

$ 24.99  $49.99

BUY MORE SAVE MORE

BUY 1 PC

Quantity

−  1  +

**ADD TO CART**

Exhibit 1
Doe #847
Trademark(s) StripHair,  Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-17,  SH-2,  SH-25,  SH-36,  SH-4,  SH-6,  SH-8,  SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 858

**MARKETPLACE:** Other

**MERCHANT NAME:** semi-sugarism

**SELLER ID:** semi-sugarism.com

semi-sugarism.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage



**semi-sugarism**





💥HOT SALE 50% OFF 💥Original for Horses Dogs 6-in-1 Shedding Grooming Massage

**$49.99** ~~$129.96~~

BUY MORE SAVE MORE

🔥 BUY 2 GET EXTRA 10% OFF & FREE SHIPPING

🔥🔥BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING    BUY 1

Quantity

−    1    +

🛒 ADD TO CART

**TIPS:** Our goods are authentic, with genuine patents, counterfeit must be investigated! Customers please identify our products!



2022 Upgrade Ea...
W***n
Recently purchased

Exhibit 1
Doe #858
Trademark(s) StripHair,  Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-2,  SH-36,  SH-4,  SH-6,  SH-8: Listing Image,  Physical Product Image
Design Patent Used



semi-sugarism



Safe to use everywhere



HOT SALE 50% OFF Original for Horses Dogs 6-in-1 Shedding Grooming Massage

**$49.99** ~~$129.96~~

BUY MORE SAVE MORE

🔥 BUY 2 GET EXTRA 10% OFF & FREE SHIPPING

🔥🔥 BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING    BUY 1

Quantity

−   1   +

🛒 ADD TO CART

**TIPS:** Our goods are authentic, with genuine patents, counterfeit must be investigated! Customers please identify our products!



2022 Upgrade Ea...
R***s
Recently purchased

Exhibit 1
Doe #858
Trademark(s) StripHair,  Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-2,  SH-36,  SH-4,  SH-6,  SH-8: Listing Image,  Physical Product Image
Design Patent Used



semi-sugarism



Wash and Rinse with ease

   

❤ Women Day's ...
E***a
Recently purchased

## 💥HOT SALE 50% OFF 💥Original for Horses Dogs 6-in-1 Shedding Grooming Massage

**$49.99** ~~$129.96~~

---

**BUY MORE SAVE MORE**

🔥 BUY 2 GET EXTRA 10% OFF & FREE SHIPPING

🔥🔥 BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING    BUY 1

Quantity

−    1    +

🛒 ADD TO CART

**TIPS:** Our goods are authentic, with genuine patents, counterfeit must be investigated! Customers please identify our products!



Exhibit 1
Doe #858
Trademark(s) StripHair,  Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-2,  SH-36,  SH-4,  SH-6,  SH-8: Listing Image,  Physical Product Image
Design Patent Used



semi-sugarism.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage























### 💥HOT SALE 50% OFF 💥Original for Horses Dogs 6-in-1 Shedding Grooming Massage

**$49.99**  ~~$129.96~~

---

BUY MORE SAVE MORE

🔥 BUY 2 GET EXTRA 10% OFF & FREE SHIPPING

🔥🔥 BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING     BUY 1

Quantity

−   1   +

🛒 ADD TO CART

**TIPS:** Our goods are authentic, with genuine patents, counterfeit must be investigated! Customers please identify our products!

👍 Fast!Ship within 24 hours!
🚚 Delivery 3-14 working days!

Exhibit 1
Doe #858
Trademark(s) StripHair, Gentle Groomer: Listing Image, Listing Description
Copyright(s) SH-1, SH-2, SH-36, SH-4, SH-6, SH-8: Listing Image, Physical Product Image
Design Patent Used

  HOT SALE 50% OFF Origin... × +

semi-sugarism.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage

2022-03-17



Soft Cleaning Diamonds
~ Ideal for legs



❤ Women Day's ...
B***m
Recently purchased

💥 HOT SALE 50% OFF 💥 Original for Horses Dogs 6-in-1 Shedding Grooming Massage

$49.99  $129.96

BUY MORE SAVE MORE

🔥 BUY 2 GET EXTRA 10% OFF & FREE SHIPPING

🔥🔥 BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING   BUY 1

Quantity

−   1   +

🛒 ADD TO CART

**TIPS:** Our goods are authentic, with genuine patents, counterfeit must be investigated! Customers please identify our products!



👍 Fast!Ship within 24 hours!
🚚 Delivery 3-14 working days!

Exhibit 1
Doe #858
Trademark(s) StripHair,  Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-2,  SH-36,  SH-4,  SH-6,  SH-8: Listing Image,  Physical Product Image
Design Patent Used



semi-sugarism



The Gentle Grooming Edge

~ use at a 45°angle



❌HOT SALE 50% OFF ❌Original for Horses Dogs 6-in-1 Shedding Grooming Massage

**$49.99** ~~$129.96~~

BUY MORE SAVE MORE

🔥 BUY 2 GET EXTRA 10% OFF & FREE SHIPPING

🔥🔥BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING | BUY 1

Quantity

− 1 +

🛒 ADD TO CART

**TIPS:** Our goods are authentic, with genuine patents, counterfeit must be investigated! Customers please identify our products!





♥ Women Day's ...
S***a
Recently purchased

   

Exhibit 1
Doe #858
Trademark(s) StripHair,  Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-2,  SH-36,  SH-4,  SH-6,  SH-8: Listing Image,  Physical Product Image
Design Patent Used



**This week's special event:** Randomly selected **20 lucky customers** to get **double the order product** every day. We will send you an email, please remember to check, thanks for your support! ❤️❤️❤️

### Designed for Comfort and Convenience

The StripHair Gentle Groomer is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom. You've got my name on it.

~ Betty

Patented Design and Material us Made in the USA - We Care

### Remove Shedding Hair - Blade-Free!

The StripHair Gentle Groomer was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade. Guaranteed to improve the skin and coat!





2022 Upgrade Ea...

A***h
Recently purchased



❌HOT SALE 50% ...

$49.99  ~~$129.96~~

**BUY MORE SAVE MORE**

🔥 BUY 2 GET EXTRA...

Quantity

− 1 +

**ADD TO CART**

Exhibit 1
Doe #858
Trademark(s) StripHair,  Gentle Groomer: Listing Image,  Listing Description
Copyright(s) SH-1,  SH-2,  SH-36,  SH-4,  SH-6,  SH-8: Listing Image,  Physical Product Image
Design Patent Used

**DOE NUMBER:** 870

**MARKETPLACE:** Other

**MERCHANT NAME:** smarts-blue

**SELLER ID:** smarts-blue.com



Exhibit 1
Doe #870
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2: Listing Image
Design Patent Used



Exhibit 1
Doe #870
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2: Listing Image
Design Patent Used



Exhibit 1
Doe #870
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2: Listing Image
Design Patent Used

2023-03-14



Exhibit 1
Doe #870
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2: Listing Image
Design Patent Used



Exhibit 1
Doe #870
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2: Listing Image
Design Patent Used

2023-03-14



**SMARTS-BLUE**

LOG IN

HOME    ❤️OMG!❤️HOT SALE    FASHION    KITCHEN & TOOLS    GARDENING    TRANK YOUR ORDER

I personally guarantee you and your horse will love this new way to groom. You've got my name on it.

**Remove Shedding Hair - Blade-Free!**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade.
Guaranteed to improve the skin and coat!





**Lift & Remove Embedded Dirt**

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!

~~$ 37.96~~  $18.98 USD ⬍

🏷 4.0K Sold

👍 4.4K Personal Recommendations

👁 111 People Are Browsing

**Color**

Black | Blue | Red

**Quantity**

−  1  +

Only **60** items left in stock        **Tight Inventory**

ADD TO CART

**BUY IT NOW**

**Buy More Save More!**

| Buy 2 save 10% on each product | ADD TO CART |
| Buy 3 save 15% on each product | ADD TO CART |
| Buy 4 save 20% on each product | ADD TO CART |

RECENTLY VIEWED



6 IN 1 SHEDDING GROOMING MASSAGE BRUSH-🐴Buy More,Sa...
✓ Recently purchased

Exhibit 1
Doe #870
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2: Listing Image
Design Patent Used



# SMARTS-BLUE

HOME   😮OMG!❤️HOT SALE   FASHION   KITCHEN & TOOLS   GARDENING   TRANK YOUR ORDER

## Lift & Remove Embedded Dirt

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!



## Erase Dried Mud & Sweat

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



~~$37.96~~   $18.98 USD

🛍️ 4.0K Sold

👍 4.4K Personal Recommendations

👁️ 111 People Are Browsing

**Color**

Black   Blue   Red

**Quantity**   −   1   +

Only **60** items left in stock   Tight Inventory

ADD TO CART

BUY IT NOW

**Buy More Save More!**

| Buy 2 save 10% on each product | ADD TO CART |
| Buy 3 save 15% on each product | ADD TO CART |
| Buy 4 save 20% on each product | ADD TO CART |

RECENTLY VIEWED

SHEDDING GROOMING
AGE BRUSH-❤️Buy More,Sa…
ntly purchased

Exhibit 1
Doe #870
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2: Listing Image
Design Patent Used

smarts-blue.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more

 **SMARTS-BLUE**

LOG IN

HOME    😀OMG!❤HOT SALE    FASHION    KITCHEN & TOOLS    GARDENING    TRANK YOUR ORDER

COMFORT by DESIGN

**Groom the Face -- Safely**

The custom formulated rubber, rounded corners, wedged ends and small exfoliating diamonds make 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH both effective and safe for use everywhere on the face.



**Legs, Hip Bones & Hooves**

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!



~~$ 37.96~~   $18.98 USD ⇕

🛍 4.0K Sold

👍 4.4K Personal Recommendations

👁 111 People Are Browsing

**Color**

| Black | Blue | Red |

**Quantity**

−  1  +

Only **60** items left in stock    Tight Inventory

ADD TO CART

BUY IT NOW

**Buy More Save More!**

| Buy 2 save 10% on each product | ADD TO CART |
| Buy 3 save 15% on each product | ADD TO CART |
| Buy 4 save 20% on each product | ADD TO CART |

 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH-🍊Buy More,Sa...
✓ Recently purchased

RECENTLY VIEWED ⌃

Exhibit 1
Doe #870
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2: Listing Image
Design Patent Used

6 IN 1 SHEDDING GROOMING M...

smarts-blue.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more


**SMARTS-BLUE**

LOG IN

HOME    🔴OMG!❤HOT SALE    FASHION    KITCHEN & TOOLS    GARDENING    TRANK YOUR ORDER



**Legs, Hip Bones & Hooves**

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!



**Stretch & Warm Muscles**

6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was originally conceived as a massage tool to warm



~~$ 37.96~~    $18.98 USD ⬍

🛍 4.0K Sold

👐 4.4K Personal Recommendations

👁 111 People Are Browsing

**Color**

| Black | Blue | Red |

**Quantity**

− 1 +

Only **60** items left in stock    Tight Inventory

ADD TO CART

BUY IT NOW

**Buy More Save More!**

| Buy 2 save 10%<br>on each product | ADD TO CART |
| Buy 3 save 15%<br>on each product | ADD TO CART |
| Buy 4 save 20%<br>on each product | ADD TO CART |

RECENTLY VIEWED ⌃

6 IN 1 SHEDDING GROOMING MASSAGE BRUSH-🍑Buy More,Sa...
✔ Recently purchased

Exhibit 1
Doe #870
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2: Listing Image
Design Patent Used

2023-03-14

6 IN 1 SHEDDING GROOMING M

smarts-blue.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more

**SMARTS-BLUE**

HOME    OMG! HOT SALE    FASHION    KITCHEN & TOOLS    GARDENING    TRANK YOUR ORDER

LOG IN

**Lather Shampoo & Lift Dirt**

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat. The small diamond pads clean up the face and legs for a quick and thorough washing session.

$ 37.96    $18.98 USD

🛍 4.0K Sold
👍 4.4K Personal Recommendations
👁 111 People Are Browsing

**Color**

Black    Blue    Red

**Quantity**    −    1    +

Only 60 items left in stock    Tight Inventory

ADD TO CART

BUY IT NOW

**Buy More Save More!**

| | | |
|---|---|---|
| Buy 2 save 10% on each product | | ADD TO CART |
| Buy 3 save 15% on each product | | ADD TO CART |
| Buy 4 save 20% on each product | | ADD TO CART |

RECENTLY VIEWED



6 IN 1 SHEDDING GROOMING MASSAGE BRUSH-🔥Buy More,Sa...
● Recently purchased

Exhibit 1
Doe #870
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-20, SH-22, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2: Listing Image
Design Patent Used

2023-03-14

6 IN 1 SHEDDING GROOMING M

smarts-blue.com/products/6-in-1-shedding-grooming-massage-brush--buy-more-save-more

**SMARTS-BLUE**

LOG IN

HOME    🔴OMG!❤HOT SALE    FASHION    KITCHEN & TOOLS    GARDENING    TRANK YOUR ORDER



**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



$ 37.96    $18.98 USD

4.0K Sold

4.4K Personal Recommendations

111 People Are Browsing

**Color**

Black    Blue    Red

**Quantity**    −  1  +

Only 60 items left in stock    Tight Inventory

ADD TO CART

**BUY IT NOW**

**Buy More Save More!**

| Buy 2 save 10% on each product | ADD TO CART |
| Buy 3 save 15% on each product | ADD TO CART |
| Buy 4 save 20% on each product | ADD TO CART |

RECENTLY VIEWED

Exhibit 1
Doe #870
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-20,  SH-22,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1,  SH-GIF2: Listing Image
Design Patent Used

**DOE NUMBER:** 871

**MARKETPLACE:** Other

**MERCHANT NAME:** somethebest

**SELLER ID:** somethebest.com



Home    All Collections ▼    FAQ    About us ▼



## 6-in-1 Shedding Grooming Massage Brush

~~INR ₹3,872.78~~   INR ₹2,323.82 ⇕

Buy 2 Free shipping

| **1PCS** | 2PCS(Free Shipping & Save $5) |

Quantity

[ − ]  1  [ + ]

◆ 72 visitors currently looking at this product

ADD TO CART

BUY IT NOW

Do not harm the horse's skin and hair, easily clean its body, keep it clean and comfortable!















Exhibit 1
Doe #871
Copyright(s) SH-1,  SH-2,  SH-25,  SH-4,  SH-GIF1: Listing Image
Design Patent Used

2022-05-15



Home   All Collections ▼   FAQ   About us ▼



   

## 6-in-1 Shedding Grooming Massage Brush

~~INR ₹3,872.78~~   INR ₹2,323.82 ⇕

Buy 2 Free shipping

| 1PCS | 2PCS(Free Shipping & Save $5) |

Quantity

−   1   +

◈ 72 visitors currently looking at this product

**ADD TO CART**

**BUY IT NOW**

Do not harm the horse's skin and hair, easily clean its body, keep it clean and comfortable!



Exhibit 1
Doe #871
Copyright(s) SH-1,  SH-2,  SH-25,  SH-4,  SH-GIF1: Listing Image
Design Patent Used

2022-05-15



## Somethebest

Home   All Collections ▼   FAQ   About us ▼



**Legs, Hip Bones & Hooves**

   

### 6-in-1 Shedding Grooming Massage Brush

~~INR ₹3,872.78~~   INR ₹2,323.82 ⇕

Buy 2 Free shipping

**1PCS**    2PCS(Free Shipping & Save $5)

Quantity

−   1   +

◆ 72 visitors currently looking at this product

🛒 ADD TO CART

BUY IT NOW

**Do not harm the horse's skin and hair, easily clean its body, keep it clean and comfortable!**



Exhibit 1
Doe #871
Copyright(s) SH-1,  SH-2,  SH-25,  SH-4,  SH-GIF1: Listing Image
Design Patent Used

  

2022-05-15

6-in-1 Shedding Grooming Mass...

somethebest.com/products/brush-3

 **Somethebest**

Home    All Collections ▼    FAQ    About us ▼



   

6-in-1 Shedding Grooming Massage Brush

INR ₹3,872.78    INR ₹2,323.82 ⬍

Buy 2 Free shipping

**1PCS**    **2PCS(Free Shipping & Save $5)**

Quantity

−    1    +

◈ 72 visitors currently looking at this product

🛒 ADD TO CART

BUY IT NOW

Do not harm the horse's skin and hair, easily clean its body, keep it clean and comfortable!



Exhibit 1
Doe #871
Copyright(s) SH-1, SH-2, SH-25, SH-4, SH-GIF1: Listing Image
Design Patent Used

**DOE NUMBER:** 877

**MARKETPLACE:** Other

**MERCHANT NAME:** subtlecloud

**SELLER ID:** subtlecloud.com

subtlecloud.com/products/new-year-sale---50-off-6-in-1-shedding-grooming-massage-brush



# Subtlecloud





## (💥New Year Sale💥- 50% OFF) 6-in-1 Shedding Grooming Massage Brush

$ 26.99   ~~$ 53.98~~

Color

Black    Blue    Red

🎁Buy More Save More🎁

| 1 PC | BUY 2 SAVE 10% OFF+GET FREE SHIPPING |

| BUY 3 SAVE 20% OFF+GET FREE SHIPPING |

Quantity   −  1  +

ADD TO CART

BUY IT NOW




Waiting for www.justlikesky.com...

Exhibit 1
Doe #877
Copyright(s) SH-2,  SH-GIF2: Listing Image,  Physical Product Image
Design Patent Used



- **Massage Muscles**

This multifunctional beauty massage brush **can massage and stretch muscles, promote blood circulation**, and is very suitable for use before and after riding.

- **Good Decontamination Effect**

The large matte surface can be used to foam and penetrate deep into the skin to remove dirt. The small matte surface can be used to clean detailed parts such as the face and legs. Make cleaning faster and easier.

**Lather Shampoo**

Exhibit 1
Doe #877
Copyright(s) SH-2,  SH-GIF2: Listing Image,  Physical Product Image
Design Patent Used

**DOE NUMBER:** 878

**MARKETPLACE:** Other

**MERCHANT NAME:** sunnylada

**SELLER ID:** sunnylada.com




sunnylada.com/products/horses-dogs-6-in-1-shedding-grooming-massage-brush

❤ Enjoy Free Shipping On Orders Over$39+ ❤

# sunnylada








## 🐴 🐶 Horses Dogs 6-in-1 Shedding Grooming Massage Brush

USD $49.98     USD $24.99 ⬍

**QUANTITY**

| 1 pc | 2 pcs (FREE SHIPPING) |

**Quantity**

— 1 +

🛒 **ADD TO CART**

Pay with **PayPal**

💳 **Delivery >> Global Express Delivery**

🔒 Secure Payments **Via PayPal® & CreditCard**

Exhibit 1
Doe #878
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-21, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1
SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



sunnylada.com/products/horses-dogs-6-in-1-shedding-grooming-massage-brush

  

♡ Enjoy Free Shipping On Orders Over$39+ ♡

## sunnylada



The Gentle Grooming Edge
~ use at a 45°angle

 **Horses Dogs 6-in-1 Shedding Grooming Massage Brush**

~~USD $49.98~~   USD $24.99 ▲▼

**QUANTITY**

| 1 pc | 2 pcs (FREE SHIPPING) |

Quantity

− | 1 | +

**ADD TO CART**

Pay with **PayPal**

      



📦 ✈ Delivery>>**Global Express Delivery**

🔒 Secure Payments Via **PayPal®** & **CreditCard**











Exhibit 1
Doe #878
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-21, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

Horses Dogs 6-in-1 Shedd...

sunnylada.com/products/horses-dogs-6-in-1-shedding-grooming-massage-brush

❤️ Enjoy Free Shipping On Orders Over$39+ ❤️

# sunnylada





## 🐕🐕 Horses Dogs 6-in-1 Shedding Grooming Massage Brush

~~USD $49.98~~    USD $24.99

### QUANTITY

| 1 pc | 2 pcs (FREE SHIPPING) |

Quantity

−  1  +

🛒 ADD TO CART

Pay with PayPal

VISA · mastercard · maestro · VISA Electron · AMERICAN EXPRESS · DISCOVER · Diners Club · PayPal

📦✈Delivery>>Global Express Delivery

🔒Secure Payments Via PayPal® & CreditCard

Exhibit 1
Doe #878
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-21, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



sunnylada.com/products/horses-dogs-6-in-1-shedding-grooming-massage-brush

♡ Enjoy Free Shipping On Orders Over$39+ ♡

# sunnylada



Wash and Rinse with ease



## Horses Dogs 6-in-1 Shedding Grooming Massage Brush

~~USD $49.98~~   USD $24.99 ⬍

**QUANTITY**

| 1 pc | 2 pcs (FREE SHIPPING) |

**Quantity**

−   1   +

🛒 **ADD TO CART**

Pay with *PayPal*

VISA · MasterCard · VISA Electron · American Express · DISCOVER · Diners Club · PayPal

🛍✈**Delivery>>**Global Express Delivery

🔒 **Secure Payments** Via PayPal® & CreditCard

Exhibit 1
Doe #878
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-21, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

2023-03-17

sunnylada.com/products/horses-dogs-6-in-1-shedding-grooming-massage-brush

♥ Enjoy Free Shipping On Orders Over$39+ ♥

# sunnylada





 Horses Dogs 6-in-1 Shedding Grooming Massage Brush

~~USD $49.98~~  USD $24.99 ⬍

___

**QUANTITY**

| 1 pc | 2 pcs (FREE SHIPPING) |

**Quantity**

− 1 +

**ADD TO CART**

Pay with *PayPal*

VISA  mastercard  VISA maestro  AMERICAN EXPRESS  DISCOVER  Diners Club  PayPal

📦✈Delivery>>Global Express Delivery

🧧Secure Payments Via PayPal® & CreditCard

Exhibit 1
Doe #878
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-21,  SH-22,  SH-25,  SH-3,  SH-36,  SH-6,  SH-8,  SH-9,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used





Horses Dogs 6-in-1 Shedd...

sunnylada.com/products/horses-dogs-6-in-1-shedding-grooming-massage-brush

♥ Enjoy Free Shipping On Orders Over$39+ ♥

**sunnylada**



THERAPEUTIC

CLEAN & SHINE

SHED COMFORTABLY

SAFE EVERYWHERE



 Horses Dogs 6-in-1 Shedding Grooming Massage Brush

~~USD $49.98~~    USD $24.99

**QUANTITY**

| 1 pc | 2 pcs (FREE SHIPPING) |

Quantity

−  1  +

🛒 ADD TO CART

Pay with *PayPal*

💳✈️**Delivery>>Global Express Delivery**

🔒 Secure Payments **Via PayPal® & CreditCard**

Exhibit 1
Doe #878
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-21, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

sunnylada.com/products/horses-dogs-6-in-1-shedding-grooming-massage-brush

♥ Enjoy Free Shipping On Orders Over$39+ ♥

# sunnylada

🐴 🐶 Horses Dogs 6-in-1 Shedding Grooming Massage Brush

~~USD $49.98~~   USD $24.99 ↕

**QUANTITY**

| 1 pc | 2 pcs (FREE SHIPPING) |

**Quantity**

| − | 1 | + |

🛒 **ADD TO CART**

Pay with **PayPal**

VISA   mastercard   VISA maestro   AMERICAN EXPRESS   DISCOVER   Diners Club   **PayPal**

📦✈Delivery>>Global Express Delivery

🔒Secure Payments Via PayPal® & CreditCard

Exhibit 1
Doe #878
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-21, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1
 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

2023-03-17

Horses Dogs 6-in-1 Shedd...
sunnylada.com/products/horses-dogs-6-in-1-shedding-grooming-massage-brush

♡ Enjoy Free Shipping On Orders Over$39+ ♡

# sunnylada





 Horses Dogs 6-in-1 Shedding Grooming Massage Brush

~~USD $49.98~~   USD $24.99 ⬍

## QUANTITY

**1 pc**   2 pcs (FREE SHIPPING)

Quantity

−   1   +

🛒 ADD TO CART

Pay with **PayPal**

      

🧳✈Delivery>>Global Express Delivery

Secure Payments Via PayPal® & CreditCard

---

Exhibit 1
Doe #878
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-21, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

my name on it.

**Remove Shedding Hair - Blade-Free!**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade. Guaranteed to improve the skin and coat!



**Lift & Remove Embedded Dirt**

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE

Exhibit 1
Doe #878
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-21, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1
 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

**Lift & Remove Embedded Dirt**

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!



**Erase Dried Mud & Sweat**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair

Exhibit 1
Doe #878
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-21, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



**COMFORT by DESIGN**

**Groom the Face -- Safely**

The custom formulated rubber, rounded corners, wedged ends and small exfoliating diamonds make The Gentle Groomer both effective and safe for use everywhere on the face.

Exhibit 1
Doe #878
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-21, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



**Legs, Hip Bones & Hooves**

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!



Exhibit 1
Doe #878
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-21, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



**Lather Shampoo & Lift Dirt**

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat. The small diamond pads clean up the face and legs for a quick and thorough washing session.



Exhibit 1
Doe #878
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-21, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1
SH-GIF2, SH-GIF3: Listing Image
Design Patent Used







**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



Exhibit 1
Doe #878
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-21, SH-22, SH-25, SH-3, SH-36, SH-6, SH-8, SH-9, SH-GIF1
SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 879

**MARKETPLACE:** Other

**MERCHANT NAME:** sunshinebl

**SELLER ID:** sunshinebl.com



Exhibit 1
Doe #879
Copyright(s) SH-12,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-23,  SH-3,  SH-36,  SH-GIF1,  SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

2023-04-21



6 IN 1 Shedding Grooming Mass...

https://sunshinebl.com/products/6-in-1-shedding-grooming-massage-brush

**SUNSHINEBL**

Home    Best Seller    New Arrival    Search    Contact Us

## 6 IN 1 Shedding Grooming Massage Brush

USD $42.97    USD $24.99 ▲▼

_____

**Color**

[ Blue ]  [ Red ]  [ Black ]

**Quantity**

[ − ]  1  [ + ]

🚚  Worldwide Express Shipping Available.

🏷  100% Quality Inspection on every order.

🔒  Safety payment: Paypal /Credit Card

🌐  Contact us: support@sunshinebl.com

[ 🛒 ADD TO CART ]

[ **BUY IT NOW** ]

### Designed for Comfort and Convenience

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is multi-purpose and designed to make quick and efficient work of grooming... while providing serious

   



Exhibit 1
Doe #879
Copyright(s) SH-12,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-23,  SH-3,  SH-36,  SH-GIF1,  SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

2023-04-21



Home    Best Seller    New Arrival    Search    Contact Us



   

  

# 6 IN 1 Shedding Grooming Massage Brush

USD $42.97    USD $24.99 ⇕

**Color**

Blue    Red    Black

**Quantity**

−    1    +

🚚 Worldwide Express Shipping Available.

✂ 100% Quality Inspection on every order.

💲 Safety payment: Paypal /Credit Card

🌐 Contact us: support@sunshinebl.com

🛒 ADD TO CART

**BUY IT NOW**

### Designed for Comfort and Convenience

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is multi-purpose and designed to make quick and efficient work of grooming... while providing serious

Exhibit 1
Doe #879
Copyright(s) SH-12, SH-17, SH-19, SH-2, SH-20, SH-22, SH-23, SH-3, SH-36, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #879
Copyright(s) SH-12,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-23,  SH-3,  SH-36,  SH-GIF1,  SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

2023-04-21





# 6 IN 1 Shedding Grooming Massage Brush

~~USD $42.97~~   USD $24.99 ⬍

---

## Color

Blue | Red | Black

## Quantity

– | 1 | +

🚚 Worldwide Express Shipping Available.

✂️ 100% Quality Inspection on every order.

🔒 Safety payment: Paypal /Credit Card

🌐 Contact us: support@sunshinebl.com

🛒 ADD TO CART

**BUY IT NOW**

### Designed for Comfort and Convenience

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is multi-purpose and designed to make quick and efficient work of grooming... while providing serious









Exhibit 1
Doe #879
Copyright(s) SH-12,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-23,  SH-3,  SH-36,  SH-GIF1,  SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

## Remove Shedding Hair - Blade-Free!

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade.
Guaranteed to improve the skin and coat!



**Lift & Remove Embedded Dirt**

6 IN 1 Shedding Groomin...

$24.99  $42.97

| Color | Quantity | |
|---|---|---|
| Blue | − 1 + | ADD TO CART |

Exhibit 1
Doe #879
Copyright(s) SH-12, SH-17, SH-19, SH-2, SH-20, SH-22, SH-23, SH-3, SH-36, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

**Lift & Remove Embedded Dirt**

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!



**Erase Dried Mud & Sweat**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH

6 IN 1 Shedding Groomin...

$24.99  $42.97

Color
Blue

Quantity
−  1  +

ADD TO CART

Exhibit 1
Doe #879
Copyright(s) SH-12,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-23,  SH-3,  SH-36,  SH-GIF1,  SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



## COMFORT by DESIGN

### Groom the Face -- Safely

The custom formulated rubber, rounded corners, wedged ends and small exfoliating diamonds make The Groomer both effective and safe for use everywhere on the face.

6 IN 1 Shedding Groomin...

$24.99  $42.97

**Color**
Blue

**Quantity**
1

ADD TO CART

Exhibit 1
Doe #879
Copyright(s) SH-12, SH-17, SH-19, SH-2, SH-20, SH-22, SH-23, SH-3, SH-36, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



6 IN 1 Shedding Groomin...

$24.99  $42.97

**Color**
Blue

**Quantity**
− 1 +

ADD TO CART

Exhibit 1
Doe #879
Copyright(s) SH-12, SH-17, SH-19, SH-2, SH-20, SH-22, SH-23, SH-3, SH-36, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

into a pocket to have at the ready for grooming, or as a training reward. When you are ready to simplify your grooming routine, have Brush in your pocket!



**Package Include:**

1*Original for Horses Dogs 6-in-1 Shedding Grooming Massage

---

6 IN 1 Shedding Groomin...

$24.99   ~~$42.97~~

**Color**
Blue

**Quantity**
−  1  +

**ADD TO CART**

---

Exhibit 1
Doe #879
Copyright(s) SH-12, SH-17, SH-19, SH-2, SH-20, SH-22, SH-23, SH-3, SH-36, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 880

**MARKETPLACE:** Other

**MERCHANT NAME:** superbzeal

**SELLER ID:** superbzeal.com



Exhibit 1
Doe #880
Copyright(s) SH-2,  SH-GIF2: Listing Image
Design Patent Used

superbzeal.com/products/6-in-1-shedding-grooming-massage-brush



- **Massage Muscles**

This multifunctional beauty massage brush **can massage and stretch muscles, promote blood circulation**, and is very suitable for use before and after riding.

- **Good Decontamination Effect**

The large matte surface can be used to foam and penetrate deep into the skin to remove dirt. The small matte surface can be used to clean detailed parts such as the face and legs. Make cleaning faster and easier.

 (🎇New Year Sale🎇-...

$ 26.99  $53.98

Color
Black

🎁Buy More Save More🎁

1 PC

Quantity
− 1 +

ADD TO CART

Exhibit 1
Doe #880
Copyright(s) SH-2,  SH-GIF2: Listing Image
Design Patent Used



## SPECIFICATIONS

**PRODUCT WEIGHT**
- 312G

**PACKAGE CONTENTS**
- 6-in-1 Shedding Grooming Massage Brush × 1





(💥New Year Sale💥-...

$ 26.99  $53.98

**Color**
Black

Buy More Save More🎁
1 PC

**Quantity**
− 1 +

ADD TO CART

Exhibit 1
Doe #880
Copyright(s) SH-2,  SH-GIF2: Listing Image
Design Patent Used

**DOE NUMBER:** 883

**MARKETPLACE:** Other

**MERCHANT NAME:** swan-sunny

**SELLER ID:** swan-sunny.com



Exhibit 1
Doe #883
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #883
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #883
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

2023-04-21



Exhibit 1
Doe #883
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



swan-sunny.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage

Payments Via PayPal and CreditCard ✨ Free Shipping Over $40 ✨

USD    English

# swan-sunny

All Collections    About us    Contact us    Shipping policy    Privacy policy

## Original for Horses Dogs 6-in-1 Shedding Grooming Massage

**$ 26.99**  $49.99   **46% OFF**

🏷 793 Sold

👁 344 People Are Browsing

**BUY MORE SAVE MORE**

BUY 1 PC    🔥BUY 2 GET EXTRA 10% OFF

🔥🔥BUY 3 GET 1 MORE FREE(TOTAL 4 PCS)& FREE SHIPING

Quantity

−  1  +

🚚 Worldwide Express Shipping Available.

✈ support@swan-sunny.com

🎁 100% Quality Inspection on every order.

🔒 Secure payment via PayPal & Credit Card

**ADD TO CART**

**BUY IT NOW**

**Buy More Save More!**

Exhibit 1
Doe #883
Copyright(s) SH-1,  SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-8,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-04-21



Exhibit 1
Doe #883
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #883
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



swan-sunny.com/products/original-for-horses-dogs-6-in-1-shedding-grooming-massage

Payments Via PayPal and CreditCard ✨ Free Shipping Over $40 ✨

USD    English

# swan-sunny

All Collections    About us    Contact us    Shipping policy    Privacy policy

Guaranteed to improve the skin and coat!

**Lift & Remove Embedded Dirt**

Like a magic trick, edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!

Exhibit 1
Doe #883
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

Like a magic trick, edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!

**Erase Dried Mud & Sweat**

Perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most

Exhibit 1
Doe #883
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #883
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



Legs, Hip Bones & Hooves

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!

Exhibit 1
Doe #883
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #883
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.

Exhibit 1
Doe #883
Copyright(s) SH-1, SH-12, SH-15, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-8, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 888

**MARKETPLACE:** Other

**MERCHANT NAME:** theflycloud

**SELLER ID:** theflycloud.com




2023-04-26

theflycloud.com/products/new-year-sale---50-off-6-in-1-shedding-grooming-massage-brush

# Theflycloud

All products



**Legs, Hip Bones & Hooves**



- **Massage Muscles**

This multifunctional beauty massage brush **can massage and stretch muscles, promote blood circulation**, and is very suitable for use before and after riding.



**EASY TO CARRY**

 🔥 Last Day Promotio...

$ 26.99  ~~$53.98~~

**Color**
Black

**Quantity**
− 1 +

**ADD TO CART**

Exhibit 1
Doe #888
Copyright(s) SH-2,  SH-GIF2: Listing Image
Design Patent Used

2023-04-26



# Theflycloud

All products





PRODUCT WEIGHT
- 312G

PACKAGE CONTENTS
- 6-in-1 Shedding Grooming Massage Brush × 1



🔥 Last Day Promotio...

$ 26.99  ~~$ 53.98~~

Color
Black

Quantity
− 1 +

ADD TO CART

Exhibit 1
Doe #888
Copyright(s) SH-2,  SH-GIF2: Listing Image
Design Patent Used

**DOE NUMBER:** 891

**MARKETPLACE:** Other

**MERCHANT NAME:** tophotred

**SELLER ID:** tophotred.com





   

  



## 6-in-1 Shedding Grooming Massage Brush

~~$ 43.31 USD~~  $ 25.99 USD

Buy More Save More

| 1PCS | 2PCS Free Shipping & Save $5 |

Quantity

− 1 +

◆ 62 visitor(s) currently looking at this product

ADD TO CART

PayPal

PayPal CREDIT

VISA   MasterCard   AMEX   DISCOVER

Powered by PayPal

Exhibit 1
Doe #891
Trademark(s) Striphair,  Gentle Groomer: Listing Image
Copyright(s) SH-17,  SH-2,  SH-20,  SH-25,  SH-4,  SH-GIF1,  SH-GIF2: Listing Image
Design Patent Used

tophotred.com/products/brush-3

🌈 Free shipping: over $39.99 🌈

 Tophotred



   

## 6-in-1 Shedding Grooming Massage Brush

~~$ 43.31 USD~~  $ 25.99 USD ⇕

Buy More Save More

| 1PCS | 2PCS Free Shipping & Save $5 |

Quantity

[ − ] 1 [ + ]

◆ 62 visitor(s) currently looking at this product

🛒 ADD TO CART

PayPal

PayPal CREDIT

VISA   MASTERCARD   AMEX   DISCOVER

RECENTLY VIEWED ‹

Exhibit 1
Doe #891
Trademark(s) Striphair,  Gentle Groomer: Listing Image
Copyright(s) SH-17,  SH-2,  SH-20,  SH-25,  SH-4,  SH-GIF1,  SH-GIF2: Listing Image
Design Patent Used





tophotred.com/products/brush-3



### Lift & Remove Embedded Dirt

The edge of the massage brush can **quickly scrape the dust off the horse**, keeping it clean and dry!



### Stretch & Warm Muscles



6-in-1 Shedding Gro...

$ 25.99   $43.31

**Buy More Save More**

1PCS

**Quantity**

−   1   +

**ADD TO CART**

RECENTLY VIEWED

Exhibit 1
Doe #891
Trademark(s) Striphair,  Gentle Groomer: Listing Image
Copyright(s) SH-17,  SH-2,  SH-20,  SH-25,  SH-4,  SH-GIF1,  SH-GIF2: Listing Image
Design Patent Used

tophotred.com/products/brush-3

## Clean Saddle Pads

**Remove hair, ground-in dirt, and crusty sweat from both English and Western saddle pads.** The Grooming Massage Brush will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



**Fits in a Pocket**

 6-in-1 Shedding Gro...

$ 25.99   $43.31

Buy More Save More

1PCS

Quantity

— 1 +

ADD TO CART

Exhibit 1
Doe #891
Trademark(s) Striphair,  Gentle Groomer: Listing Image
Copyright(s) SH-17,  SH-2,  SH-20,  SH-25,  SH-4,  SH-GIF1,  SH-GIF2: Listing Image
Design Patent Used


tophotred.com/products/brush-3

### Fits in a Pocket

Easy to keep handy. It slips into a pocket to have at the ready for grooming, or as a training reward. When you are ready to simplify your grooming routine, have Grooming Massage Brush in your pocket!



 6-in-1 Shedding Gro...

$ 25.99   ~~$ 43.31~~

**Buy More Save More**

1PCS

**Quantity**

1

**ADD TO CART**

Exhibit 1
Doe #891
Trademark(s) Striphair, Gentle Groomer: Listing Image
Copyright(s) SH-17, SH-2, SH-20, SH-25, SH-4, SH-GIF1, SH-GIF2: Listing Image
Design Patent Used


tophotred.com/products/brush-3

RECENTLY VIEWED

**Legs, Hip Bones & Hooves**

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to choice all year long.

You can even clean up the hooves!



 6-in-1 Shedding Gro...

$ 25.99  $43.31

Buy More Save More

1PCS

Quantity

− 1 +

ADD TO CART

Exhibit 1
Doe #891
Trademark(s) Striphair,  Gentle Groomer: Listing Image
Copyright(s) SH-17,  SH-2,  SH-20,  SH-25,  SH-4,  SH-GIF1,  SH-GIF2: Listing Image
Design Patent Used

**DOE NUMBER:** 904

**MARKETPLACE:** Other

**MERCHANT NAME:** witmethod

**SELLER ID:** witmethod.com

2022-05-14



witmethod.com/products/brush-11

Home    Hot Sale    Order Tracking    ABOUT US ▾    FAQS    🇮🇳 INR ∨



   

## 6-in-1 Shedding Grooming Massage Brush

🛍 5.82K Sold

~~INR ₹3,407.86~~  INR ₹1,781.41

👍 It's been recommended by 5.37K people on Facebook, Twitter and Instagram

Color

Black    Red    Blue

BUY MORE SAVE MORE

BUY 1    BUY 2(SAVE $5)    BUY 4 GET 1 FREE(5PCS)

Quantity

−    1    +

Only 23 items left in stock          Tight Inventory!

🛒 ADD TO CART

Exhibit 1
Doe #904
Trademark(s) The Gentle Groomer: Listing Image
Copyright(s) SH-2, SH-25, SH-8, SH-9: Listing Image
Design Patent Used

2022-05-14

6-in-1 Shedding Grooming Mass...

witmethod.com/products/brush-11



   

# 6-in-1 Shedding Grooming Massage Brush

🛍 5.82K Sold

~~INR ₹3,407.86~~   INR ₹1,781.41

👍 It's been recommended by 5.37K people on Facebook, Twitter and Instagram

**Color**

| Black | Red | Blue |

**BUY MORE SAVE MORE**

| BUY 1 | BUY 2(SAVE $5) | BUY 4 GET 1 FREE(5PCS) |

**Quantity**

−  1  +

Only 23 items left in stock                    **Tight Inventory!**

🛒 ADD TO CART

Exhibit 1
Doe #904
Trademark(s) The Gentle Groomer: Listing Image
Copyright(s) SH-2, SH-25, SH-8, SH-9: Listing Image
Design Patent Used

2022-05-14

 6-in-1 Shedding Grooming Mass...

witmethod.com/products/brush-11

 WITMETHOD

Home    Hot Sale    Order Tracking    ABOUT US ▾    FAQS     INR ⌄        🔍    🛒 0



   

## 6-in-1 Shedding Grooming Massage Brush

🛍 5.82K Sold

INR ₹3,407.86    INR ₹1,781.41

👍 It's been recommended by 5.37K people on Facebook, Twitter and Instagram

Color

Black    Red    Blue

BUY MORE SAVE MORE

BUY 1    BUY 2(SAVE $5)    BUY 4 GET 1 FREE(5PCS)

Quantity

−    1    +

Only 23 items left in stock    Tight Inventory!

🛒 ADD TO CART

Exhibit 1
Doe #904
Trademark(s) The Gentle Groomer: Listing Image
Copyright(s) SH-2,  SH-25,  SH-8,  SH-9: Listing Image
Design Patent Used



Exhibit 1
Doe #904
Trademark(s) The Gentle Groomer: Listing Image
Copyright(s) SH-2, SH-25, SH-8, SH-9: Listing Image
Design Patent Used

2022-05-14

6-in-1 Shedding Grooming Mass...

witmethod.com/products/brush-11

# 6-in-1 Shedding Grooming Massage Brush

5.82K Sold

INR ₹3,407.86   INR ₹1,781.41

It's been recommended by 5.37K people on Facebook, Twitter and Instagram

Color

Black   Red   Blue

BUY MORE SAVE MORE

BUY 1   BUY 2(SAVE $5)   BUY 4 GET 1 FREE(5PCS)

Quantity

−   1   +

Only 23 items left in stock

Tight Inventory!

ADD TO CART

Exhibit 1
Doe #904
Trademark(s) The Gentle Groomer: Listing Image
Copyright(s) SH-2, SH-25, SH-8, SH-9: Listing Image
Design Patent Used

**DOE NUMBER:** 906

**MARKETPLACE:** Other

**MERCHANT NAME:** alcartoonly

**SELLER ID:** www.alcartoonly.com



Exhibit 1
Doe #906
Copyright(s) SH-18,  SH-21: Listing Image
Design Patent Used



Exhibit 1
Doe #906
Copyright(s) SH-18, SH-21: Listing Image
Design Patent Used

**DOE NUMBER:** 907

**MARKETPLACE:** Other

**MERCHANT NAME:** allhaulm

**SELLER ID:** www.allhaulm.com



Exhibit 1
Doe #907
Copyright(s) SH-1, SH-2, SH-25, SH-4, SH-7, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used





Exhibit 1
Doe #907
Copyright(s) SH-1,  SH-2,  SH-25,  SH-4,  SH-7,  SH-GIF1,  SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #907
Copyright(s) SH-1, SH-2, SH-25, SH-4, SH-7, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



The edge of the massage brush can **quickly scrape the dust off the horse**, keeping it clean and dry!

**Stretch & Warm Muscles**

The Grooming Massage Brush was originally conceived as a massage tool to **warm and stretch tissue and muscles while increasing circulation.** Ideal to use before saddling, as well as post-work-out.

Buy 2 Free Shipping
1PCS

Quantity
1

ADD TO CART

6-in-1 Shedding Groo...
$29.99    $39.99

Exhibit 1
Doe #907
Copyright(s) SH-1,  SH-2,  SH-25,  SH-4,  SH-7,  SH-GIF1,  SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

https://www.allhaulm.com/products/brush-3-2

The Grooming Massage Brush was originally conceived as a massage tool to **warm and stretch tissue and muscles while increasing circulation.** Ideal to use before saddling, as well as post-work-out.



**Stretch & Warm Muscles**



**Groom the Face -- Safely**

The custom formulated rubber, rounded corners, wedged ends and small exfoliating diamonds make The Grooming Massage Brush **both effective and safe for use**

**Groom the Face -- Safely**

6-in-1 Shedding Groo...

$29.99  $39.99

Buy 2 Free Shipping

1PCS

Quantity

1

**ADD TO CART**

Exhibit 1
Doe #907
Copyright(s) SH-1, SH-2, SH-25, SH-4, SH-7, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



**Groom the Face -- Safely**

The custom formulated rubber, rounded corners, wedged ends and small exfoliating diamonds make The Grooming Massage Brush **both effective and safe for use everywhere on the face.**

Legs, Hip Bones & Hooves

Legs, Hip Bones & Hooves

Stretch & Warm

6-in-1 Shedding Groo...

$29.99   $39.99

Buy 2 Free Shipping

1PCS

Quantity

1

ADD TO CART

Exhibit 1
Doe #907
Copyright(s) SH-1,  SH-2,  SH-25,  SH-4,  SH-7,  SH-GIF1,  SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 909

**MARKETPLACE:** Other

**MERCHANT NAME:** bulk-supplement

**SELLER ID:** www.bulk-supplement.com

2022-10-25



Exhibit 1
Doe #909
Copyright(s) SH-21: Listing Image
Design Patent Used

**DOE NUMBER:** 910

**MARKETPLACE:** Other

**MERCHANT NAME:** confidencem

**SELLER ID:** www.confidencem.com



Exhibit 1
Doe #910
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1
 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #910
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

2023-04-21



Exhibit 1
Doe #910
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #910
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #910
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #910
Copyright(s) SH-1,  SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #910
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

https://www.confidencem.com/products/6-in-1-shedding-grooming-massage-brush

groom. You've got my name on it.

**Remove Shedding Hair - Blade-Free!**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade.
Guaranteed to improve the skin and coat!



**Lift & Remove Embedded Dirt**

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat

6 IN 1 SHEDDING GROOMING ...
C***s
Recently purchased

6 IN 1 SHEDDING GROOMI...
~~$40.00~~ $24.95

Quantity    1

ADD TO CART

Exhibit 1
Doe #910
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

# Confidencem

New Arrival

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!



**Erase Dried Mud & Sweat**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to



6 IN 1 SHEDDING GROOMING ...

C***s

Recently purchased

 6 IN 1 SHEDDING GROOMI...

~~$40.00~~ $24.95

Quantity

− 1 +

ADD TO CART

Exhibit 1
Doe #910
Copyright(s) SH-1,  SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

https://www.confidencem.com/products/6-in-1-shedding-grooming-massage-brush

**Erase Dried Mud & Sweat**

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



**COMFORT by DESIGN**

**Groom the Face -- Safely**

The custom formulated rubber, rounded corners, wedged ends and small

6 IN 1 SHEDDING GROOMING ...
C***s
Recently purchased

6 IN 1 SHEDDING GROOMI...
~~$40.00~~  $24.95

Quantity
− 1 +
ADD TO CART

Exhibit 1
Doe #910
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1
SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

**Stretch & Warm Muscles**

The Gentle Groomer was originally conceived as a massage tool to warm and stretch tissue and muscles while increasing circulation. Ideal to use before saddling, as well as post work-out.



**Lather Shampoo & Lift Dirt**

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat. The small diamond pads clean up the face and legs for a quick and thorough washing session.

6 IN 1 SHEDDING GROOMING ...
C***s
Recently purchased

6 IN 1 SHEDDING GROOMI...
$40.00  $24.95

Quantity
−  1  +

ADD TO CART

Exhibit 1
Doe #910
Copyright(s) SH-1,  SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

## Confidencem

New Arrival



Lather Shampoo & Lift Dirt

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat. The small diamond pads clean up the face and legs for a quick and thorough washing session.

Scrape off Sweat or Rinse Water

A comfortable and effective alternative to stiff sweat scrapers, the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH removes water and sweat

6 IN 1 SHEDDING GROOMING ...

C***s

Recently purchased

6 IN 1 SHEDDING GROOMI...
$40.00  $24.95

Quantity
−  1  +

ADD TO CART

Exhibit 1
Doe #910
Copyright(s) SH-1,  SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

https://www.confidencem.com/products/6-in-1-shedding-grooming-massage-brush

**Scrape off Sweat or Rinse Water**

A comfortable and effective alternative to stiff sweat scrapers, the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH removes water and sweat like a squeegee. Scrape the delicate and hard-to-reach areas for a quick dry.



**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops dirt and grit

6 IN 1 SHEDDING GROOMING ...
C***s
Recently purchased

6 IN 1 SHEDDING GROOMI...
$40.00 $24.95

Quantity
− 1 +

ADD TO CART

Exhibit 1
Doe #910
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1
 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

https://www.confidencem.com/products/6-in-1-shedding-grooming-massage-brush

**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



**Massage & Therapy Aid**

Digital Thermal Imaging shows the effectiveness of the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH in warming the muscles. The 9-inch flexible tool covers more area than the hand can do alone. It pins and

6 IN 1 SHEDDING GROOMI...    ~~$40.00~~ $24.95

Quantity    − 1 +    **ADD TO CART**

Exhibit 1
Doe #910
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



### Fits in a Pocket

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is easy to keep handy. It slips into a pocket to have at the ready for grooming, or as a training reward. When you are ready to simplify your grooming routine, have Brush in your pocket!

Package Include:

1*Original for Horses Dogs 6-in-1 Shedding Grooming Massage

6 IN 1 SHEDDING GROOMI...

~~$40.00~~ $24.95

Quantity    −  1  +    ADD TO CART

6 IN 1 SHEDDING GROOMING ...
C***s
Recently purchased

Exhibit 1
Doe #910
Copyright(s) SH-1,  SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #910
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1
SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

https://www.confidencem.com/products/6-in-1-shedding-grooming-massage-brush



**Legs, Hip Bones & Hooves**

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!

**Stretch & Warm Muscles**

The Gentle Groomer was originally conceived as a massage tool to warm and stretch tissue and muscles while increasing circulation. Ideal to use before saddling, as well as post work-out.

6 IN 1 SHEDDING GROOMING …
C***s
Recently purchased

6 IN 1 SHEDDING GROOMI…
$40.00  $24.95

Quantity
− 1 +    ADD TO CART

Exhibit 1
Doe #910
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 911

**MARKETPLACE:** Other

**MERCHANT NAME:** costumebrand

**SELLER ID:** www.costumebrand.com



♡Free Shipping Over $39.99 ♡Worldwide Delivery♡

ALL PRODUCTS    Kitchen & Bath Tools    🔥hot sale


CostumeBrand

USD    English 🔍 👤 🛒

Home  /  (🍀 SPRING HOT SALE - 48% O...


THERAPEUTIC


CLEAN & SHINE


SHED COMFORTABLY


SAFE EVERYWHERE

(🍀SPRING HOT SALE - 48% OFF🍀) Hair Removal Grooming Massage Brush - For Sensitive Cats and Dogs🐕

⭐⭐⭐⭐⭐ 10 Reviews

**$19.99** ~~$29.99~~

Buy 2 save 5% | Buy 4 save 15% | View more

**COLOR**

BLACK    RED    BLUE

**QTY**

BUY 1 | BUY 2 GET 15% OFF($16.99/PC)

BUY 3 GET 25% OFF($14.99/PC+FREE SHIPPING)

**Quantity**

−  1  +

👁 36 visitors currently looking at this product


Extra 5% OFF FOR NEW    COPY CODE    DB5

RECENTLY VIEWED

Exhibit 1
Doe #911
Copyright(s) SH-21: Listing Image
Design Patent Used

**DOE NUMBER:** 912

**MARKETPLACE:** Other

**MERCHANT NAME:** embravewise

**SELLER ID:** www.embravewise.com



Exhibit 1
Doe #912
Copyright(s) SH-18: Listing Image
Design Patent Used

**DOE NUMBER:** 913

**MARKETPLACE:** Other

**MERCHANT NAME:** goblinpocket

**SELLER ID:** www.goblinpocket.com



Exhibit 1
Doe #913
Copyright(s) SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #913
Copyright(s) SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #913
Copyright(s) SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #913
Copyright(s) SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #913
Copyright(s) SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #913
Copyright(s) SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

https://www.goblinpocket.com/products/6-in-1-shedding-grooming-massage-brush

I personally guarantee you and your horse will love this new way to groom. You've got my name on it.

## Remove Shedding Hair - Blade-Free!

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade.
Guaranteed to improve the skin and coat!





Mini Drone Induction...
B***M
Recently purchased

 6 IN 1 SHEDDING GROOMING M...
$24.95   $40.00

Quantity
−  1  +

 ADD TO CART

Exhibit 1
Doe #913
Copyright(s) SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

## Lift & Remove Embedded Dirt

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!



## Erase Dried Mud & Sweat

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud

6 IN 1 SHEDDING GROOMING M...
$24.95  $40.00

Quantity
−  1  +

ADD TO CART

Exhibit 1
Doe #913
Copyright(s) SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

## Erase Dried Mud & Sweat

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



## COMFORT by DESIGN

6 IN 1 SHEDDING GROOMING M...
$24.95 $40.00

Quantity
1

ADD TO CART

Exhibit 1
Doe #913
Copyright(s) SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

The custom formulated rubber, rounded corners, wedged ends and small exfoliating diamonds make The Gentle Groomer both effective and safe for use everywhere on the face.



## Legs, Hip Bones & Hooves

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!


Mini Drone Induction...
A***o
Recently purchased

6 IN 1 SHEDDING GROOMING M...
$24.95  $40.00

Quantity
− 1 +

ADD TO CART

Exhibit 1
Doe #913
Copyright(s) SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-04-21

## Legs, Hip Bones & Hooves

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!



## Stretch & Warm Muscles

The Gentle Groomer was originally conceived as a massage tool to warm and stretch tissue and muscles

6 IN 1 SHEDDING GROOMING M...
$24.95 $40.00

Quantity
1


ADD TO CART

Exhibit 1
Doe #913
Copyright(s) SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

https://www.goblinpocket.com/products/6-in-1-shedding-grooming-massage-brush

## Stretch & Warm Muscles

The Gentle Groomer was originally conceived as a massage tool to warm and stretch tissue and muscles while increasing circulation. Ideal to use before saddling, as well as post work-out.



## Lather Shampoo & Lift Dirt

**6 IN 1 SHEDDING GROOMING M...**
$24.95  $40.00

Quantity: 1

**ADD TO CART**

6 IN 1 SHEDDING G...
J***m
Recently purchased

Exhibit 1
Doe #913
Copyright(s) SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used

https://www.goblinpocket.com/products/6-in-1-shedding-grooming-massage-brush

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat. The small diamond pads clean up the face and legs for a quick and thorough washing session.



## Scrape off Sweat or Rinse Water

A comfortable and effective alternative to stiff sweat scrapers, the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH removes water and sweat like a squeegee. Scrape the delicate and hard-to-reach areas for a quick dry.



6 IN 1 SHEDDING G...
J***m
Recently purchased

 6 IN 1 SHEDDING GROOMING M...
$24.95  $40.00

Quantity   −  1  +     🛒 ADD TO CART

Exhibit 1
Doe #913
Copyright(s) SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

## Scrape off Sweat or Rinse Water

A comfortable and effective alternative to stiff sweat scrapers, the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH removes water and sweat like a squeegee. Scrape the delicate and hard-to-reach areas for a quick dry.



6 IN 1 SHEDDING GROOMING M...
$24.95  $40.00

Quantity
1

ADD TO CART

Exhibit 1
Doe #913
Copyright(s) SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

https://www.goblinpocket.com/products/6-in-1-shedding-grooming-massage-brush

## Clean Saddle Pads

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



## Massage & Therapy Aid

Digital Thermal Imaging shows the effectiveness of the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH

6 IN 1 SHEDDING GROOMING M...
$24.95  $40.00

Quantity
1

ADD TO CART

Exhibit 1
Doe #913
Copyright(s) SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



## Fits in a Pocket

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is easy to keep handy. It slips into a pocket to have at the ready for grooming, or as a training reward. When you are ready to simplify your grooming routine, have Brush in your pocket!

Mini Drone Induction...
W***k
Recently purchased

6 IN 1 SHEDDING GROOMING M...
$24.95   $40.00

Quantity
− 1 +

ADD TO CART

Exhibit 1
Doe #913
Copyright(s) SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 914

**MARKETPLACE:** Other

**MERCHANT NAME:** happyhours-rover

**SELLER ID:** www.happyhours-rover.com

2022-10-24

https://www.happyhours-rover.com/products/hot-sale-now--save-48-off-6-in-1-shedding-grooming-massage-brush-buy-2-get-free-shipping-n...

      

LOG IN    CART    🔍

Home    ALL PRODUCTS    Men's 3D Hoodies    Hand tool&Household Hardware    Gardening    Best-Sellers    Track Your Order

## (🔥Hot Sale NOW- SAVE 48% OFF)6-in-1 Shedding Grooming Massage Brush(BUY 2 GET FREE SHIPPING NOW)







$36.96   $19.99 USD ↕

color

black   blue   red

Quantity          −   1   +

Extra
**BUY 4 GET 20% OFF**          Copy Code
BUY420

Extra
**BUY 3 GET 15% OFF**          Copy Code
BUY315

Extra
**BUY 2 GET 10% OFF**          Copy Code
BUY210

🛫 Free worldwide shipping Over $39

🔄 Free returns

🌿 Sustainably made

🔒 Secure payments

**ADD TO CART**

👁 Cedar Carved Bear with Solar Lantern
⏱ Recently purchased    8d ago

Exhibit 1
Doe #914
Copyright(s) SH-18,  SH-2: Listing Image
Design Patent Used

2022-10-24

https://www.happyhours-rover.com/products/hot-sale-now--save-48-off-6-in-1-shedding-grooming-massage-brush-buy-2-get-free-shipping-n...

LOG IN   CART   🔍

Home   ALL PRODUCTS   Men's 3D Hoodies   Hand tool&Household Hardware   Gardening   Best-Sellers   Track Your Order

## (🔥Hot Sale NOW- SAVE 48% OFF)6-in-1 Shedding Grooming Massage Brush(BUY 2 GET FREE SHIPPING NOW)





$ 36.96   $19.99 USD ⇕

**color**

| black | blue | red |

**Quantity**

− 1 +

**Extra**
**BUY 4 GET 20% OFF**   Copy Code   BUY420

**Extra**
**BUY 3 GET 15% OFF**   Copy Code   BUY315

**Extra**
**BUY 2 GET 10% OFF**   Copy Code   BUY210

🚀 Free worldwide shipping Over $39
📦 Free returns
🌱 Sustainably made
🔒 Secure payments

**ADD TO CART**

Cedar Carved Bear with Solar Lantern
👁 Recently purchased   9d ago

Exhibit 1
Doe #914
Copyright(s) SH-18,  SH-2: Listing Image
Design Patent Used

**DOE NUMBER:** 915

**MARKETPLACE:** Other

**MERCHANT NAME:** implicitm

**SELLER ID:** www.implicitm.com



Exhibit 1
Doe #915
Copyright(s) SH-12, SH-15, SH-2, SH-20, SH-3, SH-8, SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #915
Copyright(s) SH-12,  SH-15,  SH-2,  SH-20,  SH-3,  SH-8,  SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #915
Copyright(s) SH-12,  SH-15,  SH-2,  SH-20,  SH-3,  SH-8,  SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #915
Copyright(s) SH-12,  SH-15,  SH-2,  SH-20,  SH-3,  SH-8,  SH-GIF3: Listing Image
Design Patent Used

Thank you very much for your patronage and trust! We will serve you wholeheartedly! I wish you a happy life and a smooth work.

### Designed for Comfort and Convenience

It is multi-purpose and designed to make quick and **efficient work of grooming...** while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom.



### CONVENIENT & VERSATILE



(🔥Flash Sale🔥 - 40% OFF)-
Automatic Chicken House Door
● Recently purchased            9h ago



**Animal Hair Grooming Hair Loss Tool Kit**
Black / 1 PCS

USD $39.98  **USD $ 23.46**     BUY IT NOW

Exhibit 1
Doe #915
Copyright(s) SH-12,  SH-15,  SH-2,  SH-20,  SH-3,  SH-8,  SH-GIF3: Listing Image
Design Patent Used

2022-10-25



**Legs, Hip Bones & Hooves**

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!



Stretch & Warm Muscles



Animal Hair Grooming Hair Loss Tool Kit

Black / 1 PCS

USD $39.98   USD $ 23.46    BUY IT NOW

Exhibit 1
Doe #915
Copyright(s) SH-12,  SH-15,  SH-2,  SH-20,  SH-3,  SH-8,  SH-GIF3: Listing Image
Design Patent Used

## Clean Saddle Pads

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. It will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



Specification:

(🐾Flash Sale🐾- 40% OFF)-
Automatic Chicken House Door
✔ Recently purchased    9h ago

**Animal Hair Grooming Hair Loss Tool Kit**
Black / 1 PCS

USD $39.98   **USD $23.46**   BUY IT NOW

Exhibit 1
Doe #915
Copyright(s) SH-12, SH-15, SH-2, SH-20, SH-3, SH-8, SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 916

**MARKETPLACE:** Other

**MERCHANT NAME:** inputependa

**SELLER ID:** www.inputependa.com



Exhibit 1
Doe #916
Copyright(s) , SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #916
Copyright(s) , SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #916
Copyright(s) , SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



https://www.inputependa.com/products/6-in-1-shedding-grooming-massage-brush

Remove Shedding Hair - Blade Free!

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade.
Guaranteed to improve the skin and coat!



## Lift & Remove Embedded Dirt



6 IN 1 SHEDDING GROOMING M...
**$24.99** ~~$ 47.78~~

Quantity

−   1   +


ADD TO CART

Exhibit 1
Doe #916
Copyright(s) , SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

## Lift & Remove Embedded Dirt

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!



## Erase Dried Mud & Sweat

---



**6 IN 1 SHEDDING GROOMING M...**
$24.99   ~~$47.78~~

Quantity
− 1 +



---

Exhibit 1
Doe #916
Copyright(s) , SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



## COMFORT by DESIGN

## Groom the Face -- Safely

6 IN 1 SHEDDING GROOMING M...
$24.99 ~~$47.78~~

Quantity
− 1 +

🛒 ADD TO CART

Exhibit 1
Doe #916
Copyright(s) , SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

## Groom the Face -- Safely

The custom formulated rubber, rounded corners, wedged ends and small exfoliating diamonds make The product both effective and safe for use everywhere on the face.



## Legs, Hip Bones & Hooves

6 IN 1 SHEDDING GROOMING M...
$24.99 ~~$ 47.78~~

Quantity
1

ADD TO CART

Exhibit 1
Doe #916
Copyright(s) , SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

         

https://www.inputependa.com/products/6-in-1-shedding-grooming-massage-brush

## Legs, Hip Bones & Hooves

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!





## Stretch & Warm Muscles



6 IN 1 SHEDDING GROOMING M...

$24.99   $47.78

Quantity   −   1   +



ADD TO CART

Exhibit 1
Doe #916
Copyright(s) ,  SH-1,  SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



https://www.inputependa.com/products/6-in-1-shedding-grooming-massage-brush

The product was originally conceived as a massage tool to warm and stretch tissue and muscles while increasing circulation. Ideal to use before saddling, as well as post work-out.



## Lather Shampoo & Lift Dirt

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat. The small diamond pads clean



6 IN 1 SHEDDING GROOMING M...
$24.99   ~~$ 47.78~~

Quantity
−   1   +

ADD TO CART

Exhibit 1
Doe #916
Copyright(s) ,  SH-1,  SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat. The small diamond pads clean up the face and legs for a quick and thorough washing session.



## Scrape off Sweat or Rinse Water

A comfortable and effective alternative to stiff sweat scrapers, the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH removes water



**6 IN 1 SHEDDING GROOMING M...**
$24.99   $47.78

Quantity   − 1 +     ADD TO CART

Exhibit 1
Doe #916
Copyright(s) , SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

A comfortable and effective alternative to stiff sweat scrapers, the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH removes water and sweat like a squeegee. Scrape the delicate and hard-to-reach areas for a quick dry.



Clean Saddle Pads



6 IN 1 SHEDDING GROOMING M...

$24.99   $47.78

Quantity

1

ADD TO CART

Exhibit 1
Doe #916
Copyright(s) ,  SH-1,  SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE
BRUSH will not damage the fibers like sharp tools can. This tool
pops dirt and grit to the surface and gathers up with the hair for
easy removal.



## Massage & Therapy Aid

Digital Thermal Imaging shows the effectiveness of the 6 IN 1
SHEDDING GROOMING MASSAGE BRUSH in warming the muscles.

6 IN 1 SHEDDING GROOMING M...
$24.99   $47.78

Quantity
−   1   +


ADD TO CART

Exhibit 1
Doe #916
Copyright(s) , SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

https://www.inputependa.com/products/6-in-1-shedding-grooming-massage-brush

## Fits in a Pocket

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is easy to keep handy. It slips into a pocket to have at the ready for grooming, or as a training reward. When you are ready to simplify your grooming routine, have Brush in your pocket!



Package Include:

1*Original for Horses Dogs 6-in-1 Shedding Grooming Massage

6 IN 1 SHEDDING GROOMING M...
$24.99   $47.78

Quantity
−  1  +

ADD TO CART

Exhibit 1
Doe #916
Copyright(s) , SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-3, SH-36, SH-9, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

https://www.inputependa.com/products/6-in-1-shedding-grooming-massage-brush

Package Include:

1*Original for Horses Dogs 6-in-1 Shedding Grooming Massage



Click on "**ADD TO CART**" to get yours now!

⚠ Limited Stock Due To High Demand ⚠
This Is A Great Gift For yourself or your friends!
Click "ADD TO CART" To Get Yours Now!

6 IN 1 SHEDDING GROOMING M...
$24.99    $47.78

Quantity
−  1  +

🛒 ADD TO CART

Exhibit 1
Doe #916
Copyright(s) ,  SH-1,  SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-3,  SH-36,  SH-9,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 917

**MARKETPLACE:** Other

**MERCHANT NAME:** magicport

**SELLER ID:** www.magicport.net



Exhibit 1
Doe #917
Copyright(s) SH-12, SH-17, SH-19, SH-2, SH-20, SH-22, SH-23, SH-25, SH-3, SH-36, SH-GIF1, SH-GIF2 SH-GIF3: Listing Image
Design Patent Used

2023-04-21



Exhibit 1
Doe #917
Copyright(s) SH-12, SH-17, SH-19, SH-2, SH-20, SH-22, SH-23, SH-25, SH-3, SH-36, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #917
Copyright(s) SH-12, SH-17, SH-19, SH-2, SH-20, SH-22, SH-23, SH-25, SH-3, SH-36, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-04-21



Exhibit 1
Doe #917
Copyright(s) SH-12, SH-17, SH-19, SH-2, SH-20, SH-22, SH-23, SH-25, SH-3, SH-36, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #917
Copyright(s) SH-12, SH-17, SH-19, SH-2, SH-20, SH-22, SH-23, SH-25, SH-3, SH-36, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

41% OFF- 6 IN 1 Shedding Groc...    Case 1:23-cv-22322-DSL    Document 130-4    Entered on FLSD Docket 10/14/2023    Page 220 of 278

2023-04-21

https://www.magicport.net/products/6-in-1-shedding-grooming-massage-brush

☆ Big Sale: 5% OFF on 2 items | 10% OFF on 3 items ☆

🇺🇸 USD        🌐 English      ❤Buy More Save More ❤

MAGICPORT

Home        Life Helper        About Us        Contact Us

### Remove Shedding Hair - Blade-Free!

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade.
Guaranteed to improve the skin and coat!



DJ Rock Walking Light Musical Pig
⊘ Recently purchased

Remove Embedded Dirt

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the

Exhibit 1
Doe #917
Copyright(s) SH-12, SH-17, SH-19, SH-2, SH-20, SH-22, SH-23, SH-25, SH-3, SH-36, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

41% OFF- 6 IN 1 Shedding Groo

https://www.magicport.net/products/6-in-1-shedding-grooming-massage-brush

⭐ Big Sale: 5% OFF on 2 items | 10% OFF on 3 items ⭐

🇺🇸 USD      🌐 English      ❤Buy More Save More ❤

**MAGICPORT**

Home      Life Helper      About Us      Contact Us

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!



Dried Mud & Sweat

IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!

DJ Rock Walking Light Musical Pig
⊘ Recently purchased

Exhibit 1
Doe #917
Copyright(s) SH-12,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-23,  SH-25,  SH-3,  SH-36,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

41% OFF- 6 IN 1 Shedding Groo...

https://www.magicport.net/products/6-in-1-shedding-grooming-massage-brush

⭐ Big Sale: 5% OFF on 2 items | 10% OFF on 3 items ⭐

🇺🇸 USD        🌐 English      ❤️Buy More Save More ❤️          MAGICPORT

Home      Life Helper      About Us      Contact Us

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



COMFORT by DESIGN

the Face -- Safely

stom formulated rubber, rounded corners, wedged ends and small exfoliating diamonds make The Groomer both effective and safe for use everywhere on the face.

DJ Rock Walking Light Musical Pig
⊘ Recently purchased

Exhibit 1
Doe #917
Copyright(s) SH-12, SH-17, SH-19, SH-2, SH-20, SH-22, SH-23, SH-25, SH-3, SH-36, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Big Sale: 5% OFF on 2 items | 10% OFF on 3 items

USD    English    ❤Buy More Save More ❤    MAGICPORT

Home    Life Helper    About Us    Contact Us

**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



**Massage & Therapy Aid**

Digital Thermal Imaging shows the effectiveness of the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH in warming the muscles. The 9-inch flexible tool covers more area than the

Exhibit 1
Doe #917
Copyright(s) SH-12, SH-17, SH-19, SH-2, SH-20, SH-22, SH-23, SH-25, SH-3, SH-36, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used

⭐ Big Sale: 5% OFF on 2 items | 10% OFF on 3 items ⭐

USD   English   ❤Buy More Save More ❤

**MAGICPORT**

Home     Life Helper     About Us     Contact Us

Digital Thermal Imaging shows the effectiveness of the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH in warming the muscles. The 9-inch flexible tool covers more area than the hand can do alone. It pins and stretches the tissue, while increasing blood circulation to aid the body.



DJ Rock Walking Light Musical Pig
⊘ Recently purchased

a Pocket

IN 1 SHEDDING GROOMING MASSAGE BRUSH is easy to keep handy. It slips into a pocket to have at the ready for grooming, or as a training reward. When you are ready to simplify your grooming routine, have Brush in your pocket!

Exhibit 1
Doe #917
Copyright(s) SH-12,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-23,  SH-25,  SH-3,  SH-36,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

2023-04-21

41% OFF- 6 IN 1 Shedding Groo...

https://www.magicport.net/products/6-in-1-shedding-grooming-massage-brush

⭐ Big Sale: 5% OFF on 2 items | 10% OFF on 3 items ⭐

🇺🇸 USD      🌐 English      ❤Buy More Save More ❤        **MAGICPORT**

Home      Life Helper      About Us      Contact Us

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is easy to keep handy. It slips into a pocket to have at the ready for grooming, or as a training reward. When you are ready to simplify your grooming routine, have Brush in your pocket!



DJ Rock Walking Light Musical Pig
✔ Recently purchased

...age Include:

...inal for Horses Dogs 6-in-1 Shedding Grooming Massage

Exhibit 1
Doe #917
Copyright(s) SH-12,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-23,  SH-25,  SH-3,  SH-36,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 918

**MARKETPLACE:** Other

**MERCHANT NAME:** milletgo

**SELLER ID:** www.milletgo.com



Exhibit 1
Doe #918
Copyright(s) SH-18: Listing Image
Design Patent Used

**DOE NUMBER:** 919

**MARKETPLACE:** Other

**MERCHANT NAME:** mite-wood

**SELLER ID:** www.mite-wood.com





(💥Hot Save 49% 0FF💥) 6-in-1 Shedding Grooming Massage Brush-BUY 3 SAVE 20% OFF+GET FREE SHIPPING

⭐⭐⭐⭐⭐ 8 Reviews

$ 26.99  $44.98

**Share&10%OFF**   **Get**

Color

**BLACK**

🎁Buy More Save More🎁

| 1 PC | BUY 2 SAVE 10% OFF+GET FREE SHIPPING |

BUY 3 SAVE 20% OFF+GET FREE SHIPPING

Quantity

−  1  +

◆ 104 visitors currently looking at this product

🚚 We'll arrange the fastest shipping for you. Free Shipping On Orders Over $39.99

Exhibit 1
Doe #919
Copyright(s) SH-18,  SH-GIF1,  SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #919
Copyright(s) SH-18,  SH-GIF1,  SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #919
Copyright(s) SH-18,  SH-GIF1,  SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

2022-10-24

https://www.mite-wood.com/products/6-in-1-shedding-grooming-massage-brush

ALL PRODUCTS    HOME    HOT SALE    NEW IN

mite-

USD

**Lift & Remove Embedded Dirt**

**Lather Shampoo & Lift Dirt**

**Massage Muscles**

This multifunctional beauty massage brush **can massage and stretch muscles, promote blood circulation**, and is very suitable for use before and after riding.

**Good Decontamination Effect**

The large matte surface can be used to foam and penetrate deep into the skin to remove dirt. The small matte surface can be used to clean detailed parts such as the face and legs. Make cleaning faster and

(🎄🎅 Early Christm...
M***y
Recently purchased

  (💥🎃Halloween Pre Save 49% ...
$26.99  $51.98


Color
BLACK


🎁Buy More Save More🎁
1 PC


Quantity
−  1  +

🛒 ADD TO CART

Exhibit 1
Doe #919
Copyright(s) SH-18,  SH-GIF1,  SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 922

**MARKETPLACE:** Other

**MERCHANT NAME:** puppup

**SELLER ID:** www.puppup.net



Exhibit 1
Doe #922
Copyright(s) SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-23, SH-25, SH-3, SH-36, SH-GIF1, SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #922
Copyright(s) SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-23, SH-25, SH-3, SH-36, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #922
Copyright(s) SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-23,  SH-25,  SH-3,  SH-36,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



2023-04-21

Exhibit 1
Doe #922
Copyright(s) SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-23,  SH-25,  SH-3,  SH-36,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

The **6 IN 1 SHEDDING GROOMING MASSAGE BRUSH** is multi-purpose and designed to make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom. You've got my name on it.

### Remove Shedding Hair - Blade-Free!

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade.
Guaranteed to improve the skin and coat!



### Lift & Remove Embedded Dirt

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE

6 IN 1 Shedding Groo...
$22.99  $39.98

Color
Black

Quantity
1

ADD TO CART

Exhibit 1
Doe #922
Copyright(s) SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-23,  SH-25,  SH-3,  SH-36,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used



### Lift & Remove Embedded Dirt

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!

### Erase Dried Mud & Sweat

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!

6 IN 1 Shedding Groo...
$22.99  $39.98

Color
Black

Quantity
1

ADD TO CART

Exhibit 1
Doe #922
Copyright(s) SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-23, SH-25, SH-3, SH-36, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used

2023-04-21

6 IN 1 Shedding Grooming Mass...

https://www.puppup.net/products/6-in-1-shedding-grooming-massage-brush-2

### Erase Dried Mud & Sweat

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



**COMFORT by DESIGN**

### Groom the Face -- Safely

The custom formulated rubber, rounded corners, wedged ends and small exfoliating diamonds make The product both effective and safe for use everywhere on the face.

6 IN 1 Shedding Groo...
I***8
Recently purchased

6 IN 1 Shedding Groo...
$22.99  $39.98

Color
Black

Quantity
1

ADD TO CART

Exhibit 1
Doe #922
Copyright(s) SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-23,  SH-25,  SH-3,  SH-36,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

### Stretch & Warm Muscles

The product was originally conceived as a massage tool to warm and stretch tissue and muscles while increasing circulation. Ideal to use before saddling, as well as post work-out.



### Lather Shampoo & Lift Dirt

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat. The small diamond pads clean up the face and legs for a quick and thorough washing session.

6 IN 1 Shedding Groo...

U***f
Recently purchased

6 IN 1 Shedding Groo...
$22.99  $39.98

Color
Black

Quantity
− 1 +

**ADD TO CART**

Exhibit 1
Doe #922
Copyright(s) SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-23, SH-25, SH-3, SH-36, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

**Clean Saddle Pads**

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



**Massage & Therapy Aid**

Digital Thermal Imaging shows the effectiveness of the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH in warming the muscles. The 9-inch flexible tool covers more area than the hand can do alone. It pins and stretches the tissue, while increasing blood circulation to aid the body.



6 IN 1 Shedding Gro...
U***f
Recently purchased



6 IN 1 Shedding Groo...
$22.99   $39.98

Color
Black

Quantity
−  1  +

ADD TO CART

Exhibit 1
Doe #922
Copyright(s) SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-23,  SH-25,  SH-3,  SH-36,  SH-GIF1,  SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



### Massage & Therapy Aid

Digital Thermal Imaging shows the effectiveness of the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH in warming the muscles. The 9-inch flexible tool covers more area than the hand can do alone. It pins and stretches the tissue, while increasing blood circulation to aid the body.

### Fits in a Pocket

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is easy to keep handy. It slips into a pocket to have at the ready for grooming, or as a training reward. When you are ready to simplify your grooming routine, have Brush in your pocket!

RECENTLY VIEWED

6 IN 1 Shedding Groo...
$22.99  $39.98

Color
Black

Quantity
−  1  +

ADD TO CART

Exhibit 1
Doe #922
Copyright(s) SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-23, SH-25, SH-3, SH-36, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used



### Fits in a Pocket

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is easy to keep handy. It slips into a pocket to have at the ready for grooming, or as a training reward. When you are ready to simplify your grooming routine, have Brush in your pocket!

### This is the best gift for your horse loving friend

- The 6-in-1 horse brush can be used for multiple purposes, integrating multiple functions such as hair removal, massage, beauty, cleaning, etc. An ideal gift for many cat, dog and equestrian lovers.
- With the Maonple 6-in-1 grooming massage brush, you or your friends

6 IN 1 Shedding Groo...
$22.99  $39.98

Color
Black

Quantity
1

**ADD TO CART**



Exhibit 1
Doe #922
Copyright(s) SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-23,  SH-25,  SH-3,  SH-36,  SH-GIF1,  SH-GIF2
 SH-GIF3: Listing Image
Design Patent Used

https://www.puppup.net/products/6-in-1-shedding-grooming-massage-brush-2



## Package Include

- 1*Original for Horses Dogs 6-in-1 Shedding Grooming Massage

GROOMS the Body | GROOMS the Face | GROOMS the Legs

SHEDS the Coat | SHINES the Coat | CLEANS Hoof Walls

LATHERS Shampoo | SQUEEGEES Rinse Water | MASSAGES Muscles

## Notes

- Due to manual measurements, please allow slight measurement deviations.
- Due to the different display and lighting effects, the actual color of the

6 IN 1 Shedding Gro...
W***w
Recently purchased

6 IN 1 Shedding Groo...
$22.99  $39.98

Color
Black

Quantity
1

ADD TO CART

Exhibit 1
Doe #922
Copyright(s) SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-23, SH-25, SH-3, SH-36, SH-GIF1, SH-GIF2
SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 923

**MARKETPLACE:** Other

**MERCHANT NAME:** rationalu

**SELLER ID:** www.rationalu.com



Exhibit 1
Doe #923
Copyright(s) SH-1,  SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #923
Copyright(s) SH-1,  SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #923
Copyright(s) SH-1,  SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #923
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1
 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #923
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1
 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used







Exhibit 1
Doe #923
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1
 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #923
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1
 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

https://www.rationalu.com/products/6-in-1-shedding-grooming-massage-brush

Remove Shedding Hair - Blade Free!

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH was purposefully designed to remove loose hair released from the skin naturally... without bristles or blade. Guaranteed to improve the skin and coat!



## Lift & Remove Embedded Dirt

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows

6 IN 1 SHEDDING GR...

$24.99    $49.99

| Number | Quantity | |
|--------|----------|---|
| BUY 1 | 1 | ADD TO CART |

Exhibit 1
Doe #923
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

## Lift & Remove Embedded Dirt

Like a magic trick, the patented 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH edge feature lifts dirt from the skin up onto the coat where it stacks up in rows to be brushed to the ground. You will go looking for dirt!



## Erase Dried Mud & Sweat

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect



🔥HOT SALE-Metal ...

J***Z
Recently purchased

6 IN 1 SHEDDING GR...

$24.99  $49.99

| Number | Quantity | |
|--------|----------|--|
| BUY 1 | 1 | ADD TO CART |



Exhibit 1
Doe #923
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

https://www.rationalu.com/products/6-in-1-shedding-grooming-massage-brush

## Erase Dried Mud & Sweat

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH has a diamond pad perfect for removing dried mud and sweat--purposely designed to not clog with dirt and hair like most curries and brushes. Just rinse to clean!



## COMFORT by DESIGN



🔥 HOT SALE-Metal ...
J***Z
Recently purchased

 6 IN 1 SHEDDING GR...
$24.99  $49.99

Number
BUY 1

Quantity
— 1 +

**ADD TO CART**

Exhibit 1
Doe #923
Copyright(s) SH-1,  SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

### Groom the Face -- Safely

The custom formulated rubber, rounded corners, wedged ends and small exfoliating diamonds make The Gentle Groomer both effective and safe for use everywhere on the face.



### Legs, Hip Bones & Hooves



🔥 HOT SALE-Metal ...

M***s
Recently purchased



6 IN 1 SHEDDING GR...

$24.99  $49.99

**Number**
BUY 1

**Quantity**
− 1 +

**ADD TO CART**

Exhibit 1
Doe #923
Copyright(s) SH-1,  SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1  SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used



### Legs, Hip Bones & Hooves

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!

### Stretch & Warm Muscles

The Gentle Groomer was originally conceived as a massage tool to warm and stretch

**6 IN 1 SHEDDING GR...**
$24.99  $49.99

Number

BUY 1

Quantity

1

**ADD TO CART**

Exhibit 1
Doe #923
Copyright(s) SH-1,  SH-12,  SH-15,  SH-17,  SH-19,  SH-2,  SH-20,  SH-22,  SH-25,  SH-3,  SH-36,  SH-4,  SH-6,  SH-9,  SH-GIF1
 SH-GIF2,  SH-GIF3: Listing Image
Design Patent Used

https://www.rationalu.com/products/6-in-1-shedding-grooming-massage-brush

## Stretch & Warm Muscles

The Gentle Groomer was originally conceived as a massage tool to warm and stretch tissue and muscles while increasing circulation. Ideal to use before saddling, as well as post work-out.



## Lather Shampoo & Lift Dirt

 **6 IN 1 SHEDDING GR...**
$24.99  $49.99

Number
BUY 1

Quantity
− 1 +

ADD TO CART

Exhibit 1
Doe #923
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1, SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

https://www.rationalu.com/products/6-in-1-shedding-grooming-massage-brush

## Lather Shampoo & Lift Dirt

The large diamond pad will turn the soap to suds and trap the dirt that is lifted from the skin and coat. The small diamond pads clean up the face and legs for a quick and thorough washing session.



## Scrape off Sweat or Rinse Water

A comfortable and effective alternative to stiff sweat scrapers, the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH removes water and sweat like a squeegee. Scrape



Full Face Protection In...

C***f
Recently purchased



**6 IN 1 SHEDDING GR...**
$24.99   $49.99

Number
BUY 1

Quantity
1

ADD TO CART

Exhibit 1
Doe #923
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

6 IN 1 SHEDDING GROOMING M
https://www.rationalu.com/products/6-in-1-shedding-grooming-massage-brush
2023-04-21

## Scrape off Sweat or Rinse Water

A comfortable and effective alternative to stiff sweat scrapers, the 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH removes water and sweat like a squeegee. Scrape the delicate and hard-to-reach areas for a quick dry.

## Clean Saddle Pads

Remove hair, ground-in dirt and crusty sweat from both English and Western saddle



**6 IN 1 SHEDDING GR...**

$24.99 ~~$49.99~~




Quantity
1




Exhibit 1
Doe #923
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

https://www.rationalu.com/products/6-in-1-shedding-grooming-massage-brush

## Clean Saddle Pads

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



Massage & Therapy Aid



🔥 HOT SALE-Metal ...
M***y
Recently purchased



**6 IN 1 SHEDDING GR...**
$24.99  $49.99

Number
BUY 1

Quantity
1

ADD TO CART

Exhibit 1
Doe #923
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

## Fits in a Pocket

The 6 IN 1 SHEDDING GROOMING MASSAGE BRUSH is easy to keep handy. It slips into a pocket to have at the ready for grooming, or as a training reward. When you are ready to simplify your grooming routine, have Brush in your pocket!



**Package Include:**

1*Original for Horses Dogs 6 in 1 Shedding Grooming Massage



🔥HOT SALE-Metal ...

M***y
Recently purchased



**6 IN 1 SHEDDING GR...**

$24.99  $49.99

| Number | Quantity | |
|--------|----------|---|
| BUY 1 | − 1 + | ADD TO CART |

Exhibit 1
Doe #923
Copyright(s) SH-1, SH-12, SH-15, SH-17, SH-19, SH-2, SH-20, SH-22, SH-25, SH-3, SH-36, SH-4, SH-6, SH-9, SH-GIF1
 SH-GIF2, SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 924

**MARKETPLACE:** Other

**MERCHANT NAME:** supvogue

**SELLER ID:** www.supvogue.com



Exhibit 1
Doe #924
Copyright(s) SH-12, SH-15, SH-19, SH-2, SH-20, SH-3, SH-8, SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #924
Copyright(s) SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-3,  SH-8,  SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #924
Copyright(s) SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-3,  SH-8,  SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #924
Copyright(s) SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-3,  SH-8,  SH-GIF3: Listing Image
Design Patent Used



Exhibit 1
Doe #924
Copyright(s) SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-3,  SH-8,  SH-GIF3: Listing Image
Design Patent Used

2022-10-25



supvogue

USD

**Designed for Comfort and Convenience**

It is multi-purpose and designed to make quick and **efficient work of grooming**... while providing serious therapeutic benefits. It just doesn't get better than that!

**I personally guarantee you and your horse will love this new way to groom.**

**CONVENIENT & VERSATILE**

**Remove Shedding Hair - Blade-Free!**

6 In 1 Horse Hair Comb Horse She...
$21.96  $37.99

Color
Red

BUY MORE SAVE MORE
BUY 1

Quantity
1

BUY IT NOW

Exhibit 1
Doe #924
Copyright(s) SH-12, SH-15, SH-19, SH-2, SH-20, SH-3, SH-8, SH-GIF3: Listing Image
Design Patent Used

supvogue

USD

### Legs, Hip Bones & Hooves

The flexibility of the tool combined with the diamond and edge features for removing dead skin and hair, make this the go-to-choice all year long. You can even clean up the hooves!



### Stretch & Warm Muscles

It was originally conceived as a massage tool to warm and stretch tissue and

6 In 1 Horse Hair Comb Horse She...
$21.96  $37.99

Color
Red

BUY MORE SAVE MORE
BUY 1

Quantity
1

**BUY IT NOW**

Exhibit 1
Doe #924
Copyright(s) SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-3,  SH-8,  SH-GIF3: Listing Image
Design Patent Used

2022-10-25

# supvogue

Remove hair, ground in dirt and crusty sweat from both English and Western saddle pads. It will not damage the fibers like sharp tools can. This tool pops dirt and grit to the surface and gathers up with the hair for easy removal.



Specification:

【Product name】Horse and dog grooming massage brush

6 In 1 Horse Hair Comb Horse She...
$21.96  $37.99

| Color | BUY MORE SAVE MORE | Quantity | |
|---|---|---|---|
| Red | BUY 1 | 1 | BUY IT NOW |

Exhibit 1
Doe #924
Copyright(s) SH-12,  SH-15,  SH-19,  SH-2,  SH-20,  SH-3,  SH-8,  SH-GIF3: Listing Image
Design Patent Used

**DOE NUMBER:** 927

**MARKETPLACE:** Other

**MERCHANT NAME:** youngfight

**SELLER ID:** youngfight.com







# (💥New Year Sale💥 - 47% OFF) 6-in-1 Shedding Grooming Massage Brush

~~$ 53.98 USD~~   $ 26.99 USD

Color

Black   Blue   Red

🎁Buy More Save More🎁

1 PC   BUY 2 SAVE 10% OFF+GET FREE SHIPPING

BUY 3 SAVE 20% OFF+GET FREE SHIPPING

Quantity   —   1   +

ADD TO CART

Exhibit 1
Doe #927
Copyright(s) SH-2,  SH-GIF2: Listing Image
Design Patent Used



- **Massage Muscles**

This multifunctional beauty massage brush **can massage and stretch muscles, promote blood circulation**, and is very suitable for use before and after riding.

- **Good Decontamination Effect**

The large matte surface can be used to foam and penetrate deep into the skin to remove dirt. The small matte surface can be used to clean detailed parts such as the face and legs. Make cleaning faster and easier.

Exhibit 1
Doe #927
Copyright(s) SH-2,  SH-GIF2: Listing Image
Design Patent Used

## SPECIFICATIONS

**PRODUCT WEIGHT**
- 312G

**PACKAGE CONTENTS**
- 6-in-1 Shedding Grooming Massage Brush × 1



Thank you for being one of our valued customers. 🎉

Exhibit 1
Doe #927
Copyright(s) SH-2,  SH-GIF2: Listing Image
Design Patent Used



Exhibit 1
Doe #1099
Trademark(s) StripHair,  Gentle Groomer: Listing Title
Copyright(s) SH-1,  SH-12,  SH-19,  SH-2,  SH-21,  SH-22,  SH-23,  SH-25,  SH-3,  SH-4,  SH-6,  SH-8: Listing Image
Design Patent Used



Exhibit 1
Doe #1099
Trademark(s) StripHair,  Gentle Groomer: Listing Title
Copyright(s) SH-1,  SH-12,  SH-19,  SH-2,  SH-21,  SH-22,  SH-23,  SH-25,  SH-3,  SH-4,  SH-6,  SH-8: Listing Image
Design Patent Used