# Exhibit

# 2 A

**DOE NUMBER:** 704

**MARKETPLACE:** Other

**MERCHANT NAME:** approachee

**SELLER ID:** approachee.com

**Ice-Scraping will be so much faster and easier with this!**

This ice scrape is designed with double scraping action for super-efficient scraping. Clear frozen windows THREE times faster than traditional ice scraper!

---

Christmas Promotion 🎁 【50...

$19.99   $39.98

| Color | Buy More, Save More | Quantity | |
|---|---|---|---|
| Red | Buy 1 Get 1 Free(2 Pcs) | 1 | ADD TO CART |

Very comfortable Grasp for ice-scraping with ease! It's an ice-scraping wonder!



Features:

- Cone-shaped Ice Scraper - Remove even the hardest, frozen frost from your car windows with ease, yet it won't scratch the glasses
- Three times more efficient than any regular ice scraper



CLEARING OFF
ICE IS THE WORST



🎁 Christmas Promo...

B***B
Recently purchased



🎁 Christmas Promotion🎄 【50...
$19.99  $39.98

Color
Red

Buy More, Save More
Buy 1 Get 1 Free(2 Pcs)

Quantity
−  1  +

🛒 ADD TO CART

Paint Roller Saver

approachee.com/products/roller-saver

hot sales     Track Your Order     Contact us

   

APPROACHEE

USD     English






        

## Paint Roller Saver

**$12.99**

**Quantity**

| 1PC | 2PCS (🔥save $4🔥) | 3PCS (🔥save $9🔥) |

**Quantity**

−   1   +

Only **6%** items left in stock

**Tight Inventory**

🌐 **Star Seller.** This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

🚚 Ship within 8-16 hours after payment.

⏱ In Stock, Ready To Ship.

🎁 100% Quality Inspection on every order.

🛒 **ADD TO CART**

**BUY IT NOW**

A new roller holds less paint, so you must return to the paint tray more often.

A used roller absorbs more paint from the tray, it means the roller will cover more wall, saving time and effort.

Our tool encourages painters to clean rather than throw away rollers.


Paint Roller Saver

approachee.com/products/roller-saver


ADD TO CART

BUY IT NOW

       

**A new roller holds less paint,** so you must **return to the paint tray more often.**

A used roller **absorbs more paint** from the tray, it means the roller will **cover more wall, saving time and effort.**

**Our tool encourages painters to clean rather than throw away rollers.**




Furthermore, a new roller may **leave lint on the freshly painted wall.** And you must either remove lint of a new roller or pick lint from the wall. Both are **time consuming and frustrating.**

The **used roller has already lost its loose fibers** so they **won't be left on the wall.**


Paint Roller Saver
N***U
Recently purchased



**Main Features**

- Clean a Paint Roller in Seconds

Easy to clean a paint roller with this cleaning tool. Takes ONE swipe to remove most of the paint left behind in the roller sleeve.





Paint Roller Saver

B***v
Recently purchased



Paint Roller Saver

$12.99

Quantity

1PC

Quantity

− 1 +

 ADD TO CART

hot sales          Track Your Order          Contact us                    USD          English



REUSABLE ✓

MICROWAVE ✓

🍕 Pizza Pack 30% OFF | Collapsible Container For Pizza 🍕

**$38.95** ~~$55.99~~

**Color**

RED   BLACK   WHITE   BULE   GREEN

**Quantity**

−   1   +

Only **8%** items left in stock                    Tight Inventory

🌐 Star Seller. This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

🚚 Ship within 8-16 hours after payment.

⏱ In Stock, Ready To Ship.

🏷 100% Quality Inspection on every order.

🛒 ADD TO CART

BUY IT NOW

🍕 **The Pizza Pack - Storage for a single slice or an entire pizza!!!** 🍕

The struggle of trying to stuff a pizza box in your fridge is a thing of the past, the Pizza Pack perfectly stores slices of pizza in a compact, air-tight container that collapses and expands to maximize your fridge space.

- **SPACE SAVER** - Each pizza container collapses and expands to accommodate the number of pizza slices you have. Perfect for storing leftover pizza without a pizza box taking up the whole shelf!


Pizza Pack 30% ...
N***b
Recently purchased

approachee.com/products/collapsible-container-for-pizza



USD      English









## 🍕 Pizza Pack 30% OFF | Collapsible Container For Pizza 🍕

**$38.95** ~~$55.99~~

**Color**

RED    BLACK    WHITE    BULE    GREEN

**Quantity**

−  1  +

Only **8%** items left in stock                    Tight Inventory

🌐 Star Seller. This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

🚚 Ship within 8-16 hours after payment.

⏱ In Stock, Ready To Ship.

🏷 100% Quality Inspection on every order.

🛒 ADD TO CART

BUY IT NOW

🍕 **The Pizza Pack - Storage for a single slice or an entire pizza!!!** 🍕

The struggle of trying to stuff a pizza box in your fridge is a thing of the past, the Pizza Pack perfectly stores slices of pizza in a compact, air-tight container that collapses and expands to maximize your fridge space.

- **SPACE SAVER** - Each pizza container collapses and expands to accommodate the number of pizza slices you have. Perfect for storing leftover pizza without a pizza box taking up the whole shelf!



        

**BUY IT NOW**

## 🍕The Pizza Pack - Storage for a single slice or an entire pizza!!!🍕

The struggle of trying to stuff a pizza box in your fridge is a thing of the past, the Pizza Pack perfectly stores slices of pizza in a compact, air-tight container that collapses and expands to maximize your fridge space.

- **SPACE SAVER** - Each pizza container collapses and expands to accommodate the number of pizza slices you have. Perfect for storing leftover pizza without a pizza box taking up the whole shelf!





  

hot sales     Track Your Order     Contact us

APPROACHEE

USD     English



## Self-threading Needles

**$7.99** ~~$9.99~~

**Model**

Gold Needles(12PCS)     Silver Needles(12PCS)     Gold Needles*12+Tube

Silver Needles*12+Tube

**Quantity**

−   1   +

Only **7%** items left in stock          Tight Inventory

 Star Seller. This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

Ship within 8-16 hours after payment.

In Stock, Ready To Ship.

100% Quality Inspection on every order.

ADD TO CART

BUY IT NOW



 Self-threading Nee...
I***v
Recently purchased

        

🎄Christmas Promotion【50%... 

approachee.com/products/ice-scraper2

hot sales   Track Your Order   Contact us

 APPROACHEE

USD   English





        

🎁Christmas Promotion🎄【50% OFF 】 Magical Car Ice Scraper

**$19.99**   ~~$39.98~~

**Color**

Red   Blue   Black   Green

**Buy More, Save More**

Buy 1 Get 1 Free(2 Pcs)   Buy 2 Get 3 Free(5 Pcs)   Buy 3 Get 5 Free(8 Pcs)

**Quantity**

−   1   +

Only **6%** items left in stock   Tight Inventory

Star Seller. This seller consistently earned 5-star reviews, shipped on time, and replied quickly to any messages they received.

Ship within 8-16 hours after payment.

In Stock, Ready To Ship.

100% Quality Inspection on every order.

🛒 ADD TO CART

**BUY IT NOW**

🎄Christmas Sale:
Buy 1 Get 1 Free

Christmas Promo...
N***9
Recently purchased

**DOE NUMBER:** 714

**MARKETPLACE:** Other

**MERCHANT NAME:** beautifuldeer

**SELLER ID:** beautifuldeer.com




beautifuldeer.com/products/fist-fighting-chicken

♥Free Shipping Over $49.99♥

🇺🇸 USD   🌐 English














## Fist Fighting Chicken

### $19.99

**Style:**

| **Dark Dinosaur Claw** | Light colored dinosaur claws | Muscle arm |

**BUY MORE SAVE MORE:**

| **BUY 1** | 3 PCS (SAVE $15) | 5 PCS (SAVE $28 & FREE SHIPPING) |

| 7 PCS (SAVE $45 & FREE SHIPPING) |

**Quantity**

| − | 1 | + |

◈ 588 visitors currently looking at this product

**🛒 ADD TO CART**

**Pay with** *PayPal*

f  𝕏  📌





Fist Fighting Chicken
👁 Recently purchased   19 m ago
https://www.beautifuldeer.com/pages/shipping-information





      

♥Free Shipping Over $49.99♥

 USD 🌐 English

🔍 👤 🛒









## Fist Fighting Chicken

**$19.99**

**Style:**

| Dark Dinosaur Claw | Light colored dinosaur claws | Muscle arm |

**BUY MORE SAVE MORE:**

| BUY 1 | 3 PCS (SAVE $15) | 5 PCS (SAVE $28 & FREE SHIPPING) |

| 7 PCS (SAVE $45 & FREE SHIPPING) |

**Quantity**

| − | 1 | + |

❤ 588 visitors currently looking at this product

🛒 **ADD TO CART**

Pay with **PayPal**

f  t  p

  


👁 Fist Fighting Chicken
🕐 Recently purchased   16 s ago


♥Free Shipping Over $49.99♥

USD English













## Fist Fighting Chicken

### $19.99

**Style:**

| Dark Dinosaur Claw | **Light colored dinosaur claws** | Muscle arm |

**BUY MORE SAVE MORE:**

| **BUY 1** | 3 PCS (SAVE $15) | 5 PCS (SAVE $28 & FREE SHIPPING) |

| 7 PCS (SAVE $45 & FREE SHIPPING) |

**Quantity**

| − | 1 | + |

◆ 587 visitors currently looking at this product

**ADD TO CART**

Pay with PayPal





Fist Fighting Chicken
Recently purchased    23 s ago






❤Subscribe to get 10% discount❤

USD  🌐 English












## Fist Fighting Chicken

### $19.99

**Style:**

| Dark Dinosaur Claw | Light colored dinosaur claws | Muscle arm |

**BUY MORE SAVE MORE:**

| BUY 1 | 3 PCS (SAVE $15) | 5 PCS (SAVE $28 & FREE SHIPPING) |

| 7 PCS (SAVE $45 & FREE SHIPPING) |

**Quantity**

| − | 1 | + |

◆ 587 visitors currently looking at this product

🛒 ADD TO CART

Pay with **PayPal**




◉ Fist Fighting Chicken
◉ Recently purchased    15 m ago

  

beautifuldeer.com/products/fist-fighting-chicken?variant=95252

♥Subscribe to get 10% discoun♥



USD    English












## Fist Fighting Chicken

**$21.99**

Style:

| Dark Dinosaur Claw | Light colored dinosaur claws | **Muscle arm** |

BUY MORE SAVE MORE:

| **BUY 1** | 3 PCS (SAVE $15) | 5 PCS (SAVE $28 & FREE SHIPPING) |

| 7 PCS (SAVE $45 & FREE SHIPPING) |

Quantity

| − | 1 | + |

◆ 587 visitors currently looking at this product

**🛒 ADD TO CART**

**Pay with** PayPal









♥Free Shipping Over $49.99♥



USD    English









## Fist Fighting Chicken

### $21.99

Style:

| Dark Dinosaur Claw | Light colored dinosaur claws | **Muscle arm** |

BUY MORE SAVE MORE:

| **BUY 1** | 3 PCS (SAVE $15) | 5 PCS (SAVE $28 & FREE SHIPPING) |

| 7 PCS (SAVE $45 & FREE SHIPPING) |

Quantity

| − | 1 | + |

◆ 587 visitors currently looking at this product

🛒 ADD TO CART

Pay with **PayPal**

f  🐦  📌

 VISA  

 Fist Fighting Chicken
👁 Recently purchased    51 s ago

RECENTLY VIEWED



Subscribe to get 10% discount

USD | English



Putting Green
Cup with Flag
2 Golf Balls
Adjustable Putter
"Do Not Disturb"
Door Hanger

## Mini Golf in the bathroom

**$26.99** ~~$39.99~~ **Save 33%**

Choose The Local Warehouse:

US | UK | AU | EU

Quantity

− 1 +

◆ 586 visitors currently looking at this product

**ADD TO CART**

Pay with **PayPal**

   

RECENTLY VIEWED

DESCRIPTION



♥Free Shipping Over $49.99♥



USD   🌐 English









## Mini Golf in the bathroom

**$26.99**  ~~$39.99~~  **Save 33%**

Choose The Local Warehouse:

US   UK   AU   EU

Quantity

−  1  +

◆ 586 visitors currently looking at this product

🛒 **ADD TO CART**

Pay with **PayPal**







👁 Mini Golf in the bathroom

◆ Recently purchased   28 m ago

DESCRIPTION





beautifuldeer.com/products/flip-n-slide-bucket-lid-mouse-trap

❤Subscribe to get 10% discount❤

🇺🇸 USD   🌐 English











## Flip N Slide Bucket Lid Mouse Trap

**$26.98**  ~~$45.89~~  **Save 41%**

Quantity

−  1  +

❤ 587 visitors currently looking at this product

**🛒 ADD TO CART**

Pay with **PayPal**

PayPal   VISA   mastercard   maestro.   AMERICAN EXPRESS

### DESCRIPTION

👉We provides the following promotions for each customer: Buy More,Save More!



Flip N Slide Bucket Lid Mouse Trap

👁 Recently purchased   52 m ago


USD    English

 









# Flip N Slide Bucket Lid Mouse Trap

**$26.98** ~~$45.89~~ **Save 41%**

Quantity

[ − ] [ 1 ] [ + ]

⊘ 587 visitors currently looking at this product

**ADD TO CART**

Pay with **PayPal**



---

DESCRIPTION

👉We provides the following promotions for each customer:  Buy More,Save More!

(No need to use promotional codes, the system will automatically reduce the price after adding to the shopping cart.)

Guaranteed SAFE Checkout


Flip N Slide Bucket Lid Mouse Trap
⊘ Recently purchased   23 m ago

♥Subscribe to get 10% discoun♥

USD  English

# Universal Topless Can Opener

**$25.99**  $45.87  Save 43%

Quantity

[ − ] [ 1 ] [ + ]

◉ 586 visitors currently looking at this product

🛒 ADD TO CART

Pay with PayPal

## DESCRIPTION

Ditch the glass and drink straight from the can.

 

♥Free Shipping Over $49.99♥



USD English









## Universal Topless Can Opener

**$25.99** ~~$45.87~~ **Save 43%**

Quantity

[ − ] 1 [ + ]

● 586 visitors currently looking at this product

🛒 ADD TO CART

Pay with PayPal

   

---

DESCRIPTION

**Ditch the glass and drink straight from the can.**

 Universal Topless Can Opener

● Recently purchased   56 s ago

**DOE NUMBER:** 720

**MARKETPLACE:** Other

**MERCHANT NAME:** blink-rain

**SELLER ID:** blink-rain.com

   



Home    HOT SALE    Best-Sellers    Track Your Order

USD    English    



## LIGHT & BREATHABLE

Breathable interior fabric provides a cool light and easy wear for your hands. Prevents moist and sweat from forming, making it easier for you to work under the sun inside your garden!

## SCRAPING CLAWS

Easy solution for digging loose soil and planting. Removing the need for an extensive collection of gardening tools!



- **WATERPROOF & BREATHABLE** : Garden genie gloves has flexible design, that protects your hands from dirt, sweat and injuries while heavy duty work, make your hands safe and clean



## GARDENING
### CLAW PROTECTIVE GLOVES





## LIGHT & BREATHABLE

Breathable interior fabric provides a cool light and easy wear for your hands. Prevents moist and sweat from forming, making it easier for you to work under the sun inside your garden!

- **PUNCTURE RESISTANT:** Latex +Polyester + ABS Plastic, Protect your hand completely, prevents

 

  🔥HOT SAVE 48% OFF Gardeni...
$ 19.99   $29.99

Type
Green claw free (1 pair)

Quantity
buy 1

Quantity
−   1   +

 ADD TO CART

   

♥ FREE SHIPPING OVER $39.99 ♥



Home    HOT SALE    Best-Sellers    Track Your Order

USD    English







🔥HOT SALE 49% OFF🔥 Jar Opener Multi-function Cap Opener Under Cabinet

★★★★★ 5 Reviews

**$22.99** ~~$36.99~~

| 5.00% OFF | Get coupon code |
|---|---|
| | F5 |

TYPE:

| 🔥Buy 1 | 🔥Buy 2 Get 1 Free🔥 | 🔥Buy 3 Get 2 Free🔥 |

Quantity

| − | 1 | + |

👁 38 visitors currently looking at this product

🚚 ⚡SHIPPING WORLDWIDE

👍It's been recommended by 1982 people on Facebook, Twitter and Instagram

🛒 ADD TO CART

Pay with **PayPal**

💳 Debit or Credit Card

BUY MORE SAVE MORE!

| Minimum Qty | Discount |
|---|---|
| 2 + | 10% OFF |
| 3 + | 15% OFF |
| 4 + | 20% OFF |



Home    HOT SALE    Best-Sellers    Track Your Order

USD    English




🐢**Handling time>>** Priority is given to delivery after payment.

✅ Guaranteed! GoogleTrusted Store!

🛒 Payments Via PayPal& and CreditCard

📞 Tracking Number for Every Order

🔥3,155 sold in last 24 hours🔥

🔥99.3% of Reviewers Recommends This Product.

It's an unique gift idea. 🔥The QTY is limited!🔥Please make sure to buy enough quantity before we increase the price!!!

- 😊If you are not satisfied with the goods received, please contact us within 15 days after receipt, we will give you the best help!Please don't worry!
- 🔍 Fast refund>>Partial or full refund depend on the situation
- 🚚Shipping>>Worldwide Express Shipping Available.
- 🏆Returns>> Fast refund.Money-Back Guarantee.
- 🐢Handling time>> Ship ASAP After Payment.

## AS SEEN ON:



🎁🏆Don't forget to get some for your family and friends as it's an unique gift idea.








 🔥HOT SALE 49% OFF🔥 Jar Op...
$22.99  $36.99

TYPE
Buy 1

Quantity
− 1 +

🛒 ADD TO CART

frame-wood.com/products/summer-hot-sale---49-off-jar-opener-multi-function-2



Home   HOT SALE   Best-Sellers   Track Your Order

USD   English





Stainless Steel Hardened Teeth,
Super Hard and Super Wear-resistant

Stainless Steel
Rivets

Stainless Steel
Brushed Surface

Stainless Steel Screws



Safe to Use
Save Kitchen Space

Hides Nicely Under Your Cupboard or Cabinet

- **Easy Installation:**Easy to install in minutes and no one will notice it's there. Includes strong peel-and-stick adhesive plus 3 screws.



Easy
Installation

Here comes our LAST Day flash sale!We sell this Jar Opener Multi-function Cap Opener



HOT SALE 49% OFF Jar Op...
$22.99   $36.99

TYPE
Buy 1

Quantity
1



ADD TO CART

♥ FREE SHIPPING OVER $39.99 ♥

**frame-wood**

Home    HOT SALE    Best-Sellers    Track Your Order

USD    English







🔥HOT SAVE 48% OFF Gardening Claw Protective Gloves

★★★★★ 5 Reviews

**$19.99**  ~~$29.99~~

**5.00% OFF**    Get coupon code    F5

type:

Green claw free (1 pair) | Green Single Claw (1 pair) | Green double claw(1 pair)

quantity:

buy 1 | BUY 2 GET 1 FREE | BUY 3 GET 2 FREE

Quantity

−  1  +

👁 38 visitors currently looking at this product

🚚 ⚡SHIPPING WORLDWIDE

🌐 ❤It's been recommended by 1982 people on Facebook, Twitter and Instagram

🛒 ADD TO CART

Pay with **PayPal**

💳 Debit or Credit Card

BUY MORE SAVE MORE!

| Minimum Qty | Discount |
| --- | --- |
| 2 + | 10% OFF |
| 3 + | 15% OFF |

**DOE NUMBER:** 728

**MARKETPLACE:** Other

**MERCHANT NAME:** cheap-easy-go

**SELLER ID:** cheap-easy-go.com

❤Free Shipping Over $39.0❤

# cheap-easy-go

Home   ❤HOT SALE   HOUSEHOLD   ALL PRODUCTS





## (CHRISTMAS PRE SALE - SAVE 50% OFF) 2 in 1 Smart Cutter- BUY 2 FREE SHIPPING

**$19.55**  ~~$39.66~~   **Save 51%**

Quantity

−  1  +

🚚 🔥6398 sold in the last month!!!

🎁 🏅100% Quality Inspection on every order

⚡ ⚡The lowest price in the United States, only today!

🔒 ✅Secure payments

ADD TO CART

BUY IT NOW

f   t   p

❤Free Shipping Over $39.0❤

# cheap-easy-go

🇺🇸 USD

Home   ❤HOT SALE   HOUSEHOLD   ALL PRODUCTS



## (CHRISTMAS PRE SALE - SAVE 50% OFF) 2 in 1 Smart Cutter- BUY 2 FREE SHIPPING

**$19.55**   ~~$39.66~~   Save 51%

Quantity

[ - ] 1 [ + ]

🔥6398 sold in the last month!!!

🔥100% Quality Inspection on every order

⚡The lowest price in the United States, only today!

✅Secure payments

ADD TO CART

BUY IT NOW

f   t   p

❤Free Shipping Over $39.0❤

🇺🇸 USD

# cheap-easy-go

Home    ❤HOT SALE    HOUSEHOLD    ALL PRODUCTS





## (CHRISTMAS PRE SALE - SAVE 50% OFF) 2 in 1 Smart Cutter- BUY 2 FREE SHIPPING

**$19.55**  $39.66   Save 51%

Quantity

−  1  +

🔥6398 sold in the last month!!!

🔥100% Quality Inspection on every order

⚡The lowest price in the United States, only today!

✅Secure payments

ADD TO CART

BUY IT NOW

f  t  p



**2 in 1 Smart Cutter** is the revolutionary 2-in-1 knife and cutting board that chops and slices your favorite foods in seconds without leaving a messy cleanup.



It is designed with ergonomic power pressure handle, to effortlessly cut through food fast.



FEATURES:

- 2-in-1 knife and cutting board
- Chops & Slices in Seconds
- Premium stainless steel blade
- Ergonomic grip is easy on hands
- Easy to clean & Dishwasher safe



2 in 1
**SMART CUTTER**

---

(CHRISTMAS PRE SALE - SAVE ...
$19.55  $39.66

Quantity
1

**BUY IT NOW**



**♥Free Shipping Over $39.0♥**

# cheap-easy-go

USD

Home   ♥HOT SALE   HOUSEHOLD   ALL PRODUCTS

(💥New Year Flash Sale💥-50% OFF) Flip trap

**$19.98**  $50.00  Save 60%

Color

Yellow   White   Red

Quantity

−  1  +

🔥6398 sold in the last month!!!

👍100% Quality Inspection on every order

⚡The lowest price in the United States, only today!

✅Secure payments

ADD TO CART

BUY IT NOW

f  t  p

PROVEN HIGHER CATCH RATE



**HOW IT WORKS?**

Turn an ordinary 5-gallon bucket into the best trap on the market. No more dealing with 1-time use traps that are often ineffective and unsanitary. With our new Flip N' Slide bucket lid all you have to do is snap it onto a standard-sized 5-gallon bucket and boomyou're catching mice and rats.



Mice climb the provided ramp toward the bait located inside of the tunnel



Mice will inch out onto the counter weighted platform to eat the bait

**NOTE: BUCKET NOT INCLUDED**



The mouses weight will trigger the platform to fall forward

The platform will then automatically reset for the next mouse



(☒New Year Flash Sale☒-50%...
$19.98  $50.00

Color
Yellow

Quantity
1

**BUY IT NOW**

✔ Instructional Guide

(NOTE): 5 Gallon Bucket is NOT included



FREQUENTLY ASKED QUESTIONS

Does it only work for Rat and Mice?

You can catch any type of small rodent, Given you use the correct bait.

What to do with a bucket full of mice?

If you want the trap to be lethal, simply half fill the bucket with water. If not, do not put anything inside and after every catch, go and release them somewhere far away from your house. Let nature do the rest.

Doesn't the bait fall in with the mouse? Would you have to reload every time?

You don't put any bait on the slip and slide (flipper). The bait, peanut butter, is put on the underside of the

---



(❌New Year Flash Sale❌-50%...
$19.98  $50.00

Color
Yellow

Quantity
− 1 +

**BUY IT NOW**

**DOE NUMBER:** 754

**MARKETPLACE:** Other

**MERCHANT NAME:** enjoyaitlife

**SELLER ID:** enjoyaitlife.com

♥"We can only go far if we make better products at higher costs"♥

🇺🇸 USD

**ꂑenjoyaitlife**

Home     Bras & Panties     CONTACT US



🎅🎄Christmas Hot Sales -50% OFF - Smart Flip N Slide Bucket Lid Mouse Trap

**$34.99**  ~~$68.98~~   Save 49%

🛒 5.0K Month Sold

👍 It's been recommended by 6.6K people on Facebook, Twitter and Instagram

👁 679 people are viewing this right now

**Klarna.**  4 interest-free payments. Available for orders above $35. Learn More

🔥Buy 2 Get Free Shipping🔥:

**Yellow**

🔥Buy More Save Move🔥:

**Buy 1**     Buy 2 🔥 50% OFF & Free Shipping     Buy 3 🔥 70% OFF & Free Shipping

Buy 4 🔥 75% OFF & Free Shipping

🔥Shipping🔥:

**Fast US Shipping (5-7days)**

Quantity

−  1  +

Small: only **3%** left

Tight Inventory





**DOE NUMBER:** 765

**MARKETPLACE:** Other

**MERCHANT NAME:** feelrational

**SELLER ID:** feelrational.com

USD   English

Home    Friendship & Family Art    Christmas Gift    Patio & Garden    Beauty Makeup    Search

🔥4D Silk Fiber Mascara🔥

**$15.98** ~~$27.99~~

7.1K Sold

It's been recommended by 7.7K people on Facebook, Twitter and Instagram

**5.00% OFF**    Get coupon code    QE19UI

Quantity

−  1  +

Only **39** items left in stock

Tight Inventory

● 1291 visitors currently looking at this product

Worldwide Express Shipping Available.

support@feelrational.com

100% Quality Inspection on every order.

Secure payment via PayPal & Credit Card

ADD TO CART

BUY IT NOW

Longer, bolder, sexier lashes!



Last Day Promotion ...
C***s
Recently purchased



 USD  English 

Home    Friendship & Family Art    Christmas Gift    Patio & Garden    Beauty Makeup    Search



## Cold Beer Coats

**$22.98**

8.2K Sold

It's been recommended by 8.2K people on Facebook, Twitter and Instagram

**5.00% OFF**    Get coupon code    QE19UI

### Quantity

−  1  +

Only **38** items left in stock    **Tight Inventory**

🔴 1291 visitors currently looking at this product

Worldwide Express Shipping Available.

support@feelrational.com

100% Quality Inspection on every order.

Secure payment via PayPal & Credit Card

🛒 ADD TO CART

BUY IT NOW









 USD   English   

Home    Friendship & Family Art    Christmas Gift    Patio & Garden    Beauty Makeup    Search



   

## Cold Beer Coats

**$22.98**

8.2K Sold

It's been recommended by 8.2K people on Facebook, Twitter and Instagram

**5.00% OFF**          Get coupon code
                        QE19UI

**Quantity**

[ − ]  [ 1 ]  [ + ]

Only 38 items left in stock                     Tight Inventory

🔥 1291 visitors currently looking at this product

Worldwide Express Shipping Available.

support@feelrational.com

100% Quality Inspection on every order.

Secure payment via PayPal & Credit Card

[ 🛒 ADD TO CART ]

[ BUY IT NOW ]




2023 New Retinol A...
J***y Recently purchased

USD | English

Home    Friendship & Family Art    Christmas Gift    Patio & Garden    Beauty Makeup    Search



## 🎁 Cold Beer Coats

**$22.98** ~~$44.98~~

📦 8.1K Sold

👍 It's been recommended by 9.7K people on Facebook, Twitter and Instagram

**5.00% OFF**    Get coupon code    QE19UI 📋

🎁 color

[ Black ] [ Red ] [ Blue ] [ Green ]

Quantity

[ − ] [ 1 ] [ + ]

Only 28 items left in stock    Tight Inventory

⊙ 1291 visitors currently looking at this product

🚚 Worldwide Express Shipping Available.
✎ support@feelrational.com
🎁 100% Quality Inspection on every order.
🔒 Secure payment via PayPal & Credit Card

**ADD TO CART**

**BUY IT NOW**

Buy More Save More!




🔥 Last Day Promoti...
Z***n
Recently purchased

**DOE NUMBER:** 767

**MARKETPLACE:** Other

**MERCHANT NAME:** firemid

**SELLER ID:** firemid.com

  firemid.com/products/ice-scraper2

💖 We can only go far if we make better products at higher costs 💖

 **Firemid**

🇺🇸 USD   🌐 English

HOME   HOT SALES   CONTACT US   Return Policy   ABOUT US   FAQS   SHIPPING INFORMATION   TERMS OF SERVICE   Privacy Policy   Search



CLEARING OFF ICE IS THE WORST



IT GETS SNOW AND ICE OFF CARS IN SECONDS



🎁**Christmas Promotion**🎄【**50%OFF** 】 **Magical Car Ice Scraper**

**$19.99**   ~~$29.97~~   **Save 33%**

📅 17.9K Month Sold

It's been recommended by 6.8M people on Facebook, Twitter and Instagram

**Color**

Red   Blue   Black   Green

**Buy More, Save More**

Buy 2 Get 1 Free(3 Pcs)   Buy 3 Get 2 Free(5 Pcs)   Buy 5 Get 4 Free(9 Pcs)   Buy 1

**Quantity**

−   1   +

Only 2% items left in stock   Tight Inventory

👁 709 visitors currently looking at this product

🛒 ADD TO CART   -   $19.99

**BUY IT NOW**

🎄 Christmas Sale:
Buy 2 Get 1 Free
Buy 3 Get 2 Free


🎁 Christmas Promot...
Y***G
Recently purchased



★ ★ ★ ★ ★ 65,000+ HAPPY CUSTOMER

- Fast refund>>100% Money Back Guarantee.
- Secure Payments Via **PayPal®** and **CreditCard**

  **CHRISTMAS IS COMING**  

**Give Your Family a Practical and Innovative Gift in the Cold Winter**

**Ice-Scraping will be so much faster and easier with this!**





This ice scrape is designed with double scraping action for super-efficient scraping. Clear frozen windows THREE times faster than traditional ice scraper!



🎁 Christmas Promot...

l***v
Recently purchased

🎁 Christmas Promotion⚠️ [50...
**$19.99** ~~$29.97~~

**Color**
Red

**Buy More, Save More**
Buy 2 Get 1 Free(3 Pcs)

**Quantity**
− 1 +

🛒 **ADD TO CART**

❤️ We can only go far if we make better products at higher costs ❤️

Very comfortable Grasp for ice-scraping with ease! It's an ice-scraping wonder!



Features:

- Cone-shaped Ice Scraper - Remove even the hardest, frozen frost from your car windows with ease, yet it won't scratch the glasses
- Three times more efficient than any regular ice scraper







🎁 Christmas Promot...

X***7
Recently purchased



🎁 Christmas Promotion⚠️ 【50...

**$19.99**  ~~$29.97~~

**Color**
Red

**Buy More, Save More**
Buy 2 Get 1 Free(3 Pcs)

**Quantity**
−  1  +

**ADD TO CART**

 firemid.com/products/guitar-learning-tools

🔥 We can only go far if we make better products at higher costs 🔥

 **Firemid**

USD | 🌐 English

🔍 👤 🛒

HOME  HOT SALES  CONTACT US  Return Policy  ABOUT US  FAQS  SHIPPING INFORMATION  TERMS OF SERVICE  Privacy Policy  Search









YOU CAN EASILY LEARN to play the guitar by sorting all the strings into specific combinations and distinguishing chords according to the color of the keys

## 🔥BIG SALE - 49% OFF🔥Guitar Chord Assisted Learning Tools

**$23.99**  ~~$47.03~~  **Save 49%**

🛍 27.7K Month Sold

💬 It's been recommended by 6.8M people on Facebook, Twitter and Instagram

**Buy More Save More**

**Buy 1**  |  Buy 2 Get 1 Free (3PCS) & Freeshipping 🎁

Buy 3 Get 2 Free (5PCS) & Freeshipping 🎁🎁

**Quantity**

−  1  +

Only 1% items left in stock  |  **Tight Inventory**

👁 709 visitors currently looking at this product

🛒 ADD TO CART  -  $23.99

**BUY IT NOW**

**Main Features**

- **Simple To Learn**
  You can easily learn to play the guitar by sorting all the strings specific combinations and


🔥BIG SALE - 49% ...
L***J
Recently purchased

firemid.com/products/guitar-learning-tools

★★★★★ Free shipping when you spend $50 or more!

USD | 🌐 English

# Firemid

HOME    HOT SALES    CONTACT US    Return Policy    ABOUT US    FAQS    SHIPPING INFORMATION    TERMS OF SERVICE    Privacy Policy    Search





## 🔥BIG SALE - 49% OFF🔥Guitar Chord Assisted Learning Tools

**$23.99**  ~~$47.03~~  **Save 49%**

🛍 27.7K Month Sold

📣 It's been recommended by 6.8M people on Facebook, Twitter and Instagram

**Buy More Save More**

**Buy 1**    Buy 2 Get 1 Free (3PCS) & Freeshipping 🔥

Buy 3 Get 2 Free (5PCS) & Freeshipping 🔥🔥

**Quantity**

−  1  +

Only 1% items left in stock                    Tight Inventory

👁 709 visitors currently looking at this product

🛒 ADD TO CART  -  $23.99

**BUY IT NOW**

Main Features

- **Simple To Learn**
  You can easily learn to play the guitar by sorting all the strings into specific combinations and

  

firemid.com/products/pizza-pack-collapsible-tupperware-container-for-pizza

❤️We can only go far if we make better products at higher costs❤️



🇺🇸 USD   🌐 English

# Firemid



🔍  👤  🛒

**HOME**    **HOT SALES**    **CONTACT US**    **Return Policy**    **ABOUT US**    **FAQS**    **SHIPPING INFORMATION**    **TERMS OF SERVICE**    **Privacy Policy**    **Search**













🍕 **Pizza Box-Collapsible Container For Pizza** 🍕 **BUY 2 FREE SHIPPING**

**$26.99**  ~~$52.99~~  **Save 49%**

📅 12.3K Month Sold

👍 It's been recommended by 6.8M people on Facebook, Twitter and Instagram

**COLOR**

[ Orange ]  [ WHITE ]  [ BLUE ]  [ BLACK ]

**Quantity**

[ − ]  [ 1 ]  [ + ]

Only 2% items left in stock          Tight Inventory

👁 708 visitors currently looking at this product

🛒 **ADD TO CART  -  $26.99**

**BUY IT NOW**

❤️ **2022 Christmas Pre Promotion** 😊 - Buy More Save More⚡BUY 2 FREE SHIPPING




🍕 **Pizza Box-Collap...**
V***U
Recently purchased


RECENTLY VIEWED



❤ We can only go far if we make better products at higher costs ❤

USD · 🌐 English

# Firemid

🔍 👤 🛒

HOME    HOT SALES    CONTACT US    Return Policy    ABOUT US    FAQS    SHIPPING INFORMATION    TERMS OF SERVICE    Privacy Policy    Search



REUSABLE ✓

MICROWAVE ✓



## 🍕 Pizza Box-Collapsible Container For Pizza 🍕 BUY 2 FREE SHIPPING

**$26.99** ~~$52.99~~   **Save 49%**

📅 12.3K Month Sold

☁ It's been recommended by 6.8M people on Facebook, Twitter and Instagram

**COLOR**

Orange   WHITE   BLUE   BLACK

**Quantity**

−  1  +

Only 2% items left in stock          Tight Inventory

◉ 708 visitors currently looking at this product

🛒 ADD TO CART  -  $26.99

BUY IT NOW

❤ **2022 Christmas Pre Promotion** 🎄 - Buy More Save More⚡BUY 2 FREE SHIPPING



🍕 Pizza Box-Collap...
Q***z
Recently purchased

   

New curling sponge

firemid.com/products/last-day-promotion-49--new-curling-sponge


★★★★★ 65,000+ HAPPY CUSTOMER

USD   English


Firemid

HOME    HOT SALES    CONTACT US    Return Policy    ABOUT US    FAQS    SHIPPING INFORMATION    TERMS OF SERVICE    Privacy Policy    Search





# New curling sponge

**$14.98**  ~~$27.49~~   **Save 46%**

20.0K Month Sold

It's been recommended by 6.8M people on Facebook, Twitter and Instagram

**color**

Pink | Black | Light Blue | Gold | Green | Light green | Purple | Claret

**Quantity**

− 1 +

Only **3%** items left in stock                Tight Inventory

⬤ **712 visitors** currently looking at this product

🛒 ADD TO CART  −  $14.98

**BUY IT NOW**

This curling ribbon for hair gives you a **new healthy way** to achieve those curls you love so much!

New curling sponge

M***i
Recently purchased



⭐⭐⭐⭐⭐ 65,000+ HAPPY CUSTOMER

USD    🌐 English

# Firemid

🔍 👤 🛒

**HOME**   **HOT SALES**   **CONTACT US**   **Return Policy**   **ABOUT US**   **FAQS**   **SHIPPING INFORMATION**   **TERMS OF SERVICE**   **Privacy Policy**   **Search**






## ❄️Early Christmas Sale 50% OFF - Ice Be Gone Scraper-Snow & Ice Remover

**$6.95** ~~$19.99~~   **Save 65%**

📅 15.1K Month Sold

👍 It's been recommended by 6.8M people on Facebook, Twitter and Instagram

**Color**

[black] [green] [red] [blue]

**Quantity**

[−] [1] [+]

Only **1%** items left in stock   **Tight Inventory**

👁 **709 visitors** currently looking at this product

🛒 ADD TO CART  -  $6.95

**BUY IT NOW**

🕐**Handling time**>> Ship within 8-24 hours after payment.

🔄**Returns**>> Fast refund for any dissatisfaction within 30 days, 100% money-back guarantee.

🚚**Shipping**>>We'll arrange the fastest shipping for you. Free Shipping On Orders Over $40

☆**New Car Ice Scrapper :**


❄️Early Christmas S...
E***1
Recently purchased

RECENTLY VIEWED

**DOE NUMBER:** 769

**MARKETPLACE:** Other

**MERCHANT NAME:** flowercog

**SELLER ID:** flowercog.com



❤Enjoy Free Express Shipping on orders over $50 ❤

**Flowercog**

All products

USD





## 🎉2023 Home Decoration Sale - Bucket Lid Mouse Trap

**USD $24.99** ~~USD $49.98~~ Save 50%

🛍 2.4K Sold

👍 It's been recommended by 607 people on Facebook, Twitter and Instagram

👁 2.3K people are viewing this right now

---

🎟 Share on social profile and get coupon code          Share 〉

**Style**

| 1 Pcs | Save $ 5 Get 2Pcs | Save $ 15 Get 3Pcs🔥Free shipping |

Save $ 25 Get 4Pcs🔥Free shipping

**Quantity**

| − | 1 | + |

Only 22 items left in stock                    Tight Inventory

👁 126 visitors currently looking at this product

🛡 Authority: patented products

💬 Customer service: 24 hours online communication





2023 Home Decoration Sale - Bucket Lid Mouse Trap

I***6

Recently purchased

























Quantity

−   1   +

Only **23** items left in stock

Tight Inventory

● **124** visitors currently looking at this product

⚖ Authority: patented products

⊘ Customer service: 24 hours online communication

🔒 Payment security: paypal &amp; Credit card security

🚚 Fast shipping: Enjoy Free Express Shipping on orders over $50

**ADD TO CART**

**BUY IT NOW**


Mouse


2023 Home Decoration Sale - Bucket Lid Mouse Trap

X***P

Recently purchased



**DOE NUMBER:** 772

**MARKETPLACE:** Other

**MERCHANT NAME:** formulalm

**SELLER ID:** formulalm.com

LAST DAY 49% OFF🔥🎁"Show (

formulalm.com/products/show-off-socks

USD    English

♥SSL Certificates For 100% Security♥

**Formulalm**

🏠Home    🔥Hot Sales    🎄Christmas Sales    📞Contact Us

🔥**LAST DAY 49% OFF**🎁**"Show Off"Socks**

★★★★★ 17 Reviews

**$14.97** ~~$22.97~~  Save 35%

🛍 950 Sold

📢 It's been recommended by 996 people on Facebook, Twitter and Instagram

👁 316 visitors currently looking at this product

**Klarna.** 4 interest-free payments. Available for orders above $35. Learn More

**Color**

| Beige | White | Black | Grey & Red | White & Black | Black Strip | Red Strip |

🧦FOR YOUR BROS-SAVE $15 🧦Beige+White+Black(3 PAIRS)

🧦FOR YOUR BROS-SAVE $15 🧦Beige+ Black Strip+Red Strip(3 PAIRS)

**Quantity**

−  1  +

Only **19%** items left in stock

Tight Inventory

🛒 ADD TO CART

Pay with **PayPal**

💳 Debit or Credit Card

LAST DAY 49% O...

P****4
Recently purchased

**DOE NUMBER:** 773

**MARKETPLACE:** Other

**MERCHANT NAME:** frame-wood.

**SELLER ID:** frame-wood.com









**LIGHT & BREATHABLE**

Breathable interior fabric provides a cool light and easy wear for your hands. Prevents moist and sweat from forming, making it easier for you to work under the sun inside your garden!



**SCRAPING CLAWS**

Easy solution for digging loose soil and planting. Removing the need for an extensive collection of gardening tools!

- **WATERPROOF & BREATHABLE** : Garden genie gloves has flexible design, that protects your hands from dirt, sweat and injuries while heavy duty work, make your hands safe and clean





RECENTLY VIEWED



🔥HOT SAVE 48% OFF Gardeni...
$ 19.99  $29.99

**Type**
Green claw free (1 pair)

**Quantity**
buy 1

**Quantity**
−  1  +

🛒 ADD TO CART



♥ FREE SHIPPING OVER $39.99 ♥

Home    HOT SALE    Best-Sellers    Track Your Order

🇺🇸 USD    🌐 English    🔍 👤 🛒









🔥HOT SAVE 48% OFF Gardening Claw Protective Gloves

⭐⭐⭐⭐⭐ 5 Reviews

**$19.99**  ~~$29.99~~

**5.00% OFF**    Get coupon code   FB

type:

| Green claw free (1 pair) | Green Single Claw (1 pair) | Green double claw(1 pair) |

quantity:

| buy 1 | BUY 2 GET 1 FREE | BUY 3 GET 2 FREE |

Quantity

[ − ]  1  [ + ]

⬤ 39 visitors currently looking at this product

🚚 ⚡SHIPPING WORLDWIDE:

👍It's been recommended by 1982 people on Facebook, Twitter and Instagram

🛒 ADD TO CART

Pay with **PayPal**    💳 Debit or Credit Card

BUY MORE SAVE MORE!

| Minimum Qty | Discount |
| --- | --- |
| 2 + | 10% OFF |
| 3 + | 15% OFF |
| 4 + | 20% OFF |
| 5 + | 25% OFF |

## Guaranteed SAFE Checkout

    

🛡 Buyer Protection
☑ Full Refund if you don't receive your order
☑ Full or Partial Refund , if the item is not as described
• Easy and fast returns by professional customer service team

RECENTLY VIEWED

**DOE NUMBER:** 778

**MARKETPLACE:** Other

**MERCHANT NAME:** glossarye

**SELLER ID:** glossarye.com



❤Free Shipping Over $49.99❤

USD

**GLOSSARYE**










- Putting Green
- Cup with Flag
- 2 Golf Balls
- Adjustable Putter
- "Do Not Disturb" Door Hanger

## Mini Golf in the bathroom

**$26.99** ~~$39.99~~

Choose The Local Warehouse:

US · UK · AU · EU

Quantity

− 1 +

👁 873 visitors currently looking at this product

🛒 ADD TO CART − $26.99

Pay with **PayPal**

   

COMPRA SEGURA · 100% REEMBOLSO GARANTIA · MELHOR ATENDIMENTO AO CLIENTE · ENTREGA SEGURA

- Fast refund>> *100% Money Back Guarantee*

Mini Golf in the bath...
F***W
Recently purchased



USD

 GLOSSARYE














Mini Golf in the bath...

I***T
Recently purchased

Mini Golf in the bathroom

**$26.99**  ~~$39.99~~

Choose The Local Warehouse:

US   UK   AU   EU

Quantity

−  1  +

👁 873 visitors currently looking at this product

🛒 ADD TO CART   -   $26.99

Pay with **PayPal**

   

- Fast refund>>*100% Money Back Guarantee.*
- Handling time>> Ship within *24 hours* after payment.
- *More than 95% of customers choose to buy 2!!*

⛳🏌️The toilet time golf game that lets you practice your putting while going to the bathroom.





glossarye.com/products/buy-2-free-shipping-flip-n-slide-bucket-lid-mouse-trap

♥Free Shipping Over $49.99♥

USD



**GLOSSARYE**




### Flip N Slide Bucket Lid Mouse Trap(Buy 2 Free Shipping)

**$29.99**   ~~$55.98~~

Buy More Save More:

| 1 SET | 2 SETS(FREESHIPPING) | 4 SETS(FREESHIPPING&EXTRA SAVE $12) |

Quantity

[ − ] [ 1 ] [ + ]

⊙ 874 visitors currently looking at this product

🛒 ADD TO CART   − $29.99

Pay with **PayPal**


Guaranteed SAFE Checkout

- 🎁 Full refund within 30 days without reason
- 🛍 Payment via PayPal® and credit card
- 🎁 Buy now to enjoy **35% OFF** and Order over **49.99$ Free shipping**


Flip N Slide Bucket ...
T***d
Recently purchased

Flip N Slide Bucket Lid Mouse Ti...

🔍 glossarye.com/products/buy-2-free-shipping-flip-n-slide-bucket-lid-mouse-trap

❤Free Shipping Over $49.99❤

 USD

 **GLOSSARYE**

🔍 👤 🛒









How This Trap Works





1. Mice climb the provided ramp toward the bait located inside of the tunnel

2. Mice will inch out onto the counter weighted platform to eat the bait

**NOTE: BUCKET NOT INCLUDED**

3. The mouses weight will trigger the platform to fall forward

4. The platform will then automatically reset for the next mouse

## Flip N Slide Bucket Lid Mouse Trap(Buy 2 Free Shipping)

**$29.99**  ~~$55.98~~

Buy More Save More:

| 1 SET | 2 SETS(FREESHIPPING) | 4 SETS(FREESHIPPING&EXTRA SAVE $12) |

Quantity

[ − ] 1 [ + ]

🚶 874 visitors currently looking at this product

🛒 ADD TO CART  −  $ 29.99

Pay with **PayPal**

**Guaranteed SAFE Checkout**



- 🎁 Full refund within 30 days without reason
- 🛍️Payment via PayPal® and credit card
- 🎁Buy now to enjoy **35% OFF** and Order over **49.99$ Free shipping**


Flip N Slide Bucket ...
L***3
Recently purchased

♥Free Shipping Over $49.99♥

USD

# GLOSSARYE







### Flip N Slide Bucket Lid Mouse Trap(Buy 2 Free Shipping)

**$29.99**  ~~$55.98~~

**Buy More Save More:**

| 1 SET | 2 SETS(FREESHIPPING) | 4 SETS(FREESHIPPING&EXTRA SAVE $12) |

**Quantity**

− 1 +

👁 874 visitors currently looking at this product

🛒 ADD TO CART    −  $29.99

Pay with **PayPal**



Guaranteed **SAFE** Checkout

- 🎉 Full refund within 30 days without reason
- 🛍️ Payment via PayPal® and credit card
- 🎁 Buy now to enjoy **35% OFF** and Order over **49.99$ Free shipping**



Flip N Slide Bucket ...
C***K
Recently purchased

❤Free Shipping Over $49.99❤

USD







## Flip N Slide Bucket Lid Mouse Trap

**$26.98** ~~$45.89~~

Quantity

−  1  +

◉ 873 visitors currently looking at this product

🛒 ADD TO CART   −   $ 26.98

Pay with **PayPal**

☝We provides the following promotions for each customer:  Buy More,Save More!

(No need to use promotional codes, the system will automatically reduce the price after adding to the shopping cart.)



- 91.2% Of Customers Are Buying 2 Pcs Or More
- 100% Money Back Guarantee.
- Secure Payments Via PayPal® and CreditCard.
- SSL Certificates For 100% Security.



❤Free Shipping Over $49.99❤

LOSSARYE

USD




# How This Trap Works

**1** Mice climb the provided ramp toward the bait located inside of the tunnel

**2** Mice will inch out onto the counter weighted platform to eat the bait

NOTE: BUCKET NOT INCLUDED

**3** The mouses weight will trigger the platform to fall forward

**4** The platform will then automatically reset for the next mouse

## Flip N Slide Bucket Lid Mouse Trap

**$26.98** ~~$45.89~~

Quantity

− 1 +

👁 873 visitors currently looking at this product

🛒 ADD TO CART − $ 26.98

Pay with **PayPal**

🤝We provides the following promotions for each customer： Buy More,Save More!

(No need to use promotional codes, the system will automatically reduce the price after adding to the shopping cart.)


Guaranteed SAFE Checkout

- 91.2% Of Customers Are Buying 2 Pcs Or More
- 100% Money Back Guarantee.
- Secure Payments Via PayPal® and CreditCard.
- SSL Certificates For 100% Security.


Flip N Slide Bucket ...
M***e
Recently purchased








glossarye.com/products/flip-n-slide-bucket-lid-mouse-trap

❤️Free Shipping Over $49.99❤️

 USD

GLOSSARYE







## Flip N Slide Bucket Lid Mouse Trap

**$26.98** $45.89

Quantity

| − | 1 | + |

👁 873 visitors currently looking at this product

🛒 ADD TO CART  -  $ 26.98

Pay with **PayPal**

☝️We provides the following promotions for each customer：Buy More,Save More!

(No need to use promotional codes, the system will automatically reduce the price after adding to the shopping cart.)



Guaranteed **SAFE** Checkout

- 91.2% Of Customers Are Buying 2 Pcs Or More
- 100% Money Back Guarantee.
- Secure Payments Via PayPal® and CreditCard.
- SSL Certificates For 100% Security



Flip N Slide Bucket ...

8***S
Recently purchased



❤Free Shipping Over $49.99❤

USD

 GLOSSARYE










## Flip N Slide Bucket Lid Mouse Trap

**$26.98**  ~~$45.89~~

Quantity

− 1 +

● 872 visitors currently looking at this product

🛒 ADD TO CART   -   $26.98

Pay with **PayPal**

👌We provides the following promotions for each customer：Buy More,Save More!

(No need to use promotional codes, the system will automatically reduce the price after adding to the shopping cart.)

### Guaranteed SAFE Checkout

     

- 91.2% Of Customers Are Buying 2 Pcs Or More
- 100% Money Back Guarantee.
- Secure Payments Via PayPal® and CreditCard.
- SSL Certificates For 100% Security.


Flip N Slide Bucket ...
M***L
Recently purchased



Flip N Slide Bucket Lid Mouse Ti...

🌐 glossarye.com/products/flip-n-slide-bucket-lid-mouse-trap-2

❤️Free Shipping Over $49.99❤️

🇺🇸 USD


GLOSSARYE




**•Inhumane**: Glue Traps take days for a mouse to eventually die of hunger,stress, or dehydration.

**•Unsanitary**: The CDC has warned against the use of these traps due to the threat of the deadly disease "The hantavirus"



**•Unsanitary**: Picking up a dead mouse that has been crushed poses many risks of disease.

**•Unsafe**: There have been hundreds of cases where a family pet or a child has been very badly injured from this style trap.

**•Not efficient** : With any snap trap design you can only catch 1 mouse at a time.








**•Humane** ✅

**•Safe** ✅

**•Sanitary** ✅

**•Efficient** ✅



Flip N Slide Bucket ...
D***Y
Recently purchased

## Flip N Slide Bucket Lid Mouse Trap

**$26.98**  ~~$45.89~~

Quantity

| − | 1 | + |

▶ 872 visitors currently looking at this product

🛒 ADD TO CART  −  $ 26.98

Pay with **PayPal**

👍We provides the following promotions for each customer：Buy More,Save More!

(No need to use promotional codes, the system will automatically reduce the price after adding to the shopping cart.)


Guaranteed SAFE Checkout

- 91.2% Of Customers Are Buying 2 Pcs Or More
- 100% Money Back Guarantee.
- Secure Payments Via PayPal® and CreditCard.
- SSL Certificates For 100% Security






glossarye.com/products/flip-n-slide-bucket-lid-mouse-trap-2

♥Free Shipping Over $49.99♥

USD



GLOSSARYE








## Flip N Slide Bucket Lid Mouse Trap

**$26.98** ~~$45.89~~

Quantity

−  1  +

◉ 872 visitors currently looking at this product

🛒 ADD TO CART  −  $ 26.98

Pay with **PayPal**

☝We provides the following promotions for each customer：Buy More,Save More!

(No need to use promotional codes, the system will automatically reduce the price after adding to the shopping cart.)

Guaranteed **SAFE** Checkout





- 91.2% Of Customers Are Buying 2 Pcs Or More
- 100% Money Back Guarantee.
- Secure Payments Via PayPal® and CreditCard.
- SSL Certificates For 100% Security



Flip N Slide Bucket ...
D***2
Recently purchased

**DOE NUMBER:** 780

**MARKETPLACE:** Other

**MERCHANT NAME:** gorgeifous

**SELLER ID:** gorgeifous.com

First Order Get 5% Off   (Coupon Code: VIP100)   Free Shipping Over 49$

gorgeifous

Hot Sale   Clothes   Department Store



1
WITH CUTTING BOARD DESIGN
MATTE ANTI-SKID SURFACE
VEGETABLE DOES NOT SLIP



2
STAINLESS STEEL BLADE
SHARP BLADE,
EASY TO CUT FRUITS AND
VEGETABLES, MEAT

🔥(49% OFF NOW)-2 In 1 Smart Cutter-Buy 2 Get 1 Free

USD $8.99   USD $16.99   Save 47%

Buy 2 save 5%   Buy 3 save 10%   View more

🛍 4.5K Month Sold

It's been recommended by 19.8K people on Facebook, Twitter and Instagram

👁 325 people are viewing this right now

Quantity

BUY 1   🔥BUY 2 GET 1 FREE

👍👍BUY 3 GET 2 FREE  (FREE SHOPING)

Quantity

−   1   +

Only 13% items left in stock.   Tight Inventory

ADD TO CART

BUY IT NOW

🛒Handling time>> Ship within 8-24 hours after payment.



## AS SEEN ON:



**OUR 2 IN 1 SMART CUTTER CAN DO ALL KITCHEN WORK FOR YOU!**



**2 in 1 Smart Cutter** is the revolutionary 2-in-1 knife and cutting board that chops and slices your favorite foods in seconds **without leaving a messy cleanup.**



It is designed with **ergonomic power pressure handle,** to effortlessly cut through food fast.

Quickly and Safely Slice Foods Without The Messy Cleanup!



**FEATURES:**

- 2-in-1 knife and cutting board
- Chops & Slices in Seconds
- Premium stainless steel blade
- Ergonomic grip is easy on hands
- Easy to clean & Dishwasher safe



**Prepare Dishes With Ease!**



## Slices Up To 10x Faster



SPECIFICATIONS:

- **Size:** L24.5cm
- **Metal Type:** Stainless Steel



**DOE NUMBER:** 781

**MARKETPLACE:** Other

**MERCHANT NAME:** gorgeousdo

**SELLER ID:** gorgeousdo.com

🔍    gorgeousdo.com/products/stainless-steel-edc-keychain-keyring

🛒 Free Shipping Over $69 🛒

# Gorgeousdo.com

HOME    🔥HOT SALE🔥    🔥HALLOWEEN&🎃CHRISTMAS    CLOTHING    SHOES    ALLEYWORLD    ACCESSORIES    WATCH    THREE PIECES SUIT



Attach to any car key or fob
Loop piece included

## Stainless Steel EDC Keychain Keyring yxh

**$12.99** ~~$21.65~~

Color

Blue    Black    Red

Buy More Save More

Buy 1    Buy 2 Get 1 Free    Buy 5 Get 3 Free

Quantity

−   1   +

👁 299 visitors currently looking at this product

🛒 ADD TO CART

BUY IT NOW

**Buy More Save More!**

| | |
|---|---|
| Buy 2 save 10% | ADD TO CART |
| Buy 3 save 15% | ADD TO CART |
| Buy 4 save 20% | ADD TO CART |



Stainless Steel EDC ...
B***4
Recently purchased







Very comfortable Grasp for ice-scraping with ease! It's an *ice-scraping wonder!*

This *Scrape-A-Round* is designed with double scraping action for **super-efficient scraping.** Clear frozen windows **THREE** times faster than traditional ice scraper!

Features:

**DOE NUMBER:** 785

**MARKETPLACE:** Other

**MERCHANT NAME:** hailoyearn

**SELLER ID:** hailoyearn.com

✨ "We can only go far if we make better products at higher costs" ✨

hailoyearn.com/products/pizza-pack-collapsible-tupperware-container-for-pizza

# Hailoyearn

**HOT**

HOME IMPROVEMENT    BATHROOM    TOILET ACCESSORIES    CLEANING SUPPLIES

USD    English



## 🍕 Pizza Pack | Collapsible Container For Pizza ✨Hot Sales-48% OFF✨

**$27.66** ~~$52.99~~    **Save 48%**

COLOR

RED    BLACK    WHITE    BULE    GREEN

Quantity

−  1  +

🛒 ADD TO CART  -  $27.66

**BUY IT NOW**

### Buy More Save More!

| | |
|---|---|
| Buy 2 save 5% | ADD TO CART |
| Buy 3 save 10% | ADD TO CART |
| Buy 4 save 20% | ADD TO CART |



HOME IMPROVEMENT   BATHROOM   TOILET ACCESSORIES   CLEANING SUPPLIES

USD   English





**REUSABLE**



- **PERFECT PIZZA PLATES** - Each pizza slice box comes with 5 microwavable divider trays that not only keep your slices from sticking together while being stored, but double as pizza plates when you want to reheat a single slice.



**MICROWAVE**





**DOE NUMBER:** 786

**MARKETPLACE:** Other

**MERCHANT NAME:** happytoobtain

**SELLER ID:** happytoobtain.com

♥Purchase items totaling $39 or more, will deliver to your doorstep, with no shipping charges.♥



Home    About us    Order Tracking    Home & Living    GIFT

# Cleaning Nozzle-🔥HOT SALE 49% OFF🔥

USD $16.95 ⇅    USD $28.25    Save 40%

🛍 2.1K Month Sold

👍 It's been recommended by 100 people on Facebook, Twitter and Instagram

## QTY

| BUY1 | 🔥HOT SALE🔥BUY 2 PCS | ❌BEST SALE❌BUY 3 PCS |

### Quantity

−  1  +

only 25% items left in stock                    Tight Inventory

◆ 1707 visitors currently looking at this product

🚚 Shipment the next day

🔒 100% No-Risk Money Back Guarantee

🎁 2 Years Warranty, Support Trade-In For New Within 1 Year.

🌐 Worldwide Shipping

ADD TO CART









❤Purchase items totaling $39 or more, will deliver to your doorstep, with no shipping charges."❤



Etsy Happytoobtain

Home     About us     Order Tracking     Home & Living     GIFT



STRONG
WATER GATHERING







# Cleaning Nozzle-🔥HOT SALE 49% OFF🔥

USD $16.95  USD $28.25  Save 40%

🛍 2.1K Month Sold

👍 It's been recommended by 100 people on Facebook, Twitter and Instagram

## QTY

**BUY1**   🔥HOT SALE🔥BUY 2 PCS   ❌BEST SALE❌BUY 3 PCS

Quantity

−  1  +

only 25% items left in stock        **Tight Inventory**

**◆ 1707 visitors currently looking at this product**

🚚  Shipment the next day

🔒  100% No-Risk Money Back Guarantee

🎁  2 Years Warranty, Support Trade-In For New Within 1 Year.

🌐  Worldwide Shipping

ADD TO CART





❤️Purchase items totaling $39 or more, will deliver to your doorstep, with no shipping charges."❤️

Etsy Happytoobtain

Home    About us    Order Tracking    Home & Living    GIFT





🎁Christmas Promotion🎄【50% OFF & BUY 2 GET 1 FREE】 Magical Car Ice Scraper

USD $9.98 ⬍    USD $19.96    Save 50%

874 Month Sold

It's been recommended by 100 people on Facebook, Twitter and Instagram

🎁Buy More Get More Free🎁

| 1 PC | BUY 2 GET 1 FREE ( 3 PCS ) | BUY 3 GET 2 FREE ( 5 PCS ) |

BUY 5 GET 4 FREE ( 9 PCS )

**Color**

RED    BLUE    BLACK    GREEN

**Quantity**

−  1  +

only **30%** items left in stock    Tight Inventory

🔴 1707 visitors currently looking at this product

**Give Your Family a Practical and Innovative Gift in the Cold Winter**

Ice-Scraping will be so much faster and easier with this!



This *Scrape-A-Round* is designed with double scraping action for super-efficient scraping. Clear frozen windows THREE times faster than traditional ice scraper!



Very comfortable Grasp for ice-scraping with ease! It's an *ice-scraping*



   

   

# 【2022 🔥 Hot Sale】Guitar Chord Assisted Learning Tools

USD $19.99 ⬍  ~~USD $33.98~~  Save 41%

🛒 893 Month Sold

👍 It's been recommended by 100 people on Facebook, Twitter and Instagram

**Quantity**

| 1PC | 2PCS(SAVE $12) |

**Quantity**

−  1  +

only **5%** items left in stock    Tight Inventory

👁 1707 visitors currently looking at this product

🚚 Shipment the next day

🔒 100% No-Risk Money Back Guarantee

🎁 2 Years Warranty, Support Trade-In For New Within 1 Year.

🌐 Worldwide Shipping

ADD TO CART

BUY IT NOW



   

  

Quantity

−  1  +

only **10%** items left in stock

Tight Inventory

 **1706 visitors currently looking at this product**

Shipment the next day

100% No-Risk Money Back Guarantee

2 Years Warranty, Support Trade-in For New Within 1 Year.

Worldwide Shipping

ADD TO CART

BUY IT NOW

- *Do you still find it difficult to play the guitar? Using this aid, you can easily learn how to play the guitar.*



**DOE NUMBER:** 800

**MARKETPLACE:** Other

**MERCHANT NAME:** jewelawne

**SELLER ID:** jewelawne.com



**DOE NUMBER:** 821

**MARKETPLACE:** Other

**MERCHANT NAME:** mattch-better

**SELLER ID:** mattch-better.com



**Free Shipping Over$39.98 | Multiple offers**   SHOP NOW

USD   English

Mattch-better.US

All products     AS LOW AS $5.99     Check Your Order Status



1
WITH CUTTING
BOARD DESIGN
MATTE ANTI-SKID SURFACE
VEGETABLE DOES NOT SLIP



2
STAINLESS STEEL
BLADE
SHARP BLADE,
EASY TO CUT FRUITS AND
VEGETABLES, MEAT



(50% OFF NOW)-2 In 1 Smart Cutter-Buy 2 Get 1 Free

**$19.99** ~~$29.99~~   Save 33%

765.2K Month Sold

It's been recommended by 39.8K people on Facebook, Twitter and Instagram

Klarna. 4 interest-free payments. Available for orders above $35. Learn More

Share on social profile and get coupon code!     Share >

5.00% OFF     Get coupon code:   NS

Quantity

−   1   +

Only 86 items left in stock     Tight Inventory

ADD TO CART   ·   $19.99

BUY IT NOW!

**Buy More Save More!**

| | | |
|---|---|---|
| Buy 2 save 10% | | ADD TO CART |
| Buy 3 save 15% | | ADD TO CART |
| Buy 5 save 20% | | ADD TO CART |

**OUR 2 IN 1 SMART CUTTER CAN DO ALL KITCHEN WORK FOR YOU!**





Last day 49% OFF - Silicone
anti-friction toe protector
Recently purchased     13h ago

  

mattch-better.com/products/cutter

   

Free Shipping Over$39.98 | Multiple offers   SHOP NOW


Mattch-better.US

USD   English

All products     AS LOW AS $5.99     Check Your Order Status



Great For...
Cutting,
Slicing
& Chopping

**Prepare Dishes With Ease!**



Cutting, Chopping, Slicing - The Clever Cutter Can Do It All!

Opens wide for cutting larger foods | Super sharp stainless steel blade | Ergonomic grip is easy on hands


Water Resistant Oversized Hooded Windbreaker Rain Jacket
Recently purchased    1d ago


(50% OFF NOW)-2 In 1 Smart ...
$19.99   $29.97

Quantity
−  1  +

BUY IT NOW

 

mattch-better.com/products/cutter

Free Shipping Over $39.98 | Multiple offers   SHOP NOW



Mattch-better.US

USD   English

All products   AS LOW AS $5.99   Check Your Order Status



**2 in 1 Smart Cutter** is the revolutionary 2-in-1 knife and cutting board that chops and slices your favorite foods in seconds **without leaving a messy cleanup.**



It is designed with **ergonomic power pressure handle**, to effortlessly cut through food fast.



Quickly and Safely Slice Foods Without The Messy Cleanup!

Cut Veggies Right Into The Bowl — Slice Fruits Without The Mess — Chop Chicken Onto Your Salad

**FEATURES:**

- 2-in-1 knife and cutting board

 (50% OFF NOW)-2 In 1 Smart ...
$19.99  $29.97

Quantity  1

BUY IT NOW

Free Shipping Over $39.98 | Multiple offers   SHOP NOW



Mattch-better.US

USD   English

All products   AS LOW AS $5.99   Check Your Order Status



Slices Up To 10x Faster



SPECIFICATIONS:

- **Size:** L24.5cm
- **Metal Type:** Stainless Steel

🔥(50% OFF NOW)-2 In 1 Smart ...

$19.99   $29.97

Quantity

1

BUY IT NOW



CHRISTMAS SALE NOW-48%

mattch-better.com/products/christmas-sale-now-48-off-jar-opener-multi-function-cap-opener-under-cabinet

Free Shipping Over$39.98 | Multiple offers   **SHOP NOW**

USD | English



Mattch-better.US

All products     AS LOW AS $5.99     Check Your Order Status



## Jar Opener Multi-function Cap Opener Under Cabinet

**$21.99** ~~$39.99~~   Save 45%

761.6K Month Sold

It's been recommended by 36.3K people on Facebook, Twitter and Instagram

Klarna. 4 interest-free payments. Available for orders above $35. Learn More

Share on social profile and get coupon code!     Share ›

5.00% OFF     Get coupon code     NS

### Quantity

−  1  +

Only 91 items left in stock     Tight Inventory

🛒 ADD TO CART  -  $21.99

BUY IT NOW



Baby Teether Chick Gloves
Recently purchased     7h ago

Free Shipping Over$39.98 | Multiple offers    **SHOP NOW**

Mattch-better.US

USD    English

All products    AS LOW AS $5.99    Check Your Order Status



## Jar Opener Multi-function Cap Opener Under Cabinet

**$21.99** ~~$39.99~~   Save 45%

761.6K Month Sold

It's been recommended by 36.3K people on Facebook, Twitter and Instagram

Klarna.   4 interest-free payments. Available for orders above $35. Learn More

Share on social profile and get coupon code!    Share >

5.00% OFF    Get coupon code    NS

Quantity

−  1  +

Only 91 items left in stock    Tight Inventory

ADD TO CART  •  $21.99

BUY IT NOW







**DOE NUMBER:** 871

**MARKETPLACE:** Other

**MERCHANT NAME:** somethebest

**SELLER ID:** somethebest.com

somethebest.com/products/cutter-4

## Somethebest

Home   All Collections   FAQ   About us



### 2 In 1 Household kitchen Smart Cutter

USD $23.99   ~~USD $33.99~~   Save 29%

Quantity

−   1   +

🕐 79 visitors currently looking at this product

**ADD TO CART**

**BUY IT NOW**

### Buy More Save More!

| Buy 2 save 5% | ADD TO CART |
| Buy 3 save 8% | ADD TO CART |
| Buy 5 save 15% | ADD TO CART |
| Buy 8 save 20% | ADD TO CART |



🔥 Tile Repair Paste- Buy5 Get 5 Free & Free Shipping

G***r

Recently purchased

     

somethebest.com/products/cutter-4

## Prepare Dishes With Ease!



   

     

### Buy More Save More!

| | |
|---|---|
| Buy 2 save 5% | ADD TO CART |
| Buy 3 save 8% | ADD TO CART |
| Buy 5 save 15% | ADD TO CART |
| Buy 8 save 20% | ADD TO CART |

## OUR 2 IN 1 SMART CUTTER CAN DO ALL KITCHEN WORK FOR YOU!



**2 in 1 Smart Cutter** is the revolutionary 2-in-1 knife and cutting board that chops and slices your favorite foods in seconds **without leaving a messy cleanup.**





🔥 Tile Repair Paste- Buy5 Get 5 Free & Free Shipping

S***s

Recently purchased

somethebest.com/products/cutter-4





   

   

## 2 In 1 Household kitchen Smart Cutter

USD $23.99   ~~USD $33.99~~   Save 29%

Quantity

− 1 +

◆ 79 visitors currently looking at this product

ADD TO CART

BUY IT NOW

### Buy More Save More!

| | |
|---|---|
| Buy 2 save 5% | ADD TO CART |
| Buy 3 save 8% | ADD TO CART |
| Buy 5 save 15% | ADD TO CART |
| Buy 8 save 20% | ADD TO CART |

**OUR 2 IN 1 SMART CUTTER CAN DO ALL KITCHEN WORK FOR YOU!**





  



## Somethebest

Home    All Collections    FAQ    About us





# 2 In 1 Household kitchen Smart Cutter

USD $23.99 ⬍   ~~USD $33.99~~   Save 29%

Quantity

−   1   +

👁 79 visitors currently looking at this product

ADD TO CART

BUY IT NOW

**Buy More Save More!**

| | |
|---|---|
| Buy 2 save 5% | ADD TO CART |
| Buy 3 save 8% | ADD TO CART |
| Buy 5 save 15% | ADD TO CART |
| Buy 8 save 20% | ADD TO CART |



Tile Repair Paste- Buy 5 Get 5 Free & Free Shipping

P****r

Recently purchased

   

 





**2 in 1 Smart Cutter** is the revolutionary 2-in-1 knife and cutting board that chops and slices your favorite foods in seconds **without leaving a messy cleanup.**



It is designed with **ergonomic power pressure handle**, to effortlessly cut through food fast.

Quickly and Safely Slice Foods Without The Messy Cleanup!





🔥 Tile Repair Paste- Buy5 Get 5 Free & Free Shipping

D***s

Recently purchased



2 In 1 Household kitchen Smart Cutter

~~$33.99~~ $23.99

Quantity

−  1  +

**ADD TO CART**

**DOE NUMBER:** 883

**MARKETPLACE:** Other

**MERCHANT NAME:** swan-sunny

**SELLER ID:** swan-sunny.com

  swan-sunny.com/products/guitar-learning-tools

   


Payments Via PayPal and CreditCard ✨ Free Shipping Over $40 ✨



Home   All Collections   About us   Contact us   Shipping policy   Privacy policy

 USD   English



CLICK HERE

## Guitar Chord Assisted Learning Tools✨Buy 1 Get 1 Free✨

**$21.99**  ~~$47.03~~  **Save 53%**

🛍 5.0K Sold

👁 410 People Are Browsing

**Buy More Save More**

| Buy 1 Get 1 Free  (2PCS) | Buy 2 Get 2 Free (4PCS) & Freeshipping |

**Quantity**

−   1   +

Only 122 items left in stock   **Tight Inventory**

🔻 565 visitors currently looking at this product

🚚 Worldwide Express Shipping Available.

✈ support@swan-sunny.com

🏭 100% Quality Inspection on every order.

🔒 Secure payment via PayPal & Credit Card

🛒 **ADD TO CART**

Pay with **PayPal**



Guitar Chord Assist...

G***F
Recently purchased



START PLAYING FROM THE MOMENT YOU ATTACH THE
PRACTICE AID TO YOUR GUITAR CHORD



RECENTLY VIEWED



Home   All Collections   About us   Contact us   Shipping policy   Privacy policy

Payments Via PayPal and CreditCard ✨ Free Shipping Over $40 ✨

USD   English

## Specifications



| | |
|---|---|
| Materials | • ABS |
| Product Weight | • 60G |
| Product Size | • 12 × 8 × 4CM |
| Package Contents | • Guitar Chord Assisted Learning Tools ×1 or 3 or 5pcs |



🔒 100% Risk-Free Purchase 🔥

📦 Insured Worldwide Shipping: Each order includes real-time tracking details and insurance coverage in the unlikely event that a package gets lost or stolen in transit.

💰 Money Back Guarantee: If your items arrive damaged or become defective within 15 days of normal usage, we will gladly issue out a replacement or refund.

💬 24/7 Customer Support: We have a team of live reps ready to help and answer any questions you have within a 24-hour time frame, 7 days a week.

🔐 Safe & Secure Checkouts: We use state-of-the-art SSL Secure encryption to keep your personal and financial information 100% protected.

If you bought it and don't think it's right for you, don't worry. Just drop us a message and we'll fix the



Guitar Chord Assist...
H***W
Recently purchased

Guitar Chord Assisted Learning ...
$21.99   $47.03

Buy More Save More
Buy 1 Get 1 Free  (2PCS)

Quantity
— 1 +

ADD TO CART

**DOE NUMBER:** 891

**MARKETPLACE:** Other

**MERCHANT NAME:** tophotred

**SELLER ID:** tophotred.com

🛒 Free shipping: over $40 🛒

**Tophotred**

Home     All Collections     FAQ     About us

# Portable hand-held cup holder🔥50% OFF🔥

**USD $19.99** ⬍   ~~USD $39.98~~   Save 50%

🛍 2.5K Sold

👍 It's been recommended by 1.6K people on Facebook, Twitter and Instagram

👁 95 people are viewing this right now

**Quantity**

| 1PCS | 🔥2PCS SAVE $9.99🔥 |

**Quantity**

−  1  +

👁 63 visitors currently looking at this product

ADD TO CART

BUY IT NOW



**POLISHING WHEEL DISC**

Wool Felt Polishing Wheel Disc

C***e

Recently purchased

tophotred.com/products/spillnot?variant=17019



  

   





Angle Grinder Socket Wrench

l***n

Recently purchased

**ADD TO CART**

**BUY IT NOW**

### Buy More Save More!

| | |
|---|---|
| Buy 2 save 5% | ADD TO CART |
| Buy 3 save 10% | ADD TO CART |
| Buy 5 save 15% | ADD TO CART |
| Buy 8 save 20% | ADD TO CART |

**This is a cup holder with a difference. Its design means that it is difficult to spill the contents of any glass or mug that is placed on it.**



This is a cup holder with a difference. Its design means that it is difficult to spill the contents of any glass or mug that is placed on it.



You can swing the SpillNot as much as you like and the drink stays in the mug! This is particularly useful for carrying hot drinks, which you cannot place in your lap.





MEN'S HIGH STRETCH MULTI-POCKET SKINNY CARGO PANTS

H***r

Recently purchased

Portable hand-held cup holder🔥50% OFF🔥

$39.98 $19.99

Quantity

Quantity

1PCS

1

ADD TO CART

🌈Free shipping: over $40 🌈

Tophotred

Home     All Collections     FAQ     About us

# Paint Roller Saver

**USD $12.99** ⇕   ~~USD $21.65~~   **Save 40%**

📋 1.1K Sold

👍 It's been recommended by 1.3K people on Facebook, Twitter and Instagram

👁 181 people are viewing this right now

―――

### Quantity

| 1PC | 2PCS (🔥save $4🔥) | 3PCS (🔥save $9🔥) |

## Quantity

[ − ]   1   [ + ]

◆ 63 visitors currently looking at this product

ADD TO CART



🎁Summer Hot Sale- 49% OFF🎁 2023 NEW DIAMOND-CUT BIFOCAL...

S***e

Recently purchased



   

   



Premium pressure shower
P***a
Recently purchased
3PCS

63 visitors currently looking at this product

ADD TO CART

BUY IT NOW

## Buy More Save More!

| Buy 2 save 5% | ADD TO CART |
|---|---|
| Buy 3 save 10% | ADD TO CART |
| Buy 5 save 15% | ADD TO CART |
| Buy 8 save 20% | ADD TO CART |

A new roller holds less paint, so you must return to the paint tray more often.

A used roller absorbs more paint from the tray, it means the roller will cover more wall, saving time and effort.

Our tool encourages painters to clean rather than throw away

🛒 Free shipping: over $40 🛒

Top Tophotred

Home     All Collections     FAQ     About us



## Paint Roller Saver

**USD $12.99** ⬍   ~~USD $21.65~~   Save 40%

🛍 2.4K Sold

👍 It's been recommended by 1.0K people on Facebook, Twitter and Instagram

👁 81 people are viewing this right now

### Quantity

| 1PC | 2PCS (🔥save $4🔥) | 3PCS (🔥save $9🔥) |

### Quantity

−   1   +

◉ 63 visitors currently looking at this product

**ADD TO CART**

**BUY IT NOW**

### Buy More Save More!

| Buy 2 save 5% | ADD TO CART |
| Buy 3 save 10% | ADD TO CART |
| Buy 5 save 15% | ADD TO CART |









🛍 Summer Hot Sale- 49% OFF 🛍 2023 NEW DIAMOND-CUT BIFOCAL...

S****e
Recently purchased

RECENTLY VIEWED

tophotred.com/products/roller



   

   

**2PCS**          **3PCS**



POLISHING WHEEL DISC

Wool Felt Polishing Wheel Disc

C***e

Recently purchased

**ADD TO CART**

**BUY IT NOW**

## Buy More Save More!

| | |
|---|---|
| Buy 2 save 5% | ADD TO CART |
| Buy 3 save 10% | ADD TO CART |
| Buy 5 save 15% | ADD TO CART |
| Buy 8 save 20% | ADD TO CART |

A new roller holds less paint, so you must return to the paint tray more often.

A used roller absorbs more paint from the tray, it means the roller will cover more wall, saving time and effort.

Our tool encourages painters to clean rather than throw away rollers.



🌈 Free shipping: over $40 🌈

Top Tophotred

Home    All Collections    FAQ    About us



## 2-in-1 Knife and Built-in Cutting Board Food Chopper

USD $22.99 ⬍    ~~USD $32.90~~   Save 30%

🛍 2.9K Sold

👍 It's been recommended by 1.4K people on Facebook, Twitter and Instagram

👁 155 people are viewing this right now

### Color

**Ordinary type (spring type)**    Upgraded (circlip)

### Quantity

**1 PCS**    2 PCS(Save $3)    3 PCS(Save $8)

### Quantity

−    1    +

👁 64 visitors currently looking at this product

ADD TO CART

BUY IT NOW



🟧 Summer Hot Sale- 49% OFF 🟧 2023 NEW DIAMOND-CUT BIFOCAL...

S***e

Recently purchased











ORDINARY TYPE (SPRING TYPE)

2-in-1 Knife and Built-in Cutting

tophotred.com/products/board-2









Cutting, Chopping, Slicing -
EasyCut Can Do It All!



ORDINARY TYPE
(SPRING TYPE)



2 PCS
ORDINARY TYPE (SPRING TYPE)



3 PCS
ORDINARY TYPE (SPRING TYPE)



UPGRADED
(CIRCLIP)



2 PCS
UPGRADED (CIRCLIP)



3 PCS
UPGRADED (CIRCLIP)

◆ 64 visitors currently looking at this product

**ADD TO CART**

**BUY IT NOW**

### Buy More Save More!

| Buy 2 save 5% | ADD TO CART |
|---|---|
| Buy 3 save 10% | ADD TO CART |
| Buy 5 save 15% | ADD TO CART |
| Buy 8 save 20% | ADD TO CART |

## Chop vegetables and food faster, easier and safer!

**Speed up your food prep easily!** Hate messy cleanups after cooking?
Do you cut your food the traditional way with knife and cutting

   

🌈 Free shipping: over $40 🌈

Tophotred

Home   All Collections   FAQ   About us



RECENTLY VIEWED

## Premium Can Tool Aerosol Spray  (2-Pack)

USD $19.99 ⏶⏷   ~~USD $39.98~~   Save 50%

🛍 991 Sold

👍 It's been recommended by 450 people on Facebook, Twitter and Instagram

👁 199 people are viewing this right now

### Buy 1

| Black | Yellow | Blue | Red |

### Get 1 FREE

| Black | Yellow | Blue | Red |

### Quantity

−   1   +

◈ 63 visitors currently looking at this product

ADD TO CART



⏳ Summer Hot Sale- 49% OFF⏳ 2023 NEW DIAMOND-CUT BIFOCAL...

S***e

Recently purchased

  



Get 1 FREE

Black    Yellow    Blue    Red

Quantity

− 1 +

👁 63 visitors currently looking at this product

ADD TO CART

BUY IT NOW

### Buy More Save More!

| Buy 2 save 5% | ADD TO CART |
| Buy 3 save 10% | ADD TO CART |
| Buy 5 save 15% | ADD TO CART |
| Buy 8 save 20% | ADD TO CART |

FREQUENTLY BOUGHT TOGETHER











Black+Red



Black+Yellow





Wool Felt Polishing Wheel Disc

C***e

Recently purchased

Black+Blue



Red+Blue



Red+Red



Yellow+Yellow



🚀 Free shipping: over $40 🚀

Tophotred

Home    All Collections    FAQ    About us





## Premium Can Tool Aerosol Spray  (2-Pack)

USD $19.99 ⇕   ~~USD $29.99~~   Save 33%

🏷 2.0K Sold

👍 It's been recommended by 1.0K people on Facebook, Twitter and Instagram

👁 145 people are viewing this right now

**Buy 1 Get 1 Free**

Black    Yellow    Blue    Red

Quantity

[−]  1  [+]

👀 64 visitors currently looking at this product

ADD TO CART

BUY IT NOW

**Buy More Save More!**

| Buy 2 save 5% | ADD TO CART |
| --- | --- |
| Buy 3 save 10% | ADD TO CART |



🟧 Summer Hot Sale- 49% OFF 🟧 2023 NEW DIAMOND-CUT BIFOCAL...

S***e

Recently purchased














   

   

 



Wool Felt Polishing Wheel Disc

C***e

Recently purchased

## Quantity

1

◆ 64 visitors currently looking at this product

ADD TO CART

BUY IT NOW

### Buy More Save More!

| | |
|---|---|
| Buy 2 save 5% | ADD TO CART |
| Buy 3 save 10% | ADD TO CART |
| Buy 5 save 15% | ADD TO CART |
| Buy 8 save 20% | ADD TO CART |

Not enough strength in your spray paint fingers? Unevenly sprayed by yourself? Time consuming? Is it too expensive to go to a shop?



RECENTLY VIEWED

  BOLTREACHER - UNIVERSAL EXT ✕ +

← → C   🔒 tophotred.com/products/wrench-2-4

🌈 Free shipping: over $40 🌈

 Tophotred

Home     All Collections     FAQ     About us



# BOLTREACHER - UNIVERSAL EXTENSION WRENCH

**USD $24.99** ⏶⏷   ~~USD $44.99~~   Save 44%

💼   1.1K Sold

👍   It's been recommended by 1.1K people on Facebook, Twitter and Instagram

👁   169 people are viewing this right now

────────

**Type**

**Ordinary（Plastic）**     Upgrade （Metal）

**Quantity**

−   1   +

◆ 62 visitors currently looking at this product

ADD TO CART


RECENTLY VIEWED ‹

  BOLTREACHER - UNIVERSAL EXT

tophotred.com/products/wrench-2-4?variant=14604





WIDE APPLICATIONS

Premium pressure shower

P***a

Recently purchased

 

ALSO WORK WITH **DRILLS**

# BOLTREACHER - UNIVERSAL EXTENSION WRENCH

**USD $24.99** ~~USD $44.99~~ **Save 44%**

🧰 1.1K Sold

👍 It's been recommended by 1.1K people on Facebook, Twitter and Instagram

👁 169 people are viewing this right now

---

## Type

| Ordinary（Plastic） | Upgrade（Metal） |

## Quantity

| − | 1 | + |

◆ 62 visitors currently looking at this product

**ADD TO CART**

**BUY IT NOW**

**Buy More Save More!**

  BOLTREACHER - UNIVERSAL EXT

tophotred.com/products/wrench

🌈 Free shipping: over $40 🌈

 Tophotred

Home     All Collections     FAQ     About us




RECENTLY VIEWED ‹

**Summer Hot Sale- 49% OFF 2023 NEW DIAMOND-CUT BIFOCAL...**

S***e

Recently purchased

# BOLTREACHER - UNIVERSAL EXTENSION WRENCH

**USD $24.99** ⇅     ~~USD $34.99~~  **Save 29%**

💼 706 Sold

👍 It's been recommended by 388 people on Facebook, Twitter and Instagram

👁 162 people are viewing this right now

———

## Type

**Ordinary（Plastic）**     Upgrade（Metal）

## Quantity

−   1   +

◆ 63 visitors currently looking at this product

ADD TO CART

BOLTREACHER - UNIVERSAL EXT

tophotred.com/products/wrench?variant=68063



# BOLTREACHER - UNIVERSAL EXTENSION WRENCH

USD $24.99 ⬍   USD $34.99   Save 29%

706 Sold

👍 It's been recommended by 388 people on Facebook, Twitter and Instagram

👁 162 people are viewing this right now

## Type

Ordinary (Plastic)   Upgrade (Metal)

## Quantity

−  1  +

◉ 63 visitors currently looking at this product

**ADD TO CART**

**BUY IT NOW**

Wool Felt Polishing Wheel Disc

C***e

Recently purchased

**DOE NUMBER:** 907

**MARKETPLACE:** Other

**MERCHANT NAME:** allhaulm

**SELLER ID:** www.allhaulm.com



Home    All Collections    TRACKING ORDER





(🔥Summer Promotions🔥-50% OFF) 24 in 1 Key shaped pocket tool(BUY 2 GET 1 FREE NOW)

USD $16.98 ⬆   ~~USD $33.96~~   Save 50%

**Quantity**

| 1 pc | 👍3 pcs (BUY 2 GET 1 FREE) |

**Color**

| Black | Silver |

**Quantity**

−  1  +

**ADD TO CART**

**BUY IT NOW**

Men's Wardrobe essentials ✦ Stretch Non-iron Anti-wrinkle Shirt (2 pcs Free...

J***j

Recently purchased



  





USA Owned and Operated    Fast Delivery    Satisfaction Guarantee

Guaranteed SAFE Checkout





WIRE STRIPPER





Automatic Robot Vacuum Cleaner (🔥50% OFF&FREE SHIPPING🔥)

J***k

Recently purchased



(🔥Summer Promotions🔥-50% OFF)
24 in 1 Key shaped pocket tool(BUY 2...

~~$33.96~~ $16.98

**Quantity**
1 pc

**Color**
Black

**Quantity**
− 1 +

**ADD TO CART**



allhaulm.com/products/key





## FEATURES

- An innovative, compact multi-tool that expertly combines your go-to tools into one simple device you can carry with you anywhere.It's fully equipped with more than 16+ functions to help you tackle those common, everyday problems, including an innovative metric and imperial sized closed wrench and bit driver for quick fixes, TSA-compliant serrated edge and handy scoring tip, a bike spoke wrench for those off the grid rides, and even a bottle opener.





SLIM BODY    Automatic Robot Vacuum Cleaner (🔥50% OFF&FREE SHIPPING🔥)

J***k

Recently purchased

(🔥Summer Promotions🔥-50% OFF)
24 in 1 Key shaped pocket tool(BUY 2...

$33.96  $16.98

**Quantity**
1 pc

**Color**
Black

**Quantity**
−  1  +

**ADD TO CART**



Home   All Collections   **TRACKING ORDER**





## Paint Roller Saver🔥50% OFF🔥

USD $12.99 ⬍   ~~USD $25.98~~   Save 50%

**Quantity**

1PC   2PCS (🔥save $4🔥)   3PCS (🔥save $9🔥)

Quantity

−   1   +

ADD TO CART

**BUY IT NOW**

A new roller holds less paint, so you must return to the paint tray more often.

A used roller absorbs more paint from the tray, it means the roller will cover more wall, saving time and effort.

Our tool encourages painters to clean rather than throw away rollers.





Furthermore, a new roller may leave lint on the freshly painted wall. And you must either remove lint of a new roller or pick lint from the wall. Both are time


🔥 HOT SALE 🔥 MEN'S SHAPER COOLING T-SHIRT

E***j

Recently purchased









Furthermore, a new roller may **leave lint on the freshly painted wall**. And you must either remove lint of a new roller or pick lint from the wall. Both are **time-consuming and frustrating**.

The **used roller has already lost its loose fibers** so they **won't be left on the wall**.

A roller can hold a large amount of paint, and they are **not cheap**. **Tossing** them after every job is **neither cost efficient, nor environmentally friendly**.

The Paint Roller Saver **makes the job hassle free**, easy and quick, taking the chore out of cleanup.



**Main Features**

- **Clean a Paint Roller in Seconds**

  **Easy to clean** a paint roller with this cleaning tool. **Takes ONE swipe** to remove most of the paint left behind in the roller sleeve.


2022 The Fourth Generation Of HD Privacy Screen Protector

M***t

Recently purchased

 **Paint Roller Saver**🔥**50% OFF**🔥
~~$25.98~~ $12.99

**Quantity**
| 1PC |

**Quantity**
− 1 +

**ADD TO CART**







**Easy to Use** reuse



**High Quality** >>>>>

- **Suitable for Different Sizes of Covers**

  With two sizes to choose from the paint roller saver easily cleans roller sleeves with 1/4 inch(6mm), 3/8 inch(10 mm), and 1/2 inch (15mm), nap.



**Suitable for Different Sizes of rollers**

5cm/1.97in   4.5cm/1.77in   20.6cm/8.11in

- **No Mess & No Waste**

  No more tools required. Clean the remaining paint on the roller. The roller comes out like new and your hands don't get dirty.

- **Save Your Old Paint Roller**

  After cleaning, your old paint roller can be reused and no need to buy a new one.



SLIM BODY  Automatic Robot Vacuum Cleaner ( 🔥 50% OFF&FREE SHIPPING 🔥 )
J***k
Recently purchased

Paint Roller Saver 🔥 50% OFF 🔥
~~$25.98~~  $12.99

Quantity
1PC

Quantity
− 1 +

ADD TO CART

 **Allhaulm**

Home    All Collections    TRACKING ORDER



ADJUSTABLE HANDLE CONVENIENT



## Crevice Weed Eater Bend Hook Push No-bend Weed

USD $45.98 ⬍    USD $55.98    Save 18%

**Quantiy**

| 1 pcs | 🔥2 pcs(Save $7)🔥 | 🔥🔥3 pcs(Save $14)🔥🔥 |

Quantity

−   1   +

ADD TO CART

BUY IT NOW

### Crevice Weed Eater Bend Hook Push No-bend Weed Eater Adjustable Roller Gardening Weed Eater Weed Hook Yard Garden Tools

(Warm tip: we only sell a head, the rod needs to prepare their own Oh!)

**Feature**

convenient, labor-saving, no bending.

- Simple to use,for clearing driveways, walkways, patios, decks ,fully adjustable tool for removing those pesky weeds anywhere you don't want them. Now you can spend less time weeding and more time doing the activities you love.
- No more kneeling or bending over to pull weeds out of the ground one at a time. No chemicals required. No more smelly herbicides on your clothes and skin.



in your driveway and start scraping those weeds away. The grab and pull technique hooks the weeds and pulls them out by the roots.







### Specifications

Material: Steel

Product weight:About 406g

Package Size: 20*10.3*10.7cm

Package includes: Hook*1

### Product Size





  







2022 The Fourth Generation Of HD Privacy Screen Protector

M***t

Recently purchased

 

Crevice Weed Eater Bend Hook Push No-bend Weed

~~$55.98~~ $45.98

**quantiy**

| 1 pcs ▾ |

**Quantity**

− 1 +

**ADD TO CART**





Allhaulm

Home    All Collections    **TRACKING ORDER**







🔥HOT SALE🔥 MEN'S SHAPER COOLING T-SHIRT

E***j

Recently purchased

## Premium Can Tool Aerosol Spray  (2-Pack)

USD $19.99 ⬍   ~~USD $36.98~~   Save 46%

**Buy 1**

| Black | Yellow | Blue | Red |

**Get 1 FREE**

| Black | Yellow | Blue | Red |

**Quantity**

−  1  +

ADD TO CART

BUY IT NOW

Not enough strength in your spray paint fingers? Unevenly sprayed by yourself? Time consuming? Is it too expensive to go to a shop?





EASY PRESS EXTENSION TRIGGER

 

allhaulm.com/products/spray-tool





Eliminates finger fatigue, evens out pressure and protects from aerosols further away.

## Main Features

- **User-friendly Design**
  Anti-slip ergonomic grip with trigger buttons to **eliminate finger fatigue**.
  No more pain in the fingers from prolonged pressure!



- **Durable Material**
  Made of PP, it is good for use and resistant, **safe and reliable, durable and reusable**.
- **Easy To Install**
  No tools required, **easy two-step installation**, easy to use and convenient.
- **Good Paint Job**
  **Uniform application of force**, significantly improving the spraying effect.






2022 The Fourth Generation Of HD Privacy Screen Protector
M***t
Recently purchased

 **Premium Can Tool Aerosol Spray  (2-Pack)**
$36.98  $19.99

Buy 1
Black

Get 1 FREE
Black

Quantity
− 1 +

**ADD TO CART**

**DOE NUMBER:** 909

**MARKETPLACE:** Other

**MERCHANT NAME:** bulk-supplement

**SELLER ID:** www.bulk-supplement.com

No Need to Remove Garlic Peel

bulk-supplement.com/products/no-need-to-remove-garlic-peel

♥Free Shipping Over $39.90♥

🇺🇸 USD

BULK-S
UPPLEMEN

# No Need to Remove Garlic Peel - Premium Garlic Press with Soft Easy-Squeeze Ergonomic Handle

## $16.88

📅 3.0K Month Sold

👍 It's been recommended by 52.6K people on Facebook, Twitter and Instagram

👁 978 people are viewing this right now

🎁 Share on social profile and get coupon code!    Share >

### Quantity

| 1 pcs | Buy 2 Save 10% | Buy 3 Get 1 Free and Free Shipping (4 pcs) |

| Buy 5 Get 2 Free and Free Shipping (7 pcs) |

### Quantity

−  1  +

Only 30 items left in stock    **Tight Inventory**

🛒 ADD TO CART

BUY IT NOW

Buy 2 Save 10%
Buy 3 Get 1 Free and Free Shipping



**DOE NUMBER:** 910

**MARKETPLACE:** Other

**MERCHANT NAME:** confidencem

**SELLER ID:** www.confidencem.com



♥Trusted Checkout with PayPal & Credit Card♥



confidencem.com/products/viahart-brain-flakes-interlocking-plastic-disc-set

Brain Flakes Interlocking Plastic...

USD   English



# Brain Flakes Interlocking Plastic Disc Set

**$24.87** ~~$49.99~~   **Save 50%**

👍 74.3K Personal Recommendations

**Type**

| 300pcs | 400pcs | 500pcs |

**Quantity**

[ − | 1 | + ]

Small: only **10%** left                           **Tight Inventory**

◆ **88 visitors currently looking at this product**

🗡 SSL Certificate Provides 100% Security

🏷 100% Quality Inspection on every order.

💰 The merchant deposit of USD 100,000 has been paid to PayPal.

🛒 ADD TO CART

BUY IT NOW

The most versatile building-block toy for your child. Brain Flakes® brand discs teaches children aged 5 and above spatial thinking, and lets their imaginations run wild!

Brain Flakes Interloc...
6***3
Recently purchased

confidencem.com/products/viahart-brain-flakes-interlocking-plastic-disc-set

♥Trusted Checkout with PayPal & Credit Card♥



USD    English

# Brain Flakes Interlocking Plastic Disc Set

**$24.87**  ~~$49.99~~  **Save 50%**

**Type**

| 300pcs | 400pcs | 500pcs |

**Quantity**

−  1  +

◆ 88 visitors currently looking at this product

⚡ SSL Certificate Provides 100% Security

🏛 100% Quality Inspection on every order.

🔒 The merchant deposit of USD 100,000 has been paid to PayPal.

ADD TO CART

BUY IT NOW

The most versatile building-block toy for your child. Brain Flakes® brand discs teaches children aged 5 and above spatial thinking, and lets their imaginations run wild!





Brain Flakes Interloc...
D***q
Recently purchased

confidencem.com/products/viahart-brain-flakes-interlocking-plastic-disc-set

♥Trusted Checkout with PayPal & Credit Card♥

USD   English



**Brain Flakes Interlocking Plastic Disc Set**

**$24.87** ~~$49.99~~  Save 50%

👍 74.3K Personal Recommendations

**Type**

| 300pcs | 400pcs | 500pcs |

**Quantity**

−  1  +

Small: only **9% left**   Tight Inventory

◆ 88 visitors currently looking at this product

🗡 SSL Certificate Provides 100% Security

🏷 100% Quality Inspection on every order.

👛 The merchant deposit of USD 100,000 has been paid to PayPal.

🛒 ADD TO CART

BUY IT NOW

The most versatile building-block toy for your child. Brain Flakes® brand discs teaches children aged 5 and above spatial thinking, and lets their imaginations run wild!

ENGINEERS START HERE®

Brain Flakes Interloc...
X***o
Recently purchased





       

confidencem.com/products/viahart-brain-flakes-interlocking-plastic-disc-set

$24.87 ~~$47.77~~

👍 74.3K Personal Recommendations

**Type**

300pcs   400pcs   500pcs

**Quantity**

−  1  +

Small: only 9% left

Tight Inventory

⬦ 88 visitors currently looking at this product

SSL Certificate Provides 100% Security

100% Quality Inspection on every order.

The merchant deposit of USD 100,000 has been paid to PayPal.

🛒 ADD TO CART

BUY IT NOW

The most versatile building-block toy for your child. Brain Flakes® brand discs teaches children aged 5 and above spatial thinking, and lets their imaginations run wild!












♥Trusted Checkout with PayPal & Credit Card♥




USD   🌐 English   🔍 👤 🛒



# Brain Flakes Interlocking Plastic Disc Set

**$24.87** ~~$49.99~~   Save 50%

👍 74.3K Personal Recommendations

**Type**

| 300pcs | 400pcs | 500pcs |

**Quantity**

| − | 1 | + |



Small: only **9%** left   Tight Inventory

🔘 88 visitors currently looking at this product

✎ SSL Certificate Provides 100% Security

🎁 100% Quality Inspection on every order.

⏱ The merchant deposit of USD 100,000 has been paid to PayPal.

🛒 ADD TO CART

BUY IT NOW

The most versatile building-block toy for your child. Brain Flakes® brand discs teaches children aged 5 and above spatial thinking, and lets their imaginations run wild!





♥Trusted Checkout with PayPal & Credit Card♥



USD   English



CLICKS AS EASY AS 1-2-3!

Click!

GRAB TWO DISCS   SLIDE THEM TOGETHER   SUCCESS!!!

Size: 1.3" x 1.3"
Thickness: 1/10"
Material: Polyethylene (PE)
FREE of phthalates, parabens, PVC,
BPA, and lead. CPSIA/ASTM Compliant.

1.3"   1.3"

## Brain Flakes Interlocking Plastic Disc Set

**$24.87** ~~$49.99~~   **Save 50%**

👍 74.3K Personal Recommendations

**Type**

| 300pcs | 400pcs | 500pcs |

**Quantity**

| − | 1 | + |

Small: only **9%** left   **Tight Inventory**

**88 visitors currently looking at this product**

🔒 SSL Certificate Provides 100% Security

📦 100% Quality Inspection on every order.

⏱ The merchant deposit of USD 100,000 has been paid to PayPal.

🛒 ADD TO CART

BUY IT NOW

The most versatile building-block toy for your child. Brain Flakes® brand discs teaches children aged 5 and
above spatial thinking, and lets their imaginations run wild!




Brain Flakes Interloc...
K***5
Recently purchased



**DOE NUMBER:** 911

**MARKETPLACE:** Other

**MERCHANT NAME:** costumebrand

**SELLER ID:** www.costumebrand.com



❤Free Shipping Over $39.99 ❤Worldwide Delivery❤

ALL PRODUCTS    Kitchen & Bath Tools    🔥hot sale



CostumeBrand

🇺🇸 USD    🌐 English    🔍    👤    🛒

Home / The Water Rocket - Cleaning N...





## The Water Rocket - Cleaning Nozzle-🔥HOT SALE 40% OFF 🔥

**$16.95** ~~$28.25~~

| 5.00% OFF | Get coupon code  DB5 📋 |
|---|---|

QTY

| BUY1 | 🔥HOT SALE🔥BUY 1 GET 1 HALF | ❌BEST SALE❌BUY 2 GET 1 FREE |
|---|---|---|

Quantity

[ − ] [ 1 ] [ + ]

🔴 35 visitors currently looking at this product

🌐 ⚡SHIPPING WORLDWIDE

🎁 👍It's been recommended by 1982 people on Facebook, Twitter and Instagram

💳 🔒 Secure Payments Via PayPal® and CreditCard

The Water Rocket - Cleaning Nozzle-🔥HOT SALE 40% OFF🔥
✅ Recently purchased



ALL PRODUCTS     Kitchen & Bath Tools     🔥hot sale


CostumeBrand

🇺🇸 USD     🌐 English     🔍     👤     🛒




**Guaranteed SAFE Checkout**



- 91.2% Of Customers Are Buying 2 Pcs Or More
- 100% Money Back Guarantee.
- Secure Payments Via PayPal® and CreditCard.
- SSL Certificates For 100% Security.

## LIMITED STOCK - ACT FAST!

Only Today:
BUY 2 GET 10% OFF🔥
BUY 3 GET 15% OFF AND FREE SHIPPING🔥
BUY 4 GET 20% OFF AND FREE SHIPPING🔥
(No need to use promotional codes, the system will automatically reduce the price after adding to the shopping cart.)
Original price $49.99, Now we only sell for $16.95!  Only one day!



**STRONG**
WATER GATHERING


The Water Rocket - Cleaning Nozzle-🔥HOT SALE 40% OFF🔥
⏱ Recently purchased

♥Free Shipping Over $39.99 ♥Worldwide Delivery♥

ALL PRODUCTS    Kitchen & Bath Tools    🔥hot sale


CostumeBrand

🇺🇸 USD    🌐 English    🔍    👤    🛒

Home / Flip N Slide Bucket Lid Mouse Tr...







# Flip N Slide Bucket Lid Mouse Trap

**$19.90** ~~$35.80~~

| 5.00% OFF | Get coupon code. **DB5** 📋 |
|---|---|

Quantity

[ − ] [ 1 ] [ + ]

🔴 35 visitors currently looking at this product

🌐 ⚡SHIPPING WORLDWIDE

🎁 ⚠It's been recommended by 1982 people on Facebook, Twitter and Instagram

💳 🔒 Secure Payments Via PayPal® and CreditCard

🛒 **ADD TO CART**

Pay with **PayPal**

💳 **Debit or Credit Card**

Powered by **PayPal**

👍We provides the following promotions for each customer: Buy More, Save More!

- Buy 2 Get Extra **5%** OFF
- Buy 3 Get Extra **10%** OFF

(No need to use promotional codes, the system will automatically reduce the price after adding to the shopping cart.)

**Guaranteed SAFE Checkout**


Flip N Slide Bucket Lid Mouse Trap
🛒 Recently purchased

RECENTLY VIEWED

costumebrand.com/products/-buy-2-free-shipping-flip-n-slide-bucket-lid-mouse-trap

♥Free Shipping Over $39.99 ♥Worldwide Delivery♥

ALL PRODUCTS     Kitchen & Bath Tools     🔥hot sale

CostumeBrand

USD     English

The merchant guarantees delivery within 24 hours!

⏰Over time, a full refund!



**How This Trap Works**



1. Mice climb the provided ramp toward the bait located inside of the tunnel



2. Mice will inch out onto the counter weighted platform to eat the bait

**NOTE: BUCKET NOT INCLUDED**



3. The mouses weight will trigger the platform to fall forward



4. The platform will then automatically reset for the next mouse

**Where To Use This Trap?**

- 🎉MADE IN USA - We are a very small family-owned manufacturing company which started out in our home garage. We now own a large warehouse where we manufacture and hand package our products. Support American Business

Flip N Slide Bucket Lid Mouse Tr...
$19.90  $35.00

Quantity
− 1 +

🛒 ADD TO CART

RECENTLY VIEWED



♥Free Shipping Over $39.99 ♥Worldwide Delivery♥

ALL PRODUCTS     Kitchen & Bath Tools     🔥hot sale



CostumeBrand

🇺🇸 USD     🌐 English     🔍     👤     🛒

Home / 🍢🍢🍢Flexible Draining Tool





## 🍢🍢🍢Flexible Draining Tool

**$19.98** ~~$39.99~~

| 5.00% OFF | Get coupon code |
|---|---|
| | DB5 |

**size**

| 37*17cm | 50*20cm |

**BUY MORE SAVE MORE!!**

| BUY 1 | BUY 2 GET 1 FREE&FREE SHIPPING(3PCS) |

**Quantity**

| − | 1 | + |

🔴 35 visitors currently looking at this product

🌐 ⚡SHIPPING WORLDWIDE

🏷️ 👍It's been recommended by 1982 people on Facebook, Twitter and Instagram

💳 🔒Secure Payments Via PayPal® and CreditCard



**🛒 ADD TO CART**

Pay with **PayPal**

💳 Debit or Credit Card

Powered by *PayPal*



🍢🍢🍢Flexible Draining Tool

✅ Recently purchased

RECENTLY VIEWED

   Flexible Draining Tool

costumebrand.com/products/flexible-draining-tool-2

ALL PRODUCTS      Kitchen & Bath Tools      🔥 hot sale

CostumeBrand

USD      English





🚚 SHIPPING WORLDWIDE

📦 It's been recommended by 1982 people on Facebook, Twitter and Instagram

🔒 Secure Payments Via PayPal® and CreditCard

**ADD TO CART**

Pay with **PayPal**

💳 Debit or Credit Card

Powered by **PayPal**

If you want to checkout with Credit Card.

1.Please Click Paypal and Search for 'Checkout as Guest'.

2.Enter your Payment details, your Billing Address, and your Contact Information.

Look at your messy rooms and your dirty hands with the fuel system leaks all over the place. Introducing the Flexible Draining Tool, which is the perfect tool to guide oil, fluids right to the pan for guaranteed no-mess oil and fluid changes. Try it now,  see how it molds into any shape.

    Flexible Draining Tool
✔ Recently purchased

♥Free Shipping Over $39.99 ♥Worldwide Delivery♥

ALL PRODUCTS    Kitchen & Bath Tools    🔥hot sale



CostumeBrand

🇺🇸 USD    🌐 English



- Perfect Funnel System for The Easiest Transmission

  The Flexible Draining Tool is great for draining oil, gasoline, and other fluids from automobiles, trucks, motorcycles, ATVs, industrial equipment, lawn equipment, and forklifts.



- Reshape and Reuse Thousands of Times

  Shape, form, create the perfect custom funnel. Reuse thousands of times. Edges can be molded around filters or drain to create a leak-proof seal, keeps oil off of engines, frames, and surrounding parts, no mess fluid changes.

**QUICK CHANGE**
HIGHLY COMPATIBLE WITH
COMMON AUTOMOTIVE FLUIDS

Buy more and save more
**HOT DEALS**



❣❣❣Flexible Draining Tool
⊘ Recently purchased





❣❣❣Flexible Draining Tool
$19.98  $39.99

Size
37*17cm

BUY MORE SAVE MORE!!
BUY 1

Quantity
−  1  +

🛒 ADD TO CART

❤Free Shipping Over $39.99 ❤Worldwide Delivery❤

ALL PRODUCTS    Kitchen & Bath Tools    🔥hot sale



CostumeBrand

USD    English





NOTE

Due to manual measurements, please allow slight measurement deviations.

Shipping:

- Receiving time = Processing time+Shipping time
- Order processing time varies from 1-3 days
- Delivery time varies from 7-15 Business days
- Shipping With Tracking Number

Return Policy:

- Our Guarantee
- Return or exchange within 15 days from the delivered date.
- Request:
- Items received within 15 days from the delivered date.
- Items received unused, undamaged and in original package.
- Return shipping fees are at the customer's own expense. Original shipping fees are non-refundable.

RECENTLY VIEWED ⌃

 🏹🏹🏹Flexible Draining Tool
$19.98  $39.99

🏹🏹🏹Flexible Draining Tool

Size
37*17cm

BUY MORE SAVE MORE!!
BUY 1

Quantity
− 1 +

ADD TO CART

♡Free Shipping Over $39.99 ♡Worldwide Delivery♡

ALL PRODUCTS     Kitchen & Bath Tools     🔥hot sale

CostumeBrand

🇺🇸 USD     🌐 English

Home  /  🔥2023 Hot Sale🔥The Grip Jar ...



**No Storage Space Required**

Only occupy a little space in cabinets, and hang in kitchen everywhere.



Arthritic Hands

Seniors




## 🔥2023 Hot Sale🔥The Grip Jar Opener

⭐⭐⭐⭐⭐ 5 Reviews

**$19.99** ~~$29.99~~

**5.00% OFF**     Get coupon code: DB5

**Quantity**

−  1  +

🔴 35 visitors currently looking at this product

🌐 ⚡SHIPPING WORLDWIDE

📢 It's been recommended by 1982 people on Facebook, Twitter and Instagram

🔒 Secure Payments Via PayPal® and CreditCard

**🛒 ADD TO CART**

Pay with **PayPal**

💳 Debit or Credit Card

Powered by **PayPal**

😊 If you are not satisfied within 60 days, you can return it for free.
🔍 Fast refund>>100% Money Back Guarantee.
📦 Shipping>>Worldwide Express Shipping Available.
✈️ Fast Delivery>>Ship From USA.
🏆 Free One Years Product Warranty.

**Guaranteed SAFE Checkout**

RECENTLY VIEWED



costumebrand.com/products/hot-sale-the-grip-jar-opener-opens-any-size-type-of-lid-effortlessly

♡Free Shipping Over $39.99 ♥Worldwide Delivery♥

ALL PRODUCTS    Kitchen & Bath Tools    🔥hot sale

CostumeBrand

USD    English

The Grip Jar Opener, Under Cabinet Lid Opener, Opens Any Size Type of Lid, Perfect for Arthritis Weak Hands and Seniors



**Easy To Operate Anyone Can Use It**

Perfect For Weak hands, Arthritis,Kids,Seniors





EASY INSTA

**Features**

- Jar Opener will grab hold of any lid whether it's factory sealed, child proof, tamper proof or just stuck from what's inside the jar. A simple twist and The Jar Opener will deliver
- OPENS ALL JAR LID SIZES -- Try anything small like a bottle of water, nail polish or a wide container of pickles, peanuts, canned fruits, jams, molasses, marshmallow creme or maraschino cherries




🔥2023 Hot Sale🔥The Grip Jar Opener
⊘ Recently purchased


🔥2023 Hot Sale🔥The Grip Jar ...
$ 19.99  $29.99

Quantity
−  1  +

ADD TO CART

♥Free Shipping Over $39.99 ♥Worldwide Delivery♥

ALL PRODUCTS     Kitchen & Bath Tools     🔥hot sale

CostumeBrand

USD     English     🔍





Note

- Due to manual measurements, please allow slight measurement deviations.
- Due to the different display and lighting effects, the actual color of the item may be slightly different from the color displayed in the picture.
- **OUR GUARANTEE:**
  - We truly believe we carry some of the most innovative products in the world, and we want to make sure we back that up with a risk-free 90-day guarantee.
  - If you don't have a positive experience for ANY reason, we will do WHATEVER it takes to make sure you are 100% satisfied with your purchase.
  - We want you to be reassured that there are absolutely ZERO risks in buying something and trying it out. If you don't like it, no hard feelings we'll make it right.
  - We have 24/7/365 Ticket and Email Support. Please contact us if you need assistance.

## 4 Great reasons to buy from us:

   

**INSURED SHIPPING WORLDWIDE :**





 
🔥2023 Hot Sale🔥The Grip Jar Opener
⊘ Recently purchased

🔥2023 Hot Sale🔥The Grip Jar ...
$ 19.99  $29.99

Quantity
−  1  +     🛒 ADD TO CART

 HOT SALE 49% OFF  Jar Op...

🤍Free Shipping Over $39.99 🤍Worldwide Delivery🤍

ALL PRODUCTS    Kitchen & Bath Tools    🔥hot sale

**CostumeBrand**

USD    English

Home / 🔥HOT SALE 49% OFF🔥 Jar Op...





### 🔥HOT SALE 49% OFF🔥 Jar Opener Multi-function Cap Opener Under Cabinet

**$22.99** ~~$36.99~~

**5.00% OFF**    Get coupon code    DB5

**TYPE**

Buy 1    🔥Buy 2 Get 1 Free🔥    🔥Buy 3 Get 2 Free🔥

**Quantity**

−    1    +

🔴 35 visitors currently looking at this product

🌐 ⚡SHIPPING WORLDWIDE

📦 🖐️It's been recommended by 1982 people on Facebook, Twitter and Instagram

🛡️ 🔒 Secure Payments Via PayPal® and CreditCard

🛒 ADD TO CART

Pay with **PayPal**

💳 Debit or Credit Card

*Powered by* **PayPal**







🧧Handling time>> Priority is given to delivery after payment.


🔥HOT SALE 49% OFF🔥 Jar
Opener Multi-function Cap Open...
✔️Recently purchased



costumebrand.com/products/summer-hot-sale---49-off-jar-opener-multi-function-2

♥Free Shipping Over $39.99 ♥Worldwide Delivery♥

ALL PRODUCTS     Kitchen & Bath Tools     🔥hot sale


CostumeBrand

USD     English






Debit or Credit Card

Powered by *PayPal*

⏰Handling time>> Priority is given to delivery after payment.

✅ Guaranteed! GoogleTrusted Store!
🛒 Payments Via PayPal® and CreditCard
📞 Tracking Number for Every Order

🔥3,155 sold in last 24 hours🔥
🔥99.3% of Reviewers Recommends This Product.

It's an unique gift idea.🔥The QTY is limited!🔥Please make sure to buy enough quantity before we increase the price!!!

- 😊If you are not satisfied with the goods received, please contact us within 15 days after receipt, we will give you the best help!Please don't worry!
- 🔍Fast refund>>Partial or full refund depend on the situation
- 🚚Shipping>>Worldwide Express Shipping Available.
- 🏆Returns>> Fast refund,Money-Back Guarantee.
- ⏰Handling time>> Ship ASAP After Payment.

AS SEEN ON:



🎁 🧧Don't forget to get some for your family and friends as it's an unique gift idea.



costumebrand.com/products/summer-hot-sale---49-off-jar-opener-multi-function-2

❤Free Shipping Over $39.99 ❤Worldwide Delivery❤

ALL PRODUCTS    Kitchen & Bath Tools    🔥hot sale

**CostumeBrand**

USD    English







🎁🎗Don't forget to get some for your family and friends as it's an unique gift idea.



Effortlessly unscrew and open stubborn jars with ease. And much more than a jar opener, it opens child-proof medicine bottles, water, soda bottles and all jar lid size!




🔥HOT SALE 49% OFF🔥 Jar Opener Multi-function Cap Open...
⏱ Recently purchased


🔥HOT SALE 49% OFF🔥 Jar Op...
$22.99  $36.99

TYPE
Buy 1

Quantity
−  1  +

ADD TO CART

**DOE NUMBER:** 913

**MARKETPLACE:** Other

**MERCHANT NAME:** goblinpocket

**SELLER ID:** www.goblinpocket.com

♡Free Shipping Over $39.99♡

 USB   🌐 English


GOBLIN POCKET

Home   Search   Contact us   All Collections


Slide Bucket lid Mouse Rat Trap





## Smart Flip N Slide Bucket Lid Mouse Trap

**$29.99** ~~$59.98~~  **Save 50%**

🛒 7.3K Month Sold

👍 It's been recommended by 493 people on Facebook, Twitter and Instagram

👁 135 people are viewing this right now

Quantity

| BUY 1 | 🔥 ($20 OFF) 2 PIECES |

| 🔥 (BUY 2 GET 1 FREE) 3 PIECES |

Quantity

[ − ] [ 1 ] [ + ]

👁 19 visitors currently looking at this product

🛒 ADD TO CART



🚚✈Delivery>>Global Express Delivery

💳 Secure Payments Via PayPal® & CreditCard

⭐ Fast refund Guarantee>> Partial or full refund




Super Waterproof T...
J***s
Recently purchased

goblinpocket.com/products/smart-flip-n-slide-bucket-lid-mouse-trap



## Smart Flip N Slide Bucket Lid Mouse Trap

**$29.99** ~~$59.98~~  **Save 50%**

📦 7.3K Month Sold

👍 It's been recommended by 493 people on Facebook, Twitter and Instagram

👁 135 people are viewing this right now

Quantity

| BUY 1 | 🔥 ($20 OFF) 2 PIECES |

| 🔥 (BUY 2 GET 1 FREE) 3 PIECES |

Quantity

[−] 1 [+]

👁 19 visitors currently looking at this product

🛒 **ADD TO CART**



🛫**Delivery>>Global Express Delivery**

🎇**Secure Payments** Via PayPal® & CreditCard

⭐**Fast refund Guarantee>> Partial or full refund depending on the situation**

🔥🔥🎇**FREE SHIPPING ON ORDERS OVER $39.99** ($69.99 for some areas where delivery is expensive)

🔥🔥🎇 **99.8% of customers are buying 3 PCS or more.**

🔒🔒**SSL Certificates For 100% Security**

✅ Guaranteed Safe Checkout




goblinpocket.com/products/smart-flip-n-slide-bucket-lid-mouse-trap









99  ($69.99 for some areas where delivery is expensive)

🔥🔥🛒 99.8% of customers are buying 3 PCS or more.

🔒🔒SSL Certificates For 100% Security

🛡️ Guaranteed Safe Checkout

😍The Lowest Price But The Best Quality! Get Yours Today!

No longer see traces of mice or rats at home - The world's most effective and safe mouse/rat trap! 🎁



Mice are a hygiene and health hazard. Our Smart Flip n Slide Mouse Trap Bucket Lid has the unique capability to catch both mice and small to medium sized rat. All you have to do is snap it on to a standard sized 5-gallon bucket and boom your catching mice and rats.

Smart Flip N Slide Bucket Lid Mo...
$29.99 $59.98

Quantity
BUY 1

Quantity
− 1 +

 ADD TO CART

**DOE NUMBER:** 916

**MARKETPLACE:** Other

**MERCHANT NAME:** inputependa

**SELLER ID:** www.inputependa.com



Up To 48% OFF

 INPUTEPENDA

Home    Shop    Order Tracking    About Us    FAQs

USD    English

Home / Paint Roller Sleeve Cleaner








## Paint Roller Sleeve Cleaner

**$16.99** ~~$26.98~~   Save 37%

270.1K Month Sold

It's been recommended by 216.9K people on Facebook, Twitter and Instagram

**Klarna.**  4 interest-free payments. Available for orders above $35. <u>Learn More</u>

### Type

1PCS    3 PCS (BUY 2 GET 1 FREE)

5 PCS (BUY 3 GET 2 FREE & FREE SHIPPING) )

### Quantity

−   1   +

 8000 visitors currently looking at this product

 

Caps Cleaning Assista...

N***r
Recently purchased

Paint Roller Sleeve Cleaner

inputependa.com/products/paint-roller-sleeve-cleaner

Home / Paint Roller Sleeve Cleaner








## Paint Roller Sleeve Cleaner

**$16.99** ~~$26.98~~  Save 37%

270.1K Month Sold

It's been recommended by 216.9K people on Facebook, Twitter and Instagram

Klarna. 4 interest-free payments. Available for orders above $35. <u>Learn More</u>

### Type

1PCS | 3 PCS (BUY 2 GET 1 FREE)

5 PCS (BUY 3 GET 2 FREE & FREE SHIPPING) )

### Quantity

− 1 +

👁 8000 visitors currently looking at this product

🛒 ADD TO CART

BUY IT NOW

    

inputependa.com/products/paint-roller-sleeve-cleaner

Home / Paint Roller Sleeve Cleaner









## Paint Roller Sleeve Cleaner

**$16.99** ~~$26.98~~   Save 37%

270.1K Month Sold

It's been recommended by 216.9K people on Facebook, Twitter and Instagram

Klarna. 4 interest-free payments. Available for orders above $35. Learn More

### Type

1PCS | 3 PCS (BUY 2 GET 1 FREE)

5 PCS (BUY 3 GET 2 FREE & FREE SHIPPING) )

### Quantity

− 1 +

👁 8000 visitors currently looking at this product

🛒 ADD TO CART

BUY IT NOW 


Caps Cleaning Assista...
D***n
Recently purchased

**DOE NUMBER:** 918

**MARKETPLACE:** Other

**MERCHANT NAME:** milletgo

**SELLER ID:** www.milletgo.com





🍕Pizza Pack | Collapsible Container For Pizza🍕Buy 2 Free Shipping

⭐⭐⭐⭐⭐ 6 Reviews

**$26.89** ~~$52.99~~

60.8K Month Sold

It's been recommended by 61.1K people on Facebook, Twitter and Instagram

Buy 2 save 7%   Buy 3 save 10%   View more

COLOR

🍕 Orange

Quantity

−  1  +

Limit Stock: only 46 left   Tight Inventory

201 visitors currently looking at this product

ADD TO CART

BUY IT NOW

🎅 Christmas Day Promotion--Free Shipping Over $49.99

USD   🌐 English

**MILLETGO**

Home   😄 Christmas Series   📅 2024 Funny Calendar   Contact Us   About US

🛒 ADD TO CART

**BUY IT NOW**

🔥**BUY MORE SAVE MORE**🔥

Buy **2** pieces **extra 7% off**
Buy **3** pieces **extra 10% off**

(Note: No coupon code is required, added items are automatically discounted!)

🍕**The Pizza Pack - Storage for a single slice or an entire pizza!!!**🍕

The struggle of trying to stuff a pizza box in your fridge is a thing of the past. Pizza Pack perfectly stores slices of pizza in a compact, air-tight container that collapses and expands to maximize your fridge space.

- **SPACE SAVER** - Each pizza container collapses and expands to accommodate the number of pizza slices you have. Perfect for storing



Cute Lion-Shaped Pet Canvas Shoulder Bag Cat Carrier
✅ Recently purchased
https://www.milletgo.com/pages/contact-us

**DOE NUMBER:** 919

**MARKETPLACE:** Other

**MERCHANT NAME:** mite-wood

**SELLER ID:** www.mite-wood.com



ALL PRODUCTS    HOME    HOT SALE    NEW IN

 mite-







(🎄Early Christmas Sale - SAVE 48% OFF) Anti-seasonal promotion-MAGICAL CAR ICE SCRAPER

**$9.98** ~~$14.98~~

Share on social profile and get coupon code!    Share >

**BUY MORE SAVE MORE**

[RED] [BLUE] [BLACK] [GREEN]

**Quantity**

[−] 1 [+]

● 101 visitors currently looking at this product

🚚 We'll arrange the fastest shipping for you. Free Shipping On Orders Over $39.99

✈ 🔥It's been recommended by 1307 people on Facebook and Instagram

🎁 🔥30,000 have been sold in the last month!!

⏱ ⚡Sale Ends Soon - Get Yours Today!

🛒 ADD TO CART

BUY IT NOW

(No need to use promotional codes, the system will automatically reduce the price after adding to the shopping cart.)

  


Hot Sale- SAVE 48...
M***s
Recently purchased

mite-wood.com/products/anti-seasonal-promotion-magical-car-ice-scraper

ALL PRODUCTS    HOME    HOT SALE    NEW IN    mite-    USD    

# NEW DESIGN
# MORE USEFUL

Fast Delivery>>Ship From USA

Ice-Scraping will be so much faster and easier with this!













🎄Hot Sale- SAVE ...

S***e
Recently purchased



(🎄Early Christmas Sale - SAV...
$9.98 $14.98

BUY MORE SAVE MORE    Quantity

RED    —  1  +    ADD TO CART




♥Free Shipping Over $39.99Worldwide Delivery♥

ALL PRODUCTS    HOME    HOT SALE    NEW IN



USD





(🎄Early Christmas Sale- SAVE 48% OFF)Paint Roller Saver - 3PCS (🔥save $9🔥)

**$14.99**  ~~$24.98~~

Share on social profile and get coupon code!          Share >

**Quantity**

| 1PC | 2PCS (🔥save $4🔥) | 3PCS (🔥save $9🔥) |

**Quantity**

[ − ]  [ 1 ]  [ + ]

◉ 101 visitors currently looking at this product

🚚 We'll arrange the fastest shipping for you. Free Shipping On Orders Over $39.99

✋ It's been recommended by 1307 people on Facebook and Instagram

🎁 30,000 have been sold in the last month!!

⚡ Sale Ends Soon - Get Yours Today!

🛒 ADD TO CART

BUY IT NOW

A new roller holds less paint, so you must return to the paint tray more often.

A used roller absorbs more paint from the tray, it means the roller will cover more wall, saving time and effort.

Our tool encourages painters to clean rather than throw away rollers.


Hot Sale- SAVE 48...
M***s
Recently purchased

    

ALL PRODUCTS    HOME    HOT SALE    NEW IN

 

    USD



ADD TO CART

BUY IT NOW

**A new roller holds less point,** so you must **return to the paint tray more often.**

A used roller **absorbs more paint** from the tray, it means the roller will **cover more wall, saving time and effort.**

**Our tool encourages painters to clean rather than throw away rollers.**



Furthermore, a new roller may **leave lint on the freshly painted wall.** And you must either remove lint of a new roller or pick lint from the wall. Both are **time consuming and frustrating.**

The **used roller has already lost its loose fibers** so they **won't be left on the wall.**

A roller can hold a large amount of paint, and they are **not cheap. Tossing** them after every job is **neither cost efficient, nor environmentally friendly.**

The Paint Roller Saver **makes the job hassle free,** easy and quick, taking the chore out of cleanup.










 | ALL PRODUCTS   HOME   HOT SALE   NEW IN      







**High Quality**

- **Suitable for Different Sizes of Covers**

  With **two sizes to choose from** the paint roller saver easily cleans roller sleeves **with 1/4 inch(6mm), 3/8 inch(10 mm), and 1/2 inch (15mm), nap.**



**Suitable for Different Sizes of rollers**

5cm/1.97in   4.5cm/1.77in   20.6cm/8.11in



 Early Christmas Sale- SAVE …
$ 14.99   $24.98

Quantity
1PC

Quantity
−  1  +

 ADD TO CART

**DOE NUMBER:** 922

**MARKETPLACE:** Other

**MERCHANT NAME:** puppup

**SELLER ID:** www.puppup.net



PupPup

Home | For Women **48% OFF** | Order Tracking | Faqs | About us



      

### Paint Roller Sleeve Cleaner

**$16.99** ~~$26.98~~ **Save 37%**

🛒 4.2K Month Sold

👍 It's been recommended by 2.3K people on Facebook, Twitter and Instagram

**Klarna.** 4 interest-free payments. Available for orders above $35. <u>Learn More</u>

**Type**

| 1PCS | 3 PCS (BUY 2 GET 1 FREE) | 5 PCS (BUY 3 GET 2 FREE & FREE SHIPPING) ) |

**Quantity**

| − | 1 | + |

⚡ 6 visitors currently looking at this product

🛒 ADD TO CART

**BUY IT NOW**

**Buy More Save More!**

| Buy 2 save 5% | ADD TO CART |
| Buy 3 save 10% | ADD TO CART |
| Buy 4 save 20% | ADD TO CART |

      



Paint Roller Sleeve ...

M**n
Recently purchased




## Paint Roller Sleeve Cleaner

**$16.99** ~~$26.98~~  **Save 37%**

🛍 4.2K Month Sold

👍 It's been recommended by 2.3K people on Facebook, Twitter and Instagram

**Klarna.**  4 interest-free payments. Available for orders above $35. Learn More

**Type**

| 1PCS | 3 PCS (BUY 2 GET 1 FREE) | 5 PCS (BUY 3 GET 2 FREE & FREE SHIPPING) ) |

**Quantity**

| − | 1 | + |

⬥ 6 visitors currently looking at this product

🛒 **ADD TO CART**

**BUY IT NOW**

**Buy More Save More!**

| Buy 2 save 5% | | ADD TO CART |
| Buy 3 save 10% | | ADD TO CART |
| Buy 4 save 20% | | ADD TO CART |











🚚✈Delivery>>Global Express Delivery


Paint Roller Sleeve ...
M***n
Recently purchased














# Paint Roller Sleeve Cleaner

**$16.99** ~~$26.98~~  **Save 37%**

📆 4.2K Month Sold

👍 It's been recommended by 2.3K people on Facebook, Twitter and Instagram

**Klarna.** 4 interest-free payments. Available for orders above $35. <u>Learn More</u>

**Type**

| 1PCS | 3 PCS (BUY 2 GET 1 FREE) | 5 PCS (BUY 3 GET 2 FREE & FREE SHIPPING) |

**Quantity**

[ − ] 1 [ + ]

⚡ 6 visitors currently looking at this product

🛒 ADD TO CART

**BUY IT NOW**

## Buy More Save More!

| Buy 2 save 5% | ADD TO CART |
| Buy 3 save 10% | ADD TO CART |
| Buy 4 save 20% | ADD TO CART |

🚚✈ Delivery>>Global Express Delivery





Paint Roller Sleeve ...
M***n Recently purchased

puppup.net/products/planting-soil-block-maker-2-2

Paint Roller Sleeve Cleaner

RECENTLY VIEWED



Multi-Function Jar Opener Unde... ×   +

puppup.net/products/multi-function-jar-opener-under-cabinet

   

♥ Free Shipping Over $49.99  (€45.40) ♥

🇺🇸 USD   🌐 English


PupPup

🔍  👤  🛒

**48% OFF**

Home   For Women   Order Tracking   Faqs   About us



OPENS ALL JAR LID SIZE

EVERY KITCHENS SHOULD HAVE

The Grip
JAR OPENER

## Multi-Function Jar Opener Under Cabinet

**$19.99**  ~~$29.98~~  **Save 33%**

📦 3.7K Month Sold

🔊 It's been recommended by 1.3K people on Facebook, Twitter and Instagram

**Klarna.**  4 interest-free payments. Available for orders above $35. Learn More

### Quantity

| − | 1 | + |

◇ 7 visitors currently looking at this product

🛒 ADD TO CART

BUY IT NOW

**Buy More Save More!**

| Buy 2 save 5% | ADD TO CART |
| Buy 3 save 10% | ADD TO CART |
| Buy 4 save 20% | ADD TO CART |

**FREQUENTLY BOUGHT TOGETHER**

RECENTLY VIEWED

Multi-Function Jar Opener Und...

puppup.net/products/multi-function-jar-opener-under-cabinet





Any Size Or Type Of Lid
ESSENTIAL KITCHEN TOOL

**$19.99** ~~$29.98~~  **Save 33%**

3.7K Month Sold

It's been recommended by 1.3K people on Facebook, Twitter and Instagram

**Klarna.** 4 interest-free payments. Available for orders above $35. Learn More

Quantity

−  1  +

⬦ 7 visitors currently looking at this product

🛒 ADD TO CART

BUY IT NOW

**Buy More Save More!**

| Buy 2 save 5% | ADD TO CART |
| Buy 3 save 10% | ADD TO CART |
| Buy 4 save 20% | ADD TO CART |

**FREQUENTLY BOUGHT TOGETHER**

 +  + 

Total price: $61.87 ~~$92.85~~

RECENTLY VIEWED

**DOE NUMBER:** 923

**MARKETPLACE:** Other

**MERCHANT NAME:** rationalu

**SELLER ID:** www.rationalu.com

Free shipping on orders over $50

# Rationalu





🔥LAST DAY 49% OFF--Breathable Cool
Liftup Air Bra

7****t

Recently purchased



(🔥Last Day Promotion- SAVE 48% OFF)Gardening Claw Protective Gloves(buy 2 get 1 free now)

USD $13.98 ⇕   USD $37.96   Save 63%

🛍 3.9K Sold

👍 It's been recommended by 3.1K people on Facebook, Twitter and Instagram

👁 9.4K People Are Browsing

─────

Gloves

Two hands with claws

Pairs

Buy 1   Buy 2 Get 1 Free -3 Pairs   🔥Buy 3 Get 2 Free -5 Pairs

Quantity

−   1   +

Only 5% items left in stock         Tight Inventory

ADD TO CART

BUY IT NOW





rationalu.com/products/last-day-promotion--save-48-off-gardening-claw-protective-gloves-buy-2-get-1-free-now?variant=35191

- **WATERPROOF & BREATHABLE** : Garden genie gloves has flexible design, that protects your hands from dirt, sweat and injuries while heavy duty work, make your hands safe and clean



**LIGHT & BREATHABLE**

Breathable interior fabric provides a cool light and easy wear for your hands. Prevents moist and sweat from forming, making it easier for you to work under the sun inside your garden!



🔥HOT SALE 49% OFF--Breathable Cool Liftup Air Bra

L***s

Recently purchased

🔥Last Day Promotion- SAVE 48% OFF)Gardening Claw Protective...

~~₱2,151.50~~  ₱792.36

Gloves
Two hands with... ▾

Pairs
Buy 1 ▾

Quantity
− 1 +

ADD TO CART

Free shipping on orders over $50

# Rationalu



   

## 🔥SUMMER HOT SALE -Jar Opener Multi-function 🔥

**USD $18.99** ⬍   ~~USD $43.12~~   Save 56%

🛍 7.8K Sold

👍 It's been recommended by 5.0K people on Facebook, Twitter and Instagram

👁 7.3K People Are Browsing

───────

**Color : White**



### Qty

| Buy 1 | 🔥Buy 2 Extra 10% OFF | 🔥Buy 3 Extra 15% OFF |

BUY 4 GET 20% OFF & FREE SHIPPING

**Quantity**

−   1   +

Only 5% items left in stock          Tight Inventory

**ADD TO CART**

**BUY IT NOW**


🔥LAST DAY 49% OFF--Breathable Cool Liftup Air Bra

T****i
Recently purchased

Waiting for www.rationalu.com...

Free shipping on orders over $50

# Rationalu



🔥SUMMER HOT SALE -Jar Opener Multi-function 🔥

USD $18.99 ⬆ USD $43.12 Save 56%

👍 7.8K Sold

👍 It's been recommended by 5.0K people on Facebook, Twitter and Instagram

👁 7.3K People Are Browsing

Color : White

Qty

| Buy 1 | 🔥Buy 2 Extra 10% OFF | 🔥Buy 3 Extra 15% OFF |

BUY 4 GET 20% OFF & FREE SHIPPING

Quantity

−  1  +

Only 5% items left in stock          Tight Inventory

ADD TO CART

BUY IT NOW

🔥HOT SALE 49% OFF--Breathable Cool
Liftup Air Bra

L***s
Recently purchased






Waiting for www.rationalu.com...



**DURABLE & BREAK-PROOF PLASTIC**

○ **Safe Use & Save Space:** The grip design is the perfect must-have jar gripper tool for seniors with arthritis and those with **weak hands**. Just **mount it under your cabinet**, you will never know it there until you use it.



Safe to Use Save Kitchen Space

Hides Nicely Under Your Cupboard or Cabinet

- **Easy Installation:** Easy to install in minutes and no one will notice it's there. Includes strong peel-and-stick adhesive plus 3 screws.



Easy



(🔥HOT SALE NOW - 48% OFF)-GPS Strong Magnetic Tracker (BUY 2 FREE....

H***s

Recently purchased

 🔥SUMMER HOT SALE -Jar Opener Multi-function 🔥

~~₱2,443.96~~ ₱1,076.32

Color  White

Qty  Buy 1

Quantity  − 1 +

 **ADD TO CART**

**Hides Nicely Under Your Cupboard or Cabinet**

- **Easy Installation:**Easy to install in minutes and no one will notice it's there. Includes strong peel-and-stick adhesive plus 3 screws.



Here comes our LAST Day flash sale!We sell this Jar Opener Multi-function Cap Opener Under Cabinet at only $18.99.Act fast before sale ends.



**SPECIFICATIONS:**

- **Material**: ABS
- **Product size:**18cm in diameter
- **Color**: White
- **Mounting Method**: Sticky Fixing or Screw Fixing.

**PACKAGE INCLUDE:**



Sale 49% OFF🔥-Hooded Color Block Woolen Coat (Buy 2 Free Shipping)

C***b

Recently purchased



🔥SUMMER HOT SALE -Jar Opener Multi-function 🔥

₱2,443.96  ₱1,076.32

Color

White

Qty

Buy 1

Quantity

− 1 +

ADD TO CART

**DOE NUMBER:** 924

**MARKETPLACE:** Other

**MERCHANT NAME:** supvogue

**SELLER ID:** www.supvogue.com



**DOE NUMBER:** 927

**MARKETPLACE:** Other

**MERCHANT NAME:** youngfight

**SELLER ID:** youngfight.com

   

superficiak.com/products/flying-saucer-ball-magic-deformation-ufo



♥Enjoy Free Express Shipping on orders over $39.50

## SUPERFICIAK

My Story - About Us      Contact Us      Privacy Policy      Return & Refund      More Links







## NEW Magic Deformation UFO Flying Saucer Ball 🔥BUY 3 GET FREE SHIPPING 🔥

⭐⭐⭐⭐⭐  131 Reviews

**USD $16.99** ⇕  ~~USD $28.99~~  Save 41%

🛍 3.9K Month Sold

👍 It's been recommended by 6.7K people on Facebook, Twitter and Instagram

———

Color

| Blue (With light) | Green (With light) |
|---|---|

| Pink (With light) |
|---|

| Red (With light) |
|---|

Quantity

− 1 +

Small: only 29% left      **Tight Inventory**

👁 1257 visitors currently looking at this product

**ADD TO CART**

# SUPERFICIAK

My Story - About Us    More Links



## 【Magic transformation】

- UFO toy ball is a unique, soft plastic, flexible material, which is safe and durable. So you can switch the ball shape arbitrarily.

