# Exhibit 2 B

| DOE # | Controlling Company | Website URL | Screenshot Name | Still Operating? | Infringing Listing URL | Screenshot Link | IP Usage (TM, Copyright, Design Patent) | IP Owner Name | IP Owner URL | Cases where IP Owner Enforced Its Rights Against Counterfeiters (64 Defendants are not named defendants) |
|---|---|---|---|---|---|---|---|---|---|---|
| 772 | Amgo Technology Co.,Limited | https://www.formulalm.com | 772-Amgo Technology-Stephen Garraty | Yes | https://www.formulalm.com/products/show-off-socks | Link | Copyright | Stephen Garraty | https://www.etsy.com/shop/PeterStubigg | 1:23-cv-04383 |
| 923 | Amgo Technology Co.,Limited | https://www.rationalu.com | 923-Amgo Technology-Ara Ohanian | Yes | https://www.rationalu.com/products/last-day-promotion--save-48-off-gardening-claw-protective-gloves-buy-2-get-1-free-now | Link | Trademark | Ara Ohanian | https://www.honeybadgergloves.com/ | 1:21-cv-04923, 1:22-cv-05303 |
| 923 | | | 923-Amgo Technology-The Grip Jar Opener LLC | | https://www.rationalu.com/products/unction-814 | Link | Trademark, Copyright | The Grip Jar Opener LLC | https://www.thegripjaropener.com/ | 1:23-cv-02049 |
| 927 | Dongguan Hengjia E-Commerce Co.,Ltd. | https://youngfight.com | 927-Dongguan Hengjia-GOLIATH IP STICHTING FOUNDATION | Yes | https://www.superficiak.com/products/flying-saucer-ball-magic-deformation-ufo | Link | Trademark | GOLIATH IP STICHTING FOUNDATION | https://www.goliathgames.us/product/phlat-ball-v3/ | 1:17-cv-08141 |
| 767 | Giske Network Technology Co., Limited | https://www.firemid.com/ | 767-Giske Network-Emikeni Inc | Yes | https://www.firemid.com/products/last-day-promotion-49--new-curling-sponge | Link | Copyright | Emikeni Inc | https://www.robecurls.com | 1:23-cv-01868 |
| 767 | | | 767-Giske Network-Pizza Pack LLC | | https://www.firemid.com/products/pizza-pack-collapsible-tupperware-container-for-pizza | Link | Copyright | Pizza Pack LLC | https://pizzapack.com/ | 1:22-cv-07134, 1:23-cv-14403 |
| 767 | | | 767-Giske Network-Perrys Music LLC | Yes | https://www.firemid.com/products/guitar-learning-tools | Link | Copyright | Perrys Music LLC | https://www.chordbuddy.com/ | 1:21-cv-06025, 1:22-cv-06091 |
| 767 | | | 767-Giske Network-Galen Merrell | Yes | https://www.firemid.com/products/early-christmas-sale-50-off-ice-be-gone-scraper-snow-ice-remover-2, https://www.firemid.com/products/ice-scraper2 | Link | Copyright | Galen Merrell | https://scrape-a-round.com/ | 1:21-cv-01316, 1:23-cv-01584 |
| 778 | Giske Network Technology Co., Limited | https://www.glossarye.com/ | 778-Giske Network-Fairly Odd Treasures | Yes | https://www.glossarye.com/products/potty-golf | Link | Trademark | Fairly Odd Treasures | https://fairlyoddtreasures.com/ | 1:20-cv-01386, 1:21-cv-06136 |
| 778 | | | 778-Giske Network-Rinne Corp | Yes | https://www.glossarye.com/products/buy-2-free-shipping-flip-n-slide-bucket-lid-mouse-trap, https://www.glossarye.com/products/flip-n-slide-bucket-lid-mouse-trap, https://www.glossarye.com/products/flip-n-slide-bucket-lid-mouse-trap-2 | Link | Trademark, Copyright | Rinne Corp | https://www.rinnetraps.com/ | 1:22-cv-05808 |
| 714 | Jiayi E-Commerce Co., Ltd. | https://www.beautifuldeer.com/ | 714-Jiayi E-Draft Top LLC | Yes | https://www.beautifuldeer.com/products/universal-topless-can-opener | Link | Copyright, Utility Patent | Draft Top LLC | https://drafttop.com/ | 1:21-cv-03792, 1:21-cv-03792 |
| 714 | | | 714-Jiayi E-Fairly Odd Treasures | | https://www.beautifuldeer.com/products/potty-golf | Link | Trademark | Fairly Odd Treasures | https://fairlyoddtreasures.com/ | 1:20-cv-01386, 1:21-cv-06136 |
| 714 | | | 714-Jiayi E-Rinne Corp | | https://www.beautifuldeer.com/products/flip-n-slide-bucket-lid-mouse-trap | Link | Trademark, Copyright | Rinne Corp | https://www.rinnetraps.com/ | 1:22-cv-05808 |
| 714 | | | 714-Jiayi E-Pokonobe Associates | | https://www.beautifuldeer.com/products/16pcs-hercules-jenga-balance-building-blocks-toy | #REF! | Trademark | Pokonobe Associates | https://www.jenga.com/ | No |
| 924 | Larryhot Trading Co., Limited | https://www.supvogue.com | 924-Larryhot Trading-Zuru | Yes | https://www.supvogue.com/products/hot-sale---rapid-injection-water-balloon-set | Link | Trademark | Zuru | https://zurutoys.com/brands/bunch-o-balloons | 1:23-cv-01852, 1:23-cv-21976, 1:23-cv-22217, 1:23-cv-22665 |
| 720 | Larryhot Trading Co., Limited | https://www.frame-wood.com/ | 720-Larryhot Trading-The Grip Jar Opener LLC | Yes | https://www.frame-wood.com/products/summer-hot-sale---49-off-jar-opener-multi-function-2 | Link | Trademark, Copyright | The Grip Jar Opener LLC | https://www.thegripjaropener.com/ | 1:23-cv-02049 |
| 720 | | | 720-Larryhot Trading-Ara Ohanian | | https://www.frame-wood.com/products/last-day-promotion--save-48-off-gardening-claw-protective-gloves-buy-2-get-1-free-now | Link | Trademark | Ara Ohanian | https://www.honeybadgergloves.com/ | 1:21-cv-04923, 1:22-cv-05303 |
| 769 | Larryhot Trading Co., Limited | https://www.flowercog.com/ | 769-Larryhot Trading-Rinne Corp | Yes | https://www.flowercog.com/products/bucket-lid-mouse-trap?variant=81028 | Link | Copyright | Rinne Corp | https://www.rinnetraps.com/ | 1:22-cv-05808 |
| 781 | Larryhot Trading Co., Limited | https://gorgeousdo.com | 781-Larryhot Trading-Galen Merrell | Yes | https://gorgeousdo.com/products/magical-car-ice-scraper | Link | Trademark, Copyright | Galen Merrell | https://scrape-a-round.com/ | 1:21-cv-01316, 1:23-cv-01584 |
| 781 | | | 781-Larryhot Trading-Curv Brands LLC | | https://gorgeousdo.com/products/stainless-steel-edc-keychain-keyring | Link | Trademark, Copyright | Curv Brands LLC | https://www.getkeysmart.com/ | 1:21-cv-05220 |
| 911 | Larryhot Trading Co., Limited | https://www.costumebrand.com/ | 911-Larryhot Trading-Baziuk Holding Ltd | Yes | https://www.costumebrand.com/products/the-water-rocket---cleaning-nozzle | Link | Trademark, Copyright, Design Patent | Baziuk Holding Ltd | https://www.flushquip.com/ | 1:23-cv-02583 |
| 911 | | | 911-Larryhot Trading-Rinne Corp | | https://www.costumebrand.com/products/buy-2-free-shipping-flip-n-slide-bucket-lid-mouse-trap | Link | Trademark, Copyright | Rinne Corp | https://www.rinnetraps.com/ | 1:22-cv-05808 |
| 911 | | | 911-Larryhot Trading-The Grip Jar Opener LLC | | https://www.costumebrand.com/products/hot-sale-the-grip-jar-opener-opens-any-size-type-of-lid-effortlessly, https://www.costumebrand.com/products/summer-hot-sale---49-off-jar-opener-multi-function-2 | Link | Trademark, Copyright | The Grip Jar Opener LLC | https://www.thegripjaropener.com/ | 1:23-cv-02049 |
| 918 | Larryhot Trading Co., Limited | https://www.milletgo.com/ | 918-Larryhot Trading-Pizza Pack LLC | Yes | https://www.milletgo.com/products/pizza-pack-collapsible-container-for-pizza | Link | Trademark, Copyright | Pizza Pack LLC | https://pizzapack.com/ | 1:22-cv-07134, 1:23-cv-14403 |
| 910 | Nanchang Huimeng Network Technology Co.,Ltd. | https://www.confidencem.com | 910-Nanchang Huimeng-Viahart LLC | Yes | https://www.confidencem.com/products/viahart-brain-flakes-interlocking-plastic-disc-set | Link | Trademark, Copyright | Viahart LLC | https://viahart.com/ | 1:21-cv-06222 |
| 786 | Nanchang Huiyun Linghai Technology Co., Ltd. | https://www.happytoobtain.com/ | 786-Nanchang Huiyun-Perrys Music LLC | Yes | https://www.happytoobtain.com/products/guitar-1 | Link | Copyright | Perrys Music LLC | https://www.chordbuddy.com/ | 1:21-cv-06025, 1:22-cv-06091 |
| 786 | | | 786-Nanchang Huiyun-Galen Merrell | | https://www.happytoobtain.com/products/christmas-promotion-50-off-buy-2-get-1-free-magical-car-ice-scraper | Link | Trademark, Copyright | Galen Merrell | https://scrape-a-round.com/ | 1:21-cv-01316, 1:23-cv-01584 |
| 786 | | | 786-Nanchang Huiyun-Baziuk Holding Ltd | | https://www.happytoobtain.com/products/cleaning-nozzle | Link | Copyright, Design Patent | Baziuk Holding Ltd | https://www.flushquip.com/ | 1:23-cv-02583 |
| 871 | Nanchang Huiyun Linghai Technology Co., Ltd. | https://www.somethebest.com/ | 871-Nanchang Huiyun-Ronan Tools Inc | Yes | https://www.somethebest.com/products/cutter-4 | Link | Trademark, Copyright | Ronan Tools Inc | https://www.ronantools.com/products/clever-cutter | 1:20-cv-06837, 1:21-cv-06214, 1:23-cv-03192 |
| 891 | Nanchang Laifei Technology Co.,Ltd. | https://www.tophotred.com/ | 891-Nanchang Laifei-TR Tools LLC | Yes | https://www.tophotred.com/products/wrench-2-4, https://www.tophotred.com/products/wrench | Link | Copyright | TR Tools LLC | https://tite-reach.com/ | 1:23-cv-00663 |
| 891 | | | 891-Nanchang Laifei-PAAKline LLC | | https://www.tophotred.com/products/roller-saver, https://www.tophotred.com/products/roller | Link | Copyright | PAAKline LLC | https://paakline.com/ | 1:22-cv-01082-LY |
| 891 | | | 891-Nanchang Laifei-Joshua Millstein | | https://www.tophotred.com/products/spillnot | Link | Trademark, Copyright, Design Patent | Joshua Millstein | https://www.thespillnot.com/ | 1:21-cv-03799 |
| 891 | | | 891-Nanchang Laifei-Safeworld International Inc | | https://www.tophotred.com/products/spray-tool, https://www.tophotred.com/products/spray-tool-2 | Link | Design Patent | Safeworld International Inc | https://www.cangun1.com/ | 1:22-cv-05512 |
| 891 | | | 891-Nanchang Laifei-Ronan Tools Inc | | https://www.tophotred.com/products/board-2 | Link | Copyright | Ronan Tools Inc | https://www.ronantools.com/products/clever-cutter | 1:20-cv-06837, 1:21-cv-06214, 1:23-cv-03192 |
| 922 | Nanchang Sikerui Technology Co.,Ltd. | https://www.puppup.net | 922-Nanchang Sikerui-PAAKline LLC | Yes | https://www.puppup.net/products/planting-soil-block-maker-2-2 | Link | Copyright | PAAKline LLC | https://paakline.com/ | 1:22-cv-01082-LY |
| 922 | | | 922-Nanchang Sikerui-The Grip Jar Opener LLC | | https://www.puppup.net/products/multi-function-jar-opener-under-cabinet | Link | Trademark, Copyright | The Grip Jar Opener LLC | https://www.thegripjaropener.com/ | 1:23-cv-02049 |
| 780 | Shenzhen Jijimg Network Technology Co., Ltd. | https://www.gorgeifous.com/ | 780-Shenzhen Jijimg-Ronan Tools Inc | Yes | https://www.gorgeifous.com/products/50-off-now--2-in-1-smart-cutter-buy-2-get-1-free?variant=19272 | Link | Trademark, Copyright | Ronan Tools Inc | https://www.ronantools.com/products/clever-cutter | 1:20-cv-06837, 1:21-cv-06214, 1:23-cv-03192 |
| 883 | Shenzhen Jijimg Network Technology Co., Ltd. | https://swan-sunny.com/ | 883-Shenzhen Jijimg-Perrys Music LLC | Yes | https://swan-sunny.com/products/guitar-learning-tools | Link | Copyright | Perrys Music LLC | https://www.chordbuddy.com/ | 1:21-cv-06025, 1:22-cv-06091 |
| 785 | Sonzea Trading Co., Limited | https://hailoyearn.com/ | 785-Sonzea Trading-Pizza Pack LLC | Yes | https://hailoyearn.com/products/pizza-pack-collapsible-tupperware-container-for-pizza | Link | Trademark, Copyright | Pizza Pack LLC | https://pizzapack.com/ | 1:22-cv-07134, 1:23-cv-14403 |
| 773 | Suzhou Chenghe Network Technology Co., Ltd. | https://www.frame-wood.com/ | 773-Suzhou Chenghe-Ara Ohanian | Yes | https://www.frame-wood.com/products/last-day-promotion--save-48-off-gardening-claw-protective-gloves-buy-2-get-1-free-now | Link | Trademark | Ara Ohanian | https://www.honeybadgergloves.com/ | 1:21-cv-04923, 1:22-cv-05303 |
| 821 | Suzhou Chenghe Network Technology Co., Ltd. | https://www.mattch-better.com/ | 821-Suzhou Chenghe-The Grip Jar Opener LLC | Yes | https://www.mattch-better.com/products/christmas-promotion-sale-now-48-off-jar-opener-multi-function-cap-opener-under-cabinet | Link | Trademark, Copyright | The Grip Jar Opener LLC | https://www.thegripjaropener.com/ | 1:23-cv-02049 |
| 821 | | | 821-Suzhou Chenghe-Ronan Tools Inc | | https://www.mattch-better.com/products/cutter, https://www.mattch-better.com/products/scissors-2 | Link | Copyright | Ronan Tools Inc | https://www.ronantools.com/products/clever-cutter | 1:20-cv-06837, 1:21-cv-06214, 1:23-cv-03192 |
| | | | 907-Suzhou Chenghe-Carve Design LLC | | https://www.allhaulm.com/products/key | Link | Trademark, Copyright | Carve Design LLC | https://geekey.com/ | 1:21-cv-02145, 1:23-cv-03196 |

| # | Defendant | Store URL | Sub-ID | Listed | Product URL | Link | IP Type | Plaintiff | Plaintiff URL | Case No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 907 | Suzhou Chenghe Network Technology Co., Ltd. | https://www.allhaulm.com | 907-Suzhou Chenghe-Safeworld International Inc | Yes | https://www.allhaulm.com/products/spray-tool | Link | Design Patent | Safeworld International Inc | https://www.cangun1.com/ | 1:22-cv-05512 |
| | | | 907-Suzhou Chenghe-PAAKline LLC | | https://www.allhaulm.com/products/roller-saver | Link | Copyright | PAAKline LLC | https://paakline.com/ | 1:22-cv-01082-LY |
| | | | 907-Suzhou Chenghe-Ruppert Garden Tools LLC | | https://www.allhaulm.com/products/curved-hook | Link | Copyright | Ruppert Garden Tools LLC | https://ruppertgardentools.com/ | 1:21-cv-00709, 1:22-cv-00519, 1:22-cv-06883 |
| 913 | Suzhou Chenghe Network Technology Co., Ltd. | https://www.goblinpocket.com | 913-Suzhou Chenghe-Rinne Corp | Yes | https://www.goblinpocket.com/products/smart-flip-n-slide-bucket-lid-mouse-trap | Link | Trademark, Copyright | Rinne Corp | https://www.rinnetraps.com/ | 1:22-cv-05808 |
| 919 | Suzhou Chenghe Network Technology Co., Ltd. | https://www.mite-wood.com | 919-Suzhou Chenghe-PAAKline LLC | Yes | https://www.mite-wood.com/products/12-1-paint-roller-saver | Link | Copyright | PAAKline LLC | https://paakline.com/ | 1:22-cv-01082-LY |
| | | | 919-Suzhou Chenghe-Galen Merrell | | https://www.mite-wood.com/products/anti-seasonal-promotion-magical-car-ice-scraper | Link | Copyright | Galen Merrell | https://scrape-a-round.com/ | 1:21-cv-01316, 1:23-cv-01584 |
| 704 | Suzhou Ruoxing Network Technology Co.,Limited | https://www.approachee.com/ | 704-Suzhou Ruoxing-Pizza Pack LLC | Yes | https://www.approachee.com/products/collapsible-container-for-pizza | Link | Trademark, Copyright | Pizza Pack LLC | https://pizzapack.com/ | 1:22-cv-07134, 1:23-cv-14403 |
| | | | 704-Suzhou Ruoxing-PST Innovations LLC | | https://www.approachee.com/products/self-threading-needles-2 | Link | Trademark, Copyright, Utility Patent | PST Innovations LLC | https://theneedlelady.com/spiral-eye-side-threading-needles/ | 1:21-cv-01239, 1:23-cv-00317 |
| | | | 704-Suzhou Ruoxing-PAAKline LLC | | https://www.approachee.com/products/roller-saver | Link | Copyright | PAAKline LLC | https://paakline.com/ | 1:22-cv-01082-LY |
| | | | 704-Suzhou Ruoxing-Galen Merrell | | https://www.approachee.com/products/ice-scraper2 | Link | Copyright | Galen Merrell | https://scrape-a-round.com/ | 1:21-cv-01316, 1:23-cv-01584 |
| 800 | Suzhou Ruoxing Network Technology Co.,Limited | https://www.jewelawne.com/ | 800-Suzhou Ruoxing-Tetris LLC | Yes | https://www.jewelawne.com/products/tetris-tower-game | Link | Trademark | Tetris LLC | https://tetris.com/ | 1:22-cv-00719, 1:22-cv-06881 |
| 754 | Vanice Technology Co., Limited | https://www.enjoyaitlife.com/ | 754-Vanice Technology-Rinne Corp | Yes | https://www.enjoyaitlife.com/products/smart-flip-n-slide-bucket-lid-mouse-trap | Link | Trademark, Copyright | Rinne Corp | https://www.rinnetraps.com/ | 1:22-cv-05808 |
| 916 | Vedo Trading Co.,Limited | https://www.inputependa.com/ | 916-Vedo Trading-PAAKline LLC | Yes | https://www.inputependa.com/products/paint-roller-sleeve-cleaner | Link | Copyright | PAAKline LLC | https://paakline.com/ | 1:22-cv-01082-LY |
| 765 | Zero-Miracle Network Limited | https://www.feelrational.com/ | 765-Miracle Network-Frugality Inc | Yes | https://www.feelrational.com/products/4d-silk | Link | Trademark | Frugality Inc | www.amazon.com/Secret-Xpress-Control-Lengthening-Smudge-Proof/dp/B08NZT21000 | 1:21-cv-23025, 1:23-cv-21000 |
| | | | 765-Miracle Network-Puffin Coolers LLC | | https://www.feelrational.com/products/cold-beer-coats, https://www.feelrational.com/products/cold-beer-coats-2 | Link | Copyright, Design Patent | Puffin Coolers LLC | https://puffindrinkwear.com/ | 1:22-cv-05655, 1:23-cv-03501 |
| 728 | Zero-Miracle Network Limited | https://cheap-easy-go.com | 728-Miracle Network-Rinne Corp | Yes | https://www.cheap-easy-go.com/products/new-year-flash-sale--50-off-flip-trap | Link | Trademark, Copyright | Rinne Corp | https://www.rinnetraps.com/ | 1:22-cv-05808 |
| | | | 728-Miracle Network-Ronan Tools Inc | | https://www.cheap-easy-go.com/products/christmas-pre-sale---save-50-off-2-in-1-smart-cutter--buy-2-free-shipping | Link | Trademark, Copyright | Ronan Tools Inc | https://www.ronantools.com/products/clever-cutter | 1:20-cv-06837, 1:21-cv-06214, 1:23-cv-03192 |
| 909 | Zero-Miracle Network Limited | https://www.bulk-supplement.com | 909-Miracle Network-Zulay LLC | Yes | https://www.bulk-supplement.com/products/no-need-to-remove-garlic-peel | Link | Trademark, Copyright | Zulay LLC | https://www.zulaykitchen.com/ | 1:22-cv-03265, 1:23-cv-05158 |