# Exhibit

# 3

**DOE NUMBER:** 906

**MARKETPLACE:** Other

**MERCHANT NAME:** alcartoonly

**SELLER ID:** www.alcartoonly.com

# alcartoonly.com Reviews

is alcartoonly.com safe or a scam?

**This site might be a scam according to Iain Pintsize.**

Trustscore
1 / 100
What is this?
Disclaimer

## What is your feeling about alcartoonly.com?

0 0 0 0 0

No reviews. Be the first to Review.
Report Scam

ORDER MANUAL VERIFICATION

GET YOUR MONEY BACK

## The trust score of alcartoonly is very low. Why?

The trust score of alcartoonly.com is extremely low. This is a strong indicator that the website may be a scam.

We rated alcartoonly.com using a computer program. The algorithm has scanned the website looking at the source code being used, terms and conditions, registry, location of the company and if the website has received many positive or negative reviews. Scamadviser uses all this information to create a trust score.

Based on our analysis we gave this website a very low score. If a website receives a very low review from us, we really recommend you to double check if the site is not an online scam but really safe to use. Please read our article **How to recognise a scam website** before you proceed.

### Positive highlights

- This website offers payment methods which offer a **"money back services"**
- Online shopping features were detected (**use our shopping scam checklist**)
- We found a valid SSL certificate
- **DNSFilter** labels this site as safe
- Checked for malware and phishing by **Flashstart**

### Negative highlights

- The identity of the owner of the website is hidden on WHOIS
- The Tranco rank (how much traffic) is rather low
- The website is located in a high risk country.
- The server of the site has several low reviewed other websites
- The shop seems to be selling **well-known brands** from a high-risk country
- We did not find reviews on popular review sites
- Words were found often used by scammers

SHOW DETAILED ANALYSIS

## Consumer reviews about alcartoonly.com

### Be the first one to review

No reviews have been left for **alcartoonly.com** on ScamAdviser.com

**Total reviews: 0**
**Average score: 0 stars**
Learn more

### Add your review

Write a public review everybody can see...

ADD A REVIEW


## Advertorials

### Join Us in Turning the Tide Against Scams




On October 18–19, 2023, the 4th Global Anti-Scam Summit (GASS) will take place. The goal of the GASS is to bring governments, consumer & financial authorities, law enforcement, brand protection agencies, and (cybersecurity) companies together to share knowledge and define joint actions to protect consumers from getting scammed. This year, we focus on further defining these solutions and showcasing the best practices from around the globe.
You can attend the event in-person in Lisbon or be a part of it virtually. Registration for physical attendance will close soon as less than 100 seats are left! Online participation is completely free. Click the link below to check the full agenda and register for the summit.

REGISTER NOW

### Travel Scams 101: How people get caught and how to protect yourself



Summer is here! As you plan for a thrilling trip this summer vacation and seek the best deal for everything, scammers are well prepared to exploit you with travel scams. Continue reading for what you should know about travel scams and learn how to avoid them.

TRAVEL SAFELY


## Entire Review alcartoonly

### Company Review

The identify of the website owner has been hidden. This may be done for a valid reason as spammers use this information to email website owners. Unfortunately is also makes identification of the owner difficult. We prefer if the website does show his true identity.

Please read our blog post "**How to recognize fake products**". Especially from high risk countries we see many scammers trying to sell counterfeit products. It does not necessarily have to be the case but you may want to do some extra checks.

### Webshop Review

The Tranco ranking of this website is low. This can be considered low in relation to other websites from the website's country. If you think this website should be very popular, please invest additional time in researching the company as this is suspicious. For a smaller or starting website a low ranking can be considered normal.

We lowered the alcartoonly.com review score as we found several websites on the same server with a low trust score. Online scammers have a tendency to set-up multiple malicious websites on one server, sometimes more than hundreds. You can see which websites we found under the "Server" tab on this page.

We found some keywords on this website that are often used by scammers or simply indicate that the website is not finished. For example, we check for the sentence "Lorem ipsum dolor sit amet". This text is used by design and IT teams worldwide as a placeholder text for new websites. The text is replaced with a real sentence once the website goes into production. Sites that are not finished (or are being misused by cyber criminals) often show these keywords. In other words, please check the website carefully before you proceed. It may simply not be finished or worse...

### Technical Review

The website is being hosted in a country with a high level of fraud and corruption according to the International Banking Federation. The risk of doing business with these kind of countries is therefor higher.

The company seems to support payment methods that offer a "**money-back guarantee**" such as Alipay, Mastercard, Paypal, and Visa. While this money-back guarantee is not 100% secure, it does allow consumers in most cases to get their money back if the product is not delivered or proves to be fake.

We identified an SSL certificate meaning that the data shared between your browser and the website is encrypted and cannot be read by others. SSL certificates are always used by legit and safe websites. Unfortunately scammers increasingly also use SSL certificates so it is no guarantee that you are visiting a reliable website.

## Facts about alcartoonly.com

**Key facts**

**Domain age**
1 year from now

**WHOIS data**
hidden

**Company data**

**Address**
guang dong

**Country**
CN

**E-mail**
https://whois.aliyun.com/whois/whoisform

**Website data**

**Website**
alcartoonly.com

**Redirecting from website**
alcartoonly.com

**Title**
alcartoonly

**Domain age**
1 year from now

**Website Speed**
Slow

**SSL certificate valid**
valid

**SSL type**
Low - Domain Validated Certificates (DV SSL)

**SSL issuer**
Let's Encrypt

**WHOIS registration date**
2022-04-21

**WHOIS last update date**
2023-04-12

**WHOIS renew date**
2024-04-21

**Tags**
Brands, Registration Possible, Industry - Shopping, Payment Methods - Reliable, Language - English

Owner
Administrator
Technical Contact
Server
Registrar
Server name

**Related domains**

Click here to find out which domains are on the same server as alcartoonly.com

Powered by Domain Crawler

### Is this your website?

If you own this website you can update your company data and manage your reviews for free.

CLAIM WEBSITE

### About this report

The alcartoonly.com review has been searched 416 times.
First analyzed: 2022-05-03 02:36:09. Last updated: 2023-09-12 21:21:40


## Related blogs

- Is Ohspotlight.com Legit or a Scam?
- Is Firingon.com Legit or a Scam? A Detailed Investigation
- Rbwearoutlets.com Review: Is It Safe or a Scam?
- Is Brickspin.Shop Legit or a Scam?
- Is Fritual.com Legit or a Scam?

READ MORE

### Protect yourself from viruses, phishing and scammers

ADD TO BROWSER
Powered by: TREND MICRO

## Popular Stories

### How to Recognize a Scam Website

As the influence of the internet rises, so does the prevalence of online scams. There are fraudsters making all kinds of claims to trap victims online - from fake investment opportunities to online stores - and the internet allows them to operate from any part of the world with anonymity. The ability to spot online scams is an important skill to have as the virtual world is increasingly becoming a part of every...

READ MORE

### How Do I Get Money Back From a Scammer?

So the worst has come to pass - you realise you parted with your money too fast, and the site you used was a scam - what now? Well first of all, don't despair!! If you think you have been scammed, the first port of call when having an issue is to simply ask for a refund. This is the first and easiest step to determine whether you are dealing with a genuine company or scammers. Sadly, getting your money back from a...

READ MORE

## Website Alerts

- ChatGPT-4 Phishing Websites and Other Threats
- Is Beunst.com Legit or a Scam?
- Is Bo-shopify.com Legit or a Scam?

READ MORE

## Help & Info

- Scam Alerts
- Learn about Scams
- Reliable Sites
- Advice for Companies
- Research & Reports
- Global Scam Country Guide

SEE ALL

## Scam Trends

- Binance Holdings PayPal Invoice, UPS, iCloud, Costco, Walmart, & Kohl's— Top Scams and Phishing...
- "Suspicious Account Activity" Scam Reported to Amazon in 20+ Countries
- How Scammers are Using Voice Clones to Scam Millions

READ MORE

## Subscribe to our weekly newsletter

Your email... SUBSCRIBE

YouTube 7K Follow @scamadviser

**For Consumers**
Report a Scam
How to get your money back
ScamAdviser Browser Extension
How to Recognize a Scam Website
Chat on WhatsApp & Telegram

**For Businesses**
Claim your Website
API & Data Feed
Install Our Logo
Become our Partner
Advertise on ScamAdviser

**About Scamadviser**
About Us
FAQ
In the Press
Contact

Privacy Policy | Terms & Conditions | Imprint | Disclaimer | Content Guidelines | Notice and Take Down | Sitemap | Copyright |
© 2023 Scamadviser

ScamAdviser is a member of GASA Global Anti-Scam Alliance

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

www.alcartoonly.com Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

alcartoonly.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 907

**MARKETPLACE:** Other

**MERCHANT NAME:** allhaulm

**SELLER ID:** www.allhaulm.com

Search Facebook




Allhaulm

# All-Haulm

478 likes • 511 followers

Shop Now | Message | Like

Posts | About | Mentions | Reviews | Followers | Photos | More

## About

Contact and basic info

Privacy and legal info

Page transparency

### Categories

Product/service

### Contact info

+1 626-985-5237
Mobile

support@allhaulm.com
Email

### Websites and social links

http://www.allhaulm.com/
Website

### Basic info

Not yet rated (1 Review)

## Reviews

Not yet rated (1 Review)

Michael Bender doesn't recommend All-Haulm.
1y ·

They are selling what they claim is a "16TB SSD" for $119. That is a scam. Report to Facebook.

0 comments

See all

## Followers

Followers | Likes

All-Haulm's list of followers is unavailable.

## Photos

All-Haulm's Photos | Albums




## Videos

All-Haulm's Videos

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

www.allhaulm.com

Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

allhaulm.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 702

**MARKETPLACE:** Other

**MERCHANT NAME:** anblinlast

**SELLER ID:** anblinlast.com

Trustpilot Search for another company… Categories Blog Log in For businesses




# anblinlast.com

Reviews 7 • Poor

2.3

anblinlast.com
Visit this website

Write a review

## Reviews 2.3

7 total

| | |
|---|---|
| 5-star | 0% |
| 4-star | 0% |
| 3-star | 0% |
| 2-star | 0% |
| 1-star | 100% |

Filter

Sort: Most relevant

**Sara Butchart**
1 review AU

Jun 22, 2023

### Bought a tote bag that looked like good...

Bought a tote bag that looked like good vegan leather - pure plastic - absolute rubbish.

**Date of experience:** June 22, 2023

Useful Share

**christopher hart**
CH
2 reviews GB

Jan 13, 2023

### Just filing complaint with PayPal and...

Just filing complaint with PayPal and note the previous reviews is exactly the same as my issue. Sent heated gillet and the electric wires cutting into skin under the armpit and deforming the shape of the jacket
Emailed them photos showing product tight and deformed and they respond that's fine and have not answered last three emails. dreadful product and dreadful company AVOID

**Date of experience:** January 07, 2023

Useful Share

**Ilo**
IL
1 review CA

May 31, 2023

### Do not order anything from them

Do not order anything from them! It's a scam .. I never received my order!!!

**Date of experience:** May 02, 2023

Useful Share

**Disappointed**
DI
1 review US

Jan 16, 2023

### Ordered an XL vest, company refuses return or exchange

Ordered an XL, they sent an XL however it fits like a medium. I have tried to exchange or return the vest, with numerous emails. Anblinlast refuses to exchange or refund my money. DO NOT DO BUSINESS WITH THEM. Customer Service is a joke just like the company.

**Date of experience:** January 09, 2023

Useful Share

**Lynn Doherty**
LD
3 reviews US

Apr 20, 2023

### Do not order from this company

Do not order from this company. I placed an order for a heated jacket in November and it was never received. The tracking stops in Alaska.

**Date of experience:** April 19, 2023

Useful Share

**Grahame Robinson**
GR
20 reviews GB

Feb 2, 2023

### Given it one star , -5 would have been closer

Given it one star , would have given -5 if able. I ordered this product for Christmas, in good time, it arrived in January. The size sent was XS, when I ordered the thing I put medium in the size box.

Contacted them, after 29th of Jan as they were on holiday. I explained the problem and simply asked for an exchange for the right size. They checked the number on the product and stated I had ordered XS. so no problem with quality, no exchange, buy a new one the correct size!!?!

Contacted them again and got the same no problem with quality no exchange and they would contact the manufacturer to advise them of my problem so it would not happen again.

I have written back stating that I am not happy with the inflexibility of this company to a simple exchange. I also asked what happen if the person this thing was intended for contacted them to say is was too small, would they be advised to but another.

I will now take that matter up with Paypal and see what they can do. STEER CLEAR of these charlatans

**Date of experience:** January 29, 2023

Useful Share

**Carlton Brailey**
CB
2 reviews GB

Jan 4, 2023

### The heated vest I purchased burned...

The heated vest I purchased burned within 3 weeks of purchase. Customer service non-existent, will not offer replacement or refund. Buyer Beware!

**Date of experience:** January 04, 2023

Useful Share

Previous 1 Next page

### Is this your company?

Claim your profile to access Trustpilot's free business tools and connect with customers.

Get free account

### Company activity

See all

Unclaimed profile

No history of asking for reviews

People review on their own initiative

### Our 2022 Transparency Report has landed

Take a look

### Is this your company?

Claim your profile to access Trustpilot's free business tools and connect with customers.

Get free account

### Contact

United States

### The Trustpilot Experience

We're open to all

We champion verified reviews

We fight fake reviews

We encourage constructive feedback

We verify companies and reviewers

We advocate against bias

Take a closer look

Trustpilot

| About | Community | Businesses | Follow us on | Choose country |
|---|---|---|---|---|
| About us | Trust in reviews | Trustpilot Business | | United States |
| Jobs | Help Center | Products | | |
| Contact | Log in | Plans & Pricing | | |
| Blog | Sign up | Business Login | | |
| How Trustpilot works | Chrome App | Blog for Business | | |
| Transparency Report | | | | |
| Press | | | | |
| Investor Relations | | | | |

Legal Privacy Policy Terms & Conditions Guidelines for Reviewers System status Cookie preferences Modern Slavery Statement

© 2023 Trustpilot, Inc. All rights reserved.

Product Sourcing Made Easy
Alibaba.com



Product Sourcing Made Easy
Alibaba.com

# Anblinlast Review: Anblinlast a Scam Shop? [2022]

Posted on November 15, 2022 by Wisdom Ganga

Super September 2023.
Alibaba.com

Spread the love

Hello friends, welcome to the **Anblinlast** review. Want to buy products that will reach you exactly the same way as you have seen on the website? It seems an odd statement but who knows if a new and unknown website is legit or not? Therefore, it is good to check a website before using them and the same goes for **Anblinlast**.

The objective of the **Anblinlast** review is to answer some of the major questions like, is **Anblinlast** scam? or is **Anblinlast** legit? Is it a real or fake website? Asking questions regarding a website that seems suspicious and offers brands' products at a cheap rate, is the right thing to do.

The **Anblinlast** review will highlight all the red flags this site has. We urge you to read the article to the end and learn the modus operandi of the fake websites. Also, share this knowledge with others and familiarize them with such scams.

```
As Season of Sales is Soon to Come, Scammers have also geared up to take the advantage of Holiday Shopping Season. Please Read the following article: Holiday Shoppers Beware of Online Shopping Scams?
```

Super September 2023.
Alibaba.com

Table of Contents

1. What is Anblinlast?
2. Specification: Anblinlast Reviews
3. Is Anblinlast Legit?
4. Is Anblinlast Real or Fake?
5. Is Anblinlast Scam?
5.1. Is it worth buying products from Anblinlast?
6. Red flags: Anblinlast Reviews
6.1. EndNote

## What is Anblinlast?

**Anblinlast** is an eCommerce store selling different and various types of Heating Jackets and other related products & accessories.

Now, the real question is, do they really send the right product? We have seen various red flags on this website also, and we have reviewed various similar websites.

## Specification: Anblinlast Reviews

**A. Site Name**: Anblinlast

**B. Email**: support@Anblinlast.com

**C. Contact Address**: NA.

**D. Contact number:** NA

Super September 2023.
Alibaba.com

**E. Products Category:** Heated Clothing, Accessories,.

**F. Type of Product Name:** Women's Heated Vest – 9 heating zones removable cap, Heated Socks, Heated Pants, 2022 Updated Version Two-touch LED Controller Heated Vest For Men & Women With Battery Pack, 2022 New Colors 9 Heat Zones Vest Two-touch LED Controller Removable Cap For Men & Women With Battery Pack, and many more.

**G. Options for payment:** Visa, MasterCard

**H. Shipping and Delivery Policy**: If your order is over $75, we HIGHLY RECOMMEND you to choose our STANDARD SHIPPING (With Tracking) option, so that you will be able to track your order at all times, until it arrives your doorstep (as mentioned on the Site).

**I. Return and Exchange Policy:** If you are not happy with your purchase and wish to return an item, please contact us within 45 days from receiving your order (as mentioned on the Site).

**J. Social media links:** This site doesn't have any social media accounts.

₱59,737.13 ₱96,603.46 ₱159,299.00 ₱145,075.87 ₱1,393,866.25 ₱8,818.34
Alibaba.com Product Sourcing Made Easy
Alibaba.com

**K. Website Age**: 28th of June 2022

**L. Maximum Discount offers**– Discount Available on All the Products.

**M. Customer Complaints:** It is a new website, and we did not find NEGATIVE Reviews about this store on other websites.

```
Check Out Some Web stories: BEWARE OF ONLINE SHOPPING SCAM; TIPS TO AVOID ONLINE SHOPPING SCAM;
```

## Is Anblinlast Legit?

It is not a legit website in our opinion. It is because for a website to be legit it must show some kind of transparency in its work. But this website has shown nothing, they have not shared anything about its owner. They have also guarded their info in WHOIS records, this trick is used by fake websites.

## Is Anblinlast Real or Fake?

Any data or content on this website has been duplicated and copied from other websites. Anyone can check the contents with a plagiarism checker available online for free.

If the content is copied, it also means their policies are fake too. This makes this shopping website a fake website.

amazon amazon amazon amazon amazon amazon amazon

## Is Anblinlast Scam?

All fundamental flaws that are found on a non-legit site that later turn into scams are also present in **Anblinlast**. So, sooner or later, This particular shopping website will scam people. Our opinion is simple, please do not use this site and keep a reasonable long distance from it.

### Is it worth buying products from Anblinlast?

The simple and direct answer is no. It is simple because first, they are not going to send the product for a very long time, and second, even if somebody receives the delivery then the product will not be correct or original. It is no use to take chance with an unknown website just because of the deals.

Alibaba.com Product Sourcing Made Easy

## Red flags: Anblinlast Reviews

- The website's owner info is hidden and not shared.
- The website is using duplicate content on its website.
- Deals offered on the website are too good to be a true kind of offer.
- They are manipulating the price of goods to lure people.
- Data security is an issue as they have not guarded their website properly.
- In the Era of Social Media, an online site is not available on social media, this shows that they are not serious about their work.

Alibaba.com

- Domain age is very new and a young website to offer big discounts is not a good or sustainable business idea.
- The Trust Score of this site is very low.
- Other similar websites are also working online: Salesnowsports, Finolifestyles, Warmloon, Rdrdff, Plutogdz, Youdaiie, Orgeou, Jnwesa, Warmfam, Buoesa, Tarocoro, Yaveil, Macyssuote.

### EndNote

We do not recommend the **Anblinlast** site due to its various red flags. This site is not a good website to shop, please do not use it. Never share your information with them and keep a good distance from it.

If you think you got scammed, read the article: What to do next when you get scammed? How to Recover Your Money from Scammers?

Always report scams, every country has one organization dedicated to helping customers. Read the following article to know when, Where and How to Report Online Scams? Also, you must write your experience in the comment so that other people understand the seriousness of the online scams.

Discover related topics
Customer Experience
Customer Service
Fraud
Customer Reviews
Scams

We hope that **Anblinlast** Review helped you to understand the true nature of this website. This kind of website targets people on Social Media, Like many other people, people in our social circle are also affected by such scams.

Invicta x TechnoMarine Collab
invictastores.com
Open

Once the money is deducted it is hard to claim it back. Therefore, becoming aware of online scams is the primary weapon against scams.

**Request**: It is our humble request to people who have some experience with the **Anblinlast** site, to share their experience in the comment box. It helps others to understand the reality of this website.

Also, please support us in this pursuit to make people aware of online scams by liking us on Facebook, Twitter or Instagram. We don't want scammers to take the advantage of people's innocence. Your support is needed by us.

Buy me a coffee

Our team at WisdomGanga is constantly working to recognize all the possible scams and is focused on making everyone aware of them. If you find this article useful, you can now order a cup of coffee for our team as a token of appreciation.

Share this:

Like this:

Related

Pre-Selling Lots in Silang
Master The Elements
water purifier
The Best T-Shirt For Plus

Online Store

← Previous Post
Heroutletstore Review: Heroutletstore a Scam Website? [2022]

Next Post →
Manlyhost Review: Manlyhost SCam or Legit Shop? [2022]

One thought on "Anblinlast Review: Anblinlast a Scam Shop? [2022]"

Dumitru says:
December 17, 2022 at 11:20 pm

It is a scam website. I bought a heated vest. When arrived, after about 1 month from ordering, it was heating the neck only, and it had only one button, and I ordered the 2 button. I emailed the support@anblinlast .com, and I got a reply saying what the problem is the "right one" they will give me $3 for inconvenience. I replied and said that it is not the right product/defective and I want a refund. They said if they take long time to ship back and that they offer $6, when i bought $37. At this point it was clear to me it is a scam. I called visa and reported it as a scam and asked to get my money back if possible. Visa returned my money, and I am writing to you, whoever got scammed as me, because I think if you ask properly you probably get scammed too.

Reply

Leave a Reply

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

Website

Save my name, email, and website in this browser for the next time I comment.

Notify me of follow-up comments by email.

Notify me of new posts by email.

Post Comment

Search

Search

Alibaba.com

## About Us

The aim and vision of **Wisdom Ganga** are to make people aware of scams around them and other different knowledge. We are open to any suggestions, and doubts regarding any new website. DM us on Instagram, Facebook, or Twitter. ,

Alibaba.com

**DOE NUMBER:** 713

**MARKETPLACE:** Other

**MERCHANT NAME:** awakelet

**SELLER ID:** awakelet.com

Trustpilot Search for another company… Categories Blog Log in For businesses



# Awakelet

Reviews 1 • Average

3.2

awakelet.com
Visit this website

Write a review

## Reviews 3.2

1 total

| | | |
|---|---|---|
| 5-star | | 0% |
| 4-star | | 0% |
| 3-star | | 0% |
| 2-star | | 0% |
| 1-star | | 100% |

Filter Sort: Most relevant

**Lois Emmerich**
4 reviews ZA

Sep 6, 2023

### WHERE IS MY ORDER

WHERE IS MY ORDER?

Your parcel's status has updated

Dear LOIS Emmerich:

Your order number is 19867S29163 and the product name is 30 Day Anti-Aging Treatment Serum4 SETS（12 bottles） 80% OFF .
The tracking number is: 13898554666308523374.
We checked that your package logistics status has been updated.
Now the package logistics status is: transit.
Detail status of the logistics:The shipment is in transit in the country of destination.

Track your Parcel

**Date of experience:** July 18, 2023

Useful Share

Previous 1 Next page

### Is this your company?

Claim your profile to access Trustpilot's free business tools and connect with customers.

Get free account

## Company activity

See all

Unclaimed profile

No history of asking for reviews

People review on their own initiative

## Our 2022 Transparency Report has landed

Take a look

### Is this your company?

Claim your profile to access Trustpilot's free business tools and connect with customers.

Get free account

**Contact**

United States

### The Trustpilot Experience

We're open to all

We champion verified reviews

We fight fake reviews

We encourage constructive feedback

We verify companies and reviewers

We advocate against bias

Take a closer look



© 2023 Trustpilot, Inc. All rights reserved.

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

awakelet.com Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

awakelet.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 714

**MARKETPLACE:** Other

**MERCHANT NAME:** Beautifuldeer-Love

**SELLER ID:** www.beautifuldeer.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

www.beautifuldeer.com Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

beautifuldeer.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

# beautifuldeer.com Reviews

Is beautifuldeer.com safe or a scam?

**This site might be a scam according to Iain Pintsize.**

OPEN
Global Trade Starts Here
Ad

Trustscore
1 / 100
What is this?
Disclaimer

## What is your feeling about beautifuldeer.com?

5 | 0 | 0 | 0 | 0

1 / 5 based on 5 reviews
Report Scam

ORDER MANUAL VERIFICATION

GET YOUR MONEY BACK

### The trust score of beautifuldeer is very low. Why?

The trust score of beautifuldeer.com is extremely low. This is a strong indicator that the website may be a scam.

We rated beautifuldeer.com using a computer program. The algorithm has scanned the website looking at the source code being used, terms and conditions, registry, location of the company and if the website has received many positive or negative reviews. Scamadviser uses all this information to create a trust score.

Based on our analysis we gave this website a very low score. If a website receives a very low review from us, we really recommend you to double check if the site is not an online scam but really safe to use. Please read our article How to recognize a scam website before you proceed.

**Positive highlights**

- This website offers payment methods which offer a "money back services"
- Online shopping features were detected (use our shopping scam checklist)
- We found a valid SSL certificate
- The site has been set-up several years ago
- DNSFilter labels this site as safe
- Checked for malware and phishing by Flashstart
- This website is considered safe by Mallyverse

**Negative highlights**

- The identity of the owner of the website is hidden on WHOIS
- The Tranco rank (how much traffic) is rather low
- The website is located in a high risk country
- The server of the site has several low reviewed other websites
- We received reports that this website sells fakes (how to check if it is fake)
- This website has been voted to be a scam on ScamAdviser
- Negative reviews were detected for this website

SHOW DETAILED ANALYSIS

## Consumer reviews about beautifuldeer.com

**Very negative reviews**

Total reviews: 5
Average score: 1 stars
Learn more

The total score is based on reviews found on the following sites
- Scamadviser: 1/5 stars, 5 reviews

**Add your review**

Write a public review everybody can see...

ADD A REVIEW

beautifuldeer.com
**Karin Repp**
The order they sold to me was an absolute scam. I ordered Mosquito And Flies Killer Trap; 1) it was sent out from China- no mention about it on all the shop pages. This meant that delivery time was like 5 weeks. 2) sent product didn't even work
READ MORE

beautifuldeer.com
**Miha**
This website is a scam. I bought a few items from them and then i waited over a month to recive it. But when this items finally arrived they were broken and not functional. I tried to find an agreement but they offer me just 5€ for return. So i
READ MORE

beautifuldeer.com
**Joan.**
Do not purchase from this company.
1. They tell you that your charge will show from Beautiful Deer in the UK, not so, mine showed from China.
2. No where on their site did it say that they will have to collect sales tax, taxes were charged to my
READ MORE

beautifuldeer.com
**Sarpie Vartanian**
This website and company is not real, they're scamming people to buy their products and has false advertising. We had ordered 2021New Upgrade expandable Fence, the items that we received were nothing like what they advertised and their return policy
READ MORE

SEE MORE REVIEWS

## Advertorials


**Join Us in Turning the Tide Against Scams**




On October 18–19, 2023, the 4th Global Anti-Scam Summit (GASS) will take place. The goal of the GASS is to bring governments, consumer & financial authorities, law enforcement, brand protection agencies, and (cybersecurity) companies together to share knowledge and define joint actions to protect consumers from getting scammed. This year, we focus on further defining these solutions and showcasing the best practices from around the globe.
You can attend the event in-person in Lisbon or be a part of it virtually. Registration for physical attendance will close soon as less than 100 seats are left! Online participation is completely free. Click the link below to check the full agenda and register for the summit.

REGISTER NOW

**Travel Scams 101: How people get caught and how to protect yourself**



Summer is here! As you plan for a thrilling trip this summer vacation and seek the best deal for everything, scammers are well prepared to exploit you with travel scams. Continue reading for what you should know about travel scams and learn how to avoid them.

TRAVEL SAFELY


## Entire Review beautifuldeer

### Company Review

The identify of the website owner has been hidden. This may be done for a valid reason as spammers use this information to email website owners. Unfortunately is also makes identification of the owner difficult. We prefer if the website does show his true identity.

### Webshop Review

The Tranco ranking of this website is low. This can be considered low in relation to other websites from the website's country. If you think this website should be very popular, please invest additional time in researching the company as this is suspicious. For a smaller or starting website a low ranking can be considered normal.

We lowered the beautifuldeer.com review score as we found several websites on the same server with a low trust score. Online scammers have a tendency to set-up multiple malicious websites on one server, sometimes more than hundreds. You can see which websites we found under the "Server" tab on this page.

We recommend you read our article "**How to recognize counterfeit products**" before you proceed. This website has received one or more votes that it may be selling fake products. If they do, we recommend not buying from them. Apart from the fact that fake product sellers often do not deliver, the products may be endangering your health and you may be supporting other criminal activities as well.

The domain name of this website has been registered several years ago. In general, the older the website the more trustworthy it becomes. However, scammers sometimes buy existing websites and start doing their evil thing, so please make sure you check for other scammy attributes as well.

### Technical Review

The website is being hosted in a country with a high level of fraud and corruption according to the International Banking Federation. The risk of doing business with these kind of countries is therefor higher.

The company seems to support payment methods that offer a "**money-back guarantee**" such as Alipay, Mastercard, Paypal, and Visa. While this money-back guarantee is not 100% secure, it does allow consumers in most cases to get their money back if the product is not delivered or proves to be fake.

We identified an SSL certificate meaning that the data shared between your browser and the website is encrypted and cannot be read by others. SSL certificates are always used by legit and safe websites. Unfortunately scammers increasingly also use SSL certificates so it is no guarantee that you are visiting a reliable website.

OPEN
Global Trade Starts Here
Ad

### Facts about beautifuldeer.com

**Key facts**

Alexa rank
4819000
Domain age
2 years from now
WHOIS data
hidden

**Company data**

Address
guang dong
Country
CN
E-mail
https://whois.aliyun.com/whois/whoisForm

**Website data**

Website
beautifuldeer.com
Redirecting from website
www.singleffecting.com, beautifuldeer.com
Title
Beautifuldeer
Description
Beautifuldeer
Domain age
2 years from now
Website Speed
Slow
SSL certificate valid
valid
SSL type
Medium - Organization Validated Certificates (OV SSL)
SSL issuer
Cloudflare, Inc.
WHOIS registration date
2021-06-04
WHOIS last update date
2023-05-29
WHOIS renew date
2024-06-04
Tags
Industry - Shopping, Payment Methods - Reliable, Helpdesk, Sports, Language - English

Owner
Administrator
Technical Contact
Server
Registrar
Server name
Related domains

Click here to find out which domains are on the same server as beautifuldeer.com
Powered by Domain Crawler

**Is this your website?**
If you own this website you can update your company data and manage your reviews for free.
CLAIM WEBSITE

**About this report**
The beautifuldeer.com review has been searched 2028 times.
First analyzed: 2021-06-30 10:54:24. Last updated: 2023-09-18 14:44:18


## Related blogs

Is Bfsuop.com Legit or a Scam? Uncovering the Truth
Is AirJordanOfficial.us.com Safe or a Scam? Unveiling the Truth Behind the Hype
[Scam Alert] Zara Anniversary Scam
Is Deandevelo.com Legit or a Scam? A Comprehensive Analysis Amid Rising Concerns
Is Moneyeasily-gsx.top Legit or a Scam? Unveiling the Truth

READ MORE

Protect yourself from viruses, phishing and scammers
ADD TO BROWSER Powered by: TREND MICRO

## Popular Stories

**How to Recognize a Scam Website**
As the influence of the internet rises, so does the prevalence of online scams. There are fraudsters making all kinds of claims to trap victims online - from fake investment opportunities to online stores - and the internet allows them to operate from any part of the world with anonymity. The ability to spot online scams is an important skill to have as the virtual world is increasingly becoming a part of every...
READ MORE

**How Do I Get Money Back From a Scammer?**
So the worst has come to pass - you realise you parted with your money too fast, and the site you used was a scam - what now? Well first of all, don't despair!! If you think you have been scammed, the first port of call when having an issue is to simply ask for a refund. This is the first and easiest step to determine whether you are dealing with a genuine company or scammers. Sadly, getting your money back from a...
READ MORE

## Website Alerts

ChatGPT-4 Phishing Websites and Other Threats
Is Beunst.com Legit or a Scam?
Is Bo-shopify.com Legit or a Scam?
READ MORE

## Help & Info

Scam Alerts
Learn about Scams
Reliable Sites
Advice for Companies
Research & Reports
Global Scam Country Guide
SEE ALL

## Scam Trends

Binance Holdings PayPal Invoice, UPS, iCloud, Costco, Walmart, & Kohl's— Top Scams and Phishing...
"Suspicious Account Activity" Scam Reported to Amazon in 20+ Countries
How Scammers are Using Voice Clones to Scam Millions
READ MORE

### Subscribe to our weekly newsletter

Your email... SUBSCRIBE




© 2023 ScamAdviser
ScamAdviser is a member of GASA
APPLY NOW AT LSEG.COM/CAREERS LSEG

**DOE NUMBER:** 910

**MARKETPLACE:** Other

**MERCHANT NAME:** confidencem

**SELLER ID:** www.confidencem.com

# Confidencem Scam or Legit? Genuine? Confidencem Review 1 (1)

October 31, 2022 / 3 Comments / Suspicious

Click stars to rate this product, organization (company) or online activity!
[Total: 1 Average: 1]
Do you want to know the real face of Confidencem? If so, then you have make it to the right page because here you will get your answer through our Confidencem review. So, let's find out either is a Confidencem .com scam or trustworthy site.

## Website Highlights:

- **Domain name –** Confidencem .com
- **Website name:** Confidencem
- **Email:** support@confidencem .com
- **Parent Company Name:** LANDBASE TRADING CO., LTD
- **Product Categories Available On Its Website:** New Arrival
- **Products Listed On Its Website:** WonderBuild BUBBLE MAGIC FORT KIT, DIY Bracelet Advent Christmas Countdown Calendar, Intelligent Usb Upgraded Heating Scarf, Red farm Truck Christmas centerpiece, The best Christmas Gift-Birds Stained Window Panel Hangings, Story Book, Pressure Boost 360° Rotate Kitchen Tap, etc.




## What is Confidencem .com?

It is an online shopping store which is claiming to sell various products as listed above. However, there are so many things you must know about this online store before choosing it as your shopping destination.

### *We have listed Confidencem as one of the doubtful sites because of the following drawbacks:*

### Contact Information:

Its parent company's name is given on its Contact Us and Terms of Service pages as LANDBASE TRADING CO., LTD. The same company name is found to be used by other scam and problematic sites like Classics-Agave, SundayHut, Summer-Bright, Cardtribal, Gorgeous-Hera, Boxerunite, Bilitycupan, Roadsand, Gotosleeps, Memoriallies, etc.

OPEN
Global Trade Starts Here
Ad

At the time of this review, it has provided its parent company name LANDBASE TRADING CO., LTD., however, in the future it may change its parent company name and address since similar types of sites did change their parent company names and addresses in the past.

### Security of the website:

It has provided the fake trust seal logos of McAfee, Norton, etc. on its few Product Details pages. So if you shop at this site, your personal and financial information such as your credit card information might be stolen.

### Discount and Sales offers:

It has listed lots of products on sale with heavy discount claims. Mostly scam sites are found to be offering such kind of discounts to attract people into their scam.




### Copied content:

The website theme and lots of other details provided on its website match with multiple problematic sites.

### Returns and Exchange:

Its Return Policy is found to be very unrealistic to offer any kind of return and exchange of items to its customers. We have found this kind of online store hardly make any returns and exchanges in any conditions. So, it is almost impossible to get the full or even a partial payment back from these kinds of online stores due to their confusing returning and/or exchanging provisions.

### Customer Complaints and Delivery:

The delivery time, customer support as well as the after sales services of these kinds of online stores are claimed to be very poor as per the complaints received from the buyers of similar kinds of online stores.




## Our Final Verdict:

The above stated realities of this site clearly indicate that Confidencem is one of the suspicious websites.

You can find the lots of suspicious sites listed within our "Suspicious" category by clicking >HERE< or you can find about various kinds of scams by scrolling within our "Scams" category by clicking >HERE< or you can navigate our website through our home page to find out the several interesting and knowledgeable articles under different categories by clicking >HERE<.

If you want to say something about this company, then please feel free to place your comment below. Also feel free to share this review with your friends and families through your social media accounts to make them aware of this online store.




These days multiple new online stores are claiming to sell various items on huge discount, but most of them are scams. So, it's better to stay away from the new online stores or at least do some research before you purchase something from the new online stores because most of these new online stores don't deliver the purchased items to their clients or, deliver completely different or very low-quality items. Some scam online stores even have charged the credit card of clients randomly without their consent. So, if you have ever purchased mistakenly from scam sites, we suggest you immediately contact your bank or credit card company to secure your credit card information.

NOTE: These kinds of sites are found to be changing their website name as well as whole content of their website from time to time. So, the above review is based on the details provided on its website on aforementioned date. If you find any other details than what we have provided on this review later, then that means this online store has changed its details. However, that still makes it a suspicious site.

***Good Luck !***

Tags: LANDBASE TRADING CO. LTD.

### 3 thoughts on "Confidencem Scam or Legit? Genuine? Confidencem Review 1 (1)"

**Sofia**
August 9, 2023 at 11:38 pm
REPLY

Beware! The website company called confidencem.com are scammer. Please don't buy any products from their website, they are not good. Their suppliers and manufacturers are from China. Never ever buy any goods from this website confidencem.com

---

**Stephen P**
December 31, 2022 at 1:29 am
REPLY

Yeah, this company is nothing but crooks. Plus after I placed my order and paid out they added a 29% tax on the order. I am lucky to have used paypal, they should refund my money.

---

**InsaneKatWench@duck.com**
December 20, 2022 at 5:22 pm
REPLY

I am finding that i also need to be suspicious about this review site too. Extremely suspicious when you have spelling and grammar errors in your review but printed, submitted it anyway. Indicates an unprofessional bogus site.

---

### Leave a Reply

Your email address will not be published. Required fields are marked *

Comment *

Name Email

Post Comment




Copyright Content - It is strictly prohibited to copy the contents of De-Reviews - Copyright © 2017-2023, All rights reserved De-Reviews.com

Meanings of Words and Slangs
Privacy Policy
Affiliate Disclosure
About Us
Contact Us

Copyright © 2017-2023, All rights reserved De-Reviews.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

www.confidencem.com | Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

confidencem.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 912

**MARKETPLACE:** Other

**MERCHANT NAME:** embravewise

**SELLER ID:** www.embravewise.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

www.embravewise.com Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

embravewise.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 754

**MARKETPLACE:** Other

**MERCHANT NAME:** enjoyaitlife

**SELLER ID:** enjoyaitlife.com

Trustpilot | Search for another company... | Categories | Blog | Log in | For businesses



# enjoyaitlife.com

Reviews 14 • Poor

1.8

enjoyaitlife.com
Visit this website

Write a review

## Reviews ★ 1.8

14 total

| | | |
|---|---|---|
| 5-star | | 0% |
| 4-star | | 0% |
| 3-star | | 0% |
| 2-star | | 0% |
| 1-star | | 100% |

Filter | Sort: Most relevant

---

**henry**
HE · 1 review · DE

Jun 29, 2023

### FRAUD !!!

Watch after! Goods are delivered but not complete! I've been waiting for the remaining goods for almost a year! It is always said that the goods are at the post office, which is not true. Then it just doesn't get reported anymore! Fraud!One star is still too many!

**Date of experience:** June 29, 2023

Useful · Share

---

**Coleen Neeloc**
1 review · US

Aug 6, 2022

### Stay away

I purchased tank tops May 30,2022. The shipping info updated to June 29,2022 with package in Las Vegas. Today is August 5, 2022 and shipping has not changed. I never received my merchandise. Several contacts with the company resulted in them telling me to be patient. They refused to give me a refund. Thankfully Paypal refunded me because I was able to prove this with all my email correspondence. Stay away from this company!

**Date of experience:** August 05, 2022

Useful 1 · Share

---

**Veronica**
VE · 1 review · US

Jun 30, 2022

### Fraud

To bad I have to give any stars, I would give negative stars if I could. Enjoyaitlife.com is a horrible company offering terrible products/goods. All of their items are fraudulent/scam/not as described. Their customer service is completely worthless and their return policy is a joke. You aren't able to return for any reason at all. All of the cost is also on you and to return something internationally is very expensive. DO NOT BUY!!

**Date of experience:** June 29, 2022

Useful 2 · Share

---

**Adriana de Vries**
AD · 6 reviews · NL

Dec 27, 2022

### This is a terrible company

This is a terrible company, you never should trust!! We bought 4 lamps on the 19the of november, early christmas deal!! Number of tracking was possible to check. It came to the Netherlands and stocked in Groningen. They apologized fr the delay every day. It was the tracking company who made it very trustfull!!

**Date of experience:** December 26, 2022

Useful · Share

---

**Cathy Berasategui**
CB · 1 review · FR

Nov 5, 2022

### NEVER buy with this website and company...

NEVER buy with this website and company , I put 1 star only because I had to to be able to write a review . I ordered 2 rechargeable table lamps 2 months ago , not only I received the wrong Color but both of them are broken : one can't be recharged and the other lasts only 15 mn instead of several hours 😱 They seem fake and bad quality copy I sent several e mails to ask for a refund , they keep asking me to send some video to show the issue and each time I send it they ask me to be patient but I am still waiting for a refund . I will go to court to get my refund I will never give up unless I get a full refund . Write bad reviews in all the social media you can to prevent other customers to buy anything with them , that is what I am going to do . Catherine

**Date of experience:** September 15, 2022

Useful 1 · Share

---

**Jan Cairns**
JC · 2 reviews · GB

May 30, 2022

### Abysmal customer service

Abysmal customer service. If I could give zero stars I would.
DO NOT ORDER THE WHITE BRA CAMISOLE, IT IS A DIRTY CREAM.
I ordered a black and a white camisole bra top.
The black one fitted perfect but the 'white' turned out to be a dirty cream and too big, it was obviously sized incorrectly. Many e-mails back and forth, I asked if they would change the 'white' for a different colour and correct size, or refund. They have refused and keep insisting the warehouse has sent the correct one. Blaming the colour difference on the video. - No you are advertising a WHITE bra top NOT cream. Also I do not understand they are pretending to be from U.S by trading in Dollars but they are a U.K. based company ?? Their U.K. address is gobbledegook too.

**Date of experience:** May 30, 2022

Useful 4 · Share

---

**Uschi**
US · 2 reviews · AT

Feb 18, 2023

### Never buy something from this Company

Never buy something from this Company. They want only your money and you become fake or nothing

**Date of experience:** December 01, 2022

Useful · Share

---

**Malinda Dickson Lilly**
1 review · US

Aug 1, 2022

### Like most

Like most, I would not give this "scam" any stars. I ordered not 1,2, or 3 bras but 7. Didn't like them. Didn't fit. Didn't support. Followed return policy. They received them on June 20th. This is the end of July and I still have not received my refund. And probably never will. $70 down the drain! Please do NOT buy anything from this company! I don't know why ppl can't be honest and work for their money.

**Date of experience:** July 31, 2022

Useful 1 · Share

---

**Julie Greenhill**
JG · 18 reviews · GB

Jul 10, 2022

### BEWARE THEY DON'T GIVE REFUNDS

I accept that it's risky to buy online but I was seduced by the constant reassurance on their website and in their advertising that refunds are not a problem as they want you to be happy with their products. I foolishly bought 2 bras which when I received them didn't suit me. I contacted their customer services as I couldn't find an address to return them to & in their refund policy they advise to use the shipping box & delivery note, neither of which came with the item (it was in a standard grey bag). They didn't really address my statement that it just didn't suit me and during a series of emails were only concerned with the fact that there was no error in the product itself re sizing and no fault with it or it's description in the ad. Eventually rather than give a refund they told me to give it to somebody it did suit! Also their return policy on closer examination involves paying for a courier to send the product back (presumably overseas judging by the standard of the English language in the emails) so the cost of that is greater than the refund anyway. An expensive mistake has been learnt- DON'T USE THIS COMPANY UNLESS YOU'RE SURE YOU WON'T NEED A REFUND

**Date of experience:** July 10, 2022

Useful 1 · Share

---

**Laura Gaughan**
LG · 1 review · GB

Jun 15, 2022

### Do not buy from this company.

Do not buy from this company.
Very poor quality products
They refuse to accept returns
and issue refunds

**Date of experience:** June 14, 2022

Useful 3 · Share

---

See Trustpilot reviews directly in your Google searches

Trustpilot | Get Chrome Extension

---

**Gitta Oorthuis**
1 review · CA

Jun 30, 2022

### OMG what a horrible shifty company

OMG what a horrible shifty company. A bunch of crooks. I ordered 2 of their breathable sports bras and they were not breathable like they showed in theirs adds. I wrote them at least 6 or 7 times trying to return them. Cause I'm not a very big woman. Size 12 and these bras were XL and were so small. Junk. They offered me $5 cause I was unhappy with the product. I finally took it up with PayPal. I am a senior and PayPal is lifesaver, cause I was getting nowhere with the company. PayPal will deal with the dispute and I will be getting a refund. So glad I used them.
I wished I would not have had to give them 1 star.

**Date of experience:** June 29, 2022

Useful · Share

---

**Vicky**
VI · 4 reviews · US

Updated Jul 1, 2022

### DO NOT BUY THIS ROMPER

DO NOT BUY THIS ROMPER! If you don't like it or it doesn't fit you right at the bust, like mine, you are #Shitoutofluck! They won't let you return it and get your money back! They literally insulted me with an offer of $6 for a $76 dollar order! And I thought they were so cute that I purchased two! One for me and one for a Friend! The bust hangs wide open and the seam goes right across the middle of the bra! Not under, where it should and where it would fit perfectly! Straight across the nipples and it looks and feels awkward! If you order it, it's your for life whether you like it or NOT! Don't you hate it when companies could careless about your satisfaction? I mean it is our money and I don't know if any clothing manufacturers that won't give a refund if you are not satisfied with your purchase! I won't be buying from ENJOY A IT LIFE again that's for sure. Just because it looks cute on a tall skinny model doesn't mean it's going to be perfect for everyone else! The sad thing about, the romper is adorable but it's just not made properly! Hope this review save you some time and money!
I found the return policy and it says I can return it. GIVE ME MY MONEY BACK!
enjoyaitlife
account
search
cart0
Refund policy
Carefully repackage your items back into your shipping box along with your packing slip, and seal your package with packing tape. We recommend making a copy of your packing slip for your records.

Deliver your package via your preferred shipping service. Please use a trackable/insured shipping method/carrier.

We will not be held responsible for any items that are lost during the return process unless a tracking number with proof of delivery is provided.

**Date of experience:** June 17, 2022

Useful 2 · Share

---

**Fyodor**
FY · 1 review · US

Oct 6, 2022

### This feels like a scam.

This feels like a scam.

I ordered over two months ago and there has been no contact in over six weeks as to where the package is.

Beware.

**Date of experience:** October 05, 2022

Useful 1 · Share

---

**Brigitte Niederberger**
BN · 6 reviews · CH

Oct 28, 2022

### Must be SCAM

Must be SCAM. I never got the package!

**Date of experience:** October 28, 2022

Useful · Share

---

Previous | 1 | Next page

### Is this your company?

Claim your profile to access Trustpilot's free business tools and connect with customers.

Get free account

---

### Company activity

See all

- Unclaimed profile
- No history of asking for reviews
- People review on their own initiative

**Our 2022 Transparency Report has landed**

Take a look

**Is this your company?**
Claim your profile to access Trustpilot's free business tools and connect with customers.

Get free account

### Contact

United States

### The Trustpilot Experience

- We're open to all
- We champion verified reviews
- We fight fake reviews
- We encourage constructive feedback
- We verify companies and reviewers
- We advocate against bias

Take a closer look



© 2023 Trustpilot, Inc. All rights reserved.




scamdoc
Digital trust rating

Report a website

## Most seen reports

1 **Datongitshop.com**
1%
This website looks fake. I brought stuffs from other company but was charged by this...

2 **Dacxnola.com**
1%
Oszuści.Stanowczo nie polecam. Buty przyszly



# Analysis of the website "Enjoyaitlife.com"

1%

Trust index **Very bad**

Warning, only for experienced users!

**Good points**

A **HTTPS** security protocol has been **detected** on

**Negative points**

The **domain name** associated with this website is




**websites**.




Search for
1. TRACK PAYMENT STATUS
2. STOCKS TO INVEST IN
3. MOBILE PHONES CLEARANCE SALE
4. BEST WAYS TO INVEST IN GOLD
5. APPLY FOR HOME LOANS ONLINE
Ad | Insider Choices

*The scoring provided by ScamDoc is calculated via **a complex algorithm** using several dozens of technical criteria. It reflects the confidence that it is advised to have in the context of an exchange with a digital correspondent (website or email). The publishers of the ScamDoc site do not intervene to influence this score on a particular site or email.*

*Website owners can **request a review of the score** by providing additional information via this form.*

## Latest reviews (all sites)

**Linda Dean**
09/26/2023 at 03:59 PM
Moved to Vivo Holding. Everything is clear in the personal account, I found it quickly and th...

**Kolbein Myhre**
09/26/2023 at 03:55 PM
Found my perfect match here! Grateful for this site's role in bringing us together.

**lucky12234**
09/26/2023 at 03:45 PM
User-friendly platform with dependable signals and prompt tech support. Trading has never...

**Framp**
09/26/2023 at 03:21 PM
Scammed me of my gift card

**Kedrosaurus**
09/26/2023 at 02:48 PM
I already tryied the website, i found out about that via tik tok and it said that it would give yo...

**makisig**
09/26/2023 at 02:45 PM
didn't receive profit unfortunately the predisposed method that I was given changed...

## Detailed information about Enjoyaitlife.com

First analysis date: **05/15/2022**



| | |
|---|---|
| **Domain creation date** | 02/24/2022 **(Less than 2 years)** (Reference) |
| **Domain expiration date** | 02/24/2024 **(Less than 6 months left)** (Reference) |
| **Owner identification in the Whois** | The owner of the domain name is identified **partially:** Name/Company ✗ Postal address ✗ Phone ✗ Mail ✓ Country **(China)** (View available info) |
| **User reviews on Scamdoc** | (Average rating of **1** out **of 1 Review**) Leave a review |




## 1 Review / Comment

*Reviews and comments left by Internet users are sorted in chronological order and are not checked a priori*

**CMROBINSON** 06/12/2022 at 10:17 AM
Rating:
0

I received the product. But despite their "RISK FREE" GUARANTEE. Because i received the exact suze i ordered they will not give refund. Then they said 5USD should make me happy and i could give the bras to friend . I spent $53 and they want to give me $5.

Then they said since their company moved to China and I would have to send the product to a specific warehouse and pay the shipping, that i should be happy with 7USD.

I ONLY ORDERED BECAUSE IT SAID RISK FREE.

Reply




## Your opinion matters, leave it here!

**Leave a comment** *

Add an image (optional)

**How would you rate Enjoyaitlife.com?** *

**Name / Nickname** *

**Email Address** *

Be notified of new comments on this page (you should to be logged in)

Leave a comment

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

enjoyaitlife.com Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

enjoyaitlife.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 763

**MARKETPLACE:** Other

**MERCHANT NAME:** fankisses

**SELLER ID:** fankisses.com

Search Facebook




# Fankisses-M

345 likes • 304 followers

Message | Like | Search

Posts | परिचय | Mentions | समीक्षाएँ | फ़ॉलोअर | फ़ोटो | More

## Introduction

Contact and Basic Information

page transparency

### categories

Product/service

### contact information

157 Archwood Avenue, Marshall, MN, United States, 56258
Address

support@fankisses.com
E-mail

### Websites and Social Links

https://www.fankisses.com/
Website

### Basic information

Not rated yet (2 reviews)

## reviews

Not rated yet (2 reviews)

**Helen Hanlon, does not Fankisses-Mrecommend .**
48w ·
The jacket is cheap looking with fabric that feels like it's made of plastic. It's supposed to be from Norway but the s... **See more**
5 comments

**Murray Afra, does not Fankisses-Mrecommend .**
1y ·
SCAMMER! FAKE! SCAMMER! FAKE! SCAMMER! FAKE! SCAMMER! FAKE!
0 comments

सभी देखें

## follower

follower | Like

Fankisses-M's followers list is not available.

## photo

Fankisses-M's photo | album



## Video

Fankisses-M's videos

Search Facebook




Fankisses

# Fankisses-M

345 likes • 304 followers

Message | Like | Search

Posts | About | Mentions | Reviews | Followers | Photos | More

**Do you recommend Fankisses-M?**

हाँ | नही

**Not rated yet (2 reviews)**

**Helen Hanlon** doesnot recommendFankisses -M .
October 23, 2022 ·

The jacket is cheap looking with fabric that feels like it's made of plastic. It's supposed to be from Norway but the shipping info is in Chinese. No invoice was included so no way to return it. Ugly white buttons on a purple "coat". This is a scam, save your money.

5 comments

Like | Comment | Share

most relevant

Write comment...

**Murray Afra** doesnot recommendFankisses -M .
September 15, 2022

🤬SCAMMER! FAKE! 🤬SCAMMER! FAKE!🤬SCAMMER! FAKE! 🤬SCAMMER! FAKE!

Like | Comment | Share

Write comment...

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

fankisses.com

Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

fankisses.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 765

**MARKETPLACE:** Other

**MERCHANT NAME:** feelrational

**SELLER ID:** feelrational.com

Made-in-China
Multiply Function Divan Sleeper Living Room Fabric Folding Sofa Bed
$98.00 inquiry now

pepperstone
Maybe the best trade you ever make.
Switch now
Other fees and charges may apply. 87.2% of retail investor accounts lose money when trading CFDs with this provider.

scamdoc
Digital trust rating

Report a website

Most seen reports

1 Datongitshop.com 1%
Placed an order through amelzenati.com website in French language was charged in...

2 Dacxnola.com 1%
Strona internetowa TRSHOES, zlokalizowana pod adresem ul. Katowicka 51, 44-219 Koloni...

3 Cash-tracker-ai.com 1%
This is a scam! Don't fall for this! Caveat emptor!

Search for
1. TRACK PAYMENT STATUS
2. BEST WAYS TO INVEST IN GOLD
3. CHEAPEST STATE TO RETIRE
4. HIGH PAYING JOBS
5. APPLY FOR HOME LOANS ONLINE
Business Focus

Latest reviews (all sites)

iniuria 09/26/2023 at 04:36 PM
https://www.pinterest.fr/naomaillotpsg/ https://www.youtube.com/channel/UCCB1nRI...

Alejandro87 09/26/2023 at 04:33 PM
Hey there, As I said before I came to this forum because I saw comments on different sites...

Alejandro87 09/26/2023 at 04:27 PM
Hi mate, I've just made a review a few mins ago and I just saw yours. I didn't have any problem...

Victor Ballagh 09/26/2023 at 04:20 PM
We turned to smart home technology when we had a child. Even though we hired a babysitter,...

Alex Lam Tri 09/26/2023 at 04:19 PM
I found out about HUNOIC on Facebook, you know, the social media app? Even though I...

Linda Dean 09/26/2023 at 03:59 PM
Moved to Vivo Holding. Everything is clear in the personal account, I found it quickly and th...

Home › feelrational.com report ☆ Follow this report

# Analysis of the website "Feelrational.com"

2%

Trust index: Very bad
Warning, only for experienced users!

**Good points**
A **HTTPS** security protocol has been **detected** on this website. Be careful, this indicator is not always synonymous with security!

**Negative points**
The domain name is **very recent** (less than 6 months)
**Short life** expectancy domain

*The scoring provided by ScamDoc is calculated via **a complex algorithm** using several dozens of technical criteria. It reflects the confidence that it is advised to have in the context of an exchange with a digital correspondent (website or email). The publishers of the ScamDoc site do not intervene to influence this score on a particular site or email.*

*Website owners can **request a review of the score** by providing additional information via this form.*

## Detailed information about Feelrational.com

First analysis date: **01/01/2022**

| | |
|---|---|
| Domain creation date | 10/25/2021 (**Less than 2 years**) (Reference) |
| Domain expiration date | 10/25/2023 (**Less than 6 months left**) (Reference) |
| Owner identification in the Whois | The owner of the domain name is identified **partially**: Name/Company ✗ Phone ✗ Country (**China**) ✓ Postal address ✗ Mail ✓ (View available info) |
| User reviews on Scamdoc | (Average rating of **1** out of **1** Review) Leave a review |

## 1 Review / Comment

*Reviews and comments left by Internet users are sorted in chronological order and are not checked a priori*

**Diana Shaffer** 02/05/2022 at 07:23 AM
Rating: ★
Feel rational is a SCAM!!! I bought 2 giant inflatable Christmas ornaments for the yard and a month has gone by. I tracked it and started off in Spain, then was in the USA at customs. They set an Email saying they gave me a different tracking number. So I check the 1st one saying in Rockville, check the different one saying being resent due to no movement!!! I used to get replies now nothing!!!
Reply

## Your opinion matters, leave it here!

Leave a comment *

Add an image (optional)

How would you rate Feelrational.com? *

Name / Nickname * Email Address *

Be notified of new comments on this page (you should to be logged in)

Leave a comment

# FeelRational Review: Genuine? FeelRational Scam or Legit? 0 (0)

July 18, 2022 / 1 Comment / Suspicious

Click stars to rate this product, organization (company) or online activity!
[Total: 0 Average: 0]
Let us bring you the fact about FeelRational through our FeelRational review as below. What you need to do is just read the following facts about this site and get to know whether a FeelRational .com scam or a trustworthy company.




## What is FeelRational .com?

It is an online shopping store which is selling various products like Auto Tag Rapid Removal Kit, SOLAR POWERED LED OUTDOOR STRING LIGHTS, Nature Guide Finder, Dancing Heron Garden Metal Art, Anti-Credit Card Fraud Multi-compartment Wallet, Handmade Easter Bunnies, Flying Spinner Mini Drone Flying, To My GrandSon – You Will Never Lose – Baseball, Magnetic Balls and Rods Set Educational Magnet Building Blocks, Solar-Powered Dangling Hummingbird Lights, Detangler Bristle Nylon Hairbrush, Portable Lint Remover, etc. However, there are so many things you must know about this online store before choosing it as your shopping destination.

### *FeelRational is classified under the problematic category due to the following drawbacks on its website:*

### Contact Information:

Its parent company's name and address are given on its Terms of Service and Contact Us pages as LANDBASE TRADING CO., LTD: 1st Floor Beaconsfield Msam40 Junction 2, Beaconsfield A355 Windsor Drive, Beaconsfield, Buckinghamshire, England, HP9 2SE. It has provided the image of its parent company's name and address instead of writing directly on its website which is mostly done by sites when they copy-paste other company's address so that no one can find them searching the given parent company name and address on Google. There is no company with the name LANDBASE TRADING CO., LTD that has been mentioned on or around this address on Google Maps. And as per Google Search, there are other multiple businesses on or around this address. The same company name and address is found to be used by other problematic sites like Beamingwise, Aturnhorten, Thresholdt, Honeprovinc, Knot-Wood, Envircation, Nesscommiss, Summer-Mill, BrightMeteors, Oncondtitat, Sobeeriond, Guaranteey, HappySunwater, Watmiloaple, Matureidea, Bean-Spring, Ephemeralitys, Thekisscharm, Fancyingkind, Eversincen, RiverBlink, Landscapet, Proeficient, Flupacetter, Gropeearth, Searchaftern, Confidencek, Viegulatira, Solar-Grass, Caorchareb, Classicsens, Fade-Grass, Vivid-Ice, Ressttakee, Handtomade, etc. Thus, we shall not trust such a company for any kind of online shopping.

OPEN
Global Trade Starts Here
Ad

At the time of this review, it has provided its parent company name and address LANDBASE TRADING CO., LTD: 1st Floor Beaconsfield Msam40 Junction 2, Beaconsfield A355 Windsor Drive, Beaconsfield, Buckinghamshire, England, HP9 2SE, however, in the future it may change its parent company name and address since similar types of sites did change their parent company names and addresses in the past.

### Discount and Sales offers:

It is claiming to sell lots of products at heavy discount rates. You should know that these days mostly scam sites are offering such huge discounts to attract people into their scam.

### Copied content:

Lots of details provided on its website, including its website theme match with multiple problematic sites. Its About Us page is also similar with multiple other sites like Thresholdt, Honeprovinc, Tourniu, Catsish, GardeningLeaders, SeemeStore, CisyGirl, TindansShop, SilvaesShop, Aldangler, Gswq1xr3, Eaxritop, Kimberly-Sofa, Second-Handnet, Wellyd, LonelyusOnline, Zumpos, Molilulu, Blanketone, Freeacy, LumsBags, Enrichoil, Odgjte, Padesgolden, Sanmtic, Succfairs, Ollema, Toponeau, Hemomac, Onelane07, Fablepace, etc.



Invicta Classics On Sale
Level-Up Your Style With Our Most Iconic Timepieces, Now With A Special Discount.
invictastores.com Open >

### Returns and Exchange:

It has a Return Policy which is found to be very unrealistic for the return and exchange of items. So, it is almost impossible to get the full payment back from these kinds of websites due to their confusing provisions.

### Customer Complaints and Delivery:

The customer support as well as delivery time of sites similar to this are also very poor as per the complaints received from the buyers of similar kinds of sites.

## Our Final Verdict:

Summing up all the above stated reasons, it can be said that FeelRational is none other than one of the suspicious websites.


Alibaba.com Product Sourcing Made Easy
Alibaba.com

You can find the lots of suspicious sites listed within our "Suspicious" category by clicking >HERE< or you can find about various kinds of scams by scrolling within our "Scams" category by clicking >HERE< or you can navigate our website through our home page to find out the several interesting and knowledgeable articles under different categories by clicking >HERE<.

If you want to say something about this company, then please feel free to place your comment below. Also feel free to share this review with your friends and families through your social media accounts to make them aware of this online store.

These days multiple new online stores are claiming to sell various items on huge discount, but most of them are scams. So, it's better to stay away from the new online stores or at least do some research before you purchase something from the new online stores because most of these new online stores don't deliver the purchased items to their clients or, deliver completely different or very low-quality items. Some scam online stores even have charged the credit card of clients randomly without their consent. So, if you have ever purchased mistakenly from scam sites, we suggest you immediately contact your bank or credit card company to secure your credit card information.


Alibaba.com Product Sourcing Made Easy
Alibaba.com

NOTE: These kinds of sites are found to be changing their website name as well as whole content of their website from time to time. So, the following review is based on the details provided on its website on aforementioned date. If you find any other details than what we have provided on this review later, then that means this online store has changed its details. However, that still makes it a suspicious site.

***Good Luck !***

Tags: LANDBASE TRADING CO. LTD.

### 1 thought on "FeelRational Review: Genuine? FeelRational Scam or Legit? 0 (0)"

**Scott Jones**
January 30, 2023 at 11:53 pm
REPLY

This company is 100% a scam. I recently received a calendar called "National Park Monsters". The artwork looked poorly printed, right from the cover. It had that "right click saved JPG" look. The images inside are squished and stretched and also at low resolution. There is placeholder text on every month. I contacted the actual artist of the calendar (his very REAL site is "alternatehistories.com") who confirmed that those images were stolen from his Kickstarter campaign.

### Leave a Reply

Your email address will not be published. Required fields are marked *

Comment *

Name Email

Post Comment


Alibaba.com Product Sourcing Made Easy
Alibaba.com

Copyright Content - It is strictly prohibited to copy the contents of De-Reviews - Copyright © 2017-2023, All rights reserved De-Reviews.com



Copyright © 2017-2023, All rights reserved De-Reviews.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

feelrational.com Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

feelrational.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 767

**MARKETPLACE:** Other

**MERCHANT NAME:** firemid

**SELLER ID:** firemid.com

De-Reviews
Reviews To Identify Scam or Legit

Scams Suspicious Reviews Brief Reviews
Useful Information

Search for...

# Firemid Review: Genuine? Firemid Scam or Legit? 0 (0)

May 17, 2022 / 8 Comments / Suspicious

Copyright Content - It is strictly prohibited to copy the contents of De-Reviews - Copyright © 2017-2023, All rights reserved De-Reviews.com

Meanings of Words and Slangs
Privacy Policy
Affiliate Disclosure
About Us
Contact Us

Click stars to rate this product, organization (company) or online activity!
[Total: 0 Average: 0]
Considering Firemid for your online purchase? If so, then first let's figure out either is a Firemid .com scam or a genuine online store from this Firemid review.

## What is Firemid .com?

It is an online shopping store that is selling various products such as For Son – I Will Always Be With You – Double Row Bracelet, Stretch Anti-wrinkle Shirt, Stainless Steel Sink Filter, Triple Protection Bracelet-Genuine Tigers Eye Agate and Black gallstone, Super Absorbent Floor Mat, Waterproof Solar Garden Fireworks Lamp, Magic Cosmetics Pouch, A Sister Is God's Way Of Making Sure We Never Walk Alone Bangle, Super Absorbent Floor Mat, Reusable Mason Bottle Ziplock Bags (1 Set/10pcs), Kitchen Printed Non-Slip Carpet, Stainless Steel Sink Filter, etc. However, there are so many things you must know about it before choosing it as your shopping destination.






***Firemid is classified as one of the doubtful sites as per the below stated facts on its website:***

### Company Address:

Its parent company's name and address are given on its Terms of Service page as LANDBASE TRADING CO., LTD: 1st Floor Beaconsfield Msam40 Junction 2, Beaconsfield A355 Windsor Drive, Beaconsfield, Buckinghamshire, England, HP9 2SE. It has provided the image of its parent company's name and address instead of writing directly on its website which is mostly done by sites when they copy-paste other company's address so that no one can find them searching the given parent company name and address on Google. There is no company with the name LANDBASE TRADING CO., LTD that has been mentioned on or around this address on Google Maps. And as per Google Search, there are other multiple businesses on or around this address. The same company name and address is found to be used by other problematic sites like MonartWealth, SpellGrace, Timetheget, Cosy-Feet, LinenZones, CharmsVision, Ripplechment, ColoursFind, SecretIsHere, Buppilo, BenoettTop, WellCraftsMan, BestTwilight, BlueBigBull, HonorOfCut, Trynre, DelightAisle, LadySunny, etc. Thus, we shall not trust such a company for any kind of online shopping.

At the time of this review, it has provided its parent company name and address LANDBASE TRADING CO., LTD: 1st Floor Beaconsfield Msam40 Junction 2, Beaconsfield A355 Windsor Drive, Beaconsfield, Buckinghamshire, England, HP9 2SE, however, in the future it may change its parent company name and address since similar types of sites did change their parent company names and addresses in the past.

### Discount and Sales offers:

It is claiming to sell lots of products at heavy discount rates. You should know that these days mostly scam sites are offering such huge discounts to attract people into their scam.

### Copied content:

Lots of details provided on its website, including its website theme match with multiple problematic sites. Its About Us page is also similar with multiple other sites like MonartWealth, LiuasguanpaTop, Ursulay, RadiaferryShop, Timetheget, Alularsaunter, CobraGift, Ninoeny, Temonster, 3Athena, Grainog, Fendiro, Yonoba, FlameDay, HxanuyTop, AinbulyTop, SunnynikeTop, Snihsn, Woguayy, Bridemid, Ameroadee, Slavefs, ShelsvingAndMore, etc. including its website theme match with multiple scam sites.

### Returns and Exchange:

It has a Return Policy which is found to be very unrealistic for the return and exchange of items. So, it is almost impossible to get the full payment back from these kinds of websites due to their confusing provisions.

### Customer Complaints and Delivery:

The customer support as well as delivery time of sites similar to this site is also very poor as per the complaints received from the buyers of similar kinds of sites.

## Our Final Verdict:

Based on the aforementioned facts, we can draw the conclusion that Firemid is one of the suspicious websites.

You can find the lots of suspicious sites listed within our "Suspicious" category by clicking >HERE< or you can find about various kinds of scams by scrolling within our "Scams" category by clicking >HERE< or you can navigate our website through our home page to find out the several interesting and knowledgeable articles under different categories by clicking >HERE<.

If you want to say something about this company, then please feel free to place your comment below. Also feel free to share this review with your friends and families through your social media accounts to make them aware of this online store.

These days multiple new online stores are claiming to sell various items on huge discount, but most of them are scams. So, it's better to stay away from the new online stores or at least do some research before you purchase something from the new online stores because most of these new online stores don't deliver the purchased items to their clients or, deliver completely different or very low-quality items. Some scam online stores even have charged the credit card of clients randomly without their consent. So, if you have ever purchased mistakenly from scam sites, we suggest you immediately contact your bank or credit card company to secure your credit card information.

***Good Luck!***

Tags: LANDBASE TRADING CO. LTD.

### 8 thoughts on "Firemid Review: Genuine? Firemid Scam or Legit? 0 (0)"

**Tammy**
April 11, 2023 at 8:43 am
REPLY

Ordered 3 trays with lights , got 3 trays no lights , emails back and forth , offered $6 compensation, ripped off

---

**WILLIAM p**
December 2, 2022 at 2:15 am
REPLY

Scammed me as well.
Sent the wrong size. Provided evidence and will not refund or send the correct size.
They delete all reviews. I post and it is automatically deleted.

---

**Joann Arrington**
November 24, 2022 at 12:30 pm
REPLY

They are a big rip off. After going back and forth several times, they offered me FIVE dollars instead of a refund stating the cost of the return would be very high. Be assured I will be posting on Facebook about this scam.

---

**Fran Setbacken**
November 14, 2022 at 9:11 pm
REPLY

I ordered shoes from FireMid and items were not as advertised. They refuse to refund my money. DO NOT BUY FROM THIS COMPANY.

---

**Mary Levesque**
October 14, 2022 at 8:00 am
REPLY

Thank you for saving me a problem down the road. I had doubts about ordering and with the information you provided, I decided against taking a chance.

---

**Rodrigo Mora Lopez**
August 11, 2022 at 12:30 pm
REPLY

I ordered a Mosquito tramp killer and receved instead xmas lights.
According with them the order was received correctly and denied to send me the right purchased item

---

**Janet Ferguson-Karlsson**
July 14, 2022 at 11:01 am
REPLY

I ordered 5 seed starter trays with grow lights costing 64.95 USD but received 5 seed starter trays WITHOUT grow lights, these trays are useless to me. Corresponded with their customer service: they tried to tell me I had ordered seed starter trays without grow lights but I had a paper trail and receipts; after several rounds of negotiation I accepted an inadequate 20 USD as compensation. I will NEVER use the bad quality seed starter trays they sent, so 44.95 USD has gone down the drain. DO NOT BUY FROM THIS COMPANY.

---

**Susan L. Golden**
March 22, 2023 at 11:59 pm
REPLY

I ordered 10 trays that came without lights! Worthless purchase! I will leave negative comments any time I see their posts on facebook! Thanks for confirming my suspicions! I won't waste any more time looking for compensation!

---

### Leave a Reply

Your email address will not be published. Required fields are marked *

Comment *

Name Email

Post Comment




Copyright © 2017-2023, All rights reserved De-Reviews.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

firemid.com

Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

firemid.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 772

**MARKETPLACE:** Other

**MERCHANT NAME:** formulalm

**SELLER ID:** formulalm.com

# formulalm.com Reviews

is formulalm.com legit or a scam?

Reported as unsafe by Trend Micro

Your Next Favorite Watch
Shop The Best Of The Best From Invicta With A Special Discount Today. Limited Time Offer.
invictastores.com Open

Trustscore
1 / 100
What is this?
Disclaimer

## What is your feeling about formulalm.com?

6 | 0 | 0 | 0 | 1

1.6 / 5 based on 7 reviews
Report Scam

ORDER MANUAL VERIFICATION
GET YOUR MONEY BACK

VISIT SITE
All the Domain Tools You Need
Ad

## Why does formulalm have a very low trust score?

formulalm.com has a very low trust score which indicates that there is a strong likelyhood the website is a scam. Be very careful when using this website!

When our algorithm automatically reviewed formulalm.com we looked at many factors, such as the ownership details, location, popularity and other factors relating to reviews, fake products, threats and phishing. A trust score is created using all the collected data.

Although the website seems to have a very low rating, be aware that our algorithm is not perfect. It may not be a scam but a legit and safe site. It is therefore always wise to do your own research as well.

### Positive highlights

- This website offers "get your money back" friendly payment methods
- The website seems to be an online store (tips for checking shopping scam)
- The SSL certificate is valid
- This website is safe according to DNSFilter
- This website does not contain phishing or malware according to Flashstart

### Negative highlights

- The owner of the website is using a service to hide their identity on WHOIS
- According to Tranco this site has a low rank
- This website is hosted in a high risk country.
- High number of suspicious websites on this server
- This website has received negative reviews
- This website is not trusted by Trend Micro

SHOW DETAILED ANALYSIS



Sizzling Summer Watch Sale
Shop now for unbeatable summer watch deals.
invictastores.com Open

## Consumer reviews about formulalm.com

### Very negative reviews

Total reviews: 7
Average score: 1.6 stars
Learn more

The total score is based on reviews found on the following sites

- Scamadviser: 1.6/5 stars, 7 reviews

### Add your review

Write a public review everybody can see...

ADD A REVIEW

**Leanne Warr** — formulalm.com
We understand that you must be upset for not getting your order in time.
Please kindly accept our sincere apology. Our anxiety is not less than you.
Please understand that we have been trying our best to help you get it.
And we will keep urging
READ MORE

**Alicia Dawn Biffle** — formulalm.com
I placed an order on 02/04. It is now 04/04. Every time I email the company, I receive a standard "Shipper shows it is still in transit. We apologize for any inconvenience."
I should've come here first!

**Lynn Parker** — formulalm.com
Ordered 3 bras for £35.80 on 5th February (7 weeks ago). Despite numerous updates of where the parcel is, and assurances that my parcel has been prioritised, it now looks like I have been scammed.

**Jennifer Conde** — formulalm.com
Ordered Jan 20, 2023. The tracking site days is been in AZ since Feb 20th. Hasn't left since. I live in KY. They say be patient and stuff about covid or don't reply

**Sara Ladd** — formulalm.com
I ordered from them almost two months ago. The parcel tracking goes through a fake tracking site. I tried to contact them multiple times to get an update on my order only to be told to be patient. I sent their support another message requesting a
READ MORE

**Rosie Holroyd** — formulalm.com
Don't use this US company especially if you are in the UK. I placed, and paid for, an order on 26th Jan 2023 and it still hasn't arrived 34 days later. The tracking

**Francisco Moreno** — formulalm.com
Very friendly and comprehensive service

**Sara Ladd** — formulalm.com
I ordered from them almost two months ago. The parcel tracking goes through a fake tracking site. I tried to contact them multiple times to get an update on my order only to be told to be patient. I sent their support another message requesting a
READ MORE

**Rosie Holroyd** — formulalm.com
Don't use this US company especially if you are in the UK. I placed, and paid for, an order on 26th Jan 2023 and it still hasn't arrived 34 days later. The tracking

**Francisco Moreno** — formulalm.com
Very friendly and comprehensive service

## Advertorials

### Join Us in Turning the Tide Against Scams




On October 18–19, 2023, the 4th Global Anti-Scam Summit (GASS) will take place. The goal of the GASS is to bring governments, consumer & financial authorities, law enforcement, brand protection agencies, and (cybersecurity) companies together to share knowledge and define joint actions to protect consumers from getting scammed. This year, we focus on further defining these solutions and showcasing the best practices from around the globe.
You can attend the event in-person in Lisbon or be a part of it virtually. Registration for physical attendance will close soon as less than 100 seats are left! Online participation is completely free.
Click the link below to check the full agenda and register for the summit.

REGISTER NOW

### Travel Scams 101: How people get caught and how to protect yourself



Summer is here! As you plan for a thrilling trip this summer vacation and seek the best deal for everything, scammers are well prepared to exploit you with travel scams. Continue reading for what you should know about travel scams and learn how to avoid them.

TRAVEL SAFELY


ALDO Designed With Padded Insoles
ALDO Philippines

## Full review formulalm

### Company Rating

We see that the owner of the website is using a service to hide his/her identity. This may be because the owner does not want to get spammed. However, it also makes it difficult to identify the real owner of the website. As a result, websites hiding their identity get a slightly lower score.

### Webshop Analysis

According to Tranco this site has a low Tranco rank. This means that the number of visitors to this website is quite low. You can expect this from a small, starting or niche website. A popular website however should have a higher ranking.

We discovered that other suspicious sites are hosted on the same server as the website. We therefor lowered the review of formulalm.com. You can see which websites by checking the server tab lower on this page for more information. Other suspicious websites are website with a low trust score which may be online scams or selling fake products. Often scammers use the same server to host multiple websites at the same time.

### Technical Analysis

This website is located on a server in a high-risk country. Countries with a high risk are countries identified by the International Banking Federation as having a high level of fraud and corruption. Many developing countries are considered high risk. We consider the country of origin in our algorithm but only other factors found (like products offered on the site) may result in a low score.

We have identified payment methods such as Alipay, Mastercard, Paypal, Visa who offer the consumer the option to get their money back if a product is not delivered or another form of dispute arises between the consumer and the merchant. There is never a 100% guarantee. Each payment method has its own restrictions to get money back and the merchant may still entice you to use a different payment method. Make sure you are paying with the method you want to. Want to know more? Read our article on "Safe Payment Methods".

A valid SSL certificate was found. Professional companies use an SSL certificate to encrypt communication between your computer and their website. However, there are different levels of certification and scammers also install a free SSL certificate. If you have to enter your data, never do this without checking if an SSL certificate protects your information.

### Related blogs

- Is Sure.flatsan.com Trustworthy or a Scam?
- Is Beunst.com Legit or a Scam?
- Is Warekas.com a Scam or Legit?
- Is Topannabelle.com Legit or a Scam? Investigating the Red Flags
- Rbwearoutlets.com Review: Is It Safe or a Scam?

READ MORE

### Protect yourself from viruses, phishing and scammers

ADD TO BROWSER — Powered by: TREND MICRO

## Popular Stories

### How to Recognize a Scam Website

As the influence of the internet rises, so does the prevalence of online scams. There are fraudsters making all kinds of claims to trap victims online - from fake investment opportunities to online stores - and the internet allows them to operate from any part of the world with anonymity. The ability to spot online scams is an important skill to have as the virtual world is increasingly becoming a part of every...

READ MORE

### How Do I Get Money Back From a Scammer?

So the worst has come to pass - you realise you parted with your money too fast, and the site you used was a scam - what now? Well first of all, don't despair!! If you think you have been scammed, the first port of call when having an issue is to simply ask for a refund. This is the first and easiest step to determine whether you are dealing with a genuine company or scammers. Sadly, getting your money back from a...

READ MORE

## Facts about formulalm.com

**Key facts**

Domain age
1 year from now

WHOIS data
hidden

**Company data**

Address
guang dong

Country
CN

E-mail
https://whois.aliyun.com/whois/whoisform

**Website data**

Website
formulalm.com

Redirecting from website
formulalm.com

Title
formulalm

Description
formulalm

Domain age
1 year from now

Website Speed
Average

SSL certificate valid
Valid

SSL type
Low - Domain Validated Certificates (DV SSL)

SSL issuer
Let's Encrypt

WHOIS registration date
2023-07-20

WHOIS last update date
2023-07-11

WHOIS renew date
2024-07-20

Tags
Industry - Shopping, Helpdesk, Payment Methods - Reliable, Language - English

**Owner**

**Administrator**

**Technical Contact**

**Server**

**Registrar**

**Server name**

**Related domains**

Click here to find out which domains are on the same server as formulalm.com

Powered by Domain Crawler

### Website Alerts

- ChatGPT-4 Phishing Websites and Other Threats
- Is Beunst.com Legit or a Scam?
- Is Bo-shopify.com Legit or a Scam?

READ MORE

### Help & Info

- Scam Alerts
- Learn about Scams
- Reliable Sites
- Advice for Companies
- Research & Reports
- Global Scam Country Guide

SEE ALL

### Scam Trends

READ MORE

### Is this your website?

If you own this website you can update your company data and manage your reviews for free.

CLAIM WEBSITE

### About this report

The review report of formulalm.com has been requested 2140 times.
First analysed: 2022-08-07 09:38:22. Last updated: 2023-07-31 12:55:52

## Subscribe to our weekly newsletter

Your email... SUBSCRIBE

agoda 100,000 HOTEL DEALS DAILY! SAVE UP TO 80% BOOK NOW



# Formulalm.com Reviews

**1.0** Rating **1** Reviews

Formulalm.com Scam & Formulalm.com Trusted Reviews

Formulalm.com
Visit Website

Business Verifying
Claim this company

**Company Reviews** Questions

## Data Protection

Certified

When we examine the screens of TrustedReviews, you can review the information between SSL and DNS records. You can analyze the details of the information used on the website below.

| SSL VALID UNTIL | SSL ISSUED BY | SSL NUMBER BY |
|---|---|---|
| 2023-10-14 | Let's Encrypt | R3 |

**Name Servers**

dns30.hichina.com    dns29.hichina.com

The Rank of the website you are interested in is:

**19.8**

**Questionable. Controversial. Flagged.**

The rank is based on a 1-100 scale, with 100 being the most reputable.

## Write Your review

Jo **Jo Jones**
1 review United Kingdom

**"Dreadful, complete rip off!!"**

My items took over 2 months to arrive and when they did the size guide they used was obviously wrong as wsy to small. Contacted company but they won't refund money as they say they sent what I ordered ...... which they did.... its just the size guide they gave was incorrect. DO NOT BUY FROM THIS COMPANY IT WOULD NAKE MORE SENSE TO BURN YOUR BANK NOTES THAN HABLND MONEY OVER !!!

4 months before 0

## Business Transparency

Claimed their TrustedReviews profile: Not Claimed

Dear users; You can find all kinds of information about TrustedReviews in the faq section.

How to make a valid review / question?

How to create a business membership?

How to respond to users who comment on companies?

See all faqs

## About Formulalm.com

This company does not currently have a business account, if you are the owner of the company, you can open a business account immediately.

### Site Information

formulalm

2023-03-07 is added date

## Lates Blogs

**The Importance of Writing Reviews**
August 24, 2023

**Leveraging Location Reviews for the Improvement of Local...**
August 17, 2023

**How to Create a Reliable Website?**
August 17, 2023

You can check out all our blog posts.

## Is this your company?

Claim your profile to access Trustedreviews free business tools and start getting closer to your customers today!

Claim your free business account

## Other Company

**Selfkey.org** 0.0

**Exchtop5.top** 0.0

**Privatevps.net** 0.0

Suggested compaines are based on people's browsing tendencies.

## About TrustedReviews

We Fight Fake Reviews
Here's how you can flag problematic reviews.

We improve experiences
Here's our commitment to you.

We encourage quality customer feedback
We are check comments and we care about data reliability

TrustedReviews®

We are all about consumer reviews. Get the real inside story from shoppers like you. Read, write and share reviews on TrustedRevie.ws today.

TrustedRevie.ws 2019 - 2023

**Menu**
Home
Browse Companies
Add Company
Businesses
Faqs
Recently Reviews
Get In Touch
Blog

**Policies**
Terms of Service
Privacy Policy

**Community**
Login
Sign Up
Business Login
Careers Join Us

We use cookies to serve you better.
Terms of Service Privacy Policy
Accept Cookies

© 2023 TrustedReviews, Inc. All rights reserved.

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

formulalm.com

Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

formulalm.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 773

**MARKETPLACE:** Other

**MERCHANT NAME:** frame-wood.

**SELLER ID:** frame-wood.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

frame-wood.com

Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

frame-wood.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 775

**MARKETPLACE:** Other

**MERCHANT NAME:** futuremagics

**SELLER ID:** futuremagics.com




Scam Watcher
United against scams

REPORT AN INTERNET SCAM
Emails, Ads, fraudulent website...

REPORT A PHONE SCAM
Call or SMS received, voice messaging...

MOST SEEN REPORTS

1 **Shinwink.com | service@shinwink....**
Like many other suspicious websites, Shinwink.com claims to be selling the BikendaT...

2 **Kendally.com | support@kendally.c...**
The website claims to be offering up to 70% off on their comfy corset bra and selling it for only...

3 **Expeditedfinancialhelp.org | Fraudu...**
People are getting random calls and voicemails from expeditedfinancialhelp.org, claiming they c....

LAST COMMENTS

**chnkit chow** 09/26/2023 at 04:32 PM
same to me can we talk

**khalil** 09/26/2023 at 03:27 PM
Order No. 00033135

**olivia** 09/26/2023 at 02:18 PM
You are a scammer. I see your Posts in the market. You are not paying any payment after...

**Bev** 09/26/2023 at 12:59 PM
I ordered 4 toys from these guys. They only sent two of the toys I paid for and it took 3 weeks to ...

**lilian** 09/26/2023 at 12:15 PM
I was also pressurized constantly by different calls daily to invest more Money after pestering me til...

**lilian** 09/26/2023 at 12:07 PM
I was also pressurized constantly by different calls daily to invest more Money after pestering me til...

Home › Fraudulent websites

**Fraudulent website : www.futuremagics.com support@futuremagics.com**

## SUSPECTED SCAM!

Follow this report

**Date** 11/17/2022

**Fraudulent email** support@futuremagics.com

**Pseudonym** Futuremagics

**Url / Website** https://www.futuremagics.com/
Scamdoc Trust Score | Contact / Whois info

**Scam contents** I ordered a jumpsuit from here, but they charged my credit card twice the price, refused to send me a refund, and even stopped replying to my emails.

**Comment / Review** The website is a scam.They're one of these Landbase Trading Co. scams. The website is operated by two different companies, both of which are fake and have been used by many dubious websites.The prices are too good to be true, and this is mainly used by scammers to trick customers.The website has multiple negative reviews on the internet.

**Attachment(s)**



**More info +** Chargeback: how to get your money back after a scam | What to do in case of a scam?

5 COMMENTS CREATE A PRIVATE GROUP

*Reviews and comments left by Internet users are sorted in chronological order and are not checked a priori*

**SD** 01/25/2023 at 07:55 AM
Definitely a scam, I received two things I ordered and were not the same dress in the pictures def defective nor was the size even remotely close too the measurements that their own website stated. They refused to refund me, except $20 on an $80 order claiming that shipping it back to them would have to be to china even though their address says Queens NY online. Every time I have asked for the address to send it to them they send the same email back saying it would be very expensive to send back, I must have asked 15 to 20 times now in email for the address to return my order and now after two months there last email said not only would it be expensive to return but now I will also not get anything refunded so I should just accept there $20 refund or get nothing!!!!! They are a SCAM SCAM SCAM SCAM!! The products are the worst quality I have ever seen and I've ordered from Wish. They are not in Queens, that also is a fake address. Ive filled out a complaint with the better business bureau but heard nothing back. Avoid at all costs. Disgusting people to deal with and I hope they are brought to court at some point.
0
Reply

**Qushia** 02/21/2023 at 08:54 AM
I've been waiting on my fits for going on a month now and still yet to receive them at this point I'm very irritated and want my money back!!!
0

> **MayB** 02/21/2023 at 03:31 PM
> hey Qushia, You could try contacting your payment provider and filing a chargeback complaint.
> https://info.scamwatcher.com/best-practices/disputes-chargebacks/
> 0

Reply

**Ms. Kay** 05/03/2023 at 02:07 PM
They are scammers! They overcharged my credit card after I made an order, but when I saw the overcharge, I immediately emailed them to cancel my ENTIRE ORDER (within minutes). They replied and stated they were sorry for the oversight and wanted me to keep my order, but I explained that they appeared to be unscrupulous. About one month later, they sent the clothes anyway? I have been trying to return their clothes, which actually had a horrible smell and were of very poor material and quality - definitely unlike the photos on their website. I went back and forth with them via email several times, and this was apparantly to discourage me from attempting to return the items or simply because they ARE scammers. Another month has passed and they are no longer replying to my emails... even though I followed their "return policy" instructions exactly!? My credit card company won't help because they say I have the merchandise so it's a "legitimate purchase". But Futuremagics will NOT reply to my simple request to provide an address for the return (or as they state in their return policy, "get approval to initiate a return"). I have no address to send these horrible clothes back, and they won't initiate the return?! This is the reason why I will NEVER purchase from an Online store unless someone I know can vouch for them. I plan to report them to the BBB and send my complaint to NY State and Facebook. They should NOT be allowed to market or due business via Facebook or anywhere for... Read more
0
Reply

**Nubien** 06/08/2023 at 05:40 PM
NEVER AGAIN! THEY ARE SCAMMERS AS PREVIOUS EMAILS SAYS.
YOU WILL NEVER GET YOUR MONEY BACK, THIS COMPANY IS IN CHINA. THEY SAY YOU GET YOUR MONEY BACK 100% THAT'S A LIE .
THE WHOLE WEBSITE IS A FRAUD! AWFUL EXPERIENCE, I'M GLAD IT WAS JUST ONE ITEM I PURCHASED, WHEN I TOOK IT BACK TO THE POST OFFICE TO RETURN IT WAS NOT WORTH IT, THEY SAID IT WAS $31.00.
THEY EMAIL YOU DAILY OFFERING YOU A RIDICULOUS AMOUNT OF MONEY TO KEEP THE THE ITEM, BUT NEVER LISTEN TO YOU THAT YOU WANT A COMPLETE REFUND.

CUSTOMER SERVICE WAS THE WORST BY FAR!
0
Reply

**Leave a comment** *

Add an image (optional)

**Name / Nickname** * **Email Address** *

Be notified of new comments on this page (you should to be logged in)

I'm not a robot reCAPTCHA Privacy - Terms

Your comment will be added just after your validation

Leave a comment















# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

futuremagics.com

Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

futuremagics.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 778

**MARKETPLACE:** Other

**MERCHANT NAME:** glossarye

**SELLER ID:** glossarye.com




# Glossarye Scam or Legit? Genuine? Glossarye Review

0 (0)

November 9, 2022 / 2 Comments / Suspicious

Click stars to rate this product, organization (company) or online activity!
[Total: 0 Average: 0]
Here on this page, we are going to explain in detail about what is Glossarye online store in reality. What you need to do is just read the following Glossarye review and get to know whether is a Glossarye .com scam or a trustworthy company.

## Website Highlights:

- **Domain name –** Glossarye .com
- **Website name:** Glossarye
- **Email:** support@glossarye .com
- **Parent Company Name:** LANDBASE TRADING CO., LTD
- **Product Categories Available On Its Website:** Not Available
- **Products Listed On Its Website:** Birds Stained Window Panel Hangings, Adjustable Oil Filter Wrench, Children's printable multifunctional digital camera, Mist Cooling Automatic Irrigation System, Bathroom Waterproof Phone Case, Automatic infrared sensor faucet bubbler, Good Luck Phone Case, Chrismas Creative Match Shape Ligher, etc.



## What is Glossarye .com?

It is an online shopping store which is claiming to sell various products as listed above. However, there are so many things you must know about this online store before choosing it as your shopping destination.

### *We have suspected Glossarye to be one of the doubtful sites because of the following reasons:*

### Contact Information:

Its parent company's name is given on its Contact Us and Terms of Service pages as LANDBASE TRADING CO., LTD. The same company name is found to be used by other scam and problematic sites like Upstronge, Fairytaledo, Proportionto, Fairytalelaza, Bigbicyclmn, Delicacyup, Intuitione, Illustralect, Expositiont, Bemadeofcute, Ermediateny, Bielittle, etc.




At the time of this review, it has provided its parent company name LANDBASE TRADING CO., LTD., however, in the future it may change its parent company name and address since similar types of sites did change their parent company names and addresses in the past.

### Discount and Sales offers:

It has listed lots of products on sale with heavy discount claims. Mostly scam sites are found to be offering such kind of discounts to attract people into their scam.

### Copied content:

The website theme and lots of other details provided on its website match with multiple problematic sites.




### Social Media Presence:

Social media icon linked to its business related social media page is not available. However, legit online stores mostly provide social media icons linked to their social media group, pages or profiles. So, it may not have a social media presence.

### Returns and Exchange:

Its Return Policy is found to be very unrealistic to offer any kind of return and exchange of items to its customers. We have found this kind of online store hardly make any returns and exchanges in any conditions. So, it is almost impossible to get the full or even a partial payment back from these kinds of online stores due to their confusing returning and/or exchanging provisions.

### Customer Complaints and Delivery:

The delivery time, customer support as well as the after sales services of these kinds of online stores are claimed to be very poor as per the complaints received from the buyers of similar kinds of online stores.




### Our Final Verdict:

On the basis of above presented reasons, it can be said that Glossarye is one of the suspicious websites.

You can find the lots of suspicious sites listed within our "Suspicious" category by clicking >HERE< or you can find about various kinds of scams by scrolling within our "Scams" category by clicking >HERE< or you can navigate our website through our home page to find out the several interesting and knowledgeable articles under different categories by clicking >HERE<.

If you want to say something about this company, then please feel free to place your comment below. Also feel free to share this review with your friends and families through your social media accounts to make them aware of this online store.




These days multiple new online stores are claiming to sell various items on huge discount, but most of them are scams. So, it's better to stay away from the new online stores or at least do some research before you purchase something from the new online stores because most of these new online stores don't deliver the purchased items to their clients or, deliver completely different or very low-quality items. Some scam online stores even have charged the credit card of clients randomly without their consent. So, if you have ever purchased mistakenly from scam sites, we suggest you immediately contact your bank or credit card company to secure your credit card information.

NOTE: These kinds of sites are found to be changing their website name as well as whole content of their website from time to time. So, the above review is based on the details provided on its website on aforementioned date. If you find any other details than what we have provided on this review later, then that means this online store has changed its details. However, that still makes it a suspicious site.

***Good Luck !***

Tags: LANDBASE TRADING CO. LTD.

### 2 thoughts on "Glossarye Scam or Legit? Genuine? Glossarye Review 0 (0)"

**Anonymous**
July 19, 2023 at 10:45 pm
REPLY

Do not order!! JUst did twice and a pain in the butt and never even worked! no one responds from support. SCAM! Have to cancel my card now! ughhhh

---

**Ann**
June 2, 2023 at 2:37 pm
REPLY

Ordered…when checkout peice was $80.36. Got email from my card asking if i authorized $92.41!!!! Ligit???? No place to call or contact.

---

### Leave a Reply

Your email address will not be published. Required fields are marked *

Comment *

Name Email

Post Comment




Copyright Content - It is strictly prohibited to copy the contents of De-Reviews - Copyright © 2017-2023, All rights reserved De-Reviews.com



Copyright © 2017-2023, All rights reserved De-Reviews.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

glossarye.com Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

glossarye.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 913

**MARKETPLACE:** Other

**MERCHANT NAME:** goblinpocket

**SELLER ID:** www.goblinpocket.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

www.goblinpocket.com Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

goblinpocket.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 781

**MARKETPLACE:** Other

**MERCHANT NAME:** gorgeousdo

**SELLER ID:** gorgeousdo.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

gorgeousdo.com Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Likely scam.

gorgeousdo.com

There was a known scam email address found. Highly likely that this is a scam website.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 785

**MARKETPLACE:** Other

**MERCHANT NAME:** hailoyearn

**SELLER ID:** hailoyearn.com

hailoyearn.com Reviews | check

https://www.scamadviser.com/check-website/hailoyearn.com

SCAMADVISER

Search a website...

Report a Scam | Help & Info | API & Data Feed | | EN

Iain Pintsize has reported this website as a possible scam.

Trustscore
1 / 100

What is this?

Disclaimer

## What is your feeling about hailoyearn.com?

0 0 0 0 0

No reviews. Be the first to Review.

Report Scam

ORDER MANUAL VERIFICATION

GET YOUR MONEY BACK

## hailoyearn has a very low trust score. Why?

We scanned hailoyearn.com for several indicators and we think the website may be a scam. Exercise extreme caution when using this website.

Scamadviser reviews each website automatically for 40 different elements like who owns the website, are the contact details hidden, where is the website hosted, what is the technology being used, and much, much more. Based on all the information gathered, we create a trust score.

hailoyearn.com has a very low trust score according to our algorithm. However, computers may be wrong. The website has a strong indicator of being a scam but might be safe to use. We recommend you check the website using our **check list** or by contacting the company directly.

### Positive highlights

- This website offers payment methods which allow you to **get your money back**
- This site seems to sell products online (**how to check if it is a shop scam**)
- According to the SSL check the certificate is valid
- **DNSFilter** considers this website safe
- **Flashstart** did not find any malware of phishing activities

### Negative highlights

- The website's owner is hiding his identity on WHOIS using a paid service
- This website does not have many visitors
- We discoved the website is served from a high risk country
- The website is from a high-risk country and selling **well-known brands**
- Searching on Social Media we found negative links
- No reviews were found on commonly used review sites

SHOW DETAILED ANALYSIS

**DOE NUMBER:** 914

**MARKETPLACE:** Other

**MERCHANT NAME:** happyhours-rover

**SELLER ID:** www.happyhours-rover.com




# Happyhours Rover

Reviews 1 • Medium

3.2

happyhours-rover.com
Visit this website

Write a review

Business activities [See all]

Unclaimed profile

No review invitations registered

Customers write reviews on their own initiative

## Reviews ★ 3.2

1 in total

| | | |
|---|---|---|
| 5 stars | | 0% |
| 4 stars | | 0% |
| 3 stars | | 0% |
| 2 stars | | 0% |
| 1 star | | 100% |

Filter

Sort : Most relevant

**Our Transparency Report 2022 is here**

Read it here

**Is this your business?**

Acquire your profile on Trustpilot and get free access to our tools so you can get in touch with your customers.

Get a free account

LC Laila Christensen
4 reviews DK

July 12, 2023

### Not receiving what you ordered

Not receiving what you ordered. Have written to them many times, but they claim that the package is checked upon dispatch. I was surprised when I received the package that it was so small, but you can understand that when something is missing. The item costs $30.98 and they offer to ship $3 back. Forget it.

Date of experience : 06 July 2023

Useful Share

Contact us

USA

Previous 1 Next page

People also looked at:



Notino
1,160
Appropriated profile

Halara
60,851
Asking for reviews



Ashild
153
Asking for reviews

The suggested companies are based on users' browsing tendencies .

### Is this your business?

Acquire your profile on Trustpilot and get free access to our tools so you can get in touch with your customers.

Get a free account

This is Trustpilot

Everyone is welcome

We are passionate about verified reviews

We fight fake reviews

We encourage constructive feedback

We verify companies and users

We distance ourselves from bias

Read more



© 2023 Trustpilot A/S. All rights reserved.

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

www.happyhours-rover.com | Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

Likely scam.

happyhours-rover.com

There was a common scam identifier found within the about us page.

There was a known scam email address found. Highly likely that this is a scam website.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 915

**MARKETPLACE:** Other

**MERCHANT NAME:** implicitm

**SELLER ID:** www.implicitm.com



Alibaba.com Product Sourcing Made Easy
Alibaba.com


scamdoc

Digital trust rating

Report a website

## Most seen reports

1 Datongitshop.com
1%
Thought I was buying from home depot through the Offer Up website. I was rerouted to this sit...

2 Dacxnola.com
1%
Oszuści.Stanowczo nie polecam. Buty przyszły zupełnie inne jak zamówione .Najgorsza...

Home › Implicitm.com report ☆ Follow this report

# Analysis of the website "Implicitm.com"

14%

Trust index Very bad

Warning, only for experienced users!

**Good points**

A **HTTPS** security protocol has been **detected** on this website. Be careful, this indicator is not always synonymous with security!

**Negative points**

This **domain name** is linked to one or more **countries** known for their use by **fraudulent websites**.

*not intervene to influence this score on a particular site or email.*

*Website owners can **request a review of the score** by providing additional information via this form.*






## Latest reviews (all sites)

**Diulf**
09/26/2023 at 09:00 PM
Bullshit site ! https://ww.superviril.com/

**spmaluga**
09/26/2023 at 08:46 PM
A good seller. I bought a card online in just a few minutes and received it by mail

**Meghan Daniel**
09/26/2023 at 08:33 PM
I saved thousands of dollars by avoiding the need to replace my hardwood floor thanks to ...

**Meghan Daniel**
09/26/2023 at 08:32 PM
I didn't think my hardwood floor would look this new after years of wear and tear. The 3-in-1...

**Susanna Dembo**
09/26/2023 at 08:31 PM
The trading conditions were much better than with my previous brokers. This is not to say th...

**Upset customer**
09/26/2023 at 08:24 PM
I have sent 196 messages to this company to get a refund on the piece of garbage kindling...






## Detailed information about Implicitm.com

First analysis date: **11/03/2022**



| | | |
|---|---|---|
| Domain creation date | 05/16/2022 (Less than 2 years) (Reference) | ⓘ |
| Domain expiration date | 05/16/2024 (Less than 1 year left) (Reference) | ⓘ |
| Owner identification in the Whois | The owner of the domain name is identified **partially**: Name/Company ✗ Postal address ✗ Phone ✗ Mail ✗ Country **(China)** (View available info) | ⓘ |
| User reviews on Scamdoc | (Average rating of **1** out of **2 Reviews**) Leave a review | ⓘ |

## 2 Reviews / Comments

*Reviews and comments left by Internet users are sorted in chronological order and are not checked a priori*

**Rick** 01/22/2023 at 06:48 AM
Rating: ★
My wife purchased a plastic tool from this site for Christmas. They refused to do a return or refund. They said that was in their rules but their return policy (Spelled Police) did not state this. The same item can be purchased on Amazon for less than half the price.
Reply

**km** 01/23/2023 at 11:33 AM
Rating: ★
Ordered a plastic repair tool off this site. Eventually when the package turned up it was a plastic bag of small metal staples. The delivery came under a different semi-anonymous name, making it difficult to attempt to make contact, trace and register a complaint. When I went back to check the original link advertising the product (Facebook) the link was no longer valid/broken. Just a scam artist, to be avoided at all costs. If I could give zero or negative stars I would.
Reply

## Your opinion matters, leave it here!

Leave a comment *

Add an image (optional)

How would you rate Implicitm.com? *

Name / Nickname * Email Address *

Be notified of new comments on this page (you should to be logged in)

Leave a comment



# Implicitm.com Reviews

**1.0** Rating **2** Reviews

Implicitm.com Scam & Implicitm.com Trusted Reviews

Implicitm.com
Visit Website

Business Verifying
Claim this company

**Company Reviews** | Questions

Super September 2023
Alibaba.com

## Data Protection

Certified

When we examine the screens of TrustedReviews, you can review the information between SSL and DNS records. You can analyze the details of the information used on the website below.

| SSL VALID UNTIL | SSL ISSUED BY | SSL NUMBER BY |
|---|---|---|
| 2023-10-09 | Let's Encrypt | R3 |

**Name Servers**

dns24.hichina.com
dns23.hichina.com

The Rank of the website you are interested in is:

**19.8**

**Questionable. Controversial. Flagged.**

The rank is based on a 1-100 scale, with 100 being the most reputable.

**Write Your review**

Sort by: **Most Recent** Sort by: **Filter**

## Reviews 1.0

**2 total**

| | | |
|---|---|---|
| 5-star | | 0 % |
| 4-star | | 0 % |
| 3-star | | 0 % |
| 2-star | | 0 % |
| 1-star | | 100 % |

**Tom**
1 review United States

**"IMPLICITM very bad company"**

Bought plastic welder with staples from Implicitm. Only received a bag of staples. calls and texts never returned. Fraudulent Co. stay away

7 months before 0

**Richard Gustafson**
1 review United States

**"They are a complete scam"**

My wife purchased a plastic mitre tool as a Christmas gift. They refused to allow a return for refund stating that was their rules. Their return policy (spelled Return Police) does not state that. They stated since it was not defective they do not accept returns. I noticed this same item could be purchased on Amazon for less than 1/2 the price even though their web site...

Read More

8 months before 0

## Business Transparency

Claimed their TrustedReviews profile: Not Claimed

Dear users; You can find all kinds of information about TrustedReviews in the faq section.

How to make a valid review / question?

How to create a business membership?

How to respond to users who comment on companies?

See all faqs →

ATFX
Maximise Your Earnings with 50% Deposit Bonus
50% BONUS
JOIN NOW

## Lates Blogs

**How can I check if a website has HTTPS?**
August 17, 2023

**Leveraging Location Reviews for the Improvement of Local...**
August 17, 2023

**Assessing the Reliability of Product Review Photos**
August 17, 2023

You can check out all our blog posts.

## About Implicitm.com

This company does not currently have a business account, if you are the owner of the company, you can open a business account immediately.

## Site Information

Implicitm

2022-12-05 is added date

## Other Company

**Bloomsupply.se** 0.0

**Weshop669.com** 0.0

**Losecuthope.live** 0.0

Suggested compaines are based on people's browsing tendencies.

## Is this your company?

Claim your profile to access Trustedreviews free business tools and start getting closer to your customers today!

Claim your free business account

## About TrustedReviews

We Fight Fake Reviews
Here's how you can flag problematic reviews

We improve experiences
Here's our commitment to you.

We encourage quality customer feedback
We are check comments and we care about data reliability



© 2023 TrustedReviews, Inc. All rights reserved.

use cookies to serve you better.

ATFX Maximise Your Earnings with 50% Deposit Bonus JOIN NOW 50% BONUS

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

www.implicitm.com | Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

implicitm.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 916

**MARKETPLACE:** Other

**MERCHANT NAME:** inputependa

**SELLER ID:** www.inputependa.com

Trustpilot
Search for another company…
Categories Blog Log in For businesses




# Inputependa

Reviews 12 • Poor

2.0

inputependa.com
Visit this website

Write a review

## Company activity

See all

Unclaimed profile

No history of asking for reviews

People review on their own initiative

Our 2022 Transparency Report has landed

Take a look

Is this your company?
Claim your profile to access Trustpilot's free business tools and connect with customers.

Get free account

## Contact

United States

## The Trustpilot Experience

We're open to all

We champion verified reviews

We fight fake reviews

We encourage constructive feedback

We verify companies and reviewers

We advocate against bias

Take a closer look

## Reviews ★ 2.0

12 total

| | |
|---|---|
| 5-star | 0% |
| 4-star | 0% |
| 3-star | 0% |
| 2-star | 8% |
| 1-star | 92% |

Filter    Sort: Most relevant

---

**NB** Nick Burrage
2 reviews AU

Jul 11, 2023

### poor customer service

poor customer service

Item damaged in transit and not as described. Their customer service is extremely poor even when trying to lodge a dispute. They offered me 4 USD as compensation for an item that I paid way more for. Customer service extremely unhelpful and would not direct me to any further way to resolve my problem with the item. Overall the worst online shopping experience I've had ever.

**Date of experience:** July 07, 2023

Useful Share

---

**LA** LauraS
4 reviews FI

Dec 22, 2022

### Products are not the same as in the photos - do not buy!

I ordered dark green, hand-knitted crocodile socks from Inputependa. First of all, they sent the wrong socks (other crocodile model). The socks are NOT knitted, just regular thin socks with some poor added fabric as legs & teeth. Do NOT buy, it will only be a disappointment. I wrote a one-star review with a picture on their website, and it was deleted immediately.

**Date of experience:** December 21, 2022

Useful 1 Share

---

**FR** Francois
3 reviews FR

Updated Jan 25, 2023

### Chinese supplier who does not…

Chinese supplier who does not understand how to treat a claim.
I received only 1 item out of 3. The tracking got lost somewhere and does not lead to the reception, but they insist on saying that they shipped all.
They propose me to return the items that I never received at my expense and get 5 euros as a compensation.
Stay away from this merchant!

**Date of experience:** December 28, 2022

Useful Share

---

**JU** Julian
5 reviews DE

Nov 21, 2022

### This compnay does not exist

This company does not exist.
They sent me parcels that never came, and tried to keep me calm for a while through a fake logistics company (tracking-hub.com).
I received my money back through paypal because I realised it immediately.
Don't fall for them!

**Date of experience:** November 21, 2022

Useful 2 Share

---

**ST** straylor
1 review US

Jan 12, 2023

### Product never delivered after 2 months. Company ghosted me on refund

I ordered holiday gifts worth $69.26 USD from this Inputependa vendor through Instagram in early November. Products never arrived. I followed the online tracking they offer (tracking-hub dot com/) and package disappeared on Dec 9 within the US. No further updates from this site. I emailed the company many times and they said package is coming. After the new year another delivery tracking website (xps.xborderecommerce dot com) said my package was delivered on Jan 7, but I never received it. I am at home full time for work so I could not have missed it. I wrote to say I never received the package and they said to call USPS and ask them about the problem. Are you kidding me?! Since then I have been asking for a refund and have not received a reply back.

**Date of experience:** January 07, 2023

Useful Share

---

**BN** Barbara Nati
5 reviews IT

Dec 24, 2022

### items never arrived and seller refused to refund me

ordered items on 7th November. On 5th December I receive last update from courier and I ask for a refund on 15th December. They ask me to wait a couple more days. I ask again a week later and they say they cannot send a refund as my parcel has dispatched.
Blessed Paypal that could help me on this matter

**Date of experience:** December 22, 2022

Useful Share

---

**BA** B. Andrews
4 reviews US

Dec 10, 2022

### Buyer beware!!

Buyer beware!!! ordered 2 items, they were never delivered. Asked for a replacement or refund, they told me "their shipper" said it was delivered and I signed for it. - I DID NOT - now they say it is my problem, that they are not the shipper's customer, I am. I would pass - not a reputable company!

**Date of experience:** November 01, 2022

Useful 1 Share

---

**ER** Evelyn R
2 reviews US

Jan 18, 2023

### I wouldn't give it any stars

I wouldn't give it any stars. I purchased their animal socks. The sharks and alligators are so poorly made and are nothing like the pictures. They are not sized for adults like they advertised.They won't refund anything! They said they are sorry I don't like their product. That's it! I'm so glad I went through PayPal. If I had known this was not in the US I wouldn't have purchased from this company. They also took down their Facebook page for this.

**Date of experience:** January 13, 2023

Useful Share

---

**TK** TK
1 review CA

Nov 25, 2022

### Product DEFINITELY not as advertised

Product DEFINITELY not as advertised. We'll see if anyone follows up with my complaint…

**Date of experience:** November 23, 2022

Useful 2 Share

---

**LU** Luis
2 reviews ES

Jan 6, 2023

### Product is not what is advertised

Product is not what is advertised and seller does not want to give a refund.

**Date of experience:** January 05, 2023

Useful Share

---

See Trustpilot reviews directly in your Google searches

Trustpilot

Get Chrome Extension

---

**KM** Kaja Mežnar
1 review SI

Dec 24, 2022

### Product not as advertised, poor quality, no refund

Poor Quality, not as advertised

**Date of experience:** December 18, 2022

Useful Share

---

Show reviews in all languages. (12 reviews)

Previous 1 Next page

Is this your company?
Claim your profile to access Trustpilot's free business tools and connect with customers.

Get free account

Trustpilot

About
About us
Jobs
Contact
Blog
How Trustpilot works
Transparency Report
Press
Investor Relations

Community
Trust in reviews
Help Center
Log in
Sign up
Chrome App

Businesses
Trustpilot Business
Products
Plans & Pricing
Business Login
Blog for Business

Follow us on

Choose country
United States

Legal Privacy Policy Terms & Conditions Guidelines for Reviewers System status Cookie preferences Modern Slavery Statement

© 2023 Trustpilot, Inc. All rights reserved.

# Inputependa Review: Genuine? Inputependa Scam or Legit? 0 (0)

May 26, 2022 / 2 Comments / Suspicious

Click stars to rate this product, organization (company) or online activity!
[Total: 0 Average: 0]
Here on this page, we are going to explain in detail about what is Inputependa online store in real. So let's begin with the Inputependa review to know either is an Inputependa .com scam or legit company and whether you shall trust this site or not.







## What is Inputependa .com?

It is an online shopping store that is selling various products such as Professional Nail Clipper Kit, Invisible Non-slip Ice Silk Socks, Nano Magic Tape, Shred Silk The Knife (Stainless Steel), Waterproof Insulating Sealant, Body Measure Tape 60 inch (150cm), Universal Faucet Extension Tube, Finger Chopstick, PRECISION BELL, Titanium Material Screwless Foldable Reading Glasses, Icing Pen Decorating Tool, Air Fryer Disposable Paper Liner, etc. However, there are so many things you must know about it before choosing it as your shopping destination.

### *Inputependa is listed as one of the doubtful sites because of the following facts on its website:*

### Company Address:

Its parent company's name and address are given on its Contact Us page as LANDBASE TRADING CO., LTD: 1st Floor Beaconsfield Msam40 Junction 2, Beaconsfield A355 Windsor Drive, Beaconsfield, Buckinghamshire, England, HP9 2SE. It has provided the image of its parent company's name and address instead of writing directly on its website which is mostly done by sites when they copy-paste other company's address so that no one can find them searching the given parent company name and address on Google. There is no company with the name LANDBASE TRADING CO., LTD that has been mentioned on or around this address on Google Maps. And as per Google Search, there are other multiple businesses on or around this address. The same company name and address is found to be used by other problematic sites like Somethebest, Abilpersity, Gladnesscosy, Abundancemp, MintsSunshine, Bee-Flower, Resugars, Flowercog, PupPup, MeritOfLife, RememberSmile, Asliceleaf, ExistMiracle, Firemid, MonartWealth, SpellGrace, Timetheget, Cosy-Feet, LinenZones, CharmsVision, Ripplechment, ColoursFind, SecretIsHere, Buppilo, etc. Thus, we shall not trust such a company for any kind of online shopping.

At the time of this review, it has provided its parent company name and address LANDBASE TRADING CO., LTD: 1st Floor Beaconsfield Msam40 Junction 2, Beaconsfield A355 Windsor Drive, Beaconsfield, Buckinghamshire, England, HP9 2SE, however, in the future it may change its parent company name and address since similar types of sites did change their parent company names and addresses in the past.

### Discount and Sales offers:

It is claiming to sell lots of products at heavy discount rates. You should know that these days mostly scam sites are offering such huge discounts to attract people into their scam.

### Copied content:

Lots of details provided on its website, including its website theme match with multiple problematic sites.

### Returns and Exchange:

It has a Return Policy which is found to be very unrealistic for the return and exchange of items. So, it is almost impossible to get the full payment back from these kinds of websites due to their confusing provisions.

### Customer Complaints and Delivery:

The customer support as well as delivery time of sites similar to this site is also very poor as per the complaints received from the buyers of similar kinds of sites.

## Our Final Verdict:

Considering all the above stated facts, we can say that Inputependa is one of the suspicious websites.

You can find the lots of suspicious sites listed within our "Suspicious" category by clicking >HERE< or you can find about various kinds of scams by scrolling within our "Scams" category by clicking >HERE< or you can navigate our website through our home page to find out the several interesting and knowledgeable articles under different categories by clicking >HERE<.

If you want to say something about this company, then please feel free to place your comment below. Also feel free to share this review with your friends and families through your social media accounts to make them aware of this online store.

These days multiple new online stores are claiming to sell various items on huge discount, but most of them are scams. So, it's better to stay away from the new online stores or at least do some research before you purchase something from the new online stores because most of these new online stores don't deliver the purchased items to their clients or, deliver completely different or very low-quality items. Some scam online stores even have charged the credit card of clients randomly without their consent. So, if you have ever purchased mistakenly from scam sites, we suggest you immediately contact your bank or credit card company to secure your credit card information.

***Good Luck!***

Tags: LANDBASE TRADING CO. LTD.

### 2 thoughts on "Inputependa Review: Genuine? Inputependa Scam or Legit? 0 (0)"

**Evelyn Rigby**
January 17, 2023 at 3:54 pm
REPLY

I wish I would have researched this company before I purchased from them. The product is so poorly made,useless, and they don't refund anything. I'm so glad I went through PayPal.

**TIARA**
November 9, 2022 at 6:21 pm
REPLY

Thank you for your reviews that protect us from buying from shady sites!!!

### Leave a Reply

Your email address will not be published. Required fields are marked *

Comment *

Name Email

Post Comment

Copyright Content - It is strictly prohibited to copy the contents of De-Reviews - Copyright © 2017-2023, All rights reserved De-Reviews.com



Copyright © 2017-2023, All rights reserved De-Reviews.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

www.inputependa.com Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

inputependa.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 800

**MARKETPLACE:** Other

**MERCHANT NAME:** jewelawne

**SELLER ID:** jewelawne.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

jewelawne.com Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

jewelawne.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 803

**MARKETPLACE:** Other

**MERCHANT NAME:** jingle-shines

**SELLER ID:** jingle-shines.uk

Made-in-China



scamdoc

Digital trust rating

Report a website

## Most seen reports

1 Datongitshop.com
1%
This website looks fake. I brought stuffs from other company but was charged by this...

2 Dacxnola.com
1%
Strona internetowa TRSHOES, zlokalizowana pod adresem ul. Katowicka 51, 44-219 Koloni...

3 Cash-tracker-ai.com
1%
Definitely a scam .. after initial investment they kept prompting me to upscale.. Have no seen...

Search for
1. TRACK PAYMENT STATUS
2. CHEAPEST STATE TO RETIRE
3. HIGH PAYING JOBS
4. BEST WAYS TO INVEST IN GOLD
5. MOBILE PHONES CLEARANCE SALE
Business Focus

## Latest reviews (all sites)

Ian Webster
09/26/2023 at 06:38 PM
I have sent 3 emails to their customer services web address in the last 4 days & I have had no...

j
09/26/2023 at 06:24 PM
Ordered 3 sweatshirts. A month later the tracking information showed they had been...

Mj
09/26/2023 at 05:47 PM
Such a scam site - cancel order and contact functions do not work. Set up to a ammoney...

Reina
09/26/2023 at 05:35 PM
Has anyone reported this to the police?

Jorge Girtman
09/26/2023 at 05:31 PM
The trading company Vivo Holding is the best of all so far in my opinion. Neither in trading n...

Jdøtt ŁøK
09/26/2023 at 05:31 PM
Never order from this website because I ordered my package on July 1 and it's...

Search for
1. TRACK PAYMENT STATUS
2. CHEAPEST STATE TO RETIRE
3. HIGH PAYING JOBS
4. BEST WAYS TO INVEST IN GOLD
5. OLD AGE PENSION RATES
Business Focus

Home › jingle-shines.uk report

Follow this report

# Analysis of the website "Jingle-shines.uk"

2%

Trust index Very bad

Warning, only for experienced users!

**Good points**

A **HTTPS** security protocol has been **detected** on this website. Be careful, this indicator is not always synonymous with security!

**Negative points**

The domain name is **very recent** (less than 6 months)

**Short life** expectancy domain

*The scoring provided by ScamDoc is calculated via **a complex algorithm** using several dozens of technical criteria. It reflects the confidence that it is advised to have in the context of an exchange with a digital correspondent (website or email). The publishers of the ScamDoc site do not intervene to influence this score on a particular site or email.*

*Website owners can **request a review of the score** by providing additional information via this form.*

## Detailed information about Jingle-shines.uk

First analysis date: **01/14/2023**

| | |
|---|---|
| Domain creation date | 11/28/2022 **(Less than one year)** (Reference) |
| Domain expiration date | 11/28/2023 **(Less than 6 months left)** (Reference) |
| Owner identification in the Whois | **No technical data could be retrieved regarding the owner.** (Reference) |
| User reviews on Scamdoc | (Average rating of **1** out **of 1 Review**) Leave a review |

## 1 Review / Comment

*Reviews and comments left by Internet users are sorted in chronological order and are not checked a priori*

**Adrian** 02/01/2023 at 07:22 PM
Rating:
0

Ordered some goods , and paid for , was prepared for the long Delivery time , the goods arrived missing 2 components , having emailed them or their error they refuse to except this , further emails with a confirmation order clearly showing what I've ordered .
They have offered a perfect refund which doesn't come near to what the missing goods cost ,also they want me to ship the goods back at my expense which I hasten to add was free shipping from them , now many messages to them simply asking them to send the missing goods .I can only say to anyone looking at buying from this company DONT AT ALL COSTS

Reply

## Your opinion matters, leave it here!

Leave a comment *

Add an image (optional)

How would you rate Jingle-shines.uk? *

Name / Nickname *

Email Address *

Be notified of new comments on this page (you should to be logged in)

Leave a comment

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

jingle-shines.uk

Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

jingle-shines.uk

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 818

**MARKETPLACE:** Other

**MERCHANT NAME:** lovertune

**SELLER ID:** lovertune.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

lovertune.com

Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Likely scam.

lovertune.com

There was a common scam identifier found within the about us page.

There was a known scam email address found. Highly likely that this is a scam website.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 819

**MARKETPLACE:** Other

**MERCHANT NAME:** luckyarrange

**SELLER ID:** luckyarrange.com

Search Facebook



# Luckyarrange4

372 likes • 367 followers

Message | Like | Search

Posts | About | Mentions | Reviews | Followers | Photos | More

## About

Contact and basic info

Page transparency

### Categories

Product/service

### Contact info

support@luckyarrange.com
Email

### Websites and social links

https://www.luckyarrange.com/
Website

### Basic info

Not yet rated (1 Review)

Always open
Hours

## Reviews

Not yet rated (1 Review)

Geoff Kempster doesn't recommend Luckyarrange4.
1y ·

Scammers, they will not supply anything you order from them

0 comments

See all

## Followers

Followers | Likes

Luckyarrange4's list of followers is unavailable.

## Photos

Luckyarrange4's Photos | Albums




See all

## Videos

Luckyarrange4's Videos

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

luckyarrange.com

Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

luckyarrange.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 917

**MARKETPLACE:** Other

**MERCHANT NAME:** magicport

**SELLER ID:** www.magicport.net

Case 1:23-cv-22322-DSL Document 130-7 Entered on FLSD Docket 10/14/2023 Page 77 of 124

# flupacetter.com

Reviews 29 • Bad

1.6

flupacetter.com
Visit this website

Write a review

## Reviews ★ 1.6

29 total

| | | |
|---|---|---|
| 5-star | | 0% |
| 4-star | | 0% |
| 3-star | | 0% |
| 2-star | | 3% |
| 1-star | | 97% |

Filter · Sort: Most relevant

**Neko** — 1 review · US

2 days ago

### Be careful, Flupacetter has many other online shops.

Be careful, ordered sweatshirts on the magicport.net and the price showed there is different from what have been deducted from the credit card. There was a difference of at least +15% which was never mentioned before. The credit card deduction shows Flupacetter. Total scam.

**Date of experience:** September 23, 2023

Useful · Share

**Aleš Kodytek** — 6 reviews · CZ

Aug 11, 2023

### They sell horrible crap from China

They sell horrible crap from China. Pants absolutely different shape and material than on promotion picture. I asked for refund because they have 30 day money back. They denied! Don't buy!!!

**Date of experience:** August 11, 2023

Useful · Share

**Hans Weijers** — 3 reviews · NL

Updated Feb 7, 2023

### Don't expect your goods but finally money back.

The first week of December I ordered an "Early Christmas Gift" for the value of 68 USD. Finally on the first day this year (January 2nd) the tracking information showed, that it left Rotterdam to be delivered (middle of the Netherlands). Communication with this company gave only answers as "please be patient", "give us a couple of more days". Not information about the logistics like DHL, Fedex, UPS, PostNl or any other transporter. I asked reimbursement: no response. CORRECTION: Flupacetter has paid my money back. One day later... well done!

**Date of experience:** February 04, 2023

Useful 1 · Share

**Bazzo** — 4 reviews · GB

Jan 26, 2023

### Rubbish and you'll just waste your money

[illegible]

### Do not trust!

[illegible]

### Cheap Damaged Chinese Panama Hat

[illegible]

### Cheap

[illegible]

### So I was looking at a flashlight...

[illegible]

### Complete fraud

[illegible]

### As others have written here

[illegible]

See Trustpilot reviews directly in your Google searches

Get Chrome Extension

### Completely scam

[illegible]

**Steve E** — 3 reviews · ES

Updated Feb 4, 2023

### STAY WELL CLEAR...IT'S A SCAM

STAY WELL CLEAR.....IT'S A SCAM. Waited TWO months for delivery, still not arrived. NO UPDATES, NOTHING. Called, only recorded message. So far, seems like all the one star reviews are starting to come true. No way to get a refund...Why didn't I read the reviews before I ordered....🤦🤦 This is a Chinese company, showing registered addresses in Cambridge and China. I have had a couple of email responses, but no further with getting my order. I ordered the product after seeing it advertised on Facebook. Be careful before you buy anything from Facebook, as they are possibly all connected. Same product on Amazon delivered in two days....Remember, if it sounds to good to be true, it probably is. Been ripped off, another life lesson learned.

**Date of experience:** January 11, 2023

Useful 1 · Share

**Semakul Stev** — 5 reviews · CZ

Mar 2, 2023

### The worst experience ever its an...

The worst experience ever its an internet scam peoplebe ware

its total scam
4 months down the road no delivery automated messges of wait be patient

**Date of experience:** February 01, 2023

Useful · Share

**Josie Hendry** — 2 reviews · NZ

Oct 24, 2022

### I've been ripped off also by...

I've been ripped off also by Flupacetter. August 4th 2022 Ordered Paper Liners for my Air Fryer. They finally arrived all bunched up, cheap and nasty. Cost me $94-74. Had tried to contact, ha ha to that. I'm a very limited user of the Internet. I can never get back to where i was before. Beware everyone don't use this company for anything.
Josie New Zealand

**Date of experience:** August 04, 2022

Useful · Share

**Roar Brevik Næss** — 8 reviews · NO

Aug 24, 2022

### Products offered are misrepresented

Products offered are misrepresented, both in text and pictures.
There is nothing genuine or true about them. Pictures are stolen from other sites and presented as the real thing.
Stay away.

**Date of experience:** August 24, 2022

Useful 1 · Share

**Mats Lindgren** — 4 reviews · SE

Aug 11, 2022

### I don't know what to say

I don't know what to say. It is a joke- A bad joke. A hat packed in a flimsy plastic bag, that made the hat look nothing like in the pictures on their homepage. Impossible to get rid of the wrinkles. In other words it is unusable, They offered me a 7 USD refund which I refused to accept. An ongoing discussion with the seller. We'll see what their next move is.

**Date of experience:** August 11, 2022

Useful · Share

**Alex Hurcombe** — 2 reviews · GB

Jul 26, 2022

### DO NOT BUY

DO NOT BUY - You will receive cheap rubbish and they will not refund - Complete scam.

I'm so disappointed in myself but also in Facebook and Paypal for facilitating this company

**Date of experience:** July 26, 2022

Useful 2 · Share

**Miguel Ramos** — 1 review · US

Sep 4, 2022

### Money lost

Waited over a month to received and when finally arrived it was garbage, came in a plastic bag all deformed and crooked...... not worth a penny

**Date of experience:** September 04, 2022

Useful · Share

**Reidun Saether** — 3 reviews · NO

Jul 20, 2022

### Hat was supposed to be a real Panama...

Hat was supposed to be a real Panama hat according to Facebook ad, but was more like a paper hat crushed in a bag, trash, not wearable. This is a scam.

**Date of experience:** July 19, 2022

Useful 3 · Share

**Mr Rees** — 5 reviews · GB

Sep 5, 2022

### I wish I had looked at reviews first

This time I wish I had looked at Trustpilot, it seems I have also in hast ordered what I thought would be as shown a nice Panama Hat. After weeks of chasing to find out where my Hat was, I requested that the Flupacetter cancel the order and give me a full refund. The reply was; we are sorry but it was held up in storage in Birmingham? Then with further emails over weeks the Panama Hat arrived (at Last and with the UK having record temperatures) but it a plastic bag and Was compact enough to go through the letter box. what was it the bag was just rubbish and made in China, the hat was made from 100% paper and did not resemble down to the millimetre anything like the web-site photo and as for the inner-wire to bring it back to life, this hat could go through a metal detector and not make a sound. Fiupacetter have offered me $8 us for my disappointment and it would cost ME more money to send it back to them Ha Ha Ha. So just to make me feel a bit better I hope this review (and the others) STOP others from contacting this company, If I could take the one star away I would but I had to give it to start this review. I would like to add some photos (I sent to Flupacetter) so you can see what the product looked like, showing the bad stitching and to top it all of there largest size only fitted my granddaughter and she is coming up for 3 years. My advise is stay away or visit your local charity shop and buy one for £8 and the money goes to charity like I have just done and not give your money to Flupacetter.

**Date of experience:** September 04, 2022

Useful 2 · Share

Previous 1 2 Next page

### Is this your company?

Claim your profile to access Trustpilot's free business tools and connect with customers.

Get free account

#### Company activity

See all

- Unclaimed profile
- No history of asking for reviews
- People review on their own initiative

Our 2022 Transparency Report has landed
Take a look

Is this your company?
Claim your profile to access Trustpilot's free business tools and connect with customers.
Get free account

#### Contact

United States

#### The Trustpilot Experience

- We're open to all
- We champion verified reviews
- We fight fake reviews
- We encourage constructive feedback
- We verify companies and reviewers
- We advocate against bias

Take a closer look


© 2023 Trustpilot, Inc. All rights reserved.

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

www.magicport.net Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

magicport.net

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 821

**MARKETPLACE:** Other

**MERCHANT NAME:** mattch-better

**SELLER ID:** mattch-better.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

mattch-better.com

Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

mattch-better.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 822

**MARKETPLACE:** Other

**MERCHANT NAME:** matureidea

**SELLER ID:** matureidea.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

matureidea.com | Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

matureidea.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

# matureidea.com Reviews

is matureidea.com a scam or legit?

**Iain Pintsize has reported this website as a possible scam.**

OPEN
Global Trade Starts Here
Ad

Trustscore
1 / 100
What is this?
Disclaimer

## What is your feeling about matureidea.com?

0 0 0 0 0

No reviews. Be the first to Review.
Report Scam

ORDER MANUAL VERIFICATION

GET YOUR MONEY BACK

## matureidea has a very low trust score. Why?

We scanned matureidea.com for several indicators and we think the website may be a scam. Exercise extreme caution when using this website.

Scamadviser reviews each website automatically for 40 different elements like who owns the website, are the contact details hidden, where is the website hosted, what is the technology being used, and much, much more. Based on all the information gathered, we create a trust score.

matureidea.com has a very low trust score according to our algorithm. However, computers may be wrong. The website has a strong indicator of being a scam but might be safe to use. We recommend you check the website using our **check list** or by contacting the company directly.

### Positive highlights

- This website offers payment methods which allow you to **get your money back**
- This site seems to sell products online (**how to check if it is a shop scam**)
- According to the SSL check the certificate is valid
- **DNSFilter** considers this website safe
- **Flashstart** did not find any malware of phishing activities

### Negative highlights

- The website's owner is hiding his identity on WHOIS using a paid service
- This website does not have many visitors
- We discoved the website is served from a high risk country
- We found many low rated websites on the same server
- No reviews were found on commonly used review sites

SHOW DETAILED ANALYSIS

## Consumer reviews about matureidea.com

### Be the first one to review

No reviews have been left for **matureidea.com** on ScamAdviser.com

**Total reviews: 0**
**Average score: 0 stars**
Learn more

### Add your review

Write a public review everybody can see...

ADD A REVIEW

## Advertorials

### Join Us in Turning the Tide Against Scams




On October 18–19, 2023, the 4th Global Anti-Scam Summit (GASS) will take place. The goal of the GASS is to bring governments, consumer & financial authorities, law enforcement, brand protection agencies, and (cybersecurity) companies together to share knowledge and define joint actions to protect consumers from getting scammed. This year, we focus on further defining these solutions and showcasing the best practices from around the globe.
You can attend the event in-person in Lisbon or be a part of it virtually. Registration for physical attendance will close soon as less than 100 seats are left! Online participation is completely free. Click the link below to check the full agenda and register for the summit.

REGISTER NOW

### Travel Scams 101: How people get caught and how to protect yourself



Summer is here! As you plan for a thrilling trip this summer vacation and seek the best deal for everything, scammers are well prepared to exploit you with travel scams. Continue reading for what you should know about travel scams and learn how to avoid them.

TRAVEL SAFELY

## Complete Review matureidea

### Company Evaluation

The owner of the website is hiding his identity. Spammers use this information to promote services to website owners. Some website owners therefor chose to hide their contact details. However, it can also be misused by scammers. Our algorithm gives a high rating if the identity of the website owner is shown.

### Webshop Evaluation

In our Analysis we always check the Tranco ranking. In this case it was low. A low Tranco ranking means that the website has relatively few visitors. For a new website this is logical. The same is true for a highly specialized website. However if the website claims to be a large corporate or popular site, than warning flags should be raised.

Legit websites often reside on servers with many other safe websites. In this case however we identified several unreliable websites hosted on the same server as the website. This may be a negative signal and as a result we lowered the review of matureidea.com. To see which other websites are hosted on the same server, please check the "Server" tab lower on this page.

### Technical Evaluation

The server of this website is based in a hosting center in a country that is marked as being high risk. This means that the country is listed by the International Banking Federation as having a high level of fraud and corruption.

This webshop is offering payment methods that can be considered reasonably safe such as credit card and Paypal. These companies usually offer the option to get your money back in case the merchant does not deliver or the product has been broken during transportation. However, no payment method gives money back all the time. Make sure you file a complaint in time and be careful with the limitations your credit card or payment methods have set. Our blog post on **Safe Payment Methods** discusses all payment methods offered.

We found a valid SSL Certificate. An SSL certificate is used to secure communication between your computer and the website. There are different levels of SSL certification. A free one is also available and this one is used by online scammers. Still, not having an SSL certificate is worse than having one, especially if you have to enter your contact details.

OPEN
Global Trade Starts Here
Ad

### Facts about matureidea.com

**Key facts**

**Domain age**
1 year from now

**WHOIS data**
hidden

**Company data**

**Address**
guang dong

**Country**
CN

**E-mail**
https://whois.aliyun.com/whois/whoisform

**Website data**

**Website**
matureidea.com

**Redirecting from website**
matureidea.com

**Title**
matureidea

**Description**
matureidea

**Domain age**
1 year from now

**Website Speed**
Slow

**SSL certificate valid**
valid

**SSL type**
Medium - Organization Validated Certificates (OV SSL)

**SSL issuer**
Cloudflare, Inc.

**WHOIS registration date**
2021-10-08

**WHOIS last update date**
2022-10-07

**WHOIS renew date**
2023-10-08

**Tags**
Industry - Shopping, Payment Methods - Reliable, Helpdesk, Sports, Language - English

Owner
Administrator
Technical Contact
Server
Registrar
Server name

**Related domains**

Click here to find out which domains are on the same server as matureidea.com

Powered by Domain Crawler

### Is this your website?

If you own this website you can update your company data and manage your reviews for free.

CLAIM WEBSITE

### About this report

The rating of matureidea.com has been viewed 119 times.
First analyzed: 2022-01-13 21:19:44. Last updated: 2023-08-28 18:53:39

## Related blogs

- Is Crm.balitteknologikaret.co.id Safe or a Scam?
- Is Arestreasures.com Safe or a Scam?
- Trisunshine.com: A Fashion Store - Safe or a Scam?
- Is Meteoraire.com Safe or a Scam?
- Is Warekas.com a Scam or Legit?

READ MORE

### Protect yourself from viruses, phishing and scammers

ADD TO BROWSER Powered by: TREND MICRO

## Popular Stories

### How to Recognize a Scam Website

As the influence of the internet rises, so does the prevalence of online scams. There are fraudsters making all kinds of claims to trap victims online - from fake investment opportunities to online stores - and the internet allows them to operate from any part of the world with anonymity. The ability to spot online scams is an important skill to have as the virtual world is increasingly becoming a part of every...

READ MORE

### How Do I Get Money Back From a Scammer?

So the worst has come to pass - you realise you parted with your money too fast, and the site you used was a scam - what now? Well first of all, don't despair!! If you think you have been scammed, the first port of call when having an issue is to simply ask for a refund. This is the first and easiest step to determine whether you are dealing with a genuine company or scammers. Sadly, getting your money back from a...

READ MORE

## Website Alerts

- ChatGPT-4 Phishing Websites and Other Threats
- Is Beunst.com Legit or a Scam?
- Is Bo-shopify.com Legit or a Scam?

READ MORE

## Help & Info

- Scam Alerts
- Learn about Scams
- Reliable Sites
- Advice for Companies
- Research & Reports
- Global Scam Country Guide

SEE ALL

## Scam Trends

- Binance Holdings PayPal Invoice, UPS, iCloud, Costco, Walmart, & Kohl's— Top Scams and Phishing...
- "Suspicious Account Activity" Scam Reported to Amazon in 20+ Countries
- How Scammers are Using Voice Clones to Scam Millions

READ MORE

## Subscribe to our weekly newsletter

Your email... SUBSCRIBE

YouTube 7K Follow @scamadviser


© 2023 Scamadviser

ScamAdviser is a member of GASA Global Anti-Scam Alliance

**DOE NUMBER:** 918

**MARKETPLACE:** Other

**MERCHANT NAME:** milletgo

**SELLER ID:** www.milletgo.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

www.milletgo.com Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Likely scam.

milletgo.com

There was a common scam identifier found within the about us page.

There was a known scam email address found. Highly likely that this is a scam website.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

Case 1:23-cv-22322-DSL Document 130-7 Entered on FLSD Docket 04/14/2023 Page 86 of 124

# milletgo.com Reviews

Is milletgo.com safe or a scam?

This site might be a scam according to Iain Plintsize.

SHOP NOW
Get a Professional Email powered by Microsoft that matches your domain.
Ad

Trustscore
1 / 100
What is this?
Disclaimer

What is your feeling about milletgo.com?

0 0 0 0 0

No reviews. Be the first to Review.
Report Scam

ORDER MANUAL VERIFICATION

GET YOUR MONEY BACK

## The trust score of milletgo is very low. Why?

The trust score of milletgo.com is extremely low. This is a strong indicator that the website may be a scam.

We rated milletgo.com using a computer program. The algorithm has scanned the website looking at the source code being used, terms and conditions, registry, location of the company and if the website has received many positive or negative reviews. Scamadviser uses all this information to create a trust score.

Based on our analysis we gave this website a very low score. If a website receives a very low review from us, we really recommend you to double check if the site is not an online scam but really safe to use. Please read our article How to recognise a scam website before you proceed.

**Positive highlights**

- This website offers payment methods which offer a "money back services"
- Online shopping features were detected (use our shopping scam checklist)
- We found a valid SSL certificate
- Checked for malware and phishing by Flashstart

**Negative highlights**

- The identity of the owner of the website is hidden on WHOIS
- The Tranco rank (how much traffic) is rather low
- The website is located in a high risk country.
- The server of the site has several low reviewed other websites
- We did not find reviews on popular review sites
- The website was reported in the last 30 days as threat by DNSFilter

SHOW DETAILED ANALYSIS

## Consumer reviews about milletgo.com

### Be the first one to review

No reviews have been left for milletgo.com on ScamAdviser.com

Total reviews: 0
Average score: 0 stars
Learn more

### Add your review

Write a public review everybody can see...

ADD A REVIEW

## Advertorials

### Join Us in Turning the Tide Against Scams




On October 18–19, 2023, the 4th Global Anti-Scam Summit (GASS) will take place. The goal of the GASS is to bring governments, consumer & financial authorities, law enforcement, brand protection agencies, and (cybersecurity) companies together to share knowledge and define joint actions to protect consumers from getting scammed. This year, we focus on further defining these solutions and showcasing the best practices from around the globe.
You can attend the event in-person in Lisbon or be a part of it virtually. Registration for physical attendance will close soon as less than 100 seats are left! Online participation is completely free. Click the link below to check the full agenda and register for the summit.

REGISTER NOW

### Travel Scams 101: How people get caught and how to protect yourself



Summer is here! As you plan for a thrilling trip this summer vacation and seek the best deal for everything, scammers are well prepared to exploit you with travel scams. Continue reading for what you should know about travel scams and learn how to avoid them.

TRAVEL SAFELY




## Entire Review milletgo

### Company Review

The identify of the website owner has been hidden. This may be done for a valid reason as spammers use this information to email website owners. Unfortunately is also makes identification of the owner difficult. We prefer if the website does show his true identity.

### Webshop Review

The Tranco ranking of this website is low. This can be considered low in relation to other websites from the website's country. If you think this website should be very popular, please invest additional time in researching the company as this is suspicious. For a smaller or starting website a low ranking can be considered normal.

We lowered the milletgo.com review score as we found several websites on the same server with a low trust score. Online scammers have a tendency to set-up multiple malicious websites on one server, sometimes more than hundreds. You can see which websites we found under the "Server" tab on this page.

### Technical Review

The website is being hosted in a country with a high level of fraud and corruption according to the International Banking Federation. The risk of doing business with these kind of countries is therefor higher.

The company seems to support payment methods that offer a "money-back guarantee" such as Alipay, Mastercard, Paypal, and Visa. While this money-back guarantee is not 100% secure, it does allow consumers in most cases to get their money back if the product is not delivered or proves to be fake.

We identified an SSL certificate meaning that the data shared between your browser and the website is encrypted and cannot be read by others. SSL certificates are always used by legit and safe websites. Unfortunately scammers increasingly also use SSL certificates so it is no guarantee that you are visiting a reliable website.




### Facts about milletgo.com

**Key facts**

Domain age
1 year from now

WHOIS data
hidden

**Company data**

Address
guang dong

Country
CN

E-mail
https://whois.aliyun.com/whois/whoisform

**Website data**

Website
milletgo.com

Redirecting from website
milletgo.com

Title
milletgo

Description
milletgo

Domain age
1 year from now

Website Speed
Fast

SSL certificate valid
valid

SSL type
Low - Domain Validated Certificates (DV SSL)

SSL issuer
Let's Encrypt

WHOIS registration date
2022-01-19

WHOIS last update date
2023-01-16

WHOIS renew date
2024-01-19

Tags
Industry - Shopping, Payment Methods - Reliable, Helpdesk, Language - English

Owner
Administrator
Technical Contact
Server
Registrar
Server name

**Related domains**

Click here to find out which domains are on the same server as milletgo.com

Powered by Domain Crawler

### Is this your website?

If you own this website you can update your company data and manage your reviews for free.

CLAIM WEBSITE

### About this report

The milletgo.com review has been searched 1038 times.
First analyzed: 2022-05-19 23:40:10. Last updated: 2023-09-22 06:19:50

## Related blogs

- Is Haliqs.shop Legit or a Scam? Unveiling the Red Flags
- Erterg.shop Review: Is It a Scam or Legit? Unraveling the Red Flags
- Is Emodlion.com Legit or a Scam?
- Is Crm.balitteknologikaret.co.id Safe or a Scam?
- Is Ohspotlight.com Legit or a Scam?

READ MORE

### Protect yourself from viruses, phishing and scammers

ADD TO BROWSER Powered by: TREND MICRO

## Popular Stories

### How to Recognize a Scam Website

As the influence of the internet rises, so does the prevalence of online scams. There are fraudsters making all kinds of claims to trap victims online - from fake investment opportunities to online stores - and the internet allows them to operate from any part of the world with anonymity. The ability to spot online scams is an important skill to have as the virtual world is increasingly becoming a part of every...

READ MORE

### How Do I Get Money Back From a Scammer?

So the worst has come to pass - you realise you parted with your money too fast, and the site you used was a scam - what now? Well first of all, don't despair! If you think you have been scammed, the first port of call when having an issue is to simply ask for a refund. This is the first and easiest step to determine whether you are dealing with a genuine company or scammers. Sadly, getting your money back is a...

READ MORE

## Website Alerts

- ChatGPT-4 Phishing Websites and Other Threats
- Is Beunst.com Legit or a Scam?
- Is Bo-shopify.com Legit or a Scam?

READ MORE

## Help & Info

- Scam Alerts
- Learn about Scams
- Reliable Sites
- Advice for Companies
- Research & Reports
- Global Scam Country Guide

SEE ALL

## Scam Trends

- Binance Holdings PayPal Invoice, UPS, iCloud, Costco, Walmart, & Kohl's— Top Scams and Phishing...
- "Suspicious Account Activity" Scam Reported to Amazon in 20+ Countries
- How Scammers are Using Voice Clones to Scam Millions

READ MORE

## Subscribe to our weekly newsletter

Your email... SUBSCRIBE

YouTube 7K Follow @scamadviser


© 2023 Scamadviser

ScamAdviser is a member of
GASA Global Anti-Scam Alliance

**DOE NUMBER:** 919

**MARKETPLACE:** Other

**MERCHANT NAME:** mite-wood

**SELLER ID:** www.mite-wood.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

www.mite-wood.com Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

mite-wood.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 831

**MARKETPLACE:** Other

**MERCHANT NAME:** moonlightooze

**SELLER ID:** moonlightooze.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

moonlightooze.com

Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Likely scam.

moonlightooze.com

There was a common scam identifier found within the about us page.

There was a known scam email address found. Highly likely that this is a scam website.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 832

**MARKETPLACE:** Other

**MERCHANT NAME:** movingtune

**SELLER ID:** movingtune.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

movingtune.com

Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

movingtune.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

# movingtune.com Reviews

is movingtune.com safe or a scam?

**This website has been identified by Fake Website Buster as a scam.**

COMPRAR JÁ
Crie seu email profissional
Ad

Trustscore
1 / 100
What is this?
Disclaimer

## What is your feeling about movingtune.com?

0 0 0 0 0

No reviews. Be the first to Review.
Report Scam

ORDER MANUAL VERIFICATION | GET YOUR MONEY BACK

### The trust score of movingtune is very low. Why?

The trust score of movingtune.com is extremely low. This is a strong indicator that the website may be a scam.

We rated movingtune.com using a computer program. The algorithm has scanned the website looking at the source code being used, terms and conditions, registry, location of the company and if the website has received many positive or negative reviews. Scamadviser uses all this information to create a trust score.

Based on our analysis we gave this website a very low score. If a website receives a very low review from us, we really recommend you to double check if the site is not an online scam but really safe to use. Please read our article **How to recognise a scam website** before you proceed.

#### Positive highlights

- This website offers payment methods which offer a **"money back services"**
- Online shopping features were detected (**use our shopping scam checklist**)
- We found a valid SSL certificate
- Checked for malware and phishing by **Flashstart**

#### Negative highlights

- The identity of the owner of the website is hidden on WHOIS
- The Tranco rank (how much traffic) is rather low
- The website is located in a high risk country.
- The server of the site has several low reviewed other websites
- The shop seems to be selling **well-known brands** from a high-risk country
- We did not find reviews on popular review sites

SHOW DETAILED ANALYSIS

## Consumer reviews about movingtune.com

### Be the first one to review

No reviews have been left for **movingtune.com** on ScamAdviser.com

**Total reviews: 0**
**Average score: 0 stars**
Learn more

### Add your review

Write a public review everybody can see...

ADD A REVIEW

## Advertorials

### Join Us in Turning the Tide Against Scams




On October 18–19, 2023, the 4th Global Anti-Scam Summit (GASS) will take place. The goal of the GASS is to bring governments, consumer & financial authorities, law enforcement, brand protection agencies, and (cybersecurity) companies together to share knowledge and define joint actions to protect consumers from getting scammed. This year, we focus on further defining these solutions and showcasing the best practices from around the globe.
You can attend the event in-person in Lisbon or be a part of it virtually. Registration for physical attendance will close soon as less than 100 seats are left! Online participation is completely free. Click the link below to check the full agenda and register for the summit.

REGISTER NOW

### Travel Scams 101: How people get caught and how to protect yourself



Summer is here! As you plan for a thrilling trip this summer vacation and seek the best deal for everything, scammers are well prepared to exploit you with travel scams. Continue reading for what you should know about travel scams and learn how to avoid them.

TRAVEL SAFELY




## Entire Review movingtune

### Company Review

The identify of the website owner has been hidden. This may be done for a valid reason as spammers use this information to email website owners. Unfortunately is also makes identification of the owner difficult. We prefer if the website does show his true identity.

Please read our blog post "**How to recognize fake products**". Especially from high risk countries we see many scammers trying to sell counterfeit products. It does not necessarily have to be the case but you may want to do some extra checks.

### Webshop Review

The Tranco ranking of this website is low. This can be considered low in relation to other websites from the website's country. If you think this website should be very popular, please invest additional time in researching the company as this is suspicious. For a smaller or starting website a low ranking can be considered normal.

We lowered the movingtune.com review score as we found several websites on the same server with a low trust score. Online scammers have a tendency to set-up multiple malicious websites on one server, sometimes more than hundreds. You can see which websites we found under the "Server" tab on this page.

### Technical Review

The website is being hosted in a country with a high level of fraud and corruption according to the International Banking Federation. The risk of doing business with these kind of countries is therefor higher.

The company seems to support payment methods that offer a "**money-back guarantee**" such as Alipay, Mastercard, Paypal, and Visa. While this money-back guarantee is not 100% secure, it does allow consumers in most cases to get their money back if the product is not delivered or proves to be fake.

We identified an SSL certificate meaning that the data shared between your browser and the website is encrypted and cannot be read by others. SSL certificates are always used by legit and safe websites. Unfortunately scammers increasingly also use SSL certificates so it is no guarantee that you are visiting a reliable website.




### Facts about movingtune.com

**Key facts**

**Alexa rank**
6693657

**Domain age**
1 year from now

**WHOIS data**
hidden

**Company data**

**Address**
guang dong

**Country**
CN

**E-mail**
https://whois.aliyun.com/whois/whoisform

**Website data**

**Website**
movingtune.com

**Title**
Movingtune

**Description**
Movingtune

**Domain age**
1 year from now

**SSL certificate valid**
valid

**SSL type**
Low - Domain Validated Certificates (DV SSL)

**SSL issuer**
Let's Encrypt

**WHOIS registration date**
2021-12-07

**WHOIS last update date**
2022-11-29

**WHOIS renew date**
2023-12-07

**Tags**
Brands, Industry - Shopping, Helpdesk, Payment Methods - Reliable, Language - English

Owner
Administrator
Technical Contact
Server
Registrar
Server name

**Related domains**

Click here to find out which domains are on the same server as movingtune.com

Powered by Domain Crawler

### Is this your website?

If you own this website you can update your company data and manage your reviews for free.

CLAIM WEBSITE

### About this report

The movingtune.com review has been searched 309 times.
First analyzed: 2022-03-07 17:47:51. Last updated: 2023-06-20 16:27:06

## Related blogs

- Erterg.shop Review: Is It a Scam or Legit? Unraveling the Red Flags
- Is Maximomarket.com a Scam or Legit?
- Is Moneyeasily-gsx.top Legit or a Scam? Unveiling the Truth
- Is Brickspin.Shop Legit or a Scam?
- Is Emodliun.com Legit or a Scam?

READ MORE

### Protect yourself from viruses, phishing and scammers

ADD TO BROWSER | Powered by: TREND MICRO

## Popular Stories

### How to Recognize a Scam Website

As the influence of the internet rises, so does the prevalence of online scams. There are fraudsters making all kinds of claims to trap victims online - from fake investment opportunities to online stores - and the internet allows them to operate from any part of the world with anonymity. The ability to spot online scams is an important skill to have as the virtual world is increasingly becoming a part of every...

READ MORE

### How Do I Get Money Back From a Scammer?

So the worst has come to pass - you realise you parted with your money too fast, and the site you used was a scam - what now? Well first of all, don't despair!! If you think you have been scammed, the first port of call when having an issue is to simply ask for a refund. This is the first and easiest step to determine whether you are dealing with a genuine company or scammers. Sadly, getting your money back from a...

READ MORE

## Website Alerts

- ChatGPT-4 Phishing Websites and Other Threats
- Is Beunst.com Legit or a Scam?
- Is Bo-shopify.com Legit or a Scam?

READ MORE

## Help & Info

- Scam Alerts
- Learn about Scams
- Reliable Sites
- Advice for Companies
- Research & Reports
- Global Scam Country Guide

SEE ALL

## Scam Trends

- Binance Holdings PayPal Invoice, UPS, iCloud, Costco, Walmart, & Kohl's— Top Scams and Phishing...
- "Suspicious Account Activity" Scam Reported to Amazon in 20+ Countries
- How Scammers are Using Voice Clones to Scam Millions

READ MORE

## Subscribe to our weekly newsletter

Your email... SUBSCRIBE

YouTube 7K | Follow @scamadviser


© 2023 Scamadviser




**DOE NUMBER:** 840

**MARKETPLACE:** Other

**MERCHANT NAME:** opportunuity

**SELLER ID:** opportunuity.com

Trustpilot | Search for another company… | Categories | Blog | Log in | For businesses



# opportunuity.com

Reviews 3 • Average

2.9

www.opportunuity.com
Visit this website

Write a review

## Reviews ★ 2.9

3 total

| | | |
|---|---|---|
| 5-star | | 0% |
| 4-star | | 0% |
| 3-star | | 0% |
| 2-star | | 0% |
| 1-star | | 100% |

Filter | Sort: Most relevant

**MD** MdK
6 reviews NL

Updated Mar 21, 2023

### They didn't still solve my problem…

They didn't still solve my problem after many mails and photos i sent to them with the wrong item they sent me,how long it will gonna take it to get it solved.maybe never This morning they sent me an e mail that they want change anything and that this is it,i will never order anything by these scammers,bad people they run an even worse businnes

**Date of experience:** March 21, 2023

Useful | Share

Read 1 more review about opportunuity.com

**ST** STHolt
23 reviews IE

Jan 24, 2023

### BEWARE!

Bought an item that was on sale, and then clicked a popup for an additional 49% off. Only gave me an additional 5%. They also charged my bank and extra 10 over the invoice amount, then claimed it was for some shipping charge that wasn't on the invoice. Item finally arrives and every rod is bent in half. They have stopped communicating with me. Stay far away.

**Date of experience:** January 14, 2023

Useful 1 | Share

Previous | 1 | Next page

### Is this your company?

Claim your profile to access Trustpilot's free business tools and connect with customers.

Get free account

### Company activity

See all

- Unclaimed profile
- No history of asking for reviews
- People review on their own initiative

### Our 2022 Transparency Report has landed

Take a look

### Is this your company?

Claim your profile to access Trustpilot's free business tools and connect with customers.

Get free account

### Contact

United States

### The Trustpilot Experience

- We're open to all
- We champion verified reviews
- We fight fake reviews
- We encourage constructive feedback
- We verify companies and reviewers
- We advocate against bias

Take a closer look

Trustpilot

**About**
About us
Jobs
Contact
Blog
How Trustpilot works
Transparency Report
Press
Investor Relations

**Community**
Trust in reviews
Help Center
Log in
Sign up
Chrome App

**Businesses**
Trustpilot Business
Products
Plans & Pricing
Business Login
Blog for Business

**Follow us on**

**Choose country**
United States

Legal | Privacy Policy | Terms & Conditions | Guidelines for Reviewers | System status | Cookie preferences | Modern Slavery Statement

© 2023 Trustpilot, Inc. All rights reserved.

SCAMADVISER | Search a website... | Report a Scam | Help & Info | API & Data Feed | EN

# opportunuity.com Reviews

is opportunuity.com legit or a scam?

**This website has been identified by Fake Website Buster as a scam.**

Trustscore
1 / 100
What is this?
Disclaimer

## What is your feeling about opportunuity.com?

3 | 0 | 0 | 0 | 0

No reviews. Be the first to Review.
Report Scam

ORDER MANUAL VERIFICATION

GET YOUR MONEY BACK

### Why does opportunuity have a very low trust score?

opportunuity.com has a very low trust score which indicates that there is a strong likelyhood the website is a scam. Be very careful when using this website!

When our algorithm automatically reviewed opportunuity.com we looked at many factors, such as the ownership details, location, popularity and other factors relating to reviews, fake products, threats and phishing. A trust score is created using all the collected data.

Although the website seems to have a very low rating, be aware that our algorithm is not perfect. It may not be a scam but a legit and safe site. It is therefore always wise to do your own **research as well.**

#### Positive highlights

- This website offers "get your money back" **friendly payment methods**
- The website seems to be an online store (**tips for checking shopping scam**)
- The SSL certificate is valid
- This site may offer adult content (**how to check if it is legit or a scam**).
- This website is safe according to **DNSFilter**
- This website does not contain phishing or malware according to **Flashstart**

#### Negative highlights

- The owner of the website is using a service to hide their identity on WHOIS
- According to Tranco this site has a low rank
- This website is hosted in a high risk country.
- High number of suspicious websites on this server
- This website has received mainly negative reviews

SHOW DETAILED ANALYSIS

## Consumer reviews about opportunuity.com

### Be the first one to review

No reviews have been left for **opportunuity.com** on ScamAdviser.com

**Total reviews: 3**
**Average score: 2.9 stars**
Learn more

**The total score is based on reviews found on the following sites**

- Trustpilot: 2.9/5 stars, 3 reviews

### Add your review

Write a public review everybody can see...

ADD A REVIEW

## Advertorials

### Join Us in Turning the Tide Against Scams




On October 18–19, 2023, the 4th Global Anti-Scam Summit (GASS) will take place. The goal of the GASS is to bring governments, consumer & financial authorities, law enforcement, brand protection agencies, and (cybersecurity) companies together to share knowledge and define joint actions to protect consumers from getting scammed. This year, we focus on further defining these solutions and showcasing the best practices from around the globe.
You can attend the event in-person in Lisbon or be a part of it virtually. Registration for physical attendance will close soon as less than 100 seats are left! Online participation is completely free. Click the link below to check the full agenda and register for the summit.

REGISTER NOW

### Travel Scams 101: How people get caught and how to protect yourself



Summer is here! As you plan for a thrilling trip this summer vacation and seek the best deal for everything, scammers are well prepared to exploit you with travel scams. Continue reading for what you should know about travel scams and learn how to avoid them.

TRAVEL SAFELY

## Full review opportunuity

### Company Rating

We see that the owner of the website is using a service to hide his/her identity. This may be because the owner does not want to get spammed. However, it also makes it difficult to identify the real owner of the website. As a result, websites hiding their identity get a slightly lower score.

### Webshop Analysis

According to Tranco this site has a low Tranco rank. This means that the number of visitors to this website is quite low. You can expect this from a small, starting or niche website. A popular website however should have a higher ranking.

We discovered that other suspicious sites are hosted on the same server as the website. We therefor lowered the review of opportunuity.com. You can see which websites by checking the server tab lower on this page for more information. Other suspicious websites are website with a low trust score which may be online scams or selling fake products. Often scammers use the same server to host multiple websites at the same time.

Websites which offer adult content sometimes contain third-party trackers which can access your IP address , location, and even system hardware information. In addition to trackers, adult websites are also very prone to data breaches/leaks. Some of these sites also distribute illegal content through viruses and other malware, which can lead to serious legal trouble. We recommend extra caution when visiting adult sites as well as the use of VPNs.

### Technical Analysis

This website is located on a server in a high-risk country. Countries with a high risk are countries identified by the International Banking Federation as having a high level of fraud and corruption. Many developing countries are considered high risk. We consider the country of origin in our algorithm but only other factors found (like products offered on the site) may result in a low score.

We have identified payment methods such as Alipay, Mastercard, Paypal, Visa who offer the consumer the option to get their money back if a product is not delivered or another form of dispute arises between the consumer and the merchant. There is never a 100% guarantee. Each payment method has its own restrictions to get money back and the merchant may still entice you to use a different payment method. Make sure you are paying with the method you want to. Want to know more? Read our article on "**Safe Payment Methods**".

A valid SSL certificate was found. Professional companies use an SSL certificate to encrypt communication between your computer and their website. However, there are different levels of certification and scammers also install a free SSL certificate. If you have to enter your data, never do this without checking if an SSL certificate protects your information.

### Facts about opportunuity.com

**Key facts**

**Domain age**
1 year from now

**WHOIS data**
hidden

**Company data**

**Address**
guang dong

**Country**
CN

**E-mail**
https://whois.aliyun.com/whois/whoisform

**Website data**

**Website**
opportunuity.com

**Domain age**
1 year from now

**Website Speed**
Slow

**SSL certificate valid**
valid

**SSL type**
Low - Domain Validated Certificates (DV SSL)

**SSL issuer**
Let's Encrypt

**WHOIS registration date**
2022-04-28

**WHOIS last update date**
2023-04-23

**WHOIS renew date**
2024-04-28

**Tags**
Industry - Adult, Industry - Shopping, Helpdesk, Payment Methods - Reliable, Language - English

**Owner**

**Administrator**

**Technical Contact**

**Server**

**Registrar**

**Server name**

**Related domains**

Click here to find out which domains are on the same server as opportunuity.com

Powered by Domain Crawler

### Is this your website?

If you own this website you can update your company data and manage your reviews for free.

CLAIM WEBSITE

### About this report

The review report of opportunuity.com has been requested 71 times.
First analyzed: 2022-06-13 10:46:15. Last updated: 2023-08-25 21:56:39

## Related blogs

- Is Feogi.com a Scam or Legit? Everything You Kneed to Know
- Is Ohspotlight.com Legit or a Scam?
- Is Crm.balitteknologikaret.co.id Safe or a Scam?
- Unveiling Joulesuk.com: Is it a Safe a Clever Scam?
- Is Stefunton.com a Scam or Legit?

READ MORE

### Protect yourself from viruses, phishing and scammers

ADD TO BROWSER Powered by: TREND MICRO

## Popular Stories

### How to Recognize a Scam Website

As the influence of the internet rises, so does the prevalence of online scams. There are fraudsters making all kinds of claims to trap victims online - from fake investment opportunities to online stores - and the internet allows them to operate from any part of the world with anonymity. The ability to spot online scams is an important skill to have as the virtual world is increasingly becoming a part of every...

READ MORE

### How Do I Get Money Back From a Scammer?

So the worst has come to pass - you realise you parted with your money too fast, and the site you used was a scam - what now? Well first of all, don't despair!! If you think you have been scammed, the first port of call when having an issue is to simply ask for a refund. This is the first and easiest step to determine whether you are dealing with a genuine company or scammers. Sadly, getting your money back from a...

READ MORE

## Website Alerts


ChatGPT-4 Phishing Websites and Other Threats


Is Beunst.com Legit or a Scam?


Is Bo-shopify.com Legit or a Scam?

READ MORE

## Help & Info

- Scam Alerts
- Learn about Scams
- Reliable Sites
- Advice for Companies
- Research & Reports
- Global Scam Country Guide

SEE ALL

## Scam Trends


Binance Holdings PayPal Invoice, UPS, iCloud, Costco, Walmart, & Kohl's— Top Scams and Phishing...



"Suspicious Account Activity" Scam Reported to Amazon in 20+ Countries


How Scammers are Using Voice Clones to Scam Millions

READ MORE

## Subscribe to our weekly newsletter

Your email... SUBSCRIBE

YouTube 7K | Follow @scamadviser

**For Consumers**
- Report a Scam
- How to get your money back
- ScamAdviser Browser Extension
- How to Recognize a Scam Website
- Chat on WhatsApp & Telegram

**For Businesses**
- Claim your Website
- API & Data Feed
- Install Our Logo
- Become our Partner
- Advertise on ScamAdviser

**About Scamadviser**
- About Us
- FAQ
- In the Press
- Contact

Privacy Policy | Terms & Conditions | Imprint | Disclaimer | Content Guidelines | Notice and Take Down | Sitemap | Copyright |
© 2023 Scamadviser

ScamAdviser is a member of GASA Global Anti-Scam Alliance

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

opportunuity.com

Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

opportunuity.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 922

**MARKETPLACE:** Other

**MERCHANT NAME:** puppup

**SELLER ID:** www.puppup.net

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

www.puppup.net Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

puppup.net

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 923

**MARKETPLACE:** Other

**MERCHANT NAME:** rationalu

**SELLER ID:** www.rationalu.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

www.rationalu.com Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

rationalu.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 858

**MARKETPLACE:** Other

**MERCHANT NAME:** semi-sugarism

**SELLER ID:** semi-sugarism.com

semi-sugarism.com Reviews | sc
Qti.ai - Scam Intelligence
https://www.scamadviser.com/check-website/semi-sugarism.com
Sign in



This site might be a scam according to Iain Pintsize.

Trustscore
1 / 100
What is this?
Disclaimer

## What is your feeling about semi-sugarism.com?

0 0 0 0 0

No reviews. Be the first to Review.
Report Scam

ORDER MANUAL VERIFICATION

GET YOUR MONEY BACK

### The trust score of semi-sugarism is very low. Why?

The trust score of semi-sugarism.com is extremely low. This is a strong indicator that the website may be a scam.

We rated semi-sugarism.com using a computer program. The algorithm has scanned the website looking at the source code being used, terms and conditions, registry, location of the company and if the website has received many positive or negative reviews. Scamadviser uses all this information to create a trust score.

Based on our analysis we gave this website a very low score. If a website receives a very low review from us, we really recommend you to double check if the site is not an online scam but really safe to use. Please read our article **How to recognise a scam website** before you proceed.

#### Positive highlights

- We found a valid SSL certificate

#### Negative highlights

- The Tranco rank (how much traffic) is rather low
- The website is located in a high risk country.
- The server of the site has several low reviewed other websites
- The age of this site is (very) young.

SHOW DETAILED ANALYSIS

**DOE NUMBER:** 870

**MARKETPLACE:** Other

**MERCHANT NAME:** smarts-blue

**SELLER ID:** smarts-blue.com




Scam Watcher
United against scams

REPORT AN INTERNET SCAM
Emails, Ads, fraudulent website...

REPORT A PHONE SCAM
Call or SMS received, voice messaging...

## MOST SEEN REPORTS

1 **Shinwink.com | service@shinwink....**
Like many other suspicious websites, Shinwink.com claims to be selling the BikendaT...

2 **Kendally.com | support@kendally.c...**
The website claims to be offering up to 70% off on their comfy corset bra and selling it for only...

3 **Expeditedfinancialhelp.org | Fraudu...**
People are getting random calls and voicemails from expeditedfinancialhelp.org, claiming they c...

## LAST COMMENTS

I regret ever trusting Tuncoins with my finances. Their platform was confusing, their security...

**Cathey** 09/26/2023 at 07:54 PM
Hi Lili That is exactly what i have done, hoping my friends will share my post on FB far and wide, n...

**Unlucky** 09/26/2023 at 07:49 PM
They asked for money and paid. Since I payed, I can no more access the site.

**Teresa** 09/26/2023 at 06:35 PM
I am having the same problem. Want to return won't give me an address to do so and want my...

**Babur** 09/26/2023 at 05:16 PM
Purchased test from https://www.mcqsprometric.com, which forward...

Home › Fraudulent websites

**Fraudulent website : www.smarts-blue.com support@smarts-blue.com**

## SUSPECTED SCAM!

Follow this report

| | |
|---|---|
| **Date** | 05/09/2023 |
| **Fraudulent email** | support@smarts-blue.com |
| **Pseudonym** | smarts-blue |
| **Url / Website** | https://www.smarts-blue.com/<br>Scamdoc Trust Score \| Contact / Whois info |
| **Scam contents** | We believe that everyone has the right to have a happy life, and we believe even small surprises can light a day. This is why we devote to providing you with high quality products and best services at the lowest prices. |
| **Comment / Review** | The website seems legit, but customers are complaining about receiving the wrong items and small-sized boots.<br>The website listed all of its products on sale at very low prices, which could be a red flag as this is usually used by scammers to entice people to buy and cannot be offered by a genuine company.<br>The content is being duplicated, and the about us section has been found on other fake websites.<br>The pictures seem to have been lifted from other websites as well.<br>Be careful, as this can be an untrustworthy website. |
| **Attachment(s)** |  |
| **More info +** | |




COMMENT CREATE A PRIVATE GROUP

**Leave a comment** *

Add an image (optional)

**Name / Nickname** * **Email Address** *

Be notified of new comments on this page (you should to be logged in)

I'm not a robot reCAPTCHA Privacy - Terms

Your comment will be added just after your validation

Leave a comment









# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

smarts-blue.com Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Likely scam.

smarts-blue.com

There was a common scam identifier found within the about us page.

There was a known scam email address found. Highly likely that this is a scam website.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 878

**MARKETPLACE:** Other

**MERCHANT NAME:** sunnylada

**SELLER ID:** sunnylada.com

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

sunnylada.com

Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Likely scam.

sunnylada.com

There was a common scam identifier found within the about us page.

There was a known scam email address found. Highly likely that this is a scam website.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 880

**MARKETPLACE:** Other

**MERCHANT NAME:** superbzeal

**SELLER ID:** superbzeal.com

Trustpilot
Search for another company…
Categories Blog Log in For businesses

Write a review

## Reviews ★ 2.5

5 total

| | | |
|---|---|---|
| 5-star | | 0% |
| 4-star | | 0% |
| 3-star | | 0% |
| 2-star | | 0% |
| 1-star | | 100% |

Filter Sort: Most relevant

---

**Cathy Zendran**
1 review · CA

Mar 18, 2022

### Product was NoT at all like picture

Product was NoT at all like the pictures. Just crap. Floppy no support bras that are a total rip off. Fighting to get my money refunded but I don't have high hopes. Just another sucker that believes the product they sell is what is shown in the picture.

**Date of experience:** March 18, 2022

total rip off. Fighting to get my money refunded but I don't have high hopes. Just another sucker that believes the product they sell is what is shown in the picture.

**Date of experience:** March 18, 2022

Useful 1 · Share

---

**Jeanette**
1 review · NZ

Apr 22, 2022

### Have not received product at all

Have not received product at all. Scam!!

**Date of experience:** April 22, 2022

Useful · Share

---

**Steven Rose**
2 reviews · AU

Mar 30, 2022

### Scam...avoid

Scam.... DISHONEST.... INFERIOR product.... Overcharged...CROOKS
Avoid AVOID avoid

**Date of experience:** March 30, 2022

Useful · Share

---

**Nina Marie**
30 reviews · NO

Jul 31, 2021

### Yet another bait and switch scam

Yet another bait and switch scam run by our Chinese "friends" in the racket that is founded by Chinese organized crime. These lovely people steal the artwork/images and videos of crafters and artists websites and etsy pages and use them in their bait and switch adverts on social media. Another here today gone tomorrow company that will leave you with an empty wallet and nothing to show for your trouble other than grief, and if you are luclky some cheap little plastic trinket that will show a useless tracking number from China Mail in case you should try to claim a refund.

**Date of experience:** July 31, 2021

Useful 2 · Share

---

**Gill Panes**
3 reviews · GB

Dec 6, 2021

### Don't buy from them

Don't buy from them. They say you will get free delivery over 39.99 dollars which my order was but then charged me delivery. I tried to cancel order but they wouldn't let me. BEWARE

**Date of experience:** December 06, 2021

Useful 2 · Share

Previous 1 Next page

### Is this your company?

Claim your profile to access Trustpilot's free business tools and connect with customers.

Get free account

---

**Company activity** See all

Unclaimed profile
No history of asking for reviews
People review on their own initiative

**Our 2022 Transparency Report has landed**
Take a look

**Is this your company?**
Claim your profile to access Trustpilot's free business tools and connect with customers.
Get free account

**The Trustpilot Experience**
We're open to all
We're open to all
We champion verified reviews
We fight fake reviews
We encourage constructive feedback
We verify companies and reviewers
We advocate against bias
Take a closer look

Trustpilot

About: About us · Jobs · Contact · Blog · How Trustpilot works · Transparency Report · Press · Investor Relations

Community: Trust in reviews · Help Center · Log in · Sign up · Chrome App

Businesses: Trustpilot Business · Products · Plans & Pricing · Business Login · Blog for Business

Follow us on

Choose country: United States

Legal · Privacy Policy · Terms & Conditions · Guidelines for Reviewers · System status · Cookie preferences · Modern Slavery Statement

© 2023 Trustpilot, Inc. All rights reserved.

**DOE NUMBER:** 924

**MARKETPLACE:** Other

**MERCHANT NAME:** supvogue

**SELLER ID:** www.supvogue.com

Trustpilot | Search for another company... | Categories | Blog | Log in | For businesses

# Supvogue

Reviews 48 • Bad

1.3

supvogue.com
Visit this website

Write a review

## Reviews ★ 1.3

48 total

| | |
|---|---|
| 5-star | 0% |
| 4-star | 0% |
| 3-star | 0% |
| 2-star | 0% |
| 1-star | 100% |

Filter | Sort: Most relevant

---

**DEBBIE**
1 review · US

Jul 5, 2023

### Ordered 2 of their disco hats

Ordered 2 of their disco hats. What a disaster!!! Took over two months to arrive and then they are not fit to wear. Shipped in a flimsy box and they are crushed beyond repair. Asked for refund or return. I paid 40.00 each for pieces of crap!! Do not buy from this company. Will not make things right - just take your money and run.

**Date of experience:** June 29, 2023

Useful · Share

---

**Ele Bell**
4 reviews · GB

Jun 1, 2023

### I ordered 2 disco ball cowboy hats

I ordered 2 disco ball cowboy hats, they took a long time to arrive, tracking was all over the place. They arrived in flimsy boxes too small for the hats, crushed and falling apart. They hats look nothing like the ad and are really poor quality. Nothing positive to say.

**Date of experience:** May 31, 2023

Useful · Share

---

**Ruth Hoggett**
4 reviews · GB

Nov 13, 2022

### Dangerous products, awful customer service

Ordered a hair curler, awful quality. The curl is barely there but worst of all it's dangerous, it really smells of burning plastic. I contacted them to return it/get a refund but they are refusing to refund. Offered me a £4 settlement (it cost £40!). Now ignoring all communication. Do not buy from this company!!

**Date of experience:** November 10, 2022

Useful 5 · Share

---

**Dee Derrick**
1 review · US

Feb 12, 2023

### I ordered two from supvogue

I ordered two from supvogue. Ordered in November received after Christmas. One was complete but the second one had no cord. I contacted them they informed me that there was a cord I just needed to look better REALLY it was a small box, a comb, 2 hair clips, a carry bag, instruction paper I contacted them again they told me there was a cord in there I guess they think I'm STUPID or I lied BUT THERE IS NO CORD AND I CONTACTED THEM TO ASK WHAT TYPE CORD OR COULD I PURCHASE ONE BUT NEVER HEARD BACK FROM THEM. My comment is if you can't order this local don't purchases it because they don't care if you happy or not as long as they have your money.

**Date of experience:** December 29, 2022

Useful 1 · Share

---

**ammolite**
1 review · SE

Jan 8, 2023

### Supvogue FRAUD

Supvogue, unfortunately the same here...

I wish I had seen this site before I made the order (of a hair curling device) BUT it seems all these orders were made during the time I did it, early November 2022.

The package has still not arrived (today, Jan 7th 2023). The local postal service cannot trace it. The credit card IS OVERCHARGED. Pics exist to prove the difference between the price on the order (including postal services) AND the sum taken from the card! Therefore an official report for this company (and possibly other sister-companies might pop up at the police) will be made today (to the police dep., it can be done in this country, And at the bank AND blocking the card... I really hope this scum persons DO READ my message.

**Date of experience:** November 03, 2022

Useful 1 · Share

---

**Diane Annand**
1 review · GB

Jan 10, 2018

### Supvogue - not complying with refund policy

Received what might be fake Ugg boots from China. Not responding to emails re requesting a refund. A phone number is available for Wilmington, USA but it is an unknown phone number. No phone number for UK address. Did not advertise that it was not a UK company so payment went through as a non sterling transaction.

**Date of experience:** January 09, 2018

Useful 2 · Share

---

**Mrs SJ**
3 reviews · GB

Nov 25, 2022

### This company have stolen my money

The hair curler I ordered as a Xmas present for my niece is shocking and not fit for purpose. Have emailed back and forth for weeks now. The company are not following their refund policy and give me a different, equally unhelpful answer each time they reply. In these times, it makes me very sad to come across people within a company who don't display any form of decency. Please save yourselves the frustration (and wasted hard earned money!) and don't buy from this company. I will be talking to a family member in the know about next steps for legal action

**Date of experience:** November 25, 2022

Useful 2 · Share

---

**John Nelson**
1 review · GB

Jan 23, 2018

### BEWARE Ordered slippers eventually ...

BEWARE Ordered slippers eventually received (late) boots! in wrong size & fake. No 24/7 customer support as site states no way to contact them. No response to numerous emails and not able to find any sign of them being at Camden Lock as stated. Passed details on to credit card.

**Date of experience:** January 23, 2018

Useful 1 · Share

---

**Linda Craig**
3 reviews · US

Jan 26, 2023

### supvogue is a Scam!!!!!

supvogue is a Scam!!!!!! Hair curler!
Scam!!! SCAM!!! Ordered early December. No way to contact. Each time I try to contact I get an error message.
The contact information never works.
I only hope they can't scam and use my credit card information that I used to purchase it.
They hit me one but never again. Anything I order from now on will be a local US company!

**Date of experience:** December 13, 2022

Useful · Share

---

**tina anderson**
1 review · AU

Dec 2, 2022

### Hair Curler is dodgy

Ordered hair curler and agree product is not fit for purpose. Cost me $72 AU for my daughters Christmas present. Hoping PayPal will help me get a refund. Doubt this companys products comply with safety standards.

**Date of experience:** November 30, 2022

Useful 1 · Share

---

See Trustpilot reviews directly in your Google searches

Trustpilot

Get Chrome Extension

---

**Brenda Berish**
2 reviews · US

Dec 12, 2022

### This is a total scam

This is a total scam! They charge way more than the amount in the confirmation receipt, including shipping insurance. The company is not in the US and it is shady! The shipping time is excessive and response time for a dispute is ridiculous. I had to dispute with my credit card instead.

**Date of experience:** December 11, 2022

Useful 1 · Share

---

**Paul Dixon**
6 reviews · GB

Jan 9, 2018

### PLEASE BEWARE,

PLEASE BEWARE,, NO RESPONSE TO EMAILS, INCORRECT ITEMS SUPPLIED FROM CHINA, ABSOLUTELY SHOCKING. NO CONTACT TELEPHONE NUMBER AND AT A LOSS AT HOW TO RECOVER MY OUTLAY. HOW CAN THESE PEOPLE SLEEP AT NIGHT, RUNIED MY FAMILIES CHRISTMAS

**Date of experience:** January 08, 2018

Useful 1 · Share

---

**steve dawson**
1 review · GB

Dec 4, 2022

### Never buy anything from this company is...

Never buy anything from this company is worthless and fake.
Totally scam recently buy a cordless hair dryer item is fake I can't use it battery drain fast I can't even use 5 min.

**Date of experience:** December 01, 2022

Useful 2 · Share

---

**A**
2 reviews · US

Nov 28, 2022

### Terrible products delivered four weeks...

Terrible products delivered four weeks after purchase. They look like they were made in a 3d printer. Super cheap. Had to pay "insurance", but boxes were smashed up and no bubble wrap. This is a total scam. Their tracking service said it was coming from overseas, but label is from Jane (no last name) in New Jersey. I know I won't get money back, but will dispute through PayPal. Don't buy from this company. It is not legit.

**Date of experience:** November 26, 2022

Useful 1 · Share

---

**Fiona**
2 reviews · AU

Dec 15, 2022

### Scammers

Scammers, I did not receive my goods and they over charged my card!

Can't get hold of them! DO NOT BUY FROM THESE SCAMMERS. ALL SOCIAL MEDIA PROVIDERS SHOULD NOT ALLOW THESE COMPANIES TO ADVERTISE!!! WHO IS CHECKING THIS STUFF!! VERY ANGRY

**Date of experience:** December 14, 2022

Useful 1 · Share

---

**leera rodrigues**
1 review · GB

Dec 10, 2022

### Greedy sellers.

This guys are misleading the customers by offering discount code as u open their page n when u proceed to order there is no options to add the discount code. On the 4th Dec, I ordered a hair curler and when I was in the process of ordering it, I did not get the option to add the discount and on top I was charged more then the product £43.00. I found it too expensive and I cancelled the order straight away. I also sent them an email requesting to cancel the order as I was not happy. This greedy ppl refunded me the extra charges £7.00 and said that due to system error I was charged extra. I went back telling them I want to cancle the order n get my full refund but still they decided to dispatch the order after 2 days after send so many emails to n fro. I am not at all happy with their service, too freaking expensive and fuc**** robbers.

**Date of experience:** December 04, 2022

Useful · Share

---

**Stephanie Van Den Kieboom**
3 reviews · BE

Nov 26, 2022

### Don't buy!!!!

Poor quality product, battery doesn't hold for 1 session.
Contacted them on fb, no response.
They blocked me, they removed my comment on fb. Can't respond anymore

Scam scam scam scam !!!!

**Date of experience:** November 25, 2022

Useful 1 · Share

---

**Laura**
6 reviews · GB

Nov 12, 2022

### Deceitful

Overcharged. When trying to get a refund less than an hour later, I was told it was impossible because it has already been sent off.

This is a deceitful company. There's always a way to claim money back. Fraud is illegal, just so you know.

**Date of experience:** November 11, 2022

Useful 3 · Share

---

**Joanne Collins**
2 reviews · IE

Feb 4, 2023

### Scam....product came and not...

Scam....product came and not working....no customer service. Automated reply saying offer my 4 dollars bk after it cost me over 50!!

**Date of experience:** January 28, 2023

Useful 1 · Share

---

**Paula Wiseman**
1 review · US

Feb 2, 2023

### TOTAL SCAM. I wish I could give it zero stars

I wish I could give it zero stars. Ordered it two weeks before Christmas and it got here on New Year's. I spent $38 and they offered to refund five dollars. It did not work. It wasn't damaged in shipping. I did not realize it was a foreign company until I saw it shipped, there is no recourse to get my money back now. I wish I knew how to report them so they could not do this to other people.

**Date of experience:** December 15, 2022

Useful 1 · Share

---

Previous | 1 | 2 | 3 | Next page

**Company activity** — See all
Unclaimed profile
No history of asking for reviews
People review on their own initiative

**Our 2022 Transparency Report has landed**
Take a look

**Is this your company?**
Claim your profile to access Trustpilot's free business tools and connect with customers.
Get free account

**The Trustpilot Experience**
We're open to all
We champion verified reviews
We fight fake reviews
We encourage constructive feedback
We verify companies and reviewers
We advocate against bias
Take a closer look

**Is this your company?**
Claim your profile to access Trustpilot's free business tools and connect with customers.
Get free account

Trustpilot

About: About us · Jobs · Contact · Blog · How Trustpilot works · Transparency Report · Press · Investor Relations
Community: Trust in reviews · Help Center · Log in · Sign up · Chrome App
Businesses: Trustpilot Business · Products · Plans & Pricing · Business Login · Blog for Business
Follow us on
Choose country: United States

Legal · Privacy Policy · Terms & Conditions · Guidelines for Reviewers · System status · Cookie preferences · Modern Slavery Statement

© 2023 Trustpilot, Inc. All rights reserved.

Trustpilot | Search for another company… | Categories | Blog | Log in | For businesses

# Supvogue

Reviews 48 • Bad

1.3

supvogue.com
Visit this website

Write a review

## Reviews ★ 1.3

48 total

| | | |
|---|---|---|
| 5-star | | 0% |
| 4-star | | 0% |
| 3-star | | 0% |
| 2-star | | 0% |
| 1-star | | 100% |

Filter | Sort: Most relevant

**Christine Oliveira**
3 reviews · US

Dec 22, 2022

### They won't refund items they sent broken

The company sent me 2 broken curlers which cost me a total of $73.40. They will not cover the shipping cost to return the curlers to them. They also won't refund without the products being returned. To ship to China, will cost me $84.
Do yourself a favor. Just don't do business with them, and you won't have an issue.

**Date of experience:** November 24, 2022

Useful 1 · Share

**Stacy Leimbach Ross**
2 reviews · US

Dec 28, 2022

### Review companies on Facebook before you send them…

Wish I had read these first the charged an entirely different price then what the total said and now I can't even get the stupid things. I have emailed and been ignored. Calling bank in the morning

**Date of experience:** December 06, 2022

Useful · Share

**kier roddick**
KR · 1 review · AU

Nov 11, 2022

### Incompetent at best

Incompetent at best, maliciously deceitful most probably.
They overcharged me and sent me a downgraded product, and have spent the last few weeks trying to gaslight me into believing that I have received the correct product

**Date of experience:** November 01, 2022

Useful 2 · Share

**Kerry Bolton**
KB · 1 review · GB

Jan 8, 2018

### Ordered Ugg boots - received fakes

Ordered Ugg boots, received fakes and now not responding to any emails. Have taken this further with my credit card company and reported to trading standards

**Date of experience:** January 08, 2018

Useful 1 · Share

**Rebecca Compton**
1 review · US

Mar 8, 2023

### Wish I could give 0 stars

Wish I could give 0 stars. I ordered a hair curler that was supposed to come in 7-10 business days. It took a month and a half and doesn't even work. It let me turn it on one time then the buttons just stopped working completely. I never even got a chance to out my hair through it to see if it worked or not. Do not waste your time!!!

**Date of experience:** February 01, 2023

Useful · Share

**Annie Chouine**
1 review · CA

Nov 30, 2022

### Terrible experience

Terrible experience. Did not accept to refund. The company is in China, they told me to pay the shipping...bad products, beware..

**Date of experience:** November 27, 2022

Useful 1 · Share

**Diane moorcroft**
DM · 6 reviews · GB

Jan 9, 2018

### Counterfeit Ugg - beware

Ugg slippers

Not free postage as advertised, not UK based as advertised. No response to emails.

Counterfeit goods sent from China unpackaged.

BEWARE BEWARE BEWARE

**Date of experience:** January 08, 2018

Useful 1 · Share

**Latimer Higham**
LH · 6 reviews · GB

Jan 3, 2018

### Returns

Beware of this company,we purchased a garment that needs to be returned.They are not responding to there Policy.
Trading standards have been notified

**Date of experience:** January 03, 2018

Useful 1 · Share

**ElmieVir**
EL · 1 review · IE

Dec 5, 2022

### I'm about to buy the hair curler

I'm about to buy the hair curler, but thank you very much for all the relevant and honest reviews Re: Bad hair curler. Thank you guys for all your advices. For sure I will not buy anymore .

**Date of experience:** December 04, 2022

Useful · Share

**Laurie Salisbury**
LS · 2 reviews · US

Updated Feb 26, 2023

### Unhappy about the curling iron

The auto curling iron is made with very cheap materials. My mom ordered 2 of them for a Christmas gift but instead they didn't arrive until about 6-8 weeks or maybe even longer.

I used one of them and shortly after using it, the barrel would turn but never grabbed my hair. A few days later of not using it, I tried it again and NOTHING WORKED except it did turn on when I pressed the power button.

I sent an email to the customer service team and told them that I got these as a gift but it was like they didn't believe me or something. I had to send them my mom's name and email so they could "confirm" who bought this product. Once I sent that to them, they replied telling me that I had to take a video of what was wrong with it. When they got that message, I was told that they would only pay me $3. When I questioned them as to why I would only get paid $3 and then they responded back saying 'sorry for the inconvenience but may we pay you $7 when the product itself was around $30 a curling iron. I sent another email to them as to why I can't be refunded for the price it was sold at and have had NO RESPONSE!! I will be calling anc talking to a supervisor. Since this company doesn't guarantee their products, I will be filing a complaint with the Better Business Bureau and hope this company is shut down for good.

**Date of experience:** January 11, 2023

Useful · Share

See Trustpilot reviews directly in your Google searches
Trustpilot
Get Chrome Extension

**Anna Perdiguero**
AP · 6 reviews · DK

Oct 21, 2022

### DO NOT BUY

the shipment was never received. instead of a refund they suggested i Pay them for the additional order. HUGE SCAM do NOT buy

**Date of experience:** October 21, 2022

Useful 2 · Share

**Gary**
GA · 3 reviews · GB

Dec 19, 2022

### I've just checked my account and a…

I've just checked my account and a payment of £38.32 came out from supvogue never ordered anything. never gave my card details. be aware

**Date of experience:** December 12, 2022

Useful · Share

**richard**
RI · 7 reviews · IE

Dec 30, 2022

### Ordered 2 curlers and both arrived…

Ordered 2 curlers and both arrived broken..NO reply from company..would not recommend buying from this company.

**Date of experience:** December 28, 2022

Useful · Share

**Erin Dews**
ED · 2 reviews · US

Nov 30, 2022

### Overcharged me then refuse to give me a…

Overcharged me then refuse to give me a full refund. Now they say my items have shipped but provide no shipping info even though I got insurance. Do not waste your time and money.

**Date of experience:** November 30, 2022

Useful 1 · Share

**Maudean**
MA · 1 review · US

Dec 15, 2022

### Never order from them

Never order from them! Fighting with them since they overcharged me, but they insisted they took it off my card. But long and be hold got my bank statement. They charged me again. I emailed them. They emailed back stating refunded but it wasn't. Than the a&&holes barred me from writing back. Not cool! I waited a very long time for this product that now I don't even want now. Also to b to lied to twice. This is why I don't do on line ordering. Next is the better business bureau. Thank you for letting me get this off my chest!

**Date of experience:** December 14, 2022

Useful 1 · Share

**Brian Hodgson**
5 reviews · GB

Feb 11, 2018

### FAKE GOODS

FAKE GOODS! Sent wrong colour jacket and nobody is interested in speaking to me about sorting it out. The goods are not genuine either. Buy elsewhere and don't waste your money.

**Date of experience:** February 10, 2018

Useful 1 · Share

**Deka Ni**
2 reviews · IE

Dec 5, 2022

### 100% SCAMMERS

There's absolutely the worst ever I fully believe they are scammers sent me a tracking number when I checked the number with the service they said this number can't be found DO NOT BUY FROM THEM I'm going to the police I repear DO NOT BUY FROM THEM

**Date of experience:** December 05, 2022

Useful 1 · Share

**Paul**
PA · 2 reviews · GB

Jan 12, 2018

### Counterfeit goods by illegal operators.

Counterfeit goods by illegal operators.
Under investigation. Please do not buy from here, report to action fraud police or trading standards and seek compensation from the credit card transaction disputes team if a purchase is already made.

**Date of experience:** January 12, 2018

Useful 1 · Share

**Jack Keegan**
JK · 1 review · GB

Jan 10, 2018

### I have ordered a nice Canada goose …

I have ordered a nice Canada goose jacket to that my self thinking it was legitimate, obviously not considering I ordered it two weeks ago and has still not been delivered VERY APPALLING.

**Date of experience:** January 09, 2018

Useful 1 · Share

**Gen**
GE · 1 review · CA

Dec 2, 2022

### Bad and cheap product

Bad and cheap product, does not work as adverstised. Do not buy. Have been trying to get a refund and they keep offering me crumbs...5$, now 7$. Scam.

**Date of experience:** December 02, 2022

Useful 1 · Share

Previous | 1 | 2 | 3 | Next page

**Is this your company?**
Claim your profile to access Trustpilot's free business tools and connect with customers.
Get free account

**Company activity** See all
Unclaimed profile
No history of asking for reviews
People review on their own initiative

Our 2022 Transparency Report has landed
Take a look

Is this your company?
Claim your profile to access Trustpilot's free business tools and connect with customers.
Get free account

The Trustpilot Experience
We're open to all
We champion verified reviews
We fight fake reviews
We encourage constructive feedback
We verify companies and reviewers
We advocate against bias
Take a closer look

Trustpilot

About: About us · Jobs · Contact · Blog · How Trustpilot works · Transparency Report · Press · Investor Relations
Community: Trust in reviews · Help Center · Log in · Sign up · Chrome App
Businesses: Trustpilot Business · Products · Plans & Pricing · Business Login · Blog for Business
Follow us on
Choose country: United States

Legal · Privacy Policy · Terms & Conditions · Guidelines for Reviewers · System status · Cookie preferences · Modern Slavery Statement

© 2023 Trustpilot, Inc. All rights reserved.

Trustpilot
Search for another company…
Categories Blog Log in For businesses

# Supvogue

Reviews 48 • Bad

1.3

supvogue.com
Visit this website

Write a review

## Reviews ★ 1.3

48 total

| | |
|---|---|
| 5-star | 0% |
| 4-star | 0% |
| 3-star | 0% |
| 2-star | 0% |
| 1-star | 100% |

Filter

Sort: Most relevant

RB Richard Bunker
2 reviews GB

Jan 13, 2018

### Do not buy from this company

Do not buy from this company. Bought wife ugg boots looked genuine first time on got to the end of our street and the sole came completely off. These are fake products from a fake company.

**Date of experience:** January 13, 2018

Useful 1 Share

NK Nahed Kanan
1 review US

Sep 23, 2022

### Very bad quality I just received my…

Very bad quality I just received my order it doesn't work like they show

**Date of experience:** September 22, 2022

Useful 1 Share

AF Annegrethe Felter Rasmussen
1 review US

Jan 19, 2023

### Complete waste of time

Complete waste of time. Scam product- 'cordless curler' … didn't work at all, and is a waste of both time and money. Stay away!

**Date of experience:** December 23, 2022

Useful Share

April Barnhart
1 review US

Feb 28, 2023

### SCAM!!!!

SCAM!!!!! 😡😡😡 Took my money for curling iron and never received my product.

**Date of experience:** February 27, 2023

Useful Share

TW Torbjörn Wågstrand
3 reviews SE

Nov 4, 2022

### Scam I do not need so write more

Scam I do not need so write more! They sent me the wrong set. And wont replace or refund. SCAM Do not buy!

**Date of experience:** November 01, 2022

Useful 2 Share

NI Niels
23 reviews DK

Jun 25, 2022

### I Bay something you promise Can use all…

I Bay something you promise Can use all over.
Not true.??

**Date of experience:** June 25, 2022

Useful 1 Share

Tracy Bradley
7 reviews GB

Jan 10, 2018

### Fake Canada goose coat

Fake Canada goose coat. Do NOT buy from this website.

**Date of experience:** January 10, 2018

Useful 1 Share

Show reviews in all languages. (48 reviews)

Previous 1 2 3 Next page

### Is this your company?

Claim your profile to access Trustpilot's free business tools and connect with customers.

Get free account

Company activity See all

Unclaimed profile

No history of asking for reviews

People review on their own initiative

Our 2022 Transparency Report has landed ★

Take a look

### Is this your company?

Claim your profile to access Trustpilot's free business tools and connect with customers.

Get free account

### The Trustpilot Experience ★

We're open to all

We champion verified reviews

We fight fake reviews

We encourage constructive feedback

We verify companies and reviewers

We advocate against bias

Take a closer look

Trustpilot

| About | Community | Businesses | Follow us on | Choose country |
|---|---|---|---|---|
| About us | Trust in reviews | Trustpilot Business | | United States |
| Jobs | Help Center | Products | | |
| Contact | Log in | Plans & Pricing | | |
| Blog | Sign up | Business Login | | |
| How Trustpilot works | Chrome App | Blog for Business | | |
| Transparency Report | | | | |
| Press | | | | |
| Investor Relations | | | | |

Legal Privacy Policy Terms & Conditions Guidelines for Reviewers System status Cookie preferences Modern Slavery Statement

© 2023 Trustpilot, Inc. All rights reserved.

Popular | Most Commented-On

Online Threat Alerts (OTA)

An anti-cybercrime community alerting the public to web or internet threats.


Categories
» Latest Online Alerts
» Trending Now
» Recently Commented On
» What You Commented On
» Saved Alerts
» On This Day
» Yesterday's Most Popular
» Yesterday's Most Recommended
» Yesterday's Most Commented On
» This Week's Most Popular
» This Week's Most Commented On
» This Week's Most Recommended
» Last Week's Most Popular
» Last Week's Most Commented On
» Last Week's Most Recommended
» This Month's Most Popular
» This Month's Most Recommended
» This Month's Most Commented On
» Last Month's Most Popular
» Last Month's Most Recommended
» Last Month's Most Talked-About
» This Year's Most Popular
» This Year's Most Commented On
» This Year's Most Recommended
» Last Year's Most Popular
» Last Year's Most Recommended
» Last Year's Most Commented On
» All-Time Most Popular
» All-Time Most Recommended
» All-Time Most Commented On
» Facebook - Whatsapp
» Fake Anti-Spyware - Virus - Optimization Software
» Hacking - Cyber-attacks
» Hoax - Fake-News - Pranks - Chain Letters
» Lottery - Donation - Inheritance Scams - Ponzi Schemes
» Phishing - Scamming - Fraud - Identity Theft
» Potentially Unwanted Programs (PUP)
» Spamming - Adware
» Suspicious
» Useful - Informative
» Virus - Malware - Trojan - Ransomware - Spyware
» Public Review Community
» Web Browser Hijacking
» Questions and Answers
» Word Definition
» Content Removal Request


Recently Commented On

Bobbitt Settlement Administrator Valic Class Action Lawsuit - Questions and Answers
4 months ago · Views: 17,382 · 136 Answers

Destiny Mastercard Credit Card Scam Asking to Call Genesis Financial Solutions at 18003043096 - Phishing - Scamming - Fraud - Identity Theft
1 year ago · Views: 1,291 · 6 Comments

Geek Squad Scam Email Invoice and Best Buy - Phishing - Scamming - Fraud - Identity Theft
Yesterday · Views: 10 · 1 Comment

929 Area Code Scam Calls - Have You Received One? - Questions and Answers
3 years ago · Views: 34,762 · 402 Answers

Geek Squad Best Buy Invoice Scam and 877-306-2008 - Phishing - Scamming - Fraud - Identity Theft
3 weeks ago · Views: 29 · 1 Comment

View more...

# Is Supvogue a Scam or Legit Online Store? Review of supvogue.com

Phishing - Scamming - Fraud - Identity Theft

Comments: 2 · Views: 253 · Save · Posted: Dec. 13, 2022



Supvogue located at supvogue.com is an untrustworthy online store. Therefore, online shoppers run the risk of receiving counterfeit goods or nothing at all from the same store. Online users who have shopped at the fake store are asked to contact their bank or financial institution to have their transactions cancelled and money refunded.






## Supvogue Online Store




Check the comment section below for additional information, share what you know, or ask a question about this article by leaving a comment below. And, to quickly find answers to your questions, use our search engine.

Note: Some of the information in samples on this website may have been impersonated or spoofed.

Was this article helpful?

Yes (1) No (0)

Share this with others:

## Comments, Questions, Answers, or Reviews

(Total: 2)

To protect your privacy, please remove sensitive or identifiable information from your comments, questions, or reviews. We will use your IP address to display your approximate location to other users when you make a post. That location is not enough to find you.






The comments, reviews or answers below do not necessarily reflect the views of Online Threat Alerts (OTA).

December 26, 2022 at 7:31 AM by an anonymous user from: Tempelhof, Berlin, Berlin, Germany

Paid but never received my order.

remove

Reply➢

Show More Comments (1)

Show all **comments** at once.

## Write Your Comment, Question, Answer, or Review

Enter comment, review or question.

Send➢

Trending Now

CNCS List Scam on Social Media - Corporation of National Community Service - Phishing - Scamming - Fraud - Identity Theft
10 months ago · Views: 9,340 · 5 Comments

Country Code 852 Whatsapp Scam - Japanese Girl in Hong Kong - Phishing - Scamming - Fraud - Identity Theft
1 year ago · Views: 32,617 · 188 Comments

Pepsi 2020 Int'l Mobile Draw Lottery Scam - Lottery - Donation - Inheritance Scams - Ponzi Schemes
3 years ago · Views: 15,134 · 157 Comments

Is w8tech a Scam and have You Seen it on Your Statement? - Useful - Informative
3 years ago · Views: 28,726 · 35 Comments

UK Lottery Program Scam Email - Lottery - Donation - Inheritance Scams - Ponzi Schemes
4 years ago · Views: 2,884 · 3 Comments

Is usawindowsnews.com a Scam? USA Windows News Review - Spamming - Adware
4 months ago · Views: 811 · 1 Comment

Is vtsup.com a Scam? unauthorized Transactions or Charges - Phishing - Scamming - Fraud - Identity Theft
8 months ago · Views: 7,605 · 4 Comments

Is Arvatofs.com a Scam? Customer Review - Public Review Community
2 years ago · Views: 8,071 · 2 Comments

The "Maria-Elisabeth Schaeffler" Donation Scam - Lottery - Donation - Inheritance Scams - Ponzi Schemes
4 years ago · Views: 10,307 · 29 Comments

customercare-vip.com is Associated with Fake Online Stores - Phishing - Scamming - Fraud - Identity Theft
2 months ago · Views: 1,304 · 2 Comments

View more...

My Account
Forgot Password
Change Password
Change Email
Help by Donating
Contact Us
Opt-in or Opt-out of Email Notification
Content Removal Request
Cancel My Account

Most Popular of the Week

Is Gonift a Scam or Legit Gift Network? Review of gonift.com - Public Review Community
8 months ago · Views: 23,668 · 10 Comments

USPScd Scam Website at uspscd.com and Text - Phishing - Scamming - Fraud - Identity Theft
2 days ago · Views: 126 · 2 Comments

Officer Schultz Scam Call - Press One for Concerned Department - Phishing - Scamming - Fraud - Identity Theft
2 years ago · Views: 43,761 · 1,500 Comments

Is www.ccspayment.com a Scam? Review of Credit Collection Services - Useful - Informative
2 years ago · Views: 49,484 · 9 Comments

CNCS List Scam on Social Media - Corporation of National Community Service - Phishing - Scamming - Fraud - Identity Theft
10 months ago · Views: 9,340 · 5 Comments

Country Code 852 Whatsapp Scam - Japanese Girl in Hong Kong - Phishing - Scamming - Fraud - Identity Theft
1 year ago · Views: 32,617 · 188 Comments

Is forgottenjews.org a Scam? Review of Forgotten Jews - Questions and Answers
1 year ago · Views: 12,991 · 139 Answers

Area Code 647 Scam Telephone Calls - Phishing - Scamming - Fraud - Identity Theft
3 years ago · Views: 10,239 · 18 Comments

929 Area Code Scam Calls - Have You Received One? - Questions and Answers
3 years ago · Views: 34,762 · 402 Answers

View more...









We use cookies to offer you a complete experience. It may take up to an hour for information on this website to be updated.

Copyright © 2012 - 2023 - Online Threat Alerts (OTA).

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

www.supvogue.com Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Likely scam.

supvogue.com

There was a common scam identifier found within the about us page.

There was a known scam email address found. Highly likely that this is a scam website.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 883

**MARKETPLACE:** Other

**MERCHANT NAME:** swan-sunny

**SELLER ID:** swan-sunny.com

# Scam Intelligence by Qti.ai

## Threat found.

swan-sunny.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

swan-sunny.com | Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 891

**MARKETPLACE:** Other

**MERCHANT NAME:** tophotred

**SELLER ID:** tophotred.com

# Tophotred Review: Genuine? Tophotred Scam or Legit?

0 (0)

November 30, 2021 / 3 Comments / Suspicious

Click stars to rate this product, organization (company) or online activity!
[Total: 0 Average: 0]
Considering Tophotred for your online purchase? If so, then first let's figure out either is a Tophotred.com scam or a genuine online store from this Tophotred review. Here, in this page, we are trying to show you the actual face of this site so that you can find its reality, either a Tophotred fake or a trustworthy company.






## What is Tophotred.com?

It is an online shopping store that is selling products like coats, cardigans, tops, bottoms, bras, underwear, shoes, sneakers, boots, etc. However, there are so many things you must know about it before choosing it as your shopping destination.

### *Tophotred is suspected to be one a problematic sites because of the following reasons:*

### Company Address:

Its parent company's name and address are given on its Terms of Service, About Us and Contact Us, pages as LANDBASE TRADING CO., LTD: 1st Floor Beaconsfield Msam40 Junction 2, Beaconsfield A355 Windsor Drive, Beaconsfield, Buckinghamshire, England, HP9 2SE. It has provided the image of its parent company's name and address instead of writing directly on its website which is mostly done by sites when they copy-paste other company's address so that no one can find them searching the given parent company name and address on Google. There is no company with the name LANDBASE TRADING CO., LTD that has been mentioned on or around this address on Google Maps. And as per Google Search, there are other multiple businesses on or around this address. The same company name and address is found to be used by other problematic sites like Ponyroly, DelightNight, Willowmaple, MuchVisualize, NewTheTime, PinkyAurora, WarmthSunday, Flakycloud, Cdressh, Behavefun, Finalaug, Skbluen, etc. also Its contact phone number is also not provided on the website. This makes very clear that it is trying to fake the information, so we shall not trust such a company for any kind of online shopping.

OPEN
Global Trade Starts Here
Ad

### Discount and Sales offers:

It is claiming to sell lots of products at heavy discount rates which is a strategy followed by lots of scam sites these days to lure people into their scam.

### Copied content:

Lots of details provided on its website including its website theme match with multiple problematic sites. Its About Us page also similar with multiple other sites like Daccis, Youeri, SupernLight, CcThank, Ctmyse, Coamos, ShelleyBeauty, Klsetd, JumpVilla, MainCharm, StampLines, Stulick, Shopepre, LuciesGift, Biohye, Ponyroly, Onbela, Billaur, KeyBlueRiver, BestNativityTop, Leticiawynne, etc.

### Returns and Exchange:

It has a Refund Policy which says that all costs incurred in the return and exchange shall be borne by the buyer. It is found to be very unrealistic for the return and exchange of items. So, it is almost impossible to get the full payment back from these kinds of websites due to their confusing provisions.




### Customer Complaints and Delivery:

The customer support as well as delivery time of sites similar to this site is also very poor as per the complaints received from the buyers of similar kinds of sites.

## Our Final Verdict:

On the basis of above mentioned reasons, the conclusion can be drawn that Tophotred is one of the suspicious websites.

You can find the lots of suspicious sites listed within our "Suspicious" category by clicking >HERE< or you can find about various kinds of scams by scrolling within our "Scams" category by clicking >HERE< or you can navigate our website through our home page to find out the several interesting and knowledgeable articles under different categories by clicking >HERE<.

If you want to say something about this company, then please feel free to place your comment below. Also feel free to share this review with your friends and families through your social media accounts to make them aware of this online store.

These days multiple new online stores are claiming to sell various items on huge discount, but most of them are scams. So, it's better to stay away from the new online stores or at least do some research before you purchase something from the new online stores because most of these new online stores don't deliver the purchased items to their clients or, deliver completely different or very low-quality items. Some scam online stores even have charged the credit card of clients randomly without their consent. So, if you have ever purchased mistakenly from scam sites, we suggest you immediately contact your bank or credit card company to secure your credit card information.

***Good Luck!***

Tags: LANDBASE TRADING CO. LTD.

### 3 thoughts on "Tophotred Review: Genuine? Tophotred Scam or Legit? 0 (0)"

**Ian**
January 22, 2023 at 5:36 pm
REPLY

I have also been scammed. They show a complete product ana then send you part of the item. Based from my experience be wary of this site.

---

**Elizabeth**
October 31, 2022 at 4:11 am
REPLY

This site is a scam. Ordered in August and is still waiting for delivery

---

**Bella**
October 3, 2022 at 4:37 pm
REPLY

This seller has scammed me. I paid for this in August and I'm still waiting. Be warned, site not reputable!

---

### Leave a Reply

Your email address will not be published. Required fields are marked *

Comment *

Name Email

Post Comment

Copyright Content - It is strictly prohibited to copy the contents of De-Reviews - Copyright © 2017-2023, All rights reserved De-Reviews.com

Meanings of Words and Slangs
Privacy Policy
Affiliate Disclosure
About Us
Contact Us

Copyright © 2017-2023, All rights reserved De-Reviews.com

**Fraudulent website : www.tophotred.com support@tophotred.com**

## SUSPECTED SCAM!

Follow this report

| | |
|---|---|
| **Date** | 04/24/2023 |
| **Fraudulent email** | support@tophotred.com |
| **Pseudonym** | tophotred |
| **Url / Website** | https://www.tophotred.com/<br>Scamdoc Trust Score \| Contact / Whois info |
| **Scam contents** | At Tophotred we love every passion and interest on Earth because it is a reference to your UNIQUENESS. And to spread exactly that...is our core vision:<br><br>To help you Express Yourself. To support you at Tophotred. |
| **Comment / Review** | The website is advertising a Bluetooth selfie stick for $29.9, pretending to offer a discount. However, the actual price of this product on Amazon is around $17.<br>The website is full of red flags.<br>All of its products are on sale, the content is copied, the pictures are stolen, and the contact information is fake.It's also linked to Uniqueness and the Landbase Trading Co., Ltd. scam network.<br>Despite purporting to be British, they're actually Chinese-based.<br>Be cautious and stay away |
| **Attachment(s)** |  |
| **More info +** | Chargeback: how to get your money back after a scam / What to do in case of a scam? |




COMMENT CREATE A PRIVATE GROUP

Leave a comment *

Add an image (optional)

Name / Nickname *

Email Address *

Be notified of new comments on this page (you should to be logged in)

I'm not a robot reCAPTCHA Privacy - Terms

Your comment will be added just after your validation

Leave a comment

ScamWatcher

United against scams

REPORT AN INTERNET SCAM

Emails, Ads, fraudulent website...

REPORT A PHONE SCAM

Call or SMS received, voice messaging...

### MOST SEEN REPORTS

1 **Shinwink.com | service@shinwink....**
Like many other suspicious websites, Shinwink.com claims to be selling the BikendaT...

2 **Kendally.com | support@kendally.c...**
The website claims to be offering up to 70% off on their comfy corset bra and selling it for only...

3 **Expeditedfinancialhelp.org | Fraudu...**
People are getting random calls and voicemails from expeditedfinancialhelp.org, claiming they c...

### LAST COMMENTS

**Susan** 09/26/2023 at 08:00 PM
I regret ever trusting Tuncoins with my finances. Their platform was confusing, their security...

**Cathey** 09/26/2023 at 07:54 PM
Hi Lili That is exactly what i have done, hoping my friends will share my post on FB far and wide, n...

**Unlucky** 09/26/2023 at 07:49 PM
They asked for money and paid. Since I payed, I can no more access the site.

**Teresa** 09/26/2023 at 06:35 PM
I am having the same problem. Want to return won't give me an address to do so and want my...

**Babur** 09/26/2023 at 05:16 PM
Purchased test from https://www.mcqsprometric.com, which forward...

# Scam Intelligence by Qti.ai

## What is Scami?

Scami is an algorithm developed by Qti.ai to detect the legitimacy of online retailers. Scami uses intelligence to determine a retailer's rating. Although the algorithm is proprietary of Qti.ai, it takes into account content, external links, and online reputation of the site.

**Try out Scami for free before ordering online!**

tophotred.com

Check

Keep in mind that Scami was built and tuned for **online retailers**. This means that it will work best when shops hosted by *Shopify* or *Spreadshirt* are scanned. However, any website can be checked and will receive a score.

## Threat found.

tophotred.com

There was a common scam identifier found within the about us page.

Is this your website? Check out Qti.ai's content review and let us help you better connect with your audience.

## Frequently Asked Questions (FAQ)

**Question:** How does Scami work?
**Answer:** Scami works by scanning websites and scraping information from them. Some of this information is visiual, such as text, images, and videos. Most are nonvisual, such as network host, WhoIs registration, and SSL certificate information. Scami then uses this information to determine a threat level for a website and logs it into a database. This database helps Scami build models of scam networks, which then can be used to find even more scam websites. Scami is the first **proactive** threat intelligence algorithm built for ecommerce stores specifically.

**Question:** How many threat indicators does Scami check against when determining a site's score?
**Answer:** The Scam Intelligence algorithm is always changing and growing. This means that the amount of threat indicators we check against is also always adapting. At the time of writing this, Scami uses **over 1,800** threat indicators to determine the score of a website. This indicators come in the form of phone numbers, email addresses, phrases, and reviews.

**Question:** My website was flagged as a scam. What can I do?
**Answer:** Scami has found ecommerce websites that are made using templates. If you have not replaced the content in the template, this can cause your website to be flagged as a potential threat. If this is the case, replace the template content with original content and check back in a few days. Scami tries to check itself every 24-36 hours to keep its data updated.

If you want to see why your website was flagged, we would love to point you in the right direction. Feel free to email us at either will@Qti.ai or contact@Qti.ai and we will get back to you as soon as we can.

**Question:** I found a sketchy email address / phone number / phrase / review. Is it a threat indicator?
**Answer:** If the email address is one found on an ecommerce website that is free (@gmail.com, @hotmail.com, @yahoo.com), it may be a scam. If you've called the phone number with no response, or it redirects you to an unrelated business, it's a scam. If it is a generalized phrase, it may be a scam. If it is a generalized review, it also may be a scam.

Scami allows users to check it's database of threat indicators. Visit the Scam Network Tracker and enter the potential indicator to see if there are any threats linked to it.

**DOE NUMBER:** 927

**MARKETPLACE:** Other

**MERCHANT NAME:** youngfight

**SELLER ID:** youngfight.com

Case 1:23-cv-22322-DSL Document 130-7 Entered on FLSD Docket 10/14/2023 Page 124 of 124

# superficiak.com Reviews

is superficiak.com a scam or legit?

**Iain Pintsize has reported this website as a possible scam.**

COMPRAR JÁ
Crie seu email profissional
Ad

Trustscore
1 / 100
What is this?
Disclaimer

## What is your feeling about superficiak.com?

0 0 0 0 0

No reviews. Be the first to Review.
Report Scam

ORDER MANUAL VERIFICATION

GET YOUR MONEY BACK

## superficiak has a very low trust score. Why?

We scanned superficiak.com for several indicators and we think the website may be a scam. Exercise extreme caution when using this website.

Scamadviser reviews each website automatically for 40 different elements like who owns the website, are the contact details hidden, where is the website hosted, what is the technology being used, and much, much more. Based on all the information gathered, we create a trust score.

superficiak.com has a very low trust score according to our algorithm. However, computers may be wrong. The website has a strong indicator of being a scam but might be safe to use. We recommend you check the website using our **check list** or by contacting the company directly.

### Positive highlights

- This website offers payment methods which allow you to **get your money back**
- This site seems to sell products online (**how to check if it is a shop scam**)
- According to the SSL check the certificate is valid
- **DNSFilter** considers this website safe
- **Flashstart** did not find any malware of phishing activities

### Negative highlights

- The website's owner is hiding his identity on WHOIS using a paid service
- This website does not have many visitors
- We discovered the website is served from a high risk country
- We found many low rated websites on the same server
- The website is from a high-risk country and selling **well-known brands**
- We see matchting characteristics with scam sites
- This website has only been registered recently.

SHOW DETAILED ANALYSIS

## Consumer reviews about superficiak.com

### Be the first one to review

No reviews have been left for **superficiak.com** on ScamAdviser.com

**Total reviews: 0**
**Average score: 0 stars**
Learn more

### Add your review

Write a public review everybody can see...

ADD A REVIEW

## Advertorials

### Join Us in Turning the Tide Against Scams




On October 18–19, 2023, the 4th Global Anti-Scam Summit (GASS) will take place. The goal of the GASS is to bring governments, consumer & financial authorities, law enforcement, brand protection agencies, and (cybersecurity) companies together to share knowledge and define joint actions to protect consumers from getting scammed. This year, we focus on further defining these solutions and showcasing the best practices from around the globe.
You can attend the event in-person in Lisbon or be a part of it virtually. Registration for physical attendance will close soon as less than 100 seats are left! Online participation is completely free. Click the link below to check the full agenda and register for the summit.

REGISTER NOW

### Travel Scams 101: How people get caught and how to protect yourself



Summer is here! As you plan for a thrilling trip this summer vacation and seek the best deal for everything, scammers are well prepared to exploit you with travel scams. Continue reading for what you should know about travel scams and learn how to avoid them.

TRAVEL SAFELY

## Complete Review superficiak

### Company Evaluation

The owner of the website is hiding his identity. Spammers use this information to promote services to website owners. Some website owners therefor chose to hide their contact details. However, it can also be misused by scammers. Our algorithm gives a high rating if the identity of the website owner is shown.

A lot of websites from high-risk countries have proven to sell fake brands. This may not be the case for this website, but it is recommended to be extra cautious. Check our blog "**How to recognize fake products**".

### Webshop Evaluation

In our Analysis we always check the Tranco ranking. In this case it was low. A low Tranco ranking means that the website has relatively few visitors. For a new website this is logical. The same is true for a highly specialized website. However if the website claims to be a large corporate or popular site, than warning flags should be raised.

Legit websites often reside on servers with many other safe websites. In this case however we identified several unreliable websites hosted on the same server as the website. This may be a negative signal and as a result we lowered the review of superficiak.com. To see which other websites are hosted on the same server, please check the "Server" tab lower on this page.

This domain name has only been registered recently. This means that the website is actually quite young and few if any consumers have had time to leave reviews or social media comments. It is therefore best to check this website thoroughly to make sure the website was not set-up by a scammer. Please check out our article "**How to recognize a scam**".

### Technical Evaluation

The server of this website is based in a hosting center in a country that is marked as being high risk. This means that the country is listed by the International Banking Federation as having a high level of fraud and corruption.

The technical features of this website are overlapping with other websites that have been noted to be scams. Contacting the company to make sure they are not a scam is recommended.

This webshop is offering payment methods that can be considered reasonably safe such as credit card and Paypal. These companies usually offer the option to get your money back in case the merchant does not deliver or the product has been broken during transportation. However, no payment method gives money back all the time. Make sure you file a complaint in time and be careful with the limitations your credit card or payment methods have set. Our blog post on **Safe Payment Methods** discusses all payment methods offered.

We found a valid SSL Certificate. An SSL certificate is used to secure communication between your computer and the website. There are different levels of SSL certification. A free one is also available and this one is used by online scammers. Still, not having an SSL certificate is worse than having one, especially if you have to enter your contact details.

## Related blogs

- Is Bfsuop.com Legit or a Scam? Uncovering the Truth
- Is Exometeor.com Safe or a Scam?
- Tv-evolution.com Review: Is it a Scam or Legit?
- Is Haliqs.shop Legit or a Scam? Unveiling the Red Flags
- Unveiling Joulesuk.com: Is it a Safe a Clever Scam?

READ MORE

Protect yourself from viruses, phishing and scammers
ADD TO BROWSER Powered by: TREND MICRO

## Popular Stories

### How to Recognize a Scam Website

As the influence of the internet rises, so does the prevalence of online scams. There are fraudsters making all kinds of claims to trap victims online - from fake investment opportunities to online stores - and the internet allows them to operate from any part of the world with anonymity. The ability to spot online scams is an important skill to have as the virtual world is increasingly becoming a part of every...

READ MORE

### How Do I Get Money Back From a Scammer?

So the worst has come to pass - you realise you parted with your money too fast, and the site you used was a scam - what now? Well first of all, don't despair!! If you think you have been scammed, the first port of call when having an issue is to simply ask for a refund. This is the first and easiest step to determine whether you are dealing with a genuine company or scammers. Sadly, getting your money back from a...

READ MORE

## Website Alerts

- ChatGPT-4 Phishing Websites and Other Threats
- Is Beunst.com Legit or a Scam?
- Is Bo-shopify.com Legit or a Scam?

READ MORE

## Help & Info

- Scam Alerts
- Learn about Scams
- Reliable Sites
- Advice for Companies
- Research & Reports
- Global Scam Country Guide

SEE ALL

## Scam Trends

- Binance Holdings PayPal Invoice, UPS, iCloud, Costco, Walmart, & Kohl's— Top Scams and Phishing...
- "Suspicious Account Activity" Scam Reported to Amazon in 20+ Countries
- How Scammers are Using Voice Clones to Scam Millions

READ MORE

## Facts about superficiak.com

**Key facts**

**Domain age**
10 months from now

**WHOIS data**
hidden

**Company data**

**Address**
guang dong

**Country**
CN

**E-mail**
https://whois.aliyun.com/whois/whoisform

**Website data**

**Website**
superficiak.com

**Redirecting from website**
www.youngfight.com

**Title**
Superficiak

**Domain age**
10 months from now

**Website Speed**
Average

**SSL certificate valid**
valid

**SSL type**
Medium - Organization Validated Certificates (OV SSL)

**SSL issuer**
Cloudflare, Inc.

**WHOIS registration date**
2022-11-08

**WHOIS last update date**
2022-12-01

**WHOIS renew date**
2023-11-08

**Tags**
Brands, Registration Possible, Helpdesk, Industry - Shopping, Scam Identifiers, Payment Methods - Reliable, Language - English

Owner
Administrator
Technical Contact
Server
Registrar
Server name

**Related domains**

Click here to find out which domains are on the same server as superficiak.com

Powered by Domain Crawler

### Is this your website?

If you own this website you can update your company data and manage your reviews for free.

CLAIM WEBSITE

### About this report

The rating of superficiak.com has been viewed 12 times.
First analyzed: 2022-12-05 01:05:03. Last updated: 2023-09-22 00:16:25


© 2023 Scamadviser