# Exhibit

# 4

# Amgo Technology Co., Limited

# Arngt(amgo) Technology Co., Limited

Having a bad experience with Arngt(amgo) Technology Co., Limited? Our team helps make a claim!



## Arngt(amgo) Technology Co., Limited Reports & Reviews (15)

### SCAM COMPANY



### Do not order from this company you will be sorry

### Cross Body Bag

### Didn't get my item!!!



### Scam or products

### Do not purchase anything from this so called company!!!!

### SCAMMERS

### Never received the product!!!

### Silver ring





## Report Arngt(amgo) Technology Co., Limited

Cookies help us customize the PayPal Community for you, and some are necessary to make our site work. By browsing this website, you consent to our use of cookies. Learn more

**Accept**   **Reject**

Welcome ⌄   PayPal Help Community ⌄   MTS Community ⌄   The Archives ⌄

All community ⌄   | Search all content   🔍

**Log in to Ask the Community**   **Log in to Help the Community**

You are viewing the PayPal Community Archives. This content may be old or outdated. Leave the Archive   ✕

PayPal Community > PayPal Help Community Archives > Security and Fraud Archives > Need email address for ==amgo technology co== limited

Topic Options ⋮

# Need email address for ==amgo technology co== limited

**Bpangel777**
New Community Member

Options ⌄

Posted on Dec-14-2021 10:29 AM

I need a tracking number for an order placed have not received one..I cannot find a contact info on their Chinese website.please help ..if anyone has an email address please send thank you Merry Christmas Barbara

Buyer Protection    Disputes & Chargebacks

**Login to Me Too**

👍 | 1 Kudo

**Login to Reply or Kudo**

---

## 1 REPLY

All forum topics   ‹ Previous Topic   Next Topic ›

**kernowlass** 🔴
Esteemed Advisor

Options ⌄

Dec-16-2021 04:20 AM

@Bpangel777

**How do I open a dispute with a seller when a purchase goes wrong?**

You can open a dispute in the Resolution Centre of your PayPal account within 180 days of payment if:
•You don't receive the item OR service
•You receive an item but it's significantly different than the description on eBay or on the seller's website (or you receive a totally different product).

By opening a dispute, you can communicate directly with your seller to work out a problem transaction.

If you reach an agreement with the seller you can close the dispute. If you're still not happy with the result, you can escalate the dispute into a claim. PayPal will review the claim and decide on reimbursement.

These steps apply to Personal accounts. If you have a Business account, please log in to see the steps that apply to you.

To open a dispute:
1.Log in to your PayPal account.
2. Click on the transaction and use the resolve a problem option at the bottom of that details page.

Note:
•Generally buyers must wait at least 7 days from the date of payment to escalate a dispute for an item not received
•Where an item has not been received, please ensure you have given the seller enough time before opening a dispute

Do not close the dispute until you have a refund or your item.
If a seller states that they can't refund until you have closed the dispute don't believe them.
Escalate the dispute to a claim within 20 days (before it times out), if you need Paypal to get involved.

**If you lose because the seller provides a fake tracking number then post back here for more advice.**
**If the item arrives and its not what you ordered / not as described then make sure you change the dispute quickly from non receipt. If the dispute times out before you can change it then contact customer services to open a second dispute for the new reason.**

**Activate the below link in case you have to return the item at Paypals request (or the correct one for your country as this is the U.S link).**
https://www.paypal.com/us/webapps/mpp/returns

If that does not work then if you funded your paypal payment via a card then contact your card issuer and see if they will issue a chargeback.

Advice is **voluntary**.
Kudos / Solution appreciated.

**Login to Me Too**

👍 | 1 Kudo

**Login to Reply or Kudo**

---

### Haven't Found your Answer?

It happens. Hit the "Login to Ask the community" button to create a question for the PayPal community.

**Log in to Ask a Question**

## Related Content

**Permanent account limited**
in Security and Fraud Archives Mar-16-2023

**Account limitation - Can't verify address document**
in Security and Fraud Archives Mar-08-2023

**Permanently limited account because age when create account**
in Security and Fraud Archives Mar-07-2023

**Negative Balance help**
in Security and Fraud Archives Mar-01-2023

**paypal is requesting a bank statement, i do not have a bank account.**
in Security and Fraud Archives Feb-27-2023

### Related articles in the PayPal Help Center

We found some related articles in our Help Center that might help you. Check them out!

• How do I add, remove or update an email address on my PayPal account?
• How do I confirm my email address?
• I didn't receive the email to confirm my email address.
• What email address should my customers use to send payments?
• How do I add, change, or remove a street address on my PayPal account?

---

🅿 **PayPal**   Help   Contact Us   Security   Fees

© 1999-2023 PayPal, Inc. All rights reserved.   Privacy   Legal   Policy Updates

The money in your balance is eligible for pass-through FDIC insurance.
The PayPal Cash Mastercard is issued by The Bancorp Bank pursuant to a license by Mastercard International Incorporated. The Bancorp Bank; Member FDIC.

Top ⌃

Powered by
Khoros 

**Log in to Ask a Question**

# Banbain Trade Co., Limited

Ito ang nCache ng https://www.bbb.org/scamtracker/lookupscam/656995 ng Google. Isa itong snapshot ng pahina bilang paglitaw nito sa 28 Set 2023 15:42:17 GMT. Ang kasalukuyang pahina ay maaaring nagbago sa pansamantala. Dagdagan ang nalalaman.

**Buong bersyon**    **Bersyon ng panteksto lamang**    **Tingnan ang source**

Tip: Upang mabilis na mahanap ang iyong termino para sa paghahanap sa pahinang ito, pindutin ang Ctrl+F o ⌘-F (Mac) at gamitin ang find bar



# BBB Scam Tracker

<

Back to search

This content is based on victim and potential victim accounts. Government agencies and legitimate business names and phone numbers are often used by scam artists to take advantage of people.

Share and help us warn others

## Description

Ordered a Christmas Elf Kit on October 24th through a Facebook ad from Banbain Trade Co. They send fake tracking emails from an email bi-weekly to avoid having to refund via PayPal because PayPals rebuttal is "it's in transit with shipping" but it's actually not. I emailed them twice. The second to last shipping email stated the package was in "Charlotte, USA" on Nov 22 and then when I filed a claim through PayPal they sent a totally different tracking website stating the packing was just leaving China (Dec 9).

**Dollars Lost**
$64

**Scammer Information**

Unknown Location

bbintradeco@163.com

Unknown Phone Number

Unknown URL

**Date Reported**
December 9, 2022

**Targeted Person's Location**
IN, USA- 46151

**Scam Type**
Online Purchase

Learn More

**Business name**
Unknown

**Scam ID**
656995

---

## Similar to your experience?

If you find a scam ID that matches your experience, tell us what happened and share the information you have.

[I Experienced This Too]

## Media or law enforcement?

[Inquire About This Report]

## Wish to dispute this scam report?

[Contact BBB]

# Danceage Network Limited

Cookies help us customize the PayPal Community for you, and some are necessary to make our site work. By browsing this website, you consent to our use of cookies. Page 8 of 27

Accept    Reject

All community    Search all content    🔍

Log in to Ask the Community    Log in to Help the Community

New to the community? Welcome! Please read our **Community Rules and Guidelines**.    ✕

It's here! Welcome to your new Community    ✕

PayPal Community  ›  PayPal Help Community  ›  Security and Fraud  ›  Danceage Network Limited is a Scam

Topic Options ⌄

# Danceage Network Limited is a Scam

### Related Content

✔ Go to solution

No help
in Security and Fraud Sep 01 2023

move to other country
in Security and Fraud Sep 2023

ZERO-MIRACLE NETWORK LIMITED
in Security and Fraud Sep 2023

Permanent Limitation On Account, No reason given.
in Security and Fraud Sep 2023

Has anyone ever had any dealings with a company called Zero miracle network limited
in Security and Fraud Jul 17 2023

**ReginaCarson** ⭐
Contributor

Options ⌄
Posted on
Jan 06 2021 05:28 AM

I purchased an item from this company that never was delivered to my mail box. This company provide a tracking number to the Pay Pal saying that the product was delivered. I never received any email from this company providing me the tracking number, Pay Pal closed the case in favor of the company that provided a false information. I'm a long time Pay Pal customer and I had no reason to lie about this matter. Never buy anything from Danceage. They announce in Facebook, be careful with their fake sales.

Disputes & Chargebacks

**100 people had this problem.**

Log in to Me Too

👍 1 Kudos    Login to Reply or Kudo

## 1 ACCEPTED SOLUTION

All forum topics  ‹ Previous Topic    Next Topic ›

**kernowlass** 🔴 PayPal
Esteemed Advisor

Options ⌄
Jan 06 2021 06:03 PM

✔ @ReginaCarson

APPEAL

To submit an appeal on the dispute that was closed, PayPal asks that you obtain a detailed report from the shipper/courier (on their letterhead or some other form of official stationery) that includes the address the seller gave them for the shipment. Or one that includes a statement mentioning your address and saying the item was delivered to a different address. Check tracking in below link to see where it went.

https://www.17track.net/en

When you have that, contact PayPal via phone (log on to your account and click Contact at the bottom of the page, however that may not be an option at the moment due to covid, or via Facebook send a Private Message to PayPal or via Twitter send a Direct Message to @AskPayPal and say you want to appeal the denial of the dispute based on the shipper saying the item was delivered to a different address. Once it's submitted (you will be provided with directions on how to do that), the dispute will be reviewed further and a determination will be made.

**You also have the option to contact your card Issuer if you funded your paypal payment that way and see if they will do a chargeback for you.**

Advice is **voluntary.**
Kudos / Solution appreciated.
**If people found this solution to be helpful.**

View solution in original post

Log in to Me Too

👍 2 Kudos    Login to Reply or Kudo

## 34 REPLIES

✔

**kernowlass** 🔴 PayPal
Esteemed Advisor

Options ⌄
Jan 06 2021 06:03 PM

✔ @ReginaCarson

APPEAL



When you have that, contact PayPal via phone (log on to your account and click Contact at the bottom of the page, however that may not be an option at the moment due to covid, or via Facebook send a Private Message to PayPal or via Twitter send a Direct Message to @AskPayPal and say you want to appeal the denial of the dispute based on the shipper saying the item was delivered to a different address. Once it's submitted (you will be provided with directions on how to do that), the dispute will be reviewed further and a determination will be made.

**You also have the option to contact your card Issuer if you funded your paypal payment that way and see if they will do a chargeback for you.**

Advice is **voluntary.**
Kudos / Solution appreciated.
**If people found this solution to be helpful.**

Log in to Me Too

👍 2 Kudos    Login to Reply or Kudo

**mmurph** ⭐
Contributor

Options ⌄
May 26 2021 03:07 PM



Log in to Me Too

👍 5 Kudos    Login to Reply or Kudo

**MamaSoReal** ⭐
Member

Options ⌄
Aug 02 2021 06:00 PM



Log in to Me Too

👍 0 Kudos    Login to Reply or Kudo

**Laurie44** ⭐
Member

Options ⌄
Nov 28 2021 06:03 PM

I ordered the fairies for my pool as well and never received them. The company continued to send me emails with false links for tracking.

Log in to Me Too

👍 0 Kudos    Login to Reply or Kudo

**textcarl** ⭐
Contributor

Options ⌄
Jan 08 2021 09:51 PM



Log in to Me Too

👍 2 Kudos    Login to Reply or Kudo

**Mealybug17** ⭐
Contributor

Options ⌄
Jan 07 2021 05:42 PM



Log in to Me Too

👍 0 Kudos    Login to Reply or Kudo

**MarionF50** ⭐
Contributor

Options ⌄
Mar 20 2021 07:16 PM

I received my "order" but instead of travel glass it was plastic from a mould. I'm disputing this transaction with PayPal.

Log in to Me Too

👍 0 Kudos    Login to Reply or Kudo

**MJMRN**
New Community Member

Options ⌄
Sep 04 2021 11:02 AM



Log in to Me Too

👍 0 Kudos    Login to Reply or Kudo

**grampaoracle**
New Community Member

Options ⌄
Apr 06 2021 01:06 AM



Log in to Me Too

👍 0 Kudos    Login to Reply or Kudo

‹ Previous page    1    **2**    3    4    Next page ›

### Related articles in the PayPal Help Center

We found some related articles in our Help Center that might help you. Check them out!

- Why is my PayPal account limited?
- How do I spot a fake, fraudulent, or phishing PayPal email or website?
- How do I remove a limitation from my account?
- What should I do if my account becomes limited because I did not provide the requested 1472.A introduction?
- How to spot online shopping scams

### Haven't Found your Answer?

It happens. Hit the "Log in to the community" button to create a question for the PayPal community.

Log in to Ask a Question

**PayPal**    Help    Contact Us    Security    Fees

Privacy    Legal    Policy Updates

© 1999-2025 PayPal, Inc. All rights reserved.

The money in your balance is eligible to pass-through FDIC insurance.
The PayPal Cash Mastercard is issued by The Bancorp Bank pursuant to a license by Mastercard International Incorporated. The Bancorp Bank; Member FDIC.

Powered by
Khoros ⌄

Log in to Ask a Question

⌃ Top

# Giske Network Technology Co., Limited

Home | PayPal scams

**Scam using Paypal** : giske21@outlook.com Giske Network Technology Co., Limited

## SUSPECTED SCAM!

☆ Follow this report

| | |
|---|---|
| Date | 03/15/2023 |
| Fraudulent email | giske21@outlook.com |
| Pseudonym | Giske Network Technology Co., Limited |
| Url / Website | https://www.ltddir.com/company?utm_source=giske-network-technology-co-limited |
| |  Scamdoc Trust Score | ⚑ Contact / Whois info |
| Scam contents | Magnetic Mini GPS Locators (Buy 3 get extra 15% off free shipping) |
| Comment / Review | The reviews on Scamwatch are appalling and PayPal should dump this company asap. How many buyers are to be scammed out of their money before this happens? |
| Attachment(s) | |
| Other references |  giske21@outlook.com | Giske Network Technology Co., Limited... |
| More info + | 🖼 What to do in case of a scam? |
| Related search(es) | PayPal |

---

**9 COMMENTS**   CREATE A PRIVATE GROUP

*Reviews and comments left by Internet users are sorted in chronological order and are not checked a priori*

**Sue** 03/24/2023 at 06:34 AM
I got caught by a mother's Day card advert b/c luckily PayPal instantly refunded me

They clearly know the company is a scam yet allow payments to go to them. I'm wondering if PayPal are losing the money they are refunding?
0
Reply

**Wilma Wilson** 04/07/2023 at 01:53 AM
I ordered from Giske network technology how can I get my

money back.
0
Reply

**Danielle** 04/12/2023 at 09:43 PM
*This comment is written in a different language from the report. It is hidden for comfort reasons*

Click here to view it anyway...
0
Reply

**N** 05/12/2023 at 07:16 PM
I've just raised with PayPal about this company., hopefully I get a refund!
0
Reply

**mojo** 06/06/2023 at 11:34 PM
I ordered from Enlighteny.com & thought is was UK based but when i got order confirmation it came up with Giske network Technology.I checked my Paypal account & it also had this name on it.Also they had taken more money than cost of item
I then got tracking email & item coming from USA !!
I called Paypal & they have refunded whole cost
0
Reply

**Bama** 06/14/2023 at 07:58 PM
I ordered from this company, unfortunately was not satisfied with product, the only contact is PayPal customer service, their response is well it's what you ordered so oh well.
beyond frustrated
0
Reply

**SKT** 08/29/2023 at 06:30 PM
I ordered from this company they refused to give me a return address eventually opened dispute with Paypal and money was refunded however now DPD cannot deliver the parcel and I cannot get a telephone number to pass on to DPD. Returned the item which cost more than the postage as I couldn't wear it better have some more money back than just something hanging in the wardrobe. Paypal needs to block this company
0

> **Jilly D** 09/06/2023 at 07:41 PM
> Hi, I am in dispute with this company and they have given me an address to return to - would it be possible to know which address you were given so I can see if it's the same? I don't want to pay for return if it's a non existent address.
> I've been given a number on
> Pat Tat Street, Yau Ma Tei, Yau Tsim Mong District Hong Kong,
> Reply

**Jilly** 09/01/2023 at 12:40 PM
Ordered from this company. Ad said 100% guaranteed refund if unsatisfied for any reason. Product used was inferior quality and unsuitable. Contacted them - they suggest giving to a friend and refuse to give refund or send details on how to return. Reported to PayPal. How can this company still be affiliated with PayPal when obviously dodgy?
0
Reply

**Leave a comment** *

[ Add an image (optional) ]

**Name / Nickname** *                    **Email Address** *

☐ Be notified of new comments on this page (you should be logged in)

[ ☐ I'm not a robot   reCAPTCHA ]          Your comment will be added
                                          just after your validation
                                          [ Leave a comment ]

---

### Scam Watcher
**United against scams**

[ REPORT AN INTERNET SCAM ]
Emails, Ads, fraudulent website...

[ REPORT A PHONE SCAM ]
Call or SMS received, voice messaging...

**MOST SEEN REPORTS**

1. **COSMOR TUMBLR PTE.LTD. | Sca...**
have not received order or heard from company. Has been two weeks.

2. **Support@irture.com | +1220200709...**
I thought I was purchasing a guitar. I should've checked first. But got scammed for $55.85. Get...

3. **Anisha D'Costa | Scam using Paypal**
When I looked at the invoice there was no tax added.

**LAST COMMENTS**

**Diane Pry** 10/03/2023 at 10:01 AM
I purchased 3 pairs of ladies shoes that are supposed to be Skechers and they are worthles...

**Judi** 10/03/2023 at 07:03 AM
I have found a charge from Lamoon on my bank statement. I have not purchased anything from...

**Dianne Loflin** 10/03/2023 at 04:45 AM
Hello I ordered two pairs of ladies shoes which were supposed to be Skechers in a Size 10. I lo...

**Ghosted** 10/03/2023 at 03:28 AM
Same Here. Ordered a watch from what looked like a legit company on Facebook. They sent m...

**Lyndy** 10/02/2023 at 09:36 PM
I too ordered Bras from this company that have not arrived. I'm guessing that after reading thes...

**R. Hill** 10/01/2023 at 09:14 AM
I was also scammed and charged by this company without my knowledge or permission;...

---

### Scam Watcher

**SCAMWATCHER**
About us
User guide
Legal notices
Cookies

**COMMUNITY**
Sign Up
Log In
Terms of use
Community charter

**SERVICES**
Report a scam
Information / Advice
Ask a question
Test a website

**FOLLOW US**
Facebook
Twitter

**LANGUAGE SELECTION**
🇺🇸 English

Cookies help us customize the PayPal Community for you, and some are necessary to make our site work. By browsing this website, you consent to the use of cookies. Learn more



All community ∨ | Search all content | 🔍

Log in to Ask the Community | Log in to Help the Community

New to the community? Welcome! Please read our Community Rules and Guidelines | ✕

It's here! Welcome to your new Community | ✕

PayPal Community > PayPal Help Community > Security and Fraud > Anyone else scammed Giske Network Technology LLC

Topic Options ∨

## Anyone else scammed Giske Network Technology LLC

👤 **EekaLJ** ⚬
Contributor

Options ∨
Apr 26 2022 03:49 PM

I purchased from this company &amp; was given a fake tracking number. After I started a dispute they finally shipped my product. It was nothing like the description or picture. They offered a full refund if I return the item to ship it back to China it will cost more than the product. My dispute was denied.

🏷 Buyer Protection | 🏷 Disputes &amp; Complaints

**37 people had this problem.**

👍 12 Kudos | Login to Me Too | Login to Reply or Kudo

**81 REPLIES**

All forum topics | ‹ Previous Topic | Next Topic ›

---

👤 **KatzT7** ⚬
Member

Options ∨
May 20 2022 05:01 PM

I purchased the watering can none light set. I approved the amount of $44.95 through PayPal &amp; after the charges came through it was for $55.21. They had ordered $10 for to be. I live in a state where there is no sales tax so I emailed them immediately TWICE the first just stating that there was no sales tax &amp; the second with a copy of reciept. With an error in my state &amp; yes in the tax amount that I never that they never made it the reason I purchased them because of the price &amp; there was a discount to boot. I got it to think that if they cannot never have purchased them because when I started a dispute. Do NOT BUY PURCHASE FROM THIS COMPANIES. DO NOT BUY PURCHASE FROM THIS COMPANIES

May 16, 2022 I've got to receive a response from there neither too PayPal. DO NOT PURCHASE FROM THIS COMPANIES

👍 2 Kudos | Login to Me Too | Login to Reply or Kudo

---

👤 **Jilly0123** ⚬
Contributor

Options ∨
May 20 2022 04:03 AM

I believe that your State Attorney General would be interested in the collection of total cases when there are more in your state. That's a fraud. Refer to my previous post and contact the FTC and your State Attorney General. Let's at least get them!!

👍 1 Kudo | Login to Me Too | Login to Reply or Kudo

---

👤 **Ripped off!!!!** ⚬
Contributor

Options ∨
Nov 20 2021 04:41 AM

Yes, that is what needs to be done because they are getting away with it. Disappointed in PayPal that they seem to be doing nothing about it and continue to do business with Giske Technology!

👍 4 Kudos | Login to Me Too | Login to Reply or Kudo

---

👤 **KatzT7** ⚬
Member

Options ∨
May 20 2022 04:55 PM

I'm one of the so I phoned my complaint repeatedly. I did purchase my item off of facebook &amp; yes I sure won't it through the PayPal dispute process. I also immediately emailed the company &amp; have gotten no response my next step is going to go through my bank fraud protection division. And I known that this was a company in China instead of the US I wouldn't have made the purchase.

👍 4 Kudos | Login to Me Too | Login to Reply or Kudo

---

👤 **Nomleani** ⚬
Contributor

Options ∨
May 20 2022 04:54 AM

I was scammed. Ad on Facebook for a lovely necklace for my daughter. Such a deal for her directly. She had no idea it was from me so cool see!! Think your Buds!! Instead of from your mom. It was also so hideous that my daughter thought it was fake and from somebody!!

I opened a dispute - tracking emails kept saying necklace was coming from United States. When I contacted the seller Giske Network Technology, I was told which only given it item returned at my expense - to China! I explained all of this in my dispute via emails and the picture so apparently I didn't consider until tracking information. Supposedly for the return of this crap/piece of crap.

I am still trying to get a refund. I even contacted the business saying that was on the TM ad to alert them that someone was using their website business name as a scam front. But I got no reply from them either. That business name was Romantic/found.com

I have enclosed copies of the item & something.

👍 3 Kudos | Login to Me Too | Login to Reply or Kudo

---

👤 **Ripped off!!!!** ⚬
Contributor

Options ∨
Nov 20 2021 04:57 PM

I have escalated case with PayPal only to receive an email saying the company would issue a full refund but would not cover return shipping charges. Not acceptable! If PayPal doesn't do anything about it I guess my next step is to file a fraud complaint with my credit card company.

👍 1 Kudo | Login to Me Too | Login to Reply or Kudo

---

👤 **kerncielass** ⭐⭐⭐
Esteemed Advisor

Options ∨
Nov 21 2021 03:22 AM

@Ripped off!!!!

Your credit card would be your best option then because...

In the event of a dispute you choose your seller and will PayPal as you need to bear in mind possible return trackable costs before you go ahead and buy from that seller. I mainly.

Paypal state this >>

IMPORTANT! You may be required to return the item to the seller or other party (or spend) as part of the settlement of your claim. PayPal Buyer Protection does not entitle you to reimbursement for the return shipping costs that you may incur.

You also have the option to do a chargeback via your own issuer instead of a Paypal dispute if you funded any Paypal payment via a credit card.

Advice is voluntary.
Kudos / Solution appreciated.

👍 1 Kudo | Login to Me Too | Login to Reply or Kudo

---

👤 **Ripped off!!!!** ⚬
Contributor

Options ∨
Nov 21 2021 04:01 PM

Yes, it's looking like credit card issue May be the next step. I'm still going to reply to PayPal letting them know that I will not agree to pay for return shipping. The resolution process with PayPal is still open so... we'll see what happens next. Thank you.

👍 1 Kudo | Login to Me Too | Login to Reply or Kudo

---

👤 **Greg1963** ⚬
New Community Member

Options ∨
May 20 2022 07:18 AM

I also got a fake tracking number and I believe a fake website that was like the one I ordered from. But I was in a tracking shelfless as if it was delivered it would have been safe. I've talked to a refund from Giske cash, she sale to company not a company but I can't seem to match with PayPal and no insurance yet. I'm also calling my credit card company to report fraud through PayPal.

I would NOT buy anything from Giske Technology they seem to be scammers and unwilling to get involved when something goes wrong. Stealing the purity it appears many have similar issues.

👍 3 Kudos | Login to Me Too | Login to Reply or Kudo

---

👤 **Jilly0123** ⚬
Contributor

Options ∨
May 20 2022 04:06 AM

I am asking everyone to file a complaint with the FTC and with your state Attorney Generals office. It is all online and if you start with the FTC does that's what subjected too they keep a record of complaints. They also have a lot of menu state's list and a link to report companies. It is all online and easy. LET'S GET THESE GUYS. I have contacted me State as well as for that in the return mailing address.

👍 3 Kudos | Login to Me Too | Login to Reply or Kudo

---

‹ Previous page | 1 | 2 | 3 | Next page › 

## Haven't Found your Answer?

It happens. Hit the "Login to Ask the community" button to create a question for the PayPal community.

Login to Ask a Question

---

**PayPal**

Help | Contact Us | Security | Fees

© 1999-2021 PayPal. Inc. All rights reserved.

The review is your opinion is eligible for pass through PayPal insurance.
The PayPal Cash Mastercard is issued by The Bancorp Bank pursuant to license by Mastercard International Incorporated. The Bancorp Bank; Member FDIC.

Login to Ask to Ask a Question

▲ Top

Powered by Khoros




# Husdow Technology Co.,Limited

Cookies help us customize the PayPal Community for you, and some are necessary to make our site work. By allowing this website, you consent to the use of cookies. Learn more

Accept    Reject



All communities ✓   Search all content    🔍

Log in to Ask the Community    Log in to Help the Community

New to the community? Welcome! Please read our **Community Rules and Guidelines**    ✕

It's new! Welcome to your new Community    ✕

PayPal Community · PayPal Help Community · Security and Fraud · **Husdow Technology company**    Topic Options ✓

# Husdow Technology company

Encasa_ ✓
Contributor
Options ✓
Posted on
Jan 17 2022 05:45 PM

I can't find an email address or an order form and I would really like to return this item that ended up costing 90 Canadian dollars. My bad does anyone have an email address? I think it's the same company so shopping technologie.

Buyer Protection    Disputes & Complaints

Log in to Me Too    0 Kudos    Login to Reply or Kudos

### 18 REPLIES

Widoweb ✓
Contributor
Options ✓
Jan 18 2022 03:06 AM

All I can tell you is that when I received my package it was from a company called Jane in New Jersey. I did some research on google and they are also a fraud. Even the tracking company for most package was fake. When tracking it since it was taking so long it said it was coming out of Austria! It was coming from New Jersey. Good luck.

Log in to Me Too    0 Kudos    Login to Reply or Kudos

Ice_67
New Community Member
Options ✓
Jan 27 2022 09:06 AM

Their standard replies:
"But as our warehouse detailed, the product they sent to you is correct according to your order.
So sorry for the inconvenience but they do not fit you. Will it be possible to give them to others?"
They are superior in quality and reasonable in price, and also have been in top order in our store for many years."

"But as we checked the size we sent to you is correct according to your order.

Or maybe you can give it to your friends or family members as gifts.
They will love it!
Kind understanding should be highly appreciated."

"Thanks for your reply.

As our warehouse checked, the product we sent to you is correct indeed.
If you would like to return, the shipping fee may be very expensive to you,
So how about we refund you $$$$ as compensation and you keep the products?"

Log in to Me Too    0 Kudos    Login to Reply or Kudos

Jekall ✓
Contributor
Options ✓
Jan 05 2022 03:16 PM

I ordered 2 pairs of yoga pants from this company a month ago (2/29/2021). I am receiving regular updates on its shipping until the 15th of June, then nothing. I have written emails and received apologies but no updates. I've filed a complaint with PayPal. I think this company is a huge scam and I'm out $40.00. Has anyone had any success with PayPal complaints against this company?

Log in to Me Too    1 Kudo    Login to Reply or Kudos

kernowlass
Esteemed Advisor
Options ✓
Jun 05 2022 03:15 AM

Edited

Another id how?

**Choose Web Sites or on Social Media ads easy to spot once you know the below signal as those features**

1. No return address on the return policy. The site will look as if in your country where they despatch goods from but they will ask for return to go back to China returns depot at a shipping cost often more than the item is worth.
2. No contact telephone number, if you click on contact the 'email you will get is ignored or an email address.
3. Nearly company address information.
4. Great pictures of items at bargain prices that turn out to be tat.
5. Fake reviews.
6. Google and you can often see previous company names as they change them once enough negative reviews come through clearer still in and Paypal ship them using their services and start over.
7. Send fake tracking numbers to con item non receipt of item claims.

How do I open a dispute with a seller when a purchase goes wrong?

You can open a dispute in the Resolution Centre of your PayPal account within 180 days of payment if
• You don't receive the item OR service
•You receive an item but it's significantly different from the description as you receive a totally different product.

By opening a dispute you can communicate directly with your seller to work out a problem transaction.

If you reach an agreement with the seller you can close the dispute. If you're still not happy with the result, you can escalate the dispute into a claim. Paypal will review the claim and decide on reimbursement.

These steps apply to Personal accounts. If you have a Business account, please log in to see the steps that apply to you.

To open a dispute
1.Log in to your PayPal account
2.Click on the transaction and use the resolve a problem option at the bottom of their details page.

Note:
•Generally buyers must wait at least 7 days from the date of payment to escalate a dispute for an item not received
•Where an item has not been received, please ensure you have given the seller enough time before opening a dispute.

Do not close the dispute until you have a refund in your item.
It is safer claim that then can't refund and you have closed the dispute don't bother.
Escalate the dispute to a claim within 20 days (before it times out, if you need Paypal to fund it remember)

If you close because the seller promises a fake tracking number then cant bad have to start again.
If the item arrives and its not what you ordered / not as described then make sure you change the dispute quickly then not escalate if the dispute times out before you can change it then contact customer services to open a second dispute for the new reason.
If the item not arrive then if you funded your paypal payment via a card then contact your card issuer and see if they will issue a chargeback.

Advice is voluntary.
Kudos / Solution appreciated.

Log in to Me Too    0 Kudos    Login to Reply or Kudos

AlwaysDoItRight ✓
Contributor
Options ✓
Jun 05 2022 07:23 PM

I, too, ordered a pair of cargo pants on May 27th, and soon after I changed my mind, so I sent it a request to cancel/unsubscribe which was May 28th. The customer service team, which no one was said their personal name so they do not want to be known because they are not legit, stated back to tell me "it's too late" when I know that the package was NOT sent out yet because that's what they told me. No, they kept on hard to convince me that the product will be great, and I would see them. The shipment took over a month, and when they finally arrived I did not like any of it. So I contacted the customer service team again, asking for the procedure on how to return them for refund. I told them that I don't want all the item they sent me, but what I received so I requested to cancel the order before I received the item. I got all that replying back saying they hurt their products are great, and they had a nerve to ask me to give them away to friends and family, and because I could use them. Cool, it is NOT my responsibility to find someone to give them to or sell to, and second, I want my money back for something I would not use. So I again, I requested to the procedure on how to return which they replied "So sorry but the production (or factory) made the item" Then NEVER replied back to discuss the procedure, so I opened a dispute.

So I have put filed a dispute. If they want the pants back, they can come get them as far as I am concerned. I wish I had read your review about the company before I even made my order. I am losing my experience here in that lesson that these products are fronting anything from this company. DON'T.

**Husdow Technology** Limited, does not practice ethics, and they refuse to own their problems. You will find no person's name on the e-mail. This is because they are trying to hide and they cannot stand behind their products and the organization. If there is a practice honesty anything from this company, DON'T.

Log in to Me Too    1 Kudo    Login to Reply or Kudos

AlwaysDoItRight ✓
Contributor
Options ✓
Jun 12 2022 01:48 AM

I tried to ask to provide their return process, but they refused to provide any information except they keep telling me that "our products are great and nothing is wrong". I have filed a dispute via Paypal and my credit card company. I hope you'll get your money back!

Log in to Me Too    0 Kudos    Login to Reply or Kudos

kernowlass
Esteemed Advisor
Options ✓
Jun 12 2022 02:47 AM

@AlwaysDoItRight

Not a good one to open disputes with your card issue and paypal.
As soon as paypal get informed you have opened one with you card issuer they will close you paypal one.
If you card refunds a refund you would then have to option to open a paypal dispute again.

Advice is voluntary.
Kudos / Solution appreciated.

Log in to Me Too    2 Kudos    Login to Reply or Kudos

Elena_rr15 ✓
Contributor
Options ✓
Jun 18 2022 02:58 AM

Does anyone have the website link?

Log in to Me Too    0 Kudos    Login to Reply or Kudos

Widoweb ✓
Contributor
Options ✓
Jun 18 2022 05:09 AM

Here's the problem, when you try to return them, they want to charge you $35 to do so. OR they will give you $5. Yes, that's right $5, and you can keep the piece of crap pants they sent you.
Most were donated to the Goodwill.
Paypal would not stand behind this purchase. I ordered pants, I got pants. What's the problem???

Log in to Me Too    0 Kudos    Login to Reply or Kudos

‹ Previous page    1  [2]  Next page ›

## Haven't Found your Answer?

It happens. Hit the "Login to Ask the community" button to create a question for the PayPal community.

Log in to Ask a Question

### Related Content

Dispute denied
in Security and Fraud Apr 01 2022

How do I stop payment
in Transactions Jan 05 2022

Hong Kong
in Disputes and Claims Apr 09 2021

Anyone else scammed Siske Network Technology Co Limited?
in Security and Fraud Apr 09 2021

### Related articles in the PayPal Help Center
We found some related articles in our Help Center that could help you. Check them out!
• How do I get rid of unresolved cases and won?
• How do I add tracking information to my payment or update an order status?
• How do I return an item to the seller?
• What is the difference between Personal and Business account?
• What is PayPal's approach to privacy and the Privacy Statement?

PayPal
Help   Contact Us   Security   Fees

© 1999-2022 PayPal, Inc. All rights reserved.

Log in to Ask a Question



**Scam Watcher**

United against scams

**REPORT AN INTERNET SCAM**

Emails, Ads, fraudulent website...

**REPORT A PHONE SCAM**

Call or SMS received, voice messaging...

### MOST SEEN REPORTS

 **COSMOR TUMBLR PTE.LTD. | Sca...**
have not received order or heard from company. Has been two weeks.

 **Support@irture.com | +1220200709...**
I thought I was purchasing a guitar. I should've checked first. But got scammed for $ 55.85. Get...

 **Anisha D'Costa | Scam using Paypal**
When I looked at the invoice there was no tax added.



LAST COMMENTS



 **Diane Pry**   10/03/2023 at 10:01 AM
I purchased 3 pairs of ladies shoes that are supposed to be Skechers and they are worthles...

 **Judi**   10/03/2023 at 07:03 AM
I have found a charge from Lamoon on my bank statement. I have not purchased anything from...

**Dianne Loflin**   10/03/2023 at 04:45 AM
Hello I ordered two pairs of ladies shoes which were supposed to be Skechers in a Size 10. I lo...

 **Ghosted**   10/03/2023 at 03:28 AM
Same Here. Ordered a watch from what looked like a legit company on Facebook. They sent m...

 **Lyndy**   10/02/2023 at 09:36 PM
I too ordered Bras from this company that have not arrived. I'm guessing that after reading thes...

 **R. Hill**   10/01/2023 at 09:14 AM
I was also scammed and charged by this company without my knowledge or permission;...

---

Home / PayPal scams

**Scam using Paypal** : shipping@24hservice.vip Husdow Technology Co. Limited

### SUSPECTED SCAM!

☆ Follow this report

| Date | 06/29/2023 |
| --- | --- |
| Fraudulent email | shipping@24hservice.vip |
| Pseudonym | Husdow Technology Co. Limited |
| Url / Website | 24hservice.vip
🛡 Scamdoc Trust Score | 🌐 Contact / Whois info |
| Scam contents | 2 pairs of cargo pants |
| Comment / Review | I ordered 2 pairs of cargo pants on May 6th. I made 4 payments of 32.48 through PayPal. On June 6th was the last emailed update I received from 24hservice.vip that the parcel was in Indianapolis. I have emailed 3 times since then and have been told that the parcel is still in transit. I have requested and not received a refund or the package. |
| Other references |  24hservice.vip | I was interested in learning more about this service. But...    24hservice.vip | Complete rip off. Fraudulent company providing shoddy goods. |
| More info + | What to do in case of a scam? |
| Related search(es) | PayPal |

**COMMENT**   CREATE A PRIVATE GROUP



Leave a comment *

⊕ Add an image (optional)

Name / Nickname *

Email Address *

☐ Be notified of new comments on this page (you should be logged in)

☐ I'm not a robot   reCAPTCHA   Privacy - Terms

Your comment will be added just after your validation

**Leave a comment**

---



**SCAMWATCHER**
About us
User guide
Legal notices
Cookies

**COMMUNITY**
Sign Up
Log In
Terms of use
Community charter

**SERVICES**
Report a scam
Information / Advice
Ask a question
Test a website

**FOLLOW US**
Facebook
Twitter

**LANGUAGE SELECTION**
  English

# Encouragey

Reviews · 3.3



# Sonzea Trading Co., Limited





# Starcraft Network Limited

Page 20 of

# Scam Watcher
United against scams

REPORT AN INTERNET SCAM
Emails, Ads, Fraudulent websites...

REPORT A PHONE SCAM
Call at 0495 564444, voice messaging...

## MOST SEEN REPORTS

COSMOR TUMBLR PTE LTD | Sca...
have not received order or heard from company. Has been two weeks.

Support@izfurn.com | +122020070f...
I thought I was purchasing a guitar. I should've checked first. But got scammed for $59.95. Got...

Amriha D'Ccoix | Scam using Paypal
When I looked at the invoice there was no tax added.

## LAST COMMENTS

Diane Pry — I purchased 3 pairs of ladies shoes that we supposed to be Skechers and they are terrible...

Jodi — I have found a charge from Lamson on my bank statement. I have not purchased anything from...

Dianne Loltin — Hello I ordered two pairs of ladies shoes which were supposed to be Skechers in a Size 10. I o...

Ghosted — Same Here. Ordered a watch from what looked like a legit company on Facebook. They sent m...

Lyndy — I ordered from this company that have not arrived...

R. Hill — I received an item and charged by this company without my knowledge or permission...

---

Home › PayPal scams

**Scam using Paypal** · support@positivence.com Starcraft Network Unlimited

## SUSPECTED SCAM!

☆ Follow this report

| | |
|---|---|
| Date | 06/08/2021 |
| Fraudulent email | support@positivence.com |
| Pseudonym | Starcraft Network Unlimited |
| Url / Website | positivice.com |
| Scam contents | rechargeable Digital Nova ZX-1 with Bluetooth Hearing Aids |
| Comment / Review | has me and 2 bills one from Positivence $79.98 Plus shipping insurance $1.58 total $80.56 payment method Pay Pal but was charged to debit card Visa $80.56 Starcraft Network Unlimited $80.56 USD Tax $12.08 USD total $93.64 USD will show as paid Pay Pal+HMRJMP Paid by debit card Visa |
| More info + |  What to do in case of a scam? |
| Related search(es) | PayPal... |

**19 COMMENTS** · CREATE A PRIVATE GROUP

Reviews and comments left by internet users are sorted in chronological order and are not checked a priori

### Summary

**Judge Dredd** 02/07/2021 at 01:50 PM
Users have reported a suspected scam related to the Starcraft Network Unlimited and their website, positivice.com. Customers have experienced issues with receiving their orders, poor product quality, and inadequate customer service. Many users have received only partial shipments or products that did not match the advertisements.

Customers have attempted to contact the company for refunds or replacements, but have been met with unsatisfactory responses or no response at all. Some users have been able to resolve refunds through PayPal, but others continue to struggle with the process.

Overall, customers express frustration with the lack of communication and the company's apparent disregard for customer satisfaction. Users have labeled Starcraft Network Unlimited as a scam and a company to avoid.

Reply

---

**david larsen** 12/27/2021 at 09:27 PM
I pay to Harley £28.36 on 13 DEC TO PAY PAL MR LARSEN I NOT RECEIVED MYORDERED

Reply

---

**sujto** 03/25/2022 at 01:38 AM
**starcraft network limited** is a bad company. They lie in their advertisements and if you get a product from them.... it will be a cheap junky thing... not at all what they promised or showed you.... they are in hong kong and they dont care!!!

Reply

---

**Sheri** 08/14/2022 at 05:38 PM
I have also been scammed by this apparent company. I purchased a close made from horse shoes ready for my daughter's birthday. I received fake parcel tracking information, I only realised I had been scammed when I realised that it would not take over 2 weeks for my parcel to get from Townsville to south Australia, and then I thought why would anything come in to Australia in Townsville anyway. I feel really stupid, but now I will never order anything I see advertised on FACEBOOK AGAIN, probably not anything online again at all, apparently we CANNOT TRUST ANYONE OR ANYTHING.

Reply

---

**Cat lady 69** 05/29/2022 at 06:30 PM
Horrendous experience with these con artists. Nothing arrived in 6 weeks, totally ignored my correspondence. PayPal refunded me eventually. Total scum

Reply

---

**Blondeau Georges** 12/11/2022 at 06:18 PM
This comment is written in a different language than the report. It is hidden for comfort reasons
Click here to have a view anyway...

Reply

---

**Blondeau Georges** 12/11/2022 at 06:18 PM
This comment is written in a different language than the report. It is hidden for comfort reasons
Click here to have a view anyway...

Reply

---

**Laurice** 01/26/2022 at 12:42 AM
This company is horrendous! I purchased a National lampoon Christmas set in October 2022 and used PayPal for payment. I did not receive the item until a month later and it was only a part of the order. The main house was broken. Took pictures and sent many emails to a long-gorgeous company name which was the company name on the email I received with order confirmation and invoice. They gave me the run around and wanted to send me replacement. I said no since I only received partial shipment and the quality was horrible. I finally received the second part in December. I then filed a dispute through PayPal, after much back and forth messages, the company finally agreed to give me a refund if I sent the products back and paid for shipping. I refused to do this because I'd already paid shipping and I never ordered the broken and 4 items instead of the full piece and 4 came from Ireland. In returning the item, had I paid the shipping I'd have never seen my money again and would probably be out even more money. I had to ship it to Hong Kong which is another long-gorgeous address. I told PayPal I needed the company to upload my shipping label, which I did. Last I heard, the item was attempted to be delivered on January 18th to the address I was given through PayPal. I have not received any refund as yet and received a message from PayPal that they denied my dispute and closed my claim made no sense to me as I did everything I was supposed to do and this company had not. I tried emailing this company and have had no response, so I just sent another message to PayPal trying to file another dispute. I feel like... Read more

Reply

---

**Ness** 01/20/2022 at 02:30 AM
I ordered bras from them. Only received half of the order. Bras were very cheap and nasty. Size completely wrong. Cheap material. No option anywhere to send back for refund. Con artists.

Reply

---

**H. Lof** 04/03/2022 at 05:40 AM
As this lady above. I ordered bras from them. They were cheap and did not fit. There was no chance to return and get a refund. I contacted 3 times. They kept saying I'd ordered the correct size and even said that couldn't I give them to a friend! I am very annoyed. Con Artists. Not a legitimate trader.

Reply

---

**Bonnie Edwards** 03/19/2022 at 01:41 PM
I ordered a " Angel Aura Heart Shaped Rainbow Crystal Cluster - 1 PC" It said seller info "skaOsyWgtkm Co, Ltd. It cost $33.34 total $40.4 LOT of money. however, the thing was total JUNK!!! The picture looked like a shell cut in half, heart shaped, with red crystal type rocks in the middle. What was sent to me was a small half-dome shaped heart nothing like the pic of the item I "won" on the notch!!! You wouldn't even purchase this in the Dollar store!!! I filed with Paypal, which was a joke because if you file a dispute after the credit card company, they will do NOTHING for you!!! I had copies of emails back and forth in which the company team it sent offered me $5, refund, then $6, then $8, then $10.... I said each time the pic picture of this junk to the Capital One Co. They contacted me back and said the company told them they told me there were NO REFUNDS!!! What a bald faced lie. There wasn't any communication between us other than a paypal receipt. Nothing in the box when it shipped either!!! There is nothing on line to check for a web site or rules or anything!!! I am not done with Capital One or Paypal!!!

I have also started checking out websites before ordering when I get it off of Facebook!!! MOST of the sites are scams and Facebook doesn't seem to give a hoot!!!!

Reply

---

**Sue** 05/11/2022 at 03:27 PM
I received my order last week but want to return it back to them as they are nothing like I expected. does anyone know how to contact them to get a refund I paid through PayPal, can anybody help, thanks in advance.

Reply

---

**Dennis** 04/03/2022 at 05:36 PM
These people are nothing but a bunch of scammers I ordered a digital tape measure from them and they sent me some little cheap piece of crap $41 or something like that and they're offering me $5 and keep the one they sent me I already have one like they sent me I don't need another one I want my $41 back and they're giving me crap about it I reported him to PayPal and now they're giving me crap about it now what give back what I stole from them it's an Amazon company they sent somewhere and that address is being used by scammers beware of this company stay as far away from them as you can.

Reply

---

**Cathy** 04/15/2021 at 01:34 PM
I've also been scammed.
Took an extra £4 from my bank that was not authorized by myself waited 2 months for the product so questioned it they told it was lost in the post and they will send me a refund of £11 less than I paid as the parcel was lost Why is this my fault Scam Scam Scam. DO NOT USE THIS COMPANY

Reply

---

**Busy lizzie** 05/07/2021 at 05:59 PM
Within hours of ordering a product from this company from an advert on FB I was hacked .... after reading these comments I guess I won't receive what I ordered if any thing at all ... and they charged more than was advertised.

Reply

---

**Christy** 05/16/2021 at 06:20 PM
I also ordered bras from this company. What a joke. The bras are flimsy no support and do not fit. I requested to return them and have gotten such a runaround. Finally I am offered a $10 refund or a $52 purchase. PayPal needs to step up to the plate since there are so many complaints against this company and not agree to close PayPal is. This is payment method, I'm stuck with these bras, which by the way they also told me to give them to a friend, what friend would want these cheap bras? Lesson learned and I'm out my money.

Reply

---

**annamaria abbat** 04/27/2022 at 09:03 AM
mal inviovato la merce che ho pagato anche più del pattuito

Reply

---

**Heiner** 09/07/2021 at 08:30 PM
This comment is written in a different language than the report. It is hidden for comfort reasons
Click here to have a view anyway...

Reply

---

**Lyndy** 10/01/2021 at 05:09 PM
I too ordered Bras from this company that have not arrived. I'm guessing that after reading these reviews I will likely Not receive them! Why is PayPal still letting this company use them for payment they should be banned after all the negative reviews! It's not good advertising for PayPal & certainly no good for customers to be scammed in this way!

Reply

---

### Leave a comment *

[comment box]

Name / Nickname * _____  Email Address * _____

☐ Be notified of new comments on this page (you should be logged in)

☐ I'm not a robot — reCAPTCHA

Your comment was added after your validation

[ Leave a comment ]

---

**Scam Watcher**

SCAMWATCHER
About us
User guide
Legal Notices
Cookies

COMMUNITY
Sign Up
Log In
Terms of use
Community charter

SERVICES
Report a scam
Information / Advice
Ask a question
Get a website

FOLLOW US
Facebook
Twitter

LANGUAGE SELECTION
🇬🇧 English ▾

# Suzhou Chenghe Network Technology Co., Ltd.



# Vanice Technology Co., Limited

Home | Report a scam | Scam Infos

Login

# Scam Watcher
United against scams

**REPORT AN INTERNET SCAM**

Emails, Ads, fraudulent website...

**REPORT A PHONE SCAM**

Call or SMS received, voice messaging...

**MOST SEEN REPORTS**

**Support@newprestigiousgiveway.n...**
Looked legit. Scammed. Was on FB ... Guy himself... There is a special place for scammers ...

**Customer@mallonlinetop.com | So...**
They provide you with confirmation and tracking details and use tracking website https://www.17-...

**Servicesupport001@mqcontactmail...**
Hi there, i found an interesting offer on Facebook about selling return products from amazon, so i...



ALDO    Discover The Fall Edit
ALDO Philippines

**Work From Home, Earn Up To 6k**

The Highest Paying Work From Home Jobs (See What You Can...)

searchvager.com

**LAST COMMENTS**

**Garnet** 10/03/2023 at 04:22 AM
I ordered 2 tummy reducers marked 2XL. When I tried them on they should have been marked...

**Joy** 10/03/2023 at 03:54 AM
I ordered the sketchers from Instagram. I did get the shoes 20 days later, they are too big and fall ...

**Danielle Mi...** 10/03/2023 at 01:54 AM
Do we not also I ordered a A Coco golf cart and and was told it was going to be delivered to my ...

**Guesty** 10/03/2023 at 10:47 PM
Getting sick ov these scams its mak g me ill

**Maggie** 10/02/2023 at 09:11 PM
I placed an order in July, 2023 and have not received the package. The computer generated...

**Kitty** 10/02/2023 at 07:49 AM
I ordered 3 pair of what I thought was Heydudes and I've never received them. I've emailed them,...

---

Home / Media Scams

**Social Media Scam** : Vanice Technology Co.,Limited

## SUSPECTED SCAM!

☆ Follow this report

| | |
|---|---|
| **Date** | 12/13/2022 |
| **Pseudonym** | Vanice Technology Co.,Limited |
| **Url / Website** | www.facebook.com |
| **Scam contents** | Vanice Technology Co.,Limited, selling fleece line pants on facebook they first send you tracking info that its coming from italy . and nothing shows after it gos thru customs, then they send you a different tracking co that says its from China, and its another dead end . PayPal refunded my money. thank god, I'm sure its not the first time they have seen this, its the 3rd time being scared from facebook adds, I know im a slow learner |
| **Comment / Review** | I wish facebook would be held accountable ,for not screening there sellers |
| **Attachment(s)** | |
| **More info** + | What to do in case of a scam? |
| **Related search(es)** | Facebook |

---

**9 COMMENTS** | CREATE A PRIVATE GROUP

*Reviews and comments left by Internet users are sorted in chronological order and are not checked a priori*

**Chuck** 01/27/2023 at 02:37 AM
I was scammed by the same company under and they were using the name Anhotpursuit. If you view their site, for the item I bought all the 5 star reviews are dated 10/30/22. I submitted a review and it never has appeared on their site. I sent over 16 emails to their support team and no results other than no returns. They also overcharged me by $17.05. I have reported them to Facebook and PayPal. BEWARE!!!!!

Reply

**Anne** 02/27/2023 at 01:07 PM
I got scammed by this company as well over a handbag in November. They kept sending me updates through shipping24 which is a Chinese shipping company. Last heard of out of Customs and in Adelaide in early December. Why it would be there is should have not gone to another state entirely. Now they are telling that the freight company is upgrading and unable to give the information to them. They advertised on Facebook back in October and I am not happy to be out all up almost $78 A. Paypal has been advised.

Reply

**Laurie** 02/28/2023 at 10:10 AM
I too was scammed. I bought a small lamp that took more than 2 months to arrive and when it did, the box was dented and the lamp was crushed in a bunch of pieces. It was shipped from another state entirely. Now they are telling me to check back and they refused. They offered to replace it, but I knew there was no way it would arrive in usable condition. I put in a report with PayPal and they just had the vendor email me again. They offered me $6 and I paid $40!

Reply

**Anne** 03/03/2023 at 08:40 PM
Finally got my bag yesterday after PayPal intervened on my behalf but it is nothing like the bag in the advertisement. Looks and feels like plastic not leather and is an awful colour. Never buy from them.

Reply

**Bill** 03/05/2023 at 03:12 PM
Vanice Technology Co.,Limited
Make sure you check on the company your ordering from. Definitely don't ever order anything from Facebook aids. China is all over it scamming people.
I'm currently have a case through PayPal.

Reply

**Beverly** 04/02/2023 at 10:25 PM
This company is a scam I bought a hair straightener and paid $48.00 for it, it doesn't do what it says to do. it doesn't even heat up properly. I requested a refund and they only offered me $10.00 for refund. and paypal was no help. this product was poorly made I am upset with myself for falling for this ad... I will never order anything again from social media...lesson learned

Reply

**Diane** 07/06/2023 at 09:04 PM
Horrible company. They sent me the wrong items and are denying it. Offered me a $3 resolution for my $43 order. Paypal is not very helpful. Does anyone have an address to return items? I can get Paypal to refund if I give them a tracking # of my shipment

Reply

**Barbara Marry** 07/12/2023 at 02:47 AM
I also have been scammed by this company.

I noticed right away that there was something wrong with the price and asked for the order to be cancelled.

This was within 5-10 minutes of making the order.

I send several e-mails telling them to cancel. Obviously I received First, they made a computer mistake and had to refund me $17.57 CDN.

I did receive the leak proof underwear and it's inferior quality and very small.

I don't seem to be able to get my $70.29CDN back. They suggest that I give them a refund.

Reply

**Ldynomite** 07/13/2023 at 12:40 AM
I was also scammed by Uasellitsa co. ltd for the light up ball that you pitch up and it comes back to you. Took months to get the first one I ordered. Then my grandson wanted one so I placed another order. Every time I entered my card number, it kept saying try again. I did it about 3 times and finally gave up. Next thing I know, I have 13 charges on my bank account. I called the bank right away and they were able to stop all but one that had gone through. I learned my lesson for sure!

Reply

**Leave a comment ***

Add an image (optional)

**Name / Nickname ***

**Email Address ***

☐ Be notified of new comments on this page (you should be logged in)

☐ I'm not a robot
reCAPTCHA
Privacy - Terms

Your comment will be added just after your validation

Leave a comment

---

# Scam Watcher



**SCAMWATCHER**
About us
User guide
Legal notices
Cookies

**COMMUNITY**
Sign Up
Log In
Terms of use
Community charter

**SERVICES**
Report a scam
Information / Advice
Ask a question
Test a website

**FOLLOW US**
Facebook
Twitter

**LANGUAGE SELECTION**
 English

# Zero-Miracle Network Limited

Cookies help us customize the PayPal Community for you, and some are necessary for our site to work. By browsing this website, you consent to the use of cookies. Learn more

Accept    Reject



Welcome ⌄    PayPal Help Community ⌄    MTS Community ⌄    The Archives ⌄

All community ⌄   Search all content   🔍

Log in to Ask the Community      Log in to Help the Community

New to the community? Welcome! Please read our **Community Rules and Guidelines**    ✕

It's here! Welcome to your new Community.    ✕

PayPal Community  >  PayPal Help Community  >  Security and Fraud  >  ZERO-MIRACLE NETWORK LIMITED          Topic Options |

## ZERO-MIRACLE NETWORK LIMITED

**Paultm** ⭐                                     Options ⓥ
Contributor                                    Posted on
                                               Aug-26-2023 00:41 AM

Anyone had trouble with ZERO-MIRACLE NETWORK LIMITED I bought for a instagram add a squirrel proof bird feeder and received a cheap plastic feeder that would have cost a £1 in a cheap shop, currently trying to claim my money back, avoid this company or reference at all costs

Disputes & Chargebacks

Login to Me Too

👍    0 Kudos                                   Login to Reply or Kudo

**7 REPLIES**          All forum topics    ‹ Previous Topic    Next Topic ›

**kernowlass** ⭐⭐⭐                              Options ⓥ
Esteemed Advisor                              Aug-26-2023 08:16 AM

@Paultm

A 5 second google search before you paid from them would have shown you awful reviews.

Advice is **voluntary**.
Kudos / Solution appreciated.

Login to Me Too

👍    0 Kudos                                   Login to Reply or Kudo

**Paultm** ⭐                                     Options ⓥ
Contributor                                    Aug-26-2023 09:35 AM

I'm normally pretty good, but this one certainly caught me out 😊 Surely PayPal should ban or stop the account with all these issues

Login to Me Too

👍    0 Kudos                                   Login to Reply or Kudo

**Paultm** ⭐                                     Options ⓥ
Contributor                                    Aug-26-2023 09:35 AM

I'm normally pretty good, but this one certainly caught me out 😊 Surely PayPal should ban or stop the account with all these issues

Login to Me Too

👍    1 Kudo                                     Login to Reply or Kudo

**kernowlass** ⭐⭐⭐                              Options ⓥ
Esteemed Advisor                              Aug-26-2023 10:58 AM

@Paultm

Paypal would not be able to check every individual seller / merchant / company in over 200 countries worldwide that adds paypal to their website to accept payments.

So they give some buyer and some seller protection. However that protection can never be a 100% coverall so you need to read it so you can risk assess your transactions.

They do stop bad companies from using Paypal when enough claims start rolling in.
However as a lot of them are in Asia / China then its easy for them to just start over with a new name, so stopping them does not really do anything.

Advice is **voluntary**.
Kudos / Solution appreciated.

Login to Me Too

👍    1 Kudo                                     Login to Reply or Kudo

**Paultm** ⭐                                     Options ⓥ
Contributor                                    Aug-27-2023 03:27 AM

Yes. I understand what you're saying that's life I guess and I'm the first one to warn others about scams etc, I've always said it's not if but when. Cheers

Login to Me Too

👍    0 Kudos                                   Login to Reply or Kudo

**Temp20230925c** ⭐                              Options ⓥ
Member                                        Sep-25-2023 01:00 PM

Zero - miracle network limited good are rubbish. Return address was false

Login to Me Too

👍    0 Kudos                                   Login to Reply or Kudo

**✦ PayPal_Bindu**                               Options ⓥ
Moderator                                      Sep-28-2023 08:37 PM

Hello @Temp20230925c

Welcome to the PayPal Help Community and thanks for posting!

Sorry to hear the issue with your purchase. I understand that you're looking to return the item. PayPal protection policy covers the buyers and sellers for all eligible transactions. To be fair to both parties, PayPal ask the buyer to return the item which is significantly different from its description to the seller to process the refund. I would recommend you to get in touch with the PayPal support team about the false return address. You can find the contact options in the community here.

Regards,
Bindu
If you feel this or any other post helpful, please enrich the community by giving kudos or accepting it as a solution.

Login to Me Too

👍    0 Kudos                                   Login to Reply or Kudo

**Haven't Found your Answer?**
It happens. Hit the "Login to Ask the community" button to create a question for the PayPal community.

Log in to Ask a Question

### Related Content

**Proofs of ID**
in Security and Fraud Oct-03-2023

**Provide more info on your transaction(s).**
in Security and Fraud Oct-03-2023

**I'm trying to change my name, but PayPal shows it cannot process payments error.**
in Security and Fraud Oct-02-2023

**PP-L-432358994553**
in Security and Fraud Oct-01-2023

**want to add payment gateway on my network**
in Products & Services Oct-01-2023

### Related articles from the PayPal Help Center
We found some related articles in our Help Center that might help you. Check them out!

• Why is my PayPal account limited?
• What should I do if my account becomes limited because I did not provide the requested FATCA information?
• How do I remove a limitation from my account?
• Supported activities by PayPal
• Why is my withdrawal being held for review?

PayPal    Help    Contact Us    Security    Fees

© 1999-2023 PayPal, Inc. All rights reserved.    Privacy    Legal    Policy Updates

This money in your balance is eligible for pass-through FDIC insurance.
The PayPal Cash Mastercard is issued by The Bancorp Bank pursuant to a license by Mastercard International Incorporated. The Bancorp Bank, Member FDIC.

⬆ Top

Powered by
Khoros ⓧ

Log in to Ask a Question