# COMPOSITE EXHIBIT 5

Doe Number:          778

Marketplace:         Other

Merchant Name:       glossarye

Seller ID:           glossarye.com



Doe Number:          780

Marketplace:         Other

Merchant Name:       gorgeifous

Seller ID:           gorgeifous.com

12:02

🔒 www.gorgeifous.com

❤️Payment Via PayPal®& Credit Card❤️

# gorgeifous

**8 / 8**



# Original for Horses Dogs 6-in-1 Shedding Grooming Massage

USD $40.00   USD $26.99

Case 1:23-cv-22322-DSL   Document 130-9   Entered on FLSD Docket 10/14/2023   Page 6 of 21

🔒 www.gorgeifous.com

🛒 **ADD TO CART**

**Pay with** *PayPal*

**P** Pay Later

_More payment options_

# Designed for Comfort and Convenience

Make quick and efficient work of grooming... while providing serious therapeutic benefits. It just doesn't get better than that!

I personally guarantee you and your horse will love this new way to groom. You've got my name on it.

~ Betty

Patented Design and Material 🇺🇸 Made in the USA - We Care

## Remove Shedding Hair - Blade-Free!

Purposefully designed to remove loose hair released from the skin naturally... without bristles or blade.
Guaranteed to improve the skin and coat!



Doe Number:          831

Marketplace:         Other

Merchant Name:       moonlightooze

Seller ID:           moonlightooze.com

12:17

# Instagram

♡  💬 9

View all 5 comments

18 hours ago

 Moonlightooze.m
Sponsored

• • •



0:25

**Remove Shedding Hair - Blade-Free!**

Shop Now  ›

♡  💬  ✈  🔖

42,692 views

🐴 I guarantee you and your horse will love this new way of grooming... more

View all 26 comments

12:14

# Comments



moonlightoose  4w

🐴 I guarantee you and your horse will love this new way of grooming.
🛒Get yours here:https://t.site/3ILl9un



begpao  11h

come mai non arriva?

Reply   See translation



zebrenpyjama  1d

🎆 ⚠️ This is a scam. You get delivered a piece of rigid plastic not what is shown 😏

1 like   Reply   See original



begpao  1d

Bought and paid for but it doesn't arrive? how long does it take?

Reply   See original



artelf2xs  4d

It's from a  Chinese factory.. it said order two and get free shipping but than charged $1.95 for shipping insurance and taxed it at 10% when Colorado sales tax is only 2.9%... we have not even gotten the product and fell raped and violated!

 **Shop Now**
Go to Website   >

 Add a comment for moonlightoo...

12:14

# Comments

Reply    See translation

**zebrenpyjama** 1d
🚨 ⚠️ This is a scam. You get delivered a piece of rigid plastic not what is shown 😏

1 like    Reply    See original

**begpao** 1d
Bought and paid for but it doesn't arrive? how long does it take?

Reply    See original

**artelf2xs** 4d
It's from a Chinese factory.. it said order two and get free shipping but than charged $1.95 for shipping insurance and taxed it at 10% when Colorado sales tax is only 2.9%... we have not even gotten the product and fell raped and violated!

Reply

—— View 1 more reply

**cozmo717** 1w
This is not the real strip hair gentle groomer @striphair

2 likes    Reply

| | **Shop Now** | |
|---|---|---|
| | Go to Website | > |

1 like    Reply

Add a comment for moonlightoo...

12:14

# Comments

**cozmo717** 1w

This is not the real strip hair gentle groomer @striphair

2 likes    Reply

**jentl_mam** 1w

？？？？

1 like    Reply

**mariekehemmes210283** 1w

@jacobajensma

Reply

**igetujob** 1w

I received mine and it does not bend or work very well. Shedding blade is better.

1 like    Reply

**grand_jal** 5d

@igetujob it's because you bought a counterfeit. The original one is @striphair

Reply

**susannebrassmann** 2w

Total trash that part !!! Not worth a penny. I bought two straight away, so double the disappointment 😬



**Shop Now**
Go to Website    ›

**debuatchp** 2w
@e1issa57

Add a comment for moonlightoo...

for lawsuit - customer sharing info 9/23/23, 2:49 AM

for lawsuit - customer sharing info
From: Hello <hello@striphair.com>
Sent: Sun, Mar 19, 2023 at 10:40 am
To: Betty's Best

-----Original Message-----
From: "StripHair (Shopify)" <mailer@shopify.com>
Sent: Wednesday, March 15, 2023 12:40am
To: wecare@striphair.com
Subject: New customer message on March 15, 2023 at 12:40 am

You received a new message from your online store's contact form.

**Country Code:**
US

**Contact Form Name:**
SANDY DAVIS

**Email:**
stargazinalaska@gmail.com

**Body:**
Hi. I bought this a few years ago, love it, even gave a couple away as gifts. I'm recently seeing this on FB, "https://www.moonlightooze.com/products/6-in-1-shedding-grooming-massage-brush" ~ is this your company or someone that is copy-catting you? They're using the same horse and woman on their packaging (at least on line anyway)

Thanks,
Sandy



**Alissa Mayer**
Assign conversation ▾

Ugh, so sorry you're dealing with this - just got an ad from another one called moonlightooze with your videos and graphics.



Might be worth making some social posts or a YouTube video to let everyone know what's happening - I'm sure your customers would be happy to share the word and encourage people to buy from you, the original!



**Sharon Puccio**
I saw another brand of this

Like   Reply   Hide   24w

**Sharon Puccio**
What's the difference in this and the other one moonlightooze.

**Angry**   Reply   Hide   24w

Doe Number:          912

Marketplace:          Other

Merchant Name:       embravewise

Seller ID:            embravewise.com



**Tracey Watson**
Assign conversation ▾

8/8/22, 10:23 PM



 Hi Sarah, You guys are probably all over these but this just popped up in my feed. Cheers, Tracey

Doe Number:          916

Marketplace:         Other

Merchant Name:       inputependa

Seller ID:           www.inputependa.com



Jan 29 · 

work!

3h   Like   Reply

 Write a reply...

 **Tess Shirley**
Love the way this advert starts with the bending of this brush!  I purchased one last year.  It was rock hard, no one could get it to bend, no give at all, absolutely USELESS!!

13h   Like   Reply                    2 

 **StripHair**
Tess Shirley THAT'S BECAUSE YOU BOUGHT A COUNTERFEIT!! I'm Betty, the creator of the StripHair Gentle Groomer... Made in the USA 🇺🇸!! These ads use my content to fool people. We all must be so careful not to fall for fake ads like this one. Im so sorry this happened to you.

Just now   Like   Reply

 Write a reply...



**Inputependa**
Jan 29 · 🌐

👍 Like          💬 Comment          ↪ Share

👍❤️ 794

**96 Shares**

**Most relevant** ⌄

**Elizabeth McGowan**
I love mine! Got it from StripHair! It does work!

3h    Like    Reply                               1 👍

**StripHair**
Elizabeth McGowan thank goodness! This is a CHEAP COUNTERFEIT. This ad is using MY FACE, MY VIDEO, and MY PRODUCT IMAGES with the StripHair name photoshopped out. We report this ad regularly but it is still here and 1000s of people are being conned. Just terrible!!

Just now    Like    Reply

Write a reply...

Write a comment...          GIF 🙂



**Glynda Calabro**
Assign conversation ▼

Feb 9, 2023  10:17 AM

Jut wanted to let you know (you might already know). There is a company on Facebook using your photos on a knock of of your products.....

**Attachment Unavailable**

This attachment may have been removed or the person who shared it may not have permission to share it with you.

https://fb.watch/iAYBV2B_Il/

Thank you so much Glynda. We have been fighting these terrible counterfeits for over a year and it so helpful when people like you show me one we Mike have missed. I will add this one to our list to