**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 23-22322-CV-WILLIAMS**

BETTY'S BEST, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 145) ("***Report***") on the Motion for Preliminary Injunction (DE 17) ("***Motion***") filed by Plaintiff Betty's Best, Inc. ("***Plaintiff***" or "***Betty's Best***"). In the Report, Judge Reid recommends that the Court grant Plaintiff's Motion as to Defendants listed in Plaintiff's Schedule "A" (DE 84-1) as Defendants numbered 1 to 18 and 20 to 63.[1] (DE 145 at 1.) Further, Judge Reid recommends that the Court deny Plaintiff's Motion as to Defendants listed in Plaintiff's Schedule "A" (DE 84-1) as Defendants numbered 64 to 285. (DE 145 at 1.) No objections were filed to the Report, and the time to do so has passed. Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1. Judge Reid's Report (DE 145) is **AFFIRMED AND ADOPTED.**

---

[1] Because Plaintiff had not served Defendant numbered 19 by the October 17, 2023 hearing on Plaintiff's Motion, Judge Reid excluded Defendant numbered 19 from the Report.

2. Plaintiff's Motion for Preliminary Injunction (DE 17) is **DENIED** as to Defendants listed in Plaintiff's Schedule "A" (DE 84-1) as Defendants numbered 64 to 285.

3. Plaintiff's Motion for Preliminary Injunction (DE 17) is **GRANTED** in favor of Plaintiff against Defendants listed in Plaintiff's Schedule "A" (DE 84-1) as Defendants numbered 1 to 18 and 20 to 63.  Preliminary injunction is entered in accordance with the terms of the Report, and the Parties are required to comply with all recommendations set forth in the Report; and

4. The preliminary injunction shall remain in effect during the pendency of this matter, or until such further dates as set by the Court or stipulated by the Parties.

   **DONE AND ORDERED** in Chambers in Miami, Florida on this 23rd day of October, 2023.

                                          KATHLEEN M. WILLIAMS
                                          UNITED STATES DISTRICT JUDGE