UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-CV-22322-KMW

BETTY'S BEST, INC.,

       Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE 'A',

       Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS 290, 302, 323, 384, 404, 407, 449, 458, 485, 546, 548, 1060, 1074 AND 1076

Plaintiff Betty's Best, Inc., by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action, with prejudice, as against the following Defendants:

    a.   HuZliLian (Defendant No. 290 on Schedule "A");

    b.   Wuytizuf (Defendant No. 302 on Schedule "A");

    c.   FANTASTIC U (Defendant No. 323 on Schedule "A");

    d.   JGZD (Defendant No. 384 on Schedule "A");

    e.   QWORK (Defendant No. 404 on Schedule "A");

    f.   andy wang (Defendant No. 407 on Schedule "A");

    g.   Scotebias (Defendant No. 449 on Schedule "A");

    h.   Champbell (Defendant No. 458 on Schedule "A");

    i.   Varsedark (Defendant No. 485 on Schedule "A");

j. Klaudio (Defendant No. 546 on Schedule "A");

k. Roych Life (Defendant No. 548 on Schedule "A");

l. Xujing (Defendant No. 1060 on Schedule "A");

m. shfhasla7s5 (Defendant No. 1074 on Schedule "A"); and

n. huoshanchaonanxie (Defendant No. 1076 on Schedule "A").

Dated: November 6, 2023          Respectfully submitted,

*/s/ /Angela Maria Nieves*
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number:  98220
joel.rothman@sriplaw.com

**SRIPLAW, PA**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Betty's Best, Inc.*