UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:23-CV-22322-KMW

BETTY'S BEST, INC.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE 'A',

      Defendants.

## ORDER GRANTING SECOND MOTION TO ALLOW ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR EVIDENTIARY HEARING

THIS MATTER is before the Court on Plaintiff's Motion to Allow Electronic Equipment into the Courtroom. [ECF No. 188]. Upon review of the Motion and the records, the Motion is **GRANTED**.

Subject to inspection and approval by the U.S. Marshals Service, the following persons shall be permitted to bring electronic devices, including laptops, tablets, and cellular phones ("Electronic Equipment") into the courtroom at the C. Clyde Atkins United States Courthouse for the preliminary injunction hearing set for November 13, 2023, in the case styled *Betty's Best, Inc. v. The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A*, Case No. 1:23-cv-22322-KMW.

| Name | Role |
| --- | --- |
| Sarah Owen | Representative of Plaintiff |
| Sunday Jacobs | Representative of Plaintiff |

| Amy McPeak | Representative of Plaintiff |
|---|---|
| Hilton Hart | Representative of Plaintiff |
| Rachel I. Kaminetzky | Attorney with Plaintiff's Counsel's firm (not admitted to the Southern District) |

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Plaintiff Betty's Best, Inc.'s Motion [ECF No. 188] is **GRANTED**.

2. The aforementioned persons may bring Electronic Equipment into the courtroom for the preliminary injunction hearing set for November 13, 2023.

**SIGNED** this 13th day of November, 2023.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: **U.S. District Judge Kathleen M. Williams**; and
**All Counsel of Record**