UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22322-CV-WILLIAMS

BETTY'S BEST, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.
_____/

## ORDER

    **THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 204) ("***Report***") on the Motion for Preliminary Injunction (DE 17) ("***Motion***") filed by Plaintiff Betty's Best, Inc. ("***Plaintiff***" or "***Betty's Best***"). In the Report, Judge Reid recommends that the Court grant Plaintiff's Motion as to Defendants listed in Plaintiff's Schedule "A" (DE 84-1) as Defendants numbered 702, 704, 713 to 715, 720, 728, 735, 743, 754, 763, 765, 767, 769, 772, 773, 775, 778, 780, 781, 785, 786, 798, 800, 803, 817 to 819, 821, 822, 825, 831, 832, 839, 840, 847, 858, 870, 871, 877 to 880, 883, 888, 891, 904, 906, 907, 909 to 919, 922 to 924, and 927 (collectively, "***Certain Defendants***"). (DE 204 at 1.) Certain Defendants filed Objections to the Report (DE 207) and Plaintiff filed a Response to Certain Defendants' Objections (DE 209). The Court conducted a *de novo* review of the portions of the Report to which Certain Defendants objected and a review of the remainder of the Report for clear error.

    Having carefully reviewed the Report, the Objections, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Reid's Report (DE 204) is **AFFIRMED AND ADOPTED.**

2. Plaintiff's Motion for Preliminary Injunction (DE 17) is **GRANTED** in favor of Plaintiff against Certain Defendants listed in Plaintiff's Schedule "A" (DE 84-1) as Defendants numbered 702, 704, 713 to 715, 720, 728, 735, 743, 754, 763, 765, 767, 769, 772, 773, 775, 778, 780, 781, 785, 786, 798, 800, 803, 817 to 819, 821, 822, 825, 831, 832, 839, 840, 847, 858, 870, 871, 877 to 880, 883, 888, 891, 904, 906, 907, 909 to 919, 922 to 924, and 927.  Preliminary injunction is entered in accordance with the terms of the Report, and the Parties are required to comply with all recommendations set forth in the Report; and

3. The preliminary injunction shall remain in effect during the pendency of this matter, or until such further dates as set by the Court or stipulated by the Parties.

**DONE AND ORDERED** in Chambers in Miami, Florida on this <u>1st</u> day of December, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE