UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-22322-KMW

BETTY'S BEST, INC.,

    Plaintiffs,

vs.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**DEFENDANT GOTIWELL'S AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant gotiwell as identified in Schedule "A" to the Amended Complaint [DE 84] pursuant to Federal Rule of Civil Procedure 7.1, hereby states the following and amends its prior corporate disclosure at DE 277:

**Certificate of Interested Parties**

The following are the names of any and all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    1. Betty's Best, Inc. – Plaintiff

    2. SRIP Law – Plaintiff's counsel

    3. Gotiwell - Defendant

    4. Nico Cheng, Gotiwell's owner.

    5. Shukun Lv, potential witness on behalf of Gotiwell.

    6. Haipeng Xiao – Defendant gotiwell's counsel

    7. ISReal IP Legal Inc. Limited – Defendant gotiwell's counsel

    8. Giuliano Law Group, P.A. – Defendant gotiwell's counsel

    9. Nicole W. Giuliano – Defendant Gotiwell's local counsel

**Corporate Disclosure Statement**

Defendant gotiwell does not have publicly traded shares or debt that would be potentially affected by the outcome of this action, nor does it have a parent corporation.

Respectfully submitted,

By: */s/ Haipeng Xiao*
ISREAL IP LEGAL INC. LIMITED
New York Bar No. 5659487
Room 7, 11/F, Hewlett Center
52-54 Hoi Yuen Road, Kwun Tong
Kowloon, Hong Kong
Phone: +1 314 390 5182
Email: henryxiao@isrealip.legal
*Pro Hac Vice*

*/s/ Nicole W. Giuliano*
Nicole W. Giuliano, Esq.
Florida Bar No. 71067
Giuliano Law Group, P.A.
121 S. Orange Avenue, Suite 1500
Orlando, FL 32801
Tel: (321) 754-5290 / Fax: (321) 400-1055
Nicole@glgpa.com
service@glgpa.com

*Attorneys for Defendant Gotiwell*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served this 1st day of February 2024, by email to all parties or counsel of record in this matter.

*/s/ Nicole W. Giuliano*
Nicole W. Giuliano