**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:23-cv-22322-LEIBOWITZ/Reid**

**BETTY'S BEST, INC.,**

    *Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**

    *Defendants*.

_____/

**ORDER IN CASES WITH MULTIPLE DEFENDANTS**

To better manage the orderly progress of the case, it is hereby **ORDERED** as follows:

1. The Defendants shall file their responses and motions jointly.

   a. If there are conflicts of position, the co-Defendants shall file a *motion for leave to file separate responses or motions*, in which they must describe what those conflicts are.

   b. If the co-Defendants need more than twenty pages for their joint responses or motions, they shall file a *motion for leave to file excess pages*, which the Court will consider expeditiously.

2. The co-Defendants may file separate *answers* to the complaint.[1] The time for responsive pleadings—for all Defendants—begins to run once all Defendants have *either* (1) been served

---

[1] If the Defendants file a joint response or motion, it must contain *all* bases for dismissal, stay, abstention, or other relief the Defendants intend to raise. Nothing in this Order precludes the Defendants from later raising (non-waivable) jurisdictional defenses.

   *or* (2) waived service. If the Defendants face response periods of different lengths—say, because one Defendant has been personally served whereas another has waived service—all Defendants will be subject to the *longest* of those response periods.

3. Failure to comply with these procedures may result in sanctions, including the striking of the motion(s) or response(s).

  **DONE AND ORDERED** in the Southern District of Florida on April 17, 2024.



       DAVID S. LEIBOWITZ
       UNITED STATES DISTRICT JUDGE

cc:  counsel of record