**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:23-cv-22322-LEIBOWITZ/Reid**

**BETTY'S BEST, LLC,**

*Plaintiff,*

v.

**THE INDIVIDUALS, PARTNERSHIPS,
and UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,**

*Defendants.*

_____/

**ORDER**

Before the Court is Defendants' Motion to Appear Virtually at Status Conference [ECF No. 381] filed on April 17, 2024.  Upon due consideration, it is

**ORDERED AND ADJUDGED** the Motion [**ECF No. 381**] is **DENIED.**  Plaintiff's and Defendants' counsel shall confer to propose a new date for the status conference to occur within the next two weeks no later than **Tuesday, April 23, 2024.**

**DONE AND ORDERED** in the Southern District of Florida on April 18, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record