UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22322-DSL

BETTY'S BEST, INC.,

      PLAINTIFF,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      DEFENDANTS.

## PLAINTIFF'S AGREED MOTION TO SET THE DATE FOR THE STATUS CONFERENCE

Plaintiff BETTY'S BEST, INC. by and through its undersigned counsel, and pursuant to the Court's order entered at ECF No. 384 on April 18, 2024, respectfully proposes the Court set the date for the in-person status conference to May 6, 2024. Plaintiff's and Defendants' counsel have conferred and will appear in person per the Court's instruction on that date.

In the Order, the Court directed the parties "confer to propose a new date for the status conference to occur within the next two weeks no later than Tuesday, April 23, 2024," setting the last day to hold the conference to Thursday, May 2, 2024. (ECF No. 384). Counsel for the parties worked to find a date within that period where all could be present, however the earliest date is Monday, May 6, 2024.[1] Plaintiff apologizes to the Court for any inconvenience this may cause.

WHEREFORE, BETTY'S BEST, INC. respectfully asks the Court to set the date for the in-person status conference to Monday, May 6, 2024.

---

[1] Local counsel for Defendant keeplsa (Doe numbered 937) will be in trial on May 6, 2024 and is unavailable. However, Stevenson Moore, admitted *pro hac vice*, will attend in person on behalf of his client keeplsa.

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

DATED: April 23, 2024                    Respectfully submitted,

/s/ Angela M. Nieves
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW, PA**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Betty's Best, Inc.*