UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22322-DSL

BETTY'S BEST, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## [proposed] ORDER SETTING STATUS CONFERENCE

Before the Court is Plaintiff's request that the Court set the date for the in-person status conference to May 6, 2024. The Court, having considered the request and finding good cause hereby grants Plaintiff's request.

A status conference is scheduled for Monday, May 6, 2024 at ____ a.m./p.m. At the conference, the parties must be prepared to address the overall status and procedural history of the case, any pending motions, and scheduling matters. For each party, at least one counsel of record must attend the conference in person. Counsel of record must appear in person at the United States Courthouse, 299 E. Broward Boulevard, Courtroom 202A, Fort Lauderdale, Florida 33301.

    **DONE AND ORDERED** in _____, Florida, this __ day of _____, 2024.

    _____
    UNITED STATES DISTRICT JUDGE
    HONORABLE DAVID S. LIEBOWITZ