UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-22322-LEIBOWITZ/Reid

**BETTY'S BEST, INC.,**

    *Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**

    *Defendants*.

_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant humuling's Motion to Substitute Counsel [ECF No. 369] filed on April 4, 2024.  Being fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [**ECF No. 369**] is **GRANTED.**

2. Attorneys Jacob Yiping Chen, Esq. and Rita Yulin Wang, Esq. of the firm DGW Kramer, LLP shall be substituted as lead counsel in place of attorney Stevenson Moore, Esq. of the firm Ni Wang & Massand, PLLC for Defendant humuling.  Nicole Giuliano, Esq. of Giuliano Law Group, P.A. shall also be substituted as local counsel for Defendant humuling in place of Benjamin Dowers of Gunther Legal, PLLC.

3. Within **five (5) days** of the entry of this Order, Attorneys Stevenson Moore, Esq., and Benjamin Dowers shall send to Defendant humuling a copy of this Order and file a notice with the Court certifying the same.

4. Attorneys Stevenson Moore, Esq., and Benjamin Dowers will have no further responsibility in this cause as to Defendant humuling.

**DONE AND ORDERED** in the Southern District of Florida on April 25, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record