UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-22322

Betty's Best, Inc.,

    Plaintiff,

v.

The Individuals, Partnerships and Unincorporated Associations Identified on Schedule A,

    Defendant/Counterclaimant.

_____/

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE ENTER THE APPEARANCE** of Heitner Legal, P.L.L.C., by Alan Wilmot, Esq. as attorney to be noticed in this action on behalf of Defendant, starshopya.

| | |
|---|---|
| May 4, 2024 | Respectfully submitted, |
| | **HEITNER LEGAL, P.L.L.C** |
| | *Attorney for Defendant* |
| | 215 Hendricks Isle |
| | Fort Lauderdale, FL 33301 |
| | Phone: 954-558-6999 |
| | Fax: 954-927-3333 |
| | |
| | By: /s/ Alan Wilmot |
| | Alan Wilmot |
| | Florida Bar No.: 117840 |
| | Alan@heitnerlegal.com |