UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-22322-LEIBOWITZ/Reid

**BETTY'S BEST, INC.,**

*Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**

*Defendants*.

_____/

## ORDER

The Court held a status conference in this case on Monday, May 6, 2024 at which counsel for Plaintiff and Defendants appeared. [*See* ECF No. 410]. The Court made rulings at the May 6, 2024 status conference, which are memorialized in this Order. It is hereby

1. ORDERED that Defendants' Motion to Dismiss Amended Complaint/Amended Notice of Removal [**ECF No. 133**] is DENIED AS MOOT with permission to re-file.

2. ORDERED that Defendant Gobyits Motion to Dismiss [**ECF No. 280**] is DENIED AS MOOT with permission to re-file.

3. ORDERED that Defendant's Motion for Preliminary Injunction Modification by Keepsla [**ECF No. 328**] is DENIED AS MOOT with permission to re-file.

4. ORDERED that Plaintiff's Motion for Summary Judgment as to Defendant Keepsla [**ECF No. 349**] is DENIED AS MOOT with permission to re-file.

5. ORDERED that Plaintiff's Motion for Clarification Re: Order Requiring Scheduling Report [**ECF No. 371**] is DENIED AS MOOT.

6. ORDERED that Certain Defendants' Joint Motion to Seal [**ECF No. 388**] is DENIED AS MOOT with permission to re-file.

7. ORDERED that the parties shall file any Supplement to their Joint Scheduling Report [ECF No. 281] **no later than Wednesday, May 15, 2024**.

**DONE AND ORDERED** in the Southern District of Florida on May 6, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record