UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-22322-LEIBOWITZ/Reid

**BETTY'S BEST, INC.,**

*Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**

*Defendants.*

_____/

# ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Notices of Voluntary Dismissal [ECF Nos. 90, 119, 129, 149, 165, 172, 182, 203, 208, 210, 233, 237, 238, 252, 266, 278, 283, 289, 292, 301, 306, 315, 317, 320, 321, 324, 327, 340, and 374]. Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), it is **ORDERED AND ADJUDGED** that the instant action is **DISMISSED** *with prejudice* against the following Defendants:

1. Picowe (Defendant No. 460 on Schedule "A") [*See* ECF No. 90];
2. cucciolocavallo (Defendant No. 739 on Schedule "A") [*See* ECF No. 119];
3. tahout (Defendant No. 944 on Schedule "A") [*See* ECF No. 119];
4. BSMTech (Defendant No. 305 on Schedule "A") [*See* ECF No. 129];
5. Xinnary2020 (Defendant No. 343 on Schedule "A") [*See* ECF No. 129];
6. JiaTaylor (Defendant No. 381 on Schedule "A") [*See* ECF No. 129];
7. Petyoung2018 (Defendant No. 385 on Schedule "A") [*See* ECF No. 129];
8. FAMKIT Store US (Defendant No. 415 on Schedule "A") [*See* ECF No. 129];
9. SHLJ (Defendant No. 416 on Schedule "A") [*See* ECF No. 129];

10. seito (Defendant No. 443 on Schedule "A") [*See* ECF No. 129];

11. Eurobuy18 (Defendant No. 455 on Schedule "A") [*See* ECF No. 129];

12. Hruitech2020 (Defendant No. 500 on Schedule "A") [*See* ECF No. 129];

13. 声海科技 (Defendant No. 561 on Schedule "A"), with merchant id AOLJH6BB5LF2I [*See* ECF No. 129];

14. chuanhu-store (Defendant No. 599 on Schedule "A") [*See* ECF No. 129];

15. icenturyee (Defendant No. 622 on Schedule "A") [*See* ECF No. 129];

16. jauntybuy (Defendant No. 625 on Schedule "A") [*See* ECF No. 129];

17. power-ful (Defendant No. 657 on Schedule "A") [*See* ECF No. 129];

18. uifritz (Defendant No. 678 on Schedule "A") [*See* ECF No. 129];

19. yetta2857 (Defendant No. 689 on Schedule "A") [*See* ECF No. 129];

20. zqfc084 (Defendant No. 692 on Schedule "A") [*See* ECF No. 129];

21. crepuscute (Defendant No. 736 on Schedule "A") [*See* ECF No. 129];

22. SHEN ZHEN SHI MEI SI KU FU SHI YOU XIAN GONG SI (Defendant No. 955 on Schedule "A") [*See* ECF No. 129];

23. nanbanqiukejiyouxiangongsi (Defendant No. 969 on Schedule "A") [*See* ECF No. 129];

24. shenzhenzhiandunkejiyouxianzerengongsi (Defendant No. 982 on Schedule "A") [*See* ECF No. 129];

25. Wokape (Defendant No. 310 on Schedule "A") [*See* ECF No. 149];

26. GreatGiftList (Defendant No. 377 on Schedule "A") [*See* ECF No. 149];

27. MoonGirls (Fast Shipping 7-15 Days ) (Defendant No. 397 on Schedule "A") [*See* ECF No. 149];

28. CDHOME (Defendant No. 563 on Schedule "A") [*See* ECF No. 149];

29. dreamgirl98 (Defendant No. 605 on Schedule "A") [*See* ECF No. 149];

30. faithyingforever (Defendant No. 609 on Schedule "A") [*See* ECF No. 149];

31. gothroughsuccess (Defendant No. 616 on Schedule "A") [*See* ECF No. 149];

32. centcozy (Defendant No. 726 on Schedule "A") [*See* ECF No. 149];

33. Jahyshow (Defendant No. 978 on Schedule "A") [*See* ECF No. 149];

34. SHENZHENSHIJINLANKEJIYOUXIANGONGSI (Defendant No. 979 on Schedule "A") [*See* ECF No. 149];

35. shenzhenshipaixuankejiyouxiangongsi (Defendant No. 981 on Schedule "A") [*See* ECF No. 149];

36. jinyi (Defendant No. 987 on Schedule "A") [*See* ECF No. 149];

37. Husfou (Defendant No. 989 on Schedule "A") [*See* ECF No. 149];

38. HOKITO (Defendant No. 296 on Schedule "A") [*See* ECF No. 165];

39. Keqi (Defendant No. 362 on Schedule "A") [*See* ECF No. 165];

40. Summer palace (Defendant No. 388 on Schedule "A") [*See* ECF No. 165];

41. LOTIFIE (Defendant No. 463 on Schedule "A") [*See* ECF No. 165];

42. Feibang AEM (Defendant No. 530 on Schedule "A") [*See* ECF No. 165];

43. panical (Defendant No. 655 on Schedule "A") [*See* ECF No. 165];

44. rx9999 (Defendant No. 664 on Schedule "A") [*See* ECF No. 165];

45. sign_9890 (Defendant No. 668 on Schedule "A") [*See* ECF No. 165];

46. sss8645 (Defendant No. 671 on Schedule "A") [*See* ECF No. 165];

47. wq991_83 (Defendant No. 683 on Schedule "A") [*See* ECF No. 165];

48. trendigoo (Defendant No. 893 on Schedule "A") [*See* ECF No. 165];

49. HuZliLian (Defendant No. 290 on Schedule "A") [*See* ECF No. 172];

50. Wuytizuf (Defendant No. 302 on Schedule "A") [*See* ECF No. 172];

51. FANTASTIC U (Defendant No. 323 on Schedule "A") [*See* ECF No. 172];

52. JGZD (Defendant No. 384 on Schedule "A") [*See* ECF No. 172];

53. QWORK (Defendant No. 404 on Schedule "A") [*See* ECF No. 172];

54. andy wang (Defendant No. 407 on Schedule "A") [*See* ECF No. 172];

55. Scotebias (Defendant No. 449 on Schedule "A") [*See* ECF No. 172];

56. Champbell (Defendant No. 458 on Schedule "A") [*See* ECF No. 172];

57. Varsedark (Defendant No. 485 on Schedule "A") [*See* ECF No. 172];

58. Klaudio (Defendant No. 546 on Schedule "A") [*See* ECF No. 172];

59. Roych Life (Defendant No. 548 on Schedule "A") [*See* ECF No. 172];

60. Xujing (Defendant No. 1060 on Schedule "A") [*See* ECF No. 172];

61. shfhasla7s5 (Defendant No. 1074 on Schedule "A") [*See* ECF No. 172];

62. huoshanchaonanxie (Defendant No. 1076 on Schedule "A") [*See* ECF No. 172];

63. Yunplsad-US (Defendant No. 292 on Schedule "A") [*See* ECF No. 182];

64. Salinre (Defendant No. 309 on Schedule "A") [*See* ECF No. 182];

65. Qmee (Defendant No. 322 on Schedule "A") [*See* ECF No. 182];

66. Yezer-s (Defendant No. 356 on Schedule "A") [*See* ECF No. 182];

67. yanmeerA (Defendant No. 358 on Schedule "A") [*See* ECF No. 182];

68. Magwen226 (Defendant No. 365 on Schedule "A") [*See* ECF No. 182];

69. Guibing (Defendant No. 368 on Schedule "A") [*See* ECF No. 182];

70. Zhengruus (Defendant No. 383 on Schedule "A") [*See* ECF No. 182];

71. Aqur2020 (Defendant No. 402 on Schedule "A") [*See* ECF No. 182];

72. Neufday (Defendant No. 421 on Schedule "A") [*See* ECF No. 182];

73. yafa (Defendant No. 434 on Schedule "A") [*See* ECF No. 182];

74. Shengwei (Defendant No. 491 on Schedule "A") [*See* ECF No. 182];

75. Vinnat us (Defendant No. 524 on Schedule "A") [*See* ECF No. 182];

76. Crystal Honor (Defendant No. 539 on Schedule "A") [*See* ECF No. 182];

77. auto-department2018 (Defendant No. 591 on Schedule "A") [*See* ECF No. 182];

78. OUTLETSSHOPPING (Defendant No. 1055 on Schedule "A") [*See* ECF No. 182];

79. chengbin456 (Defendant No. 1079 on Schedule "A") [*See* ECF No. 182];

80. UU_autoparts (Defendant No. 1085 on Schedule "A") [*See* ECF No. 182];

81. gbtlt7shop (Defendant No. 1086 on Schedule "A") [*See* ECF No. 182];

82. Shanshui_house (Defendant No. 1090 on Schedule "A") [*See* ECF No. 182];

83. ImiTradn (Defendant No. 291 on Schedule "A") [*See* ECF No. 203];

84. XINRONGUS (Defendant No. 301 on Schedule "A") [*See* ECF No. 203];

85. ZJJX-Direct (Defendant No. 359 on Schedule "A") [*See* ECF No. 203];

86. LANHUO668 (Defendant No. 535 on Schedule "A") [*See* ECF No. 203];

87. RupXinSplend (Defendant No. 577 on Schedule "A") [*See* ECF No. 203];

88. Shenzhenshi Qixinkedianzi Youxiangongsi (Defendant No. 975 on Schedule "A") [*See* ECF No. 203];

89. Shenzhen Dali Industry Co., Ltd. (Defendant No. 948 on Schedule "A") [*See* ECF No. 208];

90. MUMIK (Defendant No. 286 on Schedule "A") [*See* ECF No. 210];

91. motocen80 (Defendant No. 645 on Schedule "A") [*See* ECF No. 210];

92. fashionfaries (Defendant No. 1063 on Schedule "A") [*See* ECF No. 210];

93. dingxiaopin (Defendant No.1075 on Schedule "A") [*See* ECF No. 210];

94. hopeqian (Defendant No. 1077 on Schedule "A") [*See* ECF No. 210];

95. ZSSTBG (Defendant No. 1078 on Schedule "A") [*See* ECF No. 210];

96. FL Outdoor Fitness Store (Defendant No. 74 on Schedule "A") [*See* ECF No. 233];

97. New Life Outdoor Store (Defendant No. 91 on Schedule "A") [*See* ECF No. 233];

98. Music Outdoor Fun Global Store (Defendant No. 95 on Schedule "A") [*See* ECF No. 233];

99. GYDOTY (Defendant No. 307 on Schedule "A") [*See* ECF No. 233];

100. Echo Beach Group (Defendant No. 331 on Schedule "A") [*See* ECF No. 233];

101. Onewly (Defendant No. 412 on Schedule "A") [*See* ECF No. 233];

102. MinLia (Defendant No. 457 on Schedule "A") [*See* ECF No. 233];

103. Yootick Store (Defendant No. 518 on Schedule "A") [*See* ECF No. 233];

104. KINGHYIY (Defendant No. 545 on Schedule "A") [*See* ECF No. 233];

105. adelaideert (Defendant No. 580 on Schedule "A") [*See* ECF No. 233];

106. madareca (Defendant No. 636 on Schedule "A") [*See* ECF No. 233];

107. techlogy (Defendant No. 675 on Schedule "A") [*See* ECF No. 233];

108. kibeau (Defendant No. 808 on Schedule "A") [*See* ECF No. 233];

109. pitupimaoyiyouxiangongsi (Defendant No. 1057 on Schedule "A") [*See* ECF No. 233];

110. wwow (Defendant No. 1068 on Schedule "A") [*See* ECF No. 233];

111. moyudedian (Defendant No. 1070 on Schedule "A") [*See* ECF No. 233];

112. tanweimei (Defendant No. 1072 on Schedule "A") [*See* ECF No. 233];

113. Xuangui Technology (Shanghai) Co., Ltd. (Defendant No. 54 on Schedule "A") [*See* ECF No. 237];

114. JINJIANG FANGJIECHANG WANGLUO KEJI YOUXIAN GONGSI (Defendant No. 313 on Schedule "A") [*See* ECF No. 237];

115. Varsedark (Defendant No. 485 on Schedule "A") [*See* ECF No. 237];

116. rinoo (Defendant No. 487 on Schedule "A") [*See* ECF No. 238];

117. changlan5 (Defendant No. 598 on Schedule "A") [*See* ECF No. 252];

118. craigie_hill (Defendant No. 601 on Schedule "A") [*See* ECF No. 252];

119. oasis_store (Defendant No. 652 on Schedule "A") [*See* ECF No. 252];

120. sunskysmile (Defendant No. 673 on Schedule "A") [*See* ECF No. 252];

121. ukingu.s.a (Defendant No. 679 on Schedule "A") [*See* ECF No. 252];

122. Manpart Converge (Defendant No. 334 on Schedule "A") [*See* ECF No. 266];

123. Caitzr (Defendant No. 964 on Schedule "A") [*See* ECF No. 266];

124. moxige-0 (Defendant No. 646 on Schedule "A") [*See* ECF No. 278];

125. ocg219 (Defendant No. 653 on Schedule "A") [*See* ECF No. 278];

126. helkay (Defendant No. 787 on Schedule "A") [*See* ECF No. 283];

127. mixcun (Defendant No. 830 on Schedule "A") [*See* ECF No. 283];

128. andwind (Defendant No. 587 on Schedule "A") [*See* ECF No. 289];

129. colortop9 (Defendant No. 600 on Schedule "A") [*See* ECF No. 289];

130. jiuyun32 (Defendant No. 629 on Schedule "A") [*See* ECF No. 289];

131. joltio895 (Defendant No. 630 on Schedule "A") [*See* ECF No. 289];

132. lerenet (Defendant No. 635 on Schedule "A") [*See* ECF No. 289];

133. millwoth0722 (Defendant No. 643 on Schedule "A") [*See* ECF No. 289];

134. printli0 (Defendant No. 659 on Schedule "A") [*See* ECF No. 289];

135. sggywvz0 (Defendant No. 667 on Schedule "A") [*See* ECF No. 289];

136. sold-eassy (Defendant No. 669 on Schedule "A") [*See* ECF No. 289];

137. wuduohaozhi (Defendant No. 684 on Schedule "A") [*See* ECF No. 289];

138. xiaonangu (Defendant No. 686 on Schedule "A") [*See* ECF No. 289];

139. patogra (Defendant No. 841 on Schedule "A") [*See* ECF No. 292];

140. ideal_paradis2008 (Defendant No. 623 on Schedule "A") [*See* ECF No. 301];

141. yang0yy (Defendant No. 687 on Schedule "A") [*See* ECF No. 301];

142. cheawkr (Defendant No. 729 on Schedule "A") [*See* ECF No. 301];

143. jingjin-sh (Defendant No. 802 on Schedule "A") [*See* ECF No. 301];

144. Xinsany (Defendant No. 568 on Schedule "A") [*See* ECF No. 306];

145. sheinv (Defendant No. 862 on Schedule "A") [*See* ECF No. 306];

146. cycleacc (Defendant No. 453 on Schedule "A") ") [*See* ECF No. 315];

147. hobbiesgogo (Defendant No. 620 on Schedule "A") [*See* ECF No. 315];

148. youer_supermarket (Defendant No. 695 on Schedule "A") [*See* ECF No. 315];

149. gfluffy (Defendant No. 777 on Schedule "A") [*See* ECF No. 315];

150. rainyany (Defendant No. 850 on Schedule "A") [*See* ECF No. 315];

151. ultimatediscount (Defendant No. 894 on Schedule "A") [*See* ECF No. 315];

152. Dan Book (Defendant No. 1009 on Schedule "A") [*See* ECF No. 315];

153. Pro.longlasting (Defendant No. 1095 on Schedule "A") [*See* ECF No. 315];

154. baizong (Defendant No. 367 on Schedule "A") [*See* ECF No. 317];

155. VIDORA-US (Defendant No. 447 on Schedule "A") [*See* ECF No. 317];

156. gobyits (Defendant No. 779 on Schedule "A") [*See* ECF No. 317];

157. zjunky (Defendant No. 930 on Schedule "A") [*See* ECF No. 317];

158. HJuyYuah-US (Defendant No. 429 on Schedule "A") [*See* ECF No. 320];

159. pinkdressm (Defendant No. 845 on Schedule "A") [*See* ECF No. 320];

160. Dongguan Junrong Jiaye Technology Co., Ltd. (Defendant No. 9 on Schedule "A") [*See* ECF No. 321];

161. emcak (Defendant No. 752 on Schedule "A") [*See* ECF No. 321];

162. sindax (Defendant No. 512 on Schedule "A") [*See* ECF No. 324];

163. JECCYE (Defendant No. 538 on Schedule "A") [*See* ECF No. 324];

164. lcaros (Defendant No. 812 on Schedule "A") [*See* ECF No. 324];

165. Sportscoming Store (Defendant No. 70 on Schedule "A") [*See* ECF No. 327];

166. Highcool Store (Defendant No. 71 on Schedule "A") [*See* ECF No. 327];

167. Glaphens (Defendant No. 506 on Schedule "A") [*See* ECF No. 340]; and

168. duilianshangwuzixun (Defendant No. 287 on Schedule "A") [*See* ECF No. 374].

**DONE AND ORDERED** in the Southern District of Florida on May 6, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record