**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:23-cv-22322-DSL**

BETTY'S BEST, INC.,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

        Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Plaintiff BETTY'S BEST, INC. ("Plaintiff" or "Betty's Best"), by and through its undersigned counsel and pursuant to Local Rule 11.1(d)(3)(A), respectfully requests the Court to grant the withdrawal of the following counsel of record:

Craig A. Wirth,
Craig.wirth@sriplaw.com
SRIPLAW, P.A.
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

Craig Wirth is no longer employed at SRIPLAW, P.A. Plaintiff will continue to be represented by Joel B. Rothman and Angela M. Nieves of SRIPLAW, P.A., 21301 Powerline Road, Suite 100, Boca Raton, Florida 33433. Plaintiff approves the withdrawal of Craig A. Wirth.

DATED: May 14, 2024                      Respectfully submitted,

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

/s/*Angela M. Nieves*
ANGELA M. NIEVES
Florida Bar No: 1032760
angela.nieves@sriplaw.com
JOEL B. ROTHMAN
joel.rothman@sriplaw.com
Florida Bar No: 98220

**SRIPLAW, P.A.**
21310 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Betty's Best, Inc.*