UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22322-DSL

BETTY'S BEST, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE 'A',

    Defendants.

## JOINT NOTICE OF CANCELLATION OF MEDIATION

Plaintiff BETTY'S BEST, INC, and Defendant No. 874 on Schedule "A" to the Complaint, starshopya, by and through their respective undersigned counsel, hereby give notice that the mediation initially scheduled for June 6, 2024 has been cancelled due to the parties' settlement. On May 30, 2024, the parties filed a Joint Motion for Entry Consent Final Judgment and Permanent Injunction as to Defendant Numbered 874. (DE 431). On May 30, 2024, the Court approved the Consent Final Judgment. Therefore, mediation is no longer necessary.

Dated: June 5, 2024                        Respectfully submitted,

| | |
|---|---|
| */s/ Angela M. Nieves* | */s/ Darren A. Heitner* |
| ANGELA M. NIEVES | DARREN A. HEITNER |
| Florida Bar Number: 1032760 | Florida Bar No.: 85956 |
| angela.nieves@sriplaw.com | darren@heitnerlegal.com |
| JOEL B. ROTHMAN | ALAN MENSA-WILMOT |
| Florida Bar Number: 98220 | Florida Bar No.: 117840 |
| joel.rothman@sriplaw.com | alan@heitnerlegal.com |
| | |
| **SRIPLAW, PA** | **HEITNER LEGAL, P.L.L.C** |
| 21301 Powerline Road | 215 Hendricks Isle |

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

| | |
|---|---|
| Suite 100 | Fort Lauderdale, FL 33301 |
| Boca Raton, Florida 33433 | Phone: 954-558-6999 |
| 561.404.4350 – Telephone | Fax: 954-927-3333 |
| 561.404.4553 – Facsimile | |
| | *Counsel for Defendant No. 874* |
| *Counsel for Plaintiff Betty's Best, Inc.* | |