# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO.:  1:23-cv-22322-DSL

BETTY'S BEST, INC.,

          Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE 'A',

          Defendants.

## JOINT NOTICE OF MEDIATION

Plaintiff BETTY'S BEST, INC, and Defendant Nos. 720, 743, 769, 781, 831, 870, 906, 911, 912, 918, 924, 735, 767, 778, 773, 821, 832, 907, 913, 919, 775, 916, 704, 800, 714, 847, 754, 763, 785, 702, 914, 927, 786, 817, 825, 871, 798, 877, 840, 915, 772, 880, 917, 923, 713, 839, 715, 728, 765, 803, 909, 879, 780, 818, 819, 878, 883, 822, 910, 858, 888, 922, 891, 904 (the "64 Defendants"), by and through their respective undersigned counsel, hereby give notice that mediation will be held in this case before Mark Stein as follows:

        DATE and TIME:     June 17, 2024 at 9:00 A.M. EST

        PLACE:             Videoconference via Zoom

Dated: June 10, 2024           Respectfully submitted,

*/s/ Angela M. Nieves*                */s/ Nicole W. Giuliano*
ANGELA M. NIEVES                Nicole W. Giuliano, Esq.
Florida Bar Number: 1032760        Florida Bar No. 71067
angela.nieves@sriplaw.com         Giuliano Law Group, P.A.
JOEL B. ROTHMAN               121 S. Orange Avenue, Suite 1500

## SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

Florida Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW, PA**
21301 Powerline Road
Suite 100
Boca Raton, Florida 33433
561.404.4350 – Telephone
561.404.4553 – Facsimile

*Counsel for Plaintiff Betty's Best, Inc.*

Orlando, FL 32801
Tel: (321) 754-5290
Fax: (321) 400-1055
nicole@glgpa.com

Rita Y. Wang
*Pro Hac Vice*
rita@dgwllp.com
Jacob Y. Chen
*Pro Hac Vice*
jchen@dgwllp.com

**DGW KRAMER LLP**
One Rockefeller Plaza, Suite 1060
New York, NY 10020

*Counsel for the 64 Defendants*