UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:23-CV-22322-KMW

BETTY'S BEST, INC.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE 'A',

      Defendants.

_____

    In accordance with the Court's mediation order(s), a mediation conference was held on June 18, 2024, **between Plaintiff and Defendant Number 782 (gotiwell)**, and the results of that conference are indicated below:

    ☑ All individual parties and their respective trial counsel, designated corporate representatives, and required claims professionals, if any, for both Plaintiff and Defendant Number 782 (gotiwell) attended and participated in the mediation conference, and each possessed the requisite authority.

    The outcome of the mediation conference was:

    ☑ <u>the case between the Plaintiff and Defendant Number 782 (gotiwell) only has completely settled</u>.  These parties will be jointly submitting a consent judgement in this case.

Dated:  June 19, 2024

                                            By: /s/ James M. Matulis
                                            Jim@MatulisLaw.com
                                            MATULIS IP LAW
                                            Florida Bar No. 0077429

                Chase Professional Park
                10906 Sheldon Road
                Tampa, FL 33626
                813.451.7347

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 19, I electronically transmitted the attached document with the United States District Court electronic case filing system, which will electronically send copies to all counsel of record.

                */s/ James Matulis*
                James Matulis, Esq.