**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO.: 1:23-cv-22322-DSL**

BETTY'S BEST, INC.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE 'A',

      Defendants.

## STIPULATED NOTICE OF SETTLEMENT

Plaintiff BETTY'S BEST, INC, and Defendant Nos. 720, 743, 769, 781, 831, 870, 906, 911, 912, 918, 924, 735, 767, 778, 773, 821, 832, 907, 913, 919, 775, 916, 704, 800, 714, 847, 754, 763, 785, 702, 914, 927, 786, 817, 825, 871, 798, 877, 840, 915, 772, 880, 917, 923, 713, 839, 715, 728, 765, 803, 909, 879, 780, 818, 819, 878, 883, 822, 910, 858, 888, 922, 891, 904 (the "64 Defendants"), by and through their respective undersigned counsel, and pursuant to Local Rule 16.4 of the Southern District of Florida, hereby notify the Court that Plaintiff and the 64 Defendants have reached a settlement, and request until August 23, 2024, in which to file a Stipulation of Dismissal.

Dated: June 25, 2024                              Respectfully submitted,

| | |
|---|---|
| */s/ Angela M. Nieves* <br> ANGELA M. NIEVES <br> Florida Bar Number: 1032760 <br> angela.nieves@sriplaw.com <br> JOEL B. ROTHMAN <br> Florida Bar Number: 98220 <br> joel.rothman@sriplaw.com <br><br> **SRIPLAW, PA** <br> 21301 Powerline Road <br> Suite 100 <br> Boca Raton, Florida 33433 <br> 561.404.4350 – Telephone <br> 561.404.4553 – Facsimile <br><br> *Counsel for Plaintiff Betty's Best, Inc.* | */s/ Jacob Y. Chen* <br> Jacob Y. Chen <br> *Pro Hac Vice* <br> jchen@dgwllp.com <br> Rita Y. Wang <br> *Pro Hac Vice* <br> rita@dgwllp.com <br> DGW KRAMER LLP <br> 45 Rockefeller Plaza, 20th Floor <br> New York, NY 10111 <br><br> Nicole W. Giuliano, Esq. <br> Florida Bar No. 71067 <br> nicole@glgpa.com <br> Giuliano Law Group, P.A. <br> 121 S. Orange Avenue, Suite 1500 <br> Orlando, FL 32801 <br> Tel: (321) 754-5290 <br> Fax: (321) 400-1055 <br> nicole@glgpa.com <br><br> *Counsel for the 64 Defendants* |