UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

| | |
|---|---|
| BETTY'S BEST, INC., | ) ) ) |
| Plaintiff, | ) ) Case No. 1:23-cv-22322-LEIBOWITZ/Reid |
| v. | ) ) |
| THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," Defendants | ) ) ) ) ) ) ) ) |

## MEDIATOR'S REPORT

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was held on June 10, 2024 by Zoom video conference and all parties and their representatives attended and the matter did not settle. The Defendant for this mediation was Defendant No. 794 ("Humuling").

                        Respectfully Submitted,

                        MARK STEIN LAW
                        2999 NE 191st, Suite 330
                        Aventura, FL 33180
                        (305) 356-7550 – voice

                        By: /s/ Mark E. Stein, Esq.
                            Mark E. Stein, Esq.,
                              *Mediator*

Case No. 1:23-cv-22322-LEIBOWITZ/Reid

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 26, 2024, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

/s/ Mark E. Stein, Esq.
Mark E. Stein, Esq.
Florida Bar No. 818666