UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-22322-LEIBOWITZ/REID

**BETTY'S BEST, INC.,**

*Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**

*Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff' Notice of Voluntary Dismissal [ECF No. 423], filed on May 24, 2024. Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), it is **ORDERED AND ADJUDGED** that the instant action is **DISMISSED** *with prejudice* against the following Defendant:

1. oruella (Defendant No. 921 on Schedule "A").

**DONE AND ORDERED** in the Southern District of Florida on June 28, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record