UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-22322-LEIBOWITZ/REID

BETTY'S BEST, INC.,

    *Plaintiff,*

v.

THE INDIVIDUALS, PARTNERSHIPS,
and UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    *Defendants.*
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff and Defendant No. 935's Joint Notice of Settlement and Stipulation to Extend to Defendant No. 935 the Same Deadline for the Stipulated Dismissal of the "64 Defendants" [ECF No. 454], filed on July 16, 2024.  Plaintiff and Defendant No. 935 are hereby directed to file a stipulation of dismissal of all claims signed by all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure no later than August 23, 2024.  If such papers are not filed within the time specified, this matter will be dismissed as to Defendant No. 935, and the Court will be divested of jurisdiction to enforce the settlement agreement.

**DONE AND ORDERED** in the Southern District of Florida on July 16, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record