UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22322-DSL

BETTY'S BEST, INC.

       Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

       Defendants.

## MOTION FOR EXTENSION OF PAGE LIMITS FOR PLAINTIFF'S MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AND INCORPORATED MEMORANDUM OF LAW

Plaintiff Betty's Best, Inc. ("Betty's Best" or "Plaintiff") by and through its undersigned counsel, hereby files this Motion for Extension of Page Limits, and in support thereof states as follows:

1. The local rules limit the length of motions to twenty pages. Plaintiff requires a page limit extension of at least five (5) pages for its Motion for Entry of Final Default Judgment (the "Motion").

2. The Motion is complex. It sets forth the facts in detail and analyzes the law including the numerous legal and factual issues necessary for the Court to make its decision.

3. Good cause exists to grant the motion which is necessary to afford Plaintiff a full and fair opportunity to adequately present the issues that will be raised in the motion.

**WHEREFORE**, the court should extend the page limits for the application and accept a

filing of up to five additional pages with a maximum of twenty-five pages.

DATED: July 17, 2024                                    Respectfully submitted,

*/s/ Angela M. Nieves*
ANGELA M. NIEVES
Florida Bar No.: 1032760
angela.nieves@sriplaw.com
JOEL B. ROTHMAN
Florida Bar No.: 98220
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Betty's Best, Inc.*