**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:23-cv-22322-LEIBOWITZ/REID**

**BETTY'S BEST, INC.,**

*Plaintiff,*

v.

**THE INDIVIDUALS, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**

*Defendants.*
_____/

## ORDER

**THIS CAUSE** is before the Court on the Plaintiff and Defendant No. 794's Joint Notice of Settlement [ECF No. 462], filed on July 25, 2024. Plaintiff and Defendant No. 794 are hereby directed to file a stipulation of dismissal of all claims signed by all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure **no later than September 24, 2024**, as requested by the parties. If such papers are not filed within the time specified, this matter will be dismissed as to Defendant No. 794, and the Court will be divested of jurisdiction to enforce the settlement agreement.

**DONE AND ORDERED** in the Southern District of Florida on July 25, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record