# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:23-cv-22322-LEIBOWITZ/REID

**BETTY'S BEST, INC.,**

     *Plaintiff,*

v.

**THE INDIVIDUALS, PARTNERSHIPS,**
**and UNINCORPORATED ASSOCIATIONS**
**IDENTIFIED ON SCHEDULE A,**

     *Defendants.*

_____/

## <u>ORDER</u>

    **THIS CAUSE** is before the Court upon a *sua sponte* review of the docket.  On August 5, 2024, this Court granted Plaintiff's Motion for Default Judgment.  [ECF No. 466].  Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff shall provide a status report to the Court regarding the remaining Defendants **no later than August 16, 2024**.

    **DONE AND ORDERED** in the Southern District of Florida on August 7, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record